NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

PETER J. ELIASBERG (SB# 189110)
MARISOL ORIHUELA (SB# 261375)
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-9500

(See attachment for additional counsel.)

ATTORNEYS FOR: Plaintiffs Alex Rosas and Jonathan Goodwin

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN, on their own behalf and on behalf of those similarly situated<br><br>Plaintiff(s),<br><br>v.<br><br>LEROY BACA, PAUL TANAKA, CECIL RHAMBO, and DENNIS BURNS,<br>(See attachment for official titles and agencies.)<br><br>Defendant(s) | CASE NUMBER:<br><br>CV12-00428 PSG (SHx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:    THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Plaintiffs Alex Rosas and Jonathan Goodwin
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Alex Rosas | Plaintiff |
| Jonathan Goodwin | Plaintiff |
| Leroy Baca | Defendant |
| Paul Tanaka | Defendant |
| Cecil Rhambo | Defendant |
| Dennis Burns | Defendant |

January 18, 2012
Date

Sign

Plaintiffs Alex Rosas and Jonathan Goodwin
Attorney of record for or party appearing in pro per

CV-30 (04/10)                     NOTICE OF INTERESTED PARTIES

| | |
|---|---|
| *ALEX ROSAS and JONATHAN GOODWIN, on their own behalf and on behalf of those similarly situated v. LEROY BACA, Sheriff, Los Angeles Sheriff's Department; PAUL TANAKA, Undersheriff, Los Angeles Sheriff's Department; CECIL RHAMBO, Assistant Sheriff, Los Angeles Sheriff's Department; and DENNIS BURNS, Chief of the Custody Operations Division, Los Angeles Sheriff's Department* | Page 2 of 3 |

## ATTACHMENT TO CERTIFICATION OF INTERESTED PARTIES

**Attorneys for Plaintiffs:**
PETER J. ELIASBERG (SB# 189110)
peliasberg@aclu-sc.org
MARISOL ORIHUELA (SB# 261375)
morihuela@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5299

MARGARET WINTER (*pro hac vice application forthcoming*)
mwinter@npp-aclu.org
ERIC BALABAN (*pro hac vice application forthcoming*)
ebalaban@npp-aclu.org
DAVID M. SHAPIRO (*pro hac vice application forthcoming*)
dshapiro@npp-aclu.org
NATIONAL PRISON PROJECT OF THE AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th St., NW
Washington, D.C. 20005
Telephone: (202) 393-4930
Facsimile: (202) 393-4931

DONNA M. MELBY (SB# 86417)
donnamelby@paulhastings.com
JOHN S. DURRANT (SB# 217345)
johndurrant@paulhastings.com
JADE H. LEUNG (SB# 279651)
jadeleung@paulhastings.com
ELIZABETH C. MUELLER (SB# 278283)
bethmueller@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

| *ALEX ROSAS and JONATHAN GOODWIN, on their own behalf and on behalf of those similarly situated v. LEROY BACA, Sheriff, Los Angeles Sheriff's Department; PAUL TANAKA, Undersheriff, Los Angeles Sheriff's Department; CECIL RHAMBO, Assistant Sheriff, Los Angeles Sheriff's Department; and DENNIS BURNS, Chief of the Custody Operations Division, Los Angeles Sheriff's Department* | Page 3 of 3 |
|---|---|

## ATTACHMENT TO CERTIFICATION OF INTERESTED PARTIES

**Defendants:**
LEROY BACA, Sheriff, Los Angeles Sheriff's Department;
PAUL TANAKA, Undersheriff, Los Angeles Sheriff's Department;
CECIL RHAMBO, Assistant Sheriff, Los Angeles Sheriff's Department; and
DENNIS BURNS, Chief of the Custody Operations Division, Los Angeles Sheriff's Department

LEGAL_US_W # 70139056.1