PETER J. ELIASBERG (SB# 189110)
peliasberg@aclu-sc.org
MARISOL ORIHUELA (SB# 261375)
morihuela@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5299

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN GOODWIN, on behalf of
themselves and of those similarly situated

(Counsel continued on next page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LEROY BACA, Sheriff of Los Angeles County Jails; PAUL TANAKA, Undersheriff, Los Angeles Sheriff's Department; CECIL RHAMBO, Assistant Sheriff, Los Angeles Sheriff's Department; and DENNIS BURNS, Chief of the Custody Operations Division, Los Angeles Sheriff's Department,<br><br>Defendants. | CASE NO.:    CV 12-00428 DDP<br>FORMERLY:  CV 12-00428 PSG<br><br>**PROOFS OF SERVICE** |

MARGARET WINTER (*pro hac vice application forthcoming*)
mwinter@npp-aclu.org
ERIC BALABAN (*pro hac vice application forthcoming*)
ebalaban@npp-aclu.org
DAVID M. SHAPIRO (*pro hac vice application forthcoming*)
dshapiro@npp-aclu.org
NATIONAL PRISON PROJECT OF THE
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th St., NW
Washington, D.C. 20005
Telephone: (202) 393-4930
Facsimile: (202) 393-4931

DONNA M. MELBY (SB# 86417)
donnamelby@paulhastings.com
JOHN S. DURRANT (SB# 217345)
johndurrant@paulhastings.com
JADE H. LEUNG (SB# 279651)
jadeleung@paulhastings.com
ELIZABETH C. MUELLER (SB# 278283)
bethmueller@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN GOODWIN, on
behalf of themselves and of those similarly
situated

PROOFS OF SERVICE

| *Attorney or Party without Attorney:*<br>JOHN S. DURRANT, Bar #217345<br>PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>515 SOUTH FLOWER STREET<br>25TH FL.<br>LOS ANGELES, CA  90071<br>*Telephone No:* (213) 683-6000 | | *For Court Use Only* |
|---|---|---|
| *Attorney for:* Plaintiff | *Ref. No. or File No.:*<br>426840 | |

| *Insert name of Court, and Judicial District and Branch Court:*<br> U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA |
|---|

*Plaintiff:* ALEX ROSAS, ET AL

*Defendant:* LEROY BACA, ET AL

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV12-00428 PSG (SHx) |
|---|---|---|---|---|

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SUMMONS; COMPLAINT FOR INJUNCTIVE RELIEF CLASS ACTION; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1); NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; CIVIL COVER SHEET; NOTICE TO COUNSEL; CLERK'S OFFICE SERVICES FOR ATTORNEYS AND THE GENERAL PUBLIC; PLAINTIFFS' NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDINGS; PLAINTIFFS' NOTICE OF RELATED CASE

| 3.  *a. Party served:* | CECIL RHAMBO, ASSISTANT SHERIFF, LOS ANGELES SHERIFF'S DEPARTMENT |
|---|---|
| *b. Person served:* | DENISE DOUGHERTY, AO3/AUTHORIZED TO ACCEPT SERVICE ON BEHALF OF CECIL RHAMBO (SERVED UNDER F.R.C.P. RULE 4). |

| 4.  *Address where the party was served:* | 4900 E. EASTERN AVE.<br>COMMERCE, CA  90040 |
|---|---|

5.  *I served the party:*

a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jan. 18, 2012 (2) at: 4:25PM

7.  ***Person Who Served Papers:***                                        Recoverable Cost Per CCP 1033.5(a)(4)(B)

| a. ALBERTO  AGUIRRE | d.  ***The Fee*** for Service was: |
|---|---|
| b. **Service Provided for:**<br>NATIONWIDE LEGAL LLC<br>1609 JAMES M. WOOD BLVD. (LA 6771)<br>LOS ANGELES, CA  90015<br>c. (213) 249-9999 | e.  I am: (3)  registered California process server<br>    *(i)*   Independent Contractor<br>    *(ii)*  *Registration No.:*   6109<br>    *(iii)* *County:*       Los Angeles |

8.  ***I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.***

*Date: Thu, Jan. 19, 2012*

*Alberto Aguirre*

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE | (ALBERTO AGUIRRE)<br>426840   .johdu.190333 |
|---|---|---|