PETER J. ELIASBERG (SB# 189110)
peliasberg@aclu-sc.org
MARISOL ORIHUELA (SB# 261375)
morihuela@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5299

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN GOODWIN, on behalf of themselves and of those similarly situated

(Counsel continued on next page)

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>LEROY BACA, Sheriff of Los Angeles County Jails; PAUL TANAKA, Undersheriff, Los Angeles Sheriff's Department; CECIL RHAMBO, Assistant Sheriff, Los Angeles Sheriff's Department; and DENNIS BURNS, Chief of the Custody Operations Division, Los Angeles Sheriff's Department,<br><br>            Defendants. | CASE NO.:    CV 12-00428 DDP<br>FORMERLY:  CV 12-00428 PSG<br><br>**PROOFS OF SERVICE** |

MARGARET WINTER (*pro hac vice application forthcoming*)
mwinter@npp-aclu.org
ERIC BALABAN (*pro hac vice application forthcoming*)
ebalaban@npp-aclu.org
DAVID M. SHAPIRO (*pro hac vice application forthcoming*)
dshapiro@npp-aclu.org
NATIONAL PRISON PROJECT OF THE
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th St., NW
Washington, D.C. 20005
Telephone: (202) 393-4930
Facsimile: (202) 393-4931

DONNA M. MELBY (SB# 86417)
donnamelby@paulhastings.com
JOHN S. DURRANT (SB# 217345)
johndurrant@paulhastings.com
JADE H. LEUNG (SB# 279651)
jadeleung@paulhastings.com
ELIZABETH C. MUELLER (SB# 278283)
bethmueller@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN GOODWIN, on behalf of themselves and of those similarly situated

PROOFS OF SERVICE

| Attorney or Party without Attorney:<br>JOHN S. DURRANT, Bar #217345<br>PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>515 SOUTH FLOWER STREET<br>25TH FL.<br>LOS ANGELES, CA 90071<br>Telephone No: (213) 683-6000 | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.:<br>426833 | |
| Insert name of Court, and Judicial District and Branch Court:<br>U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA | | |
| Plaintiff: ALEX ROSAS, ET AL | | |
| Defendant: LEROY BACA, ET AL | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV12-00428 PSG (SHx) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; COMPLAINT FOR INJUNCTIVE RELIEF CLASS ACTION; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1); NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; CIVIL COVER SHEET; NOTICE TO COUNSEL; CLERK'S OFFICE SERVICES FOR ATTORNEYS AND THE GENERAL PUBLIC; PLAINTIFFS' NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDINGS; PLAINTIFFS' NOTICE OF RELATED CASE

3. a. Party served:  DENNIS BURNS, CHIEF OF THE CUSTODY OPERATIONS DIVISION, LOS ANGELES SHERIFF'S DEPARTMENT

   b. Person served:  HELEN NGO, CHIEFS SECRETARY/AHUTHORIZED TO ACCEPT SERVICE ON BEHALF OF DENNIS BURNS (SERVED UNDER F.R.C.P. RULE 4).

4. Address where the party was served:  450 BAUCHET STREET LOS ANGELES, CA 90012

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jan. 19, 2012 (2) at: 9:58AM

7. *Person Who Served Papers:*                                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ALBERTO AGUIRRE                                    d. *The Fee for Service was:*
   b. **Service Provided for:**                             e. I am: (3) registered California process server
      NATIONWIDE LEGAL LLC                                   (i)   Independent Contractor
      1609 JAMES M. WOOD BLVD. (LA 6771)                     (ii)  Registration No.:   6109
      LOS ANGELES, CA 90015                                  (iii) County:             Los Angeles
   c. (213) 249-9999

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Thu, Jan. 19, 2012

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE | (ALBERTO AGUIRRE)<br>426833   johdu.190336 |
|---|---|---|