Margaret Winter
ACLU National Prison Project
915 15th Street, N.W.
7th Floor
Washington, D.C. 20005

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALEX ROSAS, et al., | | CASE NUMBER |
| | Plaintiff(s) | 2:12-cv-00428-PSG-SH |
| v. | | |
| LEROY BACA, et al., | | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |
| | Defendant(s). | |

NOTICE:   Effective November 1, 2011, the fee for *Pro Hac Vice* Appearance is $325.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.**

A CERTIFICATE OF GOOD STANDING for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, __MARGARET WINTER__ , hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff ☐ Defendant: __ALEX ROSAS and JONATHAN GOODWIN__ by whom I have been retained.

My business information is:
ACLU NATIONAL PRISON PROJECT
_____
*Firm Name*

915 15TH STREET, N.W., 7TH FLOOR
_____
*Street Address*

WASHINGTON, D.C.  20005                     mwinter@npp-aclu.org
_____
*City, State, Zip*                          *E-Mail Address*
202-393-4930                                202-393-4931
_____
*Telephone Number*                          *Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| see attached pages | |
| | |
| | |

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:  N/A

I designate ___PETER ELIASBERG___ as local counsel, whose business information is as follows:

___ACLU of SOUTHERN CALIFORNIA___
*Firm Name*

___1313 W. 8th STREET, SUITE 200___
*Street Address*

___LOS ANGELES, CA 90017___          ___peliasberg@ACLU-SC.ORG___
*City, State, Zip*          *E-Mail Address*

___(213) 977-9500___          ___(213) 977-5297___
*Telephone Number*          *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated ___1/20/12___

MARGARET WINTER
*Applicant's Name (please print)*

*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated ___1/24/12___

PETER ELIASBERG
*Designee's Name (please print)*

*Designee's Signature*

___189110___
*Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**

MARGARET WINTER'S ADMISSIONS TO PRACTICE:

District of Columbia Bar June 15, 1973
New York State Bar September 26, 1977
Maryland Bar September 2, 1993 Inactive Status
United States Supreme Court August 18, 1978
US Court of Appeals DC Circuit January 13, 1998
US Court of Appeals Fourth Circuit October 3, 1995
US Court of Appeals Fifth Circuit October 12, 1999 x
U Court of Appeals Eighth Circuit November 20, 1986
US Court of Appeals Ninth Circuit December 11, 2008
US Court of Appeals Eleventh Circuit September 10, 1993 Expired
US District Court for the District of Columbia July 6, 1976
US District Court for the District of Maryland, October 13, 1995 Expired

# United States District & Bankruptcy Courts
## for the District of Columbia
### CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC  20001

I, **ANGELA  D.  CAESAR,** Clerk of the United States District Court for the

District of Columbia, do hereby certify that:

### MARGARET  WINTER

was, on the  6th  day of  July  A.D.  1976  admitted to practice as an  Attorney

at  Law at the Bar of this Court, and is, according to the records of  this Court, a

member of said  Bar in good standing.

In Testimony  Whereof, I hereunto subscribe my name and affix the seal of said Court

in  the City of  Washington this  18th  day of  January  A.D. 2012.

### ANGELA  D.  CAESAR, CLERK

By: _____
### Deputy Clerk