```
Court Name: U.S. District Court
Division: 2
Receipt Number: LA035577
Cashier ID: llcash
Transaction Date: 02/01/2012
Payer Name: american cilvil liberties un
io
------------------------------------
PRO HAC VICE
 For: american cilvil liberties unio
 Case/Party: D-CAC-2-12-AT-002012-001
 Amount:      $325.00
------------------------------------
CHECK
 Check/Money Order Num: 1247
 Amt Tendered: $325.00
------------------------------------
Total Due:      $325.00
Total Tendered: $325.00
Change Amt:     $0.00

212cv00428 margaret winter

aclu national prison project 915
15th st nw 7th fl washington dc
20005


No refunds without original
receipt. Returned checks will be
assessed a fee of $53.00.
```