## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS, et al., | CASE NUMBER: |
| Plaintiff(s) | 2:12-cv-00428-PSG-SH |
| v. | |
| LEROY BACA, et al., | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of __MARGARET WINTER__ , of __ACLU NATIONAL PRISON PROJECT__
Applicant's Name                          Firm Name / Address

__202-393-4930__                          __MWINTER@NPP-ACLU.ORG__
Telephone Number                          E-mail Address

for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff   ☐ Defendant

☐ Intervener or other interested person __Alex Rosas and Jonathan Goodwin__

and the designation of __PETER ELIASBERG__
Local Counsel Designee /State Bar Number

of __ACLU OF SOUTHERN CALIFORNIA  1313 W. 8TH STREET, SUITE 200, LOS ANGELES, CA 90017__
Local Counsel Firm / Address

__213-977-9500__                          __PELIASBERG@ACLU-SC.ORG__
Telephone Number                          E-mail Address

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED

☐ DENIED.  Fee shall be returned by the Clerk.

☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated _____          _____
                                       U. S. District Judge/U.S. Magistrate Judge

G–64 ORDER (11/10)          ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE