PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JUSTIN W. CLARK, State Bar No. 235477
jclark@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendants
Sheriff Leroy D. Baca, Undersheriff Paul Tanaka,
Assistant Sheriff Cecil W. Rhambo, and Chief Dennis H. Burns

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ALEX ROSAS and JONATHAN GOODWIN, on their own behalf and on behalf of those similarly situated, | ) ) ) | Case No. CV 12-00428 DDP (SHx) |
|---|---|---|
| Plaintiffs, | ) ) ) | Honorable Dean D. Pregerson |
| vs. | ) ) ) | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS [Local Rule 8-3]** |
| LEROY BACA, Sheriff of Los Angeles County Jails; PAUL TANAKA, Undersheriff, Los Angeles Sheriff's Department; CECIL RHAMBO, Assistant Sheriff, Los Angeles Sheriff's Department; DENNIS BURNS, Chief of the Custody Operations Division, Los Angeles Sheriff's Department, | ) ) ) ) ) ) ) ) ) | Complaint served:      1/18/12<br>Current response date:  2/8/12<br>New response date:     2/17/12 |
| Defendants. | ) ) ) ) | |

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR

COUNSEL OF RECORD:

///

///

///

1

ROSAS\STIP-EXT OF TIME

The parties herein, by and through the undersigned counsel, hereby stipulate pursuant to Local Rule 8-3, that Defendants Sheriff Leroy D. Baca, Undersheriff Paul Tanaka, Assistant Sheriff Cecil W. Rhambo, and Chief Dennis H. Burns shall have until February 17, 2012, to respond to the initial Complaint.

Dated:  February 6, 2012            PAUL HASTINGS LLP


                                    By _____/s/_____
                                          John S. Durrant
                                          Attorneys for Plaintiffs
                                          Alex Rosas and Jonathan Goodwin



Dated:  February 6, 2012            LAWRENCE BEACH ALLEN & CHOI, PC


                                    By _____/s/_____
                                          Justin W. Clark
                                          Attorneys for Defendants
                                          Sheriff Leroy D. Baca, Undersheriff
                                          Paul Tanaka, Assistant Sheriff Cecil W.
                                          Rhambo, and Chief Dennis H. Burns

2

ROSAS\STIP-EXT OF TIME