PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JUSTIN W. CLARK
jclark@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California  91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendants
Sheriff Leroy D. Baca, Undersheriff Paul Tanaka,
Assistant Sheriff Cecil W. Rhambo, and Chief Dennis H. Burns

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN, on their own behalf and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LEROY BACA, Sheriff of Los Angeles County Jails; PAUL TANAKA, Undersheriff, Los Angeles Sheriff's Department; CECIL RHAMBO, Assistant Sheriff, Los Angeles Sheriff's Department; DENNIS BURNS, Chief of the Custody Operations Division, Los Angeles Sheriff's Department,<br><br>Defendants. | Case No. CV 12-00428 DDP (SHx)<br><br>Honorable Dean D. Pregerson<br><br>**NOTICE OF INTERESTED PARTIES** |

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR COUNSEL OF RECORD:

The undersigned, counsel of record for Defendants Sheriff Leroy D. Baca, Undersheriff Paul Tanaka, Assistant Sheriff Cecil w. Rhambo, and Chief Dennis H. Burns herein, certifies that the following listed parties have a direct, pecuniary

1

interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal:

| PARTY | CONNECTION AND INTEREST |
|---|---|
| Alex Rosas | Plaintiff |
| Jonathan Goodwin | Plaintiff |
| Leroy D. Baca | Defendant |
| Paul Tanaka | Defendant |
| Cecil W. Rhambo | Defendant |
| Dennis H. Burns | Defendant |

Dated:  February 6, 2012          LAWRENCE BEACH ALLEN & CHOI, PC


By _____/s/  Paul B. Beach_____
        Paul B. Beach
        Attorneys for Defendants
        Sheriff Leroy D. Baca, Undersheriff
        Paul Tanaka, Assistant Sheriff Cecil W.
        Rhambo, and Chief Dennis H. Burns

2