**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ALEX ROSAS, et al.,<br><br>Plaintiff(s) | CASE NUMBER<br>CV 12-00428 DDP (SHx) | |
| v.<br><br>LEROY BACA, et al.,<br><br>Defendant(s). | ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of  MARGARET WINTER, of ACLU NATIONAL PRISON PROJECT
      *Applicant's Name*                             *Firm Name / Address*

  202-393-4930                            MWINTER@NPP-ACLU.ORG
     *Telephone Number*                                   *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of   X   Plaintiff    ☐ Defendant

☐ Intervener or other interested person     Alex Rosas and Jonathan Goodwin

and the designation of       PETER ELIASBERG
                             *Local Counsel Designee /State Bar Number*

of   ACLU OF SOUTHERN CALIFORNIA, 1313 W. 8TH STREET, SUITE 200, LOS ANGELES, CA 90017
                                    *Local Counsel Firm / Address*

  213.977.9500                              PELIASBERG@ACLU-SC.ORG
     *Telephone Number*                                  *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

     GRANTED

.

Dated   February 08, 2012

                                            U. S. District Judge