UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    CV 12-00428 DDP (SHx)                        Dated: February 16, 2012

Title:    ALEX ROSAS and JONATHAN GOODWIN, on behalf of themselves and of those similarly situated -v- LEROY BACA, Sheriff of Los Angeles County Jails; PAUL TANAKA, Undersheriff, Los Angeles Sheriff's Department, et al.
==============================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

John A. Chambers                                          None Present
Courtroom Deputy                                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None                                                     None

PROCEEDINGS:        MINUTE ORDER (IN CHAMBERS)

        This action has been assigned to the calendar of Judge Dean D. Pregerson.

        Counsel are encouraged to review the Central District's website for additional information. The address is **"http://www.cacd.uscourts.gov"**.

        It is not necessary to clear a motion date with the Court Clerk prior to filing the motion. The Court hears motions only on Mondays at 10:00 a.m.

        The Court requires delivery of <u>two</u> non-blue backed Mandatory Chambers Copies* of <u>only</u> the following manual and electronically filed documents to Room 244-J:

(1)    All noticed motions and related documents;

(2)    All *ex parte* applications and related documents; and

(3)    <u>All exhibits and attachments must be separately tabbed</u>.

*[Refer to the Court's General Order No. 10-07 regarding ECF Courtesy Paper Copies.]*

**Attention ECF Attorneys - Chambers Email Addresses are available under your Utilities menu.**

MINUTES FORM 11                                     Initials of Deputy Clerk __JAC_____
CIVIL -- GEN