PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JUSTIN W. CLARK
jclark@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California  91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendants
Sheriff Leroy D. Baca, Undersheriff Paul Tanaka,
Assistant Sheriff Cecil W. Rhambo, and Chief Dennis H. Burns

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN, on their own behalf and on behalf of those similarly situated, | ) Case No. CV 12-00428 DDP (SHx) )<br>) Honorable Dean D. Pregerson ) |
| Plaintiffs, | ) |
| vs. | ) **[PROPOSED] ORDER GRANTING** |
| | ) **DEFENDANTS' MOTION TO** |
| | ) **DISMISS** |
| LEROY BACA, Sheriff of Los Angeles County Jails; PAUL TANAKA, Undersheriff, Los Angeles Sheriff's Department; CECIL RHAMBO, Assistant Sheriff, Los Angeles Sheriff's Department; DENNIS BURNS, Chief of the Custody Operations Division, Los Angeles Sheriff's Department, | ) )<br>) [Motion to Dismiss filed concurrently<br>) herewith] )<br>)<br>) Date:   March 19, 2012<br>) Time:   10:00 a.m.<br>) Crtm:   3 ) |
| Defendants. | ) )<br>) |

On March 19, 2011, Defendants Sheriff Leroy D. Baca, Undersheriff Paul Tanaka, Assistant Sheriff Cecil W. Rhambo, and Chief Dennis H. Burns' Motion to Dismiss came on regularly for hearing in Courtroom 3 of this Court, the Honorable Dean D. Pregerson presiding.

///

///

1

ROSAS\ MTD [PROPOSED] ORDER

After full consideration of Defendants' moving papers and any opposition and reply papers, the authorities submitted by counsel, as well as counsels' argument:

IT IS HEREBY ADJUDGED AND ORDERED that Plaintiffs' claims against Undersheriff Tanaka, Assistant Sheriff Rhambo, and Chief Dennis Burns are dismissed, with prejudice;

IT IS HEREBY FURTHER ADJUDGED AND ORDERED that Plaintiffs' claims against Defendants are dismissed for failure to state a claim based on Plaintiffs' failure to comply with Federal Rules of Civil Procedure Rule 65(d);

IT IS HEREBY FURTHER ORDERED that if Plaintiffs are granted leave to amend, that Plaintiffs omit from any amended complaint the portions of the current Complaint referenced in Defendants' Rule 12(f) request to strike (and as documented in Exhibit "A" to the Declaration of Justin W. Clark).

DATE:  March _____ , 2012            _____

Honorable Dean D. Pregerson
United States District Judge
Central District of California

Respectfully submitted by,

LAWRENCE BEACH ALLEN and CHOI PC


_____/s/ - Justin W. Clark_____
Paul B. Beach
Justin W. Clark
Attorneys for Defendants
Sheriff Leroy D. Baca, Undersheriff
Paul Tanaka, Assistant Sheriff Cecil W.
Rhambo, and Chief Dennis H. Burns

2

ROSAS\ MTD [PROPOSED] ORDER