PETER J. ELIASBERG (SB# 189110)
peliasberg@aclu-sc.org
MARISOL ORIHUELA (SB# 261375)
morihuela@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Ph: (213) 977-9500 / Fax: (213) 977-5299

DONNA M. MELBY (SB# 86417)
donnamelby@paulhastings.com
JOHN S. DURRANT (SB# 217345)
johndurrant@paulhastings.com
JADE H. LEUNG (SB# 279651)
jadeleung@paulhastings.com
ELIZABETH C. MUELLER (SB# 278283)
bethmueller@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA  90071-2228
Ph:  (213) 683-6000 / Fax: (213) 627-0705

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN GOODWIN, on behalf of themselves and of those similarly situated

MARGARET WINTER (*pro hac vice*)
mwinter@npp-aclu.org
ERIC BALABAN (*pro hac vice application forthcoming*)
ebalaban@npp-aclu.org
DAVID M. SHAPIRO (*pro hac vice application forthcoming*)
dshapiro@npp-aclu.org
NATIONAL PRISON PROJECT OF THE AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th St., NW
Washington, D.C. 20005
Ph: (202) 393-4930 / Fax:  (202) 393-4931

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LEROY BACA, Sheriff of Los Angeles County Jails; et al.,<br><br>Defendants. | CASE NO. CV 12-00428 DDP<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**<br><br>Date:      March 26, 2012<br>Time:      10:00 a.m.<br>Ctrm:     3<br>Judge:   Hon. Dean D. Pregerson |

### NOTICE OF MOTION AND MOTION

TO DEFENDANTS LEROY BACA, PAUL TANAKA, CECIL RHAMBO, AND DENNIS BURNS, AND THEIR COUNSEL:

PLEASE TAKE NOTICE that on March 26, 2012 at 10:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Dean D. Pregerson in Courtroom 3 of the United States District Court for the Central District of California, located at 312 North Spring Street, Los Angeles, CA 90012, Plaintiffs Alex Rosas and Jonathan Goodwin, on behalf of themselves and of others similarly situated ("Plaintiffs"), will and do hereby move this Court for an order certifying that Plaintiffs' claims against Defendants Leroy Baca, Paul Tanaka, Cecil Rhambo, and Dennis Burns ("Defendants") may be pursued as a class action, and specifying the following:

1.      The Class shall consist of, "All inmates confined at Men's Central Jail, Twin Towers Correctional Facility, and the Inmate Reception Center, now and in the future."

2.      Plaintiffs' counsel of record, ACLU Foundation of Southern California, National Prison Project of the American Civil Liberties Union Foundation, and Paul Hastings LLP, shall be appointed as counsel for the Class.

Plaintiffs' motion for class certification is made on the grounds that this case satisfies the requirements for class certification under Rule 23 of the Federal Rules of Civil Procedure.  Specifically, this case satisfies the numerosity, commonality, typicality, and adequacy requirements of Rule 23(a), and additionally meets the standards for class-wide relief under Rule 23(b)(2).

PLAINTIFFS' NOTICE OF MOTION AND
          MOTION FOR CLASS CERTIFICATION

This motion is made after the parties participated in a Conference of Counsel, pursuant to Local Rule 7-3. *See* Declaration of John S. Durrant, filed concurrently herewith.

This motion is based on this Notice of Motion and Motion for Class Certification; the Memorandum of Points and Authorities in support thereof; the accompanying Declarations of Peter J. Eliasberg, Margaret Winter, John S. Durrant, Thomas Parker, Toni Bair, and Steve Martin, and all attached Exhibits; the Proposed Order Granting Plaintiffs' Motion for Class Certification; all related pleadings, records, and papers on file with the Court; all matters of which the Court may take notice; and any such other oral and documentary evidence or argument received by the Court prior to or at the time of hearing on this matter.

DATED:  February 27, 2012      ACLU FOUNDATION OF SOUTHERN
                               CALIFORNIA

                               By: /S/ - Peter J. Eliasberg
                                          PETER J. ELIASBERG

                               Attorneys for Plaintiffs


DATED:  February 27, 2012      NATIONAL PRISON PROJECT OF THE
                               AMERICAN CIVIL LIBERTIES UNION
                               FOUNDATION

                               By: /S/ - Margaret Winter
                                          MARGARET WINTER

                               Attorneys for Plaintiffs


DATED:  February 27, 2012      PAUL HASTINGS LLP

                               By: /S/ - John S. Durrant
                                          JOHN S. DURRANT

                               Attorneys for Plaintiffs


LEGAL_US_W # 70459103.1

-2-          PLAINTIFFS' NOTICE OF MOTION AND
             MOTION FOR CLASS CERTIFICATION