PETER J. ELIASBERG (SB# 189110)
peliasberg@aclu-sc.org
MARISOL ORIHUELA (SB# 261375)
morihuela@aclu-sc.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500
Fax: (213) 977-5299

DONNA M. MELBY (SB# 86417)
donnamelby@paulhastings.com
JOHN S. DURRANT (SB# 217345)
johndurrant@paulhastings.com
JADE H. LEUNG (SB# 279651)
jadeleung@paulhastings.com
ELIZABETH C. MUELLER (SB# 278283)
bethmueller@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA  90071-2228
Phone: (213) 683-6000
Fax: (213) 627-0705

MARGARET WINTER (*pro hac vice*)
mwinter@npp-aclu.org
ERIC BALABAN (*pro hac vice application forthcoming*)
ebalaban@npp-aclu.org
DAVID M. SHAPIRO (*pro hac vice application forthcoming*)
dshapiro@npp-aclu.org
NATIONAL PRISON PROJECT OF
THE AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th St., NW
Washington, D.C. 20005
Phone: (202) 393-4930
Fax: (202) 393-4931

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN
GOODWIN, on behalf of themselves
and of those similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LEROY BACA, Sheriff of Los Angeles County Jails, et al.,<br><br>Defendants. | CASE NO. CV 12-00428 DDP<br><br>**DECLARATION OF JOHN S. DURRANT IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:       March 26, 2012<br>Time:      10:00 a.m.<br>Ctrm.:     3<br>Judge:     Hon. Dean D. Pregerson |

DURRANT DECL. ISO PLAINTIFFS'
MOT. FOR CLASS CERTIFICATION

## **DECLARATION OF JOHN S. DURRANT**

1.     I am an attorney at law admitted to practice before the courts of the State of California and before this Court.  I am a senior associate with the law firm of Paul Hastings LLP ("Paul Hastings"), and am counsel of record for Plaintiffs in this litigation.  I make this declaration in support of Plaintiffs' Motion for Class Certification.  If called as a witness, I would and could competently testify to the facts stated herein, all of which are within my personal knowledge.

2.     The attorneys of Paul Hastings are committed to the vigorous, effective, and efficient prosecution of the interests of Plaintiffs and the proposed class (the "Class").

3.     Paul Hastings, the American Civil Liberties Union National Prison Project ("ACLU-NPP") and the American Civil Liberties Union of Southern California ("ACLU-SC") (collectively, "Plaintiffs' counsel") have dedicated significant hours to the investigation and research of Plaintiffs' claims – including speaking with Plaintiffs and other members of the Class to develop the factual record underlying this case, performing legal research about potential claims and relief available to the Class, and drafting a detailed complaint as well as this class certification motion.

4.     Paul Hastings has extensive experience in class action litigation, including class action lawsuits involving civil rights.  In 2009, Paul Hastings worked with the ACLU-SC in a civil rights class action which rectified unconstitutional and unsafe conditions in an immigration detention center.

5.     Paul Hastings has extensive experience litigating civil rights claims in federal court.  Paul Hastings recently argued and won a civil rights case before the U.S. Supreme Court.  In addition, Paul Hastings has been recognized widely for its work on pro bono cases. *The American Lawyer* recently ranked Paul Hastings second in the nation in the *American Lawyer Pro Bono Report of 2011*.  In 2010, the firm was honored as the Pro Bono Law Firm of the Year by Public Counsel, the

world's largest pro bono public interest law firm.  The Los Angeles office of Paul Hastings was awarded the 2010 Pro Bono Service Award by the Legal Aid Foundation of Los Angeles, as the top pro bono law firm in Los Angeles.

6.      Paul Hastings has dedicated and will continue to commit substantial resources to the representation of this class.  Paul Hastings is prepared to retain experts and to undertake other litigation expenses necessary to bring this matter. As a global law firm with 18 offices and 1,040 attorneys currently worldwide – including 144 attorneys in the Los Angeles office – Paul Hastings has sufficient resources to adequately represent the class.

7.      Plaintiffs' counsel have agreed to act jointly as class counsel, if the Court so designates them.

8.      On February 2, 2012, pursuant to Local Rule 7-3, I had a phone conversation with Defendants' counsel, Justin Clark, during which we discussed the substance of this Motion and any potential resolution.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this 24th day of February, 2012, at Los Angeles, California.

By: _/S/ - John Durrant_____

John S. Durrant

-2-

DURRANT DECL. ISO PLAINTIFFS'
MOT. FOR CLASS CERTIFICATION