PETER J. ELIASBERG (SB# 189110)
peliasberg@aclu-sc.org
MARISOL ORIHUELA (SB# 261375)
morihuela@aclu-sc.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500
Fax: (213) 977-5299

DONNA M. MELBY (SB# 86417)
donnamelby@paulhastings.com
JOHN S. DURRANT (SB# 217345)
johndurrant@paulhastings.com
JADE H. LEUNG (SB# 279651)
jadeleung@paulhastings.com
ELIZABETH C. MUELLER (SB# 278283)
bethmueller@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone: (213) 683-6000
Fax: (213) 627-0705

MARGARET WINTER (*pro hac vice*)
mwinter@npp-aclu.org
ERIC BALABAN (*pro hac vice application forthcoming*)
ebalaban@npp-aclu.org
DAVID M. SHAPIRO (*pro hac vice application forthcoming*)
dshapiro@npp-aclu.org
NATIONAL PRISON PROJECT OF
THE AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th St., NW
Washington, D.C. 20005
Phone: (202) 393-4930
Fax: (202) 393-4931

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN
GOODWIN, on behalf of themselves
and of those similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> LEROY BACA, Sheriff of Los Angeles County Jails, et al., <br><br> Defendants. | CASE NO. CV 12-00428 DDP <br><br> **DECLARATION OF PETER J. ELIASBERG IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> Date: March 26, 2012 <br> Time: 10:00 a.m. <br> Ctrm.: 3 <br> Judge: Hon. Dean D. Pregerson |

ELIASBERG DECL. ISO PLAINTIFFS'
MOT. FOR CLASS CERTIFICATION

# DECLARATION OF PETER J. ELIASBERG

1.      I am an attorney at law admitted to practice before the courts of the State of California and before this Court.  I am the Legal Director of the American Civil Liberties Union Foundation of Southern California ("ACLU-SC"), and am counsel of record for Plaintiffs in this litigation.  I make this declaration in support of Plaintiffs' Motion for Class Certification.  If called as a witness, I would and could competently testify to the facts stated herein, all of which are within my personal knowledge.

2.      The attorneys of the ACLU-SC are committed to the vigorous, effective, and efficient prosecution of the interests of Plaintiffs and the proposed class (the "Class"), a commitment it has demonstrated in its representation of Plaintiffs in the proceedings to date in this matter.

3.      Based on my co-representation with the attorneys of the National Prison Project of the American Civil Liberties Union Foundation ("ACLU-NPP") and Paul Hastings LLP ("Paul Hastings") in this and other matters, it is my belief that the attorneys of the ACLU-NPP and Paul Hastings are likewise committed to the vigorous, effective, and efficient prosecution of this matter.

4.      The ACLU-SC, ACLU-NPP, and Paul Hastings (collectively, "Plaintiffs' counsel") have been working for months on this matter.  Prior to and since the filing of the complaint in this action, Plaintiffs' counsel has dedicated significant hours to the investigation and research of Plaintiffs' claims – including speaking with Plaintiffs and other members of the Class to develop the factual record and legal issues underlying this case, performing legal research about potential claims and relief available to the Class, and drafting a lengthy and detailed complaint as well as this class certification motion.  Through this work, Plaintiffs' counsel have built a strong, effective working relationship with the named Plaintiffs and several other members of the proposed class.

5.      The ACLU-SC has decades of experience in litigating a broad variety of civil rights cases, including prisoners' rights cases.  In addition, I have served as lead counsel or co-lead counsel in numerous federal civil rights class actions in the Central District of California, have been lead counsel in civil rights matters before the United States Court of Appeals for the Ninth Circuit, the California Supreme Court, and the United States Supreme Court, and have argued a case before the U.S. Supreme Court.  Since 2009, I have served as co-lead class counsel for all the inmates in Los Angeles County Jails in *Rutherford v. Baca*, No. 75-04111 (C.D. Cal.), in connection with issues concerning over-crowding.

6.      The ACLU-SC has dedicated and will continue to commit substantial resources to the representation of this class.

7.      Plaintiffs' counsel have agreed to act jointly as class counsel, if the Court so designates them.

8.      A true and correct copy of my resume is attached hereto as Exhibit "A."

9.      Attached hereto as Exhibit "B" is an index of the witness declarations referenced in Plaintiffs' Motion for Class Certification.  The declarations are attached hereto as Exhibits "C" through "GG."

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this 27th day of February, 2012, at Los Angeles, California.

By: _/S/ - Peter J. Eliasberg_____

Peter J. Eliasberg

LEGAL_US_W # 70638468.1

-2-

ELIASBERG DECL. ISO PLAINTIFFS'
MOT. FOR CLASS CERTIFICATION