PETER J. ELIASBERG (SB# 189110)
peliasberg@aclu-sc.org
MARISOL ORIHUELA (SB# 261375)
morihuela@aclu-sc.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500
Fax: (213) 977-5299

DONNA M. MELBY (SB# 86417)
donnamelby@paulhastings.com
JOHN S. DURRANT (SB# 217345)
johndurrant@paulhastings.com
JADE H. LEUNG (SB# 279651)
jadeleung@paulhastings.com
ELIZABETH C. MUELLER (SB# 278283)
bethmueller@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone: (213) 683-6000
Fax: (213) 627-0705

MARGARET WINTER (*pro hac vice*)
mwinter@npp-aclu.org
ERIC BALABAN (*pro hac vice application forthcoming*)
ebalaban@npp-aclu.org
DAVID M. SHAPIRO (*pro hac vice application forthcoming*)
dshapiro@npp-aclu.org
NATIONAL PRISON PROJECT OF
THE AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th St., NW
Washington, D.C. 20005
Phone: (202) 393-4930
Fax: (202) 393-4931

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN
GOODWIN, on behalf of themselves
and of those similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LEROY BACA, Sheriff of Los Angeles County Jails, et al.,<br><br>Defendants. | CASE NO. CV 12-00428 DDP<br><br>**DECLARATION OF MARGARET WINTER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date: March 26, 2012<br>Time: 10:00 a.m.<br>Ctrm.: 3<br>Judge: Hon. Dean D. Pregerson |

## DECLARATION OF MARGARET WINTER

1. I am an attorney at law admitted to practice before the courts of the District of Columbia, the State of New York, and before this Court *pro hac vice*. I am the Associate Director of the National Prison Project of the American Civil Liberties Union Foundation ("ACLU-NPP"), and am counsel of record for Plaintiffs in this litigation. I make this declaration in support of Plaintiffs' Motion for Class Certification. If called as a witness, I would and could competently testify to the facts stated herein, all of which are within my personal knowledge.

2. The attorneys of the ACLU-NPP are committed to the vigorous, effective, and efficient prosecution of the interests of Plaintiffs and the proposed class (the "Class"), a commitment the ACLU-NPP lawyers have demonstrated in their representation of Plaintiffs in the proceedings to date in this matter.

3. Based on my co-representation with the attorneys of the American Civil Liberties Union of Southern California ("ACLU-SC") and Paul Hastings LLP ("Paul Hastings") in this matter, and my co-representation with the ACLU-SC in *Rutherford v. Baca* as class counsel for the same class that Plaintiffs here seek to represent, it is my belief that the attorneys of the ACLU-SC and Paul Hastings are likewise committed to the vigorous, effective, and efficient prosecution of this matter.

4. The ACLU-NPP, ACLU-SC, and Paul Hastings (collectively, "Plaintiffs' counsel") have been working for months on this matter. Prior to and since the filing of the complaint in this action, Plaintiffs' counsel have dedicated many hours to the investigation and research of Plaintiffs' claims – including speaking with Plaintiffs and other members of the Class to develop the factual record and legal issues underlying this case, interviewing potential expert witnesses, performing legal research about potential claims and relief available to the Class, and drafting a lengthy and detailed complaint as well as this class certification motion.

-1-

WINTER DECL. ISO PLAINTIFFS'
MOT. FOR CLASS CERTIFICATION

5. The ACLU-NPP has decades of experience in complex prisoner rights class action suits and civil rights lawsuits throughout the nation. The ACLU-NPP has represented prisoners in five cases before the U.S. Supreme Court. I have argued a prisoners' rights case before the U.S. Supreme Court; have served as class counsel in prisoners' rights cases in trial and appellate courts around the nation, including the Ninth Circuit; and since 2007 have served as co-lead class counsel for all inmates of the Los Angeles County Jails in *Rutherford v. Baca*, No. 75-04111 (C.D. Cal.), in connection with issues concerning over-crowding.

6. The ACLU-NPP has dedicated and will continue to commit substantial resources to the representation of this class.

7. Plaintiffs' counsel have agreed to act jointly as class counsel, if the Court so designates them.

8. A true and correct copy of my resume is attached hereto as Exhibit "A."

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this 2/5 day of February, 2012, at Washington, D.C.

By Margaret Winter

Margaret Winter

# Exhibit "A"

**CURRICULUM VITAE     MARGARET WINTER**

Margaret Winter is Associate Director of the National Prison Project of the American Civil Liberties Union. She has litigated prison reform cases in trial and appellate courts around the country.

She has argued and won a prisoner's rights case in the US Supreme Court, *Young v. Harper*, 520 U.S. 143 (1997), with Justice Thomas writing the opinion for a unanimous court.

Since 2007, she has been co-lead class counsel for all inmates in the Los Angeles County Jails, on issues involving over-crowding. *Rutherford v. Baca* , No. 75-cv-4111(C.D. Cal.).

She has won an injunction against Sheriff Joe Arpaio (the self-proclaimed "toughest sheriff in America"), requiring him to provide constitutionally constitutional adequate conditions of confinement to the pretrial detainees in Maricopa County Jails, the fourth largest jail system in the nation. *Graves v. Arpaio,* No. 77-cv- 479 (D. Ariz. Oct. 23, 2008), *aff'd,* 623 F.3d 1043 (9th Cir. 2010).

She won an injunction mandating reforms of inhumane conditions on Mississippi's death row. *Gates v. Cook*, 385 F .3d 503 (5th Cir. 2004).  She obtained a decree that resulted in the release from solitary confinement of 85 percent of the men housed in Mississippi's supermax prison. *Presley v. Epps*, No. 405 civ. 148 (N.D. Miss. Nov. 18, 2007).  These cases were featured in the cover story of the August 2010 issue of *Governing* magazine, "Prison Break: How America's Reddest State Became a Model of Correctional Reform."

She won the first federal injunction requiring a department of corrections to provide HIV treatment consistent with national guidelines, and an appellate decision overturning a federal court order that barred the ACLU from communicating with Mississippi prisoners. *Gates v. Cook*, 234 F.3d 221 (5th Cir. 2001).

She challenged Texas prison officials' failure to protect a gay prisoner from sexual slavery by prison gangs, a case resulting in the first appellate decision recognizing the equal protection right of prisoners not to be subjected to discrimination on the basis of their sexual orientation. *Johnson v. Johnson*, 385 F.3d 503 (5th Cir. 2004).

She is co-lead class counsel on behalf of Mississippi youth tried and incarcerated as adults, challenging a pattern of sexual abuse, excessive force, failure to protect, and solitary confinement. *DePriest v. Walnut Grove Correctional Authority*, No. 3:10-cv-663 (S.D. Miss. filed Nov. 16, 2010).

Exhibit A
Page 3

She represents Alabama prisoners with HIV in a class action under the Americans with Disabilities Act, challenging Alabama's policy of categorically segregating all prisoners with HIV and barring them from a host of prison programs solely because they have HIV. *Henderson v. Thomas*, No. 2:11- cv-224 (M.D. Ala. filed March 28, 2011).   She is co-author of a report on HIV segregation in Southern prisons, *Sentenced to Stigma* (April 2010).

She testified before the National Commission on Safety and Abuse in America's Prisons and before the National Prison Rape Elimination Commission (NPREC).  She served on a committee of experts convened by NPREC to draft national standards to prevent prison rape.

She is an adjunct professor of law at Georgetown University Law Center (prisoners' rights litigation and policy).  She is a graduate of St. John's College (Annapolis), and Georgetown University Law Center.