UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated, | CASE NO. CV 12-00428 DDP |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| vs. | |
| LEROY BACA, Sheriff of Los Angeles County Jails; et al., | Date:    March 26, 2012<br>Time:    10:00 a.m.<br>Ctrm:    3<br>Judge:   Hon. Dean D. Pregerson |
| Defendants. | |

Upon Plaintiffs' Motion for Class Certification, which came for hearing before this Court on March 26, 2012, the Court, having considered the papers submitted and the oral argument presented by counsel, the Court finds:

1. The proposed class satisfies Rule 23(a)(1) (numerosity) because it numbers thousands of members and contains future members;

2. The proposed class satisfies Rule 23(a)(2) (commonality) because there are numerous questions of law or fact common to the class, including:

   a. Common Contention No. 1: There is an unlawful pattern and practice at the Jails of excessive physical violence used by Sheriff's deputies against inmates;

   b. Common Contention No. 2: There is an unlawful pattern and practice at the Jails of Sheriff's deputies enlisting and encouraging inmates to carry out savage attacks against other inmates and promoting prisoner-on-prisoner violence;

   c. Common Contention No. 3: There is an unlawful pattern and practice at the Jails of Sheriff's deputies using violence, and threats of violence, to coerce false statements from inmates to intimidate them and thereby prevent them from making complaints or reporting abuse at these facilities, and of otherwise covering up unlawful violence;

   d. Common Contention No. 4: Defendants have been aware, and are currently aware, of the use of excessive force by correctional officers and the enlisting and encouraging by correctional officers of inmates to carry out savage attacks in the jails;

CASE NO. CV 12-00428 DDP

-1-

[PROPOSED] ORDER GRANTING MOTION FOR CLASS CERTIFICATION

e.   Common Contention No. 5:  Defendants have been and continue to be deliberately indifferent to the use of excessive force by correctional officers and the enlisting and encouraging of inmates to carry out savage attacks in the Jails;

3.   The proposed class satisfies Rule 23(a)(3) (typicality) because the named Plaintiffs' claims are substantially the same as those of the class;

4.   The proposed class satisfies Rule 23(a)(4) (adequacy of representation) because there are no conflicts between the named Plaintiffs and the class, and the lawyers for the named plaintiffs will vigorously represent the interests of the class; and

5.   The proposed class satisfies Rule 23(b)(2) because Plaintiffs' allegations that Defendants have failed to take reasonable steps to prevent a pattern of excessive force and abuse of inmates by deputies constitutes a refusal by Defendants to act on grounds generally applicable to the class, which makes final injunctive and declaratory relief appropriate if the allegations are proven.  Plaintiffs seek only equitable relief in this Action.

**ACCORDINGLY, THE COURT HEREBY ORDERS THAT:**

1.   Plaintiffs' Motion for Class Certification is GRANTED;

2.   The Class shall consist of, "All inmates confined at Men's Central Jail, Twin Towers Correctional Facility, and the Inmate Reception Center, now and in the future"; and

CASE NO. CV 12-00428 DDP                    -2-                    [PROPOSED] ORDER GRANTING MOTION FOR CLASS CERTIFICATION

3.  Plaintiffs' counsel of record, ACLU Foundation of Southern California, National Prison Project of the American Civil Liberties Union Foundation, and Paul Hastings LLP shall be appointed as counsel for the Class.

**IT IS SO ORDERED.**

DATED: _____, 2012

_____
HON. DEAN D. PREGERSON

United States District Judge

Submitted by:

ACLU FOUNDATION OF SOUTHERN
CALIFORNIA

By:  /S/ - Peter J. Eliasberg
             PETER J. ELIASBERG

NATIONAL PRISON PROJECT OF THE
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION

By:  /S/ - Margaret Winter
             MARGARET WINTER
.

PAUL HASTINGS LLP

By:  /S/ - John S. Durrant
             JOHN S. DURRANT

Attorneys for Plaintiffs

LEGAL_US_W # 70460987.4

CASE NO. CV 12-00428 DDP                    -3-            [PROPOSED] ORDER GRANTING
MOTION FOR CLASS CERTIFICATION