PETER J. ELIASBERG (SB# 189110)
peliasberg@aclu-sc.org
MARISOL ORIHUELA (SB# 261375)
morihuela@aclu-sc.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone:  (213) 977-9500
Fax:  (213) 977-5299

DONNA M. MELBY (SB# 86417)
donnamelby@paulhastings.com
JOHN S. DURRANT (SB# 217345)
johndurrant@paulhastings.com
JADE H. LEUNG (SB# 279651)
jadeleung@paulhastings.com
ELIZABETH C. MUELLER (SB# 278283)
bethmueller@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA  90071-2228
Phone:  (213) 683-6000
Fax:  (213) 627-0705

MARGARET WINTER (*pro hac vice*)
mwinter@npp-aclu.org
ERIC BALABAN (*pro hac vice application forthcoming*)
ebalaban@npp-aclu.org
DAVID M. SHAPIRO (*pro hac vice application forthcoming*)
dshapiro@npp-aclu.org
NATIONAL PRISON PROJECT OF
THE AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th St., NW
Washington, D.C. 20005
Phone:  (202) 393-4930
Fax:  (202) 393-4931

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN
GOODWIN, on behalf of themselves
and of those similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LEROY BACA, Sheriff of Los Angeles County Jails, et al.,<br><br>Defendants. | CASE NO. CV 12-00428 DDP<br><br>**DECLARATION OF JOHN S. DURRANT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE**<br><br>Date:      March 19, 2012<br>Time:     10:00 a.m.<br>Ctrm.:    3<br>Judge:    Hon. Dean D. Pregerson |

LEGAL_US_W # 70666689.1

DURRANT DECL. ISO PLAINTIFFS' OPP'N
TO DEFS' MOT. TO DISMISS AND STRIKE

## DECLARATION OF JOHN S. DURRANT

1.      I am an attorney at law admitted to practice before the courts of the State of California and before this Court.  I am a senior associate with the law firm of Paul Hastings LLP ("Paul Hastings"), and am counsel of record for Plaintiffs in this litigation.  I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss and Motion to Strike.  If called as a witness, I would and could competently testify to the facts stated herein, all of which are within my personal knowledge.

2.      A true and correct copy of the Order Re: Transfer Pursuant To General Order 08-05 (Related Cases) entered in *Evans Tutt v. County of Los Angeles*, No. 2:11-cv-06126 (C.D. Cal.) on August 9, 2011 is attached hereto as Exhibit "A."

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this 27th day of February, 2012, at Los Angeles, California.

By: _____
                John S. Durrant