PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JUSTIN W. CLARK, State Bar No. 235477
jclark@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendants
Sheriff Leroy D. Baca, Undersheriff Paul Tanaka,
Assistant Sheriff Cecil W. Rhambo, and Chief Dennis H. Burns

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN, on their own behalf and on behalf of those similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> LEROY BACA, Sheriff of Los Angeles County Jails; PAUL TANAKA, Undersheriff, Los Angeles Sheriff's Department; CECIL RHAMBO, Assistant Sheriff, Los Angeles Sheriff's Department; DENNIS BURNS, Chief of the Custody Operations Division, Los Angeles Sheriff's Department, <br><br> Defendants. | Case No. CV 12-00428 DDP (SHx) <br><br> Honorable Dean D. Pregerson <br><br> **STIPULATION TO CONTINUE HEARING DATE AND BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> Hearing Date: March 26, 2012 |

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR COUNSEL OF RECORD:

///

///

///

1

ROSAS\STIP-EXT OF TIME

WHEREAS, Plaintiffs filed a Motion for Class Certification (Plaintiffs' Motion, Docket No. 20) and set a hearing date of March 26, 2012;

WHEREAS, under the current schedule, Defendants' Opposition is due on March 5, 2012;

WHEREAS, Defendants requested, and Plaintiffs agreed to continue the hearing date and associated briefing schedule on Plaintiffs' Motion to April 23, 2012;

Based on the foregoing, the Parties hereby stipulate as follows:

The hearing date on Plaintiffs' Motion is continued to April 23, 2012. Defendants' Opposition to Plaintiffs' Motion is due on or before March 26, 2012 and Plaintiffs' Reply to Defendants' Opposition is due on or before April 9, 2012.

Dated:  March 1, 2012                     PAUL HASTINGS LLP


By ____/s/  John S. Durrant_____
          John S. Durrant
          Attorneys for Plaintiffs
          Alex Rosas and Jonathan Goodwin



Dated:  March 1, 2012                     LAWRENCE BEACH ALLEN & CHOI, PC


By ____/s/  Justin W. Clark_____
          Justin W. Clark
          Attorneys for Defendants
          Sheriff Leroy D. Baca, Undersheriff
          Paul Tanaka, Assistant Sheriff Cecil W.
          Rhambo, and Chief Dennis H. Burns

2

ROSAS\STIP-EXT OF TIME