PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JUSTIN W. CLARK, State Bar No. 235477
jclark@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California  91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendants
Sheriff Leroy D. Baca, Undersheriff Paul Tanaka,
Assistant Sheriff Cecil W. Rhambo, and Chief Dennis H. Burns

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN, on their own behalf and on behalf of those similarly situated,<br><br>            Plaintiffs,<br><br>      vs.<br><br>LEROY BACA, Sheriff of Los Angeles County Jails; PAUL TANAKA, Undersheriff, Los Angeles Sheriff's Department; CECIL RHAMBO, Assistant Sheriff, Los Angeles Sheriff's Department; DENNIS BURNS, Chief of the Custody Operations Division, Los Angeles Sheriff's Department,<br><br>            Defendants. | Case No. CV 12-00428 DDP (SHx)<br><br>Honorable Dean D. Pregerson<br><br>**ORDER APPROVING STIPULATION OF THE PARTIES FOR CONTINUANCE OF HEARING DATE AND BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Hearing Date:  March 26, 2012<br><br>*[Stipulation Filed Concurrently Herewith]* |

///

///

///

1

ROSAS\Proposed Order re Stip-ext deadline re mtn for class cert

The Parties having stipulated and good cause appearing:

IT IS HEREBY ORDERED that:

1.      The March 26, 2012 hearing on Plaintiffs' Motion for Class Certification ("Plaintiffs' Motion" - Docket No. 20) is continued to April 23, 2012 at 10:00 a.m.;

2.      Defendants' Opposition to Plaintiffs' Motion is due on or before March 26, 2012;

3.      Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Motion is due on or before April 9, 2012.

IT IS SO ORDERED.

Dated:  March 02, 2012

Honorable Dean D. Pregerson
United States District Judge

2

ROSAS\Proposed Order re Stip-ext deadline re mtn for class cert