## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.       CV 12-00428 DDP (SHx)                    Date    March 19, 2012

Title    ALEX ROSAS and JONATHAN GOODWIN, on behalf of themselves and of those similarly situated -V- LEROY BACA, Sheriff of Los Angeles County Jails; PAUL TANAKA, Undersheriff, Los Angeles Sheriff's Department; CECIL RHAMBO, Assistant Sheriff, Los Angeles Sheriff's Department and DENNIS BURNS, Chief of Custody Operations Division, Los Angeles Sheriff's Department

Present: The Honorable       DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

Donna D. Melby                                          Paul B. Beach
John S. Durrant                                         Justin W. Clark

Proceedings:

MOTION TO DISMISS PLAINTIFFS' COMPLAINT AND FRCP RULE 12 (F) REQUEST TO STRIKE FILED BY DEFENDANTS LEROY BACA, DENNIS BURNS, CECIL RHAMBO, PAUL TANAKA (DOCKET NUMBER 19)

Court hears oral argument and takes the matter under submission.

|  | 0 0 | : | 16 |
|---|---|---|---|
|  | Initials of Preparer |  | JAC |