# Exhibit "A"



DE WITT W. CLINTON, County Counsel
FREDERICK R. BENNETT, Assistant County Counsel
648 Hall of Administration
500 West Temple Street
Los Angeles, California 90012

(213) 974-1903

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

DENNIS RUTHERFORD,

               Plaintiff,

        v.

SHERMAN BLOCK, et al.,

           Defendants.

CASE NO.   CV 75-4111-WPG

STIPULATION AND ORDER

To measure compliance with the Court's orders in this case and to develop appropriate methods to minimize the impact of jail overcrowding, the counsel for parties have found it useful to regularly conduct joint and separate interviews with inmates throughout the jail system, and to permit discussions between counsel for the plaintiff and Sheriff's staff, frequently without counsel for the Sheriff being present.

To be effective, the interviews must be candid and open. The inmates must feel confident that they can state facts and make statements without fear that the discussions will be used in their criminal trial. The Sheriff's staff must be confident that they can state facts and their views openly

EXHIBIT "A"

and candidly without concern that their statements will be used in other litigation. In this fashion, counsel for the parties and the parties have been able to work cooperatively toward solutions to the complex and difficult issues involved in this litigation in a non-adversarial manner and without need to involve the Court in most dispute resolutions.

Accordingly, and for good cause, the parties stipulate that none of the statements made during inmate interviews or in discussions with Sheriff's staff will be used or made available for use in other litigation or for purposes other than the present litigation except by written stipulation or by order of this Court.

IT IS SO STIPULATED.

DATED: June 14, 1989    ACLU FOUNDATION OF SOUTHERN CALIFORNIA

By: _____
JOHN HAGAR, Esq
Counsel for Plaintiff

DATED: June 14, 1989    DE WITT W. CLINTON, County Counsel

By: _____
FREDERICK R. BENNETT
Assistant County Counsel
Counsel for Defendants

GOOD CAUSE APPEARING THEREFOR, it is so ordered.

DATED: June 21, 1989    WILLIAM P. GRAY

_____
WILLIAM P. GRAY
United States District Court Judge

-2-

EXHIBIT "A"