PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JUSTIN W. CLARK, State Bar No. 235477
jclark@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California  91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendant
Sheriff Leroy D. Baca, in his official capacity only

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN, on their own behalf and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LEROY BACA, Sheriff of Los Angeles County Jails,<br><br>Defendant. | Case No. CV 12-00428 DDP (SHx)<br><br>Honorable Dean D. Pregerson<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO REMOVE THE ACLU AS COUNSEL FOR PLAINTIFFS DUE TO THEIR VIOLATION OF A STIPULATION AND COURT ORDER**<br><br>Date:    April 23, 2012<br>Time:    10:00 a.m.<br>Crtm:    3 |

On April 23, 2012, Defendants Sheriff Leroy D. Baca's (in his official capacity only) Motion to Remove the American Civil Liberties Union of Southern California ("ACLU") as counsel for Plaintiffs ("Defendant's Motion") due to their violation of a stipulation and Court order came on regularly for hearing in Courtroom 3 of this Court, the Honorable Dean D. Pregerson presiding.

///

///

///

1

ROSAS\ Mtn to Remove the ACLU – Proposed Order

After full consideration of Defendant's moving papers and any opposition and reply papers, the authorities submitted by counsel, as well as counsels' argument:

IT IS HEREBY ORDERED that pursuant to the 1989 Interview Protective Order entered in *Rutherford v. Baca*, U.S.D.C Case No. CV 75-04111 DDP (submitted as Exhibit "A" to Defendant's Motion), the ACLU, as well as any law firm or other counsel with whom the ACLU has shared information, are ordered to withdraw as counsel for Plaintiffs in this case.

DATE:  April ____ , 2012          _____

                                    Honorable Dean D. Pregerson
                                    United States District Judge
                                    Central District of California

Respectfully submitted by,

LAWRENCE BEACH ALLEN and CHOI PC


        /s/ - Justin W. Clark
        _____
        Paul B. Beach
        Justin W. Clark
Attorneys for Defendant
Sheriff Leroy D. Baca,
in his official capacity only

2

ROSAS\ Mtn to Remove the ACLU – Proposed Order