PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JUSTIN W. CLARK, State Bar No. 235477
jclark@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California  91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendants
Sheriff Leroy D. Baca, Undersheriff Paul Tanaka,
Assistant Sheriff Cecil W. Rhambo, and Chief Dennis H. Burns

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN, on their own behalf and on behalf of those similarly situated, | ) Case No. CV 12-00428 DDP (SHx) |
| Plaintiffs, | ) Honorable Dean D. Pregerson |
| vs. | ) **STIPULATION TO CONTINUE HEARING DATES AND BRIEFING SCHEDULES ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION (DOCKET NO. 20) AND DEFENDANT'S MOTION TO REMOVE THE ACLU AS COUNSEL (DOCKET NO. 29)** |
| LEROY BACA, Sheriff of Los Angeles County Jails; PAUL TANAKA, Undersheriff, Los Angeles Sheriff's Department; CECIL RHAMBO, Assistant Sheriff, Los Angeles Sheriff's Department; DENNIS BURNS, Chief of the Custody Operations Division, Los Angeles Sheriff's Department, | ) Hearing Date:  April 23, 2012 |
| Defendants. | ) *[[Proposed] Order Filed Concurrently Herewith]* |

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR

COUNSEL OF RECORD:

///

///

///

1

WHEREAS, Plaintiffs filed a Motion for Class Certification ("Plaintiffs' Class Certification Motion", Docket No. 20) that is presently on calendar for April 23, 2012;

WHEREAS, under the current schedule on Plaintiffs' Motion, Plaintiffs' Reply is due on April 9, 2012;

WHEREAS, counsel for Plaintiffs has agreed that Plaintiffs will not submit new declarations in support of the Reply on the Class Certification Motion;

WHEREAS, Defendant filed a Motion to Remove the ACLU as counsel ("Defendant's Motion" - Docket No. 29) and set a hearing date of April 23, 2012;

WHEREAS, under the current schedule on Defendant's Motion, Plaintiffs' Opposition is due on April 2, 2012, and Defendant's Reply is due on April 9, 2012;

WHEREAS, Plaintiffs have requested a two-week extension of the deadline for their Opposition on Defendant's Motion and a one-week extension to file Reply in support of their Class Certification Motion;

WHEREAS, Defendant has requested a one-week extension to file Defendant's Reply in support of Defendant's Motion;

WHEREAS, counsel for the parties have conferred and reached an agreement regarding continued hearing dates and associated briefing schedules as set forth below;

Based on the foregoing, the Parties hereby stipulate as follows:

Plaintiffs' Motion for Class Certification and Defendant's Motion to Remove the ACLU as counsel will both be scheduled for hearing on May 14, 2012.

///

///

///

2

ROSAS\Stip re hearing dates on class cert and mtn to remove the aclu

Plaintiffs' Reply on the Motion for Class Certification will be due on April 16, 2012.

Plaintiffs' Opposition on the Motion to Remove the ACLU as counsel will be due on April 16, 2012.

Defendant's Reply on the Motion to Remove the ACLU as counsel will be due on April 30, 2012.

Dated:  March 30, 2012          PAUL HASTINGS LLP


By ____/s/ John S. Durrant_____
        John S. Durrant
        Attorneys for Plaintiffs
        Alex Rosas and Jonathan Goodwin


Dated:  March 30, 2012          LAWRENCE BEACH ALLEN & CHOI, PC


By ____/s/ Justin W. Clark_____
        Justin W. Clark
        Attorneys for Defendants
        Sheriff Leroy D. Baca, Undersheriff
        Paul Tanaka, Assistant Sheriff Cecil W.
        Rhambo, and Chief Dennis H. Burns

ROSAS\Stip re hearing dates on class cert and mtn to remove the aclu