PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JUSTIN W. CLARK
jclark@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendant
Sheriff Leroy D. Baca, in his official capacity only

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN, on their own behalf and on behalf of those similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> LEROY BACA, Sheriff of Los Angeles County Jails; PAUL TANAKA, Undersheriff, Los Angeles Sheriff's Department; CECIL RHAMBO, Assistant Sheriff, Los Angeles Sheriff's Department; DENNIS BURNS, Chief of the Custody Operations Division, Los Angeles Sheriff's Department, <br><br> Defendants. | Case No. CV 12-00428 DDP (SHx) <br><br> Honorable Dean D. Pregerson <br><br> **ORDER CONTINUING HEARING DATES AND BRIEFING SCHEDULES ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION (DOCKET NO. 20) AND DEFENDANT'S MOTION TO REMOVE THE ACLU AS COUNSEL (DOCKET NO. 29)** <br><br> Hearing Date: April 23, 2012 <br><br> [*Stipulation Filed Concurrently Herewith*] |

///

///

///

1

ROSAS\Prop Order re hearing dates on class cert and mtn to remove

The Parties having stipulated and good cause appearing:

IT IS HEREBY ORDERED that:

1.    The hearings on Plaintiffs' Motion for Class Certification (Docket No. 20) and Defendant's Motion to Remove the ACLU as counsel (Docket No. 29) are continued from April 23, 2012 to May 14, 2012 at 10:00 a.m.;

2.    Plaintiffs' Reply on the Motion for Class Certification will be due on April 16, 2012;

3.    Plaintiffs' Opposition on the Motion to Remove the ACLU as counsel will be due on April 16, 2012;

4.    Defendant's Reply on the Motion to Remove the ACLU as counsel will be due on April 30, 2012.

IT IS SO ORDERED.

Dated:  April 03, 2012

Honorable Dean D. Pregerson
United States District Judge

2

ROSAS\Prop Order re hearing dates on class cert and mtn to remove