David Shapiro
ACLU National Prison Project
915 15th St., N.W.
7th Floor
Washington, DC 20005

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS, et al.,<br><br>Plaintiff(s)<br>v.<br><br>LEROY BACA, et al.,<br><br>Defendant(s). | CASE NUMBER:<br><br>2:12-cv-00428-DDP<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of DAVID SHAPIRO                    , of   ACLU NATIONAL PRISON PROJECT

*Applicant's Name*                        *Firm Name / Address*

202-393-4930                         DSHAPIRO@NPP-ACLU.ORG

*Telephone Number*                        *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☑ Plaintiff     ☐ Defendant

☐ Intervener or other interested person   Alex Rosas and Jonathan Goodwin

and the designation of   PETER ELIASBERG

*Local Counsel Designee /State Bar Number*

of ACLU OF SOUTHERN CALIFORNIA  1313 W. 8TH STREET, SUITE 200, LOS ANGELES, CA 90017

*Local Counsel Firm / Address*

213-977-9500                         PELIASBERG@ACLU-SC.ORG

*Telephone Number*                        *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:


☐ GRANTED

☐ DENIED.  Fee shall be returned by the Clerk.

☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.


Dated _____            _____

                                U. S. District Judge/U.S. Magistrate Judge

G–64 ORDER (11/10)        ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE