PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JUSTIN W. CLARK, State Bar No. 235477
jclark@lbaclaw.com
CORIE M. BURTON, State Bar No. 279099
cburton@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California  91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendant
Sheriff Leroy D. Baca, in his official capacity only

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN, on their own behalf and on behalf of those similarly situated,<br><br>      Plaintiffs,<br><br>      vs.<br><br>LEROY BACA, Sheriff of Los Angeles County Jails,<br><br>      Defendant. | Case No. CV 12-00428 DDP (SHx)<br><br>Honorable Dean D. Pregerson<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**<br><br>[Motion to Dismiss filed concurrently herewith]<br><br>Date:  May 21, 2012<br>Time:  10:00 a.m.<br>Crtm:  3 |

On May 21, 2012, Defendant Sheriff Leroy D. Baca's ("Defendant") Motion to Dismiss came on regularly for hearing in Courtroom 3 of this Court, the Honorable Dean D. Pregerson presiding.

///

///

///

1

After full consideration of Defendant's moving papers and any opposition and reply papers, the authorities submitted by counsel, as well as counsels' argument:

IT IS HEREBY ADJUDGED AND ORDERED that Plaintiffs' claims against Defendant are dismissed, with prejudice.

DATE: _____ , 2012                _____
                                        Honorable Dean D. Pregerson
                                        United States District Judge
                                        Central District of California

Respectfully submitted by,

LAWRENCE BEACH ALLEN & CHOI PC


      /s/ - Justin W. Clark
      Paul B. Beach
      Justin W. Clark
Attorneys for Defendant
Sheriff Leroy D. Baca, in his official capacity only

2