PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JUSTIN W. CLARK, State Bar No. 235477
jclark@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California  91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendant
Sheriff Leroy D. Baca, in his official capacity only

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN, on their own behalf and on behalf of those similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> LEROY BACA, Sheriff of Los Angeles County Jails; PAUL TANAKA, Undersheriff, Los Angeles Sheriff's Department; CECIL RHAMBO, Assistant Sheriff, Los Angeles Sheriff's Department; DENNIS BURNS, Chief of the Custody Operations Division, Los Angeles Sheriff's Department, <br><br> Defendants. | Case No. CV 12-00428 DDP (SHx) <br><br> Honorable Dean D. Pregerson <br><br> **STIPULATION TO CONTINUE HEARING DATES AND BRIEFING SCHEDULES ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION (DOCKET NO. 20), DEFENDANT'S MOTION TO REMOVE THE ACLU AS COUNSEL (DOCKET NO. 29), AND DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT (DOCKET NO. 36)** <br><br> New Hearing Date:  May 21, 2012 <br><br> *[[Proposed] Order Filed Concurrently Herewith]* |

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR

COUNSEL OF RECORD:

///

///

///

1

ROSAS\Stip re briefing and hearing dates on mtns to dismiss and to remove

WHEREAS, Plaintiffs filed a Motion for Class Certification ("Plaintiffs' Class Certification Motion", Docket No. 20) that is fully briefed and presently on calendar for May 14, 2012;

WHEREAS, Defendant filed a Motion to Remove the ACLU as Counsel ("Motion to Remove the ACLU" - Docket No. 29) that is also presently on calendar for May 14, 2012;

WHEREAS, Plaintiffs have filed an Opposition to the Motion to Remove the ACLU and Defendant's Reply is currently due on April 30, 2012;

WHEREAS, Defendant filed a Motion to Dismiss Plaintiffs' First Amended Complaint ("Motion to Dismiss the FAC - Docket No. 36) that is presently on calendar for May 21, 2012;

WHEREAS, Plaintiffs' Opposition to the Motion to Dismiss the FAC is currently due on April 30, 2012;

WHEREAS, Plaintiffs have requested, and Defendant has agreed, to a one-week extension of the deadline for Plaintiffs to prepare and file their Opposition to the Motion to Dismiss the FAC;

WHEREAS, Defendant has requested, and Plaintiffs have agreed, to a one-week extension of the deadline for Defendant to prepare and file their Reply on the Motion to Remove the ACLU;

WHEREAS, counsel for the parties have conferred and reached an agreement regarding continued hearing dates and associated briefing schedules as set forth below;

WHEREAS, the parties further agree, as a matter of judicial economy and efficiency, that the Class Certification Motion, the Motion to Remove the ACLU, and the Motion to Dismiss the FAC should all be scheduled for hearing on the same date.

ROSAS\Stip re briefing and hearing dates on mtns to dismiss and to remove

Based on the foregoing, the Parties hereby stipulate as follows:

The hearings on Plaintiffs' Class Certification Motion and Defendant's Motion to Remove the ACLU as counsel will both be continued one week from May 14, 2012 to May 21, 2012. Plaintiffs' Opposition to the Motion to Dismiss the FAC and Defendant's Reply on the Motion to Remove the ACLU will both be due on May 7, 2012. Defendant's Reply on the Motion to Dismiss the FAC will be due on May 14, 2012.

Dated:  April 27, 2012          PAUL HASTINGS LLP


By     /s/ John S. Durrant
          John S. Durrant
          Attorneys for Plaintiffs
          Alex Rosas and Jonathan Goodwin



Dated:  April 27, 2012          LAWRENCE BEACH ALLEN & CHOI, PC


By     /s/ Justin W. Clark
          Justin W. Clark
          Attorneys for Defendant
          Sheriff Leroy D. Baca, in his official
          capacity only

3

ROSAS\Stip re briefing and hearing dates on mtns to dismiss and to remove