PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JUSTIN W. CLARK
jclark@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California  91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendant
Sheriff Leroy D. Baca, in his official capacity only

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN, on their own behalf and on behalf of those similarly situated, | Case No. CV 12-00428 DDP (SHx) |
| Plaintiffs, | Honorable Dean D. Pregerson |
| vs. | **[PROPOSED] ORDER CONTINUING HEARING DATES AND BRIEFING SCHEDULES ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION (DOCKET NO. 20), DEFENDANT'S MOTION TO REMOVE THE ACLU AS COUNSEL (DOCKET NO. 29), AND DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT (DOCKET NO. 36)** |
| LEROY BACA, Sheriff of Los Angeles County Jails; PAUL TANAKA, Undersheriff, Los Angeles Sheriff's Department; CECIL RHAMBO, Assistant Sheriff, Los Angeles Sheriff's Department; DENNIS BURNS, Chief of the Custody Operations Division, Los Angeles Sheriff's Department, | |
| Defendants. | New Hearing Date:  May 21, 2012 |
| | [*Stipulation Filed Concurrently Herewith*] |

///

///

///

1

ROSAS\Prop Order re hearing dates on class cert and mtn to remove

The Parties having stipulated and good cause appearing:

IT IS HEREBY ORDERED that:

The hearings on Plaintiffs' Class Certification Motion and Defendant's Motion to Remove the ACLU as counsel are continued one week from May 14, 2012 to May 21, 2012.  Plaintiffs' Opposition to the Motion to Dismiss the FAC and Defendant's Reply on the Motion to Remove the ACLU are due on May 7, 2012.  Defendant's Reply on the Motion to Dismiss the FAC is due on May 14, 2012.

IT IS SO ORDERED.

Dated: _____          _____
                                       Honorable Dean D. Pregerson
                                       United States District Court Judge

2

ROSAS\Prop Order re hearing dates on class cert and mtn to remove