Name & Address:
Justin W. Clark, Bar No. 235477
Lawrence Beach Allen & Choi, PC
100 W. Broadway, Suite 1200
Glendale, CA 91210-1219
(818) 545-1925

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSES and JONATHAN GOODWIN, on their own behalf and on behalf of those similarly situated<br><br>PLAINTIFF(S)<br>v.<br>Leroy Baca, Sheriff of Los Angeles County Jails; et al.<br><br>DEFENDANT(S). | CASE NUMBER: CV 12-00428 DDP (SHx)<br><br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
CD:  Exhibit A to Declaration of Justin W. Clark in Support of Reply to Plaintiffs' Opposition to Defendant's Motion to Remove the ACLU as Counsel for Plaintiffs

**Document Description:**

☐ Administrative Record

☒ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Rule 79-5.4. Documents to be excluded, (h)]

☐ Other

**Reason:**

☐ Under Seal

☒ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

May 7, 2012 _____
Date

/s/ Justin W. Clark _____
Attorney Name

Defendant Sheriff Leroy D. Baca
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                 **NOTICE OF MANUAL FILING**                 CCD-G92

PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JUSTIN W. CLARK
jclark@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendant
Sheriff Leroy D. Baca, in his official capacity only

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN, on their own behalf and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LEROY BACA, Sheriff of Los Angeles County Jails; et al,<br><br>Defendants. | Case No. CV 12-00428 DDP (SHx)<br><br>Honorable Dean D. Pregerson<br><br>**DEFENDANT'S NOTICE OF FILING OF EXHIBIT "A" TO DECLARATION OF JUSTIN W. CLARK IN SUPPORT OF REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO REMOVE THE ACLU AS COUNSEL FOR PLAINTIFFS**<br><br>Date:   May 21, 2012<br>Time:   10:00 a.m.<br>Crtm:   3 |

///

///

///

///

///

///

///

///

1

ROSAS\NOTICE OF FILING EX A TO DECL OF JWC RE REPLY RE ACLU

Defendant Sheriff Leroy D. Baca hereby attaches Exhibit A to Declaration of Justin W. Clark in Support of Reply to Plaintiffs' Opposition to Defendant's Motion to Remove the ACLU as Counsel for Plaintiffs.

Dated:  May 7, 2012                    LAWRENCE BEACH ALLEN & CHOI, PC


By _____
                                       Justin W. Clark
                                       Attorneys for Defendant
                                       Sheriff Leroy D. Baca,
                                       in his official capacity only

ROSAS\NOTICE OF FILING EX A TO DECL OF JWC RE REPLY RE ACLU

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, Debra L. Ard, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 100 West Broadway, Suite 1200, Glendale, CA 91210.

On May 7, 2012, I served the foregoing **DEFENDANT'S NOTICE OF FILING OF EXHIBIT "A" TO DECLARATION OF JUSTIN W. CLARK IN SUPPORT OF REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO REMOVE THE ACLU AS COUNSEL FOR PLAINTIFFS** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

### SEE ATTACHED SERVICE LIST

BY MAIL:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Glendale, California, in the ordinary course of business.  I am aware that on motion of the party service, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 7, 2012, at Glendale, California.

By _____
      Declarant

3

ROSAS\NOTICE OF FILING EX A TO DECL OF JWC RE REPLY RE ACLU

Service List
ROSAS, et al. v. Baca, et al.
CV 12-0428 PSG (SHx)

Peter J. Eliasberg
Marisol Oriheula
ACLU Foundation of So. California
1313 W. 8th Street
Los Angeles, CA 90017

Margaret Winter
Eric Balaban
David M. Shapiro
National Prison Project of the American
  Civil Liberties Union Foundation
915 15th St., NW
Washington, D.C.

Donna M. Melby
John S. Durrant
Jade H. Leung
Elizabeth C. Mueller
Paul Hastings
515 S. Flower St., 25th Floor
Los Angeles, CA 90071-2228

4

ROSAS\NOTICE OF FILING EX A TO DECL OF JWC RE REPLY RE ACLU