PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JUSTIN W. CLARK
jclark@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendant
Sheriff Leroy D. Baca, in his official capacity only

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN, on their own behalf and on behalf of those similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> LEROY BACA, Sheriff of Los Angeles County Jails; et al., <br><br> Defendants. | Case No. CV 12-00428 DDP (SHx) <br><br> Honorable Dean D. Pregerson <br><br> **DEFENDANT'S EVIDENTIARY OBJECTIONS TO THE DECLARATION OF ESTHER LIM SUBMITTED BY PLAINTIFFS IN SUPPORT OF THEIR OPPOSITION TO DEFENDANT'S MOTION TO REMOVE THE ACLU AS COUNSEL** <br><br> *[Reply Memorandum of Points and Authorities filed concurrently herewith]* <br><br> Date: May 21, 2012 <br> Time: 10:00 a.m. <br> Crtm: 3 |

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR

COUNSEL OF RECORD:

///

///

///

1

ROSAS\Evid Objs to Mtn to Remove ACLU

Defendant Sheriff Leroy D. Baca, in his official capacity only, ("Defendant") hereby submits the following Evidentiary Objections to the Declaration of Esther Lim submitted by Plaintiffs in support of their Opposition to Defendant's Motion to Remove the ACLU as Counsel.

Dated:  May 7, 2012                                    LAWRENCE BEACH ALLEN & CHOI, PC


                                                       By _____/s/_ Justin W. Clark_____
                                                             Justin W. Clark
                                                             Attorneys for Defendant
                                                             Sheriff Leroy D. Baca,
                                                             in his official capacity only

2

ROSAS\Evid Objs to Mtn to Remove ACLU

## <u>EVIDENTIARY OBJECTIONS TO DECLARATION OF ESTHER LIM</u>

Plaintiffs submitted the Declaration of Esther Lim ("the Declaration"; Docket No. 34-1) in support of their Opposition to Defendant's Motion to Remove the ACLU as Counsel.  Defendant objects to this Declaration as follows:

- Objections to paragraph 1: Lack of foundation.
- Objections to paragraph 2: Lack of foundation.
- Objections to paragraph 3: Lack of foundation.  Conclusory.  Speculation.  Vague and ambiguous.  Lacks personal knowledge.  Fed. R. Evid. Rule 602.
- Objections to paragraph 4: Lack of foundation.  Conclusory.  Speculation.  Lacks personal knowledge.  Fed. R. Evid. Rule 602.
- Objections to paragraph 5: Lacks relevance.  Fed. R. Evid. Rules 401-403.  Lack of foundation.  Exhibit "A" not properly authenticated.  Conclusory.  Vague and ambiguous.  Lacks personal knowledge.  Fed. R. Evid. Rule 602.  Hearsay. Fed. R. Evid. 802.
- Objections to paragraph 6: Lack of foundation.  Conclusory.  Speculation.  Vague and ambiguous.  Hearsay. Fed. R. Evid. 802.

Dated: May 7, 2012                        LAWRENCE BEACH ALLEN & CHOI, PC


By _____/s/ Justin W. Clark_____
        Justin W. Clark
        Attorneys for Defendant
        Sheriff Leroy D. Baca,
        in his official capacity only

3

ROSAS\Evid Objs to Mtn to Remove ACLU