PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JUSTIN W. CLARK
jclark@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendant
Sheriff Leroy D. Baca, in his official capacity only

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN, on their own behalf and on behalf of those similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> LEROY BACA, Sheriff of Los Angeles County Jails; et al, <br><br> Defendants. | Case No. CV 12-00428 DDP (SHx) <br><br> Honorable Dean D. Pregerson <br><br> **NOTICE OF LODGING OF EXHIBIT "A" TO DECLARATION OF JUSTIN W. CLARK IN SUPPORT OF REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO REMOVE THE ACLU AS COUNSEL FOR PLAINTIFFS** |

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR COUNSEL

OF RECORD:

///

///

///

1

ROSAS\NTC OF LODGING

2

PLEASE TAKE NOTICE that Defendant Sheriff Leroy D. Baca hereby lodges Exhibit "A" to Declaration of Justin W. Clark in Support of Reply to Plaintiffs' Opposition to Defendant's Motion to Remove the ACLU as Counsel for Plaintiffs.

1. Exhibit "A" true and correct copy of CD with Audio Recording of 4/16/12 Citizen's Commission on Jail Violence Hearing.

Dated:  May 8, 2012                         LAWRENCE BEACH ALLEN & CHOI, PC


By _____/s/  Justin W. Clark_____
        Paul B. Beach
        Attorneys for Defendant
        Sheriff Leroy D. Baca,
        in his official capacity only

2

ROSAS\NTC OF LODGING