# DECLARATION OF CARLIN YUEN

**Declaration of Carlin Yuen**

I, Carlin Yuen, hereby declare:

1. I am an attorney licensed to practice law in the State of California.

2. I represented Jonathan Goodwin in his criminal trial for a violation of Section 245(c) of the California Penal Code, commonly known as Assault with a Deadly Weapon and/or by Force Likely to Produce Great Bodily Injury upon a Peace Officer.

3. The trial commenced on Wednesday, May 2, 2012 and ended on May 8, 2012 when the jury found Mr. Goodwin not guilty of the charged count and the two lesser included charges of Section 245(a)(1) of the California Penal Code, Assault with a Deadly Weapon and Section 245(a)(1) of the California Penal Code, Assault by Force Likely to Produce Great Bodily Injury.

4. On Friday, May 4, 2012, during her cross-examination of Mr. Goodwin, the Deputy District Attorney used Mr. Goodwin's declaration dated August 23, 2011 to question him. A copy of that declaration is attached as Exhibit 1.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 10th day of May , 2012 in Los Angeles California.

_____

CARLIN YUEN

27

# EXHIBIT 1

Case 2:12-cv-00428-MWF-E    Document 44-4    Filed 05/11/12    Page 4 of 7    Page ID
#:1273
Case 2:75-cv-04111-DDP    Document 294-3    Filed 09/28/11    Page 101 of 104    Page ID
#:4312

**Declaration of Jonathan Goodwin**

I, Jonathan Goodwin, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    I am 29 years old. I am currently housed at Men's Central Jail ("MCJ") in Module 3301, Cell 1. My booking number is 2537776.

3.    I am making this declaration to describe deputies' beating up an inmate named Arturo Fernandez on July 22, 2011 and to describe an incident when the deputies beat me up on August 10, 2011.

4.    On July 22, 2011 I was housed at MCJ on Module 3100, Row B, Cell 3. My cell is one of the closest cells to the entrance gate to my row and from my cell, I have clear view of both the inside and outside gates to my row and the main entrance to the door to my module.

5.    On this day, I saw several deputies running towards Row A on Module 3100. Row A is the row behind mine, which is to the left if you're coming into the main door of the module. I don't know how many deputies there were but it looked like over 20.

6.    I heard deputies cussing and could hear them yelling, "Hold him. Grab him."

7.    Shortly after, I saw Mr. Fernandez handcuffed and could see that he was limping and trying to keep himself up. I saw him leaning onto the outside entrance gate to my row and could see deputies punching him. I also one of the deputies grabbing him and slamming him to the ground. I saw Mr. Fernandez falling on his face. His hands were handcuffed behind him so he wasn't able to brace his fall. I don't know the name of the deputy who slammed Mr. Fernandez to the ground, but he is Hispanic and short.

8.    When Mr. Fernandez was on the ground, I saw Deputy Beas making the motion of trying to handcuff Mr. Fernandez, but he was already handcuffed.

9.    I saw several deputies punching Mr. Fernandez on his lower back and on the sides of his torso. One of the deputies I saw punching Mr. Fernandez was White, tall and had blondish/brownish hair. I also recognized two other deputies, Luviano and Ibarra as a couple of the deputies who were beating up Mr. Fernandez. I knew who they were because they work on

000355

29

my module.

10.    I then saw another deputy pressing with his knee on Mr. Fernandez' back, trying to squeeze the air out of Mr. Fernandez. I heard Mr. Fernandez yelling that he couldn't breathe. I heard the deputies tell him to "Shut the fuck up!"

11.    I don't know how many times I saw the deputies punching and kicking Mr. Fernandez on the head and body, but it was a lot.

12.    I then saw Deputies Ibarra and Luviano escort Mr. Fernandez out of the module. I don't know where they took him.

13.    On August 10, 2011, Deputy Luviano came to my cell and told me to "cuff up." I asked him why and he told me, "Don't worry about it." I asked him what he meant by that and he told me, "We're moving you." I again asked him why and he said, "Stop being a dick and 'cuff' up." I told him that I wanted to know why and Deputy Luviano said, "Cuz I can do whatever the fuck I want." I told him I have rights and he said, "I do what I want. You got no rights."

