PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JUSTIN W. CLARK, State Bar No. 235477
jclark@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendant
Sheriff Leroy D. Baca, in his official capacity only

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN, on their own behalf and on behalf of those similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> LEROY BACA, Sheriff of Los Angeles County Jails; et al., <br><br> Defendant. | Case No. CV 12-00428 DDP (SHx) <br><br> Honorable Dean D. Pregerson <br><br> **DEFENDANT'S NOTICE OF NON-OPPOSITION TO PLAINTIFFS' *EX PARTE* APPLICATION TO PERMIT PLAINTIFFS TO FILE A SUR-REPLY ON DEFENDANT'S MOTION TO REMOVE THE ACLU AS COUNSEL AND AGREEMENT TO PLAINTIFFS' PROPOSAL TO CONTINUE THE HEARING DATE AND FOR DEFENDANT TO FILE A RESPONSE TO THE SUR-REPLY[1]** <br><br> Date: May 21, 2012 <br> Time: 10:00 a.m. <br> Crtm: 3 |

---

[1] As this Response was being filed, the Court entered an order providing Defendant only until May 16, 2012 to file a response to the sur-reply. **Defendant cannot prepare a response by tomorrow given the amount of investigation required to respond to Plaintiff's claims and evidence, let alone time to prepare a brief.** As proposed by Plaintiffs, Defendants request that the Court continue the hearing on the Motion to Remove and set a schedule that will allow Defendant sufficient time to respond to the sur-reply.

3

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR COUNSEL OF RECORD:

Defendant Sheriff Leroy D. Baca("Defendant") hereby submits the following Notice of Non-Opposition to Plaintiffs' *Ex Parte* Application to Permit Plaintiffs to file a sur-reply on Defendant's Motion to Remove the ACLU as counsel (Docket No. 29).  Defendant further agrees to Plaintiffs' proposal to continue the hearing date on Defendant's Motion and to permit Defendant to file a response to the sur-reply.

Dated:  May 15, 2012                    LAWRENCE BEACH ALLEN & CHOI, PC


                              By _____/s/  Justin W. Clark_____
                                    Justin W. Clark
                                    Attorneys for Defendant
                                    Sheriff Leroy D. Baca,
                                    in his official capacity only

3

<u>**MEMORANDUM OF POINTS AND AUTHORITIES**</u>

**I.** <u>**Defendant Does Not Oppose This Application And Agrees To Plaintiffs'**</u>
<u>**Proposal To Continue The Hearing Date On Defendant's Motion To**</u>
<u>**Allow Defendant To File A Response To The Sur-Reply.**</u>

Defendant's Motion to Remove the ACLU as counsel based on their violation of the *Rutherford* Interview Protective Order ("Defendant's Motion") is presently on calendar for May 21, 2012. (*See*, Docket No. 29.) On Friday May 11, 2012, well after the close of business, the ACLU filed an *ex parte* application ("the Application") for permission to file a sur-reply on Defendant's Motion. Plaintiffs also concurrently filed the sur-reply itself. **While Defendant maintains that the Application is both inaccurate and objectionable (for both substantive and procedural reasons), Defendant does not oppose the Court's consideration of the sur-reply, so long as Defendant is provided with a meaningful opportunity to file a response.** The assertions made in the *ex parte*, as well as the relief that is sought in the Motion, are far too serious for Defendant to hurriedly address Plaintiffs accusations in response to *ex parte* papers.

Given the above concerns, Defendant agree to Plaintiffs' proposal to continue the hearing date on Defendant's Motion and to allow Defendant a full and fair opportunity[2] to respond to the claims made in the sur-reply. (*See*, Plaintiffs' Application, Docket No. 44, 2: 21 – 22 "Plaintiffs have no objection to the Court's permitting Defendant's counsel the opportunity to address this evidence [in the sur-

---

[2] Defendant is already in the process of gathering information necessary to prepare a response, but given the amount of material that must be reviewed, Defendant needs at least 10 – 14 days to research and respond to Plaintiffs' claims. Defendant respectfully requests that the Court set a schedule with this time frame in mind.

reply that was already filed with this Court] or to continuing the hearing on the Motion.")

Based on the above, the parties respectfully request that the Court continue the hearing date on Defendant's Motion[3] and set a briefing schedule for a response to Plaintiffs' sur-reply.

Dated:  May 15, 2012                    LAWRENCE BEACH ALLEN & CHOI, PC


                                        By _____/s/ Justin W. Clark_____
                                            Justin W. Clark
                                            Attorneys for Defendant
                                            Sheriff Leroy D. Baca,
                                            in his official capacity only

---

[3]  The Court is closed on May 28, 2012 in observance of Memorial Day. Defendant's counsel has conflicts on June 4 and June 11, 2012.  Defendant has no objection to the Court setting a hearing date on a day of the week other than a Monday, and is happy to confer with the Court's clerk and Plaintiffs for a mutually convenient schedule.

3