PETER J. ELIASBERG (SB# 189110)
peliasberg@aclu-sc.org
MARISOL ORIHUELA (SB# 261375)
morihuela@aclu-sc.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone:  (213) 977-9500
Fax:  (213) 977-5299

DONNA M. MELBY (SB# 86417)
donnamelby@paulhastings.com
JOHN S. DURRANT (SB# 217345)
johndurrant@paulhastings.com
JADE H. LEUNG (SB# 279651)
jadeleung@paulhastings.com
ELIZABETH C. MUELLER (SB# 278283)
bethmueller@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA  90071-2228
Phone:  (213) 683-6000
Fax:  (213) 627-0705

MARGARET WINTER (*pro hac vice*)
mwinter@npp-aclu.org
ERIC BALABAN (*pro hac vice application forthcoming*)
ebalaban@npp-aclu.org
DAVID M. SHAPIRO (*pro hac vice application pending*)
dshapiro@npp-aclu.org
NATIONAL PRISON PROJECT OF
THE AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th St., NW
Washington, D.C. 20005
Phone:  (202) 393-4930
Fax:  (202) 393-4931

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN
GOODWIN, on behalf of themselves
and of those similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>          Plaintiffs,<br><br>    vs.<br><br>LEROY BACA, Sheriff of Los Angeles County Jails,<br><br>          Defendant. | CASE NO. CV 12-00428 DDP (SHx)<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANT'S REQUEST FOR 10-14 DAYS TO FILE A RESPONSE TO PLAINTIFFS' SUR-REPLY**<br><br>Date:     May 21, 2012<br>Time:    10:00 a.m.<br>Ctrm.:   3<br>Judge:  Hon. Dean D. Pregerson |

Plaintiffs have no objection to allowing Defendant the opportunity to respond to the facts and arguments made in the Sur-Reply and no objection to delaying the hearing so that all briefing is complete two weeks prior to the hearing, as is provided for by the Local Rules.  However, the Court's order already allows Defendant sufficient time to respond to the Sur-Reply.  Defendant's request for a further delay of 10-14 days is wholly unnecessary.

Defendant claims that he "cannot prepare a response by tomorrow given the amount of investigation required to respond to Plaintiff's claims and evidence, let alone time to prepare a brief."  (Defendant's Response to Ex Parte at fn. 1.)  This claim is puzzling.  Defendant's counsel is *the very same firm* that has used inmate statements on file in *Rutherford* in two other civil cases.  Why would Defendant's counsel need 10-14 days to investigate the conduct of Defendant's counsel?  The request for 10-14 more days is even more perplexing because Plaintiffs' counsel attached to his declaration, which accompanied Plaintiffs' *Ex Parte*, an *ex parte* application filed by Lawrence Beach Allen & Choi PC in *Tutt v. County of Los Angeles*, CV 11-06126 SJO (AGRx).  The *ex parte* in *Tutt* had the declaration of Evans Tutt attached to it.  The Tutt declaration had both the ECF file stamp from *Rutherford* and the ECF file stamp from the *Tutt* case on it.

Nor can Defendant's counsel explain why it needs 10-14 days to contact the office of the District Attorney for the County of Los Angeles to determine whether the prosecutor in Jonathan Goodwin's criminal trial used Mr. Goodwin's declaration to question him.

CASE NO. CV 12-00428 DDP (SHx)                     -1-

PLAINTIFFS' RESPONSE TO
DEFENDANT'S REQUEST RE SUR-REPLY

Accordingly, the Court should deny Defendant's request for 10-14 days to file a response to Plaintiffs' Sur-Reply.

RESPECTFULLY SUBMITTED:

DATED:  May 15, 2012      ACLU FOUNDATION OF SOUTHERN CALIFORNIA


By: _____/s/ Peter J. Eliasberg_____
          PETER J. ELIASBERG

Attorneys for Plaintiffs


DATED:  May 15, 2012      NATIONAL PRISON PROJECT OF THE AMERICAN CIVIL LIBERTIES UNION FOUNDATION


By: _____/s/ Margaret Winter_____
          MARGARET WINTER

Attorneys for Plaintiffs


DATED:  May 15, 2012      PAUL HASTINGS LLP


By: _____/s/ John S. Durrant_____
          JOHN S. DURRANT

Attorneys for Plaintiffs


LEGAL_US_W # 71504061.2

CASE NO. CV 12-00428 DDP (SHx)        -2-        PLAINTIFFS' RESPONSE TO DEFENDANT'S REQUEST RE SUR-REPLY