# Exhibit "A"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL HOLGUIN,                     )
                                     )
              Plaintiff,             )
                                     )
      vs.                            )   No.  CV-10-08011  GW(PLAx)
                                     )
COUNTY OF LOS ANGELES,               )
LOS ANGELES COUNTY                   )
SHERIFF'S DEPARTMENT,                )
SHERIFF LEE BACA, DEPUTY             )
RICO, DEPUTY FERNANDO                )
LUVIANO, DEPUTY LASCANO,             )
and DOES 1-10,                       )
                                     )
              Defendants.            )
─────────────────────────────────────)

Videotaped
Deposition of:      MICHAEL HOLGUIN

Date:               Tuesday, June 14, 2011

Time:               8:46 a.m.

Place:              Chuckawalla State Prison
                    19025 Wiley's Well Road
                    Blythe, California


Reported by:  Christine Bemiss, Registered
              Professional Reporter, Arizona
              Certified Reporter No. 50073,
              California Certified Reporter
              No. 10082

(Copy)

*Fayette & Associates, LLC*
Certified Court Reporters

P.O. Box 508 • Lake Havasu City, AZ 86405-0508
(928) 453-6760 • 1-800-854-4796 • FAX (928) 453-5948

14

A.   That's it.

Q.   6th grade, so that's over 15, 20 years ago?

A.   About that.

Q.   Okay.   Since -- oh, have you reviewed anything in preparation for your deposition?

A.   As far as?

Q.   Any documents.

A.   Yeah.

Q.   And what have you reviewed?

A.   Just the initial statement I made with the ACLU.

Q.   Anything else?

A.   No.

Q.   Other than your attorney, have you had any discussions with anyone in preparation for your deposition?

A.   No.

Q.   Have you reviewed any audio recordings in preparation for your deposition?

A.   No.

Q.   Have you reviewed any video recordings?

A.   No.

Q.   Have you reviewed the Complaint or the lawsuit in this case?

A.   No.

Q. So about how long were you in Men's Central Jail and Twin Towers before you went to prison?

A. After the altercation?

Q. Yes.

A. I got to Wasco State Prison November 1st.

Q. So about a month you were in --

A. The incident was October 18th --

Q. Oh.

A. -- and I left November 1st was the day I arrived in Wasco State Prison.

Q. Couple weeks. Two weeks. Okay.

So between the incident and the time you were transferred to state prison, did you have any other complaints about treatment by deputies?

A. No, but there was one other person I did speak to, which was Mary Tiedeman of the ACLU.

Q. So in that -- in the two weeks or so between the time of the incident and the time you were transferred to state prison, you had no further altercations with any deputies or sheriff's personnel?

A. No.

Q. Any complaints about your treatment during that time?

A. No.

Q. In the -- you said you had a conversation with

statement?

A.   She read it back to me.

Q.   Okay.   And did you agree that everything that you had -- that she had written down was correct?

A.   That is correct.   Yes, I did.

Q.   Have you reviewed that statement in preparation for this deposition?

A.   I have seen it.   I've read it.

Q.   When was the last time you seen it?

A.   Last time I saw it was maybe couple months ago.

Q.   Okay.   And at that time was it -- is it your recollection that everything in that declaration was still correct to the best of your recollection?

A.   Yes.

Q.   Did you discuss anything else with Mary Tiedeman?

A.   Just the fact that if I wanted to pursue a lawsuit or any type of -- I don't know the right word. Not reciprocation, but something -- if I wanted to do something in regards to the incident, that she could give me resources to go about it, but she couldn't do that for me.

So I told her I would like some resources.   She gave -- she actually said that it would be easier if she

CERTIFICATE OF REPORTER

State of Arizona    )
                    )  ss.
County of Mohave    )

I, Christine Bemiss, a Certified Court Reporter in and for the State of Arizona, do hereby certify:

That prior to being examined, the witness named in the foregoing deposition was duly sworn by me to testify to the truth, the whole truth, and nothing but the truth.

That the said deposition was reported by me at the time and place herein named and was thereafter reduced to this transcript under my direction.

That the foregoing is a true and correct transcript of all proceedings had upon the taking of said deposition, all done to the best of my skill and ability.

I further certify that I am not interested in the events of this action.

Dated this 23rd day of June, 2011.

Pursuant to request, notification was provided that the deposition is available for review and signing.

_____
Christine Bemiss, RPR, Arizona Certified
Court Reporter No. 50073, California
Certified Court Reporter No. 10082

FAYETTE & ASSOCIATES, LLC
(928) 453-6760

18