UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    CV 12-00428 DDP (SHx)                                    Dated: May 17, 2012

Title:    ALEX ROSAS and JONATHAN GOODWIN, on behalf of themselves and of those similarly situated -v- LEROY BACA, Sheriff of Los Angeles County Jails; PAUL TANAKA, Undersheriff, Los Angeles Sheriff's Department; CECIL RHAMBO, Assistant Sheriff, Los Angeles Sheriff's Department and DENNIS BURNS, Chief of Custody Operations Division, Los Angeles Sheriff's Department

=================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

John A. Chambers                          None Present
Courtroom Deputy                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None                                      None

PROCEEDINGS:        MINUTE ORDER (IN CHAMBERS)


       **COUNSEL ARE NOTIFIED** that on the Court's own motion the MOTION FOR CLASS CERTIFICATION FILED BY PLAINTIFFS JONATHAN GOODWIN, ALEX ROSAS (DOCKET NUMBER 20), MOTION FOR REMOVAL OF ACLU AS COUNSEL FOR PLAINTIFFS DUE TO THEIR VIOLATION OF A STIPULATION AND COURT ORDER (DOCKET NUMBER 29)and the MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FILED BY DEFENDANT LEROY BACA (DOCKET NUMBER 36) are hereby continued from May 21, 2012 to Thursday, May 31, 2012 at 10:00 a.m.


MINUTES FORM 11                                   Initials of Deputy Clerk   JAC
CIVIL -- GEN