Name & Address:
Justin W. Clark, Bar No. 235477
Lawrence Beach Allen & Choi, PC
100 W. Broadway, Suite 1200
Glendale, CA 91210-1219
(818) 545-1925

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSES and JONATHAN GOODWIN, on their own behalf and on behalf of those similarly situated<br><br>PLAINTIFF(S)<br>v.<br>Leroy Baca, Sheriff of Los Angeles County Jails; et al.<br><br>DEFENDANT(S). | CASE NUMBER: CV 12-00428 DDP (SHx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

New Los Angeles County Sheriff's Department Six Month Status Update of Jail Reforms.

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Rule 79-5.4. Documents to be excluded, (h)]

☒ Other  Report containing new policies and procedures.

**Reason:**

☐ Under Seal

☒ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

May 25, 2012 _____
Date

/s/ Justin W. Clark _____
Attorney Name

Defendant Sheriff Leroy D. Baca _____
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                                   **NOTICE OF MANUAL FILING**                                   CCD-G92