PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JUSTIN W. CLARK
jclark@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California  91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendant
Sheriff Leroy D. Baca, in his official capacity only

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN, on their own behalf and on behalf of those similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>LEROY BACA, Sheriff of Los Angeles County Jails; et al,<br><br>        Defendants. | Case No. CV 12-00428 DDP (SHx)<br><br>Honorable Dean D. Pregerson<br><br>**NOTICE OF LODGING OF "SIX MONTH STATUS UPDATE OF JAIL REFORMS" CONTAINING NEW POLICIES AND PROCEDURES FOR THE OPERATION OF THE LOS ANGELES COUNTY JAIL SYSTEM** |

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR COUNSEL OF RECORD:

///

///

///

1

ROSAS\NTC OF LODGING POLICIES

PLEASE TAKE NOTICE that Defendant Sheriff Leroy D. Baca hereby lodges a true and correct copy of "Los Angeles County Sheriff's Department Six Month Status Update of Jail Reforms," containing new policies and procedures pertaining to the operation of the Los Angeles County Jail system.  The document is relevant to Defendant's Opposition to Plaintiff's Motion for Class Certification (Docket No. 27) and Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (Docket No. 36).  In light of the new policies and procedures, a class action or individual action for injunctive relief is unnecessary.  The Los Angeles County Sheriff's Department has already provided copies of the document to the ACLU.

Dated:  May 25, 2012                LAWRENCE BEACH ALLEN & CHOI, PC


By _____/s/  Justin W. Clark_____
          Justin W. Clark
          Attorneys for Defendant
          Sheriff Leroy D. Baca,
          in his official capacity only

2

ROSAS\NTC OF LODGING POLICIES