# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 12-00428 DDP (SHx) | Date | May 31, 2012 |

Title   ALEX ROSAS and JONATHAN GOODWIN, on behalf of themselves and of those similarly situated -V- LEROY BACA, Sheriff of Los Angeles County Jails; PAUL TANAKA, Undersheriff, Los Angeles Sheriff's Department; CECIL RHAMBO, Assistant Sheriff, Los Angeles Sheriff's Department and DENNIS BURNS, Chief of Custody Operations Division, Los Angeles Sheriff's Department

Present: The Honorable       DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| John S. Durrant<br>Peter J. Eliasberg | Paul B. Beach<br>Justin W. Clark |

Proceedings:

MOTION FOR CLASS CERTIFICATION FILED BY PLAINTIFFS JONATHAN GOODWIN, ALEX ROSAS (DOCKET NUMBER 20)
MOTION FOR REMOVAL OF ACLU AS COUNSEL FOR PLAINTIFFS DUE TO THEIR VIOLATION OF A STIPULATION AND COURT ORDER (DOCKET NUMBER 29)
MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FILED BY DEFENDANT LEROY BACA (DOCKET NUMBER 36)

Court hears oral argument and takes the matters under submission.

| | | |
|---|---|---|
| | 0 0  :  52 | |
| | Initials of Preparer | JAC |