UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.    CV 12-00428 DDP (SHx)                    Dated: June 11, 2012

Title:    ALEX ROSAS and JONATHAN GOODWIN, on behalf of themselves and of those similarly situated -v- LEROY BACA, Sheriff of Los Angeles County Jails; PAUL TANAKA, Undersheriff, Los Angeles Sheriff's Department; CECIL RHAMBO, Assistant Sheriff, Los Angeles Sheriff's Department and DENNIS BURNS, Chief of Custody Operations Division, Los Angeles Sheriff's Department

========================================================================

PRESENT:    HONORABLE DEAN D. PREGERSON, JUDGE

<u>John A. Chambers</u>                                <u>None Present</u>
Courtroom Deputy                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None                                        None

PROCEEDINGS:        MINUTE ORDER (IN CHAMBERS)


**COUNSEL ARE NOTIFIED** that the MOTION FOR REMOVAL OF ACLU AS COUNSEL FOR PLAINTIFFS (DOCKET NUMBER 29) is hereby denied.


MINUTES FORM 11                                Initials of Deputy Clerk   JAC
CIVIL -- GEN