David Shapiro
ACLU National Prison Project
915 15th St., N.W.
7th Floor
Washington, DC 20005

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ALEX ROSAS, et al., | CASE NUMBER: |
|---|---|
| Plaintiff(s) | 2:12-cv-00428-DDP |
| v. | |
| LEROY BACA, et al., | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of **DAVID SHAPIRO**               , of **ACLU NATIONAL PRISON PROJECT**
  *Applicant's Name*                                      *Firm Name / Address*

**202-393-4930**                                    **DSHAPIRO@NPP-ACLU.ORG**
  *Telephone Number*                                      *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff   ☐ Defendant

☐ Intervener or other interested person __Alex Rosas and Jonathan Goodwin__

and the designation of __PETER ELIASBERG__
                              *Local Counsel Designee /State Bar Number*

of **ACLU OF SOUTHERN CALIFORNIA  1313 W. 8TH STREET, SUITE 200, LOS ANGELES, CA 90017**
                              *Local Counsel Firm / Address*

**213-977-9500**                                    **PELIASBERG@ACLU-SC.ORG**
  *Telephone Number*                                      *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☑ GRANTED

☐ DENIED. Fee shall be returned by the Clerk.

☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated __June 11, 2012__          _____
                                    U. S. District Judge/U.S. Magistrate Judge