UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN, on behalf of themselves and of those similarly situated, | )Case No. CV 12-00428 DDP (SHx) |
| | )**ORDER SETTING SCHEDULING CONFERENCE** |
| Plaintiff, | )Scheduling Conference as follows: |
| v. | ) Day:       Thursday |
| | ) Date:      August 30, 2012 |
| | ) Time:      3:00 p.m. |
| LEROY BACA, Sheriff of Los Angeles County Jails; PAUL TANAKA, Undersheriff, Los Angeles Sheriff's Department; CECIL RHAMBO, Assistant Sheriff, Los Angeles Sheriff's Department and DENNIS BURNS, Chief of Custody Operations Division, Los Angeles Sheriff's Department, | ) |
| Defendants. | ) |

This matter is set for a scheduling conference in Courtroom 3, before the Honorable Dean D. Pregerson, located at 312 North Spring Street, Los Angeles, California  90012.  The conference will be held pursuant to Federal Rules of Civil Procedure 16(b).  Lead trial counsel shall attend the scheduling conference.

The parties are reminded of their obligations to disclose information and confer on a discovery plan not later than twenty-one (21) days prior to the scheduling conference and file a report with the Court entitled "Rule 26(f) Report", not later than fourteen (14) days after they confer as required by Federal Rule of Civil Procedure 26 and the Local Rules of this Court.  Failure to comply may lead to the imposition of sanctions.

IT IS SO ORDERED.

**Dated: June 26, 2012**

**DEAN D. PREGERSON**
**United States District Judge**