PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JUSTIN W. CLARK, State Bar No. 235477
jclark@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California  91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendant
Sheriff Leroy D. Baca

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN, on their own behalf and on behalf of those similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>LEROY BACA, Sheriff of Los Angeles County Jails,<br><br>        Defendant. | Case No. CV 12-00428 DDP (SHx)<br><br>Honorable Dean D. Pregerson<br><br>**REQUEST FOR SETTLEMENT CONFERENCE WITH DISTRICT COURT JUDGE**<br><br>Crtm:  3 |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR

COUNSEL OF RECORD:

///

///

///

1

PLEASE TAKE NOTICE THAT pursuant to this Court's June 7, 2012 Order in which it stated that it "remains available to assist the parties in mediating disputes…." (Order, 11:20-21), Defendant hereby requests that this Court immediately schedule and preside over a settlement conference of the parties at a date and time mutually convenient to the Court and all parties.

While Defendant strongly disputes liability and maintains that it will prevail if forced to litigate Plaintiffs' claims, Defendant believes that an early settlement conference is required.  Defendant would rather devote its very limited resources to settlement efforts, instead of incurring substantial litigation expenses. Lastly, and alternatively, if this Court declines to preside over such a conference, then Defendant requests that this Court appoint another judicial officer (sitting or retired) to immediately preside over settlement discussions.

Dated:  July 3, 2012                                  LAWRENCE BEACH ALLEN & CHOI, PC


By _____ /s/  Justin W. Clark _____
        Justin W. Clark
        Attorneys for Defendant
        Sheriff Leroy D. Baca

2

ROSAS\Request for Settlement Conference