PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JUSTIN W. CLARK, State Bar No. 235477
jclark@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California  91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendant
Sheriff Leroy D. Baca

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN, on their own behalf and on behalf of those similarly situated, | Case No. CV 12-00428 DDP (SHx) |
| | Honorable Dean D. Pregerson |
| Plaintiffs, | **[PROPOSED] ORDER SETTING SETTLEMENT CONFERENCE WITH DISTRICT COURT JUDGE** |
| vs. | Crtm:   3 |
| LEROY BACA, Sheriff of Los Angeles County Jails, | |
| Defendant. | |

///

///

///

1

The Court, having considered Defendant's Request for Settlement Conference with the District Court Judge, HEREBY ORDERS that:

1.    Pursuant to Central District of California Local Rule 16-15.4, a settlement conference with the District Court Judge is set for _____, 2012 at _____ a.m. / p.m.

IT IS SO ORDERED.

Dated: _____          _____
                                     Honorable Dean D. Pregerson
                                     United States District Court Judge

2