PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JUSTIN W. CLARK
jclark@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendant
Sheriff Leroy D. Baca

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN, on their own behalf and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LEROY BACA, Sheriff of Los Angeles County Jails,<br><br>Defendant. | Case No. CV 12-00428 DDP (SHx)<br><br>Honorable Dean D. Pregerson<br><br>**STIPULATION RE JOINT RULE 26(F) REPORT AND TO CONTINUE THE AUGUST 30, 2012 SCHEDULING CONFERENCE**<br><br>Scheduling Conference:<br>Date: August 30, 2012<br>Time: 3:00 p.m.<br>Crtm: 3 |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR

COUNSEL OF RECORD:

///

///

///

///

///

1

ROSAS\ Stip-Joint Rule 26(f) Report

The parties are in the process of preparing a Joint Rule 26(f) Report and have been exchanging drafts of the document since the conference of counsel was held on July 2, 2012. The parties need additional time to finalize and file the Joint Report and have agreed upon a schedule to do so. In addition, Plaintiffs have requested, and Defendant has agreed, to continue the August 30, 2012 Scheduling Conference to September 6, 2012.

Based on the foregoing, the parties hereby stipulate as follows:

Consistent with the schedule agreed to by the parties, the Rule 26(f) Report shall be filed on or before August 9, 2012. The August 30, 2012 Scheduling Conference shall be continued to September 6, 2012, or another date convenient to the Court.

Dated:  July 20, 2012                    PAUL HASTINGS LLP


                                         By ____/s/ John S. Durrant_____
                                              John S. Durrant
                                              Attorneys for Plaintiffs
                                              Alex Rosas and Jonathan Goodwin



Dated:  July 20, 2012                    LAWRENCE BEACH ALLEN & CHOI, PC


                                         By ____/s/ Justin W. Clark_____
                                              Justin W. Clark[1]
                                              Attorneys for Defendant
                                              Sheriff Leroy D. Baca

---

[1] As the filer of this Stipulation, I, Justin W. Clark, attest that John S. Durrant concurs in the content of the Stiupation and has authorized its filing.

2

ROSAS\ Stip-Joint Rule 26(f) Report