PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JUSTIN W. CLARK
jclark@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California  91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendant
Sheriff Leroy D. Baca

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN, on their own behalf and on behalf of those similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> LEROY BACA, Sheriff of Los Angeles County Jails, <br><br> Defendant. | Case No. CV 12-00428 DDP (SHx) <br><br> Honorable Dean D. Pregerson <br><br> **ORDER RE STIPULATION RE JOINT RULE 26(F) REPORT AND TO CONTINUE THE AUGUST 30, 2012 SCHEDULING CONFERENCE** |

The parties having stipulated and good cause appearing:

IT IS HEREBY ORDERED that:

Consistent with the schedule agreed to by the parties, the Rule 26(f) Report shall be filed on or before August 9, 2012.  The August 30, 2012 Scheduling Conference shall be continued to September 6, 2012, at 3:00 p.m.

IT IS SO ORDERED:

Dated:  July 24, 2012

Dean D. Pregerson
United States District Judge

1

ROSAS\ Proposed Order re Stipulation re Joint Rule 26(f) Report