# EXHIBIT "C"



LAWRENCE BEACH | ATTORNEYS AT LAW

| ALLEN & CHOI · PC

www.lawrencebeach.com

100 West Broadway, Suite 1200
Glendale, California 91210
T 818-545-1925
F 818-545-1937

Orange County
1600 North Broadway, Suite 1010
Santa Ana, California 92706
T 714-479-0180
F 714-479-0181

August 13, 2012

**VIA E-MAIL**

Donna M. Melby
John S. Durrant
Paul Hastings LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071

      Re:    <u>Rosas, et al. v. Baca</u>
              U.S.D.C. Case No. CV 12-00428 DDP (SHx)

Dear Counsel:

      As you know, on July 11, 2012, Plaintiffs served their First Set of Interrogatories (containing 20 interrogatories) and Plaintiffs' First Set of Requests for Production (containing 145 requests, excluding sub-parts) (collectively "the discovery"). As you also know, Defendant requested a 30-day extension to respond to the discovery, but was only granted one-week. Most importantly, on August 10, 2012, Judge Pregerson entered an order requiring the parties to participate in an early settlement conference on August 31, 2012.

      Given Judge Pregerson's obvious feeling that the parties should focus on settlement rather than litigation, and in an effort to avoid the needless expenditure of thousands of taxpayer dollars, Defendant respectfully requests an extension until ten court days after the mandatory settlement conference to respond to the discovery. That way, if a settlement is reached, the parties can avoid the substantial burdens associated with the discovery.

      In the event that you will not agree to such an extension, Defendant will be forced to bring an *ex parte* application to Judge Pregerson for the requested relief. In light of the context of this case, the routine nature of discovery extensions, and the burden on the Court, we sincerely hope that this will not be necessary.

LAWRENCE BEACH |     ATTORNEYS AT LAW
       | ALLEN & CHOI · PC

Donna M. Melby
Re: Rosas, et al. v. Baca
August 13, 2012
Page 2


By 4 p.m. on Tuesday, August 14, please advise whether Plaintiffs will grant Defendant the requested extension. Thank you for your attention to this matter.


Very truly yours,

LAWRENCE BEACH ALLEN & CHOI, PC

Alexandra B. Zuiderweg

cc: Peter Eliasberg (via e-mail)