PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JUSTIN W. CLARK, State Bar No. 235477
jclark@lbaclaw.com
ALEXANDRA B. ZUIDERWEG, State Bar No. 270177
azuiderweg@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California  91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendant
Sheriff Leroy D. Baca

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN, on their own behalf and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LEROY BACA, Sheriff of Los Angeles County Jails,<br><br>Defendant. | Case No. CV 12-00428 DDP (SHx)<br><br>Honorable Dean D. Pregerson<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION TO THE DISTRICT COURT FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' FIRST SET OF INTERROGATORIES AND FIRST SET OF REQUESTS FOR PRODUCTION UNTIL TEN COURT DAYS AFTER SETTLEMENT CONFERENCE**<br><br>*[Ex Parte Application filed concurrently herewith]* |

The *ex parte* Application of Defendant to the District Court For An Extension Of Time To Respond To Plaintiffs' First Set of Interrogatories and First Set of Requests for Production came before the Court.

On proof made to the satisfaction of the Court, and good cause appearing, IT IS ORDERED THAT Defendant's *Ex Parte* Application is GRANTED, and

1

ROSAS\Proposed Order re EPA

Defendant shall have until ten court days after the parties' settlement conference before the District Court Judge to respond to Plaintiffs' First Set of Interrogatories and First Set of Requests for Production.

Dated: _____                    _____

                                         Honorable Dean D. Pregerson
                                         United States District Judge

2

ROSAS\Proposed Order re EPA