PETER J. ELIASBERG (SB# 189110)
peliasberg@aclu-sc.org
MARISOL ORIHUELA (SB# 261375)
morihuela@aclu-sc.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500
Fax: (213) 977-5299

DONNA M. MELBY (SB# 86417)
donnamelby@paulhastings.com
JOHN S. DURRANT (SB# 217345)
johndurrant@paulhastings.com
JADE H. LEUNG (SB# 279651)
jadeleung@paulhastings.com
ELIZABETH C. MUELLER (SB#
278283)
bethmueller@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone: (213) 683-6000
Fax: (213) 627-0705

MARGARET WINTER (*pro hac vice*)
mwinter@npp-aclu.org
ERIC BALABAN (*pro hac vice
application forthcoming*)
ebalaban@npp-aclu.org
DAVID M. SHAPIRO (*pro hac vice*)
dshapiro@npp-aclu.org
NATIONAL PRISON PROJECT OF
THE AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th St., NW
Washington, D.C. 20005
Phone: (202) 393-4930
Fax: (202) 393-4931

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN
GOODWIN, on behalf of themselves
and of those similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LEROY BACA, Sheriff of Los Angeles County Jails, et al.,<br><br>Defendants. | CASE NO. CV 12-00428 DDP (SHx)<br><br>**DECLARATION OF MARISOL ORIHUELA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' FIRST SET OF INTERROGATORIES AND FIRST SET OF REQUESTS FOR PRODUCTION** |

CASE NO. CV 12-00428 DDP (SHx)

## DECLARATION OF MARISOL ORIHUELA

1. I am an attorney at law admitted to practice before the courts of the State of California and before this Court. I am a staff attorney at the American Civil Liberties Union Foundation of Southern California, and am one of the counsel of record for Plaintiffs in this litigation. I make this declaration in support of Plaintiffs' Opposition to Defendant's Ex Parte Application for Extension of Time to Respond to Plaintiffs' First Set of Interrogatories and First Set of Requests for Production. If called as a witness, I would and could competently testify to the facts stated herein, all of which are within my personal knowledge.

2. Attached hereto as Exhibit 1 is a true and correct copy of an electronic mail communication dated April 24, 2012 addressed to Defendant's counsel, Mr. Paul Beach, from Plaintiffs' counsel, Peter Eliasberg.

3. Attached hereto as Exhibit 2 is a true and correct copy of a letter dated June 13, 2012 addressed to Plaintiffs' counsel, Peter Eliasberg, from Defendant Sheriff Baca.

4. Attached hereto as Exhibit 3 is a true and correct copy of a letter dated August 14, 2012, addressed to Defendant's counsel, Ms. Alexandra Zuiderweg, from Plaintiffs' counsel, Peter Eliasberg.

5. Attached hereto as Exhibit 4 is a true and correct copy of a letter dated July 27, 2012, addressed to The Honorable Citizen's Commission on Jail Violence from Defendant Sheriff Baca.

6. Attached hereto as Exhibit 5 is a true and correct copy of an electronic mail communication dated July 25, 2012 addressed to Defendant's counsel, Mr. Justin Clark, from Plaintiffs' counsel, John Durrant.

//

//

CASE NO. CV 12-00428 DDP (SHx)                    -1-

7. Attached hereto as Exhibit 6 is a true and correct copy of an electronic mail communication dated July 26, 2012 addressed to Defendant's counsel, Mr. Justin Clark, from Plaintiff's counsel, John Durrant.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this 16th day of August in Los Angeles, California.

By: Marisol Orihuela

CASE NO. CV 12-00428 DDP (SHx)                 -2-