# EXHIBIT 1

**From:** Peter Eliasberg
**Sent:** Tuesday, April 24, 2012 5:13 PM
**To:** Paul Beach
**Subject:** RE: Rosas v. Baca

Dear Paul, I am pasting below a letter that Margaret tried to e-mail to you, but for some reason it was not going through.

Peter

Dear Mr. Beach:

This is in response to your April 12 letter to Peter Eliasberg asking that we provide you in writing with Plaintiffs' demand for a complete resolution of *Rosas v. Baca*.

The following are the points that we consider essential to any settlement. Everything else we view as open to negotiation with Sheriff Baca.

1.      The Sheriff withdraws his motion to disqualify the ACLU as Plaintiffs' counsel, his opposition to the certification of the *Rosas* class, and his second Motion to Dismiss.
2.      The parties enter into a stipulated order, to be submitted to the District Court for approval, providing that the Court retains jurisdiction to enforce the stipulated order on behalf of the *Rosas* class.
3.      The stipulated order contains language necessary to comply with the PLRA, including a statement that the provisions of the stipulated order are the least intrusive necessary to remedy a violation of federal law.
4.      The stipulated order provides that the Sheriff agrees to promptly provide the parties' experts and counsel with unimpeded access to facilities and documents, with the proviso that deputy personnel files will be provided under protective order ensuring confidentiality, to the extent required by state law. The parties authorize their respective experts to openly confer together, to exchange opinions and information, with or without the presence of counsel. Plaintiffs' experts may confer informally with Jail personnel.
5.      The stipulated order provides that within some reasonable period of time (for example, six months) after court approval and entry of the agreement as a stipulated order, the parties' experts will formulate and present to the Court a joint remedial plan addressing use of force policies, training of staff on use of force, supervision of staff regarding use of force, internal review and investigation of incidents of use of force, and discipline regarding excessive force.
6.      The stipulated order provides that if the parties' experts are unable within the agreed-upon time period (e.g., six months) to agree on a remedial plan, the parties will jointly request an evidentiary hearing to present expert and other testimony on the need for particular remedies, and to submit the matter to the Court for decision on remedy.
7.      The stipulated order provides that during the life of the stipulated order, the Sheriff will provide the ACLU as class counsel unimpeded access to facilities, class members and documents for the purpose of monitoring for compliance with the order.

1

8.       The stipulated order provides that the ACLU as class counsel may periodically apply to the Court for attorneys' fees and costs, pursuant to 42 USC Section 1988, for monitoring and enforcement of the order.

We would be very glad to discuss this proposal at any time with Sheriff Baca.

Sincerely,
Margaret

**From:** Paul Beach [mailto:pbeach@lbaclaw.com]
**Sent:** Thursday, April 12, 2012 11:54 AM
**To:** Peter Eliasberg
**Subject:** Rosas v. Baca
**Importance:** High

Dear Peter:

Given your recent dealings with the Sheriff's Department, please provide me in writing with Plaintiffs' demand for a complete resolution of this action. Thank you for attention to this matter.

Very truly yours,


Paul Beach

LAWRENCE BEACH          ATTORNEYS AT LAW
                        ALLEN & CHOI · PC

100 West Broadway, Suite 1200
Glendale, California 91210-1219
Phone: (818) 545-1925
Fax: (818) 545-1937
E-mail: pbeach@lbaclaw.com


This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this transmission is not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this in error, please notify Lawrence Beach Allen & Choi, PC immediately by telephone at (818) 545-1925 or via fax at (818) 545-1937. Thank you.

2