# EXHIBIT 4



**County of Los Angeles**

**Sheriff's Department Headquarters**

**4700 Ramona Boulevard**

**Monterey Park, California 91754-2169**



LEROY D. BACA, SHERIFF

July 27, 2012

The Honorable Citizens' Commission on Jail Violence
Munger, Tolles and Olson, LLP
355 South Grand Avenue, Suite 3500
Los Angeles, California  90071

Dear Commissioners:

In September 2011, the Sheriff's Department received numerous declarations from the American Civil Liberties Union (ACLU) alleging inappropriate use of force and retaliation against inmates in the Los Angeles County jail system, more specifically Men's Central Jail (MCJ). In response to those allegations, I immediately assembled a team of experienced investigators assigned to Internal Criminal Investigations Bureau to investigate every allegation of misconduct. I assembled the Commander Management Task Force (CMTF) to identify and address deficiencies throughout the jail system. I also required that all jail matters be reported directly to me in order to remove any obstructions or delays.

The Board of Supervisors, with my full support, convened the Citizens' Commission on Jail Violence to review the nature, depth, and cause of inappropriate deputy use of force in the jails. I appreciate and respect your mandate, and look forward to your recommended corrective action. I have tasked the CMTF to provide you unfettered access to information and have encouraged full cooperation from current and former inmates and staff, even in circumstances that do not appear favorable to the Department. I am available with a spirit of openness and cooperation to set a new standard in changing the culture in the jails.

Before I address your specific questions, it is critical you are made aware of important background information emanating from our exhaustive investigation and review. There were more than 100 ACLU allegations of criminal misconduct by staff, and it was extremely important every claim was thoroughly investigated. This required a significant amount of resources and investigative work to identify and track down subjects, victims,

*A Tradition of Service*

Commissioners                              -2-                          July 27, 2012

and witnesses who were alleged to have firsthand knowledge of misconduct by
Department personnel. This is an extremely sensitive area since there are still pending
investigations, and in some isolated cases, we have identified acts of misconduct by
Sheriff's Department personnel.

At the same time, it is important to advise your Commission that many of the allegations
made by the ACLU are questionable. In fact, throughout the course of our
investigations, we have discovered inaccurate, misleading, and false information
contained in some of the ACLU declarations. Interviews with affiants, as well as other
inmate witnesses, have revealed profound discrepancies concerning the facts
associated in these claims. While the cause of discrepancies has yet to be determined,
it is important to note that each affidavit was provided to the court under the penalty of
perjury. If it becomes clear that the crime of perjury was committed, the facts of the
case will be provided to the District Attorney's Office for filing consideration. The
purpose of sharing this information with your Commission is not to discredit any one
person or claim.

However, in fairness to this Department, it should be pointed out that of the 121 total
cases stemming from the ACLU allegations, only two, thus far, have been shown to
have substantial merit. Many cases are uncorroborated accounts by inmates with
extremely questionable backgrounds and history of violence against law enforcement.
Investigators will continue to explore leads and seek out witnesses until all 121 cases
have been adjudicated. The Office of Independent Review (OIR) continues to monitor
all investigations.

Notwithstanding the validity of specific declarations, the Department has taken prompt
and thorough measures to prevent force and reduce the number of violent
confrontations between inmates and staff wherever possible. Our exhaustive inspection
and review of every aspect of the jail system provided the background to strengthen
policies, supervision, and training that has already resulted in major improvements.
Since the implementation of the Force Prevention Policy in November 2011, combined
with expansion of Education Based Incarceration, increased supervision, video
surveillance, and increased training for staff, the total number of force incidents has
decreased more than 27 percent compared to last year. Equally encouraging is the 52
percent reduction of significant force incidents during the same period.

In conducting critical analysis and comparison to other large metropolitan area jail
facilities, we discovered use of force incidents in the Los Angeles County jail system are
significantly lower than most other jails throughout the nation. When members of the
CMTF conducted tours and exchanged useful information with our counterparts in
Chicago and New York City, they were pleased to learn our use of force incidents were
significantly lower. This is a major accomplishment considering the violent criminal
history of many inmates in our jail system, and the number of incidents deputies are

Commissioners                          -3-                          July 27, 2012

required to intervene to prevent inmate attacks on other inmates. It is my belief these achievements will continue based on direct feedback from inmates at regularly scheduled "Inmate Town Hall Meetings." This forum is designed to engage inmates in dialogue that is non-confrontational, while also providing the opportunity to communicate grievances or misconduct directly to supervisors to prevent an environment where the Department is out of touch with potential problems developing in the jails.

To ensure another layer of oversight of jail operations and force prevention, I immediately implemented the Custody Force Response Team. This team of experienced supervisors is tasked with responding to use of force incidents not rising to the level of an Internal Affairs Bureau investigation. This has resulted in higher quality investigations, with an added layer of review conducted by a panel of commanders known as the Custody Force Review Committee, and the OIR. I have also expanded the role of the CMTF to inspect and review all aspects of policy, supervision, and training.

In addition to reducing force, I directed my staff to identify and address management and supervision deficiencies. Our first step was to identify problems that existed, and determine when, how, and why they started. It was discovered that most problems were isolated to MCJ. This became obvious after discovering between 2005 and 2010, there was a large volume of delinquent force investigations, administrative paperwork, and higher overall uses of force than at any other jail facility. We also identified some supervisors that were deficient in asserting strong leadership in addressing poor performance. This created an environment at MCJ where day-to-day operations were not always functioning at Department standards. When retired Commander Bob Olmsted publicly and privately made critical statements about the management of MCJ, I took this very seriously since I hold him in high regard. Yet upon a detailed review of Custody Division, it was determined these problems were isolated to MCJ, primarily when Bob Olmsted and Dan Cruz were in command.

As Sheriff, I am ultimately responsible for everything that occurs in the Department. However, it is important to identify and address how and why certain captains at MCJ were less effective, while other jail facilities were functioning well under the same command structure during the same time period. Repeated interviews with staff who were present during Commander Olmsted and Captain Cruz' tenure revealed personality conflicts between the two men. Normally, it is not my practice to become involved in personal disputes between individuals. Regrettably, it appears these disputes between Commander Olmsted and Captain Cruz negatively impacted our performance as a Department.

Commissioners                                    -4-                              July 27, 2012

Assistant Sheriff Cavanaugh became aware of the hostilities between Commander Olmsted and Captain Cruz, but opted to not become involved in what appeared to be a personal dispute.  Undersheriff Tanaka is a hands-on leader and attempted to address the situation through candid intervention and stem demands to workout their personal differences.  Ironically, Undersheriff Tanaka's assertive efforts to address these problems may have caused resentment by personnel held to task.

There has been much attention placed on Undersheriff Paul Tanaka for the way he handled the situation, allegedly preventing certain employees from performing their duties.  Just as I gave credence to inmates and critics of our Department by thoroughly investigating every allegation and claim, we also owe that same level of inquiry and fact finding when Department members are called into question.  Despite all of the hearsay and complaints regarding Undersheriff Tanaka's management style, I have yet to be presented with any evidence of misconduct.  I appointed Paul Tanaka as Undersheriff because he is uniquely qualified for the position.  His background in accounting has been instrumental in successfully managing our Department's $2.6 billion budget.

During the recent economic crisis, Undersheriff Tanaka has proven to be a valued member of the County family, assisting me in organizing the Department to withstand more than $130 million in cuts annually, over the past three years.  His organizational skills and in-depth knowledge of public safety has proven to be vital in executing my crime prevention strategy, resulting in historic crime reductions over the past five years.

With all of Undersheriff Tanaka's strengths, it has become clear that certain employees did not respond well to his candid style of communication.  While I am precluded from providing details about personnel or disciplinary matters in a public forum, I assure this Commission that Undersheriff Tanaka, Assistant Sheriff Cavanaugh, and my entire executive staff understand my expectations for handling personnel matters more effectively.  I have also learned from this situation, and I am confident about our leadership and management of the jails moving forward.

I have personally met with all command staff to reinforce my expectations.  We have expanded training to emphasize assertive leadership, management, and effectiveness, rather than expecting others to handle problems within their respective commands. This is supported with policies such as Responsiveness to Independent Oversight, Captain and Commander Duty Statements, Documentation and Supervisory Response to Inmate Injuries, and other policies emphasizing direct accountability.  In fact, your Commission will be presented with copies of all the measures, policies, procedures, and training implemented to support our achievements.

Commissioners                           -5-                           July 27, 2012

In anticipation of your input, I have also developed recommendations for additional supervision and resources required to sustain long-term success in our jail system. This also includes a request for permanent funding to support the Commander Management Task Force to continue inspections in Custody Division and throughout the entire Department. These recommendations are attached in the appendix of this letter.

I am continually impressed with the men and women of the Sheriff's Department who work in our jails. I am extremely proud of their hard work, dedication, and professionalism in a challenging environment. I have also appreciated the feedback and support from ALADS and PPOA as we all work together to strengthen our Department's *Tradition of Service*. Thank you for allowing me to update you regarding the status of our jails. I look forward to addressing your questions and concerns as we work together to make a safer jail community.

Sincerely,

LEROY D. BACA
SHERIFF

Commissioners                                    -6-                              July 27, 2012


LDB:CG:JH:SS:ss
(Commander Management Task Force)

c:      Board of Supervisors, Justice Deputies
        Paul K. Tanaka, Undersheriff
        Marvin O. Cavanaugh, Assistant Sheriff
        Cecil W. Rhambo, Jr., Assistant Sheriff
        Alexander Yim, Chief, Custody Division

            (\\1_ttcf_fs01\custhq\CMDR TASK FORCE\Operations\Memos)

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
*COMMANDER MANAGEMENT TASK FORCE*

# Table of Contents

Appendix .......................................................................................................... 1
   1.  Commander Management Task Force ............................................... 1
       •   Mission Statement ................................................................. 1
       •   Proposed Organization Chart with Estimated Budget Request ........... 2
   2.  Town Hall Meetings ....................................................................... 3
       •   Town Hall Meetings .............................................................. 3
       •   Captain's Guideline for Town Hall Meeting ............................. 4
   3.  Responsiveness to Independent Oversight (ACLU) ........................ 6
   3.  Captains ....................................................................................... 6
   4.  Inmate Treatment ......................................................................... 7
       •   Treatment of Inmates .......................................................... 7
       •   Anti-Retaliation Policy .......................................................... 7
       •   Inmate Complaints Against Staff ........................................... 8
   5.  Force .......................................................................................... 10
       •   Force Prevention Policy ....................................................... 10
       •   Flashlights .......................................................................... 10
       •   Custody Force Response Team ........................................... 11
       •   Custody Force Review Committee ....................................... 12
       •   Declassification of Male Mental Observation Inmates ............. 13
       •   Force Training Bulletin ........................................................ 14
       •   Force Incident Chart with Graph .......................................... 16
       •   Footwear ............................................................................ 18
   6.  Mandatory Rotation of Line Personnel in Custody ....................... 19
   7.  Education Based Incarceration ..................................................... 20
       •   EBI Board of Supervisor Memo with Presentation ................. 20
       •   EBI Participation ................................................................. 31
       •   Operating Guidelines for Education-Based Incarceration ......... 32
   8.  Riker's Island and Cook County Sheriff's Comparison .................. 33
   9.  Supervisory Staff for Custody Division ......................................... 38
       •   Memo to Board of Supervisors Regarding Supervisory Staff for
           Custody Division ................................................................. 39
       •   Supervisory Staffing Increase Request from Facilities ............. 41

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
COMMANDER MANAGEMENT TASK FORCE

## Appendix 1

*Los Angeles County*
# SHERIFF'S DEPARTMENT

CUSTODY DIVISION

*Leroy D. Baca, Sheriff*



**COMMANDER MANAGEMENT TASK FORCE**

---

## *Our Mission*

To transform the culture of our custody facilities in order to provide a safe, secure learning environment for our personnel and the inmates placed in their care. We strive to empower our personnel to provide a level of professionalism and service, consistent with our *"Core Values."*

