# EXHIBIT 5

| | |
|---|---|
| **From:** | Durrant, John S. |
| **Sent:** | Wednesday, July 25, 2012 4:36 PM |
| **To:** | jclark@lbaclaw.com |
| **Cc:** | Paul Beach; peliasberg@ACLU-SC.ORG; mwinter@npp-aclu.org |
| **Subject:** | RE: Rosas v. Baca - Request for Extension to respond to RFPs / Rogs |

Justin,

While we are generally amenable to extensions, we must consider your request for an extension in the context of your stated desire to delay all discovery via a stay because certain LASD employees are under criminal investigation and may claim to have 5th Amendment concerns. If you still intend to seek a stay, there would not appear to be any reason for an extension for responses (which presumably would consist of objections or lead to your attempts to further delay a response or production by a motion to stay). Rather, we should get the issue of your requested stay before the court and resolved as soon as possible, and should discuss a reasonable approach to your responses in that context. How and when do you intend to raise the issue of a discovery stay?

In your latest version of the Rule 26(f) Report, we note that you now have two arguments for delaying discovery. First, you raise your familiar argument that a stay is appropriate because of 5th Amendment concerns. Such a stay is inappropriate legally and factually. To our knowledge, there is no authority permitting a government agency to avoid written discovery in a civil case because some of the agency's employees are purportedly under criminal investigation. If you have any authority supporting this contention, please send it to us and we will consider it carefully.

Second, you raise a new argument for delay, namely that purported settlement discussions among the parties should allow you to avoid meaningful discovery while the settlement discussions are ongoing. As you know, there are no settlement discussions among the parties. Your client has categorically rejected our sensible and flexible settlement proposal and has made absolutely no alternate settlement proposal or overture. While we would welcome a meaningful settlement proposal from your client, there is no basis to phase of discovery due to non-existent settlement discussions.

Please get back to us on the stay issue. We will consider your request in that context.

Sincerely,

John Durrant

PAUL
HASTINGS

**John Durrant | Attorney, Litigation Department**
Paul Hastings LLP | 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, CA 90071 | Direct: +1.213.683.6144 | Main: +1.213.683.6000 | Fax: +1.213.996.3144 | johndurrant@paulhastings.com | www.paulhastings.com

**From:** Justin W. Clark [mailto:JClark@lbaclaw.com]
**Sent:** Tuesday, July 24, 2012 2:27 PM
**To:** Durrant, John S.
**Subject:** Rosas v. Baca - Request for Extension to respond to RFPs / Rogs

1

John:

The purpose of this email is to request an extension to respond to Plaintiffs' Requests for Production and Interrogatories in the above-referenced matter.  As you know, the discovery is voluminous and responding is going to take more time than is available before the current August 13, 2012 due date.  Defendant requests a 30-day extension, which will make the responses due September 12, 2012.  Please get back to me as soon as possible with a response.  Thanks in advance.

-   Justin

Justin W. Clark

LAWRENCE BEACH    ATTORNEYS AT LAW
ALLEN & CHOI · PC

100 West Broadway, Suite 1200
Glendale, California 91210-1219
Phone: (818) 545-1925
Fax: (818) 545-1937
E-mail: JClark@lbaclaw.com
http://www.lawrencebeach.com

This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this transmission is not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this in error, please notify Lawrence Beach Allen & Choi, PC immediately by telephone at (818) 545-1925 or via fax at (818) 545-1937. Thank you.