UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 12-00428 DDP (SHx)                              Dated: August 30, 2012

Title:   ALEX ROSAS and JONATHAN GOODWIN, on behalf of themselves and of those similarly situated *-v-* LEROY BACA, Sheriff of Los Angeles County Jails; PAUL TANAKA, Undersheriff, Los Angeles Sheriff's Department; CECIL RHAMBO, Assistant Sheriff, Los Angeles Sheriff's Department and DENNIS BURNS, Chief of Custody Operations Division, Los Angeles Sheriff's Department
=================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

<u>John A. Chambers</u>                                 <u>None Present</u>
Courtroom Deputy                                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

     None                                              None

PROCEEDINGS:      MINUTE ORDER (IN CHAMBERS)


     **COUNSEL ARE NOTIFIED** the LOCAL RULE 16-14.4 SETTLEMENT CONFERENCE is hereby continued from August 31, 2012 to October 12, 2012 at 10:00 a.m.


MINUTES FORM 11                                 Initials of Deputy Clerk   JAC
CIVIL -- GEN