PETER J. ELIASBERG (SB# 189110)
peliasberg@aclu-sc.org
MARISOL ORIHEULA (SB# 261375)
morihuela@aclu-sc.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500
Fax: (213) 977-5299

DONNA M. MELBY (SB# 86417)
donnamelby@paulhastings.com
JOHN S. DURRANT ((SB# 217345)
johnDurrant@paulhastings.com
JADE H. LEUNG (SB# 279651)
jadeleung@paulhastings.com
ELIZABETH C. MUELLER (SB# 278283)
bethmueller@paulhastings.com
PAUL HASTING LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone: (213) 683-6000
Fax: (213) 627-0705

MARGARET WINTER (*pro hac vice*)
mwinter@npp-aclu.org
ERIC BALABAN (*pro hac vice application forthcoming*)
ebalaban@npp-aclu.org
DAVID M. SHAPIRO (*pro hac vice*)
dshapiro@npp-aclu.org
NATIONAL PRISON PROJECT OF
THE AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th St., NW
Washington, D.C. 20005
Phone: (202) 393-4930
Fax: (202) 393-4931

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN GOODWIN,
on behalf of themselves and of those similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LEROY BACA, Sheriff of Los Angeles County Jails,<br><br>Defendant. | CASE NO. CV 12-00428 DDP (SHx)<br><br>**PLAINTIFFS' SUPPLEMENTAL RULE 26 STATEMENT** |

Plaintiffs are supplementing their portion of the Rule 26(f) Statement because at the time the statement was filed, the Court had not granted Defendant's Ex Parte Application for an Extension of Time to Respond to Plaintiffs' Discovery Requests until ten days after the Court's Settlement Conference nor issued an Order setting the Settlement Conference for October 12, 2012.

The result of these two orders is to delay Plaintiffs from obtaining any responses to their First Set of Interrogatories and their First Set of Request for Production of Documents, which they served on July 11, 2012, until October 22, 2012. Because of this delay of more than two months, Plaintiffs propose that the deadlines that they proposed in their portion of the Rule 26(f) Statement, filed on August 9, 2012, be moved by two months (except where that creates conflicts with court holidays).

The table below shows the deadlines Plaintiffs proposed in the Rule 26(f) Statement on page 9, and their revised proposal in light of the delays caused by the Court's Orders granting Defendant's Ex Parte Application and setting the settlement conference for October 12, 2012.

| Deadline | Previous Proposed Date | Revised Proposed Date |
| --- | --- | --- |
| Plaintiffs' Expert Witness Report | April 19, 2013 | June 14, 2013 |
| Defendant's Expert Witness Report | May 24, 2013 | July 12, 2013 |
| Plaintiffs' Expert Rebuttal Report | June 28, 2013 | August 16, 2013 |
| Discovery Cut Off | September 3, 2013 | October 29, 2013 |
| Dispositive Motion Cut Off | September 16, 2013 | November 11, 2013 |
| Trial Date | October 22, 2013 | January 7, 2014 |

CASE NO. CV 12-00428 DDP (SHx)     -1-     PLAINTIFFS' SUPPLEMENTAL RULE 26 STATEMENT

DATED:  September 5, 2012        RESPECTFULLY SUBMITTED,

PETER J. ELIASBERG
MARISOL ORIHUELA
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA

By:_____/s/ Peter Eliasberg_____
               PETER ELIASBERG

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated