UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.    CV 12-00428 DDP (SHx)                    Date    September 6, 2012

Title    ALEX ROSAS and JONATHAN GOODWIN, on behalf of themselves and of those similarly situated -V- LEROY BACA, Sheriff of Los Angeles County Jails; PAUL TANAKA, Undersheriff, Los Angeles Sheriff's Department; CECIL RHAMBO, Assistant Sheriff, Los Angeles Sheriff's Department and DENNIS BURNS, Chief of Custody Operations Division, Los Angeles Sheriff's Department

Present: The Honorable    DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:               Attorneys Present for Defendants:

John S. Durrant                                Paul B. Beach
Peter J. Eliasberg                             Justin W. Clark

Proceedings:
        SCHEDULING CONFERENCE

Held scheduling conference.

Court and counsel confer re case status.

Court sets trial dates.  (Refer to the SCHEDULING ORDER to be issued hereafter.)

|  | 00 | : | 50 |
|---|---|---|---|

Initials of Preparer    JAC