UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN, on behalf of themselves and of those similarly situated, | ) Case No. <br> ) <br> ) CV 12-00428 DDP (SHx) <br> ) |
| Plaintiffs, | ) **SCHEDULING ORDER** <br> ) <br> ) |
| v. | ) |
| LEROY BACA, Sheriff of Los Angeles County Jails; PAUL TANAKA, Undersheriff, Los Angeles Sheriff's Department; CECIL RHAMBO, Assistant Sheriff, Los Angeles Sheriff's Department and DENNIS BURNS, Chief of Custody Operations Division, Los Angeles Sheriff's Department, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |
| _____ | ) |

Pursuant to the Federal Rules of Civil Procedure 16(b), the Court issues the following Order:

Counsel must agree on the date for the disclosure of expert witness reports pursuant to the Federal Rules of Civil Procedure

26(a)2.  The agreed-upon disclosure date must precede the discovery cut-off date such that all discovery, including expert depositions, must be completed prior to the discovery cut-off date.  All discovery motions must be heard prior to the discovery cut-off date.

FACT DISCOVERY CUT-OFF 05-20-13

EXCHANGE SIMULTANEOUS INITIAL REPORTS 06-21-13

SUPPLEMENTAL EXPERT REPORTS 07-19-13

EXPERT DISCOVERY CUT-OFF 09-09-13

LAST DAY TO FILE MOTIONS 09-30-13

FINAL PRE TRIAL CONFERENCE 01-13-14 at 11:00 a.m.

12 DAY COURT TRIAL 01-28-14 at 9:00 a.m.

Dated: September 7, 2012

_____
DEAN D. PREGERSON
United States District Judge

2