PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JUSTIN W. CLARK, State Bar No. 235477
jclark@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California  91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendant
Sheriff Leroy D. Baca

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN, on their own behalf and on behalf of those similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> LEROY BACA, Sheriff of Los Angeles County Jails, <br><br> Defendant. | Case No. CV 12-00428 DDP (SHx) <br><br> Honorable Dean D. Pregerson <br><br> **JOINT STATUS REPORT REGARDING ENTRY OF A PROTECTIVE ORDER** <br><br> Crtm:  3 |

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR

COUNSEL OF RECORD:

///

///

///

1

ROSAS\ Status Report re Protective Order

Pursuant to the Court's instructions at the September 6, 2012, Scheduling Conference, Plaintiffs Alex Rosas and Jonathan Goodwin and Defendant Sheriff Leroy D. Baca (collectively, "the Parties"), hereby submit the following Status Report regarding the Parties' efforts to negotiate a stipulated protective order that will govern the production of sensitive and confidential information in this case.

Specifically, counsel for the Parties, along with a representative of the Los Angeles County Sheriff's Department and Mike Gennaco of the Office of Independent Review, met on September 21, 2012, to discuss entry of a protective order.  The Parties agreed that counsel for the ACLU, Mr. Eliasberg, would locate sample protective orders (to use as a starting point) and prepare a draft from which the parties could work to prepare an order for this case.  The Parties agreed that Mr. Eliasberg would circulate a draft by September 24, 2012, which Mr. Eliasberg has done.  Mr. Eliasberg is also working on additional comments.  The Parties further agreed to review the sample agreements and with Mr. Gennaco's assistance, negotiate the specific content of an order for this case.

///

///

///

2

ROSAS\ Status Report re Protective Order

The Parties are in the process of reviewing and revising a draft agreement and, assuming the Parties are able to reach an agreement, will promptly submit the draft agreement to the Court for its approval.

Dated:  September  25, 2012                 ACLU FOUNDATION OF
                                            SOUTHERN CALIFORNIA
                                            ACLU NATIONAL PRISON PROJECT


                                            By  /s/ Peter Eliasberg

                                                Peter Eliasberg
                                                Attorneys for Plaintiffs
                                                Alex Rosas and Jonathan Goodwin


Dated:  September  25, 2012                 LAWRENCE BEACH ALLEN & CHOI, PC


                                            By   /s/ Justin W. Clark

                                                Justin W. Clark[1]
                                                Attorneys for Defendant
                                                Sheriff Leroy D. Baca

---

[1] As the filer of this document, I attest that all of the Parties concur in its content and have authorized its filing.

3

ROSAS\ Status Report re Protective Order