PETER J. ELIASBERG (SB# 189110)
peliasberg@aclu-sc.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone:  (213) 977-9500
Fax:  (213) 977-5299

DONNA M. MELBY (SB# 86417)
donnamelby@paulhastings.com
JOHN S. DURRANT (SB# 217345)
johndurrant@paulhastings.com
JADE H. LEUNG (SB# 279651)
jadeleung@paulhastings.com
ELIZABETH C. MUELLER (SB# 278283)
bethmueller@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA  90071-2228
Phone:  (213) 683-6000
Fax:  (213) 627-0705

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN
GOODWIN, on behalf of themselves
and of those similarly situated

MARGARET WINTER (*pro hac vice*)
mwinter@npp-aclu.org
ERIC BALABAN (*pro hac vice
application forthcoming*)
ebalaban@npp-aclu.org
NATIONAL PRISON PROJECT OF
THE AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th St., NW
Washington, D.C. 20005
Phone:  (202) 393-4930
Fax:  (202) 393-4931

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LEROY BACA, Sheriff of Los Angeles County Jails,<br><br>Defendant. | CASE NO. CV 12-00428 DDP<br><br>**PLAINTIFFS' NOTICE OF FILING OF REPORT CONCERNING VIOLENCE IN LOS ANGELES COUNTY JAILS, AND SUPPORTING DECLARATIONS AND EXHIBITS; ADDITIONAL DECLARATIONS OF CIVILIAN WITNESSES AND CURRENT AND FORMER INMATES** |

Plaintiffs hereby give notice of their filing of the 2012 Annual Report on Conditions Inside Los Angeles County Jails, and the declarations and exhibits cited in that Report.  Additional Declarations of Civilian Witnesses and Current and Former Inmates are also attached.


DATED:  September 28, 2012    ACLU Foundation of Southern California
                              National Prison Project of the ACLU Foundation
                              Paul Hastings LLP


                              PETER J. ELIASBERG
                              ACLU FOUNDATION OF SOUTHERN
                              CALIFORNIA


                              By: _____
                                     PETER J. ELIASBERG


DATED:  September 28, 2012    JOHN S. DURRANT
                              PAUL HASTINGS LLP


                              By:  s/ John S. Durrant
                              _____
                                     JOHN S. DURRANT


                              Attorneys for Plaintiffs
                              ALEX ROSAS and JONATHAN GOODWIN on
                              behalf of themselves and of those similarly
                              situated

-1-

# INDEX

I.    2012 Annual Report on Los Angeles County Jail Conditions . . . . . . . . . . . 3

II.   Martin Expert Declaration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

III.  Eliasberg Declaration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

IV.   Civilian Eyewitness Declarations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47

      Declaration of Scott Budnick . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47

      Declaration of Paulino Juarez . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53

      Declaration of Esther Lim . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66

      Declaration of Jessica Price . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 67A

      Key to Current Prisoner Aliases Used in Report . . . . . . . . . . . . . . . . . 67C

V.    All Current and Former Inmate Declarations . . . . . . . . . . . . . . . . . . . . . 68

      Declarations A through JJJ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 68