# DECLARATION OF PETER ELIASBERG

## DECLARATION OF PETER J. ELIASBERG

I, Peter J. Eliasberg, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am the Legal Director of the American Civil Liberties Union Foundation of Southern California ("ACLU-SC"). I am co-lead counsel for the *Rutherford* plaintiffs, together with attorneys from the ACLU Foundation National Prison Project ("ACLU-NPP"), and co-counsel for the *Rosas* plaintiffs, together with ACLU-NPP, and attorneys at Paul Hastings, LLP ("Paul Hastings").

3. Attached hereto, is a true and correct copy, of Mr. F's photos of a close up of his eye and profile, marked as Exhibit A.

4. Attached hereto, is a true and correct copy of Mr. H's medical chart indicating injuries he sustained, marked as Exhibit B.

5. Attached hereto, is a true and correct copy of five pages of Mr. FF's medical records describing Mr. FF's discharge summary and operation report, marked as Exhibit C.

6. Attached hereto, is a true and correct copy of Gabriel Carrillo's photo of his face taken a few days after he was beaten up by deputies when he was a visitor to Men's Central Jail ("MCJ") on February 26, 2011, marked as Exhibit D..

7. Attached hereto, is a true and correct copy of Mr. NN's medical records describing injuries sustained when deputies slammed Mr. NN's head against a wall and beat him, marked as Exhibit E.

8. Attached hereto, is a true and correct copy of a declination memorandum from the Los Angeles County District Attorney's Office for the five deputies and one sergeant involved in the use of force incident with Mr. Carrillo. The memorandum provides a description of LASD Sergeant Gonzalez's giving a directive to the deputies who beat Mr. Carrillo, to strike Mr. Carrillo in the face with "personal weapons." This is marked as Exhibit F.

1

I hereby declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge and belief.  Executed September 27, 2012 in Los Angeles, California.


               s/ Peter J. Eliasberg

               Peter J. Eliasberg

2