# DECLARATION OF INMATE WITNESS MR. A LEON HARDIN

**Declaration of Leon Hardin**

I, Leon Hardin, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I was a custodian for the Los Angeles Community College District for over 13 years - Los Angeles Valley College.  I was born in Sun Valley and lived in California all my life.  I started taking medication for my mental health issues in 2006 at Dr. Curtis' office.  I was first diagnosed for stress, depression and anxiety.  I was arrested in March of this year, but my problems began in 2006 and I have been in jail 3 or 4 times since then.  Through all of that I remain under Dr. Curtis' care at an office right by the social security office in Van Nuys, off of Van Nuys Blvd.  I was also diagnosed by the Social Security office for depression and anxiety.  I also have mood swings, which is a serious problem I'm trying to get under control for the sake of my family.  I have two daughters and a son, and I was married for over 16 years.  We separated in 2006 because of because of my mental illness.  I told the people in IRC that I have mental problems and I have been treated before when in jail and sent them my paperwork from Dr. Curtis.

This time I had to file multiple complaints with the deputies, maybe 10 complaints that were thrown away by deputies during a cell search before I finally got to go to the psych ward.  I had to ask them to pull up my medical file from my previous stays in jails, so they could see that I had been treated.  It still took about a week or more after that before I got any treatment.

The first medications I got were to treat withdrawals from alcohol.  I still haven't received all of my medications.  I am taking Buspar, but in previous times I took Seroquel and Prozac.  I've told the psych that I was missing a lot of the medications I've taken while in jail in the past, but nothing has come of that.  I've been waiting about three months for them to give me the proper medications - still nothing.

When I was in the psych ward I was in classes for anger management, but I only got to go to one, because the doctor declassed me.  He says that I don't have any mental problems and he doesn't see why I'm here.  He has done that to me maybe 4 times since I've been here.  I was

supposed to see this doctor, what is called one-on-ones, every 2 weeks.  But he never gave me any therapy.  He always just declassed me after asking me a few questions.

The only therapy I've ever received are beatings and what are called flashlight therapy.  I was on the psych ward for about 4 days and I was going out for outdoor rec.  When I was hit on the top of my head by what I believe was a flashlight.  I was knocked unconscious.  When I came to I had blood dripping from my head being escorted from the psych ward to the little hospital they have in the jail.  I received 7 staples  on the top of my head, six stitches on the side of my head, and I re-injured my lower back and neck.   Then I was in the hospital in a wheelchair for about a month.  Then I got a walker.

Then, out of the blue, while still in the walker, I was declassed, put in a wheelchair and taken to a holding cell in the Towers.  The deputies asked me to undress and change into yellows for the psych ward and took my wheelchair away.  I told them that I still couldn't walk and the deputies told me to lay down.  Then one of them grabbed my collar and dragged me to elevator to up to the Tower 1 psych ward.  I screamed that they were choking me, because the collar was pushing against my throat as they dragged me.  But they didn't care.  The just made jokes about my weight.  Then they told me to get up; that I was faking.  Then about 4 deputies started kicking and punch me; grabbing at my clothes and pulling me by them.  Then they dragged me to the visiting area and handcuffed both of my hands behind my back and left me on the floor for about an hour.

Then a psych guy came to see me while I was on the floor.  He asked what was wrong and I told him what had happened.  Then I asked him what the deputies had said.  He said that they told him that I was suicidal and told him that they hadn't done anything to me.  I told him that I was not suicidal and had no intention of hurting myself or anyone else.  Then he left.  Then the deputes found a wheelchair and wheeled me up to the 7th floor suicide watch module.  They make you take off all of your clothes and wear a padded suit.  I was there for 3 days.  I saw the psych and asked if I could be sent anywhere else.  She said that she had to send me back to where I came from.  So, they sent me back to the same place where I as beaten on the psych ward.

About a week later I saw the psych and he declassed me- the same psch (sic) who as

2

supposed to be giving me therapy every two weeks.  He sent me back to general population.  It took a few days for the few medications they were giving me to reach me in GP.

I've been in GP for about a month now.  I request to see the psych almost everyday, but still haven't seen the psych.

Finally, my attorney and the judge have seen that I need treatment, not jail, and are going to send me to a rehabilitation program.  I believe that, had this program not come along, I would die here.  I see people in my predicament, with mental health needs, all the time.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 24th day of June, 2009 in Los Angeles, California.

_____ /s/ _____

Leon Hardin

3

| | |
|---|---|
| Name: | Leon Hardin |
| Booking Number: | 1851230 |
| CDC # | |
| Date of Birth: | 5/14/71 |
| Social Security Number: | 567 39 2036 |
| Current Housing: | 4400 A-5 |
| Phone number (s): | 818.506.4029 - Mother<br>818.336.2704 - daughter - 17 yrs old |
| ~~Current~~ Last Address: | 6725 Cold-Water Canyon   N. Hollywood 91606 |
| Public Defender/Attorney: | Lira - Van Nuys<br>Tracy Rahn → Pasadena |
| Doctor(s)/Social Workers: | Dr. Thomas Curtis - facility name<br>→ Dr. Daniel Capin - surgeon<br>→ Dr. Greenspan - General MD |
| Parole Officer:<br>Which office: | → Van Nuys → probation |
| Other Family/Friend Contacts: | James Flag → friend → 818.674.0111<br>Genta → 818.802.4029 → friend |
| Medications taken: | Prozac, Zimbalta, Xanex, Ambien CR, Norco, Nevrotin, Buspar seroquel |
| Hospitals/Clinics: (include dates) | Believes will be released to Network Foundation → Alchohol/Drug |
| Prisons (dates) | |

**Declaration of** <u>Leon Hardin</u>

I, <u>Leon Hardin</u>, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    <u>I was a custodian for the Los Angeles Community College District for over 13 years - Los Angeles Valley College. I was born in Sun Valley and lived in California all my life.</u>

I started taking medication for my mental health issues in 2006 at Dr. Curtis' office. I was diagnosed for stress, depression and anxiety. I was arrested in March of this year, but my problems began in 2006 and I have been in jail 3 or 4 times since then. Through all of that I remain under Dr. Curtis' care, right by the Social Security office in Van Nuys, off of Van Nuys Blvd. I was also diagnosed by the Social Security office for depression and anxiety, (I also have mood swings, which is a serious problem I'm trying to get under control for the sake of my family. I have two daughters and a son, and I was married for over 16 years. We seperated in 2006 because of my mental illness. I told the people in IRC that I have mental problems and I had been treated before when in jail and sent them my paperwork

This time I had to file multiple complaints with the deputies, maybe 10 complaints that were thrown away by deputies during a cell search, before I finally got to go to the psych ward. I had to ask them to pull-up my medical file from my previous stays in jails, so they could see that I had been treated. It still took about a week or more after that before I got any treatment.

*(and was placed on SSDI. LH from Dr. Curtis, LH*

The first medications I got were to treat withdrawls from alcohol. I still haven't received all of my medications. I am taking Buspar, but in previous times I took Seroquel and prozac. I've told the psych that I was missing a lot of the medications I've taken while in jail in the past, but nothing has come of that. I've been waiting about three months for them to give me the proper medications – still nothing.

When I was in the psych ward I was in classes for anger management, but I only got to go to one, because the doctor declassed me. He says that I don't have any mental problems and he doesn't see why I'm there. He has done that to me maybe 4 times since I've been here. I LH was supposed to see this doctor, what is called one-on-ones, every 2 weeks. But, he never gave me any therapy. He always just declassed me LH after asking me a few questions.

