# DECLARATION OF INMATE WITNESS MR. J RASHAAD PILGRIM

# DECLARATION OF RASHAAD PILGRIM

I, RASHAAD PILGRIM, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     I have been an inmate in the Los Angeles County Jail for 15 months.

3.     On Monday, July 19, 2010, I was housed in Men's Central Jail Module 3200 Row B Cell 6, where I had lived for approximately two months. At about 6:30 a.m. of that day, the deputies of the row opened the cell doors of our cells and told the inmates to line up for pill call. Pill call occurs daily at about the same time and inmates receive their medication during pill call. I lined up with about ten other inmates of my row in the hallway of our row for pill call.

4.     The deputies of the row then told the inmates to face the wall. I did not know the deputies' names at that time; all the deputies look the same to me. The other inmates and I faced the wall of our row. Then a deputy came up from behind me and interlaced my fingers behind my back. The deputy said, "What's your fucking problem?" I did not know what he was referring to because I was just facing the wall, just like the other inmates. I don't know why I was singled out. I replied, "I don't have a problem." The deputy behind me said, "Don't respond!" or something like that. Then the deputy punched me in the right side on my face with a closed fist.

5.     I turned my head a little to the right to see the deputy's name tag on his uniform. The name tag said, "Reza." I don't know if I've seen Deputy Reza before because all the deputies look the same to me. Deputy Reza saw me looking at his name tag and punched me in the right side of my face with a closed fist again. Then another deputy said, "What's your fucking problem?" I did not reply. The deputy punched me in the shoulder. Deputy Reza and the other deputy then left me alone and went to the head of the pill call line.

6.     I stayed in the pill call line, got my pills, and, as I was returning to my cell, I saw the name tag of the other deputy, the one who punched me in the shoulder. His name tag said, "Milpad." I returned to my cell and the other inmates of the row said they saw what happened and that I should call my mother to tell her what happened. Some of the inmates of the row began to shout out their names and booking numbers and said they saw the deputies beat me and would testify against the deputies. I remember some

of their names were Desmond Little, Jamal Smith, and Milton Clank. I called my mother and told her what happened. I was also worried that Deputy Reza and Deputy Milpad heard the other inmates telling me to call my mother and report the incident.

7. A couple minutes later, Deputy Reza and Deputy Milpad opened the cell doors of the row and told the inmates to line up in front of the laundry room in order to go to the day room, where we usually have our recreation time. About 20 other inmates and I lined up outside of the laundry room in the hallway of the row. The two deputies told us to strip to our boxers and shake out our clothes, so that any contraband would fall out. The other inmates and I did that and then we put our clothes back on. The deputies then told everyone to go down to the day room for recreation. Deputy Milpad then told me to stay behind and face the wall.

8. The other inmates left the row and I stayed in the hallway of the row and faced the wall. Deputy Milpad asked me what was in my pockets. I had my socks rolled up in my pockets so I took them out (they didn't fall out when I shook out my clothes during the search) and dropped them to the floor. One the deputies (I do not know which one because I was facing the wall) spread my legs open from behind, like he was going to search me. Then, the deputies began to punch me in the face and head. I lost count of how many punches there were because there were so many. I lost consciousness and when I woke up I was on the floor. The deputies were still punching me. I tried to cover my face with my fingers to protect myself, but then one of the deputies pulled my fingers and bent them, like he was trying to break my fingers off.

9. I screamed for help the entire time and the deputies said, "Stop fighting." I was not fighting. I screamed, "Why?" because I did not know why they were doing this to me and how to make it stop. They kept on punching me in the face and then one of them shoved my head face-first into the concrete floor, chipping my teeth.

10. When I looked up again, I saw about 20 other deputies surrounding me. They took me to the medical clinic at Men's Central Jail. And then the paramedics arrived and took me to Los Angeles County + University of Southern California medical hospital.

11. I was at the hospital from approximately 11 a.m. on Monday, July 19, 2010 to about 2 a.m. on Tuesday, July 20th, 2010. While in the hospital, I had a CAT scan and surgery to remove

hemoglobin in my ear. The doctors told me I had fractures in my face, blunt head trauma, problems with my right ear, and a chipped tooth.

12.    I told the doctors the deputies had beat me and I was afraid to go back to jail. When I got back to jail on Tuesday, July 20, 2010, I was housed in the medical ward at Men's Central Jail, in module 7000.

13.    I have never filed a complaint before and never been put in disciplinary for any reason. I don't know why the deputies targeted me and I am afraid they will try to kill me.

14.    On Saturday, July 24, the deputies told me I was on disciplinary and I lost privileges like recreation, phones, visits and commissary for 29 days for fighting with the deputies. I told the review board the deputies beat me up and I did not fight them but a senior deputy said the deputies would not beat me up for no reason. The senior deputy gave me a paper that said I am on Loss of Privileges" (LOP).

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed July 26, 2010 in Los Angeles, California.

_____

**RASHAAD PILGRIM**

3

# DECLARATION OF RASHAAD PILGRIM

I, RASHAAD PILGRIM, hereby declare:

1.  I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.  I have been an inmate in the Los Angeles County Jail for 15 months.

3.  On Monday, July 19, 2010, I was housed in Men's Central Jail Module 2300 Row B Cell 6, where I had lived for approximately two months. At about 6:30 a.m. of that day, the deputies of the row opened the cell doors of our cells and told the inmates to line up for pill call. Pill call occurs daily at about the same time and inmates receive their medication during pill call. I lined up with about ten other inmates of my row in the hallway of our row for pill call.

4.  The deputies of the row then told the inmates to face the wall. I did not know the deputies' names at that time; all the deputies look the same to me. The other inmates and I faced the wall of our row. Then a deputy came up from behind me and interlaced my fingers behind my back. The deputy said, "What's your fucking problem?" I did not know what he was referring to because I was just facing the wall, just like the other inmates. I don't know why I was singled out. I replied, "I don't have a problem." The deputy behind me said, "Don't respond!" or something like that. Then the deputy punched me in the right side on my face with a closed fist.

