# DECLARATION OF INMATE WITNESS MR. W ALBERTO CARRERAS

**Declaración de Alberto Carreras**

Yo, Alberto Carreras, declaro lo siguiente:

1.      Yo hago esta declaración basado en mi propio conocimiento y si fuera llamado a testificar podría y lo haría competentemente de esta manera:

2.      Yo soy preso en el sistema de cárceles del Condado de Los Angeles desde 27 de agosto, 2010 hasta el 10 de junio 2011 cuando me trasladaron a North Kern State Prison. Cuando estaba en Men's Central Jail me tenían en el 7100 block; la sala médica de la cárcel. Mi número de preso era 2456033. Me tenían en la sala médica porque padezco de piedras en los riñones; a causa de esto traigo puesto un catéter. Es obvio que tengo un catéter; se ve a primera vista.

3.      Yo hablo inglés. Puedo entender órdenes básicas y sostener conversaciones simples pero me siento más cómodo hablando en mi primera lengua, el español.

4.      El 1 de marzo 2011, o una fecha cercana, yo caminaba a mi celda de regreso de la biblioteca legal. No alcancé llegar a la hora de comida así que le pregunté al Deputy Sánchez si podía darme un plato de comida. La comida nos la sirven desde un carrito el cual ubican cerca de las regaderas al fin de un pasillo que queda en medio de dos diferentes secciones de la cárcel. Deputy Sánchez no quería que los otros presos pensaran que yo comí dos veces; me dijo que fuera a agarrar un plato y que comiera allí mismo.

5.      Fui al carrito y le pregunté a un Trustee que si podía agarrar un plato. El me respondió, "Yeah, go ahead." Cuando me iba a sentar a comer, otro Trustee, llamado Jefferson, me preguntó en una manera brusca e ofensiva, "Who are you?!" Yo le respondí, "If you have a problem, tell it to the guard; I have permission to be here." Como Jefferson me habló en voz alta, la Deputy Smith vino al área donde estábamos desde otra sección y me empezó a gritar: "What the fuck do you think you're doing?!" Entonces Smith me pegó en los brazos para que se me cayera el plato de comida y me torció los brazos detras de mi espalda. Yo le contesté "Ms. Smith, Deputy Sanchez told me to come and eat. I have permission to be here! Ella contestó, "Shut up!

6.      En ese momento el Deputy Johnson entró al pasillo y me agarró por el cuello. Johnson hizo estrellar mi cara contra la pared y me hizo abrir las piernas y las manos, torciéndomelas en la espalda y empujándome las manos hacia arriba contra la pared. Deputy

Smith me pegó tres veces en mi cara y en mi cabeza mientras que Johnson me pegó varias veces en las piernas. No me acuerdo si me pegaron con puño cerrado o no. Sí sé que no usaron sus linternas como los he visto hacer en otras ocasiones.

7.    Mientras me golpeaban yo les suplicaba, "Why are you doing this to me? I have permission to be here!" Continué protestando y varias veces durante la golpiza los deputies me respondieron: "Shut up you son of a bitch!" "Shut up you fucking fagot!" "I don't give a fuck about your catheter!" y me continuaron golpeando.

8.    Los dos guardias me habían acompañado al baño varias veces antes y sabían que yo tengo un catéter. Cuando Deputy Johnson me pegó en las piernas me dolió muchísimo. Yo puedo sentir cualquier presión en la parte baja del cuerpo hasta adentro del pene donde está puesto el catéter. En una escala de uno a diez, el dolor que sentí fue un ocho. Sentí dolor dos días después de la golpiza y sangré de mi pene.

9.    Después de que me golpearon, los deputies me ordenaron que regresara a mi celda. Caminé a mi celda llorando; sentí la injusticia de ser golpeado por razón alguna. Tenía miedo de lo que me podría pasar después porque al parecer los guardias pueden golpear a los reos por cualquier motivo cuando ellos quieran.

10.    El día siguiente, la deputy Smith pasó por mi celda. Le pregunté por qué me había golpeado el día anterior y ella solo respondió: "Take it as a bad experience" y siguió caminando. Todavía temo a los deputies y ahora soy más cauteloso al cruzarlos.

Yo declaro so pena de perjurio bajo las leyes del estado de California y los Estados Unidos que lo antedicho es cierto y correcto. Suscrito este *27 de JULIO* 2011 en Delano, California.

\ \ \

_____

**Alberto Carreras**

2

**Declaration of Alberto Carreras**

I, Alberto Carreras, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called on to testify I could and would do so competently as follows:

2.    I was an inmate of the Los Angeles County Jail system from August 27, 2010 until June 10, 2011 when I was released to North Kern State Prison. While at Men's Central Jail, I was housed in the 7100 block, the medical ward. My booking number was 2456033. I was in the medical ward because I have kidney stones; because of this I have a catheter attached to my lower body. It is obvious that I have a catheter; it is visible on first sight.

3.    I do speak English. I can understand basic commands and hold simple conversations, but I am much more comfortable in my native language, Spanish.

4.    On or about March 1, 2011, I walked back to my cell from the law library. I had missed meal time so I asked Deputy Sanchez if I could have a tray of food from the cart. The food cart gets placed near the showers, at the end of a hallway in between two different housing sections. Deputy Sanchez didn't want the other prisoners to think I was being allowed to eat twice, so he told me to get a tray at the cart and eat it there.

