# DECLARATION OF INMATE WITNESS MR. AA MELVYN FOSTER

**Declaration of Melvyn Foster**

I, Melvyn Foster, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am 45 years old.  I am currently housed in Twin Towers Correctional Facility ("TTCF") in Tower 2, in their medical unit.  My booking number is 2346223.

3.      On December 20, 2010, I was housed at Men's Central Jail ("MCJ") in Module 3800, Row A, Cell 7 with two other cell mates.  The toilet in our cell had been broken and there were leech-like bugs crawling around the bottom of the cell.  My cell mates and I had reported this to the module deputies several times, but it hadn't been fixed.  The toilet had been like this for one month.

4.      About 3pm, I was taken to the medical clinic for my breathing treatments.  I have asthma and I receive breathing treatments three times a day as needed.  While I was there, I saw Captain David Harris and a lieutenant with him.  I was able to identify Captain Harris because of his name tag.

5.      I asked to talk to him and when he agreed, I told him about the condition of our cell's toilet.  I told him that I had a breathing condition and I was worried that my condition would get worse because of our broken toilet and the bugs.

6.      Captain Harris told a lieutenant to contact the module to condemn the cell.

7.      About 5pm, Deputy Gaybade, who worked on my module, took me and my two cell mates to the 3000 floor hallway.  He told me that I had overstepped my bounds by talking to Captain Harris about the broken toilet.  He then told us to strip down to our boxers, so we did.

8.      Deputy Gaybade then placed me in Cell 4 on the same module and row and placed my two cell mates together in Cell 8, also on the same module and row.  Both of my cell mates were given a mattress, but I wasn't.  He also took all of my property.

9.      About 10pm, Custody Assistant ("CA") Abraham arrived on shift.  I told asked him if I could have a mattress and CA Abraham refused to give me one.  We had an argument about this.  He told me that he was going to write me up.  I told him to write me up because I had

a right to bedding. The deputies did not give me a mattress until 2am.

10. On or around December 24, 2010, Senior Deputy Serner came to my cell and told me that CA Abraham had written me up for insubordination and being disrespectful. Senior Deputy Serner told me that I was going to the "hole" or the disciplinary unit for 20 days. Senior Deputy Serner, however, told me that he was going to "cut the difference" and allow me to go to the "hole" for 10 days instead. I asked him if I could do the 10 days after Christmas because I just had a new baby and he said that it was fine.

11. I went to Module 2400, Row D, Cell 9, which is the "hole" on December 27, 2010. While I was here, I filled out and submitted a complaint form about what happened. I put the complaint form in the complaint box on the module.

12. I have had problems with my breathing because I have asthma. I have had asthma since I was seven years old. I had also been given medical "as-needed" cards by the medical staff for Albuterol and a Nebulizer, which help me with my asthma.

13. On December 29, 2010, I asked a deputy if I could go to the clinic so that I could have a breathing treatment. I don't know his name, but he is short and Hispanic. He handcuffed me and lead me through the hallway near Module 2400. As we were walking, Deputy Gomel and Deputy Rodriguez, whom I had seen before when I was getting a breathing treatment, asked the deputy who was escorting me where I was going. He told them that I was going to the clinic for a breathing treatment.

14. Deputies Gomel said, "No one is taking him no fucking where. He always has breathing problems. Fuck him! Take him back to his cell. He ain't getting anything."

15. Deputies Gomel and Rodriguez then escorted me back to my cell. The deputy who was going to escort me to the clinic stayed back and didn't say or do anything to Deputies Gomel and Rodriguez.

16. As we were walking to my cell, both deputies are yelling, "Punk! Bitch!" and other names at me. When we arrived in front of my cell, I asked them why they are not letting me have my breathing treatment. I told them that I have asthma and have problems with my breathing.

2

17.     Deputy Gomel then said, "What you need is for us to beat your ass." I then told him, "If that's what you feel you need to do."

18.     Deputy Gomel then kicked my legs, to trip me, placed his hands on my head and slammed my head to the ground. I was handcuffed so I wasn't not able to stop myself from falling and injuring my head. When my head hit the ground, I heard what sounded like my skull being busted open. I saw my blood all over the ground.

19.     Deputy Rodriguez then sprayed pepper spray into my ears, nose and mouth while Deputy Gomel punched my head what felt like 15-20 times. The punches to my head felt like someone was hitting me with a brick and I couldn't defend myself because I was handcuffed. I heard an inmate on the row say, "Man, you're going to kill him!"

20.     One of the deputies then told me to get up. I told him that I couldn't get up and I couldn't see. The blood from my head, right temple and right eyebrow had dripped down into my eye. I also told him that I couldn't breathe. I was already having problems breathing before the deputies beat me and I was having more difficulty because the pepper spray caused my asthma to flare up.

21.     [content from lines 11-15 above]

22.     The deputies then dragged me down the stairs and sat me down on the floor. Deputy Craez wiped the blood off of my face with a towel.

23.     Three or four deputies, who weren't Deputies Gomel or Rodriguez, then escorted me to the medical clinic. As I was being escorted to the medical clinic, I was yelling, "I want to see a sergeant! I want to see a lieutenant! What you all did was wrong!"

24.     When I arrived to the medical clinic, the medical staff cleaned me up.

25.     Lieutenant LaFave and Sergeant O'Connor asked me what happened on video camera. I told them exactly what happened. Lieutenant LaFave and Sergeant O'Connor told me that there was going to do an internal investigation.

26.     I then saw Lieutenant LaFave and Sergeant O'Connor walk over and interview a doctor. The doctor they interviewed didn't even treat me. It was another doctor and two nurses who cleaned me up and treated me. The doctor that the Lieutenant and the Sergeant interviewed said that I was being belligerent.

3

27.    The medical staff then wrapped my head because it was still bleeding. Deputy Garcia and another Hispanic deputy escorted me to the Los Angeles Medical Center +USC ("LCMC") in a squad car.

28.    After the LCMC staff treated me, I was placed in a large room with other beds in them.

29.    Deputy Himaka came into the room and said to me, "You think you got your ass whooped? My partners at CJ called me. I got something for you now that you're here."

30.    The medical staff then came in and my wrists were handcuffed to either side of the bed, so I had one wrist handcuffed to one side of the bed rail and the other wrist on the other side.

