# DECLARATION OF INMATE WITNESS MR. EE DEREK GRISCAVAGE

# DECLARATION of DEREK GRISCAVAGE

I, Derek Griscavage, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    In December 2010, I was housed at Twin Towers Correctional Facility ("TTCF") in Module 151, Pod E, Cell 13. I was released from LA County jails custody the first week of January 2011 after a 90-day stay.

3.    During my stay at TTCF, I was taking psychiatric medications for depression and paranoid schizophrenia, and I am currently taking medications for those same conditions.

4.    I was re-incarcerated in February 2011, and was housed as an inmate at Men's Central Jail in Module 5400, Bunk 40 until mid-July 2011, where my booking number was 2656035. I am currently an inmate at the North Kern State Prison. My CDC number is AI0636.

5.    On December 25, 2010, about 5:30 or 6 p.m., an hour or so after being served dinner, I was watching television on the second-tier walkway of my module right outside my cell in TTCF. I know for certain that it was December 25 because I had called my two children, two stepchildren and mother earlier in the day to wish them "Merry Christmas."

6.    I was the only inmate on the walkway at the time. Other inmates were either in their cells or in the first-tier dayroom area.

7.    Around that time, I heard a "click," which indicated to me based on my experiences at TTCF for the past two months that the doors to the cells were unlocked so deputies could conduct a general search. During a general search, which happened about every two hours, deputies wanted all the inmates to drop onto their knees regardless of what they were doing.

8.    I knew that I had several minutes to get to my knees, however, I do

1

not believe I got down quickly enough for the liking of Deputy Jackson – an African-American sheriff's deputy with a shaved head and bulky build on a 6-foot frame – because he entered my pod and started yelling up at me from the first tier. Deputy Jackson yelled, "Get the fuck down! Are you fucking stupid?"

9.    I got down on my knees as I was told.

10.    Once I got down, Deputy Jackson backed off, and allowed us to get back to what we were doing. However, Deputy Jackson said over the speaker, "Next time you better get your ass down." I showed Deputy Jackson my middle finger. I know that I should not have shown Deputy Jackson my middle finger, but the feeling of not spending time with my family on Christmas Day was getting to me.

11.    After Deputy Jackson confronted me, I got up from my knees and continued watching television for a couple more minutes and went back to my cell About 20 minutes after Deputy Jackson confronted me, I decided to make another phone call to my mother.

12.    I made my way down to use the phones on the first tier, however, on my way down deputies turned off the televisions and shut off the telephones.

13.    After I discovered the phones had been turned off, I turned around to go back up to my cell. However, Deputy Jackson entered my pod again, approached me frowning, and brusquely said "Come here." I walked toward Deputy Jackson and stopped at the point marked "1" on the attached Module 151 Diagram ("Diagram"). Deputy Jackson, who was alone at the time, commanded me to face the pod window with my arms behind me and with my legs spread shoulder width apart

14.    Deputy Jackson got behind me to handcuff me, but before he cuffed me he kicked the insides of my ankles hard with his boots. I was just wearing jail-issued slippers, and on a scale of 1-10, with 10 being the most painful, the pain from the kicks rated an 8.

2

15.    I asked Deputy Jackson what was going on, but he simply stood behind me, cuffed me and savagely pushed my cuffed hands up so my arms resembled chicken wings, straining my shoulders and handling me with enough force that my face was pushed into the pod window.

16.    Still behind me, Deputy Jackson then forced me to walk toward the staging area, which is about 60 feet away from the phone area and beyond the "bubble" where deputies keep watch of the inmates. The path I walked, seen as a dotted line in the attached Diagram, should have been visible to any of the other inmates watching in my pod because of the large, glass windows that cover the span of the pod entrances.

17.    The second I stepped through the door to the staging area – the point marked "2" in the diagram – everything went black.

18.    The last thing I remember before everything went black is walking through the door to the staging area, where I saw that there were four or five other deputies waiting in the area marked "3" in the Diagram. I could not tell you what the deputies looked like because I did not get a good look at them before I blacked out.

