

Aug. 4th 2011