# DECLARATION OF INMATE WITNESS MR. FF JUAN DIEGO MARES

**Declaration of Juan Diego Mares**

I, Juan Diego Mares, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    I am twenty-one years old. I am currently housed at Twin Towers Correctional Facility ("TTCF") in Module 132, Pod E, Cell 6. My booking number is 2001972.

3.    On or about the week of June 5, 2010, I was housed at Men's Central Jail ("MCJ") in Module 2600, Row D, Cell 3.

4.    On Monday, we received our Commissary or store items.

5.    On Tuesday, my cell and the other cells on my row were searched by the module deputies. When I got back to my cell, I noticed that my property was missing, including some of my Commissary items

6.    Shortly after I got back to my cell, we were called out to Pill Call and I asked Deputy Carefoot if I could talk to a sergeant about my missing property.

7.    He told me to go back to my cell. I told him that I wanted to talk to a sergeant. Deputy Carefoot told me no and then quickly said, "Alright, wait right there." He had me wait next to the showers on my row, which is an upstairs tier.

8.    After 5-6 seconds later, he told me to interlace my fingers behind my back. I thought I was going to be handcuffed.

9.    He shoved me against the wall really hard. I told him that I wanted to see a sergeant about my property. Deputy Carefoot said, "I don't care. It's a lost cause." I told him that my family had put money on my account so that I can buy things, like the property that is now missing from the search. Deputy Carefoot said, "I don't give a fuck." I again told him that I wanted to see a sergeant.

10.    Deputy Carefoot then escorted me downstairs and then back upstairs again. I don't know why he did this, but I think he might have done this to see if the nurse was done with Pill Call on the bottom tier or row.

11.    When we got back upstairs, Deputy Carefoot told me to go back to my cell. I

again told him that I wanted to talk to a sergeant.

12.    He then grabbed my interlaced hands, which were still behind my back, and told me to spread my legs. I complied and spread my legs. He then kicked my legs so that my legs were spread even further. My legs were spread so far apart that I was leaning forward and was unstable.

13.    Deputy Carefoot asked, "You want to see a sergeant?" He then put up his hand and tried to slap his hand against my ear like he was going to pop my ear drums. I moved my head, which caused Deputy Carefoot to hit the back of my head.

14.    Deputy Carefoot then punched the right side of my face with a closed fist about 2-3 times. The punches felt like a painful sting and felt like I got hit with a baseball. He then grabbed me forcefully and threw me to the floor. As soon as I hit the floor, Deputy Carefoot kicked me about ten times on the left and right sides of my face, the right side of my jaw and the back of my head. He was kicked me so hard that I saw a pool of my own blood on the floor. It felt like he kicked me for about one minute.

15.    Once he finished kicking me, he said on his radio, "415." I found out that a 415 is a fight with a deputy. I had heard deputies say this on the radio when there's a fight going on. He then kicked my left ear three times. The kicks to my ear felt like a strong, heavy and painful pressure. It hurt so much that all I could feel was the pressure from the kicks. I got run over by a car in 2009 and the kicks to my ear was more painful.

16.    A couple of minutes later, I saw three deputies running up the stairs to where Deputy Carefoot and I were. I don't know what the deputies looked like because my vision was blurry. One of the deputies put handcuffs on me. Then the deputies picked me up and sat me on a bench in the hallway outside the 2000 floor. A deputy came over with a towel and wiped the blood off my face.

17.    While I sat on the bench, I saw one of the three deputies pat Deputy Carefoot on the back and say, "Oh, you got him pretty good."

18.    I saw a Senior Deputy in the hallway as well. I don't know his name, but he appeared to be Hispanic, about 5'7" to 5'8" tall, which is about my height. I told the Senior

2

Deputy that I wanted the deputy's name and pointed to Deputy Carefoot. Though this Senior Deputy didn't tell me Deputy Carefoot's name, I found out Deputy Carefoot's name from other inmates. I had given other inmates the deputy's description and they told me his name because they knew who I was talking about from the description I gave them.

19. The Senior Deputy said to me, "You ain't getting shit."

20. The deputies then took me to the Medical Clinic and the nurses there asked me what happened. I told them that one of the deputies beat me up. I saw one of the nurses write something down. I'm not sure what.

21. One of the nurses checked my jaw and said that I might have a fracture. She also checked my ear and said that I had a little scratch and there was blood coming from it.

22. At this point, I was having double vision and I was in a lot of pain. I also could barely talk because of the pain to my jaw.

23. The nurse told the deputies that I needed to go to the hospital.

24. The same time the nurses are examining me, the same Senior Deputy who was in the 2000 floor hallway asked me what happened. He said in front of the nurse, "Did you fall off your bunk?" I told him that I wasn't going to talk to him because he was a "two-striper", which meant that he was a Senior Deputy and that I didn't want to talk to him because he was a Senior Deputy on the 2000 module where I got beat up. I didn't think that he would be fair to me because I have seen him talking to the deputies on my module. I also told him that I wanted to talk to a sergeant. When the nurse walked away to get something to clean my ear, the Senior Deputy told me, "You know you're going to the same module once they're done cleaning you up." I took this as the Senior Deputy threatening me to not say anything.

25. Less than a minute later, I was placed on the gurney. While I was sitting on the gurney, a sergeant, lieutenant and a deputy came in. I don't know their names, but the sergeant was White, stocky and kind of bald. The lieutenant appeared to be either White or Hispanic, light-skinned with slicked back, short, dark hair. The deputy, whom I've seen on my module, was Hispanic, stocky, light-skinned with a bald head. While I was sitting on the gurney, I saw this deputy smirking and laughing at me.

3

26.     They did a video interview with me and the sergeant asked me what happened. I told them what happened and the sergeant asked me, "Did you hit my deputy with your elbow?"

27.     I told him that my hands had been interlocked behind me, my legs were spread so far apart that I was leaning forward and asked him if he was in that position if it was possible to hit someone with his elbow.

28.     He said, "No, it's not possible." I then responded, "So, I didn't hit your deputy." The sergeant then said, "No more questions."

29.     Once the interview ended, the paramedics came and I was escorted to the Los Angeles Medical Center + USC ("LCMC").

30.     When I got there, the doctor told me that I had a fractured jaw and that I would need to have my jaw wired shut for at least one month so that it could heal. A nurse then cleaned my ear and she said that I would need stitches. I asked her why and I told her that the nurse at TTCF's Medical said that I had a little scratch on my ear. The LCMC nurse said that part of the inside of my ear was split open and I was going to need stitches. She later told me that I got 8 stitches. Even after the nurse gave me 6 anesthesia shots to numb the pain, I could still feel the pain from the kicks to my ear.

31.     The doctor then checked my eye and he told me that the pupil had fallen off and that a piece of my cornea was missing.

