# DECLARATION OF INMATE WITNESS MR. KK NICHOLAS ROBINS

**Declaration of Nicholas Robins**

I, Nicholas Robins, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am twenty four years old and I am currently housed at Men's Central Jail ("MCJ") in Module 3800, Row D, Cell 5 NR. My booking number is 2660807.

3.      On April 16, 2011, I was housed at MCJ, Module 2400, Row A, Cell 9.

4.      In the afternoon, we were called out of our cells for Medical call or Pill call. While we were waiting for our turn, a deputy told us to face the wall. I don't know his name, but he appeared to be Persian/Armenian and is about 5'8"-5'10". There was another deputy as well. I don't know his name, but he was White, bald and about the same height as the Persian/Armenian deputy. I estimated their height as I am 5'6".

5.      As I was facing the wall, I was looking around because we had been standing there for awhile.

6.      The Persian/Armenian deputy said to me, "Come here." I walked over to him and saw him put on latex gloves. He and the White deputy led me out to the hallway into the laundry room. The laundry room is located to the left when you enter the module. NR.

7.      The Persian/Armenian deputy asked me, "Why are you locked up?" I told him it was for an officer involved shooting incident. He said, "You think you're a hard ass?"

8.      He then had me spread my legs and searched me. As he was searching me, he asked, "Why are you acting gay?" I told him that I wasn't acting gay.

9.      The Persian/Armenian deputy then punched my head. I fell to the ground, hoping that the deputy would stop hitting me, but he continued. The Persian/Armenian deputy punched my head, face and ribs for what seemed like eight times and as he was punching me, the White deputy kicked my stomach with his boots three times. I was in so much pain. The deputies beat me for about 30-45 seconds.

10.     After the deputies stopped beating me, the Persian/Armenian deputy told me to go

back to my cell.

11.     I went back inside my cell.

12.     About 5-8 minutes later, the Persian/Armenian deputy came in front of my cell. I saw that he had blue tape over his name badge, so I was ~~unable~~ able NR to see his name. He said, "Why don't you listen. Next time follow directions. Now that we've dealt with you, I'm going to have my 'boys' deal with you."

13.     Ten minutes later, my cell door cranked open. I know that it was one of the deputies who opened my cell because inmates aren't able to open the cells. Also, the crank to open our cells is inside a locked area near the deputy's booth.

14.     When my cell door opened, three inmates ran into my cell and began punching me. When I fell to the floor, I fell in a way that half my body was inside the cell and the other half was out in the hallway. The three inmates continued to punch me after I fell to the floor. I don't know how many times each of the three inmates punched me, but it felt like they hit me about 30 times total. Each of them kicked me all over my back at least five times. I don't know who the inmates were or their description because it all happened so quickly and I was shocked by what was going on. I also was not able to see who they were because I was on the floor trying to cover myself up from the blows. I do know that they were wearing the General Population, blue uniforms.

15.     My two cell mates who were inside the cell with me, didn't do anything to me or to the three inmates who were attacking me. They were just watching what was happening to me. I don't know who my cellmates are were. NR

16.     After 1-2 minutes of the inmates beating me, I ran out of my cell and could see from behind that the three inmates were trying to catch me. I was able to get away from the inmates by getting up while they were attacking me, when I was able to, I just ran out of my cell to get help. NR

17.     I ran to the locked gate as I yelled, "Deputy, deputy!" As I got closer to the locked gate, I saw that the three inmates backed off from me. I don't know where they went.

18.     When I got to the gate, the Persian/Armenian deputy came out of the control booth to the gate and unlocked it so that I could get through. I told him that I needed to get out of

2

Page 292

here because my life was in danger.  He said, "Go back to your cell."  I told him that I'm refusing to go back and I need to get out.

19.     I told the Persian/Armenian deputy that I needed to go somewhere.  I was afraid that the deputy was going to put me in a more dangerous place, so I told him to put me in the cell where my co-defendant was housed.  My co-defendant, Rennard Blanche, was housed in the same module, but ~~on the~~ different NR row ~~above me,~~ Row D.  I think he was in cell 7.

20.     The Persian/Armenian deputy and the White deputy escorted me to Mr. Blanche's cell.  Even though I asked the deputies to take me to medical, they refused to take me to medical for medical attention and I was not interviewed for the incident involving the deputies or the incident where the deputies opened my cell door and I was beaten by inmates.

21.     When I got into Mr. Blanche's cell, I noticed that I had a large gash on the back of my head and bruises all over my stomach, knees and my outer thigh.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 22nd day of June, NR 2011 in Los Angeles, California.

Nicholas Robins

3

**Declaration of Nicholas Robins**

I, Nicholas Robins, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    I am twenty four years old and I am currently housed at Men's Central Jail ("MCJ") in Module 3800, Row C, Cell 5. My booking number is 2660807.

3.    On April 16, 2011, I was housed at MCJ, Module 2400, Row A, Cell 9.

4.    In the afternoon, we were called out of our cells for Medical call or Pill call. While we were waiting for our turn, a deputy told us to face the wall. I don't know his name, but he appeared to be Persian/Armenian and is about 5'8"-5'10". There was another deputy as well. I don't know his name, but he was White, bald and about the same height as the Persian/Armenian deputy. I estimated their height as I am 5'6".

5.    As I was facing the wall, I was looking around because we had been standing there for awhile.

6.    The Persian/Armenian deputy said to me, "Come here." I walked over to him and saw him put on latex gloves. He and the White deputy led me out to the hallway into the laundry room. The laundry room is located to the left when you enter the module.

7.    The Persian/Armenian deputy asked me, "Why are you locked up?" I told him it was for an officer involved shooting incident. He said, "You think you're a hard ass?"

8.    He then had me spread my legs and searched me. As he was searching me, he asked, "Why are you acting gay?" I told him that I wasn't acting gay.

9.    The Persian/Armenian deputy then punched my head. I fell to the ground, hoping that the deputy would stop hitting me, but he continued. The Persian/Armenian deputy punched my head, face and ribs for what seemed like eight times and as he was punching me, the White deputy kicked my stomach with his boots three times. I was in so much pain. The deputies beat me for about 30-45 seconds.

