

MAR 29 2011