# DECLARATION OF INMATE WITNESS MR. SS JEREMIAH WILKERSON

**Declaration of Jeremiah Wilkerson**

I, Jeremiah Wilkerson, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      On March 12, 2011, sometime between 9AM and 10AM, I was helping another inmate make homemade alcohol (known as "pruno") in his cell. We were both housed in 3100 ~~FLOOR~~ CHARLIE 24 SW . His cell was directly next to mine, so we could hand each other materials through the bars of our cells. We were preparing to drink the alcohol when a deputy walked by our cells. The alcohol had a strong scent, so he could probably smell it as he walked by. He stopped in front of my cell and said, "Give me the pruno." All of the alcohol was in the other inmate's cell, so I said that I didn't have any.

3.      The deputy then told me to "cuff up" and said that he was going to search my cell. I told him that I didn't want to "cuff up" because he was "messing with me." The deputy then walked to the next cell and asked the other inmate, "Where is the pruno?" The inmate said that he didn't have any pruno.

4.      The deputy walked back to my cell and told me to "cuff up." He told me that he was going to come into my cell and that I was going to the "hole." I did not want to go to the hole. I said to the deputy, "Let's go to the day room and talk about this." He said, "You want to go to the day room? Cuff up and let's go."

5.      The deputy handcuffed my hands behind my back and took me out of my cell. Once I was standing outside the cell, he squeezed the handcuffs against my wrists very forcefully. It felt like he was squeezing as hard as he could.

6.      The deputy then took me towards the hole and stopped in front of the module where I was housed. The deputy stood me against the wall and told me that he was going to search me. He told me to spread my legs. At this point, he kicked the inside of my left leg, near the bottom of my calf. Because the deputy was shorter than me, I think he wanted my legs spread wider so that I was level with his height. I was level with him after the first kick, but he kicked me in the same area of my leg several more times. He kicked me so hard that it left a bruise there

for several weeks.

7.    After kicking me several times, he hit the back of my head. _He used JW a closed fist and hit on the right side of my head, above the ear_ Because I was standing so close to the wall, my face hit the wall when he hit my head. He hit my head several more times and continued to kick my leg. I wanted him to stop hitting me, so I forced myself to the floor. Once I was on the floor, he put me into a military choke hold. He had his left hand on the back of my head and his right arm wrapped around my neck. He was pushing the back of my head forward with his left hand and pushing my neck and head forward with his right arm. He continued doing this for 10 to 15 seconds, and I could not breathe. I felt like I was about to pass out, but he stopped before I lost consciousness. Then, he picked me up off the floor and walked me towards the hole.

8.    On the way to the hole, we passed several inmates in their cells. The deputy said aloud, referring to me, "This is an ~~Ordeno~~ Norteño JW (a member of the ~~Ordeno~~ Norteño JW gang). If the door's 'racked' (opened) you know what to do." I believe the deputy was trying to rile up the other inmates (who were members of rival gangs) and make me a target for an attack.

9.    At first the deputies said that I would be in the hole for 29 days, but they took me out after 21 days. I know the identity of the deputy who hit me and of two witness (another deputy and a custody assistant), but I am afraid that I will be the victim of a reprisal if I name them. _JW I know it was a "military choke hold" because a family member explained that to me when I was a child._

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 19th day of April, 2011 in Los Angeles, California.

Jeremiah Wilkerson

2

**Declaration of Jeremiah Wilkerson**

I, Jeremiah Wilkerson, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      On March 12, 2011, sometime between 9AM and 10AM, I was helping another inmate make homemade alcohol (known as "pruno") in his cell.  We were both housed in 3100 Charlie 24.  His cell was directly next to mine, so we could hand each other materials through the bars of our cells.  We were preparing to drink the alcohol when a deputy walked by our cells.  The alcohol had a strong scent, so he could probably smell it as he walked by.  He stopped in front of my cell and said, "Give me the pruno."  All of the alcohol was in the other inmate's cell, so I said that I didn't have any.

3.      The deputy then told me to "cuff up" and said that he was going to search my cell.  I told him that I didn't want to "cuff up" because he was "messing with me."  The deputy then walked to the next cell and asked the other inmate, "Where is the pruno?"  The inmate said that he didn't have any pruno.

4.      The deputy walked back to my cell and told me to "cuff up."  He told me that he was going to come into my cell and that I was going to the "hole."  I didn't want to go to the hole.  I said to the deputy, "Let's go to the day room and talk about this."  He said, "You want to go to the day room?  Cuff up and let's go."

5.      The deputy handcuffed my hands behind my back and took me out of my cell.  Once I was standing outside the cell, he squeezed the handcuffs against my wrists very forcefully.  It felt like he was squeezing as hard as he could.

6.      The deputy then took me towards the hole and stopped in front of the module where I was housed.  The deputy stood me against the wall and told me that he was going to search me.  He told me to spread my legs.  At this point, he kicked the inside of left leg, near the bottom of my calf.  Because the deputy was shorter than me, I think he wanted my legs spread wider so that I was level with his height.  I was level with him after the first kick, but he kicked me in the same area of my leg several more times.  He kicked me so hard that it left a bruise there

for several weeks.

7. After kicking me several times, he hit the back of my head. He used a closed fist and hit on the right side of my head, above the ear. Because he was standing so close to the wall, my face hit the wall when he hit my head. He hit my head several more times and continued to kick my leg. I wanted him to stop hitting me, so I forced myself to the floor. Once I was on the floor, he put me in a military choke hold. I know it was a "military choke hold" because a family member explained that to me when I was a child. He had his left hand on the back of my head and his right arm wrapped around my neck. He was pushing the back of my head forward with his left hand and pushing my neck and head forward with his right arm. He continued doing this for 10 to 15 seconds, and I could not breathe. I felt like I was about to pass out, but he stopped before I lost consciousness. Then, he picked me up off the floor and walked me towards the hole.

8. On the way to the hole, we passed several inmates in their cells. The deputy said aloud, referring to me, "This is an Norteno (a member of the Norteno gang). If the door's 'racked' (opened) you know what to do." I believe the deputy was trying to rile up the other inmates (who were members of rival gangs) and make me a target for an attack.

9. At first the deputies said that I would be in the hole for 29 days, but they took me out after 21 days. I know the identity of the deputy who hit me and of two witness (another deputy and a custody assistant), but I am afraid that I will be the victim of a reprisal if I name them.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 19th day of April, 2011 in Los Angeles, California.

_____/s/_____

Jeremiah Wilkerson

2

# DECLARATION OF INMATE WITNESS MR. TT KENT ANDERSON

# DECLARATION OF KENT ANDERSON

I, Kent Anderson, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    I am 18 years old and currently housed in the medical unit of Tower 2 of the Twin Towers Correctional Facility ("TTCF") due to a broken jaw. My booking number is #2766232.

3.    I was arrested on June 6, 2011 and booked into TTCF, Module 272, A-Pod. Although I have been in juvenile detention before, this is the first time I have been in jail as an adult and there have been multiple incidents of physical and mental harassment by deputies and inmates. Other inmates have also beaten me on two occasions with the apparent assistance of deputies. I am afraid to report these incidents because I am scared of retaliation and physical violence. I am unconvinced that reporting these events will lead to any positive consequences. However the incidents in this declaration stand out as clear violations of my rights and I believe it is important I report them.

Incident #1 ("What the fuck is wrong with you?")

4.    About a week after I was first booked into TTCF on June 6, 2011, I was working as part of a 30-man kitchen staff for a graveyard shift that begins at 8pm and ends at 4am. On this specific night while washing dishes, a pot from a

1

Page 369

shelf located above the sink fell and landed on my left thumb. Immediately my thumb throbbed with pain and after about ten minutes I started to feel the sensitivity of a deep bruise. A fellow inmate who was working beside me witnessed what had happened.

5.    I walked ten-to-fifteen steps from where I was in the kitchen towards the back where there is a "one-way" black window where the deputies can see the inmates who are working in the kitchen. However, we cannot see them from our side of the window. I walked over to the window and raised my hand to alert the on-call deputies that I had been injured. Over the intercom, one of the deputies told me to get back to work. I did not want to get in trouble so I returned to my workstation and pretended to be working.

6.    About thirty minutes later we were called to a lineup in a hallway of about fifteen inmates who had been complaining of various ailments. One inmate complained that he wasn't feeling well and was told to return to his dorm by one of the two Latino deputies who were both standing guard. Both of them stood about 5'9" and were fairly skinny. Then, the same Latino deputy who told the inmate to return to his dorm walked towards me as I stood in the middle of the lineup.

7.    "What the fuck is wrong with you?" he asked.

8.    I responded that I had hurt my thumb and that I had tried to report the injury to the deputy on-call. He gave me a look like I was crazy and then told me

2

to go into another small waiting room down the hall. After a few minutes, he returned with a plastic container the size of a big shoe-box that was filled with ice.

9.    "Don't move your fucking hand," he said to me after I put it in.

10.    For the first time since I had arrived at TTCF I wanted to cry. A couple of times I took out my hand because it was so cold but I didn't want the deputy to return and see me with my hand out of the bucket so I kept it in there as long as I could. After about an hour, the water had melted so I returned to the kitchen and faced the window. I asked if I could go back to work again and a deputy's voice ordered me to return to the room where I had been icing my thumb. Then, after waiting for another hour, a voice on the intercom said, "Boy with the broken thumb, come here." I returned to the kitchen and the door to the deputy's room with the "one-way" window opened. Although it was dark, from the light of the computer screens and the television that was on, I could see about four or five Latino deputies standing and sitting. I was scared because I thought something bad was going to happen.

11.    "I think you're lying," said the same deputy who had asked me "what the fuck was wrong with my thumb" and who had brought me the ice-box. He was sitting. "If you tell me that your thumb is hurting again I'm going to break your thumb for you. So get back to work and I don't want to hear no more complaints from you."

12.    I went back into the kitchen and loaded dishes with my right hand.

3

Page 371

We went back to work until four in the morning and returned to our dorms.

13.    The next day at 8pm, an African American deputy came by my cell and told me I had to work. My thumb was still hurting and I told the deputy what had happened the previous night. He then told me that it was okay for me not to work that night but that for sure I would have to work the next night. I was relieved that I didn't have to work and sat on my bed. About ten minutes later, the same Latino deputy who had harassed me the day before, limped over.

14.    "Anderson," he said. "We went through this yesterday. Get dressed and get your shit because you're going to work. You're lying about your thumb."

15.    When I told him my thumb was still hurting and that I didn't want to work he told me that he was going to "roll me up." He told me I had 30 seconds to get my personal belongings. So I went inside and starting stuffing all my things into my bag. When I was done he told me to come out of the dorm and "get on the wall." While another Latino deputy watched, he spread my feet apart with his foot and after frisking me, he told me to get on my knees. Then, with both of his hands, he palmed the back of my head and slammed it into the thick, bulletproof window glass. I would say that if I was to rate the amount of pain I felt when the deputy slammed my head against the window, it was a 7 on a scale of one to ten, with ten being the highest level of pain. Then I felt his forearm on the back of my neck. He was frisking me again for no reason. I didn't say anything because the pain in my head was too great. He held me there with his forearm, pressing his weight onto

4

my face so that it was crushed against the window for about a minute. Then he released my head and pushed it against the window one last time before letting me go.

Incident #2 ("The Whole Time Deputy Tyson Stood Watching."):

16.    The first week of August 2011, I was housed in North County Correctional Facility (NCCF), Module 728, Bed 1A. I had been in NCCF for about three weeks at the time when I was talking on the phone with my girlfriend in the Day Room at about 6pm. The Day Room is one large room where phones are located on one side and the dormitory beds are located on the other. There is a television that the inmates from the various dorms share. Also, there are bars through which deputies can watch us that are located right in front of the phones. There is always a deputy on guard who is watching us when we are in the Day Room. On this evening, the deputy on guard was Deputy Tyson, a 6'0" African American male who is "buff and strong" and always works in the dorm.

17.    During the thirty minutes I was on the phone, the whole time I could see Deputy Tyson about ten feet in front of me on the other side of the bars. Then, from the back of the room where the dormitory beds are located, there was a commotion and I turned around to see a group of about 7-8 African American males walking towards me. I recognized by their faces that every single one of them was an inmate in my dorm.  They were shouting and gesturing with their hands. A few of the inmates had taken off their shirts. The only possible meaning

5

was that there was a fight about to take place. They were coming after me.

18.    In the past few months since being in jail, I have learned a few basic rules. No snitching, stealing, or raping, or else you will get your "ass kicked." About thirty minutes before, I had stolen a phone card from another inmate because my phone card had been stolen from me. An inmate was sleeping and I "snatched" it from him. I wanted to call my girlfriend and felt like the only choice I had was to take someone else's phone card.

19.    "Let's get this over with," one inmate said. I told my girlfriend that I had to get off the phone because something had come up and told her I'd call her back later.

20.    They were waiting for me by my bed and as I approached, from the side, someone struck me once on the jaw. As I staggered to the ground, the others circled around and barraged me with kicks. "Come on, get off me," I said each time trying to get up. But they kept kicking and striking me until I was sprawled out on the floor again. I didn't want them to see that I was scared so I kept trying to get up and fight. I was so scared that I had peed on myself.

21.    The whole time Deputy Tyson stood behind the bars watching. When I am in the middle of a fight, for some reason, I end up looking around and I see flashes of people's faces. It's a reflex. I can recognize who is there just by the flash of their faces. I saw Deputy Tyson's face and he was just sitting there behind the bars, watching, not doing anything. The beating must have gone on for a few

6

minutes when one of the inmates said something about the police coming back. Then they all scattered. In reality, there wasn't any police coming to stop the fight. I figured the inmates were just tired of me and the fight had run its course.

22.    Afterwards, I sat down on my bed. My jaw was hurting so bad it felt like it was falling off my face. But I no idea how bad it really was. My lower lip was cut and bleeding and my left eye was cut up so that it was swelling to a close. For some reason, all I could do was laugh. They thought I was going to run off like a bitch. I wasn't going to cry. If you show them that you're afraid then they'll keep fucking with you. So I kept laughing.

23.    For the next ten minutes, each of the inmates who had attacked me tried to talk to me. Some were trying to be friendly, while others were still talking shit about my stealing the phone card. Then Deputy Tyson called me to come out by the bars.

Incident #3 "They Should Have Fucked You Up Some More."

24.    As soon as I reached Deputy Tyson, the African American "rep," who talks with the deputies for the African American inmates in our dorm, approached us. I saw and heard him demand that I be "rolled up" because I had been caught stealing. Deputy Tyson responded that if I was "rolled up" and had to transfer dorms, he would shut down the Day Room so that the rest of the inmates in the dorm would be without a television and phone for two weeks.

7

25. Deputy Tyson said he wasn't going to roll me up, but he pointed me towards a small waiting room across the hall. A Latino deputy named Suarez, whose name I overheard, accompanied me down the hallway along with Deputy Tyson.

26. "Your friend wants to talk to you," Deputy Suarez said.

27. "Who?" I asked. I had no idea who he was talking about. I didn't have any friends in jail. I always kept to myself and didn't try to make friends with anyone because I didn't know who I could trust or what they wanted from me.

28. "You know, your friend with the braids," Deputy Suarez said.

29. "Whatever," I said.

30. Then two other Latino deputies appeared outside the waiting room. Both of them were both tall and skinny and just stood there. Deputy Suarez told me to go inside the room. When I walked into the room, I could see through the window that all four of the deputies, Deputies Suarez and Tyson, and the two Latino deputies, were standing together outside the door. From the down the hallway, two African American inmates in their white shirts appeared and came straight into the room. Barely a few seconds had passed when they rushed me towards the middle of the room and started beating on me. I didn't know who they were but later I found out from one of the other inmates that they were two

8

trustees from a different dorm. By this point, all four of the deputies had walked away and I couldn't see them anymore.

31.    They must have been hitting me for about two minutes. I was on the ground covering my face. I kept trying to fight back like it was "gladiator school." At one point I was kneeling and trying to pull myself up one of the walls when one of the inmates reached lower and gave me one last uppercut. I heard the smack. After they were done, they stood over me and tried to help me up with their hands. "Fuck that," I said.

32.    When I walked out of the room, only Deputies Tyson and Suarez were waiting outside the door. "What happened? Are you okay?" Deputy Suarez asked as I walked out. I didn't say anything.

33.    "They should have fucked you up some more," Deputy Tyson said.

34.    For sure, the deputies had set me up. Who can pull someone out of a dorm and say go into the Day Room and then just walk away when there's a fight? I was so angry I walked back to the bed in my dorm room and sat down, waiting for count time. One of the two tall, skinny Latino deputies who had been waiting outside the room walked by me like he didn't know anything had happened. Then Deputy Tyson came by accompanied by the African American "rep" again. Deputy Tyson told me I was being "rolled up" and transferring to another dorm.

35.    "Is this over now? Have you learned your lesson? Are you going to steal again?" he said.

9

Physical Pain:

36.    For about two days after I was assaulted, the pain in my jaw was so great that I had to beg other inmates for aspirin. I couldn't eat and knew it was really bad but I was shaken up and didn't know what else to do. Finally, I asked to see the doctor and when I finally went to the NCCF medical unit, a mid-30s Asian female nurse examined the inside of my mouth. She said that she saw some discharge and based on her examination, concluded that my jaw was broken, probably in two places. She called in a doctor, a female Caucasian, to examine me and together, they said they were going to send me to Los Angeles County Medical Center + USC (LCMC) for X-rays the next day.

37.    That night I stayed in the medical unit. It was like being at "Camp Snoopy" at Knott's Berry Farm. It was almost like there were roller coasters. The hospital people were real nice and they gave me real food, like pieces of meat and chicken fried rice. All I wanted to do was eat the food but I couldn't because my jaw hurt so bad.

38.    The next day, I went to LCMC and received an X-ray. Then I returned to TTCF for a night and the following day, I was sent back to LCMC and immediately admitted for emergency dental work on my jaw. They numbed me up with shots and the whole time I saw the two female doctors working on me. They had wired my jaw shut. A day or two later they sent me back to TTCF.

39.    For weeks I was on a liquid diet that consisted of vegetables

10                                    Page 378

that were ground up into a whitish/clear liquid that I could only sip out of a straw like water. I could barely talk because my teeth were wired shut. With each passing day, my tolerance for the pain and inability to talk dissipated. I just couldn't take it anymore so I started to pull at the wires inside my mouth until I could figure out a way to pull them out. I kept at it until I was able to pull them out. There are still wires that run along the top and bottom of my teeth, but although it hurt and was uncomfortable to pull them out, now I was finally able to open my mouth and eat some real food.

40.     But even though I was able to open my mouth again, they still kept me on the liquid diet. The doctors were upset that I had pulled the wires out and recommended that I stay on the liquid diet until my jaw healed. I went to the doctor to request a change to a diet of real food but he wouldn't, saying that I needed to stay on the liquid diet. That's when I started to get angry and threw fits at chow time. For a few days straight, I barely ate anything and started throwing my food at the wall until they decided to change my diet.

41.     During the whole time the pain was excruciating and all they gave me was some Tylenol with Codeine #3.

Lack of Mental Health Treatment:

42.     When I was five years old, I was diagnosed with Attention Deficit Hyperactivity Disorder (ADHD). On my 13th birthday, my brother died. I tried to commit suicide once because I didn't want to deal with anything and at the age of

16, I was diagnosed with depression and a bipolar disorder.

43. I took Wellbutrin once a day in morning since I was 16 and occasionally I was prescribed with Seroquel too. Without my medication, I am unable to control my emotions and feel depressed. I just do not feel in the right state of mind.

44. On June 6, 2011, when I was first arrested, I told the appropriate officials during my medical and mental health evaluation at the Inmate Reception Center (IRC) that I had a history of mental illness. But ever since I have been in jail I have not talked to a mental health professional or received any psychotropic medication. When I had the opportunity to tell the Correctional Treatment Center (CTC) about my mental health conditions a month ago, I didn't because I was too tired. I don't remember exactly why I didn't. I just didn't want to deal with it.

Fear:

45. The Asian nurse who had first seen the discharge inside my mouth and diagnosed me with a broken jaw had asked me what happened. I told her I had been beaten up by a group of inmates and then later, four or five deputies, ones I had never seen before, came to talk to me. They said they had seen the cut above my left eye when I came in and wanted some details about the incident. They asked me questions for about thirty minutes but I was so tired and out of it. The questions were going in one ear and out the other. I don't even remember what they looked like really. But when they said that they wanted to conduct an

investigation I didn't want to be a snitch so I didn't tell them anything. I was afraid that I would be beat up again or that the deputies would try to retaliate in some way.

46. I have no idea what happened from this incident or if there has been any investigation. There has been no follow up and nobody has talked to me about what happened.

47. My jaw is still wired and the bruise underneath my left eye from being beaten up over a month ago still lingers.

48. The last time I talked to my mother on the phone a few weeks ago she had told me one of my cousins died on July 3 in a swimming pool accident.

49. Last week (September 14) my mother came into visit and told me tried to visit a few times but I was being transferred and in the hospital. For a couple of weeks she had no idea what had happened and where I was.

50. I have had some suicidal thoughts inside this place but I have my family and girlfriend to live for. I have no friends. I don't talk to nobody and most

\\\

\\\

\\\

\\\

\\\

\\\

13

of all I'm hurting. I am ready to go home.

51.    I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge and belief. Executed this 26 day of SEPT , '11 in Los Angeles, California.

Kent Anderson

14

# DECLARATION OF INMATE WITNESS MR. UU ANDREW CONTRERAS

**Declaration of Andrew Contreras**

I, Andrew Contreras, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    I am 30 years old.  I am currently housed at Twin Towers Correctional Facility ("TTCF") in Tower 2 on the medical floor.  I am in here because I'm recuperating from the injuries I suffered when deputies beat me.  My booking number is 1424956.

3.    On September 16, 2011, I was visiting with my girlfriend during the 5-7 pm visiting hours at Men's Central Jail ("MCJ") on Row C of the main general population visiting area.

4.    During our conversation, there was a moment when my girlfriend and I were talking very loudly. ~~A deputy told us to be quiet and I mouthed off to the deputy and said~~

5.    Some time had passed when I noticed that my girlfriend was looking over my shoulder with a look of surprise.  I then heard a deputy demand that I "get up."  I complied and when I got up, the deputy pinned my arms behind my back and physically moved me away from the visiting area and towards the wall of the hallway from which I had entered the visiting area.  This deputy was named A. Rodriguez I saw his name tag.

6.    The deputy then pushed me against the wall, out of sight of the visitors and other inmates.  I was able to see that there was a second deputy and a female custody assistant ("CA") in the vicinity.  The second deputy looked like he was of mixed race, bald and had tattoos and the female CA looked like Hispanic and in her 50's.

7.    I had previously broken my left hand which had a cast on it pins and I was in excruciating pain from the deputy's tight grip around my hands. I asked him not to grip so hard and if he could lower my hand as it was still tender and my right arm

from having been broken.

8. Instead of relieving his grip, the deputy Rodriguez increased the pressure on my wrist and raised my hands even further up my back, which intensified the pain that I was already in. It felt like sharp pains. I was so afraid that he was going to break the hand again, which was still in a cast.

9. This Deputy Rodriguez then told the other deputy that was nearby to make the female CA leave the area.

10. Once the CA had left the area, the deputy who was grabbing my arms, used his free hand to reach around my face and pepper spray me for several seconds. I had no idea why he was doing this as I wasn't resisting him at all, even when he was tightly gripping my wrists.

11. The other deputy came over and both of the deputies began punching my face and head until I fell to the ground. While I was on the ground, the deputies repeatedly punched and kicked me all over my body and head. It felt like I was being bombarded by punches and boots.

12. At some point, I raised my head to tell the deputies that I couldn't breathe.

13. Instead of the deputies stopping their assault against me, one of them grabbed my head and slammed it hard against the concrete floor. They again continued their barrage of punches and kicks. Deputy Rodriguez radioed "Hostile inmate" even though I wasn't fighting with them.

14. A few ten seconds later, I heard the sounds of footsteps and then saw a glimpse of other deputies arriving. These deputies proceeded to punch and kick me right along with the other deputies.

15. I don't know when I was handcuffed, but when the deputies stopped assaulting me, I noticed I was handcuffed from behind.

16. After the beating, I was taken to the medical clinic and I immediately told the medical staff that my arm was broken. I refused to answer any of the questions and made no statements except to deny certain. Two lieutenants came and interviewed me. I had my eyes closed during the interview because my eyes stung so badly from the pepper spray.

~~that I had instigated the incident or put a single hand on the deputies because~~

I also told them that the deputies beat me up.

I told them that I didn't do anything; that I wasn't fighting or resisting the deputies and in fact, it was the deputies who had beaten me.

17.    A few minutes later, I was placed in an ambulance and escorted to the Los Angeles Medical Center + USC ("LCMC") where I remained for almost two days.  The doctor told me that I had fractured and dislocated my elbow and he put me in a cast that was locked my forearm at a ninety degree angle to my upper arms and in a neck brace.  I also received four stitches above my right eye and three stitches in my lower lip.  The doctor told me that my left ear was perforated, and since the beating, my hearing intermittently changes volume.  Much of my body was discolored with bruises from the deputies' punches and kicks, and the next time I looked in the mirror, I saw that both of my ears were purple and swollen..

18.    At my last doctor's visit, the doctor told me that my spinal column might be damaged.  I didn't have any problems with my back before the beating, so it scares me that because of the deputies beating me up, I may now have a damaged spinal column, in addition to all of my other medical problems stemming from the same beating.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 28th day of October, 2011 in Los Angeles, California.

_____
Andrew Contreras

3

Page 385

# DECLARATION OF INMATE WITNESS MR. VV DAVID EILER

# DECLARATION OF DAVID EILER

I, David Eiler, hereby declare as follows:

I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

1.     I was housed in Men's Central Jail ("MCJ") from January 3, 2011 to March 5, 2011. On March 5, 2011 I was transferred to North County Correctional Facility ("NCCF"), and I was released from custody on August 12, 2011. I am married and currently live in Los Angeles with my wife. Before my incarceration I worked as a contractor for both the United States Marshals Service and for Immigration and Customs Enforcement.

2.     During my time in jail, I was assaulted by a deputy, witnessed deputies assault numerous other inmates, and was threatened and retaliated against for filing complaints and sending complaints by letter to the ACLU.

**A. Assault by a Deputy**

3.     In February 2011, I was a Trustee in the 1750 Unit at MCJ. As a Trustee, I placed food on carts and delivered it to inmates in that unit. The 1750 Unit in MCJ contains high-profile, high-power inmates kept in single-man cells. I worked with six other Trustees, and we shared a room with three bunk-beds and no shower.

4.     On the afternoon of February 26, 2011, I was asleep in my bunk. The night before I had worked the night shift. I awoke to the sound of the nurse screaming my name in the hallway to come for my medication. I stood up and put my pants on, because I thought it would be disrespectful to go into the hall in my underwear in front of the nurse. I heard the nurse call my name three or four times before I reached her, and I had also heard a deputy screaming "Get the Fuck out here!" while I was putting my pants on.

1                                                                                     Page 386

5.     Once my pants were on, I walked to the hallway to get my medication. The nurse, who was an African-American woman, gave me my medication and then she left the area.

6.     As I turned to return to my bunk, a short Asian deputy (approximately 5"6 and 180 pounds) confronted me and asked me "what the fuck took you so long?"  After telling him that I had just woken up, the Asian deputy said, "are you fucking talking back to me? What the fuck is wrong with you, you stupid motherfucker?" and told me to face the wall. While I was facing the wall, he struck me in the back of the head.  Because of the force of the punch, my chin smashed into the wall. After my chin bounced off the wall, I saw blood from my chin splattered on the wall. I also noticed blood dripping onto the floor. The deputy then grabbed me by my arms pulled them behind me and forced me into the wall again and then slammed me to the floor, telling me that "you need to do what you're told or I'm really going to fuck you up," and that the deputies "don't put up with that shit in 1750." Chuck Gilbert and Chris Woodruff (two Trustees in the 1750 Unit) witnessed the attack, and they later told me that the deputy used his fist and punched me when he struck the back of my head.

6.     The deputy left me on the floor bleeding. The other Trustees told me that I had a gash on my chin. I looked in the mirror and saw the gash. The skin on my chin had split open so that the gash was oval-shaped and slightly larger than a quarter.

7.     I did not know what to do and waited for twenty minutes before going to the deputy control booth and asking for medical assistance. The deputies in the booth told me to go back and wait in the Trustee room. After another twenty minutes of waiting, I was called out by two deputies. Deputy Chavez (approximately 6'5", 250 pounds) and a deputy who I believe was

Deputy Martinez (approximately 6"0, 200 pounds) inspected the gash and told me that I had to write a statement and sign a piece of paper to be taken to receive medical assistance. After I signed the form, Deputy Martinez told me to write that "I fell and hit my chin" causing the gash. I wrote the statement and signed the form because they told me it was the only way I could get medical assistance.

8. The deputy who I believe was Deputy Martinez took me to get medical assistance. When the nurse asked me how the injury had happened, I said that I slipped and fell because I was afraid to tell her the truth in front of Deputy Martinez.

9. The nurse said I needed to see a doctor so I was escorted somewhere else, which I believe was in Twin Towers. There I saw a doctor who was African-American and appeared to be in his mid-fifties. He stitched my chin up and told me he had given me eight stitches. He then covered the open wound with a bandage that I wore for one week. Deputy Martinez walked me back to the Trustee room.

10. That evening, I fulfilled my duties as a Trustee. While working and placing food on carts to be sent to other inmates, a tall white deputy (approximately 6"3, 230 pounds) saw the bandage on my face and began calling me "chinstrap." Deputies and inmates nearby began mocking me by calling me "chinstrap."

11. The next day, I received a visit from my wife. I told her what happened and asked her to notify someone outside of the 1750 Unit. Later that day, two Sergeants, Sergeant Price and another Sergeant (overweight, 40-50 years old, approximately 5'10", 260 pounds) met with me in the shower area to talk about what happened. When I told them about the incident, Sergeant Price told me that "it wasn't that big of a deal." I insisted that I wanted to file a complaint and was taken to a bench just outside a

small room. While I was waiting on the bench, Sergeant Price told me that this kind of thing "happens all the time" and that I should "forget about it, let it go," and that "things would be a lot better for me if I did not file a complaint." Other deputies walking by overheard our conversation and also tried to tell me not to file a complaint. I repeated that I wanted to file a complaint.

12. I was then taken into a small room with Sergeant Price, the other Sergeant, and a deputy (who was white, bald, and approximately 6'7", 280 pounds). The enormous deputy held the camera and the other Sergeant asked me what happened. I described what happened. The entire interview lasted about three minutes. The interview was not thorough at all. Even though I told the sergeant before the interview that there were witnesses who had seen me get my head smashed into the wall, the Sergeant did not ask me about that on camera. After the camera was off, Sergeant Price was really hostile to me and said things like "how do you know you were punched, do you have eyes in the back of your head?"

13. After the interview the other sergeant and the deputy escorted me to the medical facility. While walking there the deputy repeatedly called me a "huge pussy" and a "cry baby." At medical, the deputy took off the bandage, looked at the wound, and took a picture of it. No one had previously photographed the wound.

14. The sergeant and the deputy walked me back to the Trustee room. The sergeant left, and the deputy took me to a hallway on the 3000 floor. He forced me to strip in the hallway, and told me to bend over, cough, and spread my butt-cheeks. The strip search lasted more than five minutes, during which time I was naked, bent over, and coughing in the middle of the hallway. The deputy performing the search commanded me to repeat the above movements multiple

times. He laughed repeatedly during the strip search. Other deputies and inmates passed by and laughed as I did what the deputy ordered me to do. During my seven months of incarceration, I was strip searched numerous times. I was never before or afterwards strip searched in the middle of the hallway, and I was never strip searched for more than five minutes except on this occasion.

15.    After the strip search, I was taken to a large room. Another deputy interviewed me and asked if I felt like my life was in danger. I said yes, both because a deputy had assaulted me and because I had worked for law enforcement. He asked who I was afraid of. I told him I was afraid of the deputies. During the interview he was playing with his taser, and I could see the taser beam going off.

16.    I do not know why he interviewed me about placement in protective custody, but I later found out my wife had come to the jails and made quite a fuss about my being beaten by a deputy, so that may be the reason they gave me the interview.

17.    I was then sent to protective custody, where I was housed for three days until I was re-interviewed. I again said I was afraid of the deputies. The deputy who interviewed me told me "too bad" and that I could not stay in protective custody. I was then sent to a unit in 5550.

18.    During this time I was informed that my security classification had been changed from a 4 to a 7 (higher numbers are supposed to indicate that an inmate is a greater risk for violence or other problems). When I asked a Custody Assistant why my security level had gone up, he told me that it was because I had accused a deputy of assaulting me.

19.    After a few days in 5550, I was transferred to NCCF, were I remained until I was released in August 2011.

**B. Assaults by Deputies Against Other Inmates**

20.    While I was in the Los Angeles County jails, I was not only assaulted by a deputy, but I also witnessed deputies assault other inmates, or attempt to arrange to have inmates assaulted.

21.    A couple of days before I was assaulted in MCJ in February 2011, Deputy Chavez and Custody Assistant ("CA") Contreras approached me and asked me to beat up a high profile inmate for them. They told me that it would be "fun" to have a trustee beat up a high profile inmate.  I told them that I had only about six months to serve and that I did not want to get into any trouble.  Deputy Chavez and CA Contreras then said to me that I did not need to worry because they would write the incident up to say that the other inmate had assaulted me and that as a result, I would not get into any trouble.  They also told me "we do it all the time."  Needless to say, I refused their request.

22.    The evening of the day I was assaulted, I saw a deputy rough up Chris Woodruff, one of the other trustees on the module.  Chris had been saying for a while that he did not want to stay a trustee.  I understood why he felt that way, because the deputies regularly harassed us, threw food at our heads, and verbally abused us.

23.    I gather that Chris's request to be moved off trustee duty and back to general population angered the deputies on the module, because other trustees told me that the deputies had asked them to "rough Chris up to get him to stop trying to get out of being a trustee."

24.    On the evening of the day I was assaulted, I was standing in the kitchen, which was directly across from the Trustee sleeping area.  I saw a Latino deputy, who was about 5'11" maybe 190 pounds, bald and 25 to 30 years old, dragging Chris Woodruff in a chokehold to our sleeping area and then twist his arm behind his back and throw him towards his bunk.  After that I could no longer see what the deputy was doing.  I did not see Chris fighting or resisting

6                              Page 391

the deputy in any way.

25.    Chris later told me that he had approached the control booth and again asked to be relieved of his trustee duty and moved back to general population, and that the Latino deputy had come out of the booth and assaulted him.    Woodruff also said the deputy told him to stop asking to quit being a Trustee because it was not going to happen and that deputy also threatened to break Chris's arm while he was pulling it back behind Chris's back.

26.    When I was at NCCF, I also witnessed a CA assault an inmate, and then about 20 more deputies raced over and began beating on him.  The beating took place in the last week of July or early August 2011.

27.    In the dorms at NCCF, there was an unwritten rule that each dorm had a "bar man."  The inmates selected the bar man, and only the bar man was supposed to go to the bars and talk to the deputies who were in the central control area in the midst of the four dorms that encircled the control area.

28.    One time there was a new inmate in the dorm, who was African-American and seemed about 25.  He probably did not know the rules.  He was constantly going to the bars and talking to the deputies in the control booth. After he had done that a few times, the CA screamed at him "what the fuck are you doing, get back from the bars."  Then the CA came and pulled the inmate out of the dorm.  I don't remember the CA's name – but he was about 5'10," 175 pounds with short black hair, and looked young, also about 25.  I believe he was a light skinned Latino because he had a Latino last name.

29.    As the CA pulled the African-American inmate out of the dorm, I saw the CA slam him against the wall and then grab him around the neck in a chokehold.  At first the inmate was not resisting, but then it looked like he was starting to struggle for breath, and he began to fight back. The next thing I knew, I saw the CA throw him to the floor and almost immediately a whole pack of

7

deputies – it seemed like as many as 20 – raced over and began beating the inmate as he lay on the ground. Some deputies were hitting him with flashlights, and others were punching him.

30. The force they were using was totally unnecessary and not at all designed to bring the situation under control. I am a member of the American Correctional Officers Association. As a contractor with the Marshal's Service, I have received at least 120 hours of training – about 80 hours when I was working with one company, and about 40 with another. Much of that training concerned the proper use of force, including how to subdue someone who was acting violently or appeared to be a threat. I also worked as a contractor at an Immigration Detention Center in San Pedro under supervision of the Immigration and Customs Enforcement Agency (ICE) for two years before the facility was closed down in 2008. For that job, I received two weeks of training during my first year and one week of training during my second year. Part of that training was on restraint procedures and the appropriate use of force.

31. Based on what I learned in my training for my contract work with ICE and the Marshal's Service, it was clear to me that the deputies used completely unnecessary force. Even if the inmate had been resisting -- and I never saw him resist except when it appeared that he was being choked and struggling for breath -- the deputies were still out of control. Most of the deputies made no effort to hold the inmate's limbs, or put him in handcuffs, which is the first thing we were trained to do as the appropriate response to an inmate who is resisting or poses a threat. Instead the deputies hit him with flashlights and punched him, which served no purpose other than to inflict pain. In the training I received for my work as a contractor for ICE and the Marshal's service, we were trained never to hit inmates, but to use force only to restrain them. We were also trained never to use weapons, like flashlights, to strike

inmates, except perhaps in the highly unusual situation where our lives were in danger, or the inmate posed a real threat to someone else's life and the only way to protect ourselves or someone else was by using a blow. In the situation I witnessed, deputies and CAs brought the inmate's arms behind his back and cuffed him only after they had beaten him severely, which was completely inconsistent with all the training I received on appropriate restraints technique and use of force.

32. The follow up on the incident was a joke. LASD personnel came into our dorm with a camera and asked us if any of us saw anything and wanted to speak with them. There is a terrible reluctance among inmates to be seen cooperating with LASD personnel, even if another inmate was a victim. So, it was not surprising that not one person spoke with the officers.

33. If LASD personnel had really been serious about getting inmates to come forward and talk about the beating, they would have had to set up a system where each inmate was called into a separate room to be interviewed. That way, other inmates would not know whether you had cooperated or not. If LASD personnel had pulled me into a private room in a way that it would not have been obvious to other inmates whether I was talking or not, I would have given a statement. But it seemed to me they set up the process to minimize the possibility that any inmate would testify about the beating that a number of us, including me, were in a position to observe.

34. On another occasion, when I was in MCJ module 1750, I heard what sounded like deputies inflicting an awful beating on another inmate. I was in my cell on the top tier on 1750 and I heard deputies telling an inmate on the tier beneath me that he had to leave his cell because he was being transferred to general population. I heard the inmate refusing to go and pleading with the deputies not to move him, saying he'd be killed if he moved back to general

9

population. Shortly thereafter I heard the sound of scuffling and then loud cracking sounds that sounded like heavy sticks or metal rods hitting bone. The inmate was screaming "I am sorry" repeatedly and asking the deputies to stop. Then I heard someone else -- I believe it was a supervisor -- say 'that's enough," but the sounds continued for a few seconds longer. Next I heard a sound like a pepper spray canister being used and heard the inmate who was being beaten scream. No LASD personnel ever asked me if I had any knowledge of the incident or asked to interview me about it.

## C. Deputies' Intimidating Inmates to Prevent them From Filing Complaints, Including with the ACLU

35. As I explained above, Sergeant Price and a group of deputies tried very hard to coerce me into not filing a complaint about the deputy who assaulted me in MCJ. Moreover, a Custody Assistant told me my security level had been raised because I had reported that an officer assaulted me. This was not, however, the only time deputies tried to prevent me from complaining about issues in the jails that I thought were wrong.

36. When I was in MCJ, I sent two complaint letters to the ACLU. One was to request help obtaining books I knew that my wife had sent to me, but which I had never received. The other letter concerned a number of different issues, including temperatures (during the winter the dorms were terribly cold); laundry (on several occasions we had to wait two to three weeks for clean underwear; in addition, clean laundry was always delivered at the time we had yard. So, if you chose to go to yard, you did not get clean laundry); mail (I regularly saw the graveyard officer opening up our mail, reading it, and looking at any pictures); and denial of basic services as punishment (for example, deputies regularly told us that if we talked to loud, they'd deny us use of the phone, or not pass out our mail, and they delivered on their threats on numerous

occasions).

37.    After I was transferred to NCCF, I received two letters from the ACLU responding to my letters.  The letters from the ACLU said that my complaints had passed to the Sheriff's Department.  Not long thereafter a sergeant came to see me about my complaint about the temperatures and other issues at MCJ.  But it did not really seem relevant because I had not been in MCJ for a while.

38.    Around the same time, a male sergeant, white, about 6'1" and about 40 years old came to see me about my complaint about not receiving books my wife had sent me.  Later that day, the deputy or CA who was working the desk that is in the center of our four dorms came to give me a pass to go to the mailroom.  When I went to the mailroom, I saw a woman who was working there who was in her 40's, blonde, and I believe a CA.  She was very angry and starting yelling at me saying "why didn't you come to us about this?" and "don't send stuff to the ACLU, fill out an inmate request form."  When I asked her for a form however, she refused to give me one.  So, I found one somewhere else and filled it out explaining how I had not received some books that my wife had sent a long time ago.

39.    The next morning Sergeant Shrout – who was about 5'8 with long hair in a ponytail and appeared to be a dark-skinned Latina -- came to see me in my dorm.  She threw the inmate request form that I had filled out regarding books that had not been delivered to me in my face.  Then she told me they were not going to help me and that I should stop filling out complaint forms.

40.    That afternoon, I saw the white representative and the "homie" representative in my dorm get called to the bars by CA West, a white female custody assistant who worked the control booth that monitored our dorm and the three others that were circled around the booth (dorms 611, 612, 613, and 614).  I

11

saw the three of them talking at the bars for a while, then a few minutes later the white representative and the homie representative came to talk to me. (There is a "representative" for each race/ethnicity in each dorm, and the homie rep is the representative for the Latino inmates who belong to a gang). I knew the homie rep by the name "Pelon," but do not know if that is his real name, and the white rep was known by the name "Porky," which I am pretty sure is not his real name. They told me that CA West had asked them to "fuck me up" because she was angry that I had been complaining to the ACLU and that sergeants had come to speak to her about my complaints. Porky and Pelon told me that while they knew I was trying to help the inmates, I needed to cut out the complaining. They also said that CA West wanted me to know that not everyone leaves County jail alive.

41. Then that night, CA West approached me after evening count and told me I was being transferred to 727, she also said that I wasn't going to be coming back. The dorm I had been in had low level offenders, while 727 was full of guys charged with serious violent crimes. I had not been sent to the hole or otherwise disciplined prior to the transfer, so I am quite sure that CA West had me transferred as punishment for complaining to the ACLU.

42. After I was in 727 for a while, I was transferred to a medical dorm because I had developed a staph infection. I spent about a week or ten days in the medical dorm.

43. After I was released from the medical dorm, I was sent to be housed in 612, which was one of the four dorms around the control booth where CA West was assigned. As I was sitting in a holding tank close to 612 waiting to be admitted into 612, CA West approached me and starting yelling at me saying "What the fuck are you doing back here? You better not fucking file any complaints anymore. If you have complaints, bring them to me and I will tell

you whether you can file them."

44.    I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge.    Executed March 29, 2012 in Los Angeles, California.

_____
David A. Eller

13

# DECLARATION OF INMATE WITNESS MR. WW DONOVAN HALEY

# DECLARATION OF DONOVAN HALEY

I, Donovan Haley, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     I am 43 years old and I am currently housed at Men's Central Jail ("MCJ") in Module 2500 Row C, Cell 8.  My booking number is 2942878.

3.     On October 11, 2011, I was leaving the law library as I am a properia persona ("pro per") inmate.  I was housed at 2500, C, Cell 16.  While leaving, I requested a "pro per" kit form from Deputies Owens and Gomez.  A pro per kit contains a writing tablet, pencils, erasers, legal pleading paper and carbon paper.

4.     Deputy Owens told me no and Deputy Gomez said to me, "No, stupid.  You ain't getting shit!"

5.     Deputy Owens then grabbed me and threw me on the ground and when I fell, both Deputies Owens and Gomez began repeatedly kicking my head, shoulder and torso with their boots.  They also began punching me while I was pulled myself into a fetal position and tried to protect myself from the blows and kicks.  I yelled for him to stop beating me.

6.     Deputy Owens yelled at me, "Shut up, blackie!"

7.     After what felt like 30 seconds of both of the deputies beating me, one of the deputies said to me, "Get up and go to your cell!"

8.     I was in an extreme pain from this unprovoked beating and asked the deputies if I could go see a doctor.  Deputy Gomez said to me, "Stop crying, bitch!"  Deputy Owens said, "No, go to your cell!"

9.     After the deputies beat me, I asked the deputies if I could have an inmate complaint form and both of the deputies told me I couldn't have one.  They said, "Go to your fuckin' cell.  You can't have one."

10.     Deputies on the module are constantly refusing to give us complaint

1

forms when we ask for them.

11.    There are times when we will ask a sergeant for a complaint form when the deputies don't give us one and he says, "I'll tell them." Even with this, the deputies still don't give us the forms.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge and belief. Executed this 24th day of February 2012 in Los Angeles, California.

_____/s/_____

Donovan Haley

# DECLARATION OF DONOVAN HALEY

I, Donovan Haley, hereby declare:

1.   I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.   I am 43 years old and I am currently housed at Men's Central Jail ("MCJ") in Module 2500, Row C, Cell 8. My booking number is 2942878.

3.   On October 11, 2011, I was leaving the law library as I am a properia persona ("pro per") inmate. I was housed 2500, C, Cell 16 form While leaving, I requested a "pro per" kit from Deputies Owens and Gomez. A pro per kit contains a writing tablet, pencils, erasers, legal pleading paper and carbon paper

4.   Deputy Owens told me no and Deputy Gomez said to me, "No, stupid. You ain't getting shit!"

5.   Deputy Owens then grabbed me and threw me on the ground and when I fell, both Deputies Owens and Gomez began repeatedly kicking my head, shoulder and torso with their boots. They also began punching me while I was pulled myself into a fetal position and tried to protect myself from the blows and kicks. I yelled for him to stop beating me .

6.   Deputy Owens yelled at me, "Shut up, blackie!"

7.   After what felt like 30 seconds of both of the deputies beating me, one of the deputies said to me, "Get up and go to your cell!"

8.   I was in an extreme pain from this unprovoked beating and asked the deputies if I could go see a doctor. Deputy Gomez said to me, "Stop crying, bitch!" Deputy Owens said, "No, go to your cell!"

\ \ \

\ \ \

\ \ \

9. After the deputies beat me ~~later~~, I asked the deputies if I could have an inmate complaint form and both of the deputies told me I couldn't have one. They said, "Go to your fuckin' cell. You can't have one."

10. Deputies on the module are constantly refusing to give us complaint forms when

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge and belief. Executed this 14th day of February 2012 in Los Angeles, California.

Donovan Haley

we ask for them. There are times when we will ask a sergeant for a complaint form when the deputies don't give us one and he says, "I'll tell them." Even with this, the deputies still don't give us the forms.

2

# DECLARATION OF INMATE WITNESS MR. XX GEORGE HUDSON

## DECLARATION OF GEORGE HUDSON

I, George Hudson, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     My booking number is 2328020. I am 24 years old. I am currently housed in Men's Central Jail ("MCJ"), Module 4600, Row D, Cell 8. In June of 2011, I was housed in Module 2500, Row A, Cell 17.

3.     On June 1, 2011, sometime between 8:30 and 10:00 a.m., I was transported from MCJ to the Criminal Courts Building ("CCB") so that I could make an appearance in Division 100. There were about 60 other people inside the courtroom at the time, including my family, court staff, attorneys, and general public. I sat at a table facing the judge, who was sitting at her bench about 15 feet in front of me. The judge wanted to transfer me to another courtroom to proceed to trial. At the time, I was representing myself in propria persona ("pro per") and was not prepared to go through with the trial. I tried to tell the judge that I was not ready for trial but she was insistent that I was going to proceed that day. I argued with the judge for less than a minute, and then the deputy said to me, "Get your stuff. Let's go."

4.     The deputy had been standing just inches behind me to my left. He was a Hispanic male, in his late 20s or early 30s, had short, brown hair, and was about 5'9" tall. I know that was his height because I am 5'10", and I remember his being just a little shorter than me. I knew he was going to take me back to the holding tank because that is where inmates are taken to wait to be transferred to another courtroom. The door to the holding tank was on the left wall of the courtroom about 10 feet away from my table. I started to gather all of my court documents I had spread out on the table, and then the deputy grabbed me by my left shoulder and said, "Hurry up." I got up from my chair and mumbled in protest, "This is bullshit." Then, the deputy started to push me towards the door leading to

1

the holding tank. I was getting so frustrated, so I yelled at the deputy, "You don't need to push me, that's uncalled for." Then, the deputy put me in a chokehold with his arm around my neck and started dragging me toward the door. I could not breathe. I kept yelling, "Stop!" but he would not release me. With my hands cuffed in front of my body, I tried pulling on the deputy's arm to release my neck from the chokehold. I threw all of my court documents on the ground and started to wiggle my body around and tried falling to the ground.

5.    Though I do not remember the deputy's calling for backup, about five other male deputies came rushing into the courtroom towards us from the main entrance in the back. I did not pay attention to what any of the deputies looked like because I was just trying to get out of the deputy's chokehold. While the deputy still had me in a chokehold, the other deputies began punching me. It felt like I had been punched in my ribs and arms at least 10 to 15 times. I could not understand why the deputies kept hitting me, so I kept yelling, "I didn't do anything!" With all of the deputies hitting me, I crumbled face-down to the ground, and the deputy who had me in a headlock fell down with me. He kept me in a headlock and when we were on the ground, and he sat on my back. The other deputies continued to hit me. One deputy opened the door leading to the holding tank. Then the deputy who had me in a headlock finally released me and dragged me through the door by my arms and shirt. The rest of the deputies followed us into the hallway and closed the door behind them.

6.    On this side of the door, there was a hallway and a stairway that led up to the holding cells. I was still lying on the ground in the hallway when the deputies began kicking me. I kept yelling, "Stop, I didn't do anything!" Within seconds, I saw about five other deputies come downstairs to where I was lying. At that point, there were over 10 deputies surrounding me, some of them kicking me and some of them bent over punching me. There were so many deputies on me that I remember seeing some of the deputies accidently hitting each other. There

2

was nothing that I could do to get them to stop. My hands were still cuffed, one of the deputies was sitting on my back, and two other deputies were holding onto my legs.

7. My adrenaline started pumping so much that I stopped feeling the pain from the kicks and punches. After about 30 seconds, I lost consciousness.

8. I do not know how long I was unconscious for, but when I woke up, I saw my blood everywhere. It was dripping down over my left eye, on the shoes of the deputies, and in my spit. The deputies were still attacking me. I pleaded, "Please stop!" but none of the deputies said anything. They did not instruct me to do anything or tell me that if I did, they would stop punching and kicking me. They just continued to kick and punch me. I started squirming around, trying to curl up in a fetal position and cover my face with my arms. The deputies began yelling, "Stop moving," "Put your arms behind your back!" They were trying to un-cuff my hands and cuff them behind my back, but I resisted because I wanted to be able to protect my face. Even though my hands were cuffed, they were cuffed in front of me, so I could put my arms in front of my face.

9. A couple of months earlier, I had had surgery on my nose because I had fallen in the shower and severely injured my nose. I could feel my nose already swelling up from the blows it was taking.

10. I was desperate to get the deputies to stop beating me, so I stopped moving and pretended to have passed out. A deputy un-cuffed my hands and then cuffed them behind my back. Then they finally stopped punching and kicking me.

11. After they had stopped, they asked me if I was okay and told me that they were going to take me to the hospital. They seemed apologetic, but were talking to me as though I had brought this onto myself, even though none of them was in the courtroom when the beating began. They said things like, "You probably had a bad day," "I know the judge can be tough, but you have to keep your anger in check," "The bailiff is a good guy." One of the deputies tried to

3

clean to blood from off of my face. I told him not to touch me and to get a camera to take pictures of me. I wanted pictures to capture me looking exactly how I did after the beating.

12.    Within about 5 minutes, I saw about four to five deputies come downstairs. Two of them were females, one looked like she was Caucasian and the other looked Hispanic, and both looked like they were in their 30s. I could tell that they were senior deputies or sergeants because they had stripes on their uniforms. The other two or three deputies were male. One of them was African American, and he had a camera. He snapped several photos of me and the blood on the ground surrounding me. Then the two senior deputies helped me get up off the ground. That was when the pain from the beating started to kick in. My head was throbbing and my ribs felt like they were broken; it hurt just to move.

13.    The senior deputies helped walk me up the stairs and into a room. It was just the three of us in the room, and the door was closed. They senior deputies turned on a video camera and filmed all of my injuries. There, I realized that I was not just bleeding from my face; my elbows were badly scratched, and it felt like I had rug burn. I am not sure how that happened because the ground throughout the courthouse was tile. While the video camera was still recording, the senior deputies asked me to tell them what happened. I told them everything.

14.    After about 15 minutes, the medics came to the room with the video camera, and they put me on a stretcher and took me to an ambulance. Inside the ambulance, there was one deputy with me whom I did not remember seeing earlier in the day. I recognized him as the deputy from CCB, Division 132. I think his name is Gomez. He was Hispanic, short, bald-headed, and looked like he was in his late 20s to early 30s.  He kept asking me what happened, even though I kept telling him that I had already explained it to the senior deputies. He was holding a piece of paper in his hand that looked like a questionnaire. He told me that he wanted to write down the whole story and then have me sign it. I refused because I

4

already told the senior deputies what happened on video tape and I did not trust that this deputy would accurately write down my story. He told me that since I would not tell him what happened, he would say that nothing happened to me. I still refused to say or sign anything.

15. When I arrived at the hospital, I received a CT scan and X-rays. A nurse told me that my nose was broken and my ribs were badly bruised. She gave me sutures for a gash on my left eyebrow that was more than an inch long.

16. I still have the scars on my eyebrow and elbows. My ribs were in a lot of pain for more than two weeks. My nose has never fully recovered, and I now have difficulties breathing. I have to use nasal inhaler spray three times a day, as well as a nighttime nasal spray, to clear my nasal passageway.

17. A couple of days after the beating, I was moved to the high power facility on the 3500 module of MCJ. They told me that this was because they believed that I was dangerous. I also now have charges pending against me because the deputy from the Criminal Courts Building, Division 100 claimed that I attacked him.

18. About a week after the beating, I wrote up a complaint about the deputies that beat me. I handed my complaint to Deputy Ybarra, who then tore up the complaint in my face. The next day, I wrote up another complaint. This time, I put the complaint in an envelope and put it on my bars before I went to sleep. It must have been taken in the middle of the night because when I woke up, it was no longer there. About a month later, I received a notification from the Independent

\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \

5

Review Board that my complaint was under investigation.  I have not heard anything since.

19.    I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge and belief.  Executed this 4th day of April, 2012 in Los Angeles, California.

George Hudson

6

# DECLARATION OF INMATE WITNESS MR. YY
# JOSE ORTIZ

## DECLARATION OF JOSE ORTIZ

I, Jose Ortiz, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am 41 years old. I am currently housed at Twin Towers Correctional Facility ("TTCF"), Module 131, Row D. My booking number is 2799720.

3. As I discuss below, a custody assistant ("CA") and deputies have threatened and physically assaulted me on two separate occasions since my entry into custody on July 8th, 2011. As a result of these beatings, one of which involved deputies repeatedly delivering blows to my head, I have intense recurring headaches, a half-inch scar along my ear, and a constant fear for my safety.

4. The first assault took place while I was being processed into custody on July 8th, 2011 at the Inmate Reception Center ("IRC"). I was still in my street clothes, and was in line awaiting an inmate uniform. The line was queued in front of a desk where a CA in a green uniform scanned inmate bracelets, looked at a computer screen, and then had trustee-inmates hand uniforms to each incoming-inmate. This CA was Caucasian and appeared to be in his thirties. He was a stocky, muscular man who weighed about two hundred and twenty pounds and was about five feet, eight inches tall. The name-tag on his chest read "Rose."

5. When I was near the front of the line, CA Rose was typing on his keyboard and looking at this computer screen. He stopped typing and looked at the screen for several moments and then suddenly gasped and threw his hands into the air, as if his favorite sports team had just lost a crucial game. He then ordered me and the inmate in front of me to sit at a bench against the wall.

6. All of the other inmates were handed inmate uniforms when they reached the front of the line and directed onwards down the hallway. For a reason I did not understand at this point, the inmate in front of me and I were being treated

differently.

7. While sitting and awaiting further direction, I suddenly noticed CA Rose hurling something at my head from a few feet away and to my left. In the same instant whatever he threw crashed into left side of my head, causing my head to smash into the wall to my right, partially from the force of the blow and partially from my own recoil. Pain shot through my head, and I instinctively turned towards CA Rose. "What, what?" he asked me. Still in shock and pain, I stared at him, wondering what was going on. "Go on," he continued, "say something and I'll put you in 'Gen-Pop.'" I understood him to be threatening to put me in the jail's general population, where I would be a target for other inmates because of my status as an accused sex-offender.

8. I was confused, humiliated, concerned, and even a little angry. CA Rose then taunted me by stepping forward and leaning into my face, and asking "What...what are you going to do you fucking child molester?" I then gathered that CA Rose had learned from his computer screen that I have been accused of a sex crime.

9. As the shock wore off I focused again on how vulnerable I was both to CA Rose and violence in the jail's general population, so I hung my head down and avoided his stare. I saw on the ground before me a crumpled uniform, which I realized was what he had thrown at my head. I quickly put the uniform on and moved towards the next intake station as CA Rose told me "get the fuck going you fucking child molester."

10. Since this incident I have had recurring, blinding headaches. The first time I experienced this type of headache was immediately after my head hit the wall. The pain is incredibly sharp and always seems to slice backwards along my skull. I experience them several times a day, without fail. The headaches often begin with bright, swirling lights in my peripheral vision. I never had such headaches before CA Rose hurled the uniform at my head and my head hit the

2

wall.

11. About a month later, around August 7th, 2011, while housed in Twin Towers Correctional Facility ("TTCF") in Module 132, Cell 11, a number of deputies beat me, leaving me bloodied and dazed. I was not able to see my attackers because they placed a pillow case over my head before the beating began.  But I know they were deputies because I was handcuffed, kicked with steel-toe boots, hit with what appeared to be a flash light, and heard the sounds of walkie-talkie radios very close to me as I was being beaten.

12. In the early afternoon of the day I was beaten a CA or deputy called my name over the intercom. I reported to the control booth as is protocol at TTCF, expecting to head through the door that leads to visiting as I normally do when my name is called. To my surprise the deputy behind the tinted glass in the deputy control booth told me to walk through another door, which I had never entered before, and which does not lead to my normal visiting area.

13. Just as I entered that door someone deftly placed a bag over my head and tightened it around my neck. At the same time two or more other people pinned my arms behind me and put handcuffs on my wrists.  At least three people put their hands on me. I felt one person  place and tighten the bag over my head as two others held my arms. I am unsure if one of them or a fourth person placed me in cuffs.

14. As I describe below, I knew my attackers were deputies because I heard their walkie-talkie radios and because they used handcuffs, flashlights, and kicked me with boots. Of course, inmates do not have handcuffs or flashlights, and they wear soft-soled sneakers in the jails, not heavy boots.

15. As soon as the cuffs were on deputies seemed to hit me from every direction with both boots and fists. It felt as though I were stuffed in a box and thrown down a hill. I almost immediately fell to my knees from the power of the blows. More than once I felt the hard, metallic-toed boots press and crash into my

Page 411

body. Almost as soon as I fell to my knees I was leveled flat by blows. Once I was lying down flat on the ground, deputies kicked my head and body. The beating stopped momentarily while a single, strong arm yanked me by the nape of my uniform into a sitting position.

16. There was a moment of silence, then I heard a man's grunt and saw a bright flash of light and found myself face first on the hard ground again. The right side of my face ached. The pain was over much too broad an area for the blow to have been a punch or kick. I gathered that I had been struck by a flash light because the blow struck across the entire right side of my face and was too hard to have been a person's arm or leg.

17. I then felt the hard sole of a boot in my back as the handcuffs were taken from my wrists. I have never seen boots in TTCF except those worn by deputies or CAs. . The sack was left on my head and I lay still, still dazed. I heard their footsteps and the sound of keys as they left the room.

18. After several minutes I pulled the covering from my head and found that it was a pillow case, white with grey pin-stripes and stained with blood. I sat up and found the right side of my torso covered in blood. The blood seemed mostly to pour from my right ear, which was torn across the lower lobe. I returned to the deputy control booth and asked, in disbelief, "now what deputy?" The deputy then ordered me to my cell.

19. My ear rang in a high-pitched screech for several hours after this beating. My headaches increased in frequency and intensity. For several days I could only sleep in a sitting position because my head was too tender and the pain

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

kept me awake. I wore my bloody clothes for more than a day until the entire dorm received clean uniforms.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge and belief. Executed this 10 day of October, 2011 in Los Angeles, California.

_____/s/_____

(Name)

5

## DECLARATION OF JOSE ORTIZ

I, Jose Ortiz, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am 41 years old. I am currently housed at Twin Towers Correctional Facility ("TTCF"), Module 131, Pod D.  My booking number is 2799720.

3. As I discuss below, a custody assistant ("CA") and deputies have threatened and physically assaulted me on two separate occasions since my entry into custody on July 8th, 2011. As a result of these beatings, one of which involved deputies repeatedly delivering blows to my head, I have intense recurring headaches, a half-inch scar along my ear, and a constant fear for my safety.

4. The first assault took place while I was being processed into custody on July 8th, 2011 at the Inmate Reception Center ("IRC"). I was still in my street clothes, and was in line awaiting an inmate uniform. The line was queued in front of a desk where a CA in a green uniform scanned inmate bracelets, looked at a computer screen, and then had trustee-inmates hand uniforms to each incoming-inmate. This CA was Caucasian and appeared to be in his thirties. He was a stocky, muscular man who weighed about two hundred and twenty pounds and was about five feet, eight inches tall. The name-tag on his chest read "Rose."

5. When I was near the front of the line, CA Rose was typing on his keyboard and looking at this computer screen. He stopped typing and looked at the screen for several moments and then suddenly gasped and threw his hands into the air, as if his favorite sports team had just lost a crucial game. He then ordered me and the inmate in front of me to sit at a bench against the wall.

6. All of the other inmates were handed inmate uniforms when the reached the front of the line and directed onwards down the hallway. For a reason I did not understand at this point, the inmate in front of me and I were being treated

1

differently.

7. While sitting and awaiting further direction, I suddenly noticed CA Rose hurling something at my head from a few feet away and to my left. In the same instant whatever he threw crashed into left side of my head, causing my head to smash into the wall to my right, partially from the force of the blow and partially from my own recoil. Pain shot through my head, and I instinctively turned towards CA Rose. "What, what?" he asked me. Still in shock and pain, I stared at him, wondering what was going on. "Go on," he continued, "say something and I'll put you in 'Gen-Pop.'" I understood him to be threatening to put me in the jail's general population, where I would be a target for other inmates because of my status as an accused sex-offender.

8. I was confused, humiliated, concerned, and even a little angry. CA Rose then taunted me by stepping forward and leaning into my face, and asking "What…what are you going to do you fucking child molester?" I then gathered that CA Rose had learned from his computer screen that I have been accused of a sex crime.

9. As the shock wore off I focused again on how vulnerable I was both to CA Rose and violence in the jail's general population, so I hung my head down and avoided his stare. I saw on the ground before me a crumpled uniform, which I realized was what he had thrown at my head. I quickly put the uniform on and moved towards the next intake station as CA Rose told me "get the fuck going you fucking child molester."

10. Since this incident I have had recurring, blinding headaches. The first time I experienced this type of headache was immediately after my head hit the wall. The pain is incredibly sharp and always seems to slice backwards along my skull. I experience them several times a day, without fail. The headaches often begin with bright, swirling lights in my peripheral vision. I never had such headaches before CA Rose hurled the uniform at my head and my head hit the

2

wall.

11. About a month later, around August 7th, 2011, while housed in Twin Towers Correctional Facility ("TTCF") in Module 132, Cell 11, a number of deputies beat me, leaving me bloodied and dazed. I was not able to see my attackers because they placed a pillow case over my head before the beating began.  But I know they were deputies because I was handcuffed, kicked with steel-toe boots, hit with what appeared to be a flash light, and heard the sounds of walkie-talkie radios very close to me as I was being beaten.

12. In the early afternoon of the day I was beaten a CA or deputy called my name over the intercom. I reported to the control booth as is protocol at TTCF, expecting to head through the door that leads to visiting as I normally do when my name is called. To my surprise the deputy behind the tinted glass in the deputy control booth told me to walk through another door, which I had never entered before, and which does not go to visiting. lead to my normal visiting area JC

13. Just as I entered that door someone deftly placed a bag over my head and tightened it around my neck. At the same time two or more other people pinned my arms behind me and put handcuffs on my wrists. At least three people put their hands on me. I felt one person place and tighten the bag over my head as two others held my arms. I am unsure if one of them or a fourth person placed me in cuffs.

14. As I describe below, I knew my attackers were deputies because I heard their walkie-talkie radios and because they used handcuffs, flashlights, and kicked me with boots. Of course, inmates do not have handcuffs or flashlights, and they wear soft-soled sneakers in the jails, not heavy boots.

15. As soon as the cuffs were on deputies seemed to hit me from every direction with both boots and fists. It felt as though I were stuffed in a box and thrown down a hill. I almost immediately fell to my knees from the power of the blows. More than once I felt the hard, metallic-toed boots press and crash into my

body. Almost as soon as I fell to my knees I was leveled flat by blows. Once I was lying down flat on the ground, deputies kicked my head and body. The beating stopped momentarily while a single, strong arm yanked me by the nape of my uniform into a sitting position.

16. There was a moment of silence, then I heard a man's grunt and saw a bright flash of light and found myself face first on the hard ground again. The entire right side of my face ached. The pain was over much too broad an area for the blow to have been a punch or kick. I gathered that I had been struck by a flash light because the blow struck across the entire right side of my face and was too hard to have been a person's arm or leg.

17. I then felt the hard sole of a boot in my back as the handcuffs were taken from my wrists. I have never seen boots in TTCF except those worn by deputies or CAs. . The sack was left on my head and I lay still, still dazed. I heard their footsteps and the sound of keys as they left the room.

18. After several minutes I pulled the covering from my head and found that it was a pillow case, white with grey pin-stripes and stained with blood. I sat up and found the right side of my torso covered in blood. The blood seemed mostly to pour from my right ear, which was torn across the lower lobe. I returned to the deputy control booth and asked, in disbelief, "now what deputy?" The deputy then ordered me to my cell.

19. My ear rang in a high-pitched screech for several hours after this beating. My headaches increased in frequency and intensity. For several days I could only sleep in a sitting position because my head was too tender and the pain

\\\
\\\
\\\
\\\
\\\

kept me awake. I wore my bloody clothes for more than a day until the entire dorm received clean uniforms.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge and belief. Executed this 10 day of October, 2011 in Los Angeles, California.

(Name)

# DECLARATION OF INMATE WITNESS MR. ZZ
# ERIC PORTER

DECLARATION OF ERIC PORTER

I, Eric Porter, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am 30 years old and I am currently housed at Men's Central Jail ("MCJ") in Module 3301, Row A, Cell 7  My booking number is 2034527.

3.      On June 28, 2010, Deputies Bravo, Bleau and Butts assaulted me.

4.      I went to court at North Valley San Fernando court and got back to MCJ about 12 to 12:30 p.m. by taking the early bus back.

5.      After arriving at MCJ, I waited in a holding cell with other inmates until it was our turn to be strip searched and sent back to our housing units.

6.      After some time, a deputy called us out of the holding cell I was in for the strip search.  During the strip search, we are required to take our clothes off one piece at a time, shake that article of clothing and then place it behind us before we proceed to the next article of clothing.  Once we are finished with the clothes, we have to turn around, drop our underwear, bend over at the waist and spread our butt cheeks with our hands until the deputies who are searching us are satisfied that we are not hiding any contraband in our anus.  Once this is done, we are then excused to go to our housing unit.

7.      Once I was excused, I arrived on the 3000 floor and walked towards my housing unit, Modules 3600/3800.  I noticed that there was a group of about 5-7 deputies, hanging out in the hallway by the module entrance.  I was extremely nervous because if you're ever seen by a group of deputies, especially Deputy Bravo, whom I recognized in the group, it can be bad.  Not only was he a large deputy, but he had a reputation of beating up other inmates.  I heard a lot of negative things like this from other inmates.  I tried to hurry and slip by the deputies to get to my module.  It didn't work.

8.      Deputy Bleau stopped before I got to my module and told me to face

1

the wall. I faced the right side of the 3600/3800 door. He then went inside the module and came out with an African-American deputy, whose name I don't know. Deputy Bleau began giving the African-American deputy instructions on how to do a search and why to an inmate who was coming back from court. When I heard this, I was confused because I had just gone through an entire strip search, less than five minutes ago by other deputies when I was at the court holding cell.

9.    When I realized I was going to be searched again, I asked Deputy Bleau why I had to be searched again. I told him that I had just been searched and in fact, I didn't even put my socks back on after the search. I pulled out my socks from my right hand pocket to show Deputy Bleau that I was being truthful.

10.    Deputy Bleau then said, "I don't care that you were already searched. We'll search you as many fucking times as we want to!" I told him okay and turned back to face the wall.

11.    The African-American deputy then had me strip down to my underwear while he searched my clothes. While this was occurring, Deputies Bleau and Bravo were going through my property bag, which only had my hygiene items, medication, legal paperwork and my playing cards as well as leftover food from my lunch. I also had my personal letters in my bag as well.

12.    After the African-American deputy had me squat and cough, and peered into my anus with a flashlight, he ttold me to get dressed, grab my property and go into the module's laundry room and wait there until I'm allowed in my cell.

13.    After I got dressed, I began picking up my property items that had been strewn about. While Deputies Bravo and Bleau were searching my property they threw everything all over the hallway. I noticed that my playing cards were thrown clear across the other side of the hallway, so I asked Deputy Bravo if I could have my cards and he said, "No."

14.    I was still collecting my property as it was scattered all over the place, and Deputy Bleau said to me, "Hurry up and pick your shit up." As I was finishing

2

picking up my things, Deputy Bravo asked me, "What cell are you in?" I told him that I was in Module 3600, Row B, Cell 10. I then picked up my property bag and went inside the module.

15. Once inside my cell, I began sorting and putting my legal work bag together in order. I then heard someone say that I had a pass. I looked towards my cell bars and saw Deputy Bravo standing there. I asked him if I had a pass and he said, "Yeah, you." He then yelled down the row at the African-American deputy and said, "Pop ten", meaning for the deputy to open my cell door.

16. I had an extremely bad feeling about this because on my module, deputies don't come up to your cell door to tell you have a pass. Ordinarily, a deputy announces your name over the intercom and then the deputy in the booth opens your cell door.

17. Despite feeling uncomfortable, I listened to Deputy Bravo and went to the front of the row with him. When I got to the front where the laundry room is, Deputy Bleau told the other inmates who were standing around the area to go back to their cells. Deputy Bravo told me to face the wall by the laundry room, so I did. I began thinking to myself that if I don't get beat up, I'm going to get roughed up because there was no reason why I was called for a pass. I began to pray silently for God to protect me.

18. Deputy Bleau walked over to me and told me to put my hands behind my back, so I did. He then grabbed my fingers and told me to spread my legs like he was going to search me again, which I did. Once I spread my legs, Deputy Bleau kicked the inside of my right leg with so much force that I fell to the ground.

19. When I was on the ground, Deputy Bleau sat on my hips and thigh area, so that I couldn't crawl away from the hits. He began punching me in my face and head, so I tried to cover my face and head from the blows. A few times, I allowed Deputy Bleau to hit me, thinking that this would appease him and get him to stop and to show Deputy Bravo who was standing near that Deputy Bleau didn't

3

need any help.

20. After about 25-35 punches to my face and head, Deputy Bleau stood up and told me to stand up and face the wall. Despite being in an incredible amount of pain and agony, I stood up and faced the wall again.

21. Deputy Bleau then said to me as he stood on the left side of me, "Next time I tell you to hurry the fuck up in my hallway, you hurry the fuck up!" I looked at Deputy Bleau and told him that I didn't take long on purpose. I apologized and told him that it wouldn't happen again.

22. After I said this, Deputy Bleau stared at me for a few seconds and then he punched me in my left ear. He then grabbed my shirt with one hand and punched me repeatedly in the face. I tried to dodge the punches, but because of my momentum and the way Deputy Bleau was holding me, I slipped and fell. Deputy Bleau again got on top of me and and started wailing on me with punches.

23. After another 35-40 punches in the face, head and arms, Deputy Bleau gets off of me and told me to lie on my stomach and put my hands on my back, which I did. When I turned around to lie on my stomach, I saw my blood on the ground and I could feel blood leaking from my left ear and dripping to the ground. So I asked Deputy Bleau, who was now off to the side whispering to Deputy Bravo, if I could have some medical attention. I asked several times, but neither deputy answered. I then saw Deputy Bleau walk away whereas Deputy Bravo stayed where he was.

24. About 15 to 20 seconds later, I felt someone sit on my lower back. I looked over my left shoulder and I saw that it was the African-American deputy who had just searched me in the hallway. He told me to put my hands behind my back, and made movements like he was going to handcuff me. He grabbed my left arm and pulled it all the way behind me until my hand was touching the back of my head, causing excruciating amount of pain. With his other hand he then punched me over and over again in my face and head.

4

25.    I tried to cover my face with my free hand, but I was unable to because Deputy Bleau grabbed my free hand and began punching me on the other side of my face. I was completely unable to defend myself from both of these deputies punching me.

26.    I tried to turn my face so that I wouldn't get hit, but it didn't work. I then saw Deputy Bravo coming towards with me with his knee. Deputy Bravo kneed my forehead over and over again, while Deputy Bleau and the African-American deputy were still punching me.

27.    At some point I lost consciousness. I don't know how long I was out, but when I regained consciousness, Deputy Bleau was banging my head against the cement ground. I tried to stiffen my neck so that he wouldn't be able to bang my head on the floor. Deputy Bleau then let go of my head. I turned my head to the right and one of the deputies pepper sprayed me in my eye, into the gashes on my forehead and my mouth.

28.    I couldn't breathe and I began choking. My eyes were also burning from the spray. I began yelling that I couldn't breathe over and over, while I hear a deputy yelling, "Stop resisting! Stop resisting!" I wasn't resisting or being combative. I had three deputies beating me senseless.

29.    I was then handcuffed and on the floor. I heard someone say, "Fuck! He's lucky he's alive."

30.    Then the medical staff came over to where I was on the floor and escorted me to the clinic. While in the clinic, a sergeant and a lieutenant interviewed me on video camera and I told them as much as I could remember because deputies had punched and kneed so much that I lost consciousness.

31.    The medical staff then told me that I had to be taken to the Los Angeles County Medical Center + USC ("LCMC") where the staff there placed two dissolvable stitches on my forehead. The medical staff told me that my right eye had a fracture at the bottom and my left ear had some type of laceration on the

5

inside that kept bleeding for more than a day and a half. I also told the doctor if I could get treatment for my left shoulder that the African-American deputy pulled painfully back during the beating.

32. The African-American deputy and Deputies Bleau and Bravo almost killed me. If I hadn't said that prayer, I would have died because of what these deputies did to me.

33. I have attached three photos of my injuries as Exhibit 1 to this declaration .

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge and belief. Executed this 13th day of March 2012 in Los Angeles, California.

_____/s/_____

Eric Porter

6

## DECLARATION OF ERIC PORTER

I, Eric Porter, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    I am 30 years old and I am currently housed at Men's Central Jail ("MCJ") in Module 3301, Row _A_, Cell _N_. My booking number is 2034527.

3.    On June 28, 2009, Deputies Bravo, Bleau and Butts assaulted me.

4.    I went to court at North Valley San Fernando court and got back to MCJ about 12 to 12:30 p.m. by taking the early bus back.

5.    After arriving at MCJ, I waited in a holding cell with other inmates until it was our turn to be strip searched and sent back to our housing units.

6.    After some time, a deputy called us out of the holding cell I was in for the strip search. During the strip search, we are required to take our clothes off one piece at a time, shake that article of clothing and then place it behind us before we proceed to the next article of clothing. Once we are finished with the clothes, we have to turn around, drop our underwear, bend over at the waist and spread our butt cheeks with our hands until the deputies who are searching us are satisfied that we are not hiding any contraband in our anus. Once this is done, we are then excused to go to our housing unit.

7.    Once I was excused, I arrived on the 3000 floor and walked towards my housing unit, Modules 3600/3800. I noticed that there was a group of about 5-7 deputies, hanging out in the hallway by the module entrance. I was extremely nervous because if you're ever seen by a group of deputies, especially Deputy Bravo, whom I recognized in the group, it can be bad. Not only was he a large deputy, but he had a reputation of beating up other inmates. I heard a lot of negative things like this from other inmates.

1

I tried to hurry and slip by the deputies to get to my module. It didn't work.

8. Deputy Bleau stopped before I got to my module and told me to face the wall. I faced the right side of the 3600/3800 door. He then went inside the module and came out with an African-American deputy, whose name I don't know. Deputy Bleau began giving the African-American deputy instructions on how to do a search and why to an inmate who was coming back from court. When I heard this, I was confused because I had just gone through an entire strip search, less than five minutes ago by other deputies when I was at the court holding cell.

9. When I realized I was going to be searched again, I asked Deputy Bleau why I had to be searched again. I told him that I had just been searched and in fact, I didn't even put my socks back on after the search. I pulled out my socks from my right hand pocket to show Deputy Bleau that I was being truthful.

10. Deputy Bleau then said, "I don't care that you were already searched. We'll search you as many fucking times as we want to!" I told him okay and turned back to face the wall.

11. The African-American deputy then had me strip down to my underwear while he searched my clothes. While this was occurring, Deputies Bleau and Bravo were going through my property bag, which only had my hygiene items, medication, legal paperwork and my playing cards as well as leftover food from my lunch. I also had my personal letters in my bag as well.

12. After the African-American deputy had me squat and cough, and peered into my anus with a flashlight, he ttold me to get dressed, grab my property and go into the module's laundry room and wait there until I'm allowed in my cell.

13. After I got dressed, I began picking up my property items that had been strewn about. While Deputies Bravo and Bleau were searching my property they threw everything all over the hallway. I noticed that my playing cards were thrown clear across the other side of the hallway, so I asked Deputy Bravo if I could have my cards and he said, "No."

2

14.    I was still collecting my property as it was scattered all over the place, and Deputy Bleau said to me, "Hurry up and pick your shit up."  As I was finishing picking up my things, Deputy Bravo asked me, "What cell are you in?"  I told him that I was in Module 3600, Row B, Cell 10.  I then picked up my property bag and went inside the module.

15.    Once inside my cell, I began sorting and putting my legal work bag together in order.  I then heard someone say that I had a pass.  I looked towards my cell bars and saw Deputy Bravo standing there.  I asked him if I had a pass and he said, "Yeah, you."  He then yelled down the row at the African-American deputy and said, "Pop ten", meaning for the deputy to open my cell door.

16.    I had an extremely bad feeling about this because on my module, deputies don't come up to your cell door to tell you have a pass.  Ordinarily, a deputy announces your name over the intercom and then the deputy in the booth opens your cell door.

17.    Despite feeling uncomfortable, I listened to Deputy Bravo and went to the front of the row with him.  When I got to the front where the laundry room is, Deputy Bleau told the other inmates who were standing around the area to go back to their cells.  Deputy Bravo told me to face the wall by the laundry room, so I did.  I began thinking to myself that if I don't get beat up, I'm going to get roughed up because there was no reason why I was called for a pass.  I began to pray silently for God to protect me.

18.    Deputy Bleau walked over to me and told me to put my hands behind my back, so I did.  He then grabbed my fingers and told me to spread my legs like he was going to search me again, which I did.  Once I spread my legs, Deputy Bleau kicked the inside of my right leg with so much force that I fell to the ground.

19.    When I was on the ground, Deputy Bleau sat on my hips and thigh area, so that I couldn't crawl away from the hits.  He began punching me in my face and head, so I tried to cover my face and head from the blows.  A few times, I

3

allowed Deputy Bleau to hit me, thinking that this would appease him and get him to stop and to show Deputy Bravo who was standing near that Deputy Bleau didn't need any help.

20. After about 25-35 punches to my face and head, Deputy Bleau stood up and told me to stand up and face the wall. Despite being in an incredible amount of pain and agony, I stood up and faced the wall again.

21. Deputy Bleau then said to me as he stood on the left side of me, "Next time I tell you to hurry the fuck up in my hallway, you hurry the fuck up!" I looked at Deputy Bleau and told him that I didn't take long on purpose. I apologized and told him that it wouldn't happen again.

22. After I said this, Deputy Bleau stared at me for a few seconds and then he punched me in my left ear. He then grabbed my shirt with one hand and punched me repeatedly in the face. I tried to dodge the punches, but because of my momentum and the way Deputy Bleau was holding me, I slipped and fell. Deputy Bleau again got on top of me and and started wailing on me with punches.

23. After another 35-40 punches in the face, head and arms, Deputy Bleau gets off of me and told me to lie on my stomach and put my hands on my back, which I did. When I turned around to lie on my stomach, I saw my blood on the ground and I could feel blood leaking from my left ear and dripping to the ground. So I asked Deputy Bleau, who was now off to the side whispering to Deputy Bravo, if I could have some medical attention. I asked several times, but neither deputy answered. I then saw Deputy Bleau walk away whereas Deputy Bravo stayed where he was.

24. About 15 to 20 seconds later, I felt someone sit on my lower back. I looked over my left shoulder and I saw that it was the African-American deputy who had just searched me in the hallway. He told me to put my hands behind my back, and made movements like he was going to handcuff me. He grabbed my left arm and pulled it all the way behind me until my hand was touching the back of

4

my head, causing excruciating amount of pain. With his other hand he then punched me over and over again in my face and head.

25.    I tried to cover my face with my free hand, but I was unable to because Deputy Bleau grabbed my free hand and began punching me on the other side of my face. I was completely unable to defend myself from both of these deputies punching me.

26.    I tried to turn my face so that I wouldn't get hit, but it didn't work. I then saw Deputy Bravo coming towards with me with his knee. Deputy Bravo kneed my forehead over and over again, while Deputy Bleau and the African-American deputy were still punching me.

27.    At some point I lost consciousness. I don't know how long I was out, but when I regained consciousness, Deputy Bleau was banging my head against the cement ground. I tried to stiffen my neck so that he wouldn't be able to bang my head on the floor, so Deputy Bleau let go of my head. I turned my head to the right and one of the deputies pepper sprayed me in my eye, into the gashes on my forehead and my mouth.

28.    I couldn't breathe and I began choking. My eyes were also burning from the spray. I began yelling that I couldn't breathe over and over, while I hear a deputy yelling, "Stop resisting! Stop resisting!" I wasn't resisting or being combative. I had three deputies beating me senseless.

29.    I was then handcuffed and on the floor. I heard someone say, "Fuck! He's lucky he's alive."

30.    Then the medical staff came over to where I was on the floor and escorted me to the clinic. While in the clinic, a sergeant and a lieutenant interviewed me on video camera and I told them as much as I could remember because deputies had punched and kneed so much that I lost consciousness.

31.    The medical staff then told me that I had to be taken to the Los Angeles County Medical Center + USC ("LCMC") where the staff there placed

5

two dissolvable stitches on my forehead. ~~I also received 7 to 8 stitches on top of ~~ *EJP* ~~to sew the skin back together.~~ The medical staff told me that my right eye had a fracture at the bottom and my left ear had some type of laceration on the inside that kept bleeding for more than a day and a half. I also told the doctor if I could get treatment for my left shoulder that the African-American deputy pulled painfully back during the beating.

32. The African-American deputy and Deputies Bleau and Bravo almost killed me. If I hadn't said that prayer, I would have died because of what these deputies did to me.

33. I have attached three photos of my injuries as Exhibit 1 to this declaration .

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge and belief. Executed this __13th__ day of __March__, 2012 in Los Angeles, California.

Eric Porter





