# DECLARATION OF INMATE WITNESS MR. FFF

This page intentionally left blank

# DECLARATION OF INMATE WITNESS MR. GGG BRIAN ALEXIK

## DECLARATION OF BRIAN ALEXIK

I, Brian Alexik, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    I am a propria persona ("pro per") inmate in Men's Central Jail ("MCJ"). I am housed in Module 2500, Row B, Cell 20. My booking number is 2356383. I have been incarcerated in MCJ since June 3, 2010.

3.    I am writing this declaration to describe to the beating of inmate, William Tillman, which I watched. I saw a deputy smash Mr. Tillman's head against a concrete wall and also saw a Custody Assistant tase him in his back even though Mr. Tillman was not fighting with the deputies.

4.    On or about March 25, 2011, a deputy opened cells fifteen through twenty-six in Module 2500, B row, to allow us to go work in the law library.

5.    The deputies working on this shift were Deputy Moorman, Ibarra and Perez. These three deputies began working in Module 2500 regularly starting in February or March 2011. I do not interact with deputies, other than greet them, but I do pay attention to the deputies who are disrespectful towards inmates. I was told in jail, by another inmate, that when deputies aren't polite, I should look at their nametags and address them by their last name. It lets the deputy know that you're paying attention. I know deputies Moorman, Ibarra and Perez were working on this day because I had saw them earlier in their shift and have regularly had to address them by their last name because they regularly are disrespectful.

6.    Since Deputy Moorman, Ibarra, and C.A. Perez have started working in Module 2500 on a regular basis, recreation has been infrequent, we have not had tier time (chance for inmate's to use phones in module and stretch outside our cells) since February or March 2011, and law library time is either significantly



1

short of an hour and a half or we just don't get it all. They have created a very uncomfortable atmosphere in the module.

7.    The pro per inmates went directly into the law library without an escort.

8.    Inside the library, there is a booth with a glass window. The window is about 3 feet by 3 feet. Through this window, you can see clearly, along the wall, the main entrance to Module 2500/2700. A diagram of the law library and my view from inside the law library is attached as Exhibit 1 and Exhibit 2, respectively.

9.    After working for an hour or so, I got up and went to the window in the law library. The window has a numerous sheets taped onto it, all concerning pro per status information. I was looking at the sheet that includes information about each pro per's phone account. Mr. Floyd Nelson, pro per inmate, and one other inmate were standing near me.

10.    As I was looking at the pro per account information sheet, I noticed William Tillman facing the wall in the yellow dotted rectangle next to the main entrance, as Deputy Moorman and Ibarra, and C.A. Perez formed a semi-circle around him. Deputies Moorman and Ibarra are each about 180 lbs to 220 lbs and I think they are taller than 6'. Both look strong and have bulging muscles. Inmate Tillman is a very small guy compared to them. Mr. Tillman is about 5'7'', skinny, and approximately 140 lbs. C.A. Perez appears Hispanic, is about 5'9'' and weighs about 190 lbs.

11.    Mr. Tillman was holding onto a plastic bag containing, what appeared to be, legal documents. I saw Mr. Tillman's mouth moving while slightly turning his head towards the deputies repeatedly. I could not hear what he and the deputies were saying.

12.    As Mr. Tillman continued to have his back to all the deputies, and hands to his side, Deputy Moorman forcefully grabbed Mr. Tillman's head and



2

slammed it against the wall. Mr. Tillman immediately fell to the ground.

13.     After he fell to the ground, Mr. Nelson and another inmate moved in on the window. For the next minute, I could not see what was taking place because inmate Floyd Nelson and another inmate got in my way and blocked my view. I walked to the phones so I could see better, and when I looked over towards Mr. Tillman, I saw C.A. Perez tasing him, with the hooks connected to his back. I could see blood all over the floor and wall. When his body rolled over into a fetal position, it appeared to me that Mr. Tillman had peed in his pants because there was a dark wet stain on the front of his pants, which was not there a minute earlier.

14.     Immediately afterwards, my view was again obstructed and I was no longer able to see what was going on between the deputies and Mr. Tillman. Mr. Tillman is African-American and the other inmates near the window were also African-Americans. I am Caucasian and being of a different color from Mr. Tillman and the other inmate, I think, politics played a part in why I was scooted out of the window. This was a black issue. The African-American inmates blocked the window the remainder of the time, and told me, "This is our problem." Mr. Tillman appeared to have urinated in his pants and within the jail culture, this can be perceived as a sign of weakness among the black population. I believe these two observers did not want inmates in the law library to see this because if someone were to mention it as a joke, a riot could break out among the different races.

// //

3

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge and belief. Executed this 19th day of August, 2011 in Los Angeles, California.

Brian Alexik

4



**Diagram of Law Library in 2500-2700, Men's Central**

Computers

Bathroom area

Bookshelves

Pillar

Phones

10-15 ft

Bookshelves

Door

Window

Door

Computers

Page 490

Exhibit 2

LAW LIBRARY

pillar

window 3

Window 2

Window 1

hallway

books

10-15 feet

2'

3'

2'

# DECLARATION OF BRIAN ALEXIK

I, Brian Alexik, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am a propria persona ("pro per") inmate in Men's Central Jail ("MCJ"). I am housed in Module 2500, Row B, Cell 20. My booking number is 2356383. I have been incarcerated in MCJ since June 3, 2010.

3.      I am writing this declaration to describe to the beating of inmate, William Tillman, which I watched. I saw a deputy smash Mr. Tillman's head against a concrete wall and also saw a Custody Assistant tase him in his back even though Mr. Tillman was not fighting with the deputies.

4.      On or about March 25, 2011, a deputy opened cells fifteen through twenty-six in Module 2500, B row, to allow us to go work in the law library.

5.      The deputies working on this shift were Deputy Moorman, Ibarra and Perez. These three deputies began working in Module 2500 regularly starting in February or March 2011. I do not interact with deputies, other than greet them, but I do pay attention to the deputies who are disrespectful towards inmates. I was told in jail, by another inmate, that when deputies aren't polite, I should look at their nametags and address them by their last name. It lets the deputy know that you're paying attention. I know deputies Moorman, Ibarra and Perez were working on this day because I had saw them earlier in their shift and have regularly had to address them by their last name because they regularly are disrespectful.

6.      Since Deputy Moorman, Ibarra, and C.A. Perez have started working in Module 2500 on a regular basis, recreation has been infrequent, we have not had tier time (chance for inmate's to use phones in module and stretch outside our cells) since February or March 2011, and law library time is either significantly

1

short of an hour and a half or we just don't get it all. They have created a very uncomfortable atmosphere in the module.

7.    The pro per inmates went directly into the law library without an escort.

8.    Inside the library, there is a booth with a glass window. The window is about 3 feet by 3 feet. Through this window, you can see clearly, along the wall, the main entrance to Module 2500/2700. A diagram of the law library and my view from inside the law library is attached as Exhibit 1 and Exhibit 2, respectively.

9.    After working for an hour or so, I got up and went to the window in the law library. The window has a numerous sheets taped onto it, all concerning pro per status information. I was looking at the sheet that includes information about each pro per's phone account. Mr. Floyd Nelson, pro per inmate, and one other inmate were standing near me.

10.    As I was looking at the pro per account information sheet, I noticed William Tillman facing the wall in the yellow dotted rectangle next to the main entrance, as Deputy Moorman and Ibarra, and C.A. Perez formed a semi-circle around him. Deputies Moorman and Ibarra are each about 180 lbs to 220 lbs and I think they are taller than 6'. Both look strong and have bulging muscles. Inmate Tillman is a very small guy compared to them. Mr. Tillman is about 5'7'', skinny, and approximately 140 lbs. C.A. Perez appears Hispanic, is about 5'9'' and weighs about 190 lbs.

11.    Mr. Tillman was holding onto a plastic bag containing, what appeared to be, legal documents. I saw Mr. Tillman's mouth moving while slightly turning his head towards the deputies repeatedly. I could not hear what he and the deputies were saying.

12.    As Mr. Tillman continued to have his back to all the deputies, and hands to his side, Deputy Moorman forcefully grabbed Mr. Tillman's head and

2

slammed it against the wall. Mr. Tillman immediately fell to the ground.

13. After he fell to the ground, Mr. Nelson and another inmate moved in on the window. For the next minute, I could not see what was taking place because inmate Floyd Nelson and another inmate got in my way and blocked my view. I walked to the phones so I could see better, and when I looked over towards Mr. Tillman, I saw C.A. Perez tasing him, with the hooks connected to his back. I could see blood all over the floor and wall. When his body rolled over into a fetal position, it appeared to me that Mr. Tillman had peed in his pants because there was a dark wet stain on the front of his pants, which was not there a minute earlier.

14. Immediately afterwards, my view was again obstructed and I was no longer able to see what was going on between the deputies and Mr. Tillman. Mr. Tillman is African-American and the other inmates near the window were also African-Americans. I am Caucasian and being of a different color from Mr. Tillman and the other inmate, I think, politics played a part in why I was scooted out of the window. This was a black issue. The African-American inmates blocked the window the remainder of the time, and told me, "This is our problem." Mr. Tillman appeared to have urinated in his pants and within the jail culture, this can be perceived as a sign of weakness among the black population. I believe these two observers did not want inmates in the law library to see this because if someone were to mention it as a joke, a riot could break out among the different races.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge and belief. Executed this 19th day of August, 2011 in Los Angeles, California.

_____/s/_____

Brian Alexik



Exhibit

Computers

Bathroom area

Bookshelves

Pillar

Phones

**Diagram of Law Library in 2500-2700, Men's Central**

10-15 ft

Bookshelves

Door

Window

Door

Computers

Page 495

# LAW LIBRARY

Exhibit 2

hallway

Window 1          3'

Window 2          2'

window 3

books

pillar

10-15 feet

Case 2:12-cv-00428-MWF-E   Document 79-24   Filed 09/28/12   Page 14 of 44   Page ID #:2300

# DECLARATION OF INMATE WITNESS MR. HHH JASON GRAYSON

## DECLARATION OF JASON GRAYSON

I, Jason Grayson, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    I am writing this declaration to describe the beating of inmate William Tillman that I witnessed. I saw Deputy Moorman smash Mr. Tillman's head against a wall and then watched Custody Assistant ("C.A.") Perez and Deputy Ibarra pepper-spray and tase him. Mr. Tillman did not attack the deputies before they assaulted him.

3.    I am a propria persona ("pro per") inmate in Men's Central Jail ("MCJ"). I am housed in Module 2500, Row B, Cell 22. My booking number is 2015568. I have been incarcerated in MCJ since August 11, 2009.

4.    I've been pro per for the past eleven months. On my way to the library, attorney room or medical clinic, Mr. Tillman and I have regularly exchanged hellos' and head nods to greet one another. However, I did not know Mr. Tillman's name until after the incident of March 25, 2011.

5.    On or about March 25, 2011, a working deputy opened up cells fifteen through twenty-six to allow us to go work in the law library. Law library for cells fifteen through twenty-six, on this day, was from 10:30 am until noon.

6.    The other pro per inmates and I went directly into the law library without an escort.

7.    About an hour into our law library time, I used the phone along the wall, located within the library. Money was deposited into my pro per phone account so I wanted to make sure the company, who is in charge of the pro per phone lines, received it.

8.    If you're looking at the phone, while using it, and turn your head to the right, there is a window that provides a clear view of the main entrance of



1

Module 2500/2700. A diagram of the view I had while I was using the phone is attached as Exhibit 1. The window is approximately three by three feet. The window is part of a booth that contains a computer, typewriter, a sheet that has the status of our phone accounts, and a drop box for pro per forms. A diagram of the law library that shows the location of the phone, the window and computers inside the law library is attached as Exhibit 2.

9. The incident involving Mr. Tillman occurred near the main entrance of Module 2500/2700.

10. As I was receiving confirmation about my pro per phone account, inmate Brian Alexik, who was standing near the glass window inside the law library, called out my name and signaled his hand towards the window. I looked over and saw Mr. Tillman facing the wall, surrounded by three deputies. I put the phone down and walked over to the window.

11. As I approached the window, I could see Deputy Ibarra and Moorman, and Custody Assistant ("C.A.") Perez, forming a semi-circle around Mr. Tillman. There were two or three inmates already at the window by the time I got there. I don't remember their names, but I was able to see over them since I am 6'3'' and they were all no taller than 5'10.''

12. Mr. Tillman was facing the wall, hands to his sides when all of a sudden Deputy Moorman grabbed Mr. Tillman's head and viciously slammed it against the concrete wall. Mr. Tillman's knee buckled and he fell to the floor. I did not see Mr. Tillman do anything aggressive towards the deputies like cocking his fist, swing at them or the like before Deputy Moorman attacked him.

13. Once Mr. Tillman hit the floor, all three deputies converged on him.

14. I briefly lost sight of Mr. Tillman because of his size compared to the deputies involved. I'm 6'3'' and I would say Mr. Tillman is about 5'4,'' skinny, and weighs about 130 lbs. Deputy Ibarra appears Hispanic, has a stocky build, looks like weighs about 185 lbs. and is approximately 5'10''. C.A. Perez looks

2

Hispanic, has an athletic body, weighs about 180 lbs., and stands about 5'8''. Deputy Moorman is like 5'10,'' with a buff body type and weighs about 180 lbs.

16.    I then saw Deputy Ibarra pepper spray Mr. Tillman's face while Deputy Moorman held his face to the floor with his hands and had his knee on his back. C.A. Perez then pulled out his taser and shot the taser's hooks onto Mr. Tillman's back. Mr. Tillman's body shook each time he was tased, and I believe C.A. Perez tased him three to five times.

18.    When I saw his body motionless, moving only with each taser jolt shaking him violently, I felt sick to my stomach. In my mind, I kept saying, "This is wrong." I was disgusted, I stepped away from the window and went back to the phone booth.

19.    Just before we were released to go back into our cells, I was able to look through the window again, as well as glance on my way out of the library where the assault took place. I saw a pool of blood in the immediate vicinity of where Mr. Tillman's body had been lying. There were also blood spots splattered on the wall, in the same spot where Deputy Moorman slammed Mr. Tillman's head.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge and belief.  Executed this 19th day of August, 2011, in Los Angeles, California.

Jason Grayson

3



Computers

Bathroom area

Bookshelves

Pillar

Phones

**Diagram of Law Library in 2500-2700, Men's Central**

10-15 ft

Bookshelves

Door    Window

Door

Computers

Page 500



# DECLARATION OF INMATE WITNESS MR. III THADEUS LOVE

# DECLARATION OF THADDEUS LOVE

I, Thaddeus Love, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I'm a propria persona ("pro per") inmate in Men's Central Jail ("MCJ"). I am housed in Module 2500, Row A, Cell 2. My booking number is 2372006. I have been incarcerated in MCJ since ~~August 2~~ June 17, 2010. X TL

3.      I am writing this declaration as an eyewitness to the deputy assault on William Tillman. I had an unobstructed view of the assault from my cell front and witnessed deputies Moorman, Ibarra and Custody Assistant ("C.A.") Perez surrounding Mr. Tillman just before they all violently attacked him.

4.      A diagram of the view from my cell towards where the deputies assaulted Mr. Tillman is attached as Exhibit 1. The assault took place on the floor, within the yellow lines.

5.      On or about March 25, 2011, as I rested on my bed, I heard a deputy ask William Tillman, who had just entered the module, "What cell are you in?" Mr. Tillman replied, "I'm in Baker 5." Then I saw Deputy Moorman, with Deputy Ibarra just behind him, approach Mr. Tillman and yell, "Stand in the fucking yellow box." Mr. Tillman did what was told and said something to the deputies while turning his head in their direction. Deputy Moorman told him to face the fucking wall. He then said to Mr. Tillman, "you think you're fucking tough. We're the 3000 boys. No one talks shit to us." Deputy Moorman told him to admit he was talking shit, and Mr. Tillman repeatedly denied that he had insulted him. Thereafter, Deputy Moorman said, "that's not gangster shit, that's bitch shit." Mr. Tillman replied, "I'm no bitch." Shortly after, Deputy Moorman then said something like, "Baca pays us to take kickboxing classes to whip peoples' asses." Mr. Tillman replied, "I don't have to take kickboxing classes to whip someone's

1      TL

ass."

6.    By this time, C.A. Perez and Deputy Ibarra and Moorman had formed a semi-circle around Mr. Tillman, with deputy Moorman being closest to Tillman.

7.    Deputy Moorman, all of a sudden, grabbed Mr. Tillman's head and viciously slammed it against the cement wall. I remember seeing Mr. Tillman with his hand to his sides, his back towards the deputies, not having the chance to lift his hands to soften the impact.

8.    Immediately after his head hit the wall, there were bloodstains on the wall and blood was pouring down to the floor. Mr. Tillman dropped to the ground.

9.    As Mr. Tillman was on the floor, I saw Deputy Moorman pull out his handcuffs, grab Tillman's arms and cuff his hands behind his back.

10.    Deputy Moorman then mounted Mr. Tillman and began throwing punches to the side of his face and the back of his head. Deputy Moorman had his knee driven into Mr. Tillman's back, his left hand was controlling Tillman's left shoulder, and he used his right hand to throw sharp hooks to Tillman's face and head.

11.    Deputy Ibarra and C.A. Perez were watching Deputy Moorman beat Mr. Tillman. They did not say anything, they just watched.

12.    While Deputy Moorman was punching Mr. Tillman, another deputy said, "Call for back up."

13.    Mr. Tillman was not resisting when his hands were cuffed around his back. In fact, Mr. Tillman was motionless, appeared unconscious, for the next couple seconds after his head was slammed into the wall. After a couple punches had landed, that's when it appeared that Mr. Tillman woke up because he started crying for help. He repeated, "Help me!" and "Please stop!"

14.    I heard the footsteps of numerous deputies approaching our module, and as the door was opening, deputy Moorman or Ibarra said, "Stop resisting!

2

Stop resisting! Get the pepper spray!" I could see that Mr. Tillman was not resisting, however.

15. Deputy Ibarra then pepper sprayed Mr. Tillman in the face, and then C.A. Perez tased him. C.A. Perez shot the taser hooks at Mr. Tillman's back and tased him two to four times. Mr. Tillman had stopped screaming by the time C.A. Perez tased him. But his body shook violently each time he was tased.

16. Because of how close I was to assault, the pepper spray was too strong for me to handle. I started coughing and my eyes began to burn, so I had to back up from my cell front and go to the part of my cell that was farthest from the hallway where the deputies were abusing Mr. Tillman. I retreated towards the back of my cell for about fifteen seconds, in which I also turned my head away from the assault.

17. When I returned to my cell front, there were twenty to thirty deputies in the Module. Two deputies snatched up Mr. Tillman and walked him outside the Module.

18. As he was escorted out, inmates started to yell at deputies, "That's fucked up," and "You didn't have to do that." A deputy responded, "What? All of a sudden you guys want to act as witnesses?"

19. Minutes after, a Sergeant walked inside our Module to take pictures of where the incident took place. The Sergeant took about ten pictures and he did not interview me or ask me any questions about what had taken place right in front of my cell.

20. A trustee came to clean up fifteen or so minutes after the Sergeant left. The trustee mopped up the floor, and used a rag wipe down the blood from the wall.

// //

// //

// //

3

Page 504

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge and belief.  Executed this 19th day of August, 2011 in Los Angeles, California.

Thaddeus Love

4



Exhibit 1 TC Thaddeus Law

8-10 feet

Case 2:12-cv-00428-MWF-E Document 79-24 Filed 09/28/12 Page 26 of 44 Page ID #:2312

# DECLARATION OF THADDEUS LOVE

I, Thaddeus Love, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     I'm a propria persona ("pro per") inmate in Men's Central Jail ("MCJ"). I am housed in Module 2500, Row A, Cell 2. My booking number is 2372006. I have been incarcerated in MCJ since June 17, 2010.

3.     I am writing this declaration as an eyewitness to the deputy assault on William Tillman. I had an unobstructed view of the assault from my cell front and witnessed deputies Moorman, Ibarra and Custody Assistant ("C.A.") Perez surrounding Mr. Tillman just before they all violently attacked him.

4.     A diagram of the view from my cell towards where the deputies assaulted Mr. Tillman is attached as Exhibit 1. The assault took place on the floor, within the yellow lines.

5.     On or about March 25, 2011, as I rested on my bed, I heard a deputy ask William Tillman, who had just entered the module, "What cell are you in?" Mr. Tillman replied, "I'm in Baker 5." Then I saw Deputy Moorman, with Deputy Ibarra just behind him, approach Mr. Tillman and yell, "Stand in the fucking yellow box." Mr. Tillman did what was told and said something to the deputies while turning his head in their direction. Deputy Moorman told him to face the fucking wall. He then said to Mr. Tillman, "you think you're fucking tough. We're the 3000 boys. No one talks shit to us." Deputy Moorman told him to admit he was talking shit, and Mr. Tillman repeatedly denied that he had insulted him. Thereafter, Deputy Moorman said, "that's not gangster shit, that's bitch shit." Mr. Tillman replied, "I'm no bitch." Shortly after, Deputy Moorman then said something like, "Baca pays us to take kickboxing classes to whip peoples' asses." Mr. Tillman replied, "I don't have to take kickboxing classes to whip someone's

1

ass."

6. By this time, C.A. Perez and Deputy Ibarra and Moorman had formed a semi-circle around Mr. Tillman, with deputy Moorman being closest to Tillman.

7. Deputy Moorman, all of a sudden, grabbed Mr. Tillman's head and viciously slammed it against the cement wall. I remember seeing Mr. Tillman with his hand to his sides, his back towards the deputies, not having the chance to lift his hands to soften the impact.

8. Immediately after his head hit the wall, there were bloodstains on the wall and blood was pouring down to the floor. Mr. Tillman dropped to the ground.

9. As Mr. Tillman was on the floor, I saw Deputy Moorman pull out his handcuffs, grab Tillman's arms and cuff his hands behind his back.

10. Deputy Moorman then mounted Mr. Tillman and began throwing punches to the side of his face and the back of his head. Deputy Moorman had his knee driven into Mr. Tillman's back, his left hand was controlling Tillman's left shoulder, and he used his right hand to throw sharp hooks to Tillman's face and head.

11. Deputy Ibarra and C.A. Perez were watching Deputy Moorman beat Mr. Tillman. They did not say anything, they just watched.

12. While Deputy Moorman was punching Mr. Tillman, another deputy said, "Call for back up."

13. Mr. Tillman was not resisting when his hands were cuffed around his back. In fact, Mr. Tillman was motionless, appeared unconscious, for the next couple seconds after his head was slammed into the wall. After a couple punches had landed, that's when it appeared that Mr. Tillman woke up because he started crying for help. He repeated, "Help me!" and "Please stop!"

14. I heard the footsteps of numerous deputies approaching our module, and as the door was opening, deputy Moorman or Ibarra said, "Stop resisting!

2

Stop resisting! Get the pepper spray!" I could see that Mr. Tillman was not resisting, however.

15.    Deputy Ibarra then pepper sprayed Mr. Tillman in the face, and then C.A. Perez tased him. C.A. Perez shot the taser hooks at Mr. Tillman's back and tased him two to four times. Mr. Tillman had stopped screaming by the time C.A. Perez tased him. But his body shook violently each time he was tased.

16.    Because of how close I was to assault, the pepper spray was too strong for me to handle. I started coughing and my eyes began to burn, so I had to back up from my cell front and go to the part of my cell that was farthest from the hallway where the deputies were abusing Mr. Tillman. I retreated towards the back of my cell for about fifteen seconds, in which I also turned my head away from the assault.

17.    When I returned to my cell front, there were twenty to thirty deputies in the Module. Two deputies snatched up Mr. Tillman and walked him outside the Module.

18.    As he was escorted out, inmates started to yell at deputies, "That's fucked up," and "You didn't have to do that." A deputy responded, "What? All of a sudden you guys want to act as witnesses?"

19.    Minutes after, a Sergeant walked inside our Module to take pictures of where the incident took place. The Sergeant took about ten pictures and he did not interview me or ask me any questions about what had taken place right in front of my cell.

20.    A trustee came to clean up fifteen or so minutes after the Sergeant

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

3

left. The trustee mopped up the floor, and used a rag wipe down the blood from the wall.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge and belief.  Executed this 19th day of August, 2011 in Los Angeles, California.

_____/s/_____

Thaddeus Love

4



# DECLARATION OF INMATE WITNESS MR. JJJ FLOYD NELSON

# DECLARATION OF FLOYD NELSON

I, Floyd Nelson, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     I am a propria persona ("pro per") inmate in Men's Central Jail ("MCJ"). I am housed in Module 2500, Row B, Cell 18. My booking number is 1544050. I have been incarcerated in MCJ since July 19, 2010.

3.     I am writing this declaration as an eyewitness to the unmerciful, deputy assault committed against inmate, William Tillman (# 1983134) on or about March 25, 2011. I watched Deputy Moorman slam Mr. Tillman's head ~~on~~ being *7h.* against a concrete wall and then saw Tillman ~~be~~ pepper-sprayed and tased by Deputy Ibarra and Custody Assistant ("C.A.") Perez, respectively. Mr. Tillman did not make any provoking movements, towards the deputies, that would warrant physical restraint or a brutal attack.

4.     In January or February 2011, Module 2500/2700 deputies were cycled out, and new deputies were cycled in. And with the new deputies, significant problems with law the library arose until they were transferred out of the pro per module on or about July 2011.

5.     As a pro per inmate, the most important thing to me is that I am given one and a half hours of law library time everyday. For the majority of the time, the new group of deputies, which includes deputies Moorman and Ibarra, did not respect the inmates' right to law library time. For example, sometimes we would get thirty minutes of law library because the deputies weren't keeping up with the schedule. Law library runs from 6am until ~~11pm~~, 10:30 pm *7h* everyday. Every hour and a half, a new group of inmates is up for library. If the deputies allow a group an additional amount of time, that time is taken away from the group that is about to come in. For the most part, I rarely received my full hour and a half.

1

6.    There were even times, when no one received library time.

7.    Other inmates and I had to complain constantly to deputies Ibarra, Moorman and C.A. Perez to try to get us our law library time. One of the most vocal inmates is Mr. Tillman. Because of his proximity to the control booth, he's in cell 3, other inmates and I would ask him to shout and remind the deputies that a group's law time was up and that they should start taking them out, so a new group could cycle in.

8.    There were times when Deputy Ibarra would respond to Mr. Tillman's complaint by saying something like, "This is my program. I run it the way I want to. Shut the fuck up!" Other times, he would say," Some times, if there wasn't a response, Deputy Ibarra would walk pass by the complainers, stare at us and not say a word.

9.    On or about March 25, 2011, during my law library time, I had gotten up from my work table to go use the phone. To start a phone call cost $3.19. So instead of just going straight for the phones and using it, I went to the window to see whether I had enough funds to place a call, but also looking outside the library for any movement by the deputies and the inmates. At the window, there is a sheet that informs each pro per how much money they have in their pro per phone account. By observing the movements outside the library, I can determine whether or not our group's time is almost up. As I was doing this, I saw Mr. Tillman facing the wall, near the main entrance of Module 2500/2700. The window view from inside the law library is attached as Exhibit 1. A diagram of the law library is attached as Exhibit 2.

10.    As Mr. Tillman was facing the wall, I saw his mouth move while he was glancing back at Deputy Moorman, who was behind him. I thought nothing of it, inmates are constantly being told to face the wall. I glanced back to the pro per phone account sheet. Seconds later, when I look back outside the library, I saw Mr. Tillman surrounded by Deputy Ibarra and C.A. Perez as well. When I saw a semi-circle around Mr. Tillman, I knew something was going on so I started to

2

pay attention.

11. I saw ~~deputies Ibarra and~~ Moorman's mouth moving, as well as Mr. Tillman's. From inside the library, you can hear some noise can be heard made by inmates on the row or the deputies in the hallway, but it is not decipherable. I could not hear what Mr. Tillman and ~~the~~ deputies ~~or C.A.~~ were saying.

12. While Mr. Tillman was facing the wall, with one hand ~~to his side~~ and the other holding a bag containing what appeared to be legal documents, Deputy Moorman suddenly grabbed Mr. Tillman's head and slammed it into the concrete wall. Mr. Tillman did not put his hands up, and perhaps could not because of how quick it happened, to brace the impact of the collision.

13. Immediately, Mr. Tillman fell to the ground. Deputy Moorman forced his knee up into Mr. Tillman's back, handcuffed Mr. Tillman's hands behind his back, and proceeded to throw punches to the back of Mr. Tillman's head and side of his face.

14. Deputy Ibarra kicked Mr. Tillman's legs and the side of his body while Deputy Moorman continued to punch him.

15. Mr. Tillman was motionless and was not resisting.

16. With all the commotion, I lost sight of Mr. Tillman. I knew where his body was lying, but all I could see was aggressive movement towards him by the deputies. Mr. Tillman is 5'6, skinny and weighs about 130 lbs. Deputy Ibarra is about 5'8'' about 200 lbs with a stocky build. Deputy Moorman is Caucasian, about 5'10'' and appears to weigh 180 lbs. C.A. Perez is about 6'0'' weighs close to 230 lbs and appears Hispanic.

17. When Deputy ~~Ibarra~~ Moorman backed off Mr. Tillman, I then saw C.A. Perez with a taser. C.A. Perez shot its hooks towards Mr. Tillman's back. Mr. Tillman's body shook violently.

18. After Mr. Tillman was tased, twenty or so deputies came running in. By this time, deputies Ibarra and Moorman, and C.A. Perez, were surrounding Mr.

3

Tillman, no longer assaulting him. When I saw the deputies burst in, I walked away from the window. I didn't want them to know that I had witnessed this assault because I was afraid I would lose my pro per status. When Deputy Moorman and Ibarra started working the pro per module, inmates' pro per statuses were being taken away. I was not asked any questions by MCJ staff about this event. No one came into the library to ask us if we had seen anything. There were about eight of us in the library when the deputies were attacking Mr. Tillman.

19. While twenty or so deputies were in the hallway of Module 2500/2700, my group was escorted back to our cells. I could not see Mr. Tillman as I was headed back to my cell because the deputies were surrounding his body. But I did see an empty gurney.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge and belief. Executed this 19th day of August, 2011, in Los Angeles, California.

Floyd Nelson

Case 2:12-cv-00428-MWF-E    Document 79-24    Filed 09/28/12    Page 37 of 44    Page ID #:2323

2'

Window 1

3'

hallway

2'

Window 2

2'

window 3

books

Page 516

pillar

10-15 feet



Computers

Bathroom area

Bookshelves

Pillar

Phones

**Diagram of Law Library in 2500-2700, Men's Central**

10-15 ft

Bookshelves

Door

Window

Door

Computers

Page 517

## DECLARATION OF FLOYD NELSON

I, Floyd Nelson, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am a propria persona ("pro per") inmate in Men's Central Jail ("MCJ"). I am housed in Module 2500, Row B, Cell 18. My booking number is 1544050. I have been incarcerated in MCJ since July 19, 2010.

3.      I am writing this declaration as an eyewitness to the unmerciful, deputy assault committed against inmate, William Tillman (# 1983134) on or about March 25, 2011. I watched Deputy Moorman slam Mr. Tillman's head on against a concrete wall and then saw Tillman being pepper-sprayed and tased by Deputy Ibarra and Custody Assistant ("C.A.") Perez, respectively. Mr. Tillman did not make any provoking movements, towards the deputies, that would warrant physical restraint or a brutal attack.

4.      In January or February 2011, Module 2500/2700 deputies were cycled out, and new deputies were cycled in. And with the new deputies, significant problems with law the library arose until they were transferred out of the pro per module on or about July 2011.

5.      As a pro per inmate, the most important thing to me is that I am given one and a half hours of law library time everyday. For the majority of the time, the new group of deputies, which includes deputies Moorman and Ibarra, did not respect the inmates' right to law library time. For example, sometimes we would get thirty minutes of law library because the deputies weren't keeping up with the schedule. Law library runs from 6am until 10:30 pm, everyday. Every hour and a half, a new group of inmates is up for library. If the deputies allow a group an additional amount of time, that time is taken away from the group that is about to come in. For the most part, I rarely received my full hour and a half.

1

6. There were even times, when no one received library time.

7. Other inmates and I had to complain constantly to deputies Ibarra, Moorman and C.A. Perez to try to get us our law library time. One of the most vocal inmates is Mr. Tillman. Because of his proximity to the control booth, he's in cell 3, other inmates and I would ask him to shout and remind the deputies that a group's law time was up and that they should start taking them out, so a new group could cycle in.

8. There were times when Deputy Ibarra would respond to Mr. Tillman's complaint by saying something like, "This is my program. I run it the way I want to. Other times, he would say, "Shut the fuck up!" Other times, if there wasn't a response, Deputy Ibarra would walk pass by the complainers, stare at us and not say a word.

9. On or about March 25, 2011, during my law library time, I had gotten up from my work table to go use the phone. To start a phone call cost $3.19. So instead of just going straight for the phones and using it, I went to the window to see whether I had enough funds to place a call, but also looking outside the library for any movement by the deputies and the inmates. At the window, there is a sheet that informs each pro per how much money they have in their pro per phone account. By observing the movements outside the library, I can determine whether or not our group's time is almost up. As I was doing this, I saw Mr. Tillman facing the wall, near the main entrance of Module 2500/2700. The window view from inside the law library is attached as Exhibit 1. A diagram of the law library is attached as Exhibit 2.

10. As Mr. Tillman was facing the wall, I saw his mouth move while he was glancing back at Deputy Moorman, who was behind him. I thought nothing of it, inmates are constantly being told to face the wall. I glanced back to the pro per phone account sheet. Seconds later, when I look back outside the library, I saw Mr. Tillman surrounded by Deputy Ibarra and C.A. Perez as well. When I saw a

2

semi-circle around Mr. Tillman, I knew something was going on so I started to pay attention.

11.    I saw Deputy Moorman's mouth moving, as well as Mr. Tillman's. From inside the library, you can hear some noise can be heard made by inmates on the row or the deputies in the hallway, but it is not decipherable. I could not hear what Mr. Tillman and Deputy Moorman were saying to one another.

12.    While Mr. Tillman was facing the wall, with one hand in his pocket and the other holding a bag containing what appeared to be legal documents, Deputy Moorman suddenly grabbed Mr. Tillman's head and slammed it into the concrete wall. Mr. Tillman did not put his hands up, and perhaps could not because of how quick it happened, to brace the impact of the collision.

13.    Immediately, Mr. Tillman fell to the ground. Deputy Moorman forced his knee up into Mr. Tillman's back, handcuffed Mr. Tillman's hands behind his back, and proceeded to throw punches to the back of Mr. Tillman's head and side of his face.

14.    Deputy Ibarra kicked Mr. Tillman's legs and the side of his body while Deputy Moorman continued to punch him.

15.    Mr. Tillman was motionless and was not resisting.

16.    With all the commotion, I lost sight of Mr. Tillman. I knew where his body was lying, but all I could see was aggressive movement towards him by the deputies. Mr. Tillman is 5'6, skinny and weighs about 130 lbs. Deputy Ibarra is about 5'8" about 200 lbs with a stocky build. Deputy Moorman is Caucasian, about 5'10" and appears to weigh 180 lbs. C.A. Perez is about 6'0" weighs close to 230 lbs and appears Hispanic.

17.    When Deputy Moorman and Ibarra backed off Mr. Tillman, I saw Deputy Ibarra administer pepper spray to the face of Mr. Tillman.  I then saw C.A. Perez with a taser. C.A. Perez shot its hooks towards Mr. Tillman's back. Mr. Tillman's body shook violently.

3

18.    After Mr. Tillman was tased, twenty or so deputies came running in. By this time, deputies Ibarra and Moorman, and C.A. Perez, were surrounding Mr. Tillman, no longer assaulting him.  When I saw the deputies burst in, I walked away from the window. I didn't want them to know that I had witnessed this assault because I was afraid I would lose my pro per status. When Deputy Moorman and Ibarra started working the pro per module, inmates' pro per statuses were being taken away. I was not asked any questions by MCJ staff about this event. No one came into the library to ask us if we had seen anything. There were about eight of us in the library when the deputies were attacking Mr. Tillman.

19.    While twenty or so deputies were in the hallway of Module 2500/2700, my group was escorted back to our cells. I could not see Mr. Tillman as I was headed back to my cell because the deputies were surrounding his body. But I did see an empty gurney.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge and belief.  Executed this 19th day of August, 2011, in Los Angeles, California.

_____/s/_____

Floyd Nelson

Page 521

# LAW LIBRARY

Exhibit 1

Case 2:12-cv-00428-MWF-E   Document 79-24   Filed 09/28/12   Page 43 of 44   Page ID #:2329

window 3

hallway

Window 1

2'

3'

Window 2

2"

2'

Page 522

books

pillar

10-15 feet



Exhibit 2

Computers

Bathroom area

Bookshelves

Pillar

Phones

Diagram of Law
Library in 2500-
2700, Men's
Central

10-15 ft

Bookshelves

Door

Window

Door

Computers

Page 523