## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 12-00428 DDP (SHx) | Date | October 12, 2012 |

Title    ALEX ROSAS and JONATHAN GOODWIN, on behalf of themselves and of those similarly situated -V- LEROY BACA, Sheriff of Los Angeles County Jails; PAUL TANAKA, Undersheriff, Los Angeles Sheriff's Department; CECIL RHAMBO, Assistant Sheriff, Los Angeles Sheriff's Department and DENNIS BURNS, Chief of Custody Operations Division, Los Angeles Sheriff's Department

Present: The Honorable    DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| John S. Durrant<br>Peter J. Eliasberg | Paul B. Beach<br>Justin W. Clark<br>Roger H. Granbo |

Proceedings:

## LOCAL RULE 16-14.4 SETTLEMENT CONFERENCE

Court conducts settlement conference.

|  | 2 hours | : | 00 mins |
|---|---|---|---|
|  | Initials of Preparer | | JAC |