UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-00428 DDP (SHx) | Date | February 1, 2013 |
|---|---|---|---|

Title   ALEX ROSAS and JONATHAN GOODWIN, on behalf of themselves and of those similarly situated -V- LEROY BACA, Sheriff of Los Angeles County Jails; PAUL TANAKA, Undersheriff, Los Angeles Sheriff's Department; CECIL RHAMBO, Assistant Sheriff, Los Angeles Sheriff's Department and DENNIS BURNS, Chief of Custody Operations Division, Los Angeles Sheriff's Department

Present: The Honorable   DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| John S. Durrant<br>Peter J. Eliasberg | Justin W. Clark<br>Roger H. Granbo |

Proceedings:

STATUS CONFERENCE RE: PROTECTIVE ORDER

Court and counsel confer re Protective Order.

|  | 0 0 | : | 19 |
|---|---|---|---|
|  | Initials of Preparer |  | JAC |