Name & Address:
Paul B. Beach
Justin W. Clark
Lawrence Beach Allen & Choi, PC
100 W. Broadway, Suite 1200
Glendale, CA 91210-1219

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ALEX ROSAS, et al. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 12-00428 DDP (SHx) |
| v. | |
| LEROY BACA, etc. | **NOTICE OF CHANGE OF ATTORNEY INFORMATION** |
| DEFENDANT(S). | |

**The following information must be provided:**

I, _Corie M. Burton_ , _279099_ , _corie.burton@gmail.com_
    *Name*                    *CA Bar ID Number*              *E-mail Address*

☑ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following

party(s)

Sheriff Leroy D. Baca


and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
> I ☐ consent ☐ do not consent to receive service of documents by electronic means in
> accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☐ TO UPDATE NAME OR FIRM INFORMATION:
    ☐    I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the
         above-entitled cause of action.
                     PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

Attorney Name changed to _____
New Firm/Government Agency Name _____
New Address _____
New Telephone Number _____ New Facsimile Number _____
New E-mail address _____


☐ TO BE ADDED AS COUNSEL OF RECORD:   CHECK ONE BOX
    ☐    I am counsel of record in the above-entitled action and should have been added to the docket in
         this case. I made my first appearance in this case on _____
    ☐    This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed
         above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE , G-64 MUST BE FILED.

Attorney Name _____    CA State Bar Number _____

Firm/Government Agency Name _____

Address: _____

Telephone Number _____    Facsimile Number _____

New E-mail address _____

☑    TO BE REMOVED FROM THE CASE:    **

☐    I am ☑ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action.

CHECK ONE BOX

☐    The order relieving me/the aforementioned attorney from my firm was filed on: _____ .

☑    There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

☐    I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

** **This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01 ORDER, *Order on Request for Substitution of Attorney.* At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

Date: March 4, 2013 _____    /s/  Paul B. Beach _____
                                        *Signature of Attorney of Record / Attorney for the Firm*

**PLEASE NOTE: CM/ECF users must update their account information in the system pursuant to the General Order authorizing electronic filing, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.**