PETER J. ELIASBERG (SB# 189110)
peliasberg@aclu-sc.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500
Fax: (213) 977-5299

DONNA M. MELBY (SB# 86417)
donnamelby@paulhastings.com
JOHN S. DURRANT ((SB# 217345)
johnDurrant@paulhastings.com
JADE H. LEUNG (SB# 279651)
jadeleung@paulhastings.com
ELIZABETH C. MUELLER (SB# 278283)
bethmueller@paulhastings.com
PAUL HASTING LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone: (213) 683-6000
Fax: (213) 627-0705

MARGARET WINTER (*pro hac vice*)
mwinter@npp-aclu.org
ERIC BALABAN (*pro hac vice application forthcoming*)
ebalaban@npp-aclu.org
NATIONAL PRISON PROJECT OF
THE AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th St., NW
Washington, D.C. 20005
Phone: (202) 393-4930
Fax: (202) 393-4931

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN GOODWIN,
on behalf of themselves and of those similarly
situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN, on their own behalf and on behalf of those similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> LEROY BACA, Sheriff of Los Angeles County Jails, <br><br> Defendant. | CASE NO. CV 12-00428 DDP (SHx) <br><br> Honorable Dean D. Pregerson <br><br> **STIPULATION TO VACATE DATES IN SCHEDULING ORDER** |

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR

COUNSEL OF RECORD:

-1-

WHEREAS, under the current scheduling order dated September 7, 2012 (Document 77) (the "Scheduling Order"), the cut-off date for fact discovery is May 20, 2013;

WHEREAS, the Parties are currently engaged in ongoing settlement talks and discovery for settlement purposes;

WHEREAS, Plaintiffs requested, and Defendant agreed, to vacate all dates under the Scheduling Order;

Based on the foregoing, the Parties hereby stipulate as follows:

All dates under the Scheduling Order are vacated while settlement talks are ongoing.

DATED: May 21, 2013                    PAUL HASTINGS LLP


By: _____ /s/ John S. Durrant _____
                    JOHN S. DURRANT


Attorneys for Plaintiffs
Alex Rosas and Jonathan Goodwin



DATED: May 21, 2013                    LAWRENCE BEACH ALLEN & CHOI, PC


By: _____ /s/ Justin W. Clark _____
                    JUSTIN W. CLARK


Attorneys for Defendant
Sheriff Leroy D. Baca

-2-