Name and address:

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS, et al., | CASE NUMBER |
| | 2:12-cv-00428-DDP |
| Plaintiff(s) | |
| v. | |
| LEROY BACA, et al., | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Balaban, Eric G.
_____
*Applicant's Name (Last Name, First Name & Middle Initial)*

202-393-4930     202-393-4931
_____
*Telephone Number*     *Fax Number*

ebalaban@npp-aclu.org
_____
*E-Mail Address*

of | ACLU National Prison Project
915 15th Street, NW
7th Floor
Washington, DC 20005
*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

ALEX ROSAS and JONATHAN GOODWIN
_____

*Name(s) of Party(ies) Represented*     ☒ *Plaintiff*    ☐ *Defendant*    ☐ *Other:* _____

**and designating as Local Counsel**

Eliasberg, Peter
_____
*Designee's Name (Last Name, First Name & Middle Initial)*

189110     213-977-9500
_____
*Designee's Cal. Bar Number*     *Telephone Number*

213-977-5297
_____
*Fax Number*

of | ACLU of Southern California
1313 W. 8th Street
Suite 200
Los Angeles, CA 90017
*Firm Name & Address*

peliasberg@aclu-sc.org
*E-Mail Address*

**hereby ORDERS the Application be:**

☐ **GRANTED.**

☐ **DENIED.  Fee shall be returned by the Clerk.**

☐ **DENIED, for failure to pay the required fee.**

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**