Name and address:

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ALEX ROSAS, et al., | CASE NUMBER |
|---|---|
| | 2:12-cv-00428-DDP |
| Plaintiff(s) v. | |
| LEROY BACA, et al., | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Balaban, Eric G.

of

ACLU National Prison Project
915 15th Street, NW
7th Floor
Washington, DC 20005

*Applicant's Name (Last Name, First Name & Middle Initial)*

202-393-4930          202-393-4931

*Telephone Number          Fax Number*

ebalaban@npp-aclu.org

*E-Mail Address*

*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

ALEX ROSAS and JONATHAN GOODWIN

*Name(s) of Party(ies) Represented*      ☒ *Plaintiff*   ☐ *Defendant*   ☐ *Other:*

### and designating as Local Counsel

Eliasberg, Peter

of

ACLU of Southern California
1313 W. 8th Street
Suite 200
Los Angeles, CA 90017

*Designee's Name (Last Name, First Name & Middle Initial)*

189110          213-977-9500

*Designee's Cal. Bar Number*      *Telephone Number*

213-977-5297

*Fax Number*

*Firm Name & Address*

peliasberg@aclu-sc.org

*E-Mail Address*

**hereby ORDERS the Application be:**

☑ **GRANTED.**

☐ **DENIED. Fee shall be returned by the Clerk.**

☐ **DENIED, for failure to pay the required fee.**

Dated  6-27-13

U.S. District Judge/~~U.S. Magistrate Judge~~