UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN, on behalf of themselves and of those similarly situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>LEROY BACA, Sheriff of Los Angeles County Jails; PAUL TANAKA, Undersheriff, Los Angeles Sheriff's Department; CECIL RHAMBO, Assistant Sheriff, Los Angeles Sheriff's Department and DENNIS BURNS, Chief of Custody Operations Division, Los Angeles Sheriff's Department,<br><br>                    Defendants.<br>_____ | Case No. CV 12-00428 DDP (SHx)<br><br>SETTLEMENT CONFERENCE ORDER SCHEDULING SETTLEMENT CONFERENCE BEFORE JUDGE DEAN D. PREGERSON<br><br>DATE:        October 23, 2013<br><br>TIME:        10:00 a.m.<br><br>LOCATION: Courtroom 3, 2nd Floor<br>            U.S. Courthouse<br>            312 North Spring Street<br>            Los Angeles, California |

**READ THIS ORDER CAREFULLY.**
**IT CONTROLS THE SETTLEMENT PROCEDURE FOR THIS CASE.**

     This action has been assigned to the calendar of Judge Dean D. Pregerson for the purpose of conducting a settlement conference.

1.   **Presence of Lead Counsel.**  The attorney attending the settlement conference must be the lead trial counsel.

2.   **Presence of All Parties.**  All parties to the litigation must attend the settlement conference.  A representative with *unrestricted* settlement authority must appear on behalf of corporations and other business entities.  In the case of lawsuits involving the United States or any of its agencies, the Assistant United States Attorney in charge of the case must appear with the full measure of settlement authority provided by his or her superiors within the United States Attorney's Office.

3.   **Insurance Matters.**  In cases involving insurance, a representative with *unrestricted* settlement authority must appear on behalf of the insurance company.

4.   **Confidential Settlement Letters**.  A party may, at its option, submit a confidential settlement letter no later than the day before the settlement conference.  The letter should not be filed, but should be submitted directly to Chambers of Judge Dean D. Pregerson, Room 244-J, U.S. Courthouse, 312 North Spring Street, Los Angeles, California 90012.  The letter should set forth the party's statement of the case and the party's settlement position, including the last offer or demand made by the party and a statement of the offer or demand the party is prepared to make at the settlement conference.  The settlement conference letter shall be returned to the party that submitted the letter at the end of the settlement conference.

Dated: September 30, 2013

_____
DEAN D. PREGERSON
United States District Judge

2