14.    He yelled to Custody Assistant ("CA") Wendlant, who was next to him, to open up my cell door. I know CA Wendlant's name because he works on my module. CA Wendlant rant over to the deputy's booth. When my cell door opened, Deputy Luviano handcuffed my hands behind my back.

15.    I told Deputy Luviano that I wanted to talk to the sergeant, but he told me that I can't see the sergeant. I asked him why. He didn't respond, instead he escorted me out to the hallway in the module.

16.    Deputy Luviano pushed me against the wall and kicked my legs open to get them to spread open. He didn't instruct me to spread my legs, instead he just kicked them open.

17.    CA Flannigan, another CA on the module came over to where Deputy Luviano and I were and he kicked my left ankle incredibly hard. I said "What the fuck are you doing?" CA Flannigan barked at me, "Shut the fuck up!" and then he punched me on my lower back.

18.    At that point, Deputy Luviano then punched the back of my head.

19.    I heard several inmates on Row A of Module 3300 say, "Oooh! We saw that!"

2

000356

30

20.    I exclaimed that I really needed to see the sergeant, at which point Deputy Luviano told me, "Sit the fuck down!" I complied. He then punched the right side of my face.

21.    CA Flannigan walked over to Row A and yelled, "Yeah? You saw that? Whatcha gonna do about it?"

22.    Deputy Luviano told CA Wendlent to pull me over to the side away from the view of the inmates on Row A, which he did.

23.    CA Wendlent dragged me over to the right.

24.    Deputy Luviano then punched the back of my head repeatedly.

25.    A few deputies walked in and I think it frightened Deputy Luviano because he immediately jumped back away from and yelled at me, "Shut the fuck up!"

26.    A deputy, one of the ones who walked in, who is Hispanic, wears the deputy's gold star and is incredibly tall, I thought he looked 6'6" or taller yelled at me, "Shut the fuck up!" He made a movement towards me like he was going to hit me.

27.    Deputy Luviano then repeatedly punched the corner of my jaw as he stood behind me. It felt like Deputy Luviano was trying to break my jaw.

28.    I was still handcuffed and facing the wall and was trying to get away from Deputy Luviano. I was so frightened that the deputies were going to try to badly hurt me, so I somehow got on the ground, rolled away from and had my legs close to my chest to use my legs as a barrier to keep Deputy Luviano away from me. But Deputy Luviano was able to get around my legs and get close to me again because he was able to punch me in the jaw again.

29.    It wasn't until I heard the sounds of footsteps that Deputy Luviano and the other deputies stopped beating me and tried to pick me up off the ground.

30.    Deputy Ujolla and Sergeant Soto picked me up and escorted me to the bench outside of the module. I was then escorted to 3300, Row B, Cell 15. I spoke to Deputy Bearer about what happened to me. Sergeant Soto came over and I told him that I was beaten up by deputies. He said that I needed to be interviewed on camera. I was then escorted back out.

31.    Deputy Rico and Sergeant Soto interviewed me on camera and asked me what happened. I told them that the deputies had beat me up. During the interview, Sergeant Soto was

3

000357

31

misstating what I was telling him and trying to put words in my mouth to make it seem that I was lying.

32.    I was taken to the medical clinic where the medical staff told me that I had swelling in my head. I also complained to them about my jaw and pain in my back molars. While they examined the molar, I told them that I thought that it was cracked and chipped. The medical staff didn't examine my mouth very well.

33.    Deputy Bearer then escorted me to the Module 3301, Cell 1.

34.    Later that night, I felt a lot of pain in my back molar. When I put my finger back there, the tooth was loose enough that I was able to pull it out with my fingers. I pulled it out and put it inside a medicine cup because I wanted it as evidence.

35.    On August 12, 2011, I was written up for contraband, insubordination and creating a disturbance (verbal, physical and operational), profanity towards staff and inmates and refusal to follow orders.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 23rd day of August, 2011 in Los Angeles, California.

_____/s/_____

Jonathan Goodwin

4

000358

32