*"Until all deputies feel a sense of professional accomplishment while providing sensible and constitutionally established services to those in our care, our success as a department is not accomplished."*

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
COMMANDER MANAGEMENT TASK FORCE

# Appendix 1 cont'd

## *Proposed Organization Chart and Budget Request*
## Commander Management Task Force



| CMTF Items | | | | | | |
|---|---|---|---|---|---|---|
| Item | Current (Loaned) | Vacant | Requested | Total | Annual Top Step Salary | Total S & EBs (Rounded) |
| Commanders | 5 | 0 | 0 | 5 | $186,583.68 | $1,407,000 |
| Assistant Director | 1 | 0 | 0 | 1 | $125,080.56 | $172,000 |
| Lieutenants | 7 | 1 | 4 | 12 | $132,439.68 | $2,398,000 |
| Sergeants | 8 | 1 | 16 | 25 | $111,444.00 | $4,203,000 |
| Custody Assistants | 3 | 0 | 0 | 3 | $55,602.60 | $229,000 |
| Crime Analysts | 0 | 0 | 2 | 2 | $68,564.76 | $188,000 |
| OAII | 1 | 0 | 1 | 2 | $59,576.76 | $164,000 |
| L.E.T. | 1 | 0 | 1 | 2 | $50,376.00 | $138,000 |
| Senior Secretary V | 1 | 0 | 2 | 3 | $63,996.00 | $263,000 |
| | | | | | **Services and Supplies** | **$1,123,000** |
| | | | | | **Net County Cost** | **$10,285,000** |

2

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
COMMANDER MANAGEMENT TASK FORCE

# Appendix 2

## 5-14/005.00 TOWN HALL MEETINGS

The purpose of this section is to initiate an open dialogue with the individuals housed in the Sheriff's Department custody facilities. The goal is to enhance the quality of life in their community, while maintaining a safe and secure working and learning environment for the personnel assigned to each facility.

It is the responsibility of each custody facility unit commander or their designee to facilitate Town Hall meetings at their respective facility. Every facility is required to conduct a Town Hall meeting for each housing area at least once a month. For larger custody facilities, it is suggested that daily Town Hall meetings are held in order to meet this mandate.

It is the unit commander's responsibility to ensure that the Town Hall Meeting documents are completed in a reasonable period of time. The documents include, but are not limited to, the Town Hall Meeting Form, Rehabilitation Survey, and Town Hall Tracker.

Prior to the commencement of a Town Hall meeting, the Rehabilitation Survey shall be provided to each inmate in attendance. The inmates completing the form may remain anonymous, and the survey shall be collected by the staff at the end of each meeting. If there are specific complaints regarding a quality of life issue, they must be entered into the Town Hall Meeting Tracker.

The Town Hall Meeting Form was created to capture the inmates' concerns and suggestions dealing with quality of life issues in their custodial environment. Issues derived from the Town Hall meetings shall be entered into the Town Hall Meeting Tracker and addressed within seven days from the date of the meeting. If additional time is required, a new deadline should be established with a detailed explanation.

In the event inmates in a specific housing area refuse to attend a Town Hall meeting, they shall be afforded the opportunity to fill out a Rehabilitation Survey, and the refusal shall be documented in the Town Hall Tracker.

In an effort to ensure all inmates are afforded the opportunity to participate in a Town Hall meeting, the unit commander or their designee shall monitor the housing locations. They shall ensure inmates are free from intimidation or coercion from other inmates, and that their personnel are conducting themselves in a professional manner as reflected in the Core Values.

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
COMMANDER MANAGEMENT TASK FORCE

# Appendix 2 cont'd



County of Los Angeles

Sheriff's Department Headquarters

4700 Ramona Boulevard

Monterey Park, California 91754-2169

SHERIFF'S BULLETIN                #589                July 25, 2012

## CAPTAIN'S GUIDELINE FOR TOWNHALL MEETING

Our mission is to enhance public safety in communities throughout the County, including the custodial facilities, where a multitude of residents are housed due to their legal entanglements. Our goal is to transform the culture of our custodial facilities and provide a safe, secure learning environment for our personnel and the inmates placed in their care.

As stated in the Town Hall policy (CDM section 5-14/005.00), the purpose of the program is to create an open dialogue and provide individuals who are incarcerated, a forum to voice their concerns directly to the persons responsible for their care. Town Hall meetings provide a unique platform to offer solutions and give the unit commanders the opportunity to assess and respond to important issues at their respective facility. In addition, unit commanders and their representatives have a forum to present my expectations and provide information concerning educational opportunities and personal development programs offered.

It is my belief this will reduce recidivism by increasing the educational, civic, social, economic and life skills of individuals incarcerated in the Los Angeles County Jail System.

Unit commanders shall ensure that every inmate is informed of the benefits of Education-Based Incarceration (EBI).

**Principles of Education-Based Incarceration:**

Assess and evaluate the educational and trade skills of all inmates.


- Develop a learning environment to educate inmates.
- Develop and implement an automated case management information system.
- Strengthen and systemize our partnership with California Department of Corrections and Rehabilitation.
- Develop a structured curriculum.
- Transform the cultural mentality of residents in the communities at large and those housed in our care to support and embrace the principles of EBI.

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
COMMANDER MANAGEMENT TASK FORCE

# Appendix 2 cont'd

## Programs Offered

- Personal Development
- Leadership
- Decision making
- Critical Thinking
- Relationships
- Conflict Management
- Employment
- Time Management
- Budget Management
- Understanding and Coping with Stress
- Vocational Programming
- General Educational Development (G.E.D.)
- Parenting
- Substance Abuse
- Moral Resonation Therapy
- Anger Management
- Communication Skills

# A Tradition of Service

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
COMMANDER MANAGEMENT TASK FORCE

# Appendix 3

## 5-12/035.00  RESPONSIVENESS TO INDEPENDENT OVERSIGHT (ACLU)

The Los Angeles County Sheriff's Department is committed to operating its jail system in a safe and secure learning environment for staff and inmates, with respect for the dignity of all people.  The Sheriff's Department ensures compliance with all policies, procedures and Title 15 Standards, and upholds Public Trust through fairness, impartiality, and openness.  In order to objectively critique and review its effectiveness, the Sheriff's Department receives direct independent oversight from the Office of Independent Review (OIR), and works closely the American Civil Liberties Union (ACLU) for specified issues.

The OIR and ACLU shall have fair access to jail facilities, and direct communication with designated Sheriff's Department personnel for the following purposes:

Inform Sheriff of inmate complaints/requests for services
Initiate investigations regarding inmate complaints
Monitor timeliness of complaint investigations/dispositions
Review investigative complaints through the OIR
Review case dispositions through the OIR

Sheriff's Department personnel shall be responsive to the OIR and ACLU by documenting complaints, requests, and recommendations to their unit commander.  Unit commanders have an obligation to ensure all complaints, requests, and recommendations by the OIR and ACLU are addressed, and communicated to major executives on the Department when appropriate.  Regardless of the outcome, unit commanders shall ensure that complaints, requests, and recommendations are reasonably addressed and responded to in a timely manner.  Any question as to whether a complaint, request, or recommendation should be communicated to major Department executives shall be resolved by notifying the Sheriff directly.

## 2-01/030.00 CAPTAINS
Division Captains are the commanding officer of a facility, bureau or unit. Division Captains are responsible for all functions and operations at their unit. Refer to the Department Manual of Policy and Procedures, section 2-02/060.00, "Captains."

Captains are directly responsible to a designated Area Commander, and are equivalent to a "Facility Manager," as described in the Minimum Standards for Adult Local Detention Facilities, Title 15, section 1006, "Definitions."

Captains are directly responsible for creating a service oriented environment in their facilities, with access to the best resources and programs available for those in our custody. Captains are also responsible for ensuring that inmates in their custody are provided a safe a secure environment, where they feel confortable approaching and interacting with Department personnel at all times. Providing such an environment for those in our custody serves to create a more positive and secure environment for our personnel as well.

Captains shall develop a comprehensive training program for all deputies and staff regarding violence prevention practices. Our goal is to establish violence-free interactions with inmates.
The program will include inmates as a resource to further establish respect based communication practices.
Refer to Custody Division Manual, section 3-02/035.00, "Force Prevention policy."

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
*COMMANDER MANAGEMENT TASK FORCE*

# Appendix 4

## 5-12/005.00 TREATMENT OF INMATES

Inmates are entitled to fair and impartial treatment. At the same time members must be firm and resolute in requiring compliance with rules and regulations. Members shall treat those persons in custody with respect and dignity.

Inmates shall not be threatened, intimidated, mistreated, abused, denied privileges, denied access to programs or services, or disciplined in retaliation for speaking with a legal representative, or any inmate advocacy organization. In addition, inmates shall not be threatened, intimidated, mistreated, abused, denied

privileges, denied access to programs or services, or disciplined in retaliation for expressing dissatisfaction, or filing a complaint about the conditions of confinement including, but not limited to:

- Meals,
- Housing,
- Exercise,
- Visiting,
- Mail,
- Showers,
- Phones,
- Commissary,
- Medical treatment or medications,
- The performance of duties of Custody, Department of Mental Health, or Medical Services personnel.

Members shall consider inmate inquiries potentially legitimate, and when appropriate refer an inmate to personnel who can address the inquiry, or to the inmate complaint procedure. Members are prohibited from discouraging inmates from voicing complaints or concerns about their incarceration.

## 5-12/005.05 ANTI-RETALIATION POLICY

Inmates shall not be subject to retaliation through threats, intimidation, or mistreatment for any reason. When inmate conduct requires a response from Department members, it shall be handled through the criminal justice system, inmate disciplinary system, or other methods consistent with the Department's Core Values, policies, and procedures.

Inmates are part of a community inside the jail system and should be encouraged to express complaints, requests, or recommendations to Department members. Inmates shall also have the right to communicate with legal representatives or inmate advocacy organizations about complaints or personal legal matters.

Members shall not ask inmates for details of their communications, or interfere with the intent to discourage complaints.

Department members shall not remove or deprive an inmate from correspondence, including names, phone numbers, contact information, or any information that is used for legitimate and lawful purposes.

Any allegation of retaliation by an inmate will be objectively and thoroughly investigated by the Sheriff's Department. The allegation will be documented by the supervisor receiving the complaint on a SH-AD 32A and submitted to the unit commander of the involved facility for review. The unit commander will forward a copy of the complaint to Internal Affairs Bureau, Internal Criminal Investigations Bureau, and the Office of Independent Review. The Captain of Internal Affairs Bureau will determine which unit will conduct the investigation.

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**

COMMANDER MANAGEMENT TASK FORCE

# Appendix 4 cont'd

## Los Angeles County Sheriff's Department

## CUSTODY DIVISION DIRECTIVE

**Custody Support Services**

CUSTODY DIVISION DIRECTIVE: 12-003             DATE: JULY 25, 2012

ISSUED FOR:   CUSTODY DIVISION

### INMATE COMPLAINTS AGAINST STAFF

### PURPOSE

The purpose of this directive is to establish procedures regarding data collected from the Inmate Complaint/Service Request Forms (SH-J-420) involving Department personnel. The Facility Automated Statistical Tracking System (F.A.S.T.) was designed to capture basic data from inmate complaints. In order to assist the Discovery Unit with Pitchess Motions, F.A.S.T. has now been modified to enable statistical coordinators to enter the names of personnel involved in complaints against staff.

### POLICY AND PROCEDURES

Effective immediately, personnel identified through the inquiry of a complaint classified as "Complaint Against Staff", shall be listed in the Disposition Section of the Inmate Complaint/Service Request Form (SH-J-420). Those personnel named in the inmate narrative section of the complaint shall not be entered into F.A.S.T. unless verified by the supervisor assigned to the review.

Unit statistical coordinators shall enter the employee numbers and names of all personnel listed in the Disposition Section into the Inmate Complaint Module within one business day, in accordance with Custody Division Manual section 4-01/025.00, Inmate Assault and Force Reporting In F.A.S.T.

Once the information is entered into F.A.S.T., unit commanders are capable of running a report of those personnel identified in inmate complaints. Unit commanders or above will be the only ones authorized to run this report for their unit or bureau. Any use of this information for counseling, discipline or mentoring purposes shall only be done after a thorough review of the facts surrounding each complaint.

### RETENTION

Inmate complaints are to be retained for a period of 5 years in compliance with section 4-13/000.00 Retention of Records of the Custody Division Manual.

Originally Issued: 7/25/2012
Revised:
Latest Revision:                                                          PAGE 1 OF 2

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
*COMMANDER MANAGEMENT TASK FORCE*

# Appendix 4 cont'd

INMATE COMPLAINTS AGAINST STAFF                                    CDD: 12-003

The policies and procedures outlined in this directive shall remain in effect until the
Custody Division Manual is revised and/or this directive is rescinded.

Questions regarding this directive should be directed by email or phone to Custody
Support Services, Lt. Vincent E. Callier at (213) 893-5102.

APPROVED: _____

ALEXANDER R. YIM, CHIEF
CUSTODY DIVISION

ARY:oam



**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
*COMMANDER MANAGEMENT TASK FORCE*

# Appendix 5

## 3-02/035.00 FORCE PREVENTION POLICY

It is the Sheriff's Department's responsibility to provide a safe custody environment for the inmates and a safe working environment for Sheriff's personnel. All employees shall view their professional duties in the context of safety for themselves, other employees, and inmates.

All jail personnel should maintain a professional demeanor, according to each situation, keeping in mind the Department's Core Values.

Department members shall only use that level of force which is objectively reasonable to uphold safety in the jails and should be used as a last resort. Reasonable efforts, depending on each situation, should be made by jail personnel to de-escalate incidents by first using sound verbal communications when possible. If verbal communications fail, reasonable efforts should be made to call a supervisor to assist in seeking compliance from disruptive inmates (Refer to CDM 5-05/090.05, Handling Insubordinate, Recalcitrant, Hostile or Aggressive Inmates).

In cases where Sheriff's Department personnel must take action to conduct lawful duties where there is not necessarily an immediate physical threat, such as prolonged passive resistance or cell extractions, there shall be a tactical plan predicated on preventing the use of force whenever possible. Supervisors shall be present during planned tactical operations.

All inmates are issued a copy of jail rules and regulations and subject to discipline for violating those rules. All Department members shall focus on upholding safety, respect and professionalism, even in situations where force is required.

When force must be used, deputies and staff shall endeavor to use restraint techniques when possible, and use only that level of force required for the situation, consistent with Department's Situational Use of Force Options Chart (as defined in Manual of Policy and Procedures, Use of Force Categories, section 3-01/025.20).

Our collective and individual goal is to prevent force through effective communication emphasizing safety, respect, and professionalism as emphasized in the Department's Core Values.

## 3-06/055.20 FLASHLIGHTS

The flashlight carried on duty in Custody Division facilities shall not weigh more than 16 ounces, and shall not be more than 13 inches in length. The flashlight used shall be of good commercial quality and construction, and shall be regularly inspected by its owner for proper working condition. Flashlights longer than 6 inches in length shall be of plastic or nylon composite material only.

**IMPLEMENTATION EFFECTIVE SEPTEMBER 1, 2012**

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
COMMANDER MANAGEMENT TASK FORCE

# Appendix 5 cont'd

## 4-07/005.05 CUSTODY FORCE RESPONSE TEAM

The goal of the Custody Force Response Team (CFRT) is to ensure high quality force investigations through incident oversight and investigative evaluation. The (CFRT) is comprised of sergeants, designated to respond to specific force incidents, where they will monitor various aspects of the inquiry, including but not limited to: interviewing participant employees, inmates, and witnesses, examining any video or evidence and monitoring the facility supervisor as they conduct their inquiry.

The Response Team Sergeants shall act as an on-scene resource for the handling supervisor, providing information, guidance, analysis and recommendations. In the course of reviewing the incident, the Response Team Sergeant may give specific direction to the handling supervisor, if appropriate. The facility supervisor has the primary responsibility of handling and documenting the force incident; however, the CFRT has the authority to take control and assume responsibility for the investigation. In the event of policy violations the CFRT Lieutenant may initiate a request for an administrative (internal) investigation, through proper channels.

In examining force incidents, Response Team Sergeants will pay particular attention to events that precipitated the use of force and the tactics used. In incidents where multiple employees are participants, additional focus will be placed on the actions of responding personnel and the tactics involved in their engagement.

## CFRT Notification

Nothing in this policy alters the responsibility of Watch Commanders to notify the Internal Affairs Bureau (IAB) when required per MPP 5-09/434.05 after a force incident.

Watch Commanders shall make immediate verbal notification to the CFRT Lieutenant whenever any of the following force incident criteria are present:

- On any IAB notification which doesn't immediately require their mandatory response
- Significant inmate injuries as a result of employee contact or alleged contact
- Significant employee injuries as a result of inmate contact
- Taser use
- Personal weapons used – if use results in significant inmate injury
- Impact Weapon/shod foot used - if use results in significant inmate injury
- Carotid restraint
- Emergency Response Team action resulting in significant inmate injury
- Any head strikes – including the head striking any fixed/hard object
- Watch Commander may seek a CFRT response due to the circumstances

All notifications shall be made through Sheriff's Headquarters Bureau: (323) 267-4800.

## Significant Injury for the Purpose of this Policy

Significant injuries consist of more than minor redness, swelling, or bruising. Complaints of pain will not be considered notification criteria unless the complaint is regarding the head, neck, or spine; or, may possibly be indicative of an internal injury.

11



**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
**COMMANDER MANAGEMENT TASK FORCE**

# Appendix 5 cont'd

## CFRT Response

The CFRT Lieutenant shall evaluate the information and determine if response is appropriate.

## Unit Commander Duties

Upon initial completion of the Use of Force packet, the facility will make arrangements for delivery of the entire packet (including video and evidence if requested) to the CFRT. The use of force packet is due no later than 14 days after the incident. The CFRT has 7 business days to review the packet and return it to the facility with noted corrections, concerns or questions, if any.

Once the packet is returned, the Unit Commander will ensure that any necessary corrections, concerns or questions have been addressed, note they have reviewed it, and return the packet to the CFRT for the Custody Force Review Committee (CFRC). The packet must be received by the CFRC no later than 30 days after the incident. The force investigation will then be scheduled for a CFRC review hearing.

When an unforeseen circumstance interferes with a unit's ability to meet any of the above stated time lines, the Unit Commander will advise the CFRC Chairperson (Commander) and formally request an extension in writing, explaining the reason for the delay.

## CFRC Disposition Duties

Refer to CDM 4-07/0050.05, Custody Force Review Committee.

## 4-07/005.00 CUSTODY FORCE REVIEW COMMITTEE

The Sheriff's Department has created a custody facility specific Custody Force Review Committee comprised of three Custody Division Commanders, one of whom will be appointed as Chairperson. Additionally, a member of the Office of Independent Review (OIR) will participate as a monitor and provide input. The goals of the Custody Force Review Committee are to evaluate the force applied within custody facilities, the quality of Use of Force investigations, and the effectiveness of supervision.

The Custody Force Review Committee (CFRC) will review all use of force incidents responded to by the Custody Force Response Team (CFRT). In addition, the CFRC can review incidents at the request of a Unit Commander, or based on factors such as an increase in force incidents by facility, shift, or employee.

The CFRC will calendar completed Use of Force incidents for review and will require the Unit Commander (of their designee), the handling facility sergeant, and/or approving watch commander to attend. They should be prepared to discuss specifics, answer questions and justify recommendations regarding the incident. The CFRC will review the force incident as a whole, including the events that precipitated the use of force and any prevention efforts (if applicable), as well as the quality of the force inquiry. The handling Custody Force Response Team Sergeant will present the basic facts of each incident and will act as a subject matter resource.

The Custody Force Review Committee Chairperson shall report the Committee's finding, including recommendations, to the specific Unit Commander via memorandum. Recommendations to debrief involved and/or uninvolved personnel, provide additional training, or conduct counseling will be included in the Committee's memorandum. Exemplary performance or conduct will also be acknowledged and appropriate commendations recommended.

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
**COMMANDER MANAGEMENT TASK FORCE**

# Appendix 5 cont'd

The Unit Commander shall evaluate the committee's findings, act on their recommendation(s), document their actions, and report back to the Committee within thirty (30) business days. Any disagreements with the Committee's findings shall be addressed via memorandum within thirty (30) business days.

If it is determined that a violation of established Department policy may have occurred, the specific Manual of Policy and Procedures section(s) shall be cited in the Committee's findings. The CFRC will order that an investigation is opened and assigned to the appropriate unit.

When completed, the investigation will be returned to the respective facility Unit Commander for disposition. Prior to issuing a Letter of Intent, the Unit Commander will report on the findings of the investigation at the next scheduled CFRC session. The disposition will then be processed through normal channels with the Custody Division Chief having final approval. Discipline imposed as a result of CFRC review can be grieved via the normal grievance process.

Issues concerning tactics, training, and/or policy revisions shall be cited and a memorandum forwarded to the appropriate Department Unit/Bureau for consideration.
After review by the CFRC, the Use of Force packet will be returned to the facility for processing to the Discovery Unit.

## 5-04/015.00 DECLASSIFICATION OF MALE MENTAL OBSERVATION INMATES

All declassifications or reclassifications of mental observation inmates shall be approved by DMH personnel and then referred to the IRC Classification Unit.

Mental observation male inmates, who are declassified by DMH personnel to general population, shall be transferred to an appropriate Pitchess Detention Center facility via IRC. Any deviation from this policy shall be approved by the Correctional Services Division chief or his designee.

It will be the responsibility of the IRC Classification Unit to ensure that any inmate who has been reclassified is not placed in the same housing location they were in prior to being placed in mental observation; unless medical treatment, security level, or care issues would cause harm to that particular inmate.

Should suitable housing become an issue, the IRC Classification Unit will contact the concerned watch commander and ensure appropriate housing locations are identified. JMET North shall be immediately notified by the IRC Classification Unit once a Pitchess Detention Center facility has been identified.

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
**COMMANDER MANAGEMENT TASK FORCE**

# Appendix 5 cont'd

**Force Training Unit**



SHERIFF'S BULLETIN                                                          May, 2012

# Responding to Assaultive/High Risk Situations

When responding to an incident where multiple personnel are arriving to assist at a location at the same time ("**415-Deputy Involved!**"), we need to approach with a different mind-set. Do we simply jump right in?

You should always think tactically when approaching a problem. As you arrive, are you looking at the problem, or are you more worried your peers will doubt your commitment if you don't immediately engage? If you feel it necessary to join the pile and use force (kicks, strikes, impact weapons, TASER, etc.), can you justify your actions? You should be prepared to *legally* and *reasonably* articulate your actions at all times. This is a professionalism demanded of your position as a law enforcement officer whether you are in the Field or on the Floor.

Consider whether or not the suspect continues to pose an immediate physical threat. The swift and decisive application of force at times is necessary to prevent harm to deputies, staff and inmates. However, responders must take the time to evaluate the situation in its entirety. We need to continuously assess and reassess the situation as as it develops. If we do not allow the suspect to comply with our instructions, the cycle only continues to progress again and again. During the cycle, we presume that they are still assaultive/high -risk or combative, so we continue to apply more force.

Something as simple as grabbing and controlling an arm can often be a better option than punching and kicking an inmate several more times in order to gain control. You need to first get **Control** of the inmate (engage, hold on, and secure the limbs). Second, you need to get proper **Position** (pinning the body or arms and legs down). Once you have control, **Handcuff** the inmate without further incident.

When determining the necessity for force and the appropriate level of force, personnel are authorized to use only that amount of force which is objectively reasonable to perform their duties. Do not allow yourselves to be overtaken by your emotions or ego.

As the third, fourth or subsequent responder, we need to make the tactical decisions which the person who is already involved can't make. At the scene of a force incident, evaluate the situation to **determine whether or not further force is needed to end the threat.** The efforts of later responders may better be utilized to simply assist in tactically securing the area. Your primary goals are to **Gain Safe Control and Stop the Problem.**

Personnel involved in a force incident will be solely responsible for explaining their individual actions. In force reviews for policy compliance, all involved personnel shall individually be prepared to clearly articulate the circumstances which supported their decisions that led up to, occurred during, and took place after the incident, as well as in any subsequent assessments or decisions made.

## LOS ANGELES COUNTY SHERIFF'S DEPARTMENT
### COMMANDER MANAGEMENT TASK FORCE

# Appendix 5 cont'd



**BRIEFING BULLETIN**                                                    May, 2012

When documenting your use of force, remember to explain the actions or events which led up to the incident (language used, demeanor, reason for contact, etc.), including any efforts made to mitigate the need for force (different deputy speaking to inmate, different communication methods, request for supervisor, etc.) Each application of force will need to be individually articulated and justified.

REFERENCE / SOURCES:

MPP 3-01/025.00 Use of Force
MPP 3-01/025.10 Unreasonable Force
MPP 5-09/430.00 Use of Force Reporting
• Department Policies
• State Laws
• Federal Laws

If you have any questions about this training bulletin, please call (213) 974-7000.
Custody Division, Force Training Unit

Note: Reprinted from the October, 2011 Custody Division Training Unit's Briefing Bulletin

2



**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
COMMANDER MANAGEMENT TASK FORCE

# Appendix 5 cont'd



**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
*SIGNIFICANT AND LESS SIGNIFICANT FORCE YTD 2011 vs 2012*

### 2011

| CUSTODY DIVISION | January 2011 Sig Force | Less Sig Force | Total | February 2011 Sig Force | Less Sig Force | Total | March 2011 Sig Force | Less Sig Force | Total | April 2011 Sig Force | Less Sig Force | Total | May 2011 Sig Force | Less Sig Force | Total | June 2011 Sig Force | Less Sig Force | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CRDF | 6 | 2 | 8 | 8 | 5 | 13 | 4 | 4 | 8 | 2 | 2 | 4 | 5 | 2 | 7 | 10 | 1 | 11 |
| CST | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| EAST FACILITY | 1 | 3 | 5 | 4 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 1 |
| IRC | 9 | 3 | 12 | 9 | 1 | 10 | 11 | 1 | 13 | 10 | 0 | 10 | 8 | 6 | 14 | 8 | 2 | 10 |
| MEN'S CENTRAL JAIL | 16 | 1 | 17 | 19 | 1 | 20 | 11 | 1 | 12 | 9 | 2 | 11 | 17 | 5 | 12 | 10 | 3 | 13 |
| MIRA LOMA FACILITY | 0 | 0 | 0 | 0 | 1 | 2 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NCCF | 6 | 6 | 12 | 1 | 3 | 4 | 5 | 2 | 7 | 2 | 1 | 3 | 2 | 3 | 5 | 7 | 4 | 11 |
| NORTH FACILITY | | | 0 | | | 0 | | | 0 | | | 0 | | | 0 | | | 0 |
| SOUTH FACILITY | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 0 | 2 | 1 | 0 | 1 | 2 | 0 | 2 | 0 | 0 | 0 |
| TWIN TOWERS | 5 | 2 | 7 | 8 | 1 | 9 | 3 | 2 | 5 | 7 | 1 | 8 | 9 | 0 | 9 | 6 | 2 | 8 |
| | **44** | **18** | **62** | **49** | **13** | **62** | **38** | **10** | **48** | **31** | **6** | **37** | **43** | **17** | **60** | **41** | **13** | **54** |

### 2012

| CUSTODY DIVISION | January 2012 Sig Force | Less Sig Force | Total | February 2012 Sig Force | Less Sig Force | Total | March 2012 Sig Force | Less Sig Force | Total | April 2012 Sig Force | Less Sig Force | Total | May 2012 Sig Force | Less Sig Force | Total | June 2012 Sig Force | Less Sig Force | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CRDF | 1 | 6 | 8 | 1 | 3 | 4 | 0 | 3 | 3 | 2 | 6 | 8 | 1 | | 2 | 1 | 1 | 2 |
| CST | 0 | 0 | 0 | 1 | | 3 | 1 | 1 | 2 | 1 | 1 | 1 | | 1 | 1 | | | 0 |
| EAST FACILITY | 1 | 2 | 3 | 1 | 1 | 2 | 1 | 1 | 2 | 1 | | 1 | 3 | 1 | 4 | | 1 | 1 |
| IRC | 1 | 3 | 4 | 1 | 4 | 6 | 1 | 8 | 9 | 3 | 4 | 7 | 1 | 1 | 2 | 2 | 2 | 4 |
| MEN'S CENTRAL JAIL | 4 | 6 | 10 | 14 | 6 | 20 | 4 | 5 | 9 | 8 | 4 | 12 | 4 | 1 | 2 | 4 | 1 | 11 |
| MIRA LOMA FACILITY | 0 | 0 | 0 | | | 0 | | | 0 | | | 0 | | | 0 | 1 | | 1 |
| NCCF | 1 | 4 | 5 | 2 | 2 | 4 | 6 | 1 | 7 | 1 | 1 | 5 | 1 | 3 | 6 | 5 | 1 | 7 |
| NORTH FACILITY | 0 | 0 | 0 | | | 0 | | | 0 | | | 0 | | | 0 | | | 0 |
| SOUTH FACILITY | 1 | 0 | 1 | | 2 | 2 | 1 | | 2 | | | 0 | 1 | 1 | 2 | | | 0 |
| TWIN TOWERS | 2 | 1 | 3 | 2 | 6 | 8 | 8 | 4 | 12 | 5 | 6 | 11 | 3 | 1 | 4 | 5 | 3 | 8 |
| | **12** | **22** | **34** | **25** | **24** | **49** | **23** | **23** | **46** | **22** | **24** | **46** | **17** | **11** | **28** | **18** | **16** | **34** |

| CUSTODY DIVISION | 2011 Totals Sig Force | Less Sig Force | Total | 2012 Totals Sig Force | Less Sig Force | Total |
|---|---|---|---|---|---|---|
| CRDF | 35 | 16 | 51 | 8 | 19 | 27 |
| CST | 0 | 0 | 0 | 5 | 5 | 8 |
| EAST FACILITY | 6 | 5 | 11 | 7 | 6 | 13 |
| IRC | 56 | 13 | 69 | 10 | 22 | 32 |
| MEN'S CENTRAL JAIL | 82 | 13 | 95 | 38 | 31 | 69 |
| MIRA LOMA FACILITY | 1 | 2 | 3 | 1 | 0 | 1 |
| NCCF | 23 | 19 | 42 | 19 | 15 | 34 |
| NORTH FACILITY | 0 | 0 | 0 | 0 | 0 | 0 |
| SOUTH FACILITY | 5 | 1 | 6 | 4 | 3 | 7 |
| TWIN TOWERS | 38 | 8 | 46 | 25 | 21 | 46 |
| | **246** | **77** | **323** | **117** | **120** | **237** |

*Totals presented are as of 07/24/2012*

## LOS ANGELES COUNTY SHERIFF'S DEPARTMENT
### COMMANDER MANAGEMENT TASK FORCE

# Appendix 5 cont'd



Reportable force is *less significant* when it is limited to any of the following and there is no injury or complaint of pain nor any indication of misconduct:

* Searching and handcuffing techniques resisted by the suspect.
* Department approved control holds, come-along, or take down.
* Use of Oleoresin Capsicum spray, Freeze +P or Deep Freeze aerosols, or Oleoresin Capsicum powder from a Pepperball projectile when the suspect is not struck by a Pepperball projectile.

Reportable force is *significant* when it involves any of the following:

* Suspect injury resulting from use of force.
* Complaint of pain or injury resulting from use of force.
* Indication or allegation of misconduct in the application of force.
* Any application of force that is greater than a Department-approved control hold, come-along, or take down. This includes the activation of the electronic immobilization belt or the use of the Total Appendage Restraint Procedure (TARP).

*Totals are current as of 07/28/2012

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
*COMMANDER MANAGEMENT TASK FORCE*

# Appendix 5 cont'd

### 3-03/225.00 FOOTWEAR

#### Boots (optional)

Uniformed members may wear boots in lieu of low or high-cut shoes. The optional boots shall be leather or a leather/nylon combination, solid black, with a leather plain toe or plain cap toe. Boots with zippers are permitted. Boots must be highly shined and have black laces. Boots reinforced with a steel toe (or similar material) are prohibited unless specifically authorized by the concerned division chief.

Boots worn with the Class A uniform must have a traditional "stitched-welt" sole.

Boots with a molded sole are authorized for use with Class B and Special Operations clothing.

#### Rain Boots

Rain boots shall be made of waterproof black rubber and fit over the shoes. Hip wader boots are not authorized.

#### Shoes

Uniform shoes shall be properly maintained and shall be kept in a shined condition.

#### Males' Shoes

Shoes worn by uniformed male employees shall be plain black, smooth or high gloss leather, with black laces and shall be similar to military dress shoes. Ornamented and slip-on shoes are not permitted. Shoes reinforced with a steel toe (or similar material) are prohibited unless specifically authorized by the concerned division chief.

#### Females' Shoes

Shoes worn by uniformed female employees shall be plain black, smooth leather, lace oxford or pump style with closed toes and heels. Heels shall not exceed two inches. Ornamented shoes are not permitted. Shoes reinforced with a steel toe (or similar material) are prohibited unless specifically authorized by the concerned division chief.

#### Athletic Footwear

Athletic footwear shall not be worn with a Class A uniform. Uniformed members may wear suitable athletic type footwear, including bicycle shoes, with Class B, Class C or special clothing with Unit Commander approval. The footwear shall be black in color, lace type, and may be either high-top or low cut in style. Appropriate socks shall be worn with all athletic footwear.

#### Motorcycle Boots

Uniformed sworn members conducting motorcycle enforcement duties shall wear protective riding boots. The boots

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
*COMMANDER MANAGEMENT TASK FORCE*

# Appendix 6

## Los Angeles County Sheriff's Department

# CUSTODY OPERATIONS DIRECTIVE

**Custody Support Services**



CUSTODY OPERATIONS DIRECTIVE: 12-001                DATE: FEBRUARY 17, 2012

ISSUED FOR:    CUSTODY OPERATIONS DIVISION

### MANDATORY ROTATION OF LINE PERSONNEL IN CUSTODY

### PURPOSE

The purpose of this directive is to ensure job assignments for line personnel in Custody Division are rotated no less than every six months.

### POLICY AND PROCEDURES

Effective immediately, all Custody Division unit commanders shall ensure line personnel are rotated between job assignments no less than every six months. Rotations shall be done in a manner that upholds safety and efficiency, while allowing personnel to learn numerous job functions. Compliance with this directive does not mandate the changing of regular days off or shift assignments for personnel.

Unit commanders with the concurrence of the Chief of Custody Division may use discretion for key positions that require additional training or experience that may impact the effectiveness of their command. These key positions shall be identified and reported annually to the Chief of Custody Division.

The policies and procedures outlined in this directive shall remain in effect until the Custody Division Manual is revised and/or this directive is rescinded.

### RETENTION

Unit commanders shall ensure that scheduling records are maintained for 2 years to show compliance with this directive.

Questions regarding this policy should be directed by email or phone to Custody Support Services, Lt. Daniel J. Dyer at (213) 893-5096.

APPROVED:

DENNIS H. BURNS, CHIEF
CUSTODY OPERATIONS DIVISION

DHB:oam

Originally Issued  02/17/2012
Revised
Latest Revision                                                                PAGE 1 OF 1

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
COMMANDER MANAGEMENT TASK FORCE

# **Appendix 7**



LEROY D. BACA, SHERIFF

**County of Los Angeles**
Sheriff's Department Headquarters
4700 Ramona Boulevard
Monterey Park, California 91754-2169



July 27, 2011

The Honorable Board of Supervisors
County of Los Angeles
383 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012

Dear Supervisors:

EDUCATION-BASED INCARCERATION

The mission of Education-Based Incarceration (EBI) is to focus on deterring and mitigating crime by investing in its offenders through education and rehabilitation. We are serious about producing a paradigm shift through innovative ideas and by building new community-based partnerships. With the help and support of volunteers, clergy, Los Angeles County Sheriff's Department employees, and other County departments, we are committed to producing a mental, physical, and spiritual transformation in the lives of inmates in custody as well as those who are out on probation and parole.

I would like to share a portion of an e-mail from our Southwestern Law School extern about her experience with the EBI program. "I have been blessed to attend trainings that are educational in a real life kind of way. We have been gathering facilitators who will be teaching in our new Education-Based Incarceration program. It is all new and cutting edge—the idea is providing the whole-person education (mind, body, spirit) to inmates while they are in jail so that they can reflect on their lives and start to make choices that will bring them out of the criminal lifestyle. It's really powerful work, so I just wanted to say THANK YOU for making this externship possible. It is one of the most worthwhile experiences I have had in my lifetime and I wish I could continue in this position into the fall semester."

Attached is a PowerPoint presentation that we intend to present to all the Superior Court judges on the success of the EBI program at the Pitchess Detention Center Facility. We highlight the importance of alternative sentencing, six principles to change the way we incarcerate, the high cost of public safety, research and best practices, and EBI strategies to reduce recidivism.

Sincerely,

LEROY D. BACA
SHERIFF

*A Tradition of Service*

# Alternative Sentencing:
## The Role of Education-Based Incarceration



Education-Based Incarceration Unit
Offender Services Bureau
450 Bauchet Street, E888
Los Angeles, CA. 90012
(213) 893-5878



Appendix 7 cont'd

LOS ANGELES COUNTY SHERIFF'S DEPARTMENT

COMMANDER MANAGEMENT TASK FORCE





# Education-Based Incarceration Defined

Education-Based Incarceration is a component of the criminal justice system that is focused on **deterring** and **mitigating crime** by **investing in its offenders through education and rehabilitation.** By providing substantive and intellectual education in jails, and being **supportive rather than punitive** in efforts to reduce crime related behavior, the **likelihood to recidivate is lowered** while **success and stability in the community occurs.**







Appendix 7 cont'd



LOS ANGELES COUNTY SHERIFF'S DEPARTMENT

COMMANDER MANAGEMENT TASK FORCE

# 6 Principles to Change the Way We Incarcerate

- Principle 1: Evaluate and Assess both the Educational and Trade Skills of All Offenders

- Principle 2: Develop a System for Educating Prisoners who Inevitably will Serve Time in the State Prison System, Beginning and Ending in the Los Angeles County Jail

- Principle 3: The Development and Implementation of Proper Educational and Preparation Skills for Prisoners will Reduce the Likelihood of Recidivism



Appendix 7 cont'd

LOS ANGELES COUNTY SHERIFF'S DEPARTMENT COMMANDER MANAGEMENT TASK FORCE

# 6 Principles to Change the Way We Incarcerate

• Principle 4: Strengthen and Systematize the Partnership with the California Department of Corrections and Rehabilitation (CDCR)

• Principle 5: Develop Curriculum that puts into Action Learning Programs that are Both Structured and Unstructured

• **Principle 6: Transform the Custody Division and State Correction's Cultural Thinking to Support and Embrace the Principles of Education-Based Incarceration**



Appendix 7 cont'd

LOS ANGELES COUNTY SHERIFF'S DEPARTMENT
COMMANDER MANAGEMENT TASK FORCE

# High Price of Public Safety

"California has the most expensive prison system in the nation but no proof that it is rehabilitating criminals"

*Orange County Register - Dec. 6 2009*



Los Angeles County Jails

Male inmate: $81.34 per day or $29,689 per year

Female inmate: $99.85 per day or $36,445 per year

(These figures exclude acute or chronic medical care and psychiatric care)




Appendix 7 cont'd

LOS ANGELES COUNTY SHERIFF'S DEPARTMENT
COMMANDER MANAGEMENT TASK FORCE

# Recidivism

- Research has identified a number of **factors that contribute to recidivism** among county jail inmates. Two of the strongest, most consistent predictors **are lack of employment** and **substance abuse**. Several static factors also contribute, such **as age at first arrest**.





Appendix 7 cont'd

LOS ANGELES COUNTY SHERIFF'S DEPARTMENT
COMMANDER MANAGEMENT TASK FORCE

# Reducing Violence in Jails

Story of Peaceful Protest During South Facility Riot

 



LOS ANGELES COUNTY SHERIFF'S DEPARTMENT

COMMANDER MANAGEMENT TASK FORCE

Appendix 7 cont'd

# Discovery Channel & Classical Music



Two EBI strategies implemented this month



• All TV monitors show only Discovery Channel Educational Programming 24 hours per day





• All cells broadcast classical music during night time hours







Appendix 7 cont'd



LOS ANGELES COUNTY SHERIFF'S DEPARTMENT
COMMANDER MANAGEMENT TASK FORCE

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
*COMMANDER MANAGEMENT TASK FORCE*

## Appendix 7 cont'd

Questions?





**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
**COMMANDER MANAGEMENT TASK FORCE**

# Appendix 7 cont'd

**Custody Division EBI Participation Through 07/20/2012**



Division Total

ADIP* • June Students • July Students • New Students

**59% of the Average Daily Inmate Population participated in EBI**

- Previous Month's EBI Participation
- Current Month to Date EBI Participation
- New Students who have never Participated in EBI

*Education-Based Incarceration consists of Educational, Vocational, and Life Skills classes in both structured and unstructured environments.*

**CRDF EBI Participation Through 07/20/2012**



CRDF

ADIP* • June Students • July Students • New Students

**PDC East EBI Participation Through 07/20/2012**




EAST

ADIP* • June Students • July Students • New Students

**MCJ EBI Participation Through 07/20/2012**



MCJ

ADIP* • June Students • July Students • New Students

**Mira Loma EBI Participation Through 07/20/2012**



ML

ADIP* • June Students • July Students • New Students

**NCCF EBI Participation Through 07/20/2012**

NCCF

ADIP* • June Students • July Students • New Students

**PDC North EBI Participation Through 07/20/2012**



NORTH

ADIP* • June Students • July Students • New Students

**PDC South EBI Participation Through 07/20/2012**



SOUTH

ADIP* • June Students • July Students • New Students

**Twin Towers EBI Participation Through 07/20/2012**



TTCF

ADIP* • June Students • July Students • New Students

* Average Daily Inmate Population (ADIP)

CMTF 07/20/2012



**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**

**COMMANDER MANAGEMENT TASK FORCE**

# Appendix 7 cont'd

**Education Based Incarceration**

761651N25A - SH-AD-32A (2172)

**COUNTY OF LOS ANGELES**
# SHERIFF'S DEPARTMENT
*A Tradition of Service*

DATE:    November 4, 2011

OFFICE CORRESPONDENCE    FILE NO.

FROM:  STEPHEN B. JOHNSON, COMMANDER
CUSTODY OPERATIONS DIVISION

TO:  CUSTODY OPERATIONS DIVISION
UNIT COMMANDERS

SUBJECT:  OPERATING GUIDELINES FOR EDUCATION-BASED INCARCERATION

Effective immediately, all Custody Division Unit Commanders shall be responsible
for the implementation and reporting of the Education-Based Incarceration (EBI)
program at their facility. This will include the following.

- Briefing, educating, and promoting the program to all Departmental
  personnel (sworn, professional, clergy, volunteer, contractors, etc.) working
  in their facility.
- Developing methods and instruments to solicit and encourage student
  (inmate/detainee) participation in the program.
- Appointment of a facility coordinator who shall be responsible for
  implementing, scheduling, monitoring, tracking, and reporting on the
  program.
- Designation of a Lieutenant and/or Sergeant representative from AM and
  PM shift to carry out the Unit Commander's EBI responsibilities and to
  serve as a liasion and provide feedback to the facility EBI coordinator.
- Ensuring that sufficient staff and students are available to facilitate a
  minimum of one EBI class on both AM and PM shift a minimum of five days
  a week.
- Encouraging the implementation of classes in Spanish and other
  languages as needed.
- Weekly reporting of the completion of classes to the Inmate Services
  Bureau EBI representative, Lieutenant Victor Allende, and to Custody
  Division Operations Headquarters.

Please note the weekly statistics provided to Inmate Services on EBI are reviewed
by Sheriff Baca and discussed with the Custody Operations and Correctional
Services Division Chief's at the weekly Executive Planning Council (EPC)
meeting.

I have been assigned as the Custody Division EBI coordinator. Any questions
regarding this matter can be directed to me (213) 893-5003.

SBJ: sbj

32

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**

*COMMANDER MANAGEMENT TASK FORCE*

# Appendix 8

## Riker's Island, NY and Cook County, IL Jail Comparisons

# AGENCY COMPARISON

## Commander Management Task Force

### Riker's Island, NY and Cook County, IL Jail Comparisons

#### April 11, 2012

In an effort to implement best practices for jail facilities, the Commander Management Task Force conducted Nationwide inquires to other jail facilities that may be similar in size to the Los Angeles County Jail system. Two jails were immediately identified and were visited to research their policy, procedures, and practices.

In February 2012, staff from the Commander Management Task Force visited the City of New York, Riker's Island Jails and Cook County Sheriff's Department. Below is a comparison of each jail along and how it compares to Los Angeles County Jail systems.

| PERSONNEL | Los Angeles County Sheriff's Department | Cook County Sheriff's Department | Department of Corrections – City of New York Riker's Island |
|---|---|---|---|
| Sworn Personnel* | 2,326 | 3,525 | 8,407 |
| Budgeted Personnel | 2,564 | 3,528 | 8,765 |
| Deputy/Officer to Inmate Ratio | 1 to 6.5 | 1 to 2.5 | 1 to 1.5 |
| Custody Facilities | 8 | 11 | 11 |
| Female Facilities | 1 | 1 | 1 |
| Male Facilities | 7 | 10 | 10 |
| Correctional Capacity | 22,653 | 9561 | 17,499 |
| Inmates (ADP/2011) | 15,013 | 8,779 | 12,421 |
| • Female Inmates (ADP/2011) | 1,635 | 527 | 862 |
| • Male Inmates (ADP/2011) | 13,378 | 8,252 | 11,559 |
| Total Bookings (2011) | 142,862 | 74,643 | 85,431 |
| • Female Bookings (2011) | 25,765 | 9,527 | 8,747 |
| • Males Bookings (2011) | 117,097 | 65,116 | 76,684 |
| Use of Force Incidents (2011) | 585 | 800 (66) | 1973 |
| Use of Force Incidents – Assaults on Staff Average Per Year | 68 | 13 | 527 |
| Contraband Recovered (2011) | 8,306 Contraband 5,272 Weapons | 471 Weapons | 2,173 Contraband 2,022 Weapons |

*NOTE: All information is based on 2011 statistical data.*

*\*Includes Command and Operations Staff*

Force — While on a business tour, CMTF Commanders were advised of the above force incidents, however, when re-contacted to confirm numbers Cook County reported the incidents in parenthesis ().

REVISED: April 11, 2012

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
COMMANDER MANAGEMENT TASK FORCE

## Appendix 8 cont'd

## AGENCY COMPARISON

| TRAINING | Los Angeles County Sheriff's Department | Cook County Sheriff's Department | Department of Corrections – City of New York Riker's Island |
|---|---|---|---|
| Categories of Force | *Less-significant:* No injury or complaint of pain, nor any indication of misconduct. Resisted handcuffing and searching, control holds, come-along, and take down. The use of Oleoresin Capsicum Powder (OC), Freeze+P or Deep freeze aerosols, OC powder from Pepperball projectiles and the suspect is not struck. | *Low-Level:* Subject whose actions are aggressively offensive without weapons. This type of assailant is one who places an officer in fear of a battery and includes advancing on the officer in a threatening manner or closing the distance between the assailant and the officer, thereby reducing the officer's reaction time. | *Class A:* Use of force that results in a serious injury. *Class B:* Use of force that results in a non-serious injury. *Class C:* Use of force with no injury. |
| | *Significant:* The suspect is injured; complaint of pain as a result of the use of force; indication or allegation of misconduct; and any force that is greater than a Department-approved control hold, come-along, or take down. The activation of the electronic mobilization belt, and the use of the Total Appendage Restraint Procedure. | *Mid-level:* The subject's actions will probably cause physical injury. The category of subject is defined by the actions which attack the officer or others. *High-level:* The subject's actions will probably cause death or serious bodily harm. | |
| Training of New Policies | Conducted through in-service training, briefings, email, Newsletters, and video. | Conducted through in-service training, briefings, and email. | Disseminated via institutional order or memo through supervisors (hard copies), emails, and during roll-call. |

34

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
**COMMANDER MANAGEMENT TASK FORCE**

# Appendix 8 cont'd

## AGENCY COMPARISON

| TRAINING | Los Angeles County Sheriff's Department | Cook County Sheriff's Department | Department of Corrections – City of New York Riker's Island |
|---|---|---|---|
| Mandated Recurrent Training | Deputies are mandated to attend 24 hours of Continuing Professional Training every two years, which includes policy changes, legal updates, driver education, force tactics and firearms. | Officers are required to attend 40 hours of In-service training per year, which includes First Aid and CPR, policy changes, legal updates, etc. | Officers required to attend yearly in-service training, which includes First Aid and CPR, policy changes, and legal updates, etc. |
| Use of Force Review | Use of Force is reviewed by the immediate supervisor through the chief. The Department's Force Roll-out Team, Internal Affairs, Homicide, Training Bureau, Office of Independent Review, and District Attorney's Office will respond depending on the level of force used. | Use of Force Review Unit determines whether the force used was "warranted" or "excessive." They monitor officers who have a high number of force incidents, and can recommend additional training. | Officers who have been Involved in a use of force where it has been determined there was a procedural violation will be counseled and in some instances sent to additional training. |
| Videotape | The Department has recordable video monitoring systems in many of the facilities. All tactical use of force incidents in the jail are mandated to be videotaped. All suspect interviews wherein significant use of force was used must be videotaped. | Force policy mandates that all force incidents be videotaped. Supervisor is mandated to respond with a video recorder. All pre-planned tactical incidents in the custody facilities are videotaped. | The Department has recordable video monitoring systems throughout the facility. |

Comments:

35

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
*COMMANDER MANAGEMENT TASK FORCE*

# Appendix 8 cont'd

## AGENCY COMPARISON

| ATTORNEY VISITS | Los Angeles County Sheriff's Department | Cook County Sheriff's Department | Department of Corrections – City of New York Riker's Island |
|---|---|---|---|
| • Physical search of Attorneys | | X | X |
| • Property submitted for inspection | X | X | X |
| • Issues with contraband entering facilities | X | | |
| • Scanners/Metal Detectors | | X | X |
| • Pre-schedule visits | | X | X |
| • Face-to-Face visits | X | X | X |
| • Court Orders | X | X | X |
| • Laptops permitted | X | X | X |

Comments:    1) Cook County and Riker's Island have limited issues with contraband entering their facilities via visitation. This can be attributed to attorneys and visitors being physically searched. In addition, all personnel and visitors must pass through a metal detector/scanner upon entering the facility. Scanners have been purchased by the LASD for use in Custody Operations Division and will significantly reduce the amount of contraband entering the custody facilities. In LASD facilities attomeys are not routinely searched, but are subject to search for cause.



**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
**COMMANDER MANAGEMENT TASK FORCE**

## Appendix 8 cont'd

## AGENCY COMPARISON

| Inmate Programs | Los Angeles County Sheriff's Department | Cook County Sheriff's Department | Department of Corrections – City of New York Riker's Island |
|---|:---:|:---:|:---:|
| • Religious Services | X | X | X |
| • Education-Based incarceration | X | | |
| • Vocational Training/GED | X | X | X |
| • Rehabilitation programs | X | X | X |
| • Libraries | X | X | X |
| • Commissaries/Vending | X | X | X |
| • Telephones | X | X | X |
| • Cultural/Musical/ Theatrical/Motivational Programs | X | X | X |
| • Laundry services | X | X | X |
| • Maintenance programs | X | X | X |
| • Re-entry programs | X | X | X |
| • Landscaping | X | X | X |
| • Boot Camp | | X | X |
| Fire Camp | X | | |
| • In-patient treatment programs for pregnant female Inmates | | X | |

Comments:     1) Custody Division does not have a boot camp program, although, Custody Division
employ a similar program, fire camps, which instill many of the principles and disciplines
commonly found in traditional boot camp programs.  The Department reinstated the
Vital Intervention and Development Alternatives (VIDA) program in January 2006. VIDA
is a 16 week program supervised by Field Operations.  VIDA includes compulsory fitness,
family counseling, health instruction and other interventions to assist teenagers obtain
effective communication skills.

37

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
COMMANDER MANAGEMENT TASK FORCE

# Appendix 8 cont'd

## AGENCY COMPARISON

| Visitation for Inmates | Los Angeles County Sheriff's Department | Cook County Sheriff's Department | Department of Corrections – City of New York Riker's Island |
|---|---|---|---|
| • Visiting hours determined by each facility. | X | | |
| • Visiting schedule determined by housing location. | | X | |
| • Visiting determined by inmates last name | | | X |
| • Visits must be pre-scheduled | | | X |
| • Visitors required to ensure inmate eligible for visit | | | X |
| • Inmate video visiting systems | X | X | X |
| • Complaints regarding wait times | X | | |
| • Visitors searched | | X | X |

Comments:  1) Custody Division is in the pilot phase of the Inmate Video Visiting System (IVVS). Pre-scheduled visits are a component of the IVVS and will assist in the efficiency of the visiting process, i.e., reducing extended wait times and complaints.

2) Persons visiting inmates do not enter security, therefore, visitors are not routinely searched. However, all visitors are subject to search.

REVISED: April 11, 2012

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
*COMMANDER MANAGEMENT TASK FORCE*

# Appendix 9

*Memo to CEO Regarding Supervisory Staff for Custody Division*



LEROY D. BACA, SHERIFF

**County of Los Angeles**
Sheriff's Department Headquarters
4700 Ramona Boulevard
Monterey Park, California 91754-2169



October 26, 2011

Mr. William T Fujioka
Chief Executive Officer
713 Kenneth Hahn Hall of Administration
Los Angeles, California 90012

Dear Mr. Fujioka:

### SUPERVISORY STAFF FOR CUSTODY OPERATIONS
### AND CORRECTIONAL SERVICES DIVISIONS

In light of recent concerns regarding jail operations, I have reviewed staffing levels at the ranks of sergeant and lieutenant at each jail facility and operation. To better serve our inmate community, I am requesting the addition of 101 sergeant and 10 lieutenant positions in the amount of $21.4 million. The attachment provides staffing detail by facility.

In short, these positions will add an additional sergeant on day and evening shifts on several jail floors, improve custody training and Title 15 compliance, and provide lieutenants for supervision and timely review of use of force incidents or allegations. Furthermore, staffing enhancement will allow us to engage in jail town hall meetings with inmates to hear concerns, further implement Education-Based Incarceration, and implement policy revisions based on recommendations by Special Counsel Merrick Bobb and the Office of Independent Review, which will provide for a safe and secure environment for both staff and inmates.

My ultimate goal is to ensure our inmates the best possible treatment, resources, and programs to reduce recidivism and provide them with the tools necessary to become productive members of society. The increase in supervisory staffing will result in better management of our custody facilities.

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
COMMANDER MANAGEMENT TASK FORCE

# Appendix 9 cont'd

### Memo to CEO Regarding Supervisory Staff for Custody Division

Mr. Fujioka                             -2-                    October 26, 2011

To partially or fully fund this request, I recommend the use of re-alignment dollars.

Should you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

LEROY D. BACA
SHERIFF

40

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
*COMMANDER MANAGEMENT TASK FORCE*

# Appendix 9 cont'd

COUNTY OF LOS ANGELES
## SHERIFF'S DEPARTMENT
"A Tradition of Service"

DATE    October, 24, 2011

OFFICE CORRESPONDENCE

FROM    RAYMOND LEYVA, CAPTAIN          TO    LEROY D. BACA
        PDC – EAST FACILITY                   SHERIFF

SUBJECT    SUPERVISORY STAFF INCREASE FOR CUSTODY OPERATIONS AND
           CORRECTIONAL SERVICES DIVISIONS

At your direction, I convened a committee comprised of Custody Division and Correctional Services Divisions Command staff to address any staffing deficiencies or issues at the Sergeant and Lieutenant ranks. Each unit was addressed individually and staffing levels were considered given the variety of ever changing mandates that that we work under and the recent addition of new missions for staff at each facility. We also reviewed a recent Jail Audit by Crout-Sida and Associates to assist in developing quantifiable needs to each facility.

We considered many aspects of our jobs, including: our ability to meet Title 15 mandates; accurately assessing all uses of force to insure compliance with policy; providing for a safe and secure environment for staff and inmates alike; conducting Town Hall meetings; insuring EBI classes are conducted; providing the best resources and programs available for those in our custody, and creating a learning environment for all.

With the variety of roles that we now play, we concluded that we are seriously understaffed at the Sergeant position. Sergeants are the first line supervisor that we depend on to insure that our missions are carried out to the best of our ability. We also believe that we have some shortcomings in the number of Lieutenants assigned to our Divisions, and request an increase in the number of Sergeant and Lieutenant items assigned.

Specifically, we believe that we require an additional 10 Lieutenant items and an additional 101 Sergeant items to adequately meet our mandates in Custody and Correctional Services Divisions. Attached are memoranda from each unit providing justification for each new post to be instituted in their facility. In addition, I have attached a one page spreadsheet listing the facility and number of additional items each unit is requesting.

We believe with the addition of these posts, we will better serve the Department and ultimately the citizens of Los Angeles County by mitigating and eliminating many of the issues that have recently plagued our Division.

If you need additional information, please have your staff call me at (661) 295-8812.

41



**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
COMMANDER MANAGEMENT TASK FORCE

# Appendix 9 cont'd

### Custody Operations and Correctional Services Division Supervisory Staffing Requirements

**Custody Operations Division**

|  | Lt Posts | Lt Items | Sgt Posts | Sgt Items |
|---|---|---|---|---|
| Men's Central Jail | 2 | 2 | 12 | 19 |
| Twin Towers Correctional Facility | 2 | 2 | 14 | 21 |
| Century Regional Detention Facility | 1 | 1 | 5 | 7 |
| North County Correctional Facility | 1 | 1 | 9 | 14 |
| PDC East Facility | 1 | 1 | 4 | 6 |
| PDC South Facility | 1 | 1 | 7 | 9 |
| PDC North Facility | 1 | 1 | 3 | 5 |
| Mira Loma Detention Center | 1 | 1 | 4 | 6 |
| **Correctional Services Division** |  |  |  |  |
| Inmate Reception Center | 0 | 0 | 7 | 11 |
| Transportation Bureau | 0 | 0 | 3 | 3 |
|  | 10 | 10 | 68 | 101 |

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
COMMANDER MANAGEMENT TASK FORCE

# Appendix 9 cont'd

TB1351N25A - SH-AD (11/00)

COUNTY OF LOS ANGELES

## SHERIFF'S DEPARTMENT

*A Tradition of Service Since 1850*

OFFICE CORRESPONDENCE

DATE: October 21, 2011

FILE NO.

FROM: RALPH G. ORNELAS, CAPTAIN
MEN'S CENTRAL JAIL

TO: DENNIS H. BURNS, CHIEF
CUSTODY OPERATIONS DIVISION

SUBJECT: SUPERVISOR STAFFING INCREASE REQUEST FOR MEN'S CENTRAL JAIL

The purpose of this correspondence is to request the following additional
budgeted supervisory items for Men's Central Jail:

| | |
|---|---|
| 19 | 56 hour sergeants |
| 2 | 40 hour lieutenants |

The addition of the following 11 sergeant posts will allow the staffing of the
2000, 3000, 4000, 5000 and 9000 floors with two sergeants on Day and PM
shifts instead of the current level of one sergeant. The 1700/1750 area will also
be staffed with one sergeant, full time, on Day and PM shifts.

| Floor | Additional Sergeant Posts |
|---|---|
| 1000, 6000, 7000 & 8000 (hospital areas) | None, one per shift is sufficient |
| 1750 | 1 |
| 2000, 3000, 4000, 5000 & 9000 | 10 |
| TOTAL | 11 |

Using the standard county relief factor of 1.642, staffing these 11 posts requires
an additional 18.062 items. One of our existing 40 hours per week sergeant
items will have to be converted to a 56 hour week item. The adjustment for this
conversion (.657) brings the total required additional sergeant items to 18.719.

In addition to the 19 additional sergeants, I am requesting two additional
lieutenant items. The additional items will also allow me to create two
administrative support lieutenant positions, and to reallocate existing
administrative functions. The lieutenants would be responsible for the following:

Inmate Relations Lieutenant (new position)
- Inmate Town Halls
- Inmate complaint resolution quality assurance
- Liaison with Correctional Services Division to facilitate all Inmate
  programs (health, education, recreation, religious services, etc)
- Education Based Incarceration coordinator

43

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
COMMANDER MANAGEMENT TASK FORCE

# Appendix 9 cont'd

- ACLU liaison
- Americans with Disabilities Act compliance
- Title 15 compliance

Force Review Lieutenant (new position)
- Review all force and alleged force cases
- Supervise MCJ Training Unit
- Performance review coordinator
- Special projects directed by the captain

Special Projects Lieutenant (existing position)
- Mentor new lieutenants
- Conduct unit level investigations, monitor IA and ICIB cases
- Review performance evaluations
- Track progress of probationary employees
- Coordinate discovery requests
- Operations lieutenant relief
- Line lieutenant vacation relief

RGO:DF:df

44

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
COMMANDER MANAGEMENT TASK FORCE

# Appendix 9 cont'd

761531N25A-SH-A032A (2/72)-PS9-85

COUNTY OF LOS ANGELES

## SHERIFF'S DEPARTMENT
"A Tradition of Service"

DATE: October 20, 2011
FILE NO:

OFFICE CORRESPONDENCE

FROM: RANDAL J. STOVER, CAPTAIN
TWIN TOWERS CORRECTIONAL
FACILITY

TO: DENNIS H. BURNS, CHIEF
CUSTODY OPERATIONS DIVISION

SUBJECT: SUPERVISORY STAFFING REQUEST AND JUSTIFICATION

I have provided the information regarding the additional staffing required at Twin Towers Correctional Facility (TTCF) to ensure our facility is staffed at an appropriate level to provide the necessary security for the safety of my staff and the inmates housed at TTCF. These increases in regards to Tower Two reflect the opening and total operation of all floors and areas assigned to TTCF. This request also includes the Los Angeles County Medical Center which is under the control and direction of TTCF command staff.

### Twin Towers Correctional Facility

Increase Tower 2 with 4 additional 56 hour line sergeants on AM and PM shift and increase T-2 EM shift 2 additional 56 hour line sergeants.

Currently Tower 2 has one operational floor (7th) and the supervisor responsibility is shared by the CTC or Tower 1 sergeant, depending on the day of the week staffing levels. The increase in supervision would be based on a fully saturated tower with all available bed space in Tower 2, (floors 1, 2, 4, 5, 6 & 7), being utilized. This request is due to the anticipated implementation of AB109 compliance in the Los Angeles County Jail system.

Change CTC AM & PM shift 40 hour line sergeant position to a 56 hour position and add (1) 56 hour sergeant position to EM shift.

Increase TTCF Operations 1 additional 40 hour lieutenant to a Special Projects position to handle the EBI program and ensure it is running at its full potential, be available to implement a mentoring program for Supervising Line Deputies and assist the current personnel lieutenant with ongoing unit level investigations. This position will be responsible for these duties at both TTCF and LCMC.

### Los Angeles County Medical Center

Increase LCMC 1 additional 40 hour Operations Lieutenant

45

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
COMMANDER MANAGEMENT TASK FORCE

## Appendix 9 cont'd

Increase LCMC 1 additional 40 hour Operations Sergeant

LCMC is currently under the command of TTCF, however is located In a building approximately 2 miles from TTCF and has an operating staff of over 135 personnel. Currently the budgeted on-site ranking command staff consists of only one 56 hour sergeant position per shift. The facility Is over seen by 1 lieutenant whose normal job function is a relief lieutenant for TTCF. This relief lieutenant oversees LCMC and acts as a liaison with medical command staff at both TTCF and LCMC a collateral duty. Based on the fact this facility deals directly with the acute medically ill/injured inmates incarcerated in the Los Angeles County Jail system, this unit should have an assigned Operations Lieutenant and an Operations Sergeant to assist with overseeing training requirements, personnel and public complaints which involve LCMC and act as a direct representative of this facility. Additionally incidents involving significant injuries and uses of force should be handled as expeditiously as possible. An on sight lieutenant will aid in expediting this Inquiries, investigations and report

Based on the unique configuration of the facilities and the monitoring of High Mental Observations inmates, I feel our current staffing levels, (approximately 23:1 direct line supervisor to line staff ration), do not allow for the ability to provide direct and adequate supervision in our current status and the anticipated future increased housing of inmates under AB109.

Total personnel required to meet the demands of the personnel requested above are:

2 Lieutenants
21 Sergeants

RJS:DHB:ps

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
**COMMANDER MANAGEMENT TASK FORCE**

# Appendix 9 cont'd

781551N25A-8H-A032A (2772)-F59-63

COUNTY OF LOS ANGELES

## SHERIFF'S DEPARTMENT
"A Tradition of Service"

DATE: October 20, 2011
FILE NO:

OFFICE CORRESPONDENCE

FROM:   STACY L. LEE, CAPTAIN         TO:   DENNIS H. BURNS, CHIEF
        CENTURY REGIONAL                     CUSTODY OPERATIONS DIVISION
        DETENTION FACILITY

SUBJECT:   **SUPERVISORY STAFFING REQUEST AND JUSTIFICATION**

As requested, I have provided the information regarding the additional staffing
required at Century Regional Detention Facility (CRDF) to ensure our facility is
staffed at an appropriate level to provide the necessary security for the safety of
my staff and the inmates housed there:

1 - Special Project Lieutenant
1 - Title 15/ Maintenance Sergeant
1 - Training Sergeant
5 - Line Sergeants

The lieutenant will be assigned to CRDF administration to ensure the completion
of administrative and special projects beyond regular operational duties.

The Training Sergeant will assume unit training responsibilities to ensure EBI is
properly implemented and documented and insure that our staff are in compliance
with all POST mandates. This will allow the scheduling sergeant to properly
supervise the schedule staff and oversee absence follow-up and return to work
procedures. The Title 15/Maintenance Sergeant will supervise staff to insure
compliance with Title 15 and provide for a safe and secure environment for staff
and inmates to work in.

The five (5) additional line sergeant positions are necessary to ensure 24/7 (56
hours post) supervision in CRDF's booking and reception areas.

If you have any questions or need additional information, please call me at 323
568-4601.

SLL:sl

47



## LOS ANGELES COUNTY SHERIFF'S DEPARTMENT
### COMMANDER MANAGEMENT TASK FORCE

# Appendix 9 cont'd

701631635A-SH-AD33A (2/72)-P69-E5

COUNTY OF LOS ANGELES

# SHERIFF'S DEPARTMENT

DATE:   September 20, 2011

OFFICE CORRESPONDENCE         FILE NO:

FROM:   VICTOR M. TRUJILLO, CAPTAIN       TO:   DENNIS H. BURNS, CHIEF
        NORTH COUNTY CORRECTIONAL               CUSTODY OPERATIONS DIVISION
        FACILITY

SUBJECT:   SUPERVISORY STAFFING REQUEST AND JUSTIFICATION

As requested, I am providing the information regarding the additional staffing required at NCCF Facility to ensure our facility is staffed at an appropriate level to provide the necessary security for the safety of my staff and the inmates housed here.

- 1 - Lieutenant, Risk Management (40 hour, non-relief post)
- 9 - Building / Line Sergeants (five - 56 hour posts with relief, which equates to nine sergeant items)
- 4 - Inmate Processing Area Sergeants (three - 40 hour posts with relief, which equates to four sergeant items)
- 1 - Kitchen Sergeant (40 hour, non-relief post)

The Risk Management Lieutenant will be utilized to ensure compliance with Title 15 issues, including medical problems, inmate complaints, and reviewing force packages for trends and other concerns.

The nine building sergeants will be used to staff each building with a sergeant. Currently, one sergeant typically covers two buildings. Each building houses up to 1,100 inmates in 16 dorms. Further, the span of control for two buildings is 1 to 20.

The four Inmate Processing Area (IPA) sergeants will be used to add supervision to the Inmate Processing Area, and the Infirmary. Currently, no sergeants are assigned to the IPA. The IPA is our most vulnerable area. Up to 1,000 inmates are processed in and out of the NCCF through the IPA each day. Our most recent escape attempt was through the IPA. It is an area where force is frequently used as inmates here are returning from court, many times in possession of contraband, including narcotics. The addition of these sergeants will enhance the supervision and security of the facility.

The Kitchen sergeant addition will add supervision to an area of the facility that typically provides over 21,000 meals per day. On average, 45 to 50 inmates work in the kitchen at a time, supervised by five to seven civilian cooks. The security detail averages five per shift. Worth noting, is that the kitchen has

## LOS ANGELES COUNTY SHERIFF'S DEPARTMENT
### COMMANDER MANAGEMENT TASK FORCE

# Appendix 9 cont'd

2

historically been a vulnerable point, given it's the location of two successful escapes.

If you have any questions or need additional information, please call me at (661) 295-7969.

VMT:JRL:jrl

49

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
**COMMANDER MANAGEMENT TASK FORCE**

## Appendix 9 cont'd

781551N25A-SH-AD32A (2/72)-P39-E5

COUNTY OF LOS ANGELES

# SHERIFF'S DEPARTMENT
"A Tradition of Service"

DATE: October 19, 2011

FILE NO:

OFFICE CORRESPONDENCE

FROM: RAYMOND LEYVA, CAPTAIN          TO:  DENNIS H. BURNS, CHIEF
PITCHESS DETENTION CENTER               CUSTODY OPERATIONS DIVISION
EAST FACILITY

SUBJECT: **SUPERVISORY STAFFING REQUEST AND JUSTIFICATION**

As requested, I have provided the information regarding the additional staffing required at East Facility to ensure our facility is staffed at an appropriate level to provide the necessary security for the safety of my staff and the inmates housed at East.

- 3 - Line Sergeants (56 hour posts which equates to 5 sergeant items)
- 1 - Special Project Sergeant (40 hour post which equates 1 sergeant item)
- 1 - Risk Management/Special Projects Lieutenant

We will staff each shift with an additional line sergeant to augment our current staffing of one line sergeant, one watch sergeant, and one watch commander. The additional sergeant will assist with the line functions and make certain that a sergeant is available for all incoming and outgoing lines, as well as managing our inmate processing function.

The sixth sergeant will be assigned to oversee special projects which will include ensuring the EBI program is running at its full potential. Additionally, this sergeant will be available to implement a mentoring program for Supervising Line Deputies. It is essential that first line supervisors are provided the necessary tools to be effective supervisors.

The Risk Management-Special Projects Lieutenant will oversee force issues, and assist with any administrative actions or special projects that arise which are beyond the scope of current operations staff.

The current tasks and collateral duties sergeants are required to perform removes them from being able to provide direct supervision. Our current staffing levels do not allow for these valuable programs, or the ability to increase direct supervision.

If you have any questions or need additional information, please call me at (661) 295-8812.

RL:DDW:dw

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
COMMANDER MANAGEMENT TASK FORCE

## Appendix 9 cont'd

781551N25A - SH-AD-32A (Rev. 6/01)

COUNTY OF LOS ANGELES
### SHERIFF'S DEPARTMENT
"A Tradition Of Service"

DATE: October 21, 2011

FILE NO:

OFFICE CORRESPONDENCE

FROM: CARRIE A. STUART, CAPTAIN
PITCHESS DETENTION CENTER
SOUTH FACILITY

TO: DENNIS H. BURNS, CHIEF
CUSTODY OPERATIONS
DIVISION

SUBJECT: SUPERVISORY STAFFING REQUEST AND JUSTIFICATION

The following information is being provided to support the additional supervisor staffing request for PDC South Facility. The purpose of this request is to ensure we operate with the appropriate staffing levels necessary to provide a safe and secure environment for my personnel and the inmates housed at our facility.

- 1 - EBI - Ranch/Field Lieutenant (40 hour post)
- 3 - Line Sergeants (56 hour posts which equates to 5 sergeant items)
- 1 - P.M. Laundry Sergeant (40 hour post)
- 1 - E.B.I. Sergeant (40 hour post)
- 1 - Title 15 - Ranch/Field Sergeant (40 hour post)
- 1 - Kitchen Sergeant (40 hour post)

With this personnel, we will staff each shift with an additional line sergeant to augment our current staffing of one line sergeant, one watch sergeant, and one watch commander. The additional sergeant will assist with the functions of the watch, ensure our mandated daily requirements are met, supplement inmate supervision, and provide personnel mentoring as needed.

The forty-hour, non-relief posts of the one (1) EBI - Ranch/Field Lieutenant and the four (4) special assignment sergeants are necessary to ensure the continued success of our education and vocational programs, to maintain the safety and security of our staff and inmate population, and to provide mentoring and supervision for our sworn and civilian staff.

As our current sergeant to a fully complimented staff ratio is not adequate, and the additional tasks and collateral duties our supervisors are required to perform further removes them from providing direct supervision, the addition of these nine supervisory items will supplement our coverage and provide a more safe and secure environment for all.

Please feel free to contact me or my staff at (661) 295-8822 with any questions or concerns you may have.

51

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
COMMANDER MANAGEMENT TASK FORCE

## Appendix 9 cont'd

761551N25A - SH-AD-32A (Rev. 8/01)

COUNTY OF LOS ANGELES
### SHERIFF'S DEPARTMENT
"A Tradition Of Service"

DATE: October 21, 2011

FILE NO:

OFFICE CORRESPONDENCE

FROM: CARRIE A. STUART, CAPTAIN
PITCHESS DETENTION CENTER
SOUTH FACILITY

TO: DENNIS H. BURNS, CHIEF
CUSTODY OPERATIONS
DIVISION

SUBJECT: SUPERVISORY STAFFING REQUEST AND JUSTIFICATION

The following information is being provided to support the additional supervisor staffing request for PDC North Facility (South Annex). The purpose of this request is to ensure we operate with the appropriate staffing levels necessary to provide a safe and secure environment for my personnel and the inmates housed at our facility.

- 1 - EBI / Title 15 / Special Projects Lieutenant (40 hour post)
- 3 - Line Sergeants (56 hour posts which equates to 5 sergeant items)

With this personnel, we will staff each shift with an additional line sergeant to augment our current staffing of one line sergeant, one watch sergeant, and one watch commander. The additional sergeant will assist with the functions of the watch, ensure our mandated daily requirements are met, supplement inmate supervision, and provide personnel mentoring as needed.

The forty-hour, non-relief post of the one (1) EBI / Title 15 / Special Projects Lieutenant is needed to ensure the continued success of our education and vocational programs, to maintain the safety and security of our staff and inmate population, and to provide mentoring and supervision for our sworn and civilian staff.

As our current sergeant to a fully complimented staff ratio is not adequate, and the additional tasks and collateral duties our supervisors are required to perform further removes them from providing direct supervision, the addition of these six supervisory items will supplement our coverage and provide a more safe and secure environment for all.

Please feel free to contact me or my staff at (661) 295-8822 with any questions or concerns you may have.

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
COMMANDER MANAGEMENT TASK FORCE

# Appendix 9 cont'd

761551N25A - SO - AD - 32A (2/72)

COUNTY OF LOS ANGELES
## SHERIFF'S DEPARTMENT
"A Tradition of Service"

OFFICE CORRESPONDENCE

DATE: October 20, 2011

FROM:   JOANNE SHARP, CAPTAIN          TO:   DENNIS BURNS, CHIEF
        MIRA LOMA DETENTION CENTER            CUSTODY OPERATIONS DIVISION

SUBJECT:   SUPERVISORY STAFF REQUEST AND JUSTIFICATION

As requested, I have provided the information regarding additional staffing required at Mira Loma Detention Center. This staffing request will ensure our facility is staffed at the appropriate level, at all times, to provide the necessary security for the safety of my staff and the inmates housed at the Mira Loma Detention Center.

- 3- Line Sergeants (56 hour posts which equates to 5 sergeant items)
- 1- Line Sergeant (56 hour Early Morning Position)
- 1-Line Lieutenant (56 hour post which equates 1 lieutenant item)
- 1-Supervising Line Deputy (56 hour post equates to 1 Bonus item)

Mira Loma consists of two separate compounds and currently houses Detainees for the Office of Homeland Security. The Detainees are required to be housed separately according to three levels of classification. The current plan is to reduce the number of Federal Detainees and use the E and F Compound to house County Inmates. The three additional sergeant positions would be assigned to the compound dedicated to County Inmates. Currently, Mira Loma only staffs one sergeant on Early Morning Shift. This sergeant conducts the duties of both Watch Sergeant, Compound Sergeant and in many cases the Watch Commander. An additional 56 hour Early Morning Sergeant position will allow for better supervision of the Compound Deputies, Custody Assistants and Detainees.

The 56 Hour lieutenant position provides coverage and a relief factor for the Watch Commander Positions. When one of the lieutenants assigned as Watch Commander is on vacation, there is no relief. Currently, with each lieutenant taking his or her mandatory one month of excess vacation time, we will be one lieutenant short five months out of the year. This one position will allow me to staff the Watch Commander position on every shift.

The staffing considerations for the Supervising Line deputies are the same as the Watch Commanders. One additional position allows for complete coverage.

The current ratio of sergeant to custody assistant and deputy is too large for each shift. EM shift ratio is 1:38, Day shift ratio is 1:65, and the PM shift ratio is 1:47.

If you have any questions or need any additional information pleas call me at (661) 524-2701.

JR:js

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
COMMANDER MANAGEMENT TASK FORCE

# Appendix 9 cont'd

761651N23A-SH-AD32A (2/72)

COUNTY OF LOS ANGELES

# SHERIFF'S DEPARTMENT
"A Tradition of Service"

DATE    October 20, 2011
FILE NO.

OFFICE CORRESPONDENCE

FROM: CHUCK ANTUNA, CAPTAIN    TO: ALEXANDER R. YIM, CHIEF
INMATE RECEPTION CENTER    CORRECTIONAL SERVICES DIVISION

SUBJECT: **REQUEST FOR ADDITIONAL ITEMS: ELEVEN SERGEANTS**

The purpose of this memorandum is to request eleven sergeants to augment
the current staffing model at Inmate Reception Center (IRC). The request is
detailed as follows:

**SUPERVISION FOR BOOKING FRONT**

Requesting 3 - 56 hour posts to serve as exclusive supervision for Booking
Front area. Significant force represents 80% of IRC's use of force. Use of
force at Booking Front represents highest percentage of force. Past practice
has shown that when a supervisor is present, the number of force incidents
decreases, and there is an immediate command and control presence.

**SUPERVISION FOR 231/232/251**

Requesting 3 - 56 hour posts to serve as exclusive supervision for Modules
231, 232, and 251. Significant force represents 80% of IRC's use of force.
Use of force at the listed modules represents the second highest percentage
of force at IRC. Past practice has shown that when a supervisor is present,
the number of force incidents decreases, and there is an immediate
command and control presence.

**SUPERVISION FOR THE SMART PROGRAM**

Requesting 1 - 40 hour post to supervise and manage the Inmate Reception
Center's 9000 Floor Classification/SMART Detail. The position would be
located at MCJ's 5000/9000 floors and would operate IRC's 9000
classification process and the SMART Program. Assigned personnel would
oversee the movement, classification, and the programing of K6Y's.

The 9000 classification functions include one on one interviewing and
processing of K6Y's for programing. The SMART program facilitates
classroom environments and instruction to enhance the EBI initiative for this
special group. 5/40 coverage would take place Monday through Friday.

If you have any questions please contact me at (213) 983-5165.

54

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
COMMANDER MANAGEMENT TASK FORCE

# Appendix 9 cont'd

COUNTY OF LOS ANGELES
## SHERIFF'S DEPARTMENT

"A TRADITION OF SERVICE"

DATE:  October 20, 2011
FILE NO.

OFFICE CORRESPONDENCE

FROM:    JOHN H. CLARK, CAPTAIN        TO:    ALEXANDER R. YIM, CHIEF
         TRANSPORTATION BUREAU                CORRECTIONAL SERVICES DIVISION

SUBJECT:    **REQUEST FOR ADDITIONAL ITEMS: THREE SERGEANTS**

The purpose of this memorandum is to request three additional sergeants to augment the current supervisor staffing model at Transportation Bureau (CST). The request is detailed as follows:

**SUPERVISION FOR DAY SHIFT**

Requesting 1-40 hour sergeant post to serve as a field supervisor on Day Shift. This additional sergeant will allow us to more closely monitor deputy activity in the field and to always have a sergeant available to respond to a use of force case involving CST personnel at remote locations. Past practice has shown that when a CST sergeant is immediately available, reporting the use of force is more timely and accurate.

**SUPERVISION FOR PM SHIFT**

Requesting 1-40 hour sergeant post to serve as a field supervisor on PM Shift. This additional sergeant will allow us to more closely monitor deputy activity in the field and to always have a sergeant available to respond to a use of force case involving CST personnel at remote locations. Past practice has shown that when a CST sergeant is immediately available, reporting the use of force is more timely and accurate.

**SUPERVISION FOR EM SHIFT**

Requesting 1-40 hour sergeant post to serve as a Watch Commander on EM Shift. Currently, we have one supervisor on duty on EM Shift. This additional sergeant will allow us to more closely monitor deputy activity in the field and to always have a sergeant available to respond to a use of force case involving CST personnel at remote locations. Past practice has shown that when a CST sergeant is immediately available, reporting the use of force is more timely and accurate.

If you have any questions please contact me at (213) 974-4561.

55