The only therapy I've ever received are beatings and flashlight therapy. I was on the psych ward for about 4 days and I was going out for outdoor rec. when I was hit on the top of my head by what I believe was a flashlight. I was knocked unconscious. When I came to I had blood dripping from my head, being escorted from the psych ward to the little hospital they have in the jail. I received 7 staples on top of my head, six stitches on the side of my head, and I re-injured my lower back and neck. Then I was in the hospital in a wheelchair for about a month. Then

*what are alleged LH*

2

I got a walker.

Then, out of the blue, while still in the walker, I was declassed, put in a wheelchair LH and taken to a holding cell in the Towers. The deputies asked me to undress and change into yellows for the psych ward LH and took my wheelchair away. I told them that I still couldn't walk and the deputies told me to lay down. Then one of them LH grabbed my collar and dragged me to the elevator to go up to the tower 1 psych ward. I screamed that they were choking me, because the collar was pushing against my throat as they dragged me. But they didn't care. They just made jokes about my weight. Then they told me to get up; that I was faking. Then about 4 deputies started kicking and punching me; grabbing at my clothes and pulling me by them. Then they LH dragged me to the visiting area and handcuffed both of my hands behind my back and left me on the floor for about an hour. LH

Then a psych guy came to see me while I was on the floor. He asked what was wrong and I told him what had happened. Then I asked him what the deputies had said. He said that they told him that I was suicidal and told him that they hadn't done anything to me. I told him that I was not suicidal and had no intention of hurting myself or anyone else. Then he left. Then the LH deputies found a wheelchair and wheeled me up to the 7th floor— the suicide watch module. They make you take off

2

all of your clothes and wear a paded suit. I was there for 3 days. I saw the psych and asked if I could be sent anywhere else, she said that she had to send me back to where I come from. So, they sent me back to the same place where I was beaten on the psych ward

About a week later I saw the psych and he declassed me — the same psch who was supposed to be giving me therapy every two weeks. He sent me back to general population. It took a few days for the few medications they were giving me to reach me in GP.

I've been in GP for about a month now. I request to see the psych almost everyday, but still haven't seen the psych.

Finally, my attorney and the judge have seen that I need treatment, not jail, and are going to send me to a rehabilitation program. I believe that, had this program not come along, I would die here. I see people in my predicament, with mental health needs, all the time.

2

Page 75

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 24th day of June, 2009 in Los Angeles County California

Lea Hd

LEON HARDIN

3

# DECLARATION OF INMATE WITNESS MR. B

This page intentionally left blank

# DECLARATION OF INMATE WITNESS MR. C DARRELL GARRETT

**Declaration of Darrell Garrett**

I, Darrell Garrett, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    On June 19th, I was taken out of my cell for court line and waist chained. After I was waist chained, the deputies grabbed me by my waist chains and pulled me up to the bar. They told me to walk to the left and they pushed me from behind twice. I fell down the steps and the deputies told me to "shut the fuck up" and a deputy started kicking me in the face. Another deputy started kicking me in the face on the other side of my face. I was being kicked on both sides and I couldn't see anything. Another deputy was holding me down. I then felt something hard which I later learned was a milk crate. They were hitting me on my head with the milk crate which is a hard plastic. Later on there were patterns on my head from the milk crate. Then they threw me on the floor and they were hitting my head into the concrete floor. Then they grabbed my head and started cheese grating my face into the concrete. They then took two cans of mace and emptied them into my mouth, ears, nose, and eyes. They dragged me down the steps. I was bleeding everywhere. They tried to clean me up with some water but I was bleeding and I had crapped in my pants.

3.    They then took me down to medical and even though I suffered a severe beating, they made me walk practically blindly down to medical. I then blacked out and then I was in the hospital at USC Medical Center. They took x-rays. The doctor asked me if I could leave since the deputies wanted to take me back and I was pressured out of fear to say yes.

4.    When I returned to MCJ, they did not put me in medical. They just took me back to the hole.

5.    I entered the hole on May 21st. A deputy pulled a metal make-shift knife out of his pocket and threatened me to cooperate with them. The deputies had gone through my confidential legal paperwork in my cell. I am a pro-per. The deputy said he had found the metal knife in my cell and unless I cooperated with them they would put me in the hole. The knife was not mine and it was never in my cell. They said if I cooperated they would forget about the knife

and make everything go away.

6.    The only time I get out of my cell as a K-10 is the law library. Before last week, they hadn't given showers for two weeks. It had been weeks before I could wash the dried blood off me. On one day they shut off our water for 8 hours so we had no drinking water and we couldn't use the toilets. Whenever I complain they write me up and put me in the hole. They give me opened food and I don't know where it has been so I don't eat it. They verbally abuse me and threaten me, telling me that "they are going to get me." I haven't had any laundry exchange for a month. I haven't gotten mail for 3 weeks. The only time I use the phone is during my law library time. I haven't gotten a bedding exchange for a few weeks. I have been waiting to see the doctor for almost two months and I ask every day the nurses come to see the doctor and I never get on the doctor's line. There are frequently mice running around and I had to block the bottom of my door to prevent the mice from coming in. It is dirty and they haven't cleaned the tier in over a month. The showers are gross and they seem very dirty every time I go in there.

7.    Since multiple deputies beat me up, they have verbally threatened me and taunted me, telling me they are going to get me. They tell me that I am not going to get out of the hole and they can charge me with anything.

8.    My name is Darrell Garrett. I have been in Men's Central Jail since January. My time here is pending. I am 23 years old.


I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 9th day of July, 2009 in Los Angeles, California.

_____

Darrell Garrett

2

Declaration of Darrell Garrett

I, Darrell Garrett hereby declare:

1.   I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.   On June 19th, I was taken out of my cell for court line and waist chained. After I was waist chained, the deputies grabbed me by my waist chains and pulled me up to the bar. They told me to walk to the left and they pushed me from behind twice. I fell down the steps and the deputies told me to "shut the fuck up" and a deputy punched me in the face. I fell over a bench and a deputy started kicking me in the face. Another deputy started kicking me in the face on the other side of my face. I was being kicked on both sides and I couldn't see anything. I then felt something hard which I later learned was a milk crate. They were hitting me on my head with the milk crate which is a hard plastic. Later on there were patterns on my

Another deputy was holding me down.

head from the milk crate. Then they threw me on the floor and they were hitting my head into the concrete floor. Then they grabbed my head and started cheese grating my face into the concrete. They then took two cans of mace and emptied them into my mouth, ears, nose, and eyes. They dragged me down the steps. I was bleeding everywhere. They tried to clean me up with some water but I was bleeding and I had crapped in my pants.

3. They then took me down to medical and even though I suffered a severe beating, they made me walk practically blindly down to medical. I then blacked out and then I was in the hospital at VSC Medical Center. They took X-rays. The doctor asked me if I could leave since the deputies wanted to take me back and I was pressured out of fear to say yes.

4. When I returned to MCJ they did not put me in medical. They

Page 81

just took me back to the hole.

5. I entered the hole on May 21st. A deputy pulled a metal make-shift knife out of his pocket and threatened me to cooperate with them. The deputies had gone through my confidential legal paperwork in my cell. I am a pro-per. The deputy said he had found the metal knife in my cell and unless I cooperated with them they would put me in the hole. The knife was not mine and it was never in my cell. They said if I cooperated they would forget about the knife and make everything go away.

6. The only time I get out of my cell as a K-10 is the law library. Before last week they hadn't given showers for two weeks. It had been weeks before I could wash the dried blood off me. On one day they shut off our water for 8 hours so we had no drinking water and we couldn't use the toilets. Whenever I complain

they write me up and put me in the hole. They are treating us inhumanely and when I try to tell someone they put me in the hole. They give me opened food and I dont know where it has been so I dont eat it. They verbally abuse me and threaten me, telling me that "they are going to get me." I havent had any laundry exchange for a month. I havent gotten mail for 3 weeks. The only time I use the phone is during my law library time. I havent gotten a bedding exchange for a ten weeks. I have been waiting to see the doctor for almost two months and I ask every day the nurses come to see the doctor and I never get on the doctor's line. There are frequently mice running around and I had to block the bottom of my door to prevent the mice from coming in. It is dirty and they havent cleaned the shower tier in over a month. The showers are gross

and they seem very dirty every time I go in there.

7. Since multiple deputies beat me up, they have verbally threatened me and taunted me, telling me they are going to get me. They tell me that I am not going to get out of the hole and they can charge me with anything.

8. My name is Darrell Garrett. I have been in Men's Central Jail since January. My time here is pending. I am 23 years old.

I declare under penalty of perjury of the laws of the State of California and the United State that the foregoing is true and correct. Executed this 9th day of July, 2009 in Los Angeles, Califor

Printed Name X [signature]

Page 84

# DECLARATION OF INMATE WITNESS MR. D RAMIRO ALVAREZ

## DECLARATION OF RAMIRO ALVAREZ

I, RAMIRO ALVAREZ, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am an inmate at Men's Central Jail. I am currently housed in 3500.

3. In October 2009 there was a big fight between about 20 deputies and 40 inmates. I was trying to get out of the way, but the deputies said I tried to attack one of them so they made me a K-10 and housed me in a single cell in 3500.

4. I have been beaten up by the deputies multiple times. One time, about 10-15 deputies came into my cell and started beating me up. They asked me, "You like beating up on cops? Don't disrespect by partners again." They dropped me to the floor and started to kick my head. They hit me in the face and kicked my body. They hit me with their flashlights over and over again. They used their flashlights like a bat, like I was a baseball or something.

5. The deputies said that I was trying to assault one of them, but even after they had me on the floor with my hands behind my back they kept hitting me. They tased me several times. One of the deputies said, "Man, I was trying to kill you."

6. After the beating, the deputies told me I better not tell anyone about what happened. My leg was purple and bruised and I couldn't really walk for like 2 weeks. I needed stitches. My face was bruised up pretty bad, too. I still have scars on my face and on my head from where they hit me. I grew out my hair to hide some of the scars on my head.

7. Even though I needed stitches, the deputies told me not to go to the clinic. They said that if I went to the clinic they would beat me up even worse when I got back. The clinic tried calling me in over and over for about a week, and I refused every time. I refused medical care because the deputies told me to. I refused stitches. I refused a tetanus shot. I refused everything.

8. Another time, I was housed on FISH row and about 10 deputies came to escort me to the hole. They told me to face the wall and then they hit me. I fell to the floor because of my injured leg. Once I was on the floor the deputies started jumping on me like it was a wrestling match. They jumped on me with their elbows and knees like I was a mattress. They told me I better not tell anyone anything or

they would kill me.

9.    I refused all medical care from the clinic again, but I did get some antibiotics from the nurse. I push myself to get better. I give myself physical therapy to get my leg working again. The deputies see me working out with my injured leg and tell me that they are going to beat me up worse later. They come to my cell 5 at a time. I hear them standing outside talking about whether they're going to beat me up again.

10.    I haven't filed a complaint yet because I don't want to make things worse, but I've seen the deputies send several people to the hospital. They take advantage of us when we are handcuffed. They try to provoke me to act out to start a fight, but I don't pay attention to them. They see us as less because we did something wrong, but then they do the same thing. What makes them any different?

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 23rd day of October, 2009 in Los Angeles, California.

_____/s/_____

**RAMIRO ALVAREZ**

**Declaration of** _Ramiro Alvarez_

I, _Ramiro Alvarez_, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am an inmate at Men's Central Jail. I am currently housed at 3500.

3. In October 2009, there was a big fight between about 20 ~~ded off~~ deputies and 40 inmates. I was trying to get out of the way, but the deputies said I tried to attack one of them so they made me a k-10 and housed me in a single cell in 3500.

4. I have been beaten up by the deputies multiple times. One time, about 10-15 deputies came into my cell and started beating me up. They asked me, "Ya like beating up on cops? Don't disrespect my partners again." They dropped me to the floor and started to kick my head. They hit me in the face and kicked my body. They hit me with their flashlights over and over again. They used their flashlight like a bat, like I was a baseball or something.

5. The deputies said that I was trying to assault one of them, but even after they had me on the floor with my hands behind my back they kept hitting me. They Tased me several times. One of the deputies said, "Man, I was trying to kill you."

6. After the beating, the deputies told me I better not tell anyone about what happened. My leg was purple and bruised and I couldn't really walk for like 2 weeks.

I needed stitches. My face was bruised up pretty bad, too. I still have scars on my face and on my head from where they hit me. I grew out my hair to hide some of the scars on my head.

7. Even though I needed stitches, the deputies told me not to go to the clinic. They said that if I went to the clinic they would beat me up even worse when I got back. The clinic tried calling me in over and over for about a week, and I refused every time. I refused medical care because the deputies told me to. I refused stitches. I refused a tetanus shot. I refused everything.

8. Another time, I was housed on FISH row and about 10 deputies came to escort me to the hole. They told me to face the wall and then they hit me. I fell to the floor because of my injured leg. Once I was on the floor the deputies started jumping on me like I was a mattress. They jumped on me with their elbows and knees like it was a wrestling match. They told me I better not tell anyone anything or they'd kill me.

9. I refused all medical care from the clinic again, but I did get some antibiotics from the nurse. I push myself to get better. I give myself physical therapy to get my leg working again. The deputies see me working out with my injured leg and tell me that they are going to beat me up

2

Page 88

worse later. They come to my cell at 5 at a time. I hear them standing outside talking about whether they're going to beat me up again. (10) I haven't filed a complaint yet because I don't want to make things worse, but I've seen the deputies send several people to the hospital. They take advantage of us when we are handcuffed. They try to provoke me to act out to start a fight, but I don't pay attention to them. They see us as less than because we did something wrong, but then they do the same thing. What makes them any different?

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 23 day of Oct, 2009 in Los Angeles, California.

X _____

3

Page 89

# DECLARATION OF INMATE WITNESS MR. E
# ERIC WHITE

**Declaration of Eric White**

I, Eric White, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     After living in Ohio for 15 years, I sold my house and moved back to California. I am a California native, and wanted to move back with my wife and kids.

3.     Unfortunately, shortly after we moved my marriage fell apart and I had to try and find a place to live with various family members and start a business in Northern California. When my business failed I had to move to LA County with my mother and grandmother.

4.     I was arrested on March 14th, and have been in Men's Central Jail since.

5.     I became a pro per in the middle of April and housed in 2500, B-6. On May 13th I was given tier time, meaning I was allowed to walk up and down the tier and talk to people. At some point during my tier time, Deputy "Curbfoot" told me that the deputies needed to talk to me. He took me to the front of the module, grabbed my hands, leaned up to my ear and said, "Who's the fucking punk now?  Put your fucking nose to the wall." I kept telling him that I didn't want any problems. He said , "It's too late now." The first blow I felt was to the right side of my temple. When I went down, I received a crushing blow to the top of my head. After going down, all I can remember is trying to crawl away.  then a door flew open and a bunch more deputies came in. I thought they were going to make the others stop, but they all joined in. As i began to lose consciousness, I looked down and saw a pool of blood. I also remember the look on Deputy Briton's face. He looked like he couldn't believe what he was seeing. At the very end, when I was already on the floor and barely conscious, the deputies ripped my pants almost completely off and tasered me. The next thing I remember is Lt. McCray and a Captain at the hospital videotaping me.

6.     I can't think of a single thing I could have done to deserve this beating. I admit I've been disrespectful at times, but nothing that deserves me nearly losing my life. The incident, I believe, was investigated, and as far as I know, nothing has been done.

7.     Th last 4 months of my life, since coming back from the hospital, have been

nothing but terror. After being moved to 7000 at CJ, the wheelchair ward, I slept underneath my bunk and kept my wheelchair tied in front of me for protection. Deputies have repeatedly retaliated against me to get me to not complain or tell people on the outside.

8.    The first time deputies threatened me, I had just been placed in 7000. Deputy "Cicerelli" came into my cell, after I had been asking for assistance, pointed his taser at my face and said, "I'd fucking tase you, but I can't because you'll tell on me. Deputy Curbfoot is my best friend." Deputy "Schurzberg" has called me a "bitch" for writing my mom and telling her how afraid I am. He told me that another inmate that got his leg broken "learned," after I kept putting in inmate request forms. Another deputy told me, "Your just not going to let this shit go, are you?" My privileges were taken away for 22 days for fighting with staff, although I never touched staff. They took my property and it has never been recovered. I was supposed to receive surgery for my injuries, according to the doctors at LCMC, but have not. I have 5 staples on the top of my head, 5 stitches in the middle of my forehead, 3 stitches above my left eye, 4 stitches above my right, 4 fractured vertebrae, a shattered right shoulder, broken rib on my left side and both my ankles were severely sprained. I still have scars on both my legs and on my face and head.

I live in fear everyday. I am afraid to talk to the ACLU, but I know that they use fear to keep the inmates from getting help.


I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 7th day of October, 2009 in Los Angeles, California.

/S/ _____

Eric White

2

Page 91

Declaration of **Eric White**

I, **Eric White**, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    After living in Ohio for 15 years, I sold my house and moved back to California. I am a California native, and wanted to move back with my wife and kids. Unfortunately, shortly after we moved. my marriage fell apart and I had to try and find a place to live with various family members and start a business in Northern California. When my business failed I had to move to LA County with my mother and grandmother.

I was arrested on March 14th, and have been in Men's Central Jail since.

I became a pro-per in the middle of April and housed in 2500, B-6. On May 13th I was given tier time, meaning I was allowed to walk up and down the tier and talk to people. At some point during my tier time, Deputy "Curbfoot" told me that the deputies needed to talk to me. He took me to the front of the module, grabbed my hands, leaned up to my ear and said, "Who's the fucking punk now? Put your fucking nose on the wall." I kept telling him that I didn't want any problems. He said, "It's too late now." The first blow I felt was to the right side of my temple. When I went down, I received a

crushing blow to the top of my head. After going down all I can remember is trying to crawl away. Then a door flew open and a bunch more deputies came in. I thought they were going to make the others stop, but they all joined in. As I began to lose consciousness, I looked down and saw a pool of blood. I also remember the look on Deputy Briton's face. He looked like he couldn't believe what he was seeing. At the very, when I was already on the floor and barely conscious, the deputies ripped my pants almost completely off and tasered me. The next thing I remember is seeing Lt. McRay and a Captain at the hospital video taping me.

I can't think of a single thing I could have done to deserve this beating. I admit I've been disrespectful at times, but nothing that deserves me nearly losing my life. The incident, I believe, was investigated and, as far as I know, nothing has been done.

The last 4 months of my life, since coming back from the hospital, have been nothing but terror. After being moved to 7000 at CJ, the wheel chair ward, I slept underneath my bunk and kept my wheelchair tied in front of me for protection. Deputies have repeatedly retaliated against me to get me to not complain or tell people on the outside. The first time deputies threatened me, I had just

2

been placed in 7000, Deputy "Cicerelli" came into my cell, after I had been asking for assistance, pointed his taser at my face and said, "I'd fucking tase you, but I can't because you'll tell on me. Deputy Curbfoot is my best friend." Deputies Deputy "Schurzberg" has called me a bitch for writing my mom and telling her how afraid I am. He told me that another inmate that got his leg broken "learned," after I kept putting in inmate request forms. Another deputy told me, "Your just not going to let this shit go, are you?" My privaleges were taken away for 22 days for fighting with staff, although I never touched staff. They took my property and it has never been recovered. I was supposed to receive surgery for my injuries, according to the doctors at LCMC, but have not. I have 5 staples on the top of my head, 5 stiches in the middle of my forehead, 3 stitches above my left eye, 4 stitches above right, 4 fractured vertebrae, a shattered right shoulder, broken rib on my left side, and both my ankles were severly sprained. I still have scars on both my legs and on my face and head.

I live in fear every day. I am afraid to talk to the ACLU, but I know that they use fear to keep the inmates from getting help.

E.W.

2
3

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this **7** day of **October**, 2009 in Los Angeles, California.

x _Eric White_

Eric White

# DECLARATION OF INMATE WITNESS MR. F DAYSHAUN RUSHING

**Declaration of Daysuan Rushing**

I, Daysuan Rushing, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am an inmate at Men's Central Jail.  I have been housed here for approximately one year. During that time I have witnessed and experienced many retaliatory acts by the deputies here when inmates complain.

3.      On March 2, 2009, I was housed in 3301 module when an ACLU representative, Mary, walked down my row.  I knew who she was because I had spoken to her before about complaints I had in county  jail.  When she came to my cell to ask me how things were going I told her that the deputies had not been giving us showers and that I needed to see the doctor for a medical issue.

4.      I went to court a day or so later and I returned back on the early bus, which was around 1 in the afternoon.  An officer, whose name I do not remember escorted me up to module 3301.  I was waistchained, meaning my hands are chained to my sides.  When we walked up to 3301, Officer Zuniga was sitting at the desk.  My escorting officer put me up against the wall, with my nose on the wall.  He told Officer Zuniga to rack my cell door.  Zuniga replied "hold on Rushing" He then started putting on gloves and asked if I had any contraband.  I told him I had a peanut butter sandwich in my sock.  Zuniga proceeded to search me, but by the way he was pulling on my clothes, I knew I was in trouble.

5.  Zuniga said to me "you don't like my program" and I asked him what program is that? He then asked me why I don't like his shower program.  I asked him what did he mean by that.  The he told me that "we can fix that" and he slapped the back of my head with his open hand.  I called

Declaration of Daysuan Rushing

him a punk and then he slapped me again.  I was wearing glasses at the time so I turned my head up against the wall.  The whole time the other deputy, the one who escorted me, was just standing there.

6. Next Zuniga kicked my legs out from under me and I was spread eagle up on the wall, still waist chained.  He kicked me again and I lost my balance and fell.  Then Zuniga just started punching me in the back.  Then the other officer joined in and they both started kicking me.  My face was sideways on the ground so I could tell that Zuniga was still kicking me.  He then smacked the flashlight across my face.  The flashlight hit me on my face.  Then he hit me in the jaw with the flashlight.  Then they hit me in the knees.  The deputies have technique where they hit inmates on their elbows and knees so it makes you limp around.  I have witnessed them do this to other inmates and I have also experienced it.  In fact, my legs are still swollen from them hitting my legs.  While I was down on the ground they also sprayed me in the face.  While I was down on the ground Zuniga said "you fucking whiners, tell this to the ACLU, I dare you"

7. The deputies then grabbed me by my pants and threw me off the stairs down out of 3301 towards 3300/3100. Down there were a whole bunch of deputies.  It was weird, it was like they were clapping or something.  Then Deputy Ruiz, who also works on that floor and who I have dealt with before, came up and sprayed me in the face.  I was bleeding all over the place.

8. They put me on a gurney and I went to the hospital.  I had to have stitches on both sides of face.  I was there for a few days and they sent me back to 3301.  I was really freaked out that they sent me back to the same spot.  I stayed there for a night and then Sgt Barbosa came and escorted me to the clinic at MCJ.  At the clinic they were worried about my head they said, so I was transferred to the 7000FL, which is the hospital floor at CJ.  While I was up there, my face mostly healed - visually at least - and then the jail moved me down to 1750.  I was really worried to go there because I knew

Declaration of Daysuan Rushing

Deputy Ruiz used to work there.  He had just been moved, I was relieved to hear from deputies and other inmates, because he beat up some Avenues gang members a few days earlier.

9. Retaliation happens all the time around this jail.  Most of these deputies are really young and they think they can do whatever they want, at least that's what their behavior seems like.  I and others are more fearful of the deputies than other inmates.  It is fear and intimidation that they use around here.

10. When I was on the clinic a Sergeant came to interview me with a video camera.  He asked me about what happened to me.  I have complained about the incident to the jail and they told me that Internal Affairs has the complaint.  However, I have never spoken to anyone from there about it.

11.  I went back to court another time a week or so later and when I was there my attorney took pictures of my injuries.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 16th day of June, 2009 in Los Angeles, California.

/s/
_____
Daysuan Rushing

Declaration of Daysuan Rushing

DECLARATION OF Daysuan Rusting

I, Daysaan Rusting, state and declare as follows:

1. The facts set forth in this declaration are from my personal knowledge. If called as a witness, I could and would competently testify to them.

2. I am an inmate at Men's Central Jail. I have been housed here for approximately one year. During that time I have witnessed and experienced many retaliatory acts by the deputies here when inmates complain.

3. On March 2, 2009 I was housed in 3301 module when an ACLU representative, Mary, walked down my row. I knew who she was because I had spoken to her before about complaints I had in county jail. When she came to my cell to ask me how things were going I told here that the deputies had not been giving us showers and that I needed to see the doctor for a medical issue.

4. ~~[scribbled out]~~ and I returned back on the early bus, which was around 1 in the afternoon. An officer, whose name I do not remember escorted me up to module 3301. I was waistchained, meaning my hands are chained to my sides. When we walked up to 3301, officer Zuniga was sitting at the desk. My escorting officer put me up against the wall, with my nose on the wall. He told officer Zuniga to rack my cell door. Zuniga replied "Hold on Rusting" He then started putting on gloves and asked me if I had any contraband. I told him I had a peanut butter sandwich in my sock. Zuniga proceeded to search me, but by the way he was pulling on my clothes, I knew I was in trouble.

*[margin note]* "DR" I went to court a day or so later

*[signature]* Damru Rusim

5. Zuniga said to me "You don't like my program" and I asked him what program is that? He then asked me why I don't like his stomer program. I asked him what did he mean by that. Then he told me that "We can fix that" and he slapped the back of my head with his open hand. I called him a punk and then he slapped me again. I was wearing glasses at the time so I turned my head up against the wall. This whole time the other deputy, the one who escorted me, was just standing there.

6. Next Zuniga kicked my legs out from under me and I was spread eagle up on the wall, still waist chained. He kicked me again and I lost my balance and fell. Then Zuniga just started punching me in the back. Then the other officer joined in and they both started kicking me. My face was sideways on the ground so I could tell that Zuniga was still kicking me. He then smacked the flashlight across my face. The flashlight hit me on my face. Then He hit me in the jaw with the flashlight. Then they hit me in the knees. The deputies have a technique where they hit inmates on their elbows & knees so it makes you limp around. I have witnessed them do this to other inmates and I have also experienced it. In fact, my legs are still swollen from them hitting my legs. While I was down on the ground they also sprayed me in the face. While I was down on the ground Zuniga said "you fucking whiners, tell this to the ACLU, I dare you"

7. The deputies then grabbed me by my pants and threw me off the stairs down onto/ 3301 towards 3300/3100.

Dremine Rushing

Down there were a whole bunch of deputies. It was weird, it was like they were clapping or something. Then Deputy Ruiz, who also works on that floor and who I have dealt with before, came up and sprayed me in the face. I was bleeding all over the place.

8. They put me on a gurney and I went to the hospital. I had to have stitches on both sides of face. I was there for a few days and they sent me back to 3301. I was really freaked out that they sent me back to the same spot. I stayed there for a night and then Sgt Barbosa came and escorted me to the clinic at MCJ. At the clinic they were worried about my head they said, so I was transferred to the 7000 FC, which is the hospital floor at CJ. While I was up there, my face mostly healed - visually at least - and then the jail moved me down to 170. I was really worried to go there because I knew Deputy Ruiz used to work there. He had just been moved, I was relieved to hear from deputies and other inmates, because he beat up some Avenues gang members a few days earlier.

9. Retaliation happens all the time around this jail. Most of these deputies are really young and they think they can do whatever they want, at least thats what their behavior seems like. I and others are more fearful of the deputies than other inmates. It is fear and intimidation that they use around here.

Donnie Riskin

10. When I was on the ~~clinic~~ Clinic DR a seargent came to interview me with a videocamera. He asked me about what happened to me. I have comp kined about the incident to the jail and they told me that Internal Affairs has the complaint. However, I have never spoken to anyone from them about it.

11. I went back to court another time a week or so later and when I was there my attorney took pictures of my injuries.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 16th day of June, 2009 in Los Angeles, California.

Dennie Rushure

6-1 JUNE -16- 90009

3

# DECLARATION OF INMATE WITNESS MR. G ANTONIO RODRIGUEZ

## DECLARATION OF ANTONIO RODRIGUEZ

I, ANTONIO RODRIGUEZ, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    I have been an inmate at Men's Central Jail for 6 years. On September 1st, 2009, inmate Justin Castro and I were attacked by a group of deputies at Men's Central Jail. I was beat so badly I ended up in the hospital with fractured ribs and both of my legs broken.

3.    The incident began when me, inmate Castro, and 2 other inmates were returning from the law library back to our cells. When we came back to the module, there were around 10 deputies there to pick us up. There had never been that many of them before. I felt like something was wrong.

4.    One of the deputies asked if I was ready. I said, "Yes." He asked if I was sure I was ready. He then asked inmate Castro the same thing. The deputy had a flashlight in his hand. He was hitting the palm of his hand with it. He asked Castro again if he was ready. The previous day inmate Castro had been involved in an altercation with that deputy.

5.    We turned the corner to come into the module and there were now a total of 15-20 deputies present. There was also a Sergeant there. Deputy Avalos told us to spread out for the search. We listened to him since the deputies normally search us like this when we come back from law library.

6.    After they searched us, inmate Castro and I were escorted, handcuffed, upstairs into the 3301 corridor by 6-8 deputies. One of the deputies told us to face the wall. I figured it was for another search, so I did. Then Deputy Rodriguez asked another Deputy Rodriguez if he was ready to earn his ink. The second Deputy Rodriguez said he was. He then hit me with his flashlight on the back of the head. I fell to the ground. Deputies Alvarez and Rodriguez jumped on inmate Castro.

7.    Deputy Ortega held my legs in his arms. I heard Deputy Avalos tell him to break my legs. Deputy Ortega then hit my ankle with his flashlight. He was using his flashlight like a baseball bat. The first hit felt really bad, but after he hit me a few times I couldn't really feel it anymore. I could feel blood coming out though.

8.    The deputies turned me on my back and started stomping on me. Deputy Ortega grabbed my second leg and hit it with his flashlight, breaking it. The deputies yelled at me to get up, but I couldn't

because my legs were broken. Then they hit me in again the back of the head with a flashlight.

9. Deputy Ortega asked another deputy if he was keeping watch for the Sergeant. The other deputy said, "Yes," and told Deputy Ortega to "get the towels" because a Sergeant was coming. The deputies came back with a stack of wet towels. They mopped up the blood on the floor and wiped the blood off my face. Deputy Ortega asked me, "You're not going to tell anyone, right? Southsiders don't tell."

10. When the Sergeant arrived, he told me to stand up, but I couldn't so he had the deputies put me in a gurney and take me down to the hospital. At the hospital, the ER doctor asked me if I had tried to stab a deputy. He told me that he had heard that inmate Castro and I had allegedly tried to assault a deputy with a weapon. It was the first time I had heard this. The deputies said they had found a weapon that Castro had pulled out of his waistband, even though we had been handcuffed at the waist the whole time and searched right before the alleged assault took place.

11. I still have not seen the weapon we supposedly had, but I have looked at the deputies' reports from that day. Deputy Avalos' report said he heard what sounded like a shank hit the floor and that when I appeared to turn around to try and grab it he was in fear for his life, even though I was handcuffed at the waistband the whole time. Another report said that a deputy pushed Castro to the wall and that a shank fell and hit the ground. The reports say that force was used and that we were pepper sprayed, but don't mention our broken legs and never say that our handcuffs were taken off (because they were on the whole time).

12. After the incident, my pro per status was taken away because I allegedly orchestrated an attack on a deputy. My cell was searched and my glasses were broken. Once the deputies started finding out that the ACLU and other people were getting involved, they started harassing me. I was supposed to get a pair of orthopedic shoes. My family paid for them and the vendor sent them directly to the jail, just like the policy requires. Deputy Nicholas told me that he has my shoes but that I can't have them because of the September 1st incident with the deputies. He said it would be a safety risk for the jails. I need those shoes because I have 2 broken ankles and can't walk in regular shoes.

13. The deputies are mad at me for talking to the ACLU about the incident and for getting my own attorneys involved in the case. They ask me, "Why'd you go this route?" Deputy Ortega and others

told me that I "better not cry like a bitch to anyone" and that I better not talk to Internal Affairs or anyone else about what happened. When I was in the hospital, Deputy Avalos showed up and said he was working overtime to keep on eye on us. He told me that if I said anything about what happened the deputies would have to make their own reports and add charges to me.

14.   I don't understand why the deputies did this, even though this time I hadn't broken any rules, and then tell me not to tell others about it. It was excessive what they did. My ankle was shattered in 16 places. The doctors say I'll probably have problems with them my whole life and that I'll probably be in constant pain. The deputies have beaten us up before and I've never said anything. I've gotten a chipped tooth and a fractured eye socket and have been shocked with a taser several times, and there's no report about that. I would have taken the beating just like before, but when they broke my legs I made up my mind to talk about it. If I continue to stay quiet like I have all these years it's going to happen to other people. I'm just trying to avoid this happening to other people.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 21st day of October, 2009 in Los Angeles, California.

_____/s/_____

**ANTONIO RODRIGUEZ**

**Declaration of** _Antonio Rodriguez_

I, _Antonio Rodriguez_, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I have been an inmate at Men's Central Jail for 4 years. On September, 1st, 2009, inmate Castro and I was attacked by a group of deputies at Men's Central Jail. I was beat so badly I ended up in the hospital with fractured ribs and both of my legs broken.

3.) The incident began when me, inmate Castro, and 2 other inmates were returning from law library back to our cells. When we came back to the module, there were around 10 deputies there to pick us up. There had never been that many of them before. I felt like something was wrong.

4. One of the deputies asked if I was ready. I said, "Yes." He asked if I was sure I was ready. He then asked inmate Castro the same thing. The deputy had a flashlight in his hand. He was hitting the palm of his hand with it. He asked Castro again if he was ready. The previous day inmate Castro had been involved in an altercation with that deputy.

5.) We turned the corner to come into the module and there were now a total of 15-20 deputies present. There was also a Sergeant there. Deputy Avalos told us to spread out for the search. We listened to him since the deputies normally search us like this when we come back from law library.

6 After they searched us, inmate Castro and I were escorted, handcuffed, upstairs into the 3301 corridor by 6-8 deputies. One of the deputies told us to face the wall. I figured it was for another search, so I did. Then Deputy Rodriguez asked another deputy Rodriguez if he was ready to earn his ink. The second Deputy Rodriguez said he was. He then hit me with his flashlight on the back of the head. I fell to the ground. Deputies Alvarez and Rodriguez jumped on inmate Castro.

7 Deputy Ortega held my legs in his arms. I heard Deputy Avalos tell him to break my legs. Deputy Ortega then hit my ankle with his flashlight. He was using his flashlight like a baseball bat. The

Page 106

first hit felt really bad, but after he hit me a few times I couldn't really feel it anymore. I could feel blood coming out though.

(5) The deputies turned me on my back and started stomping on me. Deputy Ortega grabbed my second leg and hit it with his flashlight, breaking it. The deputies yelled at me to get up, but I couldn't because my legs were broken. Then they hit me again in the back of the head with a flashlight.

(9) Deputy Ortega asked another deputy if he was keeping watch for the Sergeant. The other deputy said, "Yes," and told Deputy Ortega to "get the towels" because a Sergeant was coming. The deputies came back with a stack of wet towels. They mopped up the blood on the floor and wiped the blood off my face. Deputy Ortega asked me, "You're not going to tell anyone, right? Southsiders don't tell."

(10) When the Sergeant arrived, he told me to stand up, but I couldn't so he had the deputies put me in a gurney and take me down to the hospital. At the hospital, the ER doctor asked me if I had tried to stab a deputy. He told me that he had heard that inmate Castro and I had allegedly tried to assault a deputy weapon. It was the first time I had heard this. The deputies said they had found a weapon that Castro had pulled out of his waistband, even though we had been handcuffed at the waist the whole time and searched right before the alleged assault took place.

(11) I still have not seen the weapon we supposedly had, but I have looked at the deputies' reports from that day. Deputy Avalos' report said he heard what sounded like a shank hit the floor and that when I appeared to turn around to try and grab it he was in fear for his life, even though I was handcuffed at the waistband the whole time. Another report said that a deputy pushed Castro to the wall and that a shank fell and hit the ground. The reports say that force was used and that we were pepper sprayed, but don't mention our broken legs and never say that our handcuffs were taken off (because they were on the whole time).

Page 107

(12) After the incident, my proper status was taken away because I allegedly orchestrated an attack on a deputy. My cell was searched and my glasses were broken. Once deputies started finding out that the ACLU and other people were getting involved, they started harassing me. I was supposed to get a pair of orthopedic shoes. My family paid for them and the vendor sent them directly to the jail, just like policy requires. Deputy Nicholas told me that he has my shoes but that I can't have them because of the September 1st incident with the deputies. He said it would be a safety risk for the jails. I need those shoes because I have 2 broken ankles and can't walk in regular shoes.

(13) The deputies are mad at me for talking to the ~~ACLU~~ ACLU about the incident and for getting my own attorneys involved in the case. They ask me, "Why'd you go this route?" Deputy Ortega and others told me that I "better not cry like a bitch to anyone" and that I better not talk to Internal Affairs or anyone else about what happened. When I was in the hospital, Deputy Avalos showed up and said he was working overtime to keep an eye on us. He told me that if I said anything about what happened the deputies would have to make their own reports and add charges to me.

(14) I don't understand why the deputies did this, even though this time I hadn't broken any rules, and then tell me not to tell others about it. It was excessive what they did. My ankle was shattered in the places. The doctors say I'll probably have

‑23

problems with then my whole life and that I'd probably be in constant pain. The deputies have beate us up before and I've never said anything. I've gotten a chipped tooth and a fractured eye socket and have been shocked with a taser several times, and there's no report about that. I would have taken the beating just like before, but when they broke my legs I made up my mind to talk about it. If I continue to stay quiet like I have all these years it's going to happen to other people. I'm just trying to avoid this happening to other people

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 21 day of Oct., 2009 in Los Angeles, California.

# DECLARATION OF INMATE WITNESS MR. H MICHAEL HOLGUIN

## DECLARATION OF MICHAEL HOLGUIN

I, MICHAEL HOLGUIN, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am a 29 year-old construction worker from Walnut, CA.  I have been in jail for approximately three and a half weeks.  Up until one week ago I had spent the entire time in Men's Central Jail on a K10 FISH row.  The jail normally classifies me as a K-1 because my dad is a police officer.

3.      During the time I was on the K10 FISH row (3500Charlie) I never got a shower.  One Saturday, a Sgt walked by our row and asked how things were going.  We all told him that we were not getting showers.  The same Sgt. came back the next Saturday and asked us about showers.  We all told him that we still had not gotten any showers.  He said that he was going to come back the next day and check to see if we were getting a shower during the time the log said we were getting showers.  This was on Saturday Oct 17.

4.      The next day, Sunday October 18, the deputies all of a sudden started running showers. They gave showers to the even cells.  I was in 22, so I was toward the back of the row.  When they got to my cell, they opened my gate and I walked down the row by myself, un-handcuffed.

5.      When I got right in front of the shower the deputy told me to take it back.  I asked "why" because I had not gotten a shower in weeks.  The deputy said "you wanna know why, I'll tell you why. Turn around" I turned around and he came out and put me in handcuffs.

6.      After that it is a little fuzzy but I remember Deputy Lascano punching me in the face.  I remember being pepper sprayed in the face and hearing keys.  After it was over Deputy Rico said to me "that's why you don't say why, just do what you're told."

7.      They beat me up so bad I was at the county hospital for about 3 days.  I have stitches on my eye, staples in my head, they broke my right leg, and I had to have surgery on my left knee.

8.      When I came back from the hospital some deputy gave me a piece of paper that said I have 29 days in the hole for attacking a deputy.  I don't think that makes any sense.  I was handcuffed when they attacked me – there was no way I could do anything to them.  I'm just a guy trying to get

1
DECLARATION OF MICHAEL HOLGUIN

through jail on my way to state prison, where I am waiting to do a 16-month sentence. I don't want any problems in here. I just keep my head down and stay out of the way.

9.    There is no reason why they did this to me. They were supposed to be giving us showers and those deputies just attacked me without reason.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 26th day of October, 2009 in Los Angeles, California.

_____/s/_____

**MICHAEL HOLGUIN**

2
DECLARATION OF MICHAEL HOLGUIN

Declaration of Michael Holguin

I, Michael Holguin _____, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    I am a 29 year-old construction worker from Walnut, CA. I have been in jail for approximately three and a half weeks. Up until one week ago I had spent the entire time in Men's Central Jail on a K10 FISH row. The jail normally classifies me as a K-1 because my dad is a police officer.

3. During the time I was on the K10 FISH row (3300 Charlie) I never got a STROWER. One Saturday, a Sgt walked by our row and asked how things were going. We all told ~~them~~ Him that we were not getting STROWERS. The Same Sgt came back the next Saturday and asked us about STROWERS. We all told him that we still had not gotten any STROWERS. He said that he was going to come back the next day and check to see if we were getting a STROWER during the time the log said we were getting STROWERS. This was on Saturday Oct 17th.

4. The next day, SUNDAY October 18, the deputies all of a sudden started running STROWERS. They gave STROWERS to the even cells. I was in 22, so I was toward the back

MH

of the row. When they got to my cell, they opened my gate and I walked down the row by myself, unhandcuffed.

5. When I got right in front of the storage the deputy told me to take it back. I asked "why" because I had not gotten a storage in weeks. The deputy said "you wanna know why, I'll tell you why. Turn around" I turned around and he came out and put me in handcuffs.

6. After that it is a little fuzzy but I remember Deputy Lascano punching me in the face. I remember being pepper sprayed in the face + hearing keys. After it was over Deputy Rico said to me "thats why you dont say why, just do what youre told"

7. They beat me up so bad I was at the county Hospital for about 3 days. I have stiches on my eye, staples in my head, they broke my right leg and I had to have surgery on my left knee.

8. When I came back from the Hospital some deputy gave me a piece of paper that said I have 29 days in the hole for attacking a deputy. I don't think that makes any sense. I was handcuffed when they attacked me — there was no way I could do anything to them. Im just a guy trying to get through jail on my way to state prison, where I

2

MH

I am waiting to do a 16 month sentence. I don't want any problems in here. I just keep my head down and stay out of the way.

9. There's no reason why they did this to me. They were supposed to be giving us showers and those deputies just attacked me without reason.

M H

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 26th day of October, 2009 in Los Angeles, California.

Michael Holguin

Michael Holguin

3

M H

# DECLARATION OF INMATE WITNESS MR. I JIMMY KNOTT

# DECLARATION OF JIMMIE KNOTT

I, Jimmie Knott, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I have been an inmate in Men's Central Jail since the beginning of May 2010.

3. On Thursday morning, June 10, 2010, I was housed in Men's Central Jail, module 2600, C-2. That morning, the deputies took us out of our module, and lined us up in the hallway just outside the module. They had us lined up because we were going to get our hepatitis shots. They were supposed to give us our second round of shots. They had all of us facing the wall in the hallway. They took four of us at a time off the wall to bring us to the mess hall, because that's where the doctors and nurses were giving shots. There were 30 to 40 people lined up against the wall, facing the wall. There were people behind me and in front of me in the line.

4. I was almost to the front of the line to get called in to get my shot. That's when a senior walked by and told me to tuck my shirt in. I was wearing normal cell clothes, and the back of my shirt wasn't tucked in. The senior's kind of a heavyset Hispanic guy. He's bald. His name is Sanchez. I only found out his name later, from a trustie who knew him. And I saw Senior Sanchez last week when I was in the hole, which is where they send you for discipline. A senior works for the sheriff. He has two stripes on his uniform and ranks higher than a deputy but lower than a sergeant.

5. I did tuck my shirt in, and asked if I could get some shoes, because mine have a split in them. Sanchez told me, "Get out of line, jackass." And he told me to strip down. While I was stripping down, all the deputies in the hallways got up off the bench. It seemed like there were about seven of them: white guys and a couple of Hispanics.

6. When I had stripped down to my boxers, the senior told me to get on my knees and cross my ankles. And before I could get down he socked me in the right temple. He hit me with a closed fist, hard enough to make me bleed. I was on my way down to my knees; I was almost at my knees when he hit me. The blow tipped me over, but I stood back up as reflex, catching my balance. Just after he hit me, I thought to myself: "Why did you hit me like this?" Then a deputy

who had come over to my left side hit me with a closed fist on my left temple. When he hit me, he said, "You're going to look at my senior like that?" That was a white guy with a bald head, a big guy.

7. The hit to my left temple was followed up by numerous blows from different people. I went to the ground. The deputies were kicking me and kneeing me. They were kneeing me in my ribs, in my back, in my temple. There were lots of blows at the same time. They were stepping on my arms, but my hands were free, and I was trying to cover my face and head with my hands to protect myself. It felt like one guy was trying to break through my hands to get to my face. All I can say about how hard they were is that they hurt real bad. I had a headache, and my knee was hurting. Later on, after I calmed down, everything else started hurting – my back, my ribs.

8. Two of them kept telling me to put my hands behind my back, but I couldn't because they were stepping on my arm. They were just cussing and stuff, and telling me to put my hands behind my back, but they wouldn't let me. I was never resisting.

9. I don't know exactly who joined in, because I was curled up in a fetal position. It's natural to cover up. I was trying to protect myself, that's why I was in the fetal position. But when I looked up when it was over, I saw no less than five deputies. They were all either Hispanic or white. I think the beating did not last too long, maybe two or three minutes. But, they hit me a lot of times in those two or three minutes. After they'd kneed me, I heard one of them say, "Enough, enough." Most had stopped by then, except for one or two. And they stopped too when one of them said "enough, enough."

10. The senior pointed to two deputies and told them to take me to medical, because I was out of it. They were snapping in my face, saying, "You okay?" Because I was dizzy. The deputies who walked me to medical told me to say I fell down the stairs. They told me that if I'd have listened I wouldn't be here. I said that I just asked for shoes. One of them said that I was supposed to get a shot, not shoes. I said I did listen. I did everything he told me to do. I tucked in my shirt. I stripped down. I was getting to my knees. The deputies who walked me to medical were both Hispanic. One wasn't that big, but you could tell he worked out. The other was slimmer. One was Deputy Sanchez. The other was Deputy Quintana or Quitana. There is a Senior Sanchez and a

Deputy Sanchez – they are different people. I know because they stood by me the whole time when I was in medical, and they had name badges on their shirts.

11. I was in medical for between an hour and a half and two hours. When the nurse asked me what happened, I said I fell down the stairs. I lied because they told me they were going to really beat my ass if I said something else. I was scared. I had bruises on my back. I had bruising on my temple, and on my wrists. Another nurse gave me some pain medication. It was a black lady. I told them I was hurting. They took some x-rays but said nothing was broken.

12. Now I'm in discipline for fighting with the deputies, and I didn't even fight with the deputies. I just asked for some shoes. I went right from medical to discipline.

13. It's not the pain that's making me cry. It's something else. I guess it's just them doing what they want to do to me, and I can't do nothing about it. They just beat me, while I was covered up in a fetal position. I was really scared for my life. I didn't know that was going to happen if I asked for shoes.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 25 day of June, 2010 in Los Angeles, California.

_____/s/_____

**JIMMIE KNOTT**

3
DECLARATION OF JIMMIE KNOTT

# DECLARATION OF JIMMIE KNOTT

I, Jimmie Knott, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I have been an inmate in Men's Central Jail since the beginning of May 2010.

3. On Thursday morning, June 10, 2010, I was housed in Men's Central Jail, module 2600, C-2. That morning, the deputies took us out of our module, and lined us up in the hallway just outside the module. They had us lined up because we were going to get our hepatitis shots. They were supposed to give us our second round of shots. They had all of us facing the wall in the hallway. They took four of us at a time off the wall to bring us to the mess hall, because that's where the doctors and nurses were giving shots. There were 30 to 40 people lined up against the wall, facing the wall. There were people behind me and in front of me in the line.

4. I was almost to the front of the line to get called in to get my shot. That's when a senior walked by and told me to tuck my shirt in. I was wearing normal cell clothes, and the back of my shirt wasn't tucked in. The senior's kind of a heavyset Hispanic guy. He's bald. His name is Sanchez. I only found out his name later, from a trustie who knew him. And I saw Senior Sanchez ~~today~~ last week _JK_ when I was in the hole, which is where they send you for discipline. A senior works for the sheriff.  He has two stripes on his uniform and ranks higher than a deputy but lower than a sergeant.

5. I did tuck my shirt in, and asked if I could get some shoes, because mine have a split in them. Sanchez told me, "Get out of line, jackass." And he told me to strip down. While I was stripping down, all the deputies in the hallways got up off the bench. It seemed like there were about seven of them: white guys and a couple of Hispanics.

6. When I had stripped down to my boxers, the senior told me to get on my knees and cross my ankles. And before I could get down he socked me in the right temple. He hit me with a closed fist, hard enough to make me bleed. I was on my way down to my knees; I was almost at my knees when he hit me. The blow tipped me over, but I stood back up as reflex, catching my balance. Just after he hit me, I ~~blurted out what I was thinking~~ thought to myself: "Why did you hit me like this?"

_J.K._

Then a deputy who had come over to my left side hit me with a closed fist on my left temple. When he hit me, he said, "You're going to look at my senior like that?" That was a white guy with a bald head, a big guy.

7. The hit to my left temple was followed up by numerous blows from different people. I went to the ground. The deputies were kicking me and kneeing me. They were kneeing me in my ribs, in my back, in my temple. There were lots of blows at the same time. They were stepping on my arms, but my hands were free, and I was trying to cover my face and head with my hands to protect myself. It felt like one guy was trying to break through my hands to get to my face. All I can say about how hard they were is that they hurt real bad. I had a headache, and my knee was hurting. Later on, after I calmed down, everything else started hurting – my back, my ribs.

8. Two of them kept telling me to put my hands behind my back, but I couldn't because they were stepping on my arm. They were just cussing and stuff, and telling me to put my hands behind my back, but they wouldn't let me. I was never resisting.

9. I don't know exactly who joined in, because I was curled up in a fetal position. It's natural to cover up. I was trying to protect myself, that's why I was in the fetal position. But when I looked up when it was over, I saw no less than five deputies. They were all either Hispanic or white.

I think the beating did not last too long, maybe two or three minutes. But, they hit me a lot of times in those two or three minutes. After they'd kneed me, I heard one of them say, "Enough, enough." Most had stopped by then, except for one or two. And they stopped too when one of them said "enough, enough."

10. The senior pointed to two deputies and told them to take me to medical, because I was out of it. They were snapping in my face, saying, "You okay?" Because I was dizzy. The deputies who walked me to medical told me to say I fell down the stairs. They told me that if I'd have listened I wouldn't be here. I said that I just asked for shoes. One of them said that I was supposed to get a shot, not shoes. I said I did listen. I did everything he told me to do. I tucked in my shirt. I stripped down. I was getting to my knees. The deputies who walked me to medical were both Hispanic. One wasn't that big, but you could tell he worked out. The other was slimmer. One was Deputy Sanchez. The other was Deputy Quintana or Quitana. There is a Senior Sanchez and a



Deputy Sanchez – they are different people. I know who the deputies were because they stood by me the whole time when I was in medical, and they had name badges on their shirts.

11. I was in medical for between an hour and a half and two hours. When the nurse asked me what happened, I said I fell down the stairs. I lied because they told me they were going to really beat my ass if I said something else. I was scared. I had bruises on my back. I had bruising on my temple, and on my wrists. Another nurse gave me some pain medication. It was a black lady. I told them I was hurting. They took some x-rays but said nothing was broken.

12. Now I'm in discipline for fighting with the deputies, and I didn't even fight with the deputies. I just asked for some shoes. I went right from medical to discipline.

13. It's not the pain that's making me cry. It's something else. I guess it's just them doing what they want to do to me, and I can't do nothing about it. They just beat me, while I was covered up in a fetal position. I was really scared for my life. I didn't know that was going to happen if I asked for shoes.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 25 day of June, 2010 in Los Angeles, California.

**JIMMIE KNOTT**