5.  I turned my head a little to the right to see the deputy's name tag on his uniform. The name tag said, "Reza." I don't know if I've seen Deputy Reza before because all the deputies look the same to me. Deputy Reza saw me looking at his name tag and punched me in the right side of my face with a closed fist again. Then another deputy said, "What's your fucking problem?" I did not reply. The deputy punched me in the shoulder. Deputy Reza and the other deputy then left me alone and went to the head of the pill call line.

6.  I stayed in the pill call line, got my pills, and, as I was returning to my cell, I saw the name tag of the other deputy, the one who punched me in the shoulder. His name tag said, "Milpad." I returned to my cell and the other inmates of the row said they saw what happened and that I should call my mother to tell her what happened. Some of the inmates of the row began to shout out their names and booking numbers and said they saw the deputies beat me and would testify against the deputies. I remember some

of their names were Desmond Little, Jamal Smith, and Milton Clank. I called my mother and told her what happened. I was also worried that Deputy Reza and Deputy Milpad heard the other inmates telling me to call my mother and report the incident.

7.    A couple minutes later, Deputy Reza and Deputy Milpad opened the cell doors of the row and told the inmates to line up in front of the laundry room in order to go to the day room, where we usually have our recreation time. About 20 other inmates and I lined up outside of the laundry room in the hallway of the row. The two deputies told us to strip to our boxers and shake out our clothes, so that any contraband would fall out. The other inmates and I did that and then we put our clothes back on. The deputies then told everyone to go down to the day room for recreation. Deputy Milpad then told me to stay behind and face the wall.

8.    The other inmates left the row and I stayed in the hallway of the row and faced the wall. Deputy Milpad asked me what was in my pockets. I had my socks rolled up in my pockets so I took them out (they didn't fall out when I shook out my clothes during the search) and dropped them to the floor. One the deputies (I do not know which one because I was facing the wall) spread my legs open from behind, like he was going to search me. Then, the deputies began to punch me in the face and head. I lost count of how many punches there were because there were so many. I lost consciousness and when I woke up I was on the floor. The deputies were still punching me. I tried to cover my face with my fingers to protect myself, but then one of the deputies pulled my fingers and bent them, like he was trying to break my fingers off.

9.    I screamed for help the entire time and the deputies said, "Stop fighting." I was not fighting. I screamed, "Why?" because I did not know why they were doing this to me and how to make it stop. They kept on punching me in the face and then one of them shoved my head face-first into the concrete floor, chipping my teeth.

10.    When I looked up again, I saw about 20 other deputies surrounding me. They took me to the medical clinic at Men's Central Jail. And then the paramedics arrived and took me to Los Angeles County + University of Southern California medical hospital.

11.    I was at the hospital from approximately 11 a.m. on Monday, July 19, 2010 to about 2 a.m. on Tuesday, July 20th, 2010. While in the hospital, I had a CAT scan and surgery to remove

hemoglobin in my ear. The doctors told me I had fractures in my face, blunt head trauma, problems with my right ear, and a chipped tooth.

12.    I told the doctors the deputies had beat me and I was afraid to go back to jail. When I got back to jail on Tuesday, July 20, 2010, I was housed in the medical ward at Men's Central Jail, in module 7000.

13.    I have never filed a complaint before and never been put in disciplinary for any reason. I don't know why the deputies targeted me and I am afraid they will try to kill me.

14. On Saturday, July 24, the deputies told me I was on disciplinary and I lost privileges like recreation, phones, visits, and commissary for 29 days for fighting with the deputies. I told the review board the deputies beat me up and I did not fight them but a senior deputy said the deputies would not beat me for no reason. The senior deputy gave me a papers that said I am on "Loss of Privileges" (LOP).

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed July 23, 2010 in Los Angeles, California.

_____

**RASHAAD PILGRIM**

# DECLARATION OF INMATE WITNESS MR. K LUIS BUENO

## DECLARATION OF LUIS BUENO

I, Luis Bueno, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I have been an inmate in the Los Angeles County Jail System since February of 2010. I am currently being housed in Men's Central Jail.

3. On or about May 29, 2010, I was walking to the church in Men's Central Jail. Normally, inmates classified as level 8, as I am, walk to church in a line without handcuffs or other restraints. We are supposed to walk with our hands in our pockets; however, I was walking with my right hand at my side because my pants had no right pocket. One of the deputies saw my right hand hanging at my side and instructed me to put it in my pocket. When I informed him that I had no pocket, the deputy told me to put the hand in my waist band.

4. I put my right hand in my pants as I was instructed, but the deputy told me to "go home" anyway, indicating that I was to return to my cell and not go to church. I asked the deputy, "I can't go to church today?" to make sure that I was really supposed to return to my cell. He made it clear that I was to turn around and go back, so I left the line of about 20-25 inmates.

5. As I was walking away from the church, the same deputy grabbed me and pushed me up against the wall and asked me if I wanted to get "fucked up." About two more deputies (who I did not get a good look at because I was facing the wall) then walked over and stood next to the original deputy while he forced me to spread my legs and put my hands behind my back. The deputy who originally forced me against the wall then pulled out his mace and pointed it at my face. When I turned my head away, a deputy punched me in my neck. I turned around to defend myself, and the three deputies started violently punching me in the head and body.

6. One of the deputies yelled, "He's fighting," and about seven more deputies ran over to join in. I was quickly knocked to the floor and the group of ten deputies kicked and punched me in my head and body. I then heard one deputy yell "zap him, zap him," as if they were trying to use a taser on me, however, I was never shot with the Taser. After the beating was over and I was being taken away, I heard one deputy tell another deputy that the Taser didn't work, otherwise I believe I would have been

Tasered.

7.  That day I was taken to LCMC, and later that night I was transferred back to Men Central.  The next day, though, the doctor from LCMC had me transferred back to LCMC because a CAT scan they had previously taken showed that I had a swollen artery in my brain, and they wanted to take another scan.  After the scan, they sent me from LCMC to Twin Towers where I spent the next week.

8.  The deputies beat me so badly that they fractured my nose, tore a ligament in my ankle, caused an artery in my brain to swell, and possibly broke several of my ribs.  My ribs are still painful and I'm waiting for the swelling in my ankle to go down before the doctors can determine whether or not I need surgery.  I am also scared to go to church now for the fear that I will see the same deputies.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 14th day of July, 2010 in Los Angeles, California.

_____

**Luis Bueno**

## DECLARATION OF LUIS BUENO

I, Luis Bueno, hereby declare:

1.  I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.  I have been an inmate in the Los Angeles County Jail System since February of 2010.  I am currently being housed in Men's Central Jail.

3.  On or about May 29, 2010, I was walking to the church in Men's Central Jail.  Normally, inmates classified as level 8, as I am, walk to church in a line without handcuffs or other restraints.  We are supposed to walk with our hands in our pockets; however, I was walking with my right hand at my side ~~and my left hand in my waist~~ band because my pants had no pockets in them.  One of the deputies saw my right hand hanging at my side and instructed me to put it in my pocket.  When I informed him that I had no pockets, the deputy told me to put the hand in my waist band.

4.  I put my right hand in my pants as I was instructed, but the deputy told me to "go home" anyway, indicating that I was to return to my cell and not go to church.  I asked the deputy, "I can't go to church today?" to make sure that I was really supposed to return to my cell.  He made it clear that I was to turn around and go back, so I left the line of about 20-25 inmates.

5.  As I was walking away from the church, the same deputy grabbed me and pushed me up against the wall and asked me if I wanted to get "fucked up."  About two more deputies (who I did not get a good look at because I was facing the wall) then walked over and stood next to the original deputy while he forced me to spread my legs and put my hands behind my back.  The deputy who originally forced me against the wall then pulled out his mace and pointed it at my face.  When I turned my head away, a deputy punched me in my neck.  I turned around to defend myself, and the three deputies started violently punching me in the head and body.

6.  One of the deputies yelled, "He's fighting," and about seven more deputies ran over to join in.  I was quickly knocked to the floor and the group of ten deputies kicked and punched me in my head and body.  I then heard one deputy yell "zap him, zap him," as if they were trying to use a taser on me, however, I was never shot with the Taser.  After the beating was over and I was being taken away, I heard one deputy tell another deputy that the Taser didn't work, otherwise I believe I would have been

1
DECLARATION OF LUIS BUENO

Tasered.

7. That day I was taken to OCMC, and later that night I was transferred back to Men Central. The next day, though, the doctor from OCMC had me transferred back to OCMC because a CAT scan they had previously taken showed that I had a swollen artery in my brain, and they wanted to take another scan. After the scan, they sent me from OCMC to Twin Towers where I spent the next week.

8. The deputies beat me so badly that they fractured my nose, tore a ligament in my ankle, caused an artery in my brain to swell, and possibly broke several of my ribs. My ribs are still painful and I'm waiting for the swelling in my ankle to go down before the doctors can determine whether or not I need surgery. I am also scared to go to church now for the fear that I will see the same deputies.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 14th day of July, 2010 in Los Angeles, California.

*Luis Bueno*

**Luis Bueno**

# DECLARATION OF INMATE WITNESS MR. L JOSEPH HAGER

**Declaration of Joseph Hager**

I, Joseph Hager, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    My name is Joseph Hager. I am currently housed at Men's Central Jail. I have been here since June 2009. I might be here for another year. I am 23 years old.

3.    On June 15th, 2010, I was in my cell when a deputy approached me and told me that it was time for me to go to the law library. At the time I was a pro-per and as a pro-per I am entitled to 1 hour and 30 minutes of law library time. That day I was scheduled to go to the law library from 6 pm - 7:30 pm. At 4:30 pm a deputy told me it was time for my law library even though it was 1 hr 30 min before I was schedule to go. I exited my cell and followed orders. I walked to the end of the tier.

4.    When I got to the end of the tier, I was handcuffed behind my back. Another deputy came out of the module office at the front of the tier. The deputy said to me, "Hager, Why do you keep calling law library? We heard you. Shut the fuck up." Since I am housed at the front of the row, I and the other inmates around me call out "law library" for the inmates farther down the row to make sure that the deputies remember to give them their law library time at the appropriate hour. It is our way of helping each other out. This happens everyday so me calling out law library on this particular day was not out of the ordinary. Also, every time that I have called out law library before I have never had a deputy respond to me with hostility.

5.    The deputy who had yelled at me grabbed the back of my shirt by my neck collar and dragged me to the law library which is about 40 ft away from the tier. He pushed me up against the wall. My face was pushed against the wall. He violently kicked my left ankle out with so much force that my ankle started bleeding. He started searching me and pushing my body and my face into the wall. I started asking him why he was doing this. He took the back of my shirt and took me down to the ground. I had not been resisting and I was still handcuffed. He told me to "shut the fuck up." I said "okay okay." He picked me up and was dragging me like I was an unruly dog or something back to the tier. He said I wasn't getting my law library time to day.

Page 131

When we got back to the front of the row he slammed my face into the edge of the door frame. I dropped to the ground and blacked out. When I came to, I was being kicked in the head and punched in the face. Deputy Chavez and Gonzalez were beating me. I was trying to move my face but they kept punching the back of my head and kicking me in the head with their boots. I blacked out again and when I came to there was a knee in my face. They kept yelling "stop resisting" even though I wasn't moving and was handcuffed the entire time. Deputy Chavez picked me up and said "I tried to kill you. You are lucky you are still breathing."

6.      I was sitting cross-legged on the ground. I asked him why he had hit me and when I tried to say something else he punched me again. I heard that they were searching my cell. I then saw a few deputies bring out my confidential legal materials even though they are not allowed to search my cell unless I am watching and they video tape it.

7.      I then was taken to medical. X-rays were taken. I had a fractured right side of my face, a huge black eye, and bumps all over my head from where they had hit me. Both of my ears were swollen and my mouth was bleeding.

8.      The deputies then interviewed me on camera. I told them that I had slipped in the shower. I lied because I figured if I said anything I would have more problems with the deputies. I was then sent to the hole. I was there for 29 days. They said I was being charged with assault on the deputy who had beat me up. They said I had attempted to headbutt him and violently kick him even though I was handcuffed and either up against the wall or on the ground during the whole thing.

9.      Since then deputies come to my cell to provoke me and taunt me.


I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 20th day of July, 2010 in Los Angeles, California.

_____

Joseph Hager

2

**Declaration of** Joseph Hager

I, Joseph Hager , hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. My name is Joseph Hager. I am currently housed at Men's central Jail. I have been here since ~~May~~ June 2009. I might be here for another year. I am 23 years old.

3. On June 15th, 2010 I was in my cell when a deputy approached me and told me that it was time for me to go to the law library. At the time, I was a pro-per and as a pro-per I am entitled to 1 hour and 30 minutes of law library time. That day I was scheduled to go to the law library from 6 pm - 7:30 pm. At 4:30 pm a deputy told me it was time for my law library even though it was 1 hr 30 min before I was scheduled to go. I exited my cell and followed orders. I walked to the end of the tier.

4. When I got to the end of the tier, I was handcuffed behind my back. Another deputy came out of the module office at the front of the tier. The deputy said to me, "Hager, why do you keep calling

1932469

law library? We heard you. Shut the Fuck up." Since I am housed at the front of the row, I and the other inmates around me call out "law library" for the inmates farther down the row to make sure that the deputies remember to give them their law library time at the appropriate hour. It is our way of helping each other out. This happens everyday so me calling out law library on this particular day was not out of the ordinary. Also, every time that I have called out law library before I have never had a deputy respond to me with hostility.

5. The deputy who had yelled at me grabbed the back of my shirt by my neck collar and dragged me to the law library which is about 40 ft away from the tier. He pushed me up against the wall. My face was pushed against the wall. He violently kicked my left ankle out with so much force that my ankle started bleeding. He started searching me and pushing my body and my face into the wall. I started asking him why he was doing this. He took the back of my shirt and took me down to the ground. I had not been resisting and I was

2

1932469

still handcuffed. He told me to "shut the fuck up." I said "okay okay." He picked me up and was dragging me like I was an unruly dog or something back to the tier. He said I wasn't getting my law library time today. When we got back to the front of the row he slammed my face into the edge of the door frame. I dropped to the ground and blacked out. When I came to, I was being kicked in the head and punched in the face. Deputy Chavez and Gonzalez were beating me. I was trying to move my face but they kept punching the back of my head and kicking me in the head with their boots. I blacked out again and when I came to there was a knee in my face. They kept yelling "stop resisting" even though I wasn't moving and was handcuffed this entire time. Deputy Chavez picked me up and said "I tried to kill you. You are lucky you are still breathing."

6. I was sitting cross-legged on the ground. He sat me down in a chair. I asked him why he had hit me and when I tried to say something else he punched me again. I heard that they were searching my cell. I then saw a few deputies bring out my confidential legal materials even

2

though they are not allowed to search my cell unless I am watching and they video tape it

7. I then was taken to medical. X-rays were taken. I had a fractured right side of my face, a huge black eye, and bumps all over my head from when they had hit me. Both of my ears were swollen and my mouth was bleeding.

8. The deputies then interviewed me on camera. I told them that I had slipped in the shower. I lied because I figured it I said anything I would have more problems with the deputies. I was then sent to the hole. I was there for 29 days. They said I was being charged with assault on the deputy who had beat me up. They said I had attempted to head butt him and violently kick him even though I was

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this _____ day of _____, 2009 in Los Angeles, California.

_____

X _____ 3

handcuffed and either up against a wall or on the ground during the whole thing.

9. Since then deputies come to my cell to provoke me and taunt me.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 20th day of July, 2009 in Los Angeles, California.

3

# DECLARATION OF INMATE WITNESS MR. M

This page intentionally left blank

# DECLARATION OF INMATE WITNESS MR. N WALTER MORALES

# DECLARATION OF WALTER MORALES

I, Walter Morales, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I have been in the custody of the Los Angeles County Sheriff's Department since late May. Since then, I have been housed at Men's Central Jail. I am eighteen years old and this is my first time in jail.

3. When I was first taken into Men's Central Jail I was housed in Baker 18 in module 3500. This was a one-man cell in the high-security section of the jail because I am classified as a K-10 inmate. During my time living there, I was beaten by deputies several times – often more than once a day -- for about a week.

4. The beatings started on my second day here at Men's Central. I was woken up in the morning by a deputy hitting my leg with a flashlight. I heard him say "get down," so I came down off the bunk. This first guy was Caucasian and had a pretty stocky build. He had a little bit of hair on the top of his head and buzzed short on the sides.

5. After I got down from my bunk, I saw three or four more deputies grouped outside my cell. At first they looked around the hallway. It seemed like they were checking to see if any other inmates on the row were watching or awake, but then they didn't seem to care and came in my cell. I remember hearing the cell door open and seeing them all come in at once.

6. I heard one of them ask me what I was in jail for. I'm in jail because I am charged with shooting at deputies. I did not know about it at the time but I have since learned that my case was in the news. I can't think of any other reason why the deputies would do this. I never did anything to them. I was just minding my own business.

7. They started beating me all over my chest, legs, and face with closed fists and flashlights. One of their flashlights cut me in such a way that it has left a visible scar above my left eye. I was screaming out in pain, but one of the deputies just told me to "shut up."

8. These beatings happened routinely while I was in module 3500. There were the morning beatings that happened like that first one I described. Then there were the later beatings with the second

1

DECLARATION OF WALTER MORALES                                    Page 139

shift of deputies. Deputies would switch shifts at 2:00 pm, so I was beaten by two different groups of deputies each day.

9. The evening beatings happened after every time I visited the nurse. I visited the nurse every day between 6:30 and 7:30 pm to treat a dog bite on my leg that I had from before I was arrested. Because I'm a K-10, I have to be escorted to the nurse by deputies and I am always in chains and handcuffs. They would tie the chains on me so tight that I have a scar on the side of my stomach from them cutting into my skin.

10. After I would see the nurse, the deputies would take me to the side of the hallway outside my cell and beat me up. I didn't do anything to provoke them. Because of the chains and handcuffs, I could barely move as it was. There was always more than one of them, usually around three or four. Each time they used their fists and flashlights and hit me all over my body, including my face. After the beating, they would walk me to my cell and I'd just go to sleep. I knew once I woke up it would happen all over again.

11. I'm pretty sure that the other inmates on my hall knew what was going on. I don't think they could see the beatings, but I'm sure they could hear them. After I'd come back from the nurse one of them would ask me, "They beat you up again?" and I'd answer, "Yeah." They would ask if I was all right, and I'd just say "yeah." I really didn't want to talk about it too much. I was afraid the deputies would take it out on me even more if I talked about it or complained to other inmates.

12. These beatings happened routinely every day for about a week until they moved me downstairs to Charlie Row 1750. I don't know why I was transferred, but I'm glad I was. I figure that the beatings would've kept happening if I wasn't, because one of the deputies told me I was lucky I was getting transferred. I never complained about these beatings to anyone. A few days after I was transferred from 3500 to 1750, someone from the ACLU came to my cell and asked if I would talk about these beatings. She said she knew about what happened because the inmates who were housed next to me in 3500 told her about me. I was scared to talk to the ACLU about what happened but I decided to do so because I wanted to tell somebody about what happened. I didn't tell anyone before because I did not know what would happen. I think my sister may have

called the ACLU to report what happened because I told her about the beatings on the phone. I did not know she was going to call and I did not ask her to call.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed June 30, 2010 in Los Angeles, California.

_____

**WALTER MORALES**

# DECLARATION OF WALTER MORALES

I, Walter Morales, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I have been in the custody of the Los Angeles County Sheriff's Department since late May. Since then, I have been housed at Men's Central Jail. I am eighteen years old and this is my first time in jail.

3. When I was first taken into Men's Central Jail I was housed in Baker 18 in module 3500. This was a one-man cell in the high-security section of the jail because I am classified as a K-10 inmate. During my time living there, I was beaten by deputies several times – often more than once a day -- for about a week.

4. The beatings started on my second day here at Men's Central. I was woken up in the morning by a deputy hitting my leg with a flashlight. I heard him say "get down," so I came down off the bunk. This first guy was Caucasian and had a pretty stocky build. He had a little bit of hair on the top of his head and buzzed short on the sides.

5. After I got down from my bunk, I saw three or four more deputies grouped outside my cell. At first they looked around the hallway. It seemed like they were checking to see if any other inmates on the row were watching or awake, but then they didn't seem to care and came in my cell. I remember hearing the cell door open and seeing them all come in at once.

6. I heard one of them ask me what I was in jail for. I'm in jail because I am charged with shooting at deputies. I did not know about it at the time but I have since learned that my case was in the news. I can't think of any other reason why the deputies would do this. I never did anything to them. I was just minding my own business.

7. They started beating me all over my chest, legs, and face with closed fists and flashlights. One of their flashlights cut me in such a way that it has left a visible scar above my left eye. I was screaming out in pain, but one of the deputies just told me to "shut up."

8. These beatings happened routinely while I was in module 3500. There were the morning beatings that happened like that first one I described. Then there were the later beatings with the second

shift of deputies.  Deputies would switch shifts at 2:00 pm, so I was beaten by two different groups of deputies each day.

9. The evening beatings happened after every time I visited the nurse.  I visited the nurse every day between 6:30 and 7:30 pm to treat a dog bite on my leg that I had from before I was arrested.  Because I'm a K-10, I have to be escorted to the nurse by deputies and I am always in chains and handcuffs.  They would tie the chains on me so tight that I have a scar on the side of my stomach from them cutting into my skin.

10. After I would see the nurse, the deputies would take me to the side of the hallway outside my cell and beat me up.  I didn't do anything to provoke them.  Because of the chains and handcuffs, I could barely move as it was.  There was always more than one of them, usually around three or four.  Each time they used their fists and flashlights and hit me all over my body, including my face.  After the beating, they would walk me to my cell and I'd just go to sleep.  I knew once I woke up it would happen all over again.

11. I'm pretty sure that the other inmates on my hall knew what was going on.  I don't think they could see the beatings, but I'm sure they could hear them.  After I'd come back from the nurse one of them would ask me, "They beat you up again?" and I'd answer, "Yeah."  They would ask if I was all right, and I'd just say "yeah."  I really didn't want to talk about it too much.  I was afraid the deputies would take it out on me even more if I talked about it or complained to other inmates.

12. These beatings happened routinely every day for about a week until they moved me downstairs to Charlie Row 1750.  I don't know why I was transferred, but I'm glad I was.  I figure that the beatings would've kept happening if I wasn't, because one of the deputies told me I was lucky I was getting transferred.  I never complained about these beatings to anyone.  A few days after I was transferred from 3500 to 1750, someone from the ACLU came to my cell and asked if I would talk about these beatings.  She said she knew about what happened because the inmates who were housed next to me in 3500 told her about me.  I was scared to talk to the ACLU about what happened but I decided to do so because I wanted to tell somebody about what happened. I didn't tell anyone xWM

W.M
X

before because I did not know what would happen. I think my sister may have called the ACCU to report what happened because I told her about the beatings

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed June 29, 2010 in Los Angeles, California.

30 X W.M

X *Walter Morales*

**WALTER MORALES**

X W.M
On the phone. I did not know she was going to call and I did not ask her to call.

X W.M

# DECLARATION OF INMATE WITNESS MR. O RAFAEL SOLORZANO

# DECLARATION OF RAFAEL SOLORZANO

I, Rafael Solorzano, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I have been an inmate in the Los Angeles County jail system since I was arrested on April 15, 2010 for a parole violation. Since then I have been moved between North County Correctional Facility (NCCF), Men's Central Jail, and Lancaster State Prison.

3. On May 5 of this year, at about 7:30 PM, five or six deputies beat me up outside of my dorm. At the time I was housed in the 722 dorm at NCCF. I was supposed to go to a parole hearing that day. As I left the dorm, the deputy on duty told me to go down the ramp and make a right. I went down the ramp and had just turned right around the corner when another deputy grabbed me from behind and tackled me to the ground in the hallway. He told me to put my hands behind my back, and I did as he said because I didn't want any trouble. Once my hands were back the deputy handcuffed me as I laid facedown on the ground. Then I heard something on the jail speakers about a 415. I've heard that code and it usually means that a fight between inmates has broken out.

4. I heard the "ding" of an elevator and the next thing I know I was being beaten by five or six deputies. Since I heard the elevator sound I assumed that these deputies had arrived from the elevator. They hit me all over my body, but especially on my lower back, with their flashlights and batons. I was down on the ground the whole time, but my head was turned sideways so I saw a few of the deputies. Two were black, one was white, and one was Asian. The Asian deputy was female and had a colored tattoo on her upper arm. I did not see the deputies' nametags so I do not remember their names.

5. At the time, I did not know why the deputies were beating me. All I had done was to walk out of my dorm and turn right just like I had been told. Later I found out that the deputies claimed that I had been involved in the fight that had broken out on the hallway. I found this out from my family, who have read the court papers in the case I am involved in now. This is the case where the deputies have accused me of resisting on the day they beat me.

6. I don't remember how long the beating lasted because I was going in and out of consciousness. I was in excruciating pain. On a scale of one to ten, the force of the blows felt like a ten. I was yelling out "My back! My back!" and crying from the pain but the deputies just told me to shut up. Then one of the deputies kicked me in the face so hard that I started to black out. The next thing I remember was a deputy tasering me, which brought me back to consciousness. He tasered me on my right and left butt cheek and the pain cleared my vision. I don't know why they brought out the tasers because I wasn't resisting. I was still handcuffed so it would have been extremely difficult for me to do that.

7. Then the deputies dragged me to a random empty cell that was nearby. They kept telling me to stand up, but my legs were numb and I couldn't stand on my own. They had to pull me by my arms to the open cell where they dumped me on the ground.

8. I waited there for a little while until a sergeant and a senior came into the cell. I knew their rank because of the stripes they had on their uniforms, but I don't remember their names. One of them had glasses, and the sergeant had black and gray hair. Both were Caucasian. They ordered me to stand up, but I told them I couldn't feel my legs. They didn't seem to believe that I couldn't stand up because they kept saying "Get up, we're not playing around." It seemed like they were trying to pick a fight because one of them asked me "Oh, you want to get involved?" The senior and sergeant each grabbed one of my arms and tried to stand me up, but my legs kept collapsing and then they would let go of my arms and drop me to the floor. They did this more than once.

9. After I kept collapsing one of the two said "Oh, he's had enough" and ordered a gurney. A deputy brought a wheelchair and I was taken to the jail infirmary. There I waited two hours until I was taken by ambulance to the Los Angeles County Medical Center (LCMC).

10. I stayed at LCMC for five days in the paraplegic ward. The staff put me there because I had lost sensation in both my legs. Doctors would come in and prick my feet with pins but I could not feel anything. I also could not move my legs. The staff also told me I had significant damage done to my lower back and that this is probably the cause of my leg problems. On the fourth day, I began to feel again in my right leg, but not my left. The doctors there told me that my left leg might be permanently paralyzed. Since I was only at the hospital for a short time, I didn't get any

treatment. They would check up on me from time to time, but that's it.

11. On May 10 or 11 I was taken back to jail but this time I went to Men's Central Jail. I came in with a wheelchair, but the deputies took it away from me as soon as I got there. They told me I was to be housed on the 7000 floor, which is where inmates go who have crutches and walkers. The deputies told me that no wheelchair was allowed there so they gave me a walker. I tried to explain to them that I couldn't walk using only a walker. All of my weight was on my right leg, and every time I tried to stand it would give out and I would fall over. The deputy told me, "Well you'd better learn." It was so difficult for me to get around my dorm with the walker that several inmates from that floor helped me get to my bed.

12. On May 20 a deputy came by my cell to tell me that I was being declassified into general population. That would mean that I couldn't even have a walker. I told him that that was impossible and that I could not walk without help. The doctors at LCMC had told me that my left leg was paralyzed and every time I tried to use it I would fall over. I told him that I refused to be declassified. I saw a sergeant walking by and told him what was happening in the hope that he would fix the situation. Instead, he told me that refusing declassification would mean ten days in the hole for me. The hole is solitary confinement with no phone calls or visits. It is used as discipline for inmates. I decided to go to the hole because I did not know how I could possibly get around without my walker. Deputy Gonzalez is the one who took me to the hole. I remember his name because I have paperwork from the jail about my discipline and he was identified on it as the one who gave me my discipline.

13. I was in the hole for six days when a deputy came by and said "Today's your lucky day." He told me that they would let me out of confinement if I agreed to be put in general population. By that time I wanted to call my family so badly that I agreed. A deputy escorted me to the 5550 module where I was to stay. I had to hold on to the wall the whole way there, and the deputy did not help me. He asked me if I was going to make it, and I said "yes," but it was very difficult for me to walk without a walker. A few days later, I was issued a leg brace by the jail medical staff. This allowed me to walk without holding onto a wall or another inmate.

14. On June 2, I was transferred to Lancaster State Prison to serve my time for the parole violation.

While I was there I was seen by the prison medical staff. The nurse I met with looked at my paperwork and asked me if I had come from county jail. I told her that I had. She said that she knew because my paperwork was messed up. She said something like "the paperwork has the wrong explanations" for the injury and that the medications were wrong. She also asked me if I had been beaten up by deputies and I told her that I had. She did not seem to be surprised by this.

15. When she examined me she knew immediately that something was wrong because my left leg was so much smaller than my right one. She said that I was losing muscle because I couldn't use that leg. She told me that I would need surgery, but the prison medical center was not properly equipped to do it. I was prescribed Tylenol 3 for my injuries and received it during my stay at the Lancaster prison.

16. On June 26 I was taken back to Men's Central Jail. The corrections officer told me that it was because I was being charged by the deputies with resisting. At the time I did not know the specifics of the charge, but since then I have found out that it was the deputies who beat me up on May 5 that were accusing me of resisting them on that day. I was told this by my family, who I had been calling about this new case. I also found out from my family at this time that the deputies claimed I was a part of the nearby fight between inmates. My release date is set for November, so I don't know why I was not allowed to serve this time in prison. I guess it is because they want me back at the Los Angeles County jails to answer for the new charges.

17. When I came back to Men's Central Jail they gave me a wheelchair, but they took away the brace that I used to get around. I thought that was strange because this was the same leg brace that they had given me the last time I was in Men's Central Jail. Then they took me to 8119 which is on the floor for people with wheelchairs. That is where I am currently housed.

18. It has now been over two months since the beating and my left leg is still paralyzed. I need my wheelchair to go anywhere. I continue to feel pain in my lower back, but the jail only gives me Motrin which does almost nothing. They will not let me have the Tylenol 3 that I got at Lancaster, even though I have the prescription for it. The nurse at Lancaster had told me I needed surgery, but I have yet to see a doctor at Men's Central Jail. I have been on the doctor's line for a month and I am still waiting.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed August 24, 2010 in Los Angeles, California.


RAFAEL SOLORZANO

# DECLARATION OF INMATE WITNESS MR. P ALEX KREHBIEL

# DECLARATION OF ALEX KREHBIEL

I, Alex Krehbiel, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    I have been housed in Men's Central Jail since May 19, 2010.

3.    On Thursday, July 29, 2010, I met with my attorney, Jonathan Mandel, for about 30 minutes in the attorney room.  When I finished, I began to walk back to my housing unit.

4.    On the way back, I decided to walk to the medical clinic to try to get treatment for a bad cough I had.  I waited there for about 30 minutes until a nurse told me that since I didn't have a sick pass I would have to return to my housing unit without getting treatment.

5.    I walked back to my housing unit, 32/3400.  When I arrived at the unit, I saw that the door separating the housing unit from the hallway was closed and locked.  I approached the closed door and stood there, looking around to see if I could find a deputy to let me in.

6.    The door to the adjacent unit was open, so inmates were able to look through the cracks in their cells to see me.

7.    An inmate from that unit must have seen me, because someone yelled out, "Hey Little Raymond Steve!" which is my nickname.  I couldn't see who was yelling, so I yelled back in the direction of that unit, "Hey who was that?"

8.    The yelling drew the attention of a group of about six deputies who were standing at the other end of the tier.  One of the deputies in the group started to walk toward me as he yelled, "What the fuck are you doing?  What the fuck do you think you're doing?"  The other deputies in the group were just watching what was happening.

9.    The deputy who walked toward me was white and he looked like he was in his early 40s. He had a thin build and stood about 6 feet tall.  He wore glasses and had a blonde buzz cut that was going a little grey.  He must have been a sergeant or lieutenant or something more senior because he had gold bars on his shoulders.

10.    He continued to approach me, and I told him that I was coming back from the attorney room and the door to my housing unit was closed.  He kind of ignored what I was saying and kept yelling

at me, "Why are you yelling?" so I quietly told him, "I'm sorry, I'm sorry."

11.    When he got really close to me he yelled at me to face the wall. I turned my body to face the wall and he yelled in my right ear, "This is my fucking house! Where do you think you are? This is my fucking house!"

12.    As he was yelling at me, he tried to grab my head and slam my forehead against the wall with his hands. The first time he tried, I stiffened my neck away from the wall and squirmed around, so he wasn't able to get a lot of leverage. He tried to slam my head a second time and I wasn't able to resist, so my forehead slammed hard against the wall. I had a bruise on the upper right side of my forehead for a few days after that.

13.    When the deputy slammed my head the second time, an inmate yelled out, "Hey stop, leave him alone!" The deputy heard that and he eased up on me. So he stopped holding my head and walked away.

14.    The other deputies in the group had been watching this whole thing. Once the deputy who had slammed my head against the wall left, they all started walking closer to me and taunting me. I looked around at all of them closing in on me and it was then that I had the feeling that I was going to get beat up.

15.    One of the deputies told me to face the wall again, so I faced the wall. He came up behind me and punched me on the right side of my ribs. I flinched and bent over to my right side and another deputy punched me in the right side of my face. His fist pressed my cheek hard against my teeth and the inside of my cheek split open.

16.    I asked them, "Why are you doing this?" but they just yelled back at me, "Shut the fuck up!"

17.    The group of deputies pushed me into the laundry room. The laundry room was empty, and no other inmate could see what was going on. Then they just began to beat the hell out of me.

18.    One of them swept my legs out from under me with his leg and I fell onto my side. They all beat me, punching and kicking me on the back of my head, on my ribs, and on my back.

19.    I was in shock, I didn't know why they were beating me up and I couldn't believe this was happening. They all had turns beating me, and I was wrestling around on the ground with one of them

for a little while. While they were doing this I was yelling at them asking them why they were doing this to me. They kept yelling "We're not jumping you! Shut the fuck up! Where you from, asshole? Where you from?"

20.    I tried to dodge them all as best I could, but there were so many deputies and I couldn't get out of the laundry room. I got beaten up pretty badly. One deputy especially was trying to punch me over and over, and all I could do was evade and block the punches with my hands and arms as best I could. We were wrestling around on the floor for several minutes.

21.    After a little while I just balled up small as I could on the floor. That same deputy yelled at me, "Why are you balling up? Why are you balling up?" I yelled back at him, "Because you're beating the hell out of me!" And he yelled back, "You're tough, aren't you? You're tough!" I think he was getting frustrated that he wasn't landing hard punches or maybe that I wasn't punching him back. He kept trying to hit me, but after a while I successfully held his hands away from me so he couldn't punch me anymore. Once I did that, he yelled to the other deputies, "Cuff him! He's getting an add charge!" I heard that and I yelled back, "For what? Y'all just beat the hell out of me!" They didn't actually cuff me at that time, though.

22.    I wear my hair in two braided ponytails that reach a few inches below my collar bone. One of the deputies pushed me on my stomach, held his knee on my upper back, and pulled my braids up to force my head off the ground. I couldn't see what he looked like because I was face down on the ground.

23.    I saw a spray can coming at me out of the corner of my eye, and he sprayed me in the face with mace. It went right in my eyes and my eyes were burning and burning. It was really painful. The mace dripped into my mouth and I swallowed some of it. It got into my lungs, which made me hack and cough. I was still on my belly and I tried to roll over on my side a little bit so I could breathe better, but the deputy kept pushing me back on the ground. I thought I was going to suffocate. I was hurting bad from the beating, but the mace was the worst part.

24.    When they sprayed me, I got so scared that I started yelling out, "Help! Help!" When I started yelling, one of the deputies picked my head up as far off of the ground as he could, and then slammed it down on the ground two times. Then I just lay there for a while, moaning incoherently.

25.     They brought me out of the laundry room to another hallway somewhere to a deputy with a handheld camcorder and asked me questions about what had happened. I don't know exactly where we went because my eyes were still burning from the mace. I could barely see anything, so they had to guide me forward by holding my arms and pointing me in the right direction. I was just hoping they wouldn't run me into anything.

26.     The deputy turned the camcorder off and said, "Listen, I know how these things happen. Next time just let them cuff you and don't say anything." I told him, "That's not what they wanted to do. They *did* what they wanted to do."

27.     He sighed and told me, "I don't want inmates thinking they can run their own program. I also don't want inmates getting the shit beat out of them."

28.     After I was done, they guided me over to the medical clinic where someone put drops in my eyes to neutralize the mace. I felt so beat up that I was scared of how I was going to look. When I was able to open my eyes a little bit I was surprised that I didn't look beaten and bloody. They also bandaged a cut on my forehead and took x-rays of my ribs. Then a couple deputies took me back to my housing unit.

29.     For days after that, I had a big, dark bruise under my right eye and all these knots and contusions all over my head. My ribs began to hurt worse and worse as the bruises developed. Two weeks later, I still have trouble breathing, moving, and sleeping. As a result of this incident, I was given twenty-nine days in the hole.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed September 1, 2010 in Los Angeles, California.

Alex Krehbiel

# DECLARATION OF INMATE WITNESS MR. Q SANTIAGO SANCHEZ

## DECLARATION OF SANTIAGO SANCHEZ

I, Santiago Sanchez, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I was housed in Men's Central Jail between June 24, 2010 and July 8, 2010.

3. On Saturday, June 26, 2010, I received a visit from my girlfriend, Viviana, and my mother. I spoke with them in the visitation room for the allotted 15 minutes.

4. During the visit, I was sitting on the third stool from the end of the row, with the deputy standing at the end of the row. There were two inmates between me and the deputy, and the deputy was at least four feet away from me. I had seen him in the jail earlier that week but I had never learned his name. He was black, taller than I am, with a skinny build and a bald head. He appeared to be in his 30s.

5. Jail protocol during visits is that all of the inmates receiving visits during a particular time slot enter and leave the visitation room at the same time, so when the time for my visit had run out, I waited on the stool for about one minute because the other inmates had not yet gotten up to leave the room. When the other inmates began standing up, I stood up and began to walk towards the door.

6. The deputy who had been standing next to me during my visit followed me for a second as I walked towards the door. Suddenly the deputy grabbed me from behind by my shirt- one of his hands grabbed the back of my neck with the other at my lower back. In one motion he swung me against a large steel electrical pole that was flush against the wall. When my chin hit the pole, I involuntarily grunted in pain, like "ooh". In response, the deputy mocked me by imitating the sound I had made, but in a higher pitch, and he said "my bad".

7. Then he quickly restrained me by forcefully twisting both of my hands behind my back and applying pressure, so that my fingers were pressed between the top of my shoulder blades. This position was really painful. While using one of his hands to restrain my hands behind me, the deputy put his other hand on the back of my head, and slammed my head down so the right side of my face smacked the metal counter in the visitation room.

8. He continued to restrain me so I was bent forward at my waist with my arms twisted up behind my back. I had not said anything at all to the deputy at that point, and I did not know why he had hurt me or why he was restraining me. During my visit I did not notice him listening to my conversation, or looking at me. When he slammed my head down, I asked him, "What are you doing this for? What did I do?"

9. Then he started yelling at me. From behind me he yelled, "If you don't want your clothes I can put you in some raggedy ass shit!" I had no idea what the deputy was referring to, so I didn't respond.

10. Then the deputy yelled at me, "Did you just fart on me?" Of course I hadn't farted on him, so I told him, "No, I didn't fart on you."

11. The deputy continued to verbally harass me while he restrained me, like he was trying to stir something up to give him a reason to restrain me. I knew I should shut up, so I answered his questions only with "Yes, sir" and "No, sir." When he was done talking to me, he stopped restraining me and he let me walk out. I think he just wanted an excuse to push somebody around.

12. The whole incident lasted only about two minutes, but the right side of my cheek, chin, and neck were in pain and bruised for three days from where the deputy had slammed me against the metal pole.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed July 15, 2010 in Castaic, California.

**Santiago Sanchez**

2
DECLARATION OF SANTIAGO SANCHEZ