5.    I went to the food cart and asked the trustee if I could grab a tray. He said, "Yeah, go ahead." As I was about to sit down to eat, another trustee named Jefferson asked me in a loud, offensive, and impolite way, "Who are you?!" I replied, "If you have a problem tell it to the cop; I have permission to be here." Since Jefferson spoke loudly, Deputy Smith came into the cart area from another section and began screaming at me, "What the fuck do you think you're doing?!" Deputy Smith then hit me on my arms to knock the tray of food out of my hands and she twisted my arms behind my back.. I said, "Ms. Smith, Deputy Sanchez told me to come and eat. I have permission to be here!" Deputy Smith replied, "Shut up!"

6.    At that point Deputy Johnson ran in to the hallway and grabbed me by the collar. Deputy Johnson slammed my face against the wall, and spread my legs and my arms against the wall. Deputy Smith then hit me three times on my face and head while Deputy Johnson hit me several times on my legs. I do not recall if they hit me with closed fists or not. I do know that

they did not use their flashlights as I have seen them do to inmates on other occasions .

7.    As they were beating me I called out, "Why are you doing this to me? I have permission to be here!" I continued to protest and at various points during the beating, the deputies yelled back at me,: "Shut up you son of a bitch!" "Shut up you fucking faggot!" "I don't give a fuck about your catheter!" and continued beating me.

8.    Both deputies had escorted me to the bathroom before and were well aware that I have a catheter. When Deputy Johnson hit me on my legs it was extremely painful. I can feel any external pressure on my lower body all the way through my penis where my catheter is attached. On a scale of one to ten, I would rate the pain from the beating an eight. I felt the pain for two days afterward and even bled from my penis.

9.    After they beat me, the deputies ordered me back to my cell. I walked back to my cell crying; I felt violated at the injustice of being beaten for no reason. I was afraid of what could happen next, since apparently, deputies could now beat you for no reason whenever they wanted.

10.    The next day, Deputy Smith came by my cell. I asked her why she hit me the day before and she said "Take it as a bad experience" and walked away. I am still afraid of the deputies and I am much more careful about crossing them.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 27 day of July, 2011 in Delano, California.

\ \ \

Alberto Carreras

Declaration of Eloy Aguirre

I, Eloy Aguirre, hereby declare:

1.       I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.       I am fluent in Spanish and English, and am competent at translation.

3.       I translated into English the declaration of Alberto Carerras on July 18, 2011. The translation is a true and complete representation of Alberto Carerras's statement.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 18th day of July, 2011 in Los Angeles, California.

Eloy Aguirre

# DECLARATION OF INMATE WITNESS MR. X MICHAEL CERVANTES

**Declaration of Michael Cervantes**

I, Michael Cervantes, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      On Monday December 6, 2010, I was housed in the 2400 facility at Men's Central Jail ("MCJ"). During the afternoon, the deputies informed us it was our shower time. The other inmates and I took our showers, finished, and lined up in the showers as we normally do at the end of shower time.

3.      A deputy told us to walk back to our cells; I was fifth in line. The deputy is of Caucasian descent, is tall, has messy brownish/blond hair, has blue eyes, has no facial hair, has thin eyebrows, and a pointy nose. As we were making it out of the shower room, a Deputy Lyon (not sure about the spelling) cut off the line behind me and approached me from behind. I knew it was Deputy Lyon because I saw his name tag after he was assigned to the floor I am now housed on, the 2000 floor, and because other inmates on the floor told me his name.

4.      Deputy Lyon started looking at the tattoo across my back of my gang. I could tell because he was hovering over my back as if he was fixated on something that was ~~written across the top of~~ drawn MAC on MAC my back (which my tattoo is). While walking, Deputy Lyon started to smack me in the back of my head (open fisted). He pushed me to the side and made me face the wall next to MAC doorway that lead into the showers. I was only wearing boxers and still dripping wet from the shower. He began to taunt me as if he was going to beat me up, trying to provoke a reaction out of me. As I turned my head and shoulders to look at him, Deputy Lyon immediately punched me in my left cheek. I put my hands over my face to try and block any shots to my face.

5.      Deputy Lyon then tackled me to the ground, positioning me face up. He sat on top of me and began swinging at my face and neck. Another deputy nearby saw this incident and called for other deputies. Approximately eight deputies came and joined Deputy Lyon. I became very dazed, and started to come in and out of consciousness. I could still hear footsteps coming from more deputies to join the others. One deputy grabbed my right leg and tucked it under his armpit, then began to beat my ankle and leg with his flashlight, causing a gash and open wound

on my ankle. I also suffered an approximately 3/4 inch gash across my left eye. There was blood all over the floor from the incident.

6. Deputy Lyon then flipped me back on my stomach. Then, two deputies [MAC] Him and another deputy then I am not sure who they were because I was flipped on my stomach, face down. [MAC] tased me. I am sure it was two deputies because four probes hit me, and a taser gun usually has two probes. Two probes hit me on the top right shoulder and two hit me on the lower right portion of my back. I was able to pull off one of the probes that hit me on the lower right portion of my back. I heard one of the deputies say "the bastard took my probe out." While still being tased, I was told to put my hands behind my back in order to be handcuffed. I fell unconscious before I was able to do so.

7. I was left on the floor bleeding. I am not sure how long I was knocked out for, but when I was able to regain some consciousness, I saw a male and female nurse coming to get me. I was still in the same place I was beaten. They took me to the emergency nurse's clinic, located on the first floor of the MCJ. While being led there, the deputies told me that I'd better "not say anything funny" (meaning to not rat them out and tell the medical staff that they had beat me up), and gestured to their tasers; the taser probes on my back were still attached to the taser guns.

8. In the nurse's clinic, a sergeant came in to videotape a statement from me. While being videotaped, the nurses were putting ice packs on my face to stop the swelling. The sergeant was Hispanic, chubby, had slicked back hair, had brown eyes, and a flat nose. The taser probes were detached from the gun, but were still on my back. I felt compelled to lie and say I fell in the shower for fear of retaliation from the deputies. Also, I found out two weeks ago from a [MAC] trustee that the inmates who showered with me who witnessed the incident were also interviewed and videotaped.

9. The nurses let me go, and I was taken by ambulance to LA-USC Hospital as well. ("hospital"). By the time I got there, my left eye had swollen shut, I had a swollen bump in the middle of my forehead, I had 3 bumps on the top of my head, a bump on each side of my head, and my right eye was almost swollen shut. I could hardly see anything. The hospital staff did not attend to any of my cuts, bruises, or wounds; they didn't even give me stitches on the cut I had above my left eye. All they did on me was perform a cat scan and gave me morphine. I was also seen by an eye doctor, who told me that had I been hit one more time on my left eye, it would have left me permanently blind in that eye, and it would have required surgery to just save the

2

eyeball in the socket.

10.     The next day, I left the hospital on crutches. I was taken back to MCJ and put in the medical unit for approximately seven days, requiring crutches to get around; the severe pain and cut on my ankle made it impossible for me to get around without crutches. There, I was given Motrin, but did not receive any treatment or stitches for the gash across my left eye or on my ankle. I was then taken out the medical unit and placed in a four man cell on the 3800 floor. There was only me and another inmate housed in the cell. Both my eyes were so red from the broken blood vessels in my eye that it took approximately three weeks for the sclera (the white portion) in each eye to be noticeable again. To this day, I still suffer from dizzy spells arising from this incident. I shudder and get nervous every time I am in the presence of a deputy.

11.     I feel like I was targeted because my gang was supposedly involved in a deputy shooting. I feel like I was retaliated against as a form of redemption for the deputies. I certainly did nothing to provoke the deputies while I was on my way to the showers, in the showers, or leaving the showers.


I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 8th day of April, 2011 in Los Angeles, California.

12 MAC

Michael Cervantes

3

**Declaration of Michael Cervantes**

I, Michael Cervantes, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. On Monday December 6, 2010, I was housed in the 2400 facility at Men's Central Jail ("MCJ"). During the afternoon, the deputies informed us it was our shower time. The other inmates and I took our showers, finished, and lined up in the showers as we normally do at the end of shower time.

3. A deputy told us to walk back to our cells; I was fifth in line. The deputy is of Caucasian descent, is tall, has messy brownish/blond hair, has blue eyes, has no facial hair, has thin eyebrows, and a pointy nose. As we were making it out of the shower room, a Deputy Lyon (not sure about the spelling) cut off the line behind me and approached me from behind. I knew it was Deputy Lyon because I saw his name tag after he was assigned to the floor I am now housed on, the 2000 floor, and because other inmates on the floor told me his name.

4. Deputy Lyon started looking at the tattoo across my back of my gang. I could tell because he was hovering over my back as if he was fixated on something that was drawn on my back (which my tattoo is). While walking, Deputy Lyon started to smack me in the back of my head (open fisted). He pushed me to the side and made me face the wall next to the doorway that lead into the showers. I was only wearing boxers and still dripping wet from the shower. He began to taunt me as if he was going to beat me up, trying to provoke a reaction out of me. As I turned my head and shoulders to look at him, Deputy Lyon immediately punched me in my left cheek. I put my hands over my face to try and block any shots to my face.

5. Deputy Lyon then tackled me to the ground, positioning me face up. He sat on top of me and began swinging at my face and neck. Another deputy nearby saw this incident and called for other deputies. Approximately eight deputies came and joined Deputy Lyon. I became very dazed, and started to come in and out of consciousness. I could still hear footsteps coming from more deputies to join the others. One deputy grabbed my right leg and tucked it under his armpit, then began to beat my ankle and leg with his flashlight, causing a gash and open wound

on my ankle. I also suffered an approximately 3/4 inch gash across my left eye. There was blood all over the floor from the incident.

6. Deputy Lyon then flipped me back on my stomach. Then, two deputies tased me. I am not sure who they were because I was flipped on my stomach, face down. I am sure it was two deputies because four probes hit me, and a taser gun usually has two probes. Two probes hit me on the top right shoulder and two hit me on the lower right portion of my back. I was able to pull off one of the probes that hit me on the lower right portion of my back. I heard one of the deputies say "the bastard took my probe out." While still being tased, I was told to put my hands behind my back in order to be handcuffed. I fell unconscious before I was able to do so.

7. I was left on the floor bleeding. I am not sure how long I was knocked out for, but when I was able to regain some consciousness, I saw a male and female nurse coming to get me. I was still in the same place I was beaten. They took me to the emergency nurse's clinic, located on the first floor of the MCJ. While being led there, the deputies told me that I'd better "not say anything funny" (meaning to not rat them out and tell the medical staff that they had beat me up), and gestured to their tasers; the taser probes on my back were still attached to the taser guns.

8. In the nurse's clinic, a sergeant came in to videotape a statement from me. While being videotaped, the nurses were putting ice packs on my face to stop the swelling. The sergeant was Hispanic, chubby, had slicked back hair, had brown eyes, and a flat nose. The taser probes were detached from the gun, but were still on my back. I felt compelled to lie and say I fell in the shower for fear of retaliation from the deputies. Also, I found out two weeks ago from a trustee that the inmates who showered with me who witnessed the incident were interviewed and videotaped as well.

9. The nurses let me go, and I was taken by ambulance to LA-USC Hospital ("hospital"). By the time I got there, my left eye had swollen shut, I had a swollen bump in the middle of my forehead, I had 3 bumps on the top of my head, a bump on each side of my head, and my right eye was almost swollen shut. I could hardly see anything. The hospital staff did not attend to any of my cuts, bruises, or wounds; they didn't even give me stitches on the cut I had above my left eye. All they did on me was perform a cat scan and gave me morphine. I was also

2

seen by an eye doctor, who told me that had I been hit one more time on my left eye, it would have left me permanently blind in that eye, and it would have required surgery to just save the eyeball in the socket.

10. The next day, I left the hospital on crutches. I was taken back to MCJ and put in the medical unit for approximately seven days, requiring crutches to get around; the severe pain and cut on my ankle made it impossible for me to get around without crutches. There, I was given Motrin, but did not receive any treatment or stitches for the gash across my left eye or on my ankle. I was then taken out the medical unit and placed in a four man cell on the 3800 floor. There was only me and another inmate housed in the cell. Both my eyes were so red from the broken blood vessels in my eye that it took approximately three weeks for the sclera (the white portion) in each eye to be noticeable again. To this day, I still suffer from dizzy spells arising from this incident. I shudder and get nervous every time I am in the presence of a deputy.

11. I feel like I was targeted because my gang was supposedly involved in a deputy shooting. I feel like I was retaliated against as a form of redemption for the deputies. I certainly did nothing to provoke the deputies while I was on my way to the showers, in the showers, or leaving the showers.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 12th day of April, 2011 in Los Angeles, California.

_____/s/_____

Michael Cervantes

3

# DECLARATION OF INMATE WITNESS MR. Y LARRY CLEVELAND

**Declaration of Larry Cleveland**

I, Larry Cleveland, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am 57 years old. I am currently housed at Men's Central Jail ("MCJ"), in module 7001. My booking number is 2568779.

3. I was in 2400, the "hole" or the disciplinary unit from May 3 until May 23, 2011, for refusing to get out of my wheelchair. Before that I was in the wheelchair unit, 8119. I need my wheelchair because of gunshot wounds to my back and ankle, arthritis, and weakness in my lower extremities. On May 5, 2011, Sergeant Castillo, Deputy Mogo and Deputy Bleau physically forced me out of my wheelchair. They told me to get out of my wheelchair. When I refused, one of them tipped me out of the chair. After that, I had to hope or drag my leg to get around. It took me a long time to get from one place to the next and I had a lot of pain.

4. On May 27, 2011 sheriff's deputies transferred me to East Max at Pitchess Detention Facility ("PDC"). I did not have a wheelchair during this transfer. At East Max, upon arrival, I was walking with a limp. A senior deputy that was looking told another deputy to escort me to medical. I met with a female nurse at the medical clinic. She looked at the computer and at my injuries, including my gunshot wounds to my lower back and ankle, and she said I shouldn't have been transferred from Men's Central Jail to East Max. She said this to a male deputy in front of me. At 8:00 p.m. I was transferred back to TTCF.

5. At TTCF, I was first placed in a holding cell. saw RN Baxter and Doctor Kayarzze. The doctor told me that a doctor in the jail had already declassed me, or removed me from the wheelchair and that he would not go against another doctor's orders by putting me back in a wheelchair. He said he would send me to the Los Angeles County Medical Center + USC ("LCMC") to determine whether I

need some support.

6.    At LCMC, they took my x-rays. I saw a tall, slender, male Asian doctor, who examined me. He looked at my x-rays and said that arthritis has been causing me pain. He said he would write down that I need some kind of support. I went back to TTCF.

7.    On May 28, 2011, back at TTCF, I saw Dr. Sima.  He said he got medical records from LCMC, and he said he would order that I get the wheelchair only for use to go to court or to go long distances. Otherwise, I should have a walker. He said that a wheelchair full time would not be good for my muscles.

8.    A male deputy brought me a wheelchair to transfer me to MCJ. They sent me to MCJ, Module 7202. They call this the overflow dorm. This means that I was waiting for space to open up on Module 7000, the dorm for inmates with wheelchairs or crutches. There were 18 men in that dorm, with two toilets, and one shower. That shower did not have a bench. It seemed really crowded. Some of the beds were four inches apart, some were two feet apart. There were no windows, except one window on the door.

9.    The dorm was filthy. They don't clean it, mop it or sweep it. The floor was dusty. The toilet was so nasty I had to wash the seat with soap when I wanted to use it. I was there from May 28 until about June 25, 2011.

10.    During the whole time I was there, I did not receive a walker. I was in pain, and my leg became swollen. The pain was worst in the mornings. It feels like placing pressure on pinched nerves. It is so intense, several times I dropped to my knees. I have gotten out of bed and then dropped to my knees because of the pain. I don't know what is causing the pain but I feel it.

11.    My entire time in Module 7202, we did not get Outdoor Recreation time once. We did not spend any time outdoors.  We stayed in our dorm the entire time except to go to the tv or visitation room. I left the dorm twice, once for a visit, which I never made it to, and once for the day room. Pill call came to us. Nurses

2

would bring us our pills. I would have liked to go to Christian services. Normally a deputy will come by, knock on the door and announce, "Does anyone want to go to Christian services?" They never did that when I was in 7202.

12.    The two times I left the dorm, I would request a wheelchair. I would tell a deputy, the deputy would send a trustee, and a trustee would come back with a wheelchair. The wheelchair was never inside my dorm.

13.    There were no grab bars for the toilet. To be able to sit, I had to strain because of my back injury, and I couldn't grab anything to hold me up. That caused me pain.

14.    The one shower was inside the dorm, so we could shower any time we wanted. But, it was broken for two weeks. During those two weeks, we could not shower. I had to take a "bird bath". That means that I washed myself using water from the sink. The shower was broken from May 28 until June 12, 2011. We told officers on the floor several times that the shower was broken, and they said they put work orders in. Finally, someone in a dark blue outfit, a maintenance man, came to fix it. It worked after that.

15.    There were two or there other inmates in Module 7202 in wheelchairs, and the rest had crutches.

16.    The dorm is not big enough for a wheelchair. The two or three people in that dorm that were in wheelchairs had difficulty moving around. One in particular had a lot of difficulty. There was not enough room for them to go up and down the aisles. They could only go from the shower to the front door, in the open space. By the beds, there was not enough room. They were all moved out of that dorm while I was there, except one.

17.    I took a lot of notes because I wanted to file a complaint about the conditions in the jail. On June 12, 2011, Deputies Alerich and Ramirez told us all we could go to the day room. They said all of us had to go, or else none of us would go. That was our first and only chance to all get out of the dorm, and some

3

guys seemed to really want to get out, so I went along.

18.    We left our cells and went to the day room, down the hall and around the corner from our dorm. When I got back, it was clear that the deputies had searched our cells. Our property was in disarray. There were papers all over the place. My other paperwork was still there, including a declaration I had signed with the ACLU. But my notes and draft complaints, including names and dates about when I was supposed to get a walker and didn't, were gone.

19.    I went to Deputy Alerich and said that he had taken my notes. Deputy Ramirez, a CA, was nearby and said, "You shouldn't be making accusations." He denied that they took my notes.

20.    On June 25, 2011, I was told I had a visit. The doors opened, and I requested a wheelchair. To do this, I told a nurse I needed a chair, the nurse told the trustee in the hall to get a wheelchair for me. He did. I was in a wheelchair on my way down the hall. A deputy saw me in the hallway and said, "Where are you going?" After I answered him, he said, "Why are you in a wheelchair?" We began to argue about whether I could be in a wheelchair. He looked at my wristband and told me that my wristband does not have a "W" on it, so I am not supposed to be in a wheelchair. I tried to explain about the doctor's order. I didn't have a "W" on my wristband, but the doctor told me what he was ordering for me. The deputy said he didn't know anything about a special order. I told him to go check the system because it's there. He got really upset when I said that.

21.    He then punched me in my right eye, hard. With no mirror, I couldn't see if he left a mark, but it shut after that. His right fist was not closed all the way, and one of his fingers may have gone into my eye. Then he hit me again, just as hard, on my lip. He told me to go back to my dorm. I later got a headache.

22.    The deputy was Hispanic, with hair, which was either dark brown or black. He weighed between 165 and 175 pounds. I can't tell how tall he is. I am six feet, one inch tall but I was in the wheelchair the whole time so I'd have a hard

4

time estimating his height. He was tan.

23. I went back to my dorm. I didn't get to go to my visit. On my way to the dorm, I stopped by a medical station. They asked me what happened. I told them I fell. I did not tell them what really had happened because I felt that they wouldn't care. I have complained to a Nurse Johnson before, and she put up her hands and said "I don't want to hear it." I was also scared that if I told the truth the deputies would punish me. If I tell on the deputy, I am worried they can retaliate against me, by searching my property, harassing me, or putting me in a dangerous situation, like putting me as the only black man in a cell with three other Hispanics. I have seen it happen before.

24. The medical person sent me to LCMC. There, a medical staff person examined my eye. They ran all kinds of tests on my eye. They then gave me medicine and said it might be infected. They took a long list of notes. They gave me antibiotics, and I have to get that antibiotics, or eye drops, on my eye every day. They told me they requested a follow-up.

25. I haven't seen any mirrors in here so I don't know how I look. I know I can't open my right eye. My lip felt swollen or busted. My tooth feels like it's chipped.

26. After I got back from LCMC, they moved me in a wheelchair to a single cell, 7219. It's not the "hole", I still got visits. But I was by myself. I still was not given a wheelchair or walker, until June 27, 2011. That day, I was called to an attorney visit. I told them I had nothing to help me walk, and the deputy sent a trustee to get something for me. The trustee came back with a walker so that I could get to my visit.

27. Later that same day, they transferred me to 7001.

28. I asked for a doctor to give me something for my eye. A doctor looked at it, and told me they were putting in a request for me to see a specialist at LCMC.

5

29.    Now, I am in a dorm with six people. Everyone has either a walker or a crutch.

30. Today, for an attorney visit, a trustee brought me a wheelchair. It took over 30 minutes to get

31. I have been in severe pain and requested to see a doctor on June 11. To date, I have not seen a doctor for that pain. I feel a pulling and stretching. My calf is swollen and the pain is more up.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 5th day of July, 2011 in Los Angeles, California.

Larry Cleveland

6

**Declaration of Larry Cleveland**

I, Larry Cleveland, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    I am 57 years old.  I am currently housed at Men's Central Jail ("MCJ"), in module 7001.  My booking number is 2568779.

3.    I was in 2400, the "hole" or the disciplinary unit  from May 3 until May 23, 2011, for refusing to get out of my wheelchair.  Before that I was in the wheelchair unit, 8119. I need my wheelchair because of gunshot wounds to my back and ankle, arthritis, and weakness in my lower extremities.  On May 5, 2011, Sergeant Castillo, Deputy Mogo and Deputy Bleau physically forced me out of my wheelchair.   They told me to get out of my wheelchair. When I refused, one of them tipped me out of the chair. After that, I had to hope or drag my leg to get around. It took me a long time to get from one place to the next and I had a lot of pain.

4.    On May 27, 2011 sheriff's deputies transferred me to East Max at Pitchess Detention Facility ("PDC"). I did not have a wheelchair during this transfer. At East Max, upon arrival, I was walking with a limp. A senior deputy that was looking told another deputy to escort me to medical. I met with a female nurse at the medical clinic. She looked at the computer and at my injuries, including my gunshot wounds to my lower back and ankle, and she said I shouldn't have been transferred from Men's Central Jail to East Max. She said this to a male deputy in front of me. At 8:00 p.m. I was transferred back to TTCF.

5.    At TTCF, I was first placed in a holding cell.  saw RN Baxter and Doctor Kayarzze. The doctor told me that a doctor in the jail had already declassed me, or removed me from the wheelchair and that he would not go against another doctor's orders by putting me back in a wheelchair. He said he would send me to the Los Angeles County Medical Center + USC ("LCMC") to determine whether I

need some support.

6.   At LCMC, they took my x-rays. I saw a tall, slender, male Asian doctor, who examined me. He looked at my x-rays and said that arthritis has been causing me pain. He said he would write down that I need some kind of support. I went back to TTCF.

7.   On May 28, 2011, back at TTCF, I saw Dr. Sima. He said he got medical records from LCMC, and he said he would order that I get the wheelchair only for use to go to court or to go long distances. Otherwise, I should have a walker. He said that a wheelchair full time would not be good for my muscles.

8.   A male deputy brought me a wheelchair to transfer me to MCJ. They sent me to MCJ, Module 7202. They call this the overflow dorm. This means that I was waiting for space to open up on Module 7000, the dorm for inmates with wheelchairs or crutches. There were 18 men in that dorm, with two toilets, and one shower. That shower did not have a bench. It seemed really crowded. Some of the beds were four inches apart, some were two feet apart. There were no windows, except one window on the door.

9.   The dorm was filthy. They don't clean it, mop it or sweep it. The floor was dusty. The toilet was so nasty I had to wash the seat with soap when I wanted to use it. I was there from May 28 until about June 25, 2011.

10.   During the whole time I was there, I did not receive a walker. I was in pain, and my leg became swollen. The pain was worst in the mornings. It feels like placing pressure on pinched nerves. It is so intense, several times I dropped to my knees. I have gotten out of bed and then dropped to my knees because of the pain. I don't know what is causing the pain but I feel it.

11.   My entire time in Module 7202, we did not get Outdoor Recreation time once. We did not spend any time outdoors. We stayed in our dorm the entire time except to go to the tv or visitation room. I left the dorm twice, once for a visit, which I never made it to, and once for the day room. Pill call came to us. Nurses

2

would bring us our pills. I would have liked to go to Christian services. Normally a deputy will come by, knock on the door and announce, "Does anyone want to go to Christian services?" They never did that when I was in 7202.

12. The two times I left the dorm, I would request a wheelchair. I would tell a deputy, the deputy would send a trustee, and a trustee would come back with a wheelchair. The wheelchair was never inside my dorm.

13. There were no grab bars for the toilet. To be able to sit, I had to strain because of my back injury, and I couldn't grab anything to hold me up. That caused me pain.

14. The one shower was inside the dorm, so we could shower any time we wanted. But, it was broken for two weeks. During those two weeks, we could not shower. I had to take a "bird bath". That means that I washed myself using water from the sink. The shower was broken from May 28 until June 12, 2011. We told officers on the floor several times that the shower was broken, and they said they put work orders in. Finally, someone in a dark blue outfit, a maintenance man, came to fix it. It worked after that.

15. There were two or there other inmates in Module 7202 in wheelchairs, and the rest had crutches.

16. The dorm is not big enough for a wheelchair. The two or three people in that dorm that were in wheelchairs had difficulty moving around. One in particular had a lot of difficulty. There was not enough room for them to go up and down the aisles. They could only go from the shower to the front door, in the open space. By the beds, there was not enough room. They were all moved out of that dorm while I was there, except one.

17. I took a lot of notes because I wanted to file a complaint about the conditions in the jail. On June 12, 2011, Deputies Alerich and Ramirez told us all we could go to the day room. They said all of us had to go, or else none of us would go. That was our first and only chance to all get out of the dorm, and some

3

guys seemed to really want to get out, so I went along.

18.    We left our cells and went to the day room, down the hall and around the corner from our dorm. When I got back, it was clear that the deputies had searched our cells. Our property was in disarray. There were papers all over the place. My other paperwork was still there, including a declaration I had signed with the ACLU. But my notes and draft complaints, including names and dates about when I was supposed to get a walker and didn't, were gone.

19.    I went to Deputy Alerich and said that he had taken my notes. Deputy Ramirez, a CA, was nearby and said, "You shouldn't be making accusations." He denied that they took my notes.

20.    On June 25, 2011, I was told I had a visit. The doors opened, and I requested a wheelchair. To do this, I told a nurse I needed a chair, the nurse told the trustee in the hall to get a wheelchair for me. He did. I was in a wheelchair on my way down the hall. A deputy saw me in the hallway and said, "Where are you going?" After I answered him, he said, "Why are you in a wheelchair?" We began to argue about whether I could be in a wheelchair. He looked at my wristband and told me that my wristband does not have a "W" on it, so I am not supposed to be in a wheelchair. I tried to explain about the doctor's order. I didn't have a "W" on my wristband, but the doctor told me what he was ordering for me. The deputy said he didn't know anything about a special order. I told him to go check the system because it's there. He got really upset when I said that.

21.    He then punched me in my right eye, hard. With no mirror, I couldn't see if he left a mark, but it shut after that. His right fist was not closed all the way, and one of his fingers may have gone into my eye. Then he hit me again, just as hard, on my lip. He told me to go back to my dorm. I later got a headache.

22.    The deputy was Hispanic, with hair, which was either dark brown or black. He weighed between 165 and 175 pounds. I can't tell how tall he is. I am six feet, one inch tall but I was in the wheelchair the whole time so I'd have a hard

4

time estimating his height. He was tan.

23. I went back to my dorm. I didn't get to go to my visit. On my way to the dorm, I stopped by a medical station. They asked me what happened. I told them I fell. I did not tell them what really had happened because I felt that they wouldn't care. I have complained to a Nurse Johnson before, and she put up her hands and said "I don't want to hear it." I was also scared that if I told the truth the deputies would punish me. If I tell on the deputy, I am worried they can retaliate against me, by searching my property, harassing me, or putting me in a dangerous situation, like putting me as the only black man in a cell with three other Hispanics. I have seen it happen before.

24. The medical person sent me to LCMC. There, a medical staff person examined my eye. They ran all kinds of tests on my eye. They then gave me medicine and said it might be infected. They took a long list of notes. They gave me antibiotics, and I have to get that antibiotics, or eye drops, on my eye every day. They told me they requested a follow-up.

25. I haven't seen any mirrors in here so I don't know how I look. I know I can't open my right eye. My lip felt swollen or busted. My tooth feels like it's chipped.

26. After I got back from LCMC, they moved me in a wheelchair to a single cell, 7219. It's not the "hole", I still got visits. But I was by myself. I still was not given a wheelchair or walker, until June 27, 2011. That day, I was called to an attorney visit. I told them I had nothing to help me walk, and the deputy sent a trustee to get something for me. The trustee came back with a walker so that I could get to my visit.

27. Later that same day, they transferred me to 7001.

28. I asked for a doctor to give me something for my eye. A doctor looked at it, and told me they were putting in a request for me to see a specialist at LCMC.

5

29.    Now, I am in a dorm with six people. Everyone has either a walker or a crutch.

30.    Today for an attorney visit, a trustee brought me a wheelchair. It took over thirty minutes to get it.

31.    I have been in severe pain and requested to see a doctor on June 11. To date, I have not seen a doctor for that pain. I feel a pulling and stretching. My calf is swollen and the pain is moving up.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 5th day of July, 2011 in Los Angeles, California.

_____/s/_____

Larry Cleveland

6

# DECLARATION OF INMATE WITNESS MR. Z JONATHAN DUNLAP

**Declaration of Jonathan Dunlap**

I, Jonathan Dunlap, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    I am twenty-one years old and I have been in Men's Central Jail (MCJ) since July 2010 more than two months. I am currently housed in Module 2400, Row B, Cell 9. My booking number is 2260471.

3.    On Thursday, November 18, 2010, I was beaten up by deputies from the Los Angeles Sheriff's Department at around nine o'clock to ten o'clock in the morning, during daily Pill Call in the hallway that joins Modules 2200 and 2400.

4.    Prior to the incident, the same day, my row was woken up by the deputies, who were outside our cells lined up on the walkway opposite our cells.

5.    They told us to get up and take off our clothes except our boxers and shower shoes..

6.    They then had us come out of our cells one by one.

7.    In my cell, there was a total of three inmates, including myself.

8.    A deputy saw a bag on the floor when we were leaving our cells per the deputies' instructions.

9.    One of the deputies asked me, "what was in the bag?" I told him, "nothing."

10.    He then tells me, "you might as well tell me now because we're going to have to take you to medical for an overdose."

11.    I then walked away to go to the hallway where all the other inmates were getting ready to get searched by the deputies.

12.    We were told to "drop, squat and cough."

13.    We stayed in the Day Room area until the cells were searched, which lasted ten to fifteen minutes. It went by quickly because there were at least twenty deputies there to do the search.

14.    After the search, we then went back to our cells and when I got back to my cell,

my toothpaste, grease and lotion were all squirted out of their containers and emptied all on our shelves. I cleaned it up.

15. At around nine o'clock to ten o'clock in the morning, during Pill Call, I went out of my cell to line up for Pill Call. I stood behind the last person in line.

16. One of the deputies told me to go to the left side of the doorway, opposite from where all the other inmates were, which I did, and the deputy told me to "line up against the wall."

17. He then said to, "put your hands behind your back and interlock your fingers and spread your feet." I complied with all of this.

18. The deputy when he was giving me the commands was standing about ten to fifteen feet away from me.

19. After I complied with his commands, the deputy walked over to me as if he was going to search me.

20. He hits me on the side of my right eye.

21. At this point, at least five to ten deputies are hitting, kicking and kneeing me for about two to three minutes all in front of the inmates who are standing on the right side of the doorway.

22. The deputies are telling me to shut up and be quiet.

23. I started to yell for the Sergeant and yelled out "help."

24. The deputies then sprayed me with their pepper spray.

25. A few seconds after they sprayed me, a Sergeant walks in. I don't know her name. She is Hispanic. She doesn't do or say anything to me, the deputies or the inmates.

26. Two deputies then walk me to the clinic. JBD

27. The nurse there cleaned up my injuries and the doctor, who is Asian, old, male and wears glasses looked at me and said that I needed to go to Urgent Care.

28. When the medical staff asked me what had happened, I told them that the deputies beat me up. I saw them type something into their computer.

29. On the same day right after I saw the Medical staff, JBD I was interviewed by a Sergeant, Lieutenant and a Deputy on

2

camera in a room that is on the other side of the Visiting Area for fifteen minutes.

30. I told them what had happened and they looked at my injuries.

31. I was then taken to Urgent Care where I received stitches on the inside of my right eyelid and on the outside of my right eyelid. I got a black right eye, swollen neck, bruises on my right side, bruises on the side of my face, knots on the back of my head, injuries to the my right wrist and elbow and I lost hearing to my right ear for several hours.

32. After I was taken to Urgent Care, I was sent to the hole for "assault on a deputy" and was placed in discipline for twenty days. The individuals who interviewed me on camera said that an investigation can take up to three months.

33. On Sunday, November 21, 2010, I was given a pass to get my stitches cleaned up. I heard Deputy Gonzalez call my name over the Intercom, but no one came to my cell to get me out.



I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 24th day of November, 2010 in Los Angeles, California.

Jonathan Dunlap

3

**Declaration of Jonathan Dunlap**

I, Jonathan Dunlap, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    I am twenty-two years old and I have been in Men's Central Jail (MCJ) since July 2010 more than four months.  I am currently housed in Module 3600, Row B, Cell 9.  My booking number is 2260471.

3.    On Thursday, November 18, 2010, I was beaten up by deputies from the Los Angeles Sheriff's Department at around nine o'clock to ten o'clock in the morning, during daily Pill Call in the hallway that joins Modules 2200 and 2400.

4.    Prior to the incident, the same day, my row was woken up by the deputies, who were outside our cells lined up on the walkway opposite our cells.

5.    They told us to get up and take off our clothes except our boxers and shower shoes..

6.    They then had us come out of our cells one by one.

7.    In my cell, there was a total of three inmates, including myself.

8.    A deputy saw a bag on the floor when we were leaving our cells per the deputies' instructions.

9.    One of the deputies asked me, "what was in the bag?" I told him, "nothing."

10.    He then tells me, "you might as well tell me now because we're going to have to take you to medical for an overdose."

11.    I then walked away to go to the hallway where all the other inmates were getting ready to get searched by the deputies.

12.    We were told to "drop, squat and cough."

13.    We stayed in the Day Room area until the cells were searched, which lasted ten to fifteen minutes.  It went by quickly because there were at least twenty deputies there to do the search.

14.    After the search, we then went back to our cells and when I got back to my cell,

my toothpaste, grease and lotion were all squirted out of their containers and emptied all on our shelves. I cleaned it up.

15.    At around nine o'clock to ten o'clock in the morning, during Pill Call, I went out of my cell to line up for Pill Call. I stood behind the last person in line.

16.    One of the deputies told me to go to the left side of the doorway, opposite from where all the other inmates were, which I did, and the deputy told me to "line up against the wall."

17.    He then said to, "put your hands behind your back and interlock your fingers and spread your feet." I complied with all of this.

18.    The deputy when he was giving me the commands was standing about ten to fifteen feet away from me.

19.    After I complied with his commands, the deputy walked over to me as if he was going to search me.

20.    He hits me on the side of my right eye.

21.    At this point, at least five to ten deputies are hitting, kicking and kneeing me for about two to three minutes all in front of the inmates who are standing on the right side of the doorway.

22.    The deputies are telling me to shut up and be quiet.

23.    I started to yell for the Sergeant and yelled out "help."

24.    The deputies then sprayed me with their pepper spray.

25.    A few seconds after they sprayed me, a Sergeant walks in. I don't know her name. She is Hispanic. She doesn't do or say anything to me, the deputies or the inmates.

26.    Two deputies then walk me to the clinic.

27.    The nurse there cleaned up my injuries and the doctor, who is Asian, old, male and wears glasses looked at me and said that I needed to go to Urgent Care.

28.    When the medical staff asked me what had happened, I told them that the deputies beat me up. I saw them type something into their computer.

29.    On the same day right after I saw the medical staff, I was interviewed by a

2

Sergeant, Lieutenant and a Deputy on camera in a room that is on the other side of the Visiting Area for fifteen minutes.

30. I told them what had happened and they looked at my injuries.

31. I was then taken to Urgent Care where I received stitches on the inside of my right eyelid and on the outside of my right eyelid. I got a black right eye, swollen neck, bruises on my right side, bruises on the side of my face, knots on the back of my head, injuries to my right wrist and elbow and I lost hearing to my right ear for several hours.

32. After I was taken to Urgent Care, I was sent to the hole for "assault on a deputy" and was placed in discipline for twenty days. The individuals who interviewed me on camera said that an investigation can take up to three months.

33. On Sunday, November 21, 2010, I was given a pass to get my stitches cleaned up. I heard Deputy Gonzalez call my name over the Intercom, but no one came to my cell to get me out.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 24th day of November, 2010 in Los Angeles, California.

_____/s/_____

Jonathan Dunlap

3