31.    An hour after I got x-rays and my head had stopped bleeding, Deputy Himaka came into the room again. I asked him if he could loosen up the handcuffs because they were really tight on my wrist.

32.    Deputy Himaka tightened the handcuffs even tighter.

33.    I said to him, "That's fucked up shit! That's coward shit!" Deputy Himaka then looked around the curtain that was around my bed. After looking around, he said to me, "I'm going to show you coward shit!" Deputy Himaka then punched my head and my eye area for what seemed like 15-20 times for around 2-3 minutes. I was yelling, "Help! Help me!"

34.    I was afraid he was going to bust my head open again so I tried to defend myself with my legs, since I was handcuffed.

35.    I then saw 7-8 deputies running in and they strapped my feet down. Deputy Himaka then said to them, "He just started kicking and spitting at me!"

36.    I was then moved to another room and Lieutenant Reginald White interviewed me on video camera about what happened.

37.    I was then sent to the "hole" or the disciplinary unit at TTCF in Module 121. I was told that I was being sent to the "hole" because Deputy Raygoso wrote me up for the incident involving Deputies Gomel and Rodriguez. While I was in the hole, I filled out another complaint form and submitted the form in the box. I was in TTCF, Module 121 until January 1, 2011 and

4

then I was transferred to MCJ, Module 3101, which I was told is the "high power hole."

38.    When I got to Module 3101, Senior Deputy Coke and CA Morgo told me that I was in the "hole" for resisting arrest and was going to be in there for 29 days. I told them that I had been in the "hole" since December 27th and if it counted towards the 29 days. They said no and that I was scheduled to be released from the "hole" on March 3, 2011.

39.    On January 24, 2011, I went to court and I was charged with 6 felonies, one of them for battery against a peace officer for the LCMC incident.

40.    Between December 2010 and January 2011, I went back and forth to LCMC for my breathing trouble. In December 2010, the specialist found 1 spot in my right lung and 4 spots in my left lung after 3 MRI's, 3 Cat Scans, which he thought might be fungus, a rare lung disease or some sort of immune deficiency. In March 2011, I had to get a brochostomy, which determined that the spots were not cancerous. On April 25, 2011, I received a court order to see a pulmonologist specialist for my lungs.

41.    Sometime in February 2011, as I was going to the law library, I saw Lieutenant LaFave. I asked him if he received my two complaints that I had submitted about the two beating incidents. He said to me, "I ain't got nothing."

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this _____ 7+h MKF. day of _____ JUNE MKF. , 2011 in Los Angeles, California.

_____
Melvyn Foster

MKF.
✓ On June 7, 2011 a doctor told me that I had a rare lung disease called Sarcoidosis.

5

## Declaration of Melvyn Foster

I, Melvyn Foster, hereby declare:

1.       I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.       I am 45 years old. I am currently housed in Twin Towers Correctional Facility ("TTCF") in Tower 2, in their medical unit. My booking number is 2346223.

3.       On December 20, 2010, I was housed at Men's Central Jail ("MCJ") in Module 3800, Row A, Cell 7 with two other cell mates. The toilet in our cell had been broken and there were leech-like bugs crawling around the bottom of the cell. My cell mates and I had reported this to the module deputies several times, but it hadn't been fixed. The toilet had been like this for one month.

4.       About 3pm, I was taken to the medical clinic for my breathing treatments. I have asthma and I receive breathing treatments three times a day as needed. While I was there, I saw Captain David Harris and a lieutenant with him. I was able to identify Captain Harris because of his name tag.

5.       I asked to talk to him and when he agreed, I told him about the condition of our cell's toilet. I told him that I had a breathing condition and I was worried that my condition would get worse because of our broken toilet and the bugs.

6.       Captain Harris told a lieutenant to contact the module to condemn the cell.

7.       About 5pm, Deputy Gaybade, who worked on my module, took me and my two cell mates to the 3000 floor hallway. He told me that I had overstepped my bounds by talking to Captain Harris about the broken toilet. He then told us to strip down to our boxers, so we did.

8.       Deputy Gaybade then placed me in Cell 4 on the same module and row and placed my two cell mates together in Cell 8, also on the same module and row. Both of my cell mates were given a mattress, but I wasn't. He also took all of my property.

9.       About 10pm, Custody Assistant ("CA") Abraham arrived on shift. I asked him if I could have a mattress and CA Abraham refused to give me one. We had an argument about this. He told me that he was going to write me up. I told him to write me up because I had a

Page 219

right to bedding. The deputies did not give me a mattress until 2am.

10.   On or around December 24, 2010, Senior Deputy Serner came to my cell and told me that CA Abraham had written me up for insubordination and being disrespectful. Senior Deputy Serner told me that I was going to the "hole" or the disciplinary unit for 20 days. Senior Deputy Serner, however, told me that he was going to "cut the difference" and allow me to go to the "hole" for 10 days instead. I asked him if I could do the 10 days after Christmas because I just had a new baby and he said that it was fine.

11.   I went to Module 2400, Row D, Cell 9, which is the "hole" on December 27, 2010. While I was here, I filled out and submitted a complaint form about what happened. I put the complaint form in the complaint box on the module.

12.   I have had problems with my breathing because I have asthma. I have had asthma since I was seven years old. I had also been given medical "as-needed" cards by the medical staff for Albuterol and a Nebulizer, which help me with my asthma.

13.   On December 29, 2010, I asked a deputy if I could go to the clinic so that I could have a breathing treatment. I don't know his name, but he is short and Hispanic. He handcuffed me and lead me through the hallway near Module 2400. As we were walking, Deputy Gomel and Deputy Rodriguez, whom I had seen before when I was getting a breathing treatment, asked the deputy who was escorting me where I was going. He told them that I was going to the clinic for a breathing treatment.

14.   Deputies Gomel said, "No one is taking him no fucking where. He always has breathing problems. Fuck him! Take him back to his cell. He ain't getting anything."

15.   Deputies Gomel and Rodriguez then escorted me back to my cell. The deputy who was going to escort me to the clinic stayed back and didn't say or do anything to Deputies Gomel and Rodriguez.

16.   As we were walking to my cell, both deputies are yelling, "Punk! Bitch!" and other names at me. When we arrived in front of my cell, I asked them why they are not letting me have my breathing treatment. I told them that I have asthma and have problems with my breathing.

2

27. The medical staff then wrapped my head because it was still bleeding. Deputy Garcia and another Hispanic deputy escorted me to the Los Angeles Medical Center +USC ("LCMC") in a squad car.

28. After the LCMC staff treated me, I was placed in a large room with other beds in them.

29. Deputy Himaka came into the room and said to me, "You think you got your ass whooped? My partners at CJ called me. I got something for you now that you're here."

30. The medical staff then came in and my wrists were handcuffed to either side of the bed, so I had one wrist handcuffed to one side of the bed rail and the other wrist on the other side.

31. An hour after I got x-rays and my head had stopped bleeding, Deputy Himaka came into the room again. I asked him if he could loosen up the handcuffs because they were really tight on my wrist.

32. Deputy Himaka tightened the handcuffs even tighter.

33. I said to him, "That's fucked up shit! That's coward shit!" Deputy Himaka then looked around the curtain that was around my bed. After looking around, he said to me, "I'm going to show you coward shit!" Deputy Himaka then punched my head and my eye area for what seemed like 15-20 times for around 2-3 minutes. I was yelling, "Help! Help me!"

34. I was afraid he was going to bust my head open again so I tried to defend myself with my legs, since I was handcuffed.

35. I then saw 7-8 deputies running in and they strapped my feet down. Deputy Himaka then said to them, "He just started kicking and spitting at me!"

36. I was then moved to another room and Lieutenant Reginald White interviewed me on video camera about what happened.

37. I was then sent to the "hole" or the disciplinary unit at TTCF in Module 121. I was told that I was being sent to the "hole" because Deputy Raygoso wrote me up for the incident involving Deputies Gomel and Rodriguez. While I was in the hole, I filled out another complaint form and submitted the form in the box. I was in TTCF, Module 121 until January 1, 2011 and

4

then I was transferred to MCJ, Module 3101, which I was told is the "high power hole."

38.    When I got to Module 3101, Senior Deputy Coke and CA Morgo told me that I was in the "hole" for resisting arrest and was going to be in there for 29 days. I told them that I had been in the "hole" since December 27th and if it counted towards the 29 days. They said no and that I was scheduled to be released from the "hole" on March 3, 2011.

39.    On January 24, 2011, I went to court and I was charged with 6 felonies, one of them for battery against a peace officer for the LCMC incident.

40.    Between December 2010 and January 2011, I went back and forth to LCMC for my breathing trouble. In December 2010, the specialist found 1 spot in my right lung and 4 spots in my left lung after 3 MRI's, 3 Cat Scans, which he thought might be fungus, a rare lung disease or some sort of immune deficiency. In March 2011, I had to get a brochostomy, which determined that the spots were not cancerous. On April 25, 2011, I received a court order to see a pulmonologist specialist for my lungs.

41.    Sometime in February 2011, as I was going to the law library, I saw Lieutenant LaFave. I asked him if he received my two complaints that I had submitted about the two beating incidents. He said to me, "I ain't got nothing."

42.    On June 7, 2011 a doctor told me that I had a rare lung disease called Sarcoidosis.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 7th day of June, 2011 in Los Angeles, California.

_____ / s/ _____

Melvyn Foster

# DECLARATION OF INMATE WITNESS MR. BB MACARIO GARCIA

**Declaration of Macario Garcia**

I, Macario Garcia, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am 42 years old and I am currently housed at Men's Central Jail ("MCJ"), Module 2700, Row A, Cell 11. My booking number is 2490525. I am 6'2" and 165 pounds.

3. On Friday, July 22, 2011 between 8-10 a.m., I was in Module 2700, Row, A, Cell 11. Deputy Chavez came to the front of my cell and told me to get out because I had an appointment with an eye doctor. Deputy Chavez then handcuffed me from behind before I stepped out of my cell. Deputy Chavez escorted me out of my cell towards the main gate at the front of the row. I saw Deputy Weiner standing inside the gated deputy's control booth, next to the cell door controls.

4. I knew the names of the deputies because they're the module deputies and I've seen them since I've been on this module for 3 months and a week. Deputy Chavez looks like 6'2" and weighs approximately 275 pounds, looks White with light brown hair and Deputy Weiner looks like 5'7" and weighs 220 pounds and he's White and bald.

5. Deputy Weiner then says to me, "Oh, it's you, you piece of shit, punk." I asked him what his problem was. I told him that I didn't do anything disrespectful to him and didn't know why he was talking to me like that. Deputy Weiner said to me, "Shut the fuck up, punk. You ain't nothing but a coward bitch. You had your chance to fight me, but you didn't." I think Deputy Weiner was referring to an incident where he strip searched me after I came back from court a couple of weeks before I got beat up and he took the handcuffs off of me.

6. I again asked him, "What's your problem?"

7. Deputy Chavez then looked at me and said, "You're not going to go to your doctor's appointment. I'm going to take you back to your cell." He then told me, "Get against the wall."

8. I complied and faced the wall that was opposite the deputy's control booth. I heard the locked gate open and close and then both Deputies Chavez and Weiner started

attacking me.

9.     Deputies Chavez and Weiner punched me several times before I fell to the ground from the blows.  When I fell, they continued punching and kicking my head, face, body and legs.  I don't even know how many times I was hit; it just felt like I was being bombarded by a stream of blows.  The deputies also took out of their flashlights and beat my body and torso with them.  I was screaming and yelling trying to get them to stop beating me, but they didn't.  The deputies also pulled my hair and slammed my head on the ground.  The beating felt like it lasted forever, but my guess is that they were beating me for about five minutes before I blacked out.  The last thing I heard before I blacked out was Deputy Weiner who called out radio code, "415", which is an officer involved fight.

10.     The first thing I remember when I regained consciousness was seeing a stampede of deputies coming over to where I was lying on the ground.  I heard Deputies Chavez and Weiner yell out, "Stop resisting!  Stop pulling away!"  I wasn't resisting or fighting as it would have been hard for me to do so since I had my hands handcuffed behind me.  I didn't hear the deputies saying, "Stop resisting!  Stop pulling away!" during the time they were beating me up before I blacked out.  I only heard them yell these commands once the backup deputies arrived on scene.  I then heard Deputy Chavez yell out to the other deputies, "Spray him!  Spray him!"

11.     One of the deputies, I don't recall who or what this deputy looked like, sprayed my face with pepper spray.  I felt so much pain and stinging in my face, especially my eyes after I was pepper sprayed.  I also felt other deputies besides Deputies Chavez and Weiner punching and kicking me.

12.     The deputies finally stopped attacking me and one of them tried to pull me up by my arms, which were handcuffed behind me.  When he did, I felt a sharp pain in my collarbone and heard a large crack.  I yelled out in pain, but he continued to try to pull me up.

13.     As the deputies were dragging me to the elevator, I heard deputies yell out to me, "He got what he got coming."

14.     When we finally got into the escalator, I was able to see myself in the security, as I was brought down from the 2000 floor to the 1st floor.  I was so scared by what I saw because I

2

couldn't even recognize myself. I had so much blood all over my face and it looked like blood was dripping down from everywhere.

15. The deputies dragged me down the escalator because I was unable to walk and took me to the medical clinic on the first floor.

16. I think there was about 10 or more deputies milling around the medical clinic. I recognized three deputies: Esqueda, Juarez and Lowry III. I was able to identify these deputies because I've had separate incidents with each of the deputies harassing me.

17. When the nurses saw me, I heard them tell the deputies that I needed to go to the Los Angeles Medical Center + USC ("LCMC") because I had serious injuries.

18. While I waited to be escorted to LCMC, I heard some of the deputies laughing and heard them say, "You didn't get hit. You fell." A sergeant and two deputies came and interviewed me on video camera. He asked me what happened and I told him that I was assaulted by Deputies Chavez and Weiner.

19. The sergeant looked like either Hispanic or White with brown hair, 5"11", brown eyes and around 250 pounds.

20. When I got to LCMC, I underwent a Cat Scan and 2 MRI's. The medical staff told me that I had a broken collarbone and one of the broken halves were facing inward towards my thoracic region causing my shortness of breath and difficulty breathing. I also received stitches above both of my eyebrows and my eyes were completely red. I am very worried about my eyes because I am completely blind in one eye due to Deputies Ledesma and Gonzalez and other deputies' beating me up in 2010 at the Pasadena Courthouse and I didn't know if the pepper spray would cause an infection in my blind eye or my working eye. I also had a lot of pain in my head and had swelling in the back of my head. I had bruises under each eye and bruises all on the front of my legs. I also have swelling on my lower lip.

21. I am in an incredible amount of pain and I wince every time I move. I can barely move the right side of my body and can barely lift my right hand more than 3-6 inches in an upward direction.

\ \ \

3

\ \ \

22.    I get very dizzy and sometimes hear a ringing in my ear, which sounds like an alarm is going off inside my head.

23.    On 7/26, Esther Lim from the ACLU came to LCMC and saw me

24.    On 7/28 or 7/29 in the afternoon, Lt. Wright, another Lieutenant with short, blondish hair and a Sergeant who is Hispanic came to LCMC and took photos of my injuries for the use of force packet.  They didn't ask me any questions about what happened to me when I got beaten by Deputies Chavez and Weiner.

25.    Either late in July or early August, the orthopedic surgeon told me that my collarbone was broken away from sternum and was found to be 3mm. away from the arteries to my heart.

26.    I still am in a lot of pain from these injuries even though it happened on 7/22/11.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 2nd day of August, 2011 in Los Angeles, California.

Macario Garcia

4

# DECLARATION OF INMATE WITNESS MR. CC JONATHAN GOODWIN

**Declaration of Jonathan Goodwin**

I, Jonathan Goodwin, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am a twenty nine year old male incarcerated in Men's Central Jail (MCJ) since the early part of November 2010.   My booking number is 2537776.  I am submitting this declaration to describe what happened to me on December 4, 2010, when Deputy Sheriff Beas either pepper sprayed or maced ("spray"), choked and beat me, along with other deputies, and the events leading to the beating.

**PRECIPITATING EVENTS**

3.      After December 4, 2010, when Deputy Sheriff Beas sprayed, choked and beat me, along with other deputies, I have been trying to piece together what possibly could have led to the violence and anger directed towards me. I believe it began on Thanksgiving Day, 2010.

4.      On Thanksgiving, I was housed in Module 8200 in MCJ, because I had a Staph infection. I noticed that a Deputy Beas appeared to have injured his leg. I suggested that he do some squats to work the kinks out. I know about that because I exercise a lot and thought it was good advice. Now, when I look back at it, it seems that he did not like that I, an inmate, said anything of a personal nature to him. I recognized Deputy Beas because of his assignment/presence in my module and because I have been able to read his name tag.

5.      The  next day, Friday, November 26th,  I tried to pass a newspaper to someone in the cell across the row. Deputy Beas came by gave the newspaper to the inmate that I was trying to pass the newspaper to, but then said to me that this was the only favor I was going to get from him. I couldn't understand why he would say that to me. It crossed my mind that he was trying to intimidate me.

**FIRST INSTANCE OF ABUSE BY DEPUTY BEAS**

6.      Later that day, around dinner time, Deputy Beas opened the door to my cell,

1

ordered me to face the wall, get down on my knees and put my hands behind my back. I did.

7.    When I was kneeling on the ground, he grabbed my fingers as if he would break them, and it was painful. He told me that I was going to respect him. I said that I do respect him, just like I respect anyone. He kept on saying that I was going to respect him. I said that I get it and that I am not here to cause any problems. He started screaming into my ear more along the lines of my having to show him respect. He also told me that he had read up on me in the files—like he was trying to categorize me- finding out who I am. It seemed to me that it was more than his telling me that he was doing his job- but that he was telling me that he was singling me out for his attention to scare me.

8.    I told him that we are all adults and that I did not have anything to prove and was only trying to do my time. I said I had a parole violation for a technical violation, and would be going home in five months. I was trying to talk to Deputy Beas to let him know that I was not less than human and that we could respect each other. In looking back, I guess I should not have said that we are all adults and that I did not have anything to prove. Perhaps I acted with too much dignity.

9.    Later, on the same day, Deputy Beas came back to my cell and removed the magazine and newspapers that I had in my cell. In fact, one of the deputies had loaned me the magazine.

10.    After these incidents, and sometime between November 27th and December 3rd, Deputy Clark asked me what was going on between me and Deputy Beas. I told him that I didn't know, that it just happened. Deputy Clark said that I should try to smooth the situation over. I told Deputy Clark that there was nothing coming from me that would cause any problem. I also know Deputy Clark because of his assignment/presence in my module and because I have been able to read his name tag.

11.    On December 3rd, I was moved from the cell number 8244 which was right across from the deputies' office to cell number 8223.  Cell number 8223 happens to be a somewhat isolated cell, in back, out of the way, and there is no cell across the hall.

2

12.    On Saturday, December 4, 2010, at around dinner time, I was awakened when I heard a key in the door to my cell. When it opened, I saw Deputy Beas. He poked his head in and kicked my dinner tray across the cell floor and then closed the door. He was doing it quickly and it seemed to me that he was trying to do it so that I would not see that he was the one kicking the dinner tray.

13.    Normally, it is the trustee who brings the food along with the deputy who opens the door. I got worried with this change, that it wasn't the trustee, and wondered what might be in the food, so I flushed it down the toilet.

14.    When Deputy Beas came back he opened the door so that I could push the tray out. I asked him why he had kicked the tray across the floor. Deputy Beas said " I can do what I want." Words simply can't describe the harshness in his voice. I told him that what he had done was disrespectful, unsanitary, unbecoming and a violation of conduct, policy and procedure.

15.    He said -- well then-- I better go look at Title 15 and check those rules and guidelines. I said he shouldn't be so sarcastic about looking it up. I asked how long he had been a deputy. He said– for more than four years and that he is above the law.

16.    Deputy Beas then said he doesn't have to listen to me or respect me because I am a criminal. I got concerned that there might be some sort of attempt to create a provocation, so I asked to speak to the Sergeant. Deputy Beas appeared angry and flustered, but he said he was going to get the Sergeant. He slammed and locked the door.

17.    He returned around ten minutes later, still angry. He told me to step out of my cell. I put my hands in my pockets and walked out. When I did, I saw that there was no sergeant or any other deputy with him. I became apprehensive. As I began to turn right, as he had told me to do, I noticed that Deputy Beas's right hand dropped to the area of his radio and his spray canister. I really don't know if it is pepper stray or mace in the cannister, but it is an orange-like fluid. As I continued turning, I felt a spray come across my left shoulder area and heard him radio for back up. I could see the spray's color as it came across my shoulder.

18.    I turned towards Deputy Beas and he sprayed me square in my face. The spray

3

burned my eyes, and I couldn't see. I was in pain. The burning sensation lasted a long time and I could still feel its effects when I was taken to the nurse's office.

19.    Everything happened very fast. After he sprayed me in my face, I tried to cover my face by kind of putting my elbows against my face, somewhat lowering my body as I did that. He continued spraying me. I tried to turn away. He grabbed my shirt trying to pull it over my head. At around the same time, he punched me around three to five times using his right hand, the hand that held the canister. With upper cut motions, he struck me in my mouth where my teeth are chipped and he then cursed in pain.

20.    When he hit me in my mouth, he dropped the canister. I bent down to pick up the canister and was able to throw it down the hall. While I was bending down, Deputy Beas jumped on my back and started choking me, holding my neck in the crook of his arm. He also tried to drag me back into the cell.

21.    I started to losing consciousness from the choke hold and the spray and fell. He was still on my back and choking me when I fell to the ground. He kept on screaming obscenities in my ear. As I managed to breathe, I placed my hand under his elbow and pushed his arm above my nose.

22.    I remember being back in my cell, on the floor and seeing Deputy Clark run in with a bunch of deputies. They stomped, kicked and were punching at me shouting "Stop resisting!" But, I was not resisting. I don't think that when I pushed Deputy Beas's arm so that I could breathe, that I was resisting. Even so, I pushed Deputy Beas's arm before I was being beaten and attacked in the cell by the other deputies and they were shouting "Stop resisting."

23.    The deputies finally stopped. I think this beating lasted under five minutes.

24.    After the deputies finished beating me, they handcuffed me and dragged me down the hall. They stopped dragging me in front of their office. I was still on the floor when Deputy Lopez stood over me with his foot planted on my back, almost like standing on an animal that had been caught.

25.    I don't doubt that I was using some curse words and was loud after the beating

4

and while I was being dragged down the hall. Sergeant Ponce de Leon told me to "shut the fuck up" and then asked " where is my injured deputy?" I said "there is no injured deputy." I know it was Sergeant Ponce de Leon because I asked him his name, and he told me. I was able to identify Deputy Lopez from reading his badge while I was sitting handcuffed on the bench waiting for the nurse.

26.    I told Sergeant de Leon about my throwing the canister down the hall. He ordered a deputy to go and pick it up.

27.    I was then handcuffed to a bench outside the MCJ medical clinic and Sergeant de Leon said to the deputies " if he moves, spray him, taser him, and crack his head with a flashlight."

28.    I was injured and in pain all over my body. My eyes were burning from the spray. The nurse at the MCJ station told me that my right eye was reddened as if blood vessels had broken. I had purplish bruises on my torso and rib areas from the beating and kicking. My nose was bleeding. I had a large knot over my right eyebrow, which I think came from being kicked in my head. There was redness around my neck from when I was choked. I also had a cut over my left eye and the fourth finger of my right hand was cut.

29.    Additionally, both my lips were swollen and my bottom lip was busted because Deputy Beas had slugged me in the mouth a number of times.

30.    At the MCJ medical station. Nurse Haggarty cleaned me up, wiping the blood and spray from my face. The deputies took my pants and socks.

31.    After I saw the nurse, I was handcuffed to the bench until, barefoot, wearing only my boxer shorts and t shirt, I was escorted to the Twin Towers Correctional Facility (TTCF) where X-rays of my head were taken and it was decided that I did not need stitches. I don't know if it was a doctor or nurse that made the decision.

32.    At TTCF I believe a doctor prescribed the Tylenol and antibiotics for my injuries. The Tylenol was to be taken twice a day. I got the antibiotics until about January 13th. I am still receiving Tylenol.

5

33.    When I returned to MCJ from TTCF I was placed in cell 8239 ,which is across the hall from the deputies' office. I can't really say how many hours later I returned from TTCF.

34.    On December 5, 2010, after a second video interrogation of me was completed, from my cell I could look into the deputies' office and I saw Deputies Beas and Arian  talking and looking over at me while Deputy Beas seemed to be writing something, maybe filling out a report. After that, Deputy Beas kept coming to my cell and telling me "we are going to get you, we are going to get you for attempted murder." I know it was Deputy Arian talking with Deputy Beas because Deputy Arian was one of the interrogators in the 2nd video interview. The first video interrogation of me was the night of December 4, 2010.

35.    My depression, fear and anger over what happened to me, how I was so powerless to prevent any attack, and what was going to happen to me now, led me to try to kill myself.

36.    On December 6th, I asked to see a psychiatrist, because I could feel myself really sinking into depression. A deputy told me " we are not playing your game." I thought the deputy meant that he would do nothing to assist me in contacting a psychiatrist or in contacting anyone for mental health assistance. This only added to my feeling of hopelessness. As a result, I cut the veins in my arms. I can't say what I was trying to do at that moment. Was it to end my life? I don't know, but probably I was. I know my wish was to disappear, to end this helplessness.

37.    Apparently, although the deputy told me he was not going to contact the psychiatrist, the contact was made by someone because the psychiatrist came to my cell around 10 to 15 minutes after I had attempted to cut my veins, and spoke to me through the door tray slot. I showed her my arms.

38.    A stretcher was ordered. Medical staff members and a deputy escort took me downstairs to the medical clinic where I was cleaned up and bandaged my bloody arms. I also spoke to the psychiatrist at the clinic.

39.    After that two deputies took me to the Inmate Reception Center (IRC) where I spoke with someone about why I had attempted suicide. I don't know if the person I saw was a

6

psychiatrist. She told me that she did not believe that I was suicidal.

40.    After IRC, I was taken back to the medical clinic where deputies handcuffed me to a bench for about five hours. At about 1:00 a.m., three deputies took me to 7th floor of TTCF.

41.    At TTCF deputies put me in my cell and removed all my clothes, so I was naked. There was no mattress or blanket in the cell. The cell was dirty. There was feces smeared on the wall. I think it was Cell 13. I curled up on the floor and tried to sleep.

42.    I was at TTCF from about December 7th to December 9, 2010. On December 8th, a deputy threw water on me from the tray slot. It was a deputy on the night shift. I don't know his name. He was bald, Hispanic, approximately 5'8" -5'10" and in his mid 40's. I asked why he had done that. He said someone had died on him and he had to make sure that I was alive. I spoke to someone at TTCF who may have been a psychiatrist.

43.    I was sent back to MCJ and was first housed in Module 3500. No one told me why I was being transferred from TTCF to MCJ.

44.    Before December 4th, I had just been another member of the general population in MCJ. I am now classified as K-10, in High Power, in Module 3100, and a possible suicide. I am shackled wherever I go.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 19th day of August 2011 in Los Angeles, California.

_____
Jonathan Goodwin

7

Page 233

# DECLARATION OF INMATE WITNESS MR. DD GORDON GRBAVAC

**Declaration of Gordon Grbavac**

I, Gordon Grbavac, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am 44 years old and I am the Superintendent for the California Builders Group Incorporated in Culver City.

3. On Monday, August 24, 2009, the Los Angeles Sheriff's Department ("LASD") came to my business with a search warrant. Four days after my arrest, I was charged with possessing an assault rifle that was not registered with California.

4. After I was arrested and taken to the Inmate Reception Center ("IRC") where I was processed. At IRC, I told the assessment deputies that I had relatives who worked for LASD. I have a cousin named Kresimir Kovac who worked at the Century Regional Detention Facility ("CRDF") in Lynwood, California and who now works for the Compton Station. He was arrested in 2002 for conspiracy to offer an assault weapon for sale. I have another cousin named Adrien Grbavac who works at the Temple Station. I have attached a copy of their LASD business cards to this declaration as Exhibit 1.

5. Despite disclosing this information to the IRC deputies and telling them that I didn't want to be placed in general population, I was still placed in general population.

6. A couple of days later, a deputy asked me if I had family in law enforcement. I told him that I did. He said, "The inmates know this. Your life is threatened, so I'd say where the deputies can see you." He also said to me, "I don't know why you're not in PC [protective custody] and why you're in general population."

7. On Thursday, August 27, 2009, I was scheduled to go to court. A deputy came by my cell in the morning and told me to get ready for court. I was escorted to the court processing area. A deputy cut off my wristband and placed another wristband on me. I was then pulled out of the line and escorted to the third floor of TTCF and placed in a 2-man cell. I didn't go to court that day.

8. When I got there, a few hours later during program time, an inmate came up

behind me. He was Hispanic and had a tattoo of the city, "Azusa" on his neck. The inmate brushed his hand on my lower back. I was very scared when this inmate this to do me so I went into my cell and closed the cell door after me. He came over to my cell window and threatened me saying, "This is it for you. Today's the day." I thought he was going to kill me.

9.    About 3-4 pm, I was in the program area at TTCF. I believe it was right after we had our dinner. Two deputies, one who was Hispanic, 6 feet tall, stocky with short black hair and a White deputy who was 5'9", skinny with short blonde hair walked over to where I was in the program area.

10.    One of the deputies handcuffed me and escorted me through the Staging Area and forcefully shoved me into the Attorney Room. One deputy grabbed me on my left side and the other deputy grabbed me on my right side and as if I was a battering ram, they repeatedly slammed my head and cheek into the window partition that separates the attorneys from the inmates. As they were slamming me into the window, the White deputy said to me, "We're going to teach you a lesson you fat motherfucker." He also asked me, "Did you shit in your pants?"

11.    After a minute or so, a sergeant who is White, about 55 years old, between 5"9" and 5'10", pudgy with short hair came in. He asked, "How did all this blood get here?" When I looked to where he was pointing, I saw blood splattered all over the window partition and saw blood in the cubicle next to where the two deputies had slammed my head.

12.    I told the sergeant that his deputies had assaulted me. The sergeant told me that he'd be right back.

13.    When the sergeant left, the White deputy said to me, "Are you fucking kidding me? You motherfucker. You better change your story or we're going to show you what we do to fat asses. You better say that you did this to yourself." I was extremely scared and felt very threatened. I thought that the deputies might kill me if I didn't do what he said. So I told them that I would tell the sergeant that I did it to myself.

14.    About a minute later, the sergeant came back and interviewed me on camera. I was seated on the stool in the attorney room facing the door to the Staging Area and the sergeant

2

was facing me, away from the door to the Staging Area with the video camera, interviewing me. The White deputy was standing in the doorway to the Staging Area. From here, the deputy was no more than five feet away from me. I could see him staring at me while the sergeant was interviewing me. At no time did the sergeant direct who had beaten me to leave the area where the sergeant was interviewing me. The sergeant asked me what happened on video camera and I told him that I had banged my head on the window.

15.    After the interview, the sergeant told the White deputy and the Hispanic deputy to take me to the nurses' station. When I got there, one of the deputies took one of the handcuffs off of my wrist and secured it to the rail on the gurney. The nurse then gave me an ice pack for my face. I felt very faint and my hands and arms felt numb.

16.    I heard one of the nurses call for an ambulance. The White deputy then came over to me and pressed his handcuff key into both of my arms, which left puncture marks. I still have the scars from the puncture wounds.

17.    I then heard one of the deputies tell the nurse, "Cancel the ambulance. We're going to take him in a radio car to LCMC [Los Angeles Medical Center + USC]."

18.    Two different deputies escorted me to a squad car. During the ride over to LCMC, one of the deputies asked me what happened. I told him that I had banged my head on the window. I was scared to tell him the truth because I thought if I had told the deputy what really happened, he would tell the other deputies, which I thought would lead to another beating. I also told the deputies that I had a cousin who worked in the Lynwood facility or CRDF.

19.    One of the deputies asked me for his name and I told him that his name was Kovac. One of the deputies pulled out his cell phone and made a call. I believe he was calling my cousin, Kovac. He asked my cousin, "What do you want us to do with him?" I wasn't able to hear what the other person on the other line was saying, but I heard the deputy repeating what the other person on the phone was saying which was, "Go ahead and BBQ him." I had no idea what this meant, but I was very scared. The deputy then said, "We'll meet up for drinks at another time" into the phone.

20.    I was then taken to the Jail Ward at LCMC and was handcuffed to the bed. I had

3

one arm handcuffed to one side of the bed and the other arm to the other side of the bed.

21.    While I was waiting, I heard sounds of someone struggling and pulling on his handcuffs. I heard him yell, "Jesus help me! Help me!" A nurse near me said, "Even Jesus isn't going to help you now." I then heard her laughing after she made this comment. I don't know her name, but she had a heavy Eastern European accent.

22.    I then had an MRI done and the doctor told me that I had bleeding in the front right lobe of my brain.

23.    After the MRI, an African American deputy who was wearing glasses kept circling my bed in a threatening manner saying, "Let me at him. Let me at him." I was very scared. I didn't know what was going to happen to me.

24.    I was then moved to another room. While I was in this room, a different nurse was treating me and making sure that I was comfortable. She appeared to be Haitian. I noticed a doctor and the nurse with the Eastern European accent telling the Haitian nurse to do various errands, instead of doing the errands themselves. After the Haitian nurse would complete the errand, she would immediately come back into my room and again the doctor or nurse would try to get this nurse out of my room by assigning another errand for her to do. I don't know why they were doing this, but I felt like they were trying to get her out of the room, so that something could happen to me.

25.    On Friday, August 28, 2009, I was escorted back to TTCF. When I got to TTCF, I was sent to the nurses clinic. An older, White nurse asked me what had happened and I told her that deputies had assaulted me. I felt that I could tell her the truth. She looked very concerned about me and she transferred me to the seventh floor of TTCF where I was placed in my own cell.

26.    Later that day, a deputy told me that I was being released so I went to IRC and went through the release process. After I was done with the release process and had changed into my street clothes, Detective Camarillo and Custody Assistant ("CA") Judge escorted me through the long hallway to the back area of IRC. When I got to this area, Detective Camarillo said I was being arrested and he waist-chained me and handcuffed my hands to my waist. I didn't know

4

why I was being re-arrested.

27.    I was then re-processed at IRC, taken to the fourth floor of IRC and placed in a bunk bed in the program area, instead of a cell.

28.    On Monday, August 31, 2009, I was taken to court and the next day, I was released.

29.    Because the deputies slammed my head against the window, I had a cut over my right eye. My right eye was swollen and my face was also badly bruised for more than a week and it took an additional week for the swelling to go down. There are three photos attached to this declaration as Exhibit 2 of my injuries taken one week after the incident.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 15th day of June, 2011 in Baldwin Park, California.

_____

Gordon Grbavac

5

**Declaration of Gordon Grbavac**

I, Gordon Grbavac, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am 44 years old and I am the Superintendent for the California Builders Group Incorporated in Culver City.

3.      On Monday, August 24, 2009, the Los Angeles Sheriff's Department ("LASD") came to my business with a search warrant. Four days after my arrest, I was charged with possessing an assault rifle that was not registered with California.

4.      After I was arrested and taken to the Inmate Reception Center ("IRC") where I was processed. At IRC, I told the assessment deputies that I had relatives who worked for LASD. I have a cousin named Kresimir Kovac who worked at the Century Regional Detention Facility ("CRDF") in Lynwood, California and who now works for the Compton Station. He was arrested in 2002 for conspiracy to offer an assault weapon for sale. I have another cousin named Adrien Grbavac who works at the Temple Station. I have attached a copy of their LASD business cards to this declaration as Exhibit 1.

5.      Despite disclosing this information to the IRC deputies and telling them that I didn't want to be placed in general population, I was still placed in general population.

6.      A couple of days later, a deputy asked me if I had family in law enforcement. I told him that I did. He said, "The inmates know this. Your life is threatened, so I'd say where the deputies can see you." He also said to me, "I don't know why you're not in PC [protective custody] and why you're in general population."

7.      On Wednesday, August 26, 2009, I was scheduled to go to court. A deputy came by my cell in the morning and told me to get ready for court. I was escorted to the court processing area. A deputy cut off my wristband and placed another wristband on me. I was then pulled out of the line and escorted to the third floor of TTCF and placed in a 2-man cell. I didn't go to court that day.

8.      When I got there, a few hours later during program time, an inmate came up

Page 239

behind me. He was Hispanic and had a tattoo of the city, "Azusa" on his neck. The inmate brushed his hand on my lower back. I was very scared when this inmate this to do me so I went into my cell and closed the cell door after me. He came over to my cell window and threatened me saying, "This is it for you. Today's the day." I thought he was going to kill me.

9.      About 3-4 pm, I was in the program area at TTCF. I believe it was right after we had our dinner. Two deputies, one who was Hispanic, 6 feet tall, stocky with short black hair and a White deputy who was 5'9", skinny with short blonde hair walked over to where I was in the program area.

10.     One of the deputies handcuffed me and escorted me through the Staging Area and forcefully shoved me into the Attorney Room. One deputy grabbed me on my left side and the other deputy grabbed me on my right side and as if I was a battering ram, they repeatedly slammed my head and cheek into the window partition that separates the attorneys from the inmates. As they were slamming me into the window, the White deputy said to me, "We're going to teach you a lesson you fat motherfucker." He also asked me, "Did you shit in your pants?"

11.     After a minute or so, a sergeant who is White, about 55 years old, between 5"9" and 5'10", pudgy with short hair came in. He asked, "How did all this blood get here?" When I looked to where he was pointing, I saw blood splattered all over the window partition and saw blood in the cubicle next to where the two deputies had slammed my head.

12.     I told the sergeant that his deputies had assaulted me. The sergeant told me that he'd be right back.

13.     When the sergeant left, the White deputy said to me, "Are you fucking kidding me? You motherfucker. You better change your story or we're going to show you what we do to fat asses. You better say that you did this to yourself." I was extremely scared and felt very threatened. I thought that the deputies might kill me if I didn't do what he said. So I told them that I would tell the sergeant that I did it to myself.

14.     About a minute later, the sergeant came back and interviewed me on camera. I was seated on the stool in the attorney room facing the door to the Staging Area and the sergeant

2

was facing me, away from the door to the Staging Area with the video camera, interviewing me. The White deputy was standing in the doorway to the Staging Area. From here, the deputy was no more than five feet away from me. I could see him staring at me while the sergeant was interviewing me. At no time did the sergeant direct who had beaten me to leave the area where the sergeant was interviewing me. The sergeant asked me what happened on video camera and I told him that I had banged my head on the window.

15. After the interview, the sergeant told the White deputy and the Hispanic deputy to take me to the nurses' station. When I got there, one of the deputies took one of the handcuffs off of my wrist and secured it to the rail on the gurney. The nurse then gave me an ice pack for my face. I felt very faint and my hands and arms felt numb.

16. I heard one of the nurses call for an ambulance. The White deputy then came over to me and pressed his handcuff key into both of my arms, which left puncture marks. I still have the scars from the puncture wounds.

17. I then heard one of the deputies tell the nurse, "Cancel the ambulance. We're going to take him in a radio car to LCMC [Los Angeles Medical Center + USC]."

18. Two different deputies escorted me to a squad car. During the ride over to LCMC, one of the deputies asked me what happened. I told him that I had banged my head on the window. I was scared to tell him the truth because I thought if I had told the deputy what really happened, he would tell the other deputies, which I thought would lead to another beating. I also told the deputies that I had a cousin who worked in the Lynwood facility or CRDF.

19. One of the deputies asked me for his name and I told him that his name was Kovac. One of the deputies pulled out his cell phone and made a call. I believe he was calling my cousin, Kovac. He asked my cousin, "What do you want us to do with him?" I wasn't able to hear what the other person on the other line was saying, but I heard the deputy repeating what the other person on the phone was saying which was, "Go ahead and BBQ him." I had no idea what this meant, but I was very scared. The deputy then said, "We'll meet up for drinks at another time" into the phone.

20. I was then taken to the Jail Ward at LCMC and was handcuffed to the bed. I had

3

one arm handcuffed to one side of the bed and the other arm to the other side of the bed.

21. While I was waiting, I heard sounds of someone struggling and pulling on his handcuffs. I heard him yell, "Jesus help me! Help me!" A nurse near me said, "Even Jesus isn't going to help you now." I then heard her laughing after she made this comment. I don't know her name, but she had a heavy Eastern European accent.

22. I then had an MRI done and the doctor told me that I had bleeding in the front right lobe of my brain.

23. After the MRI, an African American deputy who was wearing glasses kept circling my bed in a threatening manner saying, "Let me at him. Let me at him." I was very scared. I didn't know what was going to happen to me.

24. I was then moved to another room. While I was in this room, a different nurse was treating me and making sure that I was comfortable. She appeared to be Haitian. I noticed a doctor and the nurse with the Eastern European accent telling the Haitian nurse to do various errands, instead of doing the errands themselves. After the Haitian nurse would complete the errand, she would immediately come back into my room and again the doctor or nurse would try to get this nurse out of my room by assigning another errand for her to do. I don't know why they were doing this, but I felt like they were trying to get her out of the room, so that something could happen to me.

25. On Friday, August 28, 2009, I was escorted back to TTCF. When I got to TTCF, I was sent to the nurses clinic. An older, White nurse asked me what had happened and I told her that deputies had assaulted me. I felt that I could tell her the truth. She looked very concerned about me and she transferred me to the seventh floor of TTCF where I was placed in my own cell.

26. Later that day, a deputy told me that I was being released so I went to IRC and went through the release process. After I was done with the release process and had changed into my street clothes, Detective Camarillo and Custody Assistant ("CA") Judge escorted me through the long hallway to the back area of IRC. When I got to this area, Detective Camarillo said I was being arrested and he waist-chained me and handcuffed my hands to my waist. I didn't know

4

why I was being re-arrested.

27.    I was then re-processed at IRC, taken to the fourth floor of IRC and placed in a bunk bed in the program area, instead of a cell.

28.    On Monday, August 31, 2009, I was taken to court and the next day, I was released.

29.    Because the deputies slammed my head against the window, I had a cut over my right eye. My right eye was swollen and my face was also badly bruised for more than a week. There are three photos attached to this declaration as Exhibit 2 of my injuries taken one week after the incident.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 15th day of June, 2011 in Baldwin Park, California.

_____/s/_____

Gordon Grbavac

5

Page 243