19.    The next thing I remember is waking up in the hospital groggy and disoriented with a stabbing pain in my head and a piercing pain behind my eyes, undoubtedly the worst headache I have ever felt. There was blood all over my bare chest, and a doctor was pouring water to rinse my eyes, which were swimming with blood flowing out of the cuts on my face and head.

20.    I was told by a sheriff's deputy who was accompanying the doctor treating me that both the corners of both of my eyes had been split open and the top of my left ear was cut. I could also feel that the left side of my head was swollen with two big lumps about the size of a half dollar and one smaller one, and, using my tongue, I could feel that I had chipped a tooth. My nose was also aching, and the doctor told me that I had a broken nose. Later, when I was back in

my cell and had the use of a mirror, I could see that my eyes were black and blue. I received stitches to close the cuts on my eyes and on my ear.

21.    When my mother, Carol Griscavage, took photos of me three weeks after the beating, my left eye was still blood shot, as seen in the photos in Exhibit A; my left temple was still swollen; my nose was still puffy; and the stitches to close up the cut on the top left corner of my right eye were still in place, as also seen in Exhibit A.

22.    I was told later by other inmates within my pod – including Drago, Rodney Smith and Dollar Bill – that Deputy Jackson had started hitting me the second I stepped outside the pod into the staging area. According to the witnesses, Jackson first swung his fist striking me in the back of the head, and I immediately went down.

23.    Even though I was unconscious, and my hands were cuffed behind my back, witnesses said that Deputy Jackson kneed, kicked and punched my head and face.

24.    I was told that trustees had to mop up a pool of blood afterward.

25.    I am kind of glad that I was unconscious because there was nothing I could have done.

26.    After my blackout, I was kept in the hospital overnight and was sent back to my cell early the next morning around 3:30 a.m. When I got back to my cell, I was exhausted and groggy from the pain medication, so I went to sleep even though one of the doctors had told me not to.

27.    Three days later, I was called out of my pod and taken to the area between the pod and the bubble, marked as point "4" in the diagram. A female detective, who appeared to be a Hispanic/Caucasian mix in her late 30s with a skinny 5 foot 6 inch frame, was waiting for me.

28.    The detective told me that during the incident between Deputy Jackson and me several days before that Deputy Jackson had received a scratch on

his hand. The detective told me that the scratch was grounds for an "assault on a deputy" charge. I asked the detective if I was being charged, and the detective said that I was not being charged at the time. She told me that if she was going to charge me, she would be reading me my rights. She did, however, tell me that they would need to draw my blood to make sure that Deputy Jackson was not exposed to any blood-borne diseases.

29.    I went back to my cell and my blood was drawn early the next morning, on or about December 28, 2010.

30.    Detectives and deputies did not ask me any other questions regarding the incident with Deputy Jackson.

31.    Later in the day on December 28, after I had my blood drawn, Deputy Navarro – a short Hispanic-looking deputy with a shaved head, a lean, muscular build on a 5-foot, 8-inch frame, and a mixed-martial arts tattoo on the left side of his neck – went to my cell. Deputy Navarro snickered and said to me "I heard you got knocked out." Deputy Navarro then told me that I was on lockdown for assault on a deputy.

32.    About three days after I went on lockdown, I was told to pack up my things. I thought that I was being released early because I was due to be released the next week, so I gathered my things and waited on the stairs in the staging area outside the pods. A captain, however, came to the stairs and told me that I was going to the hole for assault on a deputy. I am not certain of the captain's name, but he was about 50 years old, about 6 feet, and stocky with a balding head punctuated with spots of dark hair.

33.    I was taken to a holding cell where a camera was set up. While in the holding cell, I was told by the captain who had picked me up that I was being sent to the "hole," a disciplinary unit inside the jail, for assault on a deputy. The captain did not ask me any other questions.

34.    The captain then took me to the hole, where I stayed until I was

5

released the first week of January 2011.

35.    I was never charged for assault on a deputy.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge and belief. Executed this 4ᵀᴴ day of AUGUST 2011 in Delano, California.

Derek Griscavage

6