32.     On July 30, 2010, I had eye surgery at LCMC where my lens was removed.

33.     From LCMC, I was then sent to the Correctional Treatment Center ("CTC"), which is located in TTCF. I filled out the Los Angeles Sheriff's Department's ("LASD") Inmate Complaint Form and handed it to a deputy. I don't know his name, but he was White, around 40-45 years old, white hair cut into a fade and around 5'8"-5'9" feet tall.

34.     The week of April 4th or the 11th, I'll be going to LCMC because the doctor said that I needed to have a tube inserted in my eye to drain the fluid that has built up in my eye. The eye doctor also said that I was going to need another surgery to put the lens back on and will be needing many more eye surgeries.

\ \ \

4

The eye doctor told me that I may never get my vision back to where it was before Deputy Carefoot beat me up.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 19th day of April, 2011 in Los Angeles, California.

_____

Juan Diego Mares

5

**Declaration of Juan Diego Mares**

I, Juan Diego Mares, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     I am twenty-one years old. I am currently housed at Twin Towers Correctional Facility ("TTCF") in Module 132, Pod E, Cell 6. My booking number is 2001972.

3.     On or about the week of June 5, 2010, I was housed at Men's Central Jail ("MCJ") in Module 2600, Row D, Cell 3.

4.     On Monday, we received our Commissary or store items.

5.     On Tuesday, my cell and the other cells on my row were searched by the module deputies. When I got back to my cell, I noticed that my property was missing, including some of my Commissary items

6.     Shortly after I got back to my cell, we were called out to Pill Call and I asked Deputy Carefoot if I could talk to a sergeant about my missing property.

7.     He told me to go back to my cell. I told him that I wanted to talk to a sergeant. Deputy Carefoot told me no and then quickly said, "Alright, wait right there." He had me wait next to the showers on my row, which is an upstairs tier.

8.     After 5-6 seconds later, he told me to interlace my fingers behind my back. I thought I was going to be handcuffed.

9.     He shoved me against the wall really hard. I told him that I wanted to see a sergeant about my property. Deputy Carefoot said, "I don't care. It's a lost cause." I told him that my family had put money on my account so that I can buy things, like the property that is now missing from the search. Deputy Carefoot said, "I don't give a fuck." I again told him that I wanted to see a sergeant.

10.     Deputy Carefoot then escorted me downstairs and then back upstairs again. I don't know why he did this, but I think he might have done this to see if the nurse was done with Pill Call on the bottom tier or row.

11.     When we got back upstairs, Deputy Carefoot told me to go back to my cell. I

again told him that I wanted to talk to a sergeant.

12.    He then grabbed my interlaced hands, which were still behind my back, and told me to spread my legs.  I complied and spread my legs.  He then kicked my legs so that my legs were spread even further.  My legs were spread so far apart that I was leaning forward and was unstable.

13.    Deputy Carefoot asked, "You want to see a sergeant?"  He then put up his hand and tried to slap his hand against my ear like he was going to pop my ear drums.  I moved my head, which caused Deputy Carefoot to hit the back of my head.

14.    Deputy Carefoot then punched the right side of my face with a closed fist about 2-3 times.  The punches felt like a painful sting and felt like I got hit with a baseball.  He then grabbed me forcefully and threw me to the floor.  As soon as I hit the floor, Deputy Carefoot kicked me about ten times on the left and right sides of my face, the right side of my jaw and the back of my head.  He was kicked me so hard that I saw a pool of my own blood on the floor.  It felt like he kicked me for about one minute.

15.    Once he finished kicking me, he said on his radio, "415."  I found out that a 415 is a fight with a deputy.  I had heard deputies say this on the radio when there's a fight going on.  He then kicked my left ear three times.  The kicks to my ear felt like a strong, heavy and painful pressure.  It hurt so much that all I could feel was the pressure from the kicks.  I got run over by a car in 2009 and the kicks to my ear was more painful.

16.    A couple of minutes later, I saw three deputies running up the stairs to where Deputy Carefoot and I were.  I don't know what the deputies looked like because my vision was blurry.  One of the deputies put handcuffs on me.  Then the deputies picked me up and sat me on a bench in the hallway outside the 2000 floor.  A deputy came over with a towel and wiped the blood off my face.

17.    While I sat on the bench, I saw one of the three deputies pat Deputy Carefoot on the back and say, "Oh, you got him pretty good."

18.    I saw a Senior Deputy in the hallway as well.  I don't know his name, but he appeared to be Hispanic, about 5'7" to 5'8" tall, which is about my height.  I told the Senior

2

Deputy that I wanted the deputy's name and pointed to Deputy Carefoot. Though this Senior Deputy didn't tell me Deputy Carefoot's name, I found out Deputy Carefoot's name from other inmates. I had given other inmates the deputy's description and they told me his name because they knew who I was talking about from the description I gave them.

19.    The Senior Deputy said to me, "You ain't getting shit."

20.    The deputies then took me to the Medical Clinic and the nurses there asked me what happened. I told them that one of the deputies beat me up. I saw one of the nurses write something down. I'm not sure what.

21.    One of the nurses checked my jaw and said that I might have a fracture. She also checked my ear and said that I had a little scratch and there was blood coming from it.

22.    At this point, I was having double vision and I was in a lot of pain. I also could barely talk because of the pain to my jaw.

23.    The nurse told the deputies that I needed to go to the hospital.

24.    The same time the nurses are examining me, the same Senior Deputy who was in the 2000 floor hallway asked me what happened. He said in front of the nurse, "Did you fall off your bunk?" I told him that I wasn't going to talk to him because he was a "two-striper", which meant that he was a Senior Deputy and that I didn't want to talk to him because he was a Senior Deputy on the 2000 module where I got beat up. I didn't think that he would be fair to me because I have seen him talking to the deputies on my module. I also told him that I wanted to talk to a sergeant. When the nurse walked away to get something to clean my ear, the Senior Deputy told me, "You know you're going to the same module once they're done cleaning you up." I took this as the Senior Deputy threatening me to not say anything.

25.    Less than a minute later, I was placed on the gurney. While I was sitting on the gurney, a sergeant, lieutenant and a deputy came in. I don't know their names, but the sergeant was White, stocky and kind of bald. The lieutenant appeared to be either White or Hispanic, light-skinned with slicked back, short, dark hair. The deputy, whom I've seen on my module, was Hispanic, stocky, light-skinned with a bald head. While I was sitting on the gurney, I saw this deputy smirking and laughing at me.

3

26. They did a video interview with me and the sergeant asked me what happened. I told them what happened and the sergeant asked me, "Did you hit my deputy with your elbow?"

27. I told him that my hands had been interlocked behind me, my legs were spread so far apart that I was leaning forward and asked him if he was in that position if it was possible to hit someone with his elbow.

28. He said, "No, it's not possible." I then responded, "So, I didn't hit your deputy." The sergeant then said, "No more questions."

29. Once the interview ended, the paramedics came and I was escorted to the Los Angeles Medical Center + USC ("LCMC").

30. When I got there, the doctor told me that I had a fractured jaw and that I would need to have my jaw wired shut for at least one month so that it could heal. A nurse then cleaned my ear and she said that I would need stitches. I asked her why and I told her that the nurse at TTCF's Medical said that I had a little scratch on my ear. The LCMC nurse said that part of the inside of my ear was split open and I was going to need stitches. She later told me that I got 8 stitches. Even after the nurse gave me 6 anesthesia shots to numb the pain, I could still feel the pain from the kicks to my ear.

31. The doctor then checked my eye and he told me that the pupil had fallen off and that a piece of my cornea was missing.

32. On July 30, 2010, I had eye surgery at LCMC where my lens was removed.

33. From LCMC, I was then sent to the Correctional Treatment Center ("CTC"), which is located in TTCF. I filled out the Los Angeles Sheriff's Department's ("LASD") Inmate Complaint Form and handed it to a deputy. I don't know his name, but he was White, around 40-45 years old, white hair cut into a fade and around 5'8"-5'9" feet tall.

34. The week of April 4th or the 11th, I'll be going to LCMC because the doctor said that I needed to have a tube inserted in my eye to drain the fluid that has built up in my eye. The eye doctor also said that I was going to need another surgery to put the lens back on and will be needing many more eye surgeries.

\ \ \

4

The eye doctor told me that I may never get my vision back to where it was before Deputy Carefoot beat me up.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this _____ day of April, 2011 in Los Angeles, California.

_____ /s/ _____

Juan Diego Mares

5

# DECLARATION OF INMATE WITNESS MR. GG WAYMON MOORE

**Declaration of Wayman Moore**

Waymon

I, ~~Wayman~~ Moore, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    On Sunday December 14, 2010, I was incarcerated at the Pitchess Detention Center ("Pitchess") on the 700 floor. At approximately 4 p.m. that afternoon, I was walking outside my dorm toward the bathroom, with a roll of toilet paper in my hand. I was laughing at a joke another inmate had made to me regarding a female deputy who had passed by our dorm earlier in the day (the female deputy was not in our presence or in our dorm at this time).

3.    Deputy Meyers saw me laughing and ordered me to approach him. When I approached him, in a non-threatening manner, he slapped the toilet paper out of my hand, grabbed me hard with both his hands and spun me around to face the wall. He did not order me to turn around and face the wall before he grabbed me. He then performed a full search on my body by patting me down and checking my pockets, then he grabbed a hold of my neck, piercing my skin with his nails. Another deputy was beside us during this incident; he was tall, Hispanic, of skinny build, dark skinned, with brown eyes, and had short black hair. Deputy Meyers asked me why I was laughing at his deputy and abruptly took me into an adjacent day-room. The male Hispanic deputy followed as well. In the day-room Deputy Meyers then grabbed me again by the neck and slammed me with much force to the ground. He and the male Hispanic deputy then took out their batons and started gesturing it towards me, as if they were going to beat me with it. They both said they were going to "Fuck [me] up. I was afraid of being beat up badly.

4.    At that point I requested to see a sergeant, but Deputy Meyers refused my request, using vulgar terms. I was in a lot of pain and feeling very fearful at this point. I could feel the nail marks Deputy Meyers engraved on my neck. I wasn't sure what the two deputies were going to do to me. Deputy Meyers then walked out of the room, leaving the door open. He walked back into the previous room in which I was housed, and told the other inmates that if he were them he would "fuck [me] up," for because of me the other inmates would not be getting any

programming activities. I then called out to Deputy Meyers, again requesting to speak with the sergeant on duty. Deputy Meyers instead closed the day-room door on me. As I began to walk around the day-room floor, both deputies began taunting me by shining the laser-pointer that is attached to their tasers at me. Deputy Meyers then walked back into the room, and again grabbed me by the neck, choking me, and slammed me hard against the wall. Deputy Meyers then walked out the room.

5.    A female deputy then entered and handcuffed me, then walked me to a facility on the floor known as "the hole," which is a cell that inmates are taken to for disciplinary reasons. The deputy was Hispanic, short, had long dark hair, and was dark skinned. With us in the hole were also one sergeant, a lieutenant, and two male deputies. I was videotaped while being walked to the hole. I know this because I saw the video camera being held by the lieutenant (it is common practice for lieutenants to videotape inmates as they are being taken to the hole). The lieutenant was an older male. A couple of hours later, I was taken to the nurse's facility, where I was examined by the nurse, who made note of the marks on my neck and other parts of my body. I know this because every time she saw a mark on me she wrote something down on her chart.

6.    Later on that night, I was sent to Men's Central Jail ("MCJ"). I was put on suicide watch and was sent to see a psychologist working at the facility. I explained to the psychologist what happened at Pitchess and told her I was in fear for my life from the deputies there. She declassed me (meaning she took me off suicide watch) and I spent two days at MCJ. I was then sent back to Pitchess.

7.    While I was being booked back in at Pitchess, I informed the staff that I was in fear for my life from the deputies who were on my floor, and asked them to let me speak to a sergeant. They ignored my concerns, as I was housed on the exact same floor where the previous incident took place (the original place where Deputy Meyers first grabbed a hold of my neck), and with the same deputies working on staff. After being taken here, I was then sent straight to the hole. I was again videotaped by a lieutenant (a different one from the previous incident), and

there were four or five deputies along with us. The deputies were verbally abusing me and threatening me with violence. One of the deputies who was verbally abusing me was a Hispanic male, who was husky, dark skinned, and had short dark hair

8.    While in the hole, I kept insisting that I was "in fear for my life," and pleaded with them to let me speak with a sergeant. I did not speak to one, but that same night, I was sent back to MCJ, and was forced to see the same psychologist. She told me "you're back here again," and asked me why I was back. I told her how I was sent back to Pitchess and was put on the same floor with the same deputies, and that I was still in fear for my life from the deputies at Pitchess. She declassed me again and I was sent to a dorm on the 5000 floor at MCJ. I spent the night in this dorm. The next day, I was taken out of my cell to be sent back to Pitchess. I was taken to the waiting area where inmates are held before being put on a bus that takes inmates where they are supposed to go. I told the deputies around me about the incident that took place at Pitchess, and how I was still in fear for my life from the deputies at Pitchess. I pleaded with them to let me speak to a sergeant. I was finally able to speak to a sergeant. He was either Hispanic or Caucasian, of medium build, was short, and had straight black hair. He told me that nothing can be done from preventing me from going back to Pitchess, but he told me that he would contact the proper authorities at Pitchess and try to see what he can do about the situation. I was then taken by bus and sent back to Pitchess, and sent straight to the hole (the same place I was in the previous day).

9.    Deputy C. Azizian (badge number 562) was assigned to watch the floor in which my cell was on during the night. In the middle of the night, as I was asleep, Deputy Azizian walked in my room and took my mattress and all my linen. He threw them in the hall outside my room, stepped all over them and kicked them, and began taunting me and cussing me out. I felt extremely helpless when this happened. I felt like I was being abused and mocked. Since the metal I was sleeping on was so cold, I curled up into a ball to try to stay warm. I hardly slept and shivered the entire night.

3

10.    At about 5:30 a.m., Deputy Azizian was leaving his shift. He opened the door to my room electronically and demanded that I pick up all my stuff that he had taken from me off the floor. I was hesitant at first because I was afraid of being attacked by the Deputy; he had stepped on my mattress and linen and kicked them around, making me think that he was prone to attacking me. I decided it would be better if I listened to his demands. About a minute after Deputy Azizian told me to pick up my stuff, I walked out my room to get them. When I went to go pick them up, Deputy Azizian violently attacked me; he beat me, punched me in my left rib, and hit me with some sort of object on my left eye (I did not see what he hit me with). The hit on my left eye dazed me. While still dazed, Deputy Azizian picked me off the floor and took me to a room referred to as "the dungeon." The dungeon is an extremely dim room with one window that inmates can't reach to see out of, and is isolated from all the other rooms. I requested to see a sergeant or a nurse, but my request was ignored. I was left in this room, handcuffed, for approximately 24 hours, deprived of food, water, and linen. I was feeling weak, battered, and was shivering throughout this entire time. At about 3:30 a.m. the next day, a Lieutenant Lopez walked into my room and noticed me still handcuffed, with a hugely swollen left eye. He ordered the deputies who were around to get me food and water. I was handcuffed for so long that I still have marks on each wrist. I was then taken during the day time to get X-rays and to get my scratches, bruises, and swollen left eye checked by the medical staff. The next day, I was sent back to MCJ, and put in the 2400 housing unit.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 8th day of April, 2011 in Los Angeles, California.

Wayman Moore

4

**Declaration of Waymon Moore**

I, Waymon Moore, hereby declare:

1.  I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.  On Sunday December 14, 2010, I was incarcerated at the Pitchess Detention Center ("Pitchess") on the 700 floor. At approximately 4 p.m. that afternoon, I was walking outside my dorm toward the bathroom, with a roll of toilet paper in my hand. I was laughing at a joke another inmate had made to me regarding a female deputy who had passed by our dorm earlier in the day (the female deputy was not in our presence or in our dorm at this time).

3.  Deputy Meyers saw me laughing and ordered me to approach him. When I approached him, in a non-threatening manner, he slapped the toilet paper out of my hand, grabbed me hard with both his hands and spun me around to face the wall. He did not order me to turn around and face the wall before he grabbed me. He then performed a full search on my body by patting me down and checking my pockets, then he grabbed a hold of my neck, piercing my skin with his nails. Another deputy was beside us during this incident; he was tall, Hispanic, of skinny build, dark skinned, with brown eyes, and had short black hair. Deputy Meyers asked me why I was laughing at his deputy and abruptly took me into an adjacent day-room. The male Hispanic deputy followed as well. In the day-room Deputy Meyers then grabbed me again by the neck and slammed me with much force to the ground. He and the male Hispanic deputy then took out their batons and started gesturing it towards me, as if they were going to beat me with it. They both said they were going to "fuck [me] up." I was afraid of being beat up badly.

4.  At that point I requested to see a sergeant, but Deputy Meyers refused my request, using vulgar terms. I was in a lot of pain and feeling very fearful at this point. I could feel the nail marks Deputy Meyers engraved on my neck. I wasn't sure what the two deputies were going to do to me. Deputy Meyers then walked out of the room, leaving the door open. He walked back into the previous room in which I was housed, and told the other inmates that if he were them he

would "fuck [me] up," for because of me the other inmates would not be getting any programming activities. I then called out to Deputy Meyers, again requesting to speak with the sergeant on duty. Deputy Meyers instead closed the day-room door on me. As I began to walk around the day-room floor, both deputies began taunting me by shining the laser-pointer that is attached to their tasers at me. Deputy Meyers then walked back into the room, and again grabbed me by the neck, choking me, and slammed me hard against the wall. Deputy Meyers then walked out the room.

5.    A female deputy then entered and handcuffed me, then walked me to a facility on the floor known as "the hole," which is a cell that inmates are taken to for disciplinary reasons. The deputy was Hispanic, short, had long dark hair, and was dark skinned. With us in the hole were also one sergeant, a lieutenant, and two male deputies. I was videotaped while being walked to the hole. I know this because I saw the video camera being held by the lieutenant (it is common practice for lieutenants to videotape inmates as they are being taken to the hole). The lieutenant was an older male. A couple of hours later, I was taken to the nurse's facility, where I was examined by the nurse, who made note of the marks on my neck and other parts of my body. I know this because every time she saw a mark on me she wrote something down on her chart.

6.    Later on that night, I was sent to Men's Central Jail ("MCJ"). I was put on suicide watch and was sent to see a psychologist working at the facility. I explained to the psychologist what happened at Pitchess and told her I was in fear for my life from the deputies there. She declassed me (meaning she took me off suicide watch) and I spent two days at MCJ. I was then sent back to Pitchess.

7.    While I was being booked back in at Pitchess, I informed the staff that I was in fear for my life from the deputies who were on my floor, and asked them to let me speak to a sergeant. They ignored my concerns, as I was housed on the exact same floor where the previous incident took place (the original place where Deputy Meyers first grabbed a hold of my neck), and with the same deputies working on staff. After being taken here, I was then sent straight to

the hole. I was again videotaped by a lieutenant (a different one from the previous incident), and there were four or five deputies along with us. The deputies were verbally abusing me and threatening me with violence. One of the deputies who was verbally abusing me was a Hispanic male, who was husky, dark skinned, and had short dark hair

8.    While in the hole, I kept insisting that I was "in fear for my life," and pleaded with them to let me speak with a sergeant. I did not speak to one, but that same night, I was sent back to MCJ, and was forced to see the same psychologist. She told me "you're back here again," and asked me why I was back. I told her how I was sent back to Pitchess and was put on the same floor with the same deputies, and that I was still in fear for my life from the deputies at Pitchess. She declassed me again and I was sent to a dorm on the 5000 floor at MCJ. I spent the night in this dorm. The next day, I was taken out of my cell to be sent back to Pitchess. I was taken to the waiting area where inmates are held before being put on a bus that takes inmates where they are supposed to go. I told the deputies around me about the incident that took place at Pitchess, and how I was still in fear for my life from the deputies at Pitchess. I pleaded with them to let me speak to a sergeant. I was finally able to speak to a sergeant. He was either Hispanic or Caucasian, of medium build, was short, and had straight black hair. He told me that nothing can be done from preventing me from going back to Pitchess, but he told me that he would contact the proper authorities at Pitchess and try to see what he can do about the situation. I was then taken by bus and sent back to Pitchess, and sent straight to the hole (the same place I was in the previous day).

9.    Deputy C. Azizian (badge number 562) was assigned to watch the floor in which my cell was on during the night. In the middle of the night, as I was asleep, Deputy Azizian walked in my room and took my mattress and all my linen. He threw them in the hall outside my room, stepped all over them and kicked them, and began taunting me and cussing me out. I felt extremely helpless when this happened. I felt like I was being abused and mocked. Since the metal I was sleeping on was so cold, I curled up into a ball to try to stay warm. I hardly slept and

3

shivered the entire night.

10.    At about 5:30 a.m., Deputy Azizian was leaving his shift. He opened the door to my room electronically and demanded that I pick up all my stuff that he had taken from me off the floor. I was hesitant at first because I was afraid of being attacked by the Deputy; he had stepped on my mattress and linen and kicked them around, making me think that he was prone to attacking me. I decided it would be better if I listened to his demands. About a minute after Deputy Azizian told me to pick up my stuff, I walked out my room to get them. When I went to go pick them up, Deputy Azizian violently attacked me; he beat me, punched me in my left rib, and hit me with some sort of object on my left eye (I did not see what he hit me with). The hit on my left eye dazed me. While still dazed, Deputy Azizian picked me off the floor and took me to a room referred to as "the dungeon." The dungeon is an extremely dim room with one window that inmates can't reach to see out of, and is isolated from all the other rooms. I requested to see a sergeant or a nurse, but my request was ignored. I was left in this room, handcuffed, for approximately 24 hours, deprived of food, water, and linen. I was feeling weak, battered, and was shivering throughout this entire time. At about 3:30 a.m. the next day, a Lieutenant Lopez walked into my room and noticed me still handcuffed, with a hugely swollen left eye. He ordered the deputies who were around to get me food and water. I was handcuffed for so long that I still have marks on each wrist. I was then taken during the day time to get X-rays and to get my scratches, bruises, and swollen left eye checked by the medical staff. The next day, I was sent back to MCJ, and put in the 2400 housing unit.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 12th day of April, 2011 in Los Angeles, California.

_____ /s/

Waymon Moore

4

# DECLARATION OF INMATE WITNESS MR. HH

# KEITH NICHOLS

**Declaration of Keith Nichols**

I, Keith Nichols, hereby declare:

1.   I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.   I was an inmate in the Los Angeles County Jails System in August of 2010 following an arrest on May 12, 2010 and placement in Men's Central Jail on May 15, 2010. I have been housed in Twin Towers Correctional Facility (TTCF) Module 131 D Pod since March 16, 2011. My booking number is 2669830.

3.   I am making this declaration to describe a beating I received from a deputy at the Men's Central Jail (MCJ), my physical limitations due to this beating, and the inadequate medical care I have received while in jail. The beating I will describe happened on a Friday in August of 2010 while I was housed in MCJ Module 2200 Row B Cell 12.

4.   On that Friday in August 2010, I was returning to my cell after a visit with my mom. I had come in from the hallway and I was in area outside of the 2200 wing and the 2000 wing. A diagram depicting the area where I was beaten and the positions of the individuals I describe in this declaration is attached as Exhibit A.

5.   When I was walking through the area between the wings, a white male deputy asked me what I was in jail for. This deputy was about six feet tall. He had black hair. I refused to discuss my case with the deputy. I told him that he could talk to my lawyer if he wanted to talk about my case.

6.   As soon as I told the deputy that I would not discuss my case, he told me to "face (my) black ass to the wall." I heard the deputy yell at other inmates to hurry up and get back to their cells. I saw a Custody Assistant (CA) was in the hallway too. The CA looked to me like he was a Hispanic person, about five feet eight inches, and heavy set. I think his name was Rodriguez.

7.   I was facing the wall, so I could not see what the deputy was doing,

Page 272

but eventually he stopped yelling at inmates to get back to their cells.

8.    The deputy returned to me and pushed me to the ground. I ended up on the ground under the mural of the County Sheriff Bulldog, which is a bulldog dressed like a marine that is on the wall in the area between the two wings.

9.    While I was on the ground, the deputy kicked me with full force in the lower back on the left side with what felt like a steel-toed boot because the toe of the boot was much harder that the toe on a regular boot. The pain was as bad as anything that I can imagine. The deputy kicked me at least five times on my spine in my lower back and near my kidneys. To draw a comparison, I was hit by a car in 2006. During that accident, my left leg became entangled in the car's wheel and broke in two places and my knee was severely dislocated. The deputy's kick was as painful than that car accident. I would rank the pain from the kick as a 10 on a scale of pain with 1 being minimum pain and 10 being excruciating pain. I am still on pain medication to this day for this injury and I still suffer physical limitations due to the injury which I detail below.

10.    After being kicked, I was on the ground trying to shield myself from additional kicks. At this time, other deputies completely surrounded me in a way that blocked anyone from seeing what they were doing to me. These deputies came on their own without the deputy who was beating me having called for their help. I was not able to see these deputies' faces because my head was near the ground and I was shielding my face while I was being kicked, but I did see five sets of feet standing in a line between me and the nurse's station as indicated on Exhibit A.

11.    A fellow inmate, Jose Alvarez, told me that he saw the deputy kicking me because he had been at the nurse's station when the deputy started to beat me. The nurse's station and Mr. Alvarez's approximate position are indicated on Exhibit A. Mr. Alvarez told me that once the other deputies saw he was there, Mr. Alvarez was told not to stand around and to return to his cell by a deputy.

12.    The deputy who had been kicking me punched me in the back of the

2

head. The blow made a knot on my head that is still there today. After the beating, I had a dizzy feeling and I still suffer headaches which I will explain below in the section about the physical consequences of the beating.

13.     Next, the deputy grabbed a hold of my leg and yanked it, popping my knee out of position. My leg is unusually sensitive due to breaking my hip when I was three years old and due to a car accident I mentioned above that dislocated my knee severely and broke my leg. When my knee popped out of position, the sound was audible. My whole knee cap swelled

14.     The deputies who had been watching the beating picked me off the ground and took me to the hospital in TTCF. A nurse helped me and took an x-ray, but I never saw a doctor.

15.     When I came back from the hospital, the CA I saw in the hallway when the beating started closed my cell door too quickly and caught me in the door. The cell doors open by turning a lever to open or close the door and the lever is next to the cell door. The CA stood right next to me so he could easily see when to close the door without trapping me. He left me stuck in the door for about ten seconds and laughed at me. Then, he opened the cell door enough that he could push me into the cell. I did not get hurt from this shove because I caught myself before falling down.

16.     No one from the Sheriff's Department interviewed me about this beating. I was not written up or disciplined either. As far as I know, no record of any kind exists about my beating. I wanted to make a complaint, but no one on the jail's staff would give me the forms to make a complaint. I asked the deputies if I could see a sargent, but the deputies would not let me.

Physical Repercussions Resulting From This Beating

17.     As a result of this beating, I suffer various physical repercussions. I experience regular pain in my back and knee. The pain affects my ability to get to

3

sleep. The pain in my back is not constant, but when it hurts, it is an 8 on the pain scale I described above. It feels like someone has hit my back with a hammer. It is a shooting pain.

18.    I have difficulty walking. I cannot crouch because my knee does not bend far enough to let me do that. As a result, when I need to reach an item under my bed, for example, I must slide my left leg out to the side (keeping it straight the whole time) and balance on my other foot. This is quite difficult, so I will usually ask other people to reach things for me.

19.    When I get my pain medication, I can sit without pain. However, without medication, I cannot sit for even an hour.

20.    I cannot run. If I attempt to run, my kneecap pops in and out of position. I cannot perform sit-ups, push-ups, or squats.

21.    I suffer headaches and dizziness most days. I do not experience a headache without dizziness or dizziness without a headache. These symptoms always come together. The headache's pain centers in the knot on the back of my head that I have had since the deputy punched my head. The pain is so bad that it makes me cry at night and stops me from sleeping. My dizziness feels like the feeling I get after spinning around in a circle quickly.

Lack of access to pain medication and medical care

22.    I am allowed to self-regulate my use of my pain medication so I keep my pain medication with me and take it when I feel it is necessary. Since I am not getting my medication from the nurse at pill call, I need to pay attention to how much of the medicine I have left and request more medication when I will run out.

23.    I generally get my medication refilled at the start of a month. By three weeks into the month, I will run out of medication. I am careful to request pain medication before I run out.

4

Page 275

24.    The process to get more pain medication requires that first I put my name on the list to see a nurse. When I request a nurse, I will usually be able to see a nurse the next day. Then, the nurse makes a request to the doctor to refill my prescription.  The doctor will not visit me. Instead, the doctor is told of my prescription refill request. The doctor approves or disapproves the request, but even if the doctor approves the request, the doctor does not refill my prescription until the beginning of the next month. As a result, I have to go about eight to ten days without pain medication since I usually run out after three weeks. This same process happens every month. In the meantime, the pain in my knee and back is constant and disabling. I am unable to do any of my normal activities and I have trouble sleeping during the eight to ten day period when I am without my medication.

25.    As a result, I go to pill call to ask the nurses if they can help me every day, but the nurses will never give me medication or help me to get my prescription refilled sooner.

26.    I have requested four times to see my medical records and the results of my x-ray after the beating, but I have never been allowed to see any of this information. I requested this information by telephone on Sept. 21, 2010; Oct. 13, 2010; Dec. 14, 2010; and January 10, 2011. In each case, I have called the front desk at TTCF and asked to speak to a watch commander. The person who answers the phone told me each time that there was no sergeant available and they would take a message and return my call. No one has ever returned my call.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this July 13, 2011, in Los Angeles, California.

Keith Nichols

5



**Declaration of Keith Nichols**

I, Keith Nichols, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    I was an inmate in the Los Angeles County Jails System in August of 2010 following an arrest on May 12, 2010 and placement in Men's Central Jail on May 15, 2010. I have been housed in Twin Towers Correctional Facility (TTCF) Module 131 D Pod since March 16, 2011. My booking number is 2669830.

3.    I am making this declaration to describe a beating I received from a deputy at the Men's Central Jail (MCJ), my physical limitations due to this beating, and the inadequate medical care I have received while in jail. The beating I will describe happened on a Friday in August of 2010 while I was housed in MCJ Module 2200 Row B Cell 12.

4.    On that Friday in August 2010, I was returning to my cell after a visit with my mom. I had come in from the hallway and I was in area outside of the 2200 wing and the 2000 wing. A diagram depicting the area where I was beaten and the positions of the individuals I describe in this declaration is attached as Exhibit A.

5.    When I was walking through the area between the wings, a white male deputy asked me what I was in jail for. This deputy was about six feet tall. He had black hair. I refused to discuss my case with the deputy. I told him that he could talk to my lawyer if he wanted to talk about my case.

6.    As soon as I told the deputy that I would not discuss my case, he told me to "face (my) black ass to the wall." I heard the deputy yell at other inmates to hurry up and get back to their cells. I saw a Custody Assistant (CA) was in the hallway too. The CA looked to me like he was a Hispanic person, about five feet eight inches, and heavy set. I think his name was Rodriguez.

7.    I was facing the wall, so I could not see what the deputy was doing,

but eventually he stopped yelling at inmates to get back to their cells.

8. The deputy returned to me and pushed me to the ground. I ended up on the ground under the mural of the County Sheriff Bulldog, which is a bulldog dressed like a marine that is on the wall in the area between the two wings.

9. While I was on the ground, the deputy kicked me with full force in the lower back on the left side with what felt like a steel-toed boot because the toe of the boot was much harder that the toe on a regular boot. The pain was as bad as anything that I can imagine. The deputy kicked me at least five times on my spine in my lower back and near my kidneys. To draw a comparison, I was hit by a car in 2006. During that accident, my left leg became entangled in the car's wheel and broke in two places and my knee was severely dislocated. The deputy's kick was as painful than that car accident. I would rank the pain from the kick as a 10 on a scale of pain with 1 being minimum pain and 10 being excruciating pain. I am still on pain medication to this day for this injury and I still suffer physical limitations due to the injury which I detail below.

10. After being kicked, I was on the ground trying to shield myself from additional kicks. At this time, other deputies completely surrounded me in a way that blocked anyone from seeing what they were doing to me. These deputies came on their own without the deputy who was beating me having called for their help. I was not able to see these deputies' faces because my head was near the ground and I was shielding my face while I was being kicked, but I did see five sets of feet standing in a line between me and the nurse's station as indicated on Exhibit A.

11. A fellow inmate, Jose Alvarez, told me that he saw the deputy kicking me because he had been at the nurse's station when the deputy started to beat me. The nurse's station and Mr. Alvarez's approximate position are indicated on Exhibit A. Mr. Alvarez told me that once the other deputies saw he was there, Mr. Alvarez was told not to stand around and to return to his cell by a deputy.

12. The deputy who had been kicking me punched me in the back of the

2

head. The blow made a knot on my head that is still there today. After the beating, I had a dizzy feeling and I still suffer headaches which I will explain below in the section about the physical consequences of the beating.

13.    Next, the deputy grabbed a hold of my leg and yanked it, popping my knee out of position. My leg is unusually sensitive due to breaking my hip when I was three years old and due to a car accident I mentioned above that dislocated my knee severely and broke my leg. When my knee popped out of position, the sound was audible. My whole kneecap swelled.

14.    The deputies who had been watching the beating picked me off the ground and took me to the hospital in TTCF. A nurse helped me and took an x-ray, but I never saw a doctor.

15.    When I came back from the hospital, the CA I saw in the hallway when the beating started closed my cell door too quickly and caught me in the door. The cell doors open by turning a lever to open or close the door and the lever is next to the cell door. The CA stood right next to me so he could easily see when to close the door without trapping me. He left me stuck in the door for about ten seconds and laughed at me. Then, he opened the cell door enough that he could push me into the cell. I did not get hurt from this shove because I caught myself before falling down.

16.    No one from the Sheriff's Department interviewed me about this beating. I was not written up or disciplined either. As far as I know, no record of any kind exists about my beating. I wanted to make a complaint, but no one on the jail's staff would give me the forms to make a complaint. I asked the deputies if I could see a sargent, but the deputies would not let me.

/ / /

Physical Repercussions Resulting From This Beating

/ / /

17.    As a result of this beating, I suffer various physical repercussions. I

3

experience regular pain in my back and knee. The pain affects my ability to get to sleep. The pain in my back is not constant, but when it hurts, it is an 8 on the pain scale I described above. It feels like someone has hit my back with a hammer. It is a shooting pain.

18.    I have difficulty walking. I cannot crouch because my knee does not bend far enough to let me do that. As a result, when I need to reach an item under my bed, for example, I must slide my left leg out to the side (keeping it straight the whole time) and balance on my other foot. This is quite difficult, so I will usually ask other people to reach things for me.

19.    When I get my pain medication, I can sit without pain. However, without medication, I cannot sit for even an hour.

20.    I cannot run. If I attempt to run, my kneecap pops in and out of position. I cannot perform sit-ups, push-ups, or squats.

21.    I suffer headaches and dizziness most days. I do not experience a headache without dizziness or dizziness without a headache. These symptoms always come together. The headache's pain centers in the knot on the back of my head that I have had since the deputy punched my head. The pain is so bad that it makes me cry at night and stops me from sleeping. My dizziness feels like the feeling I get after spinning around in a circle quickly.

/ / /

Lack of access to pain medication and medical care

/ / /

22.    I am allowed to self-regulate my use of my pain medication so I keep my pain medication with me and take it when I feel it is necessary. Since I am not getting my medication from the nurse at pill call, I need to pay attention to how much of the medicine I have left and request more medication when I will run out.

23.    I generally get my medication refilled at the start of a month. By three weeks into the month, I will run out of medication. I am careful to request

4

pain medication before I run out.

24.    The process to get more pain medication requires that first I put my name on the list to see a nurse. When I request a nurse, I will usually be able to see a nurse the next day. Then, the nurse makes a request to the doctor to refill my prescription.  The doctor will not visit me. Instead, the doctor is told of my prescription refill request. The doctor approves or disapproves the request, but even if the doctor approves the request, the doctor does not refill my prescription until the beginning of the next month. As a result, I have to go about eight to ten days without pain medication since I usually run out after three weeks. This same process happens every month. In the meantime, the pain in my knee and back is constant and disabling. I am unable to do any of my normal activities and I have trouble sleeping during the eight to ten day period when I am without my medication.

25.    As a result, I go to pill call to ask the nurses if they can help me every day, but the nurses will never give me medication or help me to get my prescription refilled sooner.

26.    I have requested four times to see my medical records and the results of my x-ray after the beating, but I have never been allowed to see any of this information. I requested this information by telephone on Sept. 21, 2010; Oct. 13, 2010; Dec. 14, 2010; and January 10, 2011. In each case, I have called the front desk at TTCF and asked to speak to a watch commander. The person who answers the phone told me each time that there was no sergeant available and they would take a message and return my call. No one has ever returned my call.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this July 13, 2011, in Los Angeles, California.

_____/s/_____

Keith Nichols

5

Keith Nichols



Case 2:12-cv-00428-MWF-E   Document 79-15   Filed 09/28/12   Page 33 of 42   Page ID #:2062

2200

2000

| Abel | Baker | W A L L | Abel | Baker |

BOOTH

BOOTH

Law Library

Nurse's Station

Bulldog Mural

Hallway

Legend ☆ = Keith Nichol △ = Jose Alvarez ▽ = Assaulting Deputy ▭ = Line of Deputies ◇ = Custody Assistant

Page 283

# DECLARATION OF INMATE WITNESS MR.II

This page intentionally left blank

# DECLARATION OF INMATE WITNESS MR. JJ ROBERT POWELL

**Declaration of Robert Powell**

I, Robert Powell, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    I am sixty-two years old and was housed at Twin Towers Correctional Facility ("TTCF") from August 2007 until September 2007 when I posted bail. I was released for approximately nine days before my bail was reversed and I was placed back at TTCF on September 2007 and was there until February 2008.

3.    I was in Module 151, Pod E on or about December 30, 2007 when a deputy slammed my head against the cement wall in the Outdoor Recreation Area. After slamming my head against the wall, he left me in the Outdoor Recreation Area for five or six hours while I had the flu.

4.    Approximately 7:30 to 8 o'clock in the evening, we were called out for Pill Call through the public announcement speaker, when all the inmates line up to get their evening medication from the nurse. The nurse gave me my Trazodone, which helps me to sleep. I "cheeked" my medication, which means that instead of taking the medication, I placed it inside my cheek, so that I could take the medication after the ten o'clock at night inmate count.

5.    I have cheeked my sleeping aid while in jail before because if you were to take your sleep medication at 7:30-8:00 p.m. when the nurses give it to you, you would fall asleep and then get woken up by the deputies a couple of hours later for count, which defeats the purpose of taking a sleeping medication. During count, all the inmates have to be fully dressed and stand to be counted by the deputies for the ten o'clock nighttime count.

6.    We are, however, allowed to sleep through the count for the counts after the ten o'clock evening count, so I would swallow my "cheeked" sleeping aid after the ten o'clock count is over, so that I can sleep without being disturbed by the deputies.

7.    I had "cheeked" my medication many times before, but on this day, I was extremely sick from the flu. I had been vomiting and defecating all day and even while I was standing in line to get my medication from the nurse, I stepped out of line approximately three

different times because I needed to vomit and defecate.

8.    I got caught "cheeking" the medication by the nurse because I was so sick and nauseous.

9.    The nurse told me repeatedly to swallow the medication and I told her that I did and this point, the deputy came over.

10.    I don't know what the deputy looked like because I had problems with my vision that have gotten worse during my stay at TTCF. I had two cornea transplants in each eye before entering TTCF, had a cataract on my right eye that was getting worse and I could barely see out of my left eye because I had been given soft contact lens solution at TTCF when I have hard contact lenses. Prior to entering TTCF, I had gas permeable contact lenses, which required a solution with high viscosity. The medical staff at TTCF only provided me a solution made for soft, contact lenses, which had the viscosity of water, which damaged my eyes.

11.    I couldn't see who the deputy was because of my vision, but he could have been Hispanic because of the inflections in his words and because he spoke with a Spanish accent.

12.    After catching me cheeking my Trazodone, the deputy dragged me out of the pod and slammed my head with his forearm on a window that was nearby. He then dragged me through the Staging Area into the Outdoor Recreation Area where he handcuffed me from behind.

13.    He grabbed the back of my hair and smashed my head into the cement wall and he said to me, "Why are you making me do this to you?" I said to the deputy, "You're a real big shot who's beating up a sick, old, blind man in handcuffs." I was fifty-eight years old when the deputy smashed my head against the wall.

14.    After I said this to him, the deputy slammed my head into the cement wall another four to five more times and each time he said, "Why are you making me do this to you?" It felt like I was in a car accident and had been rear-ended and my head was being slammed forward into a wall.

15.    He then uncuffed one of my wrists and handcuffed the uncuffed wrist to a bar that was inside the Outdoor Recreation Area for approximately five to six hours. It was extremely

2

cold. I was only wearing the jail shirt and pants with a t-shirt under the jail shirt and shoes. I was also still very sick and during the entire time I was out in the Outdoor Recreation Area, I was vomiting and defecating all over myself.

16. Approximately five or six hours later, a different deputy came out to the Outdoor Recreation Area. I don't know what he looked like, but I hadn't heard his voice before and he didn't have an accent.

17. He said to me, "Did you learn your lesson?"

18. He then took me to the pod where I showered and the deputy told some of the trustees to get me new clothes because the ones I was wearing had vomit and feces all over them.

19. The deputy then took me to medical where I was given a quick exam and the doctor ordered me an IV solution. I stayed at the medical area at TTCF until January 4, 2008 after which I was placed in Module 151, Pod D.

20. I later saw that I had scratches on my forehead and my forehead was black and blue from having the deputy slam my head against the wall.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this _11TH_ day of _MAY_, 2011 in _SANTA MONICA_, California.

Robert Powell

3

**Declaration of Robert Powell**

I, Robert Powell, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    I am sixty-two years old and was housed at Twin Towers Correctional Facility ("TTCF") from August 2007 until September 2007 when I posted bail.  I was released for approximately nine days before my bail was reversed and I was placed back at TTCF on September 2007 and was there until February 2008.

3.    I was in Module 151, Pod E on or about December 30, 2007 when a deputy slammed my head against the cement wall in the Outdoor Recreation Area.  After slamming my head against the wall, he left me in the Outdoor Recreation Area for five or six hours while I had the flu.

4.    Approximately 7:30 to 8 o'clock in the evening, we were called out for Pill Call through the public announcement speaker, when all the inmates line up to get their evening medication from the nurse.  The nurse gave me my Trazodone, which helps me to sleep.  I "cheeked" my medication, which means that instead of taking the medication, I placed it inside my cheek, so that I could take the medication after the ten o'clock at night inmate count.

5.    I have cheeked my sleeping aid while in jail before because if you were to take your sleep medication at 7:30-8:00 p.m. when the nurses give it to you, you would fall asleep and then get woken up by the deputies a couple of hours later for count, which defeats the purpose of taking a sleeping medication.  During count, all the inmates have to be fully dressed and stand to be counted by the deputies for the ten o'clock nighttime count.

6.    We are, however, allowed to sleep through the count for the counts after the ten o'clock evening count, so I would swallow my "cheeked" sleeping aid after the ten o'clock count is over, so that I can sleep without being disturbed by the deputies.

7.    I had "cheeked" my medication many times before, but on this day, I was extremely sick from the flu.  I had been vomiting and defecating all day and even while I was standing in line to get my medication from the nurse, I stepped out of line approximately three

different times because I needed to vomit and defecate.

8.    I got caught "cheeking" the medication by the nurse because I was so sick and nauseous.

9.    The nurse told me repeatedly to swallow the medication and I told her that I did and this point, the deputy came over.

10.    I don't know what the deputy looked like because I had problems with my vision that have gotten worse during my stay at TTCF. I had two cornea transplants in each eye before entering TTCF, had a cataract on my right eye that was getting worse and I could barely see out of my left eye because I had been given soft contact lens solution at TTCF when I have hard contact lenses. Prior to entering TTCF, I had gas permeable contact lenses, which required a solution with high viscosity. The medical staff at TTCF only provided me a solution made for soft, contact lenses, which had the viscosity of water, which damaged my eyes.

11.    I couldn't see who the deputy was because of my vision, but he could have been Hispanic because of the inflections in his words and because he spoke with a Spanish accent.

12.    After catching me cheeking my Trazodone, the deputy dragged me out of the pod and slammed my head with his forearm on a window that was nearby. He then dragged me through the Staging Area into the Outdoor Recreation Area where he handcuffed me from behind.

13.    He grabbed the back of my hair and smashed my head into the cement wall and he said to me, "Why are you making me do this to you?" I said to the deputy, "You're a real big shot who's beating up a sick, old, blind man in handcuffs." I was fifty-eight years old when the deputy smashed my head against the wall.

14.    After I said this to him, the deputy slammed my head into the cement wall another four to five more times and each time he said, "Why are you making me do this to you?" It felt like I was in a car accident and had been rear-ended and my head was being slammed forward into a wall.

15.    He then uncuffed one of my wrists and handcuffed the uncuffed wrist to a bar that was inside the Outdoor Recreation Area for approximately five to six hours. It was extremely

2

cold. I was only wearing the jail shirt and pants with a t-shirt under the jail shirt and shoes. I was also still very sick and during the entire time I was out in the Outdoor Recreation Area, I was vomiting and defecating all over myself.

16.     Approximately five or six hours later, a different deputy came out to the Outdoor Recreation Area. I don't know what he looked like, but I hadn't heard his voice before and he didn't have an accent.

17.     He said to me, "Did you learn your lesson?"

18.     He then took me to the pod where I showered and the deputy told some of the trustees to get me new clothes because the ones I was wearing had vomit and feces all over them.

19.     The deputy then took me to medical where I was given a quick exam and the doctor ordered me an IV solution. I stayed at the medical area at TTCF until January 4, 2008 after which I was placed in Module 151, Pod D.

20.     I later saw that I had scratches on my forehead and my forehead was black and blue from having the deputy slam my head against the wall.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 11th day of May, 2011 in Santa Monica, California.

_____ /s/ _____

Robert Powell

3