10.    After the deputies stopped beating me, the Persian/Armenian deputy told me to go back to my cell.

11.    I went back inside my cell.

12.    About 5-8 minutes later, the Persian/Armenian deputy came in front of my cell. I saw that he had blue tape over his name badge, so I was unable to see his name. He said, "Why don't you listen. Next time follow directions. Now that we've dealt with you, I'm going to have my 'boys' deal with you."

13.    Ten minutes later, my cell door cranked open. I know that it was one of the deputies who opened my cell because inmates aren't able to open the cells. Also, the crank to open our cells is inside a locked area near the deputy's booth.

14.    When my cell door opened, three inmates ran into my cell and began punching me. When I fell to the floor, I fell in a way that half my body was inside the cell and the other half was out in the hallway. The three inmates continued to punch me after I fell to the floor. I don't know how many times each of the three inmates punched me, but it felt like they hit me about 30 times total. Each of them kicked me all over my back at least five times. I don't know who the inmates were or their description because it all happened so quickly and I was shocked by what was going on. I also was not able to see who they were because I was on the floor trying to cover myself up from the blows. I do know that they were wearing the General Population, blue uniforms.

15.    My two cell mates who were inside the cell with me, didn't do anything to me or to the three inmates who were attacking me. They were just watching what was happening to me. I don't know who my cellmates were.

16.    After 1-2 minutes of the inmates beating me, I ran out of my cell and could see from behind that the three inmates were trying to catch me. I was able to get away from the inmates by getting up while they were attacking me. When I was able to, I just ran out of my cell to get help.

17.    I ran to the locked gate as I yelled, "Deputy, deputy!" As I got closer to the locked gate, I saw that the three inmates backed off from me. I don't know where they went.

18.    When I got to the gate, the Persian/Armenian deputy came out of the control booth to the gate and unlocked it so that I could get through. I told him that I needed to get out of

2

here because my life was in danger.  He said, "Go back to your cell."  I told him that I'm refusing to go back and I need to get out.

19.    I told the Persian/Armenian deputy that I needed to go somewhere.  I was afraid that the deputy was going to put me in a more dangerous place, so I told him to put me in the cell where my co-defendant was housed.  My co-defendant, Rennard Blanche, was housed in the same module, but different row, Row D.  I think he was in cell 7.

20.    The Persian/Armenian deputy and the White deputy escorted me to Mr. Blanche's cell.  Even though I asked the deputies to take me to medical, they refused to take me to medical for medical attention and I was not interviewed for the incident involving the deputies or the incident where the deputies opened my cell door and I was beaten by inmates.

21.    When I got into Mr. Blanche's cell, I noticed that I had a large gash on the back of my head and bruises all over my stomach, knees and my outer thigh.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 22nd day of June, 2011 in Los Angeles, California.

_____/s/_____

Nicholas Robins

3

# DECLARATION OF INMATE WITNESS MR. LL BURKE ROBINSON

**Declaration of Burke Robinson**

I, Burke Robinson, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     I am 18 years old, African-American and 5'11" and 160 pounds and am currently housed at Men's Central Jail ("MCJ") in Module 2600, C, 13.  My booking number is 2666254.

3.     I write this declaration to describe Deputy Valdez' hitting my head on a metal bar that's used as a step, choking, and punching me as well as directing inappropriate, sexual comments at me.

4.     On Monday, August 22, 2011 I was housed in bunk number 99 in MCJ, Module 5600, which is a dorm setting.  There are about 132 bunks and the bunks are double bunks, with a total of 132 inmates.  It's overcrowded with that many inmates and the bunks are around a foot apart from each other.

5.     During the evening count, which typically occurs about 8:30 p.m., the deputies told the other inmates and me to lay in our bunks with our head down and wrists out which is what we are supposed to do during count, so that the deputies can scan our wristbands.

6.     I was lying on my bunk with my head down and could hear the deputies' footsteps exiting the dorm.  I must have picked up my head before the deputies all left because I heard a deputy shout at me, "Put your fucking head down!" I immediately put my head down.

7.     I heard the sounds of the deputies walking over to my bunk and I could see one of the deputy kicking my property bag, which was located next to my bunk.

8.     The deputy who kicked my property bag grabbed my neck, choking it, and held me down on the bed.  I could hardly breathe when the deputy was choking me.

9. The deputy then banged my head on the metal bar that is used as a step for the inmate who sleeps on the top bunk to get onto his bed. The deputy, still grabbing my neck, used my head like a battering ram and hit it on that metal bar about four times. It hurt really bad because the bar was metal.

10. The deputy then shouted, "You understand me?" He then handcuffed me from behind really tight and lifted me up off of my bunk by the handcuffs. When he lifted me up, the top of my head hit the top bunk.

11. The deputy then escorted me out of the dorm still choking me and grabbing my neck and as soon as we got outside to the hallway, he grabbed my neck with both hands. I felt like I was going to pass out and I was seeing spots. I couldn't talk and I could barely breathe. I tried to tell the deputy that I couldn't breathe, but he was choking me so tightly, I wasn't able to.

12. The deputy then slammed my face against the wall. It hurt so bad and it felt like someone throwing a rock at my face. The deputy then punched my right ribs over and over again for what felt like 6-7 times. I could hardly breathe before he punched me and it was even harder after the punches to my ribs.

13. He yelled, "See! I hate you motherfucking monkeys. Damn nigger!"

14. The deputy then told me to sit down so I sat down on a bench.

15. I could see the deputy looking at his hand and it looked like it was bleeding and he said to me, "I broke my hand on you all before. You're all young and dumb."

16. At this point, I saw his name, Valdez on his name tag and he said to me, "You're reading my name so you can write me up for something?" I told him, "I don't know what to write you on." I was scared that if I didn't say this to him, he'd beat me up even more. Deputy Valdez is 5'10", Hispanic with spiky, slicked back hair.

17. Deputy Valdez then looked at me and said, "So you like half Mexican and half White cock?" I said, "No, sir." I felt so disgusted and humiliated when

2

he said this to me.

18.    Deputy Valdez then said, "You motherfuckers always give us shit." It was pretty clear to me that he was referring to African-Americans when he said "you motherfuckers" because he had called me a "nigger" and a "monkey" a few minutes earlier.

19.    After this, a deputy who is Hispanic with buzzed hair, 5'10"-5'11" escorted me to Module 2400, which is the "hole."

20.    I was not taken to the medical clinic or given any type of medical attention. My neck was so sore from Deputy Valdez choking me and my head hurt from having it banged on the metal bar.

21.    Two days later, I went to Sergeant's Court, which is a type of hearing where you supposedly have an opportunity to tell your side of the incident and where the sergeant will tell you your disciplinary time. I wasn't able to tell my side of the story because the Senior Deputy told me that he was giving me 5 days no matter what I told him. I don't know the name of the deputy, but he is short, 5'6"-5'7" and Hispanic. A woman was there. She was a Custody Assistant, Hispanic, 5'7"-5'8" and had a ponytail. I was given five days for being disrespectful and for insubordination during count time.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 9th day of September, 2011 in Los Angeles, California.

                                    /s/
                        _____
                        Burke Robinson

3

**Declaration of Burke Robinson**

I, Burke Robinson, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    I am 18 years old, African-American and 5'11" and 160 pounds B.R and am currently housed at Men's Central Jail ("MCJ") in Module 2400, C, 13 B.R. 2606254 B.R. My booking number is 2606254 B.R.

3.    I write this declaration to describe Deputy Valdez' hitting my head on a metal bar that's used as a step, choking, and punching me as well as directing inappropriate, sexual comments at me.

4.    On Monday, August 22, 2011 I was housed in bunk number 99 in MCJ, Module 5600, which is a dorm setting. There are about 132 B.R. bunks and the bunks are double bunks B.R., with a total of 132 B.R. inmates. It's overcrowded with that many inmates and the bunks are around a foot apart from each other. B.R.

5.    During the evening count, which typically occurs about 8:30 p.m., the deputies told the other inmates and me to lay in our bunks with our head down and wrists out which is what we are supposed to do during count, so that the deputies can scan our wristbands.

6.    I was lying on my bunk with my head down and could hear the deputies' footsteps exiting the dorm. I must have picked up my head before the deputies all left because I heard a deputy shout at me, "Put your fucking head down!" I immediately put my head down.

7.    I heard the sounds of the deputies walking over to my bunk and I could see one of the deputy kicking my property bag, which was located next to my bunk.

8.    The deputy who kicked my property bag grabbed my neck, choking it, and held me down on the bed. I could hardly breathe when the deputy was choking me.

Page 300

9.     The deputy then banged my head on the metal bar that is used as a step for the inmate who sleeps on the top bunk to get onto his bed.  The deputy, still grabbing my neck, used my head like a battering ram and hit it on that metal bar about four times.  It hurt really bad because the bar was metal.

10.     The deputy then shouted, "You understand me?"  He then handcuffed me from behind really tight and lifted me up off of my bunk by the handcuffs.  When he lifted me up, the top of my head hit the top bunk. _B.R._ still choking me and hurting my neck B.R.

11.     The deputy then escorted me out of the dorm and as soon as we got outside to the hallway, he grabbed my neck with both hands.  I felt like I was going to pass out and I was seeing spots.  I couldn't talk and I could barely breathe.  I tried to tell the deputy that I couldn't breathe, but he was choking me so tightly, I wasn't able to.

12.     The deputy then slammed my face against the wall.  It hurt so bad and B.R. it felt like _someone throwing a rock at my face_ B.R.  The deputy then punched my right ribs over and over again for what felt like 6-7 times.  I could hardly breathe before he punched me and it was even harder after the punches to my ribs.

13.     He yelled, "See!  I hate you motherfucking monkeys.  Damn nigger!"

14.     The deputy then told me to sit down so I sat down _on a bench_ B.R.

15.     I could see the deputy looking at his hand and it looked like it was bleeding and he said to me, "I broke my hand on you all before.  You're all young and dumb." B.R.

16.     At this point, I saw his name, Valdez on his name tag and he said to me, "You're reading my name so you can write me up for something?"  I told him, "I don't know what to write you on."  I was scared that if I didn't say this to him, he'd beat me up even more.  Deputy Valdez is B.R. _5'10", Hispanic with spiky slicked back hair_ B.R.

17.     Deputy Valdez then looked at me and said, "So you like half Mexican and half White cock?"  I said, "No, sir."  I felt so disgusted and humiliated when he said this to me.

2

Page 301

18.   Deputy Valdez then said, "You motherfuckers always give us shit." It was pretty clear to me that he was referring to African-Americans when he said "you motherfuckers" because he had called me a "nigger" and a "monkey" a few minutes earlier. ~B.R.~

19.   After this, ~a deputy~ who is Hispanic with buzzed hair escorted me to Module 2400, which is the "hole."

20.   I was not taken to the medical clinic or given any type of medical attention. My neck was so sore from Deputy Valdez choking me and my head hurt from having it banged on the metal bar.

21.   ~Two days later~ ~B.R.~ went to Sergeant's Court, which is a type of hearing where you supposedly have an opportunity to tell your side of the incident and where the sergeant will tell you your disciplinary time. ~I wasn't able to tell my side of the story because, the Senior Deputy~ ~B.R.~. I was given five days for being disrespectful and for insubordination during count time.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this ~9th~ ~B.R.~ day of ~September~ ~B.R.~ ~August,~ 2011 in Los Angeles, California.

Burke Robinson

~B.R.~ ~told me that he was giving me 5 days no matter what I told him. I don't know the name of the deputy, but he is short, 5'6"-5-7" and Hispanic. A woman was there. She was a custody Assistant, Hispanic, 5'7"-5'8" and ~wearing~ had a pony tail. B.R~

3

# DECLARATION OF INMATE WITNESS MR. MM STEPHEN TERAN

**Declaration of Steven Teran**

I, Stephen Teran, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am 30 years old.  I am currently housed at Men's Central Jail ("MCJ") in Module 2500, Row B, Cell 6.  My booking number is 1388477.

3.      On December 24, 2010, I was arrested by the Montebello Police Department for trespassing, drinking in public and obstructing an officer.  All of the charges were dropped except for the Penal Code 148 (a)(1), which is the obstructing an officer charge.  At the time of my arrest, the arresting officer tased me multiple times.

4.      Due to the injuries that were inflicted by the taser gun, I was sent to the Beverly Hospital in Montebello.  While there, I received medical treatment for taser wounds and the doctors and nurses checked my vital signs so that I could be medically cleared to be booked and processed for jail.

5.      After I was released from the Beverly Hospital later that night, I was sent to the Inmate Reception Center ("IRC").

6.      At IRC, I was searched by Custody Assistant ("CA") Martinez.  I must not have been moving fast enough as I was still recovering from the multiple tasing earlier that night because CA Martinez repeatedly asked me to hurry up.  CA Martinez then grabbed my neck, choking me, and dragged me by my neck to a cell.  He released my neck and as I fell to the ground, he kicked me in my ribs 2-3 times.  I had barely gotten to IRC and had not been searched, so I was still in my street clothes when CA Martinez choked and kicked me.

7.      After I was choked and kicked, I remained in this cell for what seemed like 4-5 hours.

8.      Deputy Sims, who was also there, said to me, "If you give us any problems we're going to put you in the hospital."

9.      I was then sent back through the IRC Processing line.  While I was being interviewed by the assessment deputy to determine my classification, Deputy Sims walked by

Page 303

and dropped a "JRC" next to me. A JRC is a card that contains an inmate's classification information on it.

10. He told me to pick it up. From the sound of his voice, I felt like he was trying to intimidate me, especially after he had threatened me earlier when CA Martinez had beaten me.

11. I told him that I wasn't trying to disrespect him, I just wanted to get through the process and do my time. Deputy Sims then said, "Pick it up. If you don't pick it up I'm gonna put you in the hospital."

12. I didn't say anything or move. Deputy Sims then punched me hard in the face, which caused me to fall sideways in my seat. At this point, Deputy Sims threw me to the floor and kicked me repeatedly in my head and ribs. Then approximately 4-6 other deputies ran over and began punching and kicking me all over my body. I don't even know how many times I was hit. I just felt punches and kicks all over me. Deputy Miller and Deputy Escobado and several other deputies then hit me with what felt like their flashlights. I felt powerful hits to my ribs, legs and body from what I believed to be their flashlights. I was in an incredible amount of pain and I could barely breathe. As they were kicking and hitting me, they were yelling, "Stop fighting! Stop resisting!" But, I wasn't resisting or fighting with them. I was the one getting beat up. I don't know the names of the other deputies, but one deputy was White, 6'0"; another was a CA and he was Hispanic and the third was Hispanic.

13. After being beaten for what seemed like 2-3 minutes, some deputies dragged me to an isolated cell. One of them handcuffed my wrist to one of the legs of the bench, which was in the cell, leaving me in a position where I was kneeling down, facing the wall. The way I was handcuffed, I wasn't able to stand up or move. After I was handcuffed, the deputies kicked my lower back about 6-7 times as I was in this kneeling position.

14. I could see blood pouring from my head and face, where the deputies punched and kicked me, falling into a puddle on the ground from where the deputies

15. I heard the deputies saying they didn't want my blood on their clothes and on them, so one of the deputies put a plastic bag over my head. With the plastic bag over my head, I could hardly breathe.

2

16.    After the deputies stopped kicking me, I heard them laughing as they left me in the cell by myself.

17.    Twenty to thirty minutes later, I heard footsteps outside so I kicked the door to get someone's attention. The door was on my right hand side.

18.    Six to seven deputies came into the cell and saw me bleeding on the ground. I saw them go outside and talk before they came back in. I also saw Sergeant Kim standing there as well and she was talking to the deputies. I knew it was Sergeant Kim because she was the only woman there and I saw her name tag. I couldn't hear what they were saying. When they came in, they took my handcuffs off and had me seated on the bench, then I was re-handcuffed.

19.    The deputies told me that I was going to be interviewed on camera and told me that they didn't want me to say anything. They said, "If you say anything, we're gonna press charges against you." I told them I wasn't going to say anything because I was afraid that they were going to attack me again. I did tell them that I was thirsty and I was having a hard time breathing.

20.    When they came in with the video camera, they asked me, "What are you going to say?" I told them that I wasn't going to say anything and that I was going to say that I fell. They turned on the video camera and asked me, "What happened?" I said, "What do you think happened?" They turned off the camera and said, "What the fuck? You said you weren't going to say anything. Say what was pre-arranged."

21.    I told them that I was going to say what they wanted me to say, but I was thirsty and that I wanted some water. Sergeant Kim said that she'd get me some water, so they turned on the video camera and asked me what happened. I said that I fell. They turned off the camera and left. But they didn't even give me any water.

22.    About an hour to an hour and a half later, I was escorted in a patrol car to the Los Angeles Medical Center + USC ("LCMC"). The deputies threatened me again saying not to tell anyone what had happened or they were going to press charges against me and say that I was the one who instigated this.

23.    When I got to the hospital, I was handcuffed to the bed. The nurses looked

3

Page 305

shocked at what they saw; I could see it in their faces. They told me that there was a huge tear in my lip. I was also bleeding a lot. They wanted me to sign a consent form for medical treatment.

24.    I was extremely scared that if I got medical treatment that I was going to get beaten again, so I refused treatment. I also refused treatment because I thought that my injuries were my only evidence that the deputies had beaten me up. I also didn't trust anyone and just wanted to get away from there and the deputies.

25.    Later, a psychiatrist came in and interviewed me. He told me that he was there to evaluate me. He told me that I needed to get treated for my injuries and my lip, but I kept telling him that I didn't want treatment. He then told the nurses, "Go ahead and do what you have to do. He's not rational and lacks the capacity to make a decision about his medical treatment." I told him that I was not irrational and that I didn't want treatment.

26.    I could see the nurses filling up a syringe with something and then they were trying to inject me with it. I was so confused and scared because I didn't know what was going on and what was going to happen to me. I kept moving my arms, though they were handcuffed, because I didn't know what I was being injected with. They didn't even ask me if I had any allergies to any medications. I don't know the names of the nurses, but the nurse who injected me was male, Hispanic, 5'9" and about 27 years old. I think his name is "Marty." The other nurse was Hispanic and she seemed like she was in her mid-30's.

27.    I don't remember what happened afterwards. I woke up at Twin Towers Correctional Facility ("TTCF") in a bed and I was naked. I felt like I had been drugged and could barely stay awake and keep my eyes open. I fell asleep again soon after.

28.    The next thing I remember is being woken up by my cell door opening and someone throwing in a yellow, jail uniform. I was confused that I was given a yellow, jail uniform. Yellow, jail uniforms are only given to mental health inmates.

29.    The deputies then waist-chained, handcuffed and took me to court. I don't know the names of the deputies and I don't remember what they looked like because I was so confused and I felt like I had been drugged. I had no clue as to why I was in a mental health unit.

4

30.     When I got to court, I couldn't communicate with my attorney or the judge because I was so drugged.  I couldn't talk or move my jaw and my tongue felt swollen.  I was also having a hard time breathing and felt like I was suffocating.

31.     After some time of feeling like this, I must have fainted and fallen to the floor.  I don't remember fainting, but am sure I did because the next thing I knew, I awoke in an ambulance on my way to White Memorial Medical Center ("WMMC").

32.     After I was at WMMC, I was then taken back to TTCF and placed in a cell, naked. I didn't receive any clothes and was naked for two days..

33.     From my understanding, I have not been charged for the IRC incident.

34.     On or about the week of February 7, 2011, my attorney requested my medical records for the beating incident that occurred on December 24-25, 2010. ~~I wanted to sue the Los Angeles Sheriff's Department ("LASD") for the trauma and injuries, like my lip region almost being torn off from when the deputies kicked and punched me, so we needed to get my medical records.~~ *we needed the records to support my case.* S.T.

35.     On February 18, 2011, I was housed in the 5600 Dorm at MCJ.  About 2-3 am, approximately 2-3 deputies woke me up and brought me out to the hallway.  I don't know the names of the deputies, but one was White and the other was a big, Hispanic deputy.

36.     When I was in the hallway, one of the deputies asked me why I was asking for my medical records and what I was going to do with it.  I didn't know how the deputies knew that my attorney had requested the medical records. — *include* S.T.

37.     When I didn't respond, one of the deputies slammed my neck against the wall.  I felt an excruciating pain in my neck and felt like the deputy had broken my neck.  I fell to the ground from the impact and the pain and when I fell, the deputies punched and kicked me repeatedly all over my body, neck and head for what seemed like 2-3 minutes before they stopped beating me.

38.     I don't remember what happened next, but I was taken to the Los Angeles Medical Center + USC ("LCMC") around 3:30 am.

39.     As a result of the beating, the medical staff at LCMC gave me a neck brace

5

because ~~they told me that I~~ *might have* ~~had~~ *ST* nerve damage *in my neck.* I am still wearing the neck brace. *ST*

40.     On April 19, 2011, I met with Esther Lim from the American Civil Liberties Union of Southern California ("ACLU/SC") at the MCJ Attorney Room. I met with her for a second time on May 13, 2011 at the MCJ Attorney Room.

41.     I gave Ms. Lim a copy of my medical records and gave it to CA Meza so that he could look through it to make sure contraband wasn't being passed through. I heard CA Meza tell Ms. Lim that we weren't allowed to pass any documents to her. Ms. Lim told him that issue was resolved and that we were allowed to pass documents to her and she was allowed to pass documents to us and told him to contact either Lieutenant LaFave, the Watch Commander or someone in the Legal Department.

42.     I heard him make a call and ask the person on the other line if inmates could pass documents to the ACLU. I couldn't hear who CA Meza was talking to or what the other person was saying. I heard CA Meza tell the person on the other line my name. After 2-3 minutes, CA Meza went through each page of the documents that I wanted to give Ms. Lim before passing it to her through the slot in the Attorney Room.

43.     Ms. Lim and I were done talking so I was trying to leave the Attorney Room. CA Meza stopped me and asked me what I was passing to Ms. Lim. I know that conversations between an attorney or a legal representative is supposed to be confidential so I just told him that it was for my case. I didn't know why he was asking and I didn't think it was right for him to ask what Ms. Lim and I were talking about. I was also afraid that if he knew what we were talking about, CA Meza would tell the other deputies.

44.     After leaving the Attorney Room, I walked back to my module, 2500 and went up the escalator. When I got to the floor, I saw a deputy walking towards me. He said, "Turn around and face the wall." I did as he said. I heard a deputy ask, "Is that the motherfucker from downstairs?" I looked over to see who the deputy was referring to.

45.     The deputy who walked towards me said, "Face the fucking wall", slammed the right side of my face against the wall and said, "Stupid motherfucker" before walking away.

6

46.     I don't know the names of the deputies, but both of the deputies were Hispanic.

47.     I was still in the neck brace and I was in a lot of pain.  Both my neck and my face were hurting a lot after the deputy slammed my face into the wall.

48.     When I got to my module and cell, I asked the module officers if I could see a doctor because I was in a lot of pain.  The deputies refused to allow me to see someone on the medical staff.  They said, "We don't got a pass for you. Too bad." I asked every day if I could get a medical pass to see a doctor until May 17, 2011 when I stopped asking because the module deputies refused to let me get medical attention.

49.     During the entire time, I was suffering from the pain from my neck and face.  I also had horrible headaches and felt a strong pressure behind my eye, like my eye was going to pop out of its socket.

50.     On May 19, 2011 in the morning, I received a pass to see a dentist because of a complaint I had submitted to the ACLU/SC.  Again, I had submitted numerous complaint forms to see a dentist, but the deputies refused to let me see a dentist, so I had no choice, but to ask the ACLU/SC to file a complaint for me to see a dentist.

51.     When I got to the dentist, the dentist's assistant, who was Hispanic, tried to take x-rays of my mouth, but because of my neck brace and the injuries from the December beating and the May beating, it was extremely difficult for me to open my mouth wide enough for the assistant to put the x-ray wings into my mouth.

52.     He told me that I would need to get my x-rays from the larger x-ray machine that was nearby.  After getting a facial x-ray, the dentist, a Middle-Eastern woman, said that bones in my face were broken.  She told me that the x-rays showed that my right cheekbone was fractured and that I needed to go to LCMC.

53.     I was sent to the medical clinic and Deputy Suarez was going to take me to LCMC in the squad car.

54.     We walked to the 6000 floor control room where Deputy Suarez needed to go to get my LCMC paperwork.  He told me to sit down on the bench that was outside of the control room.  I then saw him go inside.

7

55.     A few minutes later, two Senior Deputies came outside to where I was seated. One of them asked me, "What happened?" I told him that I fell on the floor and didn't want to say anything else. I was scared that something else might happen to me if I said that the deputy slammed my face into a wall. The Senior Deputy tried to pressure me into talking and saying that he couldn't help me if I didn't tell him what happened. I told him that he wasn't helping me by stopping me from going to LCMC to fix my broken cheek bone. He told me that I needed to talk to a Sergeant. I told him that I didn't want to talk to anyone and I just wanted to go to LCMC.

56.     Deputy Chavez then escorted me back to the medical clinic. He asked a nurse, who is Asian with blonde hair, to step outside because he needed to talk to her. After talking for a couple of minutes, the nurse came back in and said that I needed to answer some questions before I could go to LCMC. She tried to ask me what had happened. I told her that my face was broken and that they [medical staff] already approved me to go to LCMC to see a doctor, so I didn't know why I needed to answer her questions.

57.     Deputy Chavez then said to me, "I got a degree. I know what you're trying to do. You're trying to sue the Sheriff's department, but it's not going to work. You gotta work like everyone else. You're a gang member."

58.     I asked him what this had to do with me seeing a doctor.

59.     He took me out of the clinic and told me to sit on the bench. He handcuffed me to the bench.

60.     Deputy Chavez and another Senior Deputy tried to force me to sign a paper and said that it was an injury report. I didn't know what it was and told them that I wasn't going to sign anything.

61.     One of the module officers on my module, 2500, was brought down and he said to me, "Why didn't you tell me about this?" I told him that I did and I'm trying to get my face fixed. He said, "You need to be straight with me." I again repeated that I tried to tell him that I needed to see a doctor and all I want to do is get my face fixed.

62.     He then threatened me and said, "You know what's up, right? When you get back

8

up there, you're going to get ~~nothing but~~ ST what's coming." I told him that I didn't know why he was threatening me. I told him that I wasn't going to name any names. The deputies' threats scared me a lot as did the other deputies' trying to stop me from going to LCMC. I didn't know what they were trying to do or what was going to happen to me.

63.    The Senior Deputy told the deputies, "Leave him there for 4-5 hours. It's not an emergency."

64.    I sat on the bench, handcuffed for 2-3 hours before CA Meza took me to LCMC in the squad car.

65.    When I got to LCMC, I was waiting for the doctor. A nurse came in, saw me and said, "You gotta learn to keep your mouth shut."

66.    When the doctor saw me, he pressed my face and said, "There's no fracture. Your face isn't broken." I told him that he needed to get the x-rays from the dentist at MCJ because those x-rays showed that my cheek bone was fractured. But he didn't take another set of x-rays and he didn't say anything else to me. I was then taken back to MCJ to my module.

67.    The following day in the morning, of May 20, 2011 ST the nurses gave me Flexerall.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this _22_ day of _June_, 2011 in Los Angeles, California.

_Stephen _____
ST Stephen
Steven Teran

68. I met with Ms Lim again on 5/20/2011. A couple of hours later, Deputy Ibarra came by my cell and handed me a write up. The write up was written by Deputy H. Aguirre 111 for creating a disturbance (verbal), unauthorized communication / profanity towards staff members and Insubordination / Disrespectful to staff. # 5100 2011520001. I don't know why I recieved this write up because I didn't do anything but prepare for court after I spoke to Ms. Lim until I got the write up. I think I got the write up because I talked to the ACLU/SC. ST

Page 31

**Declaration of Stephen Teran**

I, Stephen Teran, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     I am 30 years old.  I am currently housed at Men's Central Jail ("MCJ") in Module 2400, Row C, Cell 3.  My booking number is 1388477.

3.     On December 24, 2010, I was arrested by the Montebello Police Department for trespassing, drinking in public and obstructing an officer.  All of the charges were dropped except for the Penal Code 148 (a)(1), which is the obstructing an officer charge.  At the time of my arrest, the arresting officer tased me multiple times.

4.     Due to the injuries that were inflicted by the taser gun, I was sent to the Beverly Hospital in Montebello.  While there, I received medical treatment for taser wounds and the doctors and nurses checked my vital signs so that I could be medically cleared to be booked and processed for jail.

5.     After I was released from the Beverly Hospital later that night, I was sent to the Inmate Reception Center ("IRC").

6.     At IRC, I was searched by Custody Assistant ("CA") Martinez.  I must not have been moving fast enough as I was still recovering from the multiple tasing earlier that night because CA Martinez repeatedly asked me to hurry up.  CA Martinez then grabbed my neck, choking me, and dragged me by my neck to a cell.  He released my neck and as I fell to the ground, he kicked me in my ribs 2-3 times.  I had barely gotten to IRC and had not been searched, so I was still in my street clothes when CA Martinez choked and kicked me.

7.     After I was choked and kicked, I remained in this cell for what seemed like 4-5 hours.

8.     Deputy Sims, who was also there, said to me, "If you give us any problems we're going to put you in the hospital."

9.     I was then sent back through the IRC Processing line.  While I was being interviewed by the assessment deputy to determine my classification, Deputy Sims walked by

and dropped a "JRC" next to me. A JRC is a card that contains an inmate's classification information on it.

10. He told me to pick it up. From the sound of his voice, I felt like he was trying to intimidate me, especially after he had threatened me earlier when CA Martinez had beaten me.

11. I told him that I wasn't trying to disrespect him, I just wanted to get through the process and do my time. Deputy Sims then said, "Pick it up. If you don't pick it up I'm gonna put you in the hospital."

12. I didn't say anything or move. Deputy Sims then punched me hard in the face, which caused me to fall sideways in my seat. At this point, Deputy Sims threw me to the floor and kicked me repeatedly in my head and ribs. Then approximately 4-6 other deputies ran over and began punching and kicking me all over my body. I don't even know how many times I was hit. I just felt punches and kicks all over me. Deputy Miller and Deputy Escobado and several other deputies then hit me with what felt like their flashlights. I felt powerful hits to my ribs, legs and body from what I believed to be their flashlights. I was in an incredible amount of pain and I could barely breathe. As they were kicking and hitting me, they were yelling, "Stop fighting! Stop resisting!" But, I wasn't resisting or fighting with them. I was the one getting beat up. I don't know the names of the other deputies, but one deputy was White, 6'0"; another was a CA and he was Hispanic and the third was Hispanic.

13. After being beaten for what seemed like 2-3 minutes, some deputies dragged me to an isolated cell. One of them handcuffed my wrist to one of the legs of the bench, which was in the cell, leaving me in a position where I was kneeling down, facing the wall. The way I was handcuffed, I wasn't able to stand up or move. After I was handcuffed, the deputies kicked my lower back about 6-7 times as I was in this kneeling position.

14. I could see blood pouring from my head and face, where the deputies punched and kicked me, falling into a puddle on the ground from where the deputies

15. I heard the deputies saying they didn't want my blood on their clothes and on them, so one of the deputies put a plastic bag over my head. With the plastic bag over my head, I could hardly breathe.

2

16. After the deputies stopped kicking me, I heard them laughing as they left me in the cell by myself.

17. Twenty to thirty minutes later, I heard footsteps outside so I kicked the door to get someone's attention. The door was on my right hand side.

18. Six to seven deputies came into the cell and saw me bleeding on the ground. I saw them go outside and talk before they came back in. I also saw Sergeant Kim standing there as well and she was talking to the deputies. I knew it was Sergeant Kim because she was the only woman there and I saw her name tag. I couldn't hear what they were saying. When they came in, they took my handcuffs off and had me seated on the bench, then I was re-handcuffed.

19. The deputies told me that I was going to be interviewed on camera and told me that they didn't want me to say anything. They said, "If you say anything, we're gonna press charges against you." I told them I wasn't going to say anything because I was afraid that they were going to attack me again. I did tell them that I was thirsty and I was having a hard time breathing.

20. When they came in with the video camera, they asked me, "What are you going to say?" I told them that I wasn't going to say anything and that I was going to say that I fell. They turned on the video camera and asked me, "What happened?" I said, "What do you think happened?" They turned off the camera and said, "What the fuck? You said you weren't going to say anything. Say what was pre-arranged."

21. I told them that I was going to say what they wanted me to say, but I was thirsty and that I wanted some water. Sergeant Kim said that she'd get me some water, so they turned on the video camera and asked me what happened. I said that I fell. They turned off the camera and left. But they didn't even give me any water.

22. About an hour to an hour and a half later, I was escorted in a patrol car to the Los Angeles Medical Center + USC ("LCMC"). The deputies threatened me again saying not to tell anyone what had happened or they were going to press charges against me and say that I was the one who instigated this.

23. When I got to the hospital, I was handcuffed to the bed. The nurses looked

3

shocked at what they saw; I could see it in their faces. They told me that there was a huge tear in my lip. I was also bleeding a lot. They wanted me to sign a consent form for medical treatment.

24.     I was extremely scared that if I got medical treatment that I was going to get beaten again, so I refused treatment. I also refused treatment because I thought that my injuries were my only evidence that the deputies had beaten me up. I also didn't trust anyone and just wanted to get away from there and the deputies.

25.     Later, a psychiatrist, Harsukhj Savalia DEA 0529411638 came in and interviewed me. He told me that he was there to evaluate me. He told me that I needed to get treated for my injuries and my lip, but I kept telling him that I didn't want treatment. He then told the nurses, "Go ahead and do what you have to do. He's not rational and lacks the capacity to make a decision about his medical treatment." I told him that I was not irrational and that I didn't want treatment.

26.     I could see the nurses filling up a syringe with something and then they were trying to inject me with it. I was so confused and scared because I didn't know what was going on and what was going to happen to me. I kept moving my arms, though they were handcuffed, because I didn't know what I was being injected with. They didn't even ask me if I had any allergies to any medications. I don't know the names of the nurses, but the nurse who injected me was male, Hispanic, 5'9" and about 27 years old. I think his name is "Marty." The other nurse was Hispanic and she seemed like she was in her mid-30's.

27.     I don't remember what happened afterwards. I woke up at Twin Towers Correctional Facility ("TTCF") in a bed and I was naked. I felt like I had been drugged and could barely stay awake and keep my eyes open. I fell asleep again soon after.

28.     The next thing I remember is being woken up by my cell door opening and someone throwing in a yellow, jail uniform. I was confused that I was given a yellow, jail uniform. Yellow, jail uniforms are only given to mental health inmates.

29.     The deputies then waist-chained, handcuffed and took me to court. I don't know the names of the deputies and I don't remember what they looked like because I was so confused and I felt like I had been drugged. I had no clue as to why I was in a mental health unit.

4

30. When I got to court, I couldn't communicate with my attorney or the judge because I was so drugged. I couldn't talk or move my jaw and my tongue felt swollen. I was also having a hard time breathing and felt like I was suffocating.

31. After some time of feeling like this, I must have fainted and fallen to the floor. I don't remember fainting, but am sure I did because the next thing I knew, I awoke in an ambulance on my way to White Memorial Medical Center ("WMMC").

32. After I was at WMMC, I was then taken back to TTCF and placed in a cell, naked. I didn't receive any clothes and was naked for two days..

33. From my understanding, I have not been charged for the IRC incident.

34. On or about the week of February 7, 2011, my attorney requested my medical records for the beating incident that occurred on December 24-25, 2010. We needed the records to support my case.

35. On February 18, 2011, I was housed in the 5600 Dorm at MCJ. About 2-3 am, approximately 2-3 deputies woke me up and brought me out to the hallway. I don't know the names of the deputies, but one was White and the other was a big, Hispanic deputy.

36. When I was in the hallway, one of the deputies asked me why I was asking for my medical records and what I was going to do with it. I didn't know how the deputies knew that my attorney had requested the medical records.

37. When I didn't respond, one of the deputies slammed my neck against the wall. I felt an excruciating pain in my neck and felt like the deputy had broken my neck. I fell to the ground from the impact and the pain and when I fell, the deputies punched and kicked me repeatedly all over my body, neck and head for what seemed like 2-3 minutes before they stopped beating me.

38. I don't remember what happened next, but I was taken to the Los Angeles Medical Center + USC ("LCMC") around 3:30 am.

39. As a result of the beating, the medical staff at LCMC gave me a neck brace because they told me that I might have nerve damage. I am still wearing the neck brace.

40. On April 19, 2011, I met with Esther Lim from the American Civil Liberties

5

Union of Southern California ("ACLU/SC") at the MCJ Attorney Room. I met with her for a second time on May 13, 2011 at the MCJ Attorney Room.

41. I gave Ms. Lim a copy of my medical records and gave it to CA Meza so that he could look through it to make sure contraband wasn't being passed through. I heard CA Meza tell Ms. Lim that we weren't allowed to pass any documents to her. Ms. Lim told him that issue was resolved and that we were allowed to pass documents to her and she was allowed to pass documents to us and told him to contact either Lieutenant LaFave, the Watch Commander or someone in the Legal Department.

42. I heard him make a call and ask the person on the other line if inmates could pass documents to the ACLU. I couldn't hear who CA Meza was talking to or what the other person was saying. I heard CA Meza tell the person on the other line my name. After 2-3 minutes, CA Meza went through each page of the documents that I wanted to give Ms. Lim before passing it to her through the slot in the Attorney Room.

43. Ms. Lim and I were done talking so I was trying to leave the Attorney Room. CA Meza stopped me and asked me what I was passing to Ms. Lim. I know that conversations between an attorney or a legal representative is supposed to be confidential so I just told him that it was for my case. I didn't know why he was asking and I didn't think it was right for him to ask what Ms. Lim and I were talking about. I was also afraid that if he knew what we were talking about, CA Meza would tell the other deputies.

44. After leaving the Attorney Room, I walked back to my module, 2500 and went up the escalator. When I got to the floor, I saw a deputy walking towards me. He said, "Turn around and face the wall." I did as he said. I heard a deputy ask, "Is that the motherfucker from downstairs?" I looked over to see who the deputy was referring to.

45. The deputy who walked towards me said, "Face the fucking wall", slammed the right side of my face against the wall and said, "Stupid motherfucker" before walking away.

46. I don't know the names of the deputies, but both of the deputies were Hispanic.

47. I was still in the neck brace and I was in a lot of pain. Both my neck and my face were hurting a lot after the deputy slammed my face into the wall.

6

48.    When I got to my module and cell, I asked the module officers if I could see a doctor because I was in a lot of pain. The deputies refused to allow me to see someone on the medical staff. They said, "We don't got a pass for you." I asked every day if I could get a medical pass to see a doctor until May 17, 2011 when I stopped asking because the module deputies refused to let me get medical attention.

49.    During the entire time, I was suffering from the pain from my neck and face. I also had horrible headaches and felt a strong pressure behind my eye, like my eye was going to pop out of its socket.

50.    On May 19, 2011 in the morning, I received a pass to see a dentist because of a complaint I had submitted to the ACLU/SC. Again, I had submitted numerous complaint forms to see a dentist, but the deputies refused to let me see a dentist, so I had no choice, but to ask the ACLU/SC to file a complaint for me to see a dentist.

51.    When I got to the dentist, the dentist's assistant, who was Hispanic, tried to take x-rays of my mouth, but because of my neck brace and the injuries from the December beating and the May beating, it was extremely difficult for me to open my mouth wide enough for the assistant to put the x-ray wings into my mouth.

52.    He told me that I would need to get my x-rays from the larger x-ray machine that was nearby. After getting a facial x-ray, the dentist, a Middle-Eastern woman, said that bones in my face were broken. She told me that the x-rays showed that my right cheekbone was fractured and that I needed to go to LCMC.

53.    I was sent to the medical clinic and Deputy Suarez was going to take me to LCMC in the squad car.

54.    We walked to the 6000 floor control room where Deputy Suarez needed to go to get my LCMC paperwork. He told me to sit down on the bench that was outside of the control room. I then saw him go inside.

55.    A few minutes later, two Senior Deputies came outside to where I was seated. One of them asked me, "What happened?" I told him that I fell on the floor and didn't want to say anything else. I was scared that something else might happen to me if I said that the deputy

7

slammed my face into a wall. The Senior Deputy tried to pressure me into talking and saying that he couldn't help me if I didn't tell him what happened. I told him that he wasn't helping me by stopping me from going to LCMC to fix my broken cheek bone. He told me that I needed to talk to a Sergeant. I told him that I didn't want to talk to anyone and I just wanted to go to LCMC.

56.    Deputy Chavez then escorted me back to the medical clinic. He asked a nurse, who is Asian with blonde hair, to step outside because he needed to talk to her. After talking for a couple of minutes, the nurse came back in and said that I needed to answer some questions before I could go to LCMC. She tried to ask me what had happened. I told her that my face was broken and that they [medical staff] already approved me to go to LCMC to see a doctor, so I didn't know why I needed to answer her questions.

57.    Deputy Chavez then said to me, "I got a degree. I know what you're trying to do. You're trying to sue the Sheriff's department, but it's not going to work. You gotta work like everyone else. You're a gang member."

58.    I asked him what this had to do with me seeing a doctor.

59.    He took me out of the clinic and told me to sit on the bench. He handcuffed me to the bench.

60.    Deputy Chavez and another Senior Deputy tried to force me to sign a paper and said that it was an injury report. I didn't know what it was and told them that I wasn't going to sign anything.

61.    One of the module officers on my module, 2500, was brought down and he said to me, "Why didn't you tell me about this?" I told him that I did and I'm trying to get my face fixed. He said, "You need to be straight with me." I again repeated that I tried to tell him that I needed to see a doctor and all I want to do is get my face fixed.

62.    He then threatened me and said, "You know what's up, right? When you get back up there, you're going to get nothing but what's coming." I told him that I didn't know why he was threatening me. I told him that I wasn't going to name any names. The deputies' threats scared me a lot as did the other deputies' trying to stop me from going to LCMC. I didn't know

8

what they were trying to do or what was going to happen to me.

63.    The Senior Deputy told the deputies, "Leave him there for 4-5 hours. It's not an emergency." 2011

64.    I sat on the bench, handcuffed for 2 hours before CA Meza took me to LCMC in the squad car.

65.    When I got to LCMC, I was waiting for the doctor. A nurse came in, saw me and said, "You gotta learn to keep your mouth shut."

66.    When the doctor saw me, he pressed my face and said, "There's no fracture. Your face isn't broken." I told him that he needed to get the x-rays from the dentist at MCJ because those x-rays showed that my cheek bone was fractured. But he didn't take another set of x-rays and he didn't say anything else to me. I was then taken back to MCJ to my module.

67.    The following day in the morning of May 20, 2011, the nurses gave me Flexerall.

68.    I met with Ms. Lim again on May 20, 2011. A couple of hours later, Deputy Ibarra came by my cell and handed me a write-up. The write up was written by Deputy H. Aguirre III for creating a disturbance (verbal) unauthorized communication/profanity towards staff members and insubordination/disrespectful to staff #51002011520001. I don't know why I received this write-up because I didn't do anything, but prepare for court after I spoke to Ms. Lim until I got the write-up. I think I got the write-up because I talked to the ACLU/SC.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 22 day of June, 2011 in Los Angeles, California.

/s/
_____
Stephen Teran

9