# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge   Dean D. Pregerson

From: Christine Chung                         , Deputy Clerk      Date Received: 10/17/2013

Case No.: CV 12-00428-DDP (SHx)      Case Title: Alex Rosas et al v. Leroy Baca et al

Document Entitled: LETTER

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

| | | |
|---|---|---|
| ☐ | Local Rule 5-4.1 | Documents must be filed electronically |
| ☐ | Local Rule 6-1 | Written notice of motion lacking or timeliness of notice incorrect |
| ☐ | Local Rule 7-19.1 | Notice to other parties of ex parte application lacking |
| ☐ | Local Rule 7.1-1 | No Certification of Interested Parties and/or no copies |
| ☐ | Local Rule 11-3.1 | Document not legible |
| ☐ | Local Rule 11-3.8 | Lacking name, address, phone, facsimile numbers, and e-mail address |
| ☐ | Local Rule 11-4.1 | No copy provided for judge |
| ☐ | Local Rule 11-6 | Memorandum/brief exceeds 25 pages |
| ☐ | Local Rule 11-8 | Memorandum/brief exceeding 10 pages shall contain table of contents |
| ☐ | Local Rule 15-1 | Proposed amended pleading not under separate cover |
| ☐ | Local Rule 16-7 | Pretrial conference order not signed by all counsel |
| ☐ | Local Rule 19-1 | Complaint/Petition includes more than 10 Does or fictitiously named parties |
| ☐ | Local Rule 56-1 | Statement of uncontroverted facts and/or proposed judgment lacking |
| ☐ | Local Rule 56-2 | Statement of genuine disputes of material fact lacking |
| ☑ | Local Rule 83-2.5 | No letters to the judge |
| ☐ | Fed. R. Civ. P. 5 | No proof of service attached to document(s) |
| ☐ | Other: | |

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐   The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____                    _____
Date                                       U.S. District Judge / U.S. Magistrate Judge

☑   The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

10/22/2013                                 _____
Date                                       U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

**COPY 1 -ORIGINAL-OFFICE     COPY 2 -JUDGE     COPY 3 -SIGNED & RETURNED TO FILER     COPY 4 -FILER RECEIPT**

CV-104A  (06/13)                    NOTICE OF DOCUMENT DISCREPANCIES

Albert  L. Barnes Sr. (ACLU)
35972 55th. Street East
Palmdale, California 93552-6336
(661) 533-3713

October 14, 2013

America Civil Liberties Union
Of Southern California (ACLU)
*PETER JAY ELIASBERG*
Legal Director
1313W.8th. Street
Los Angeles, California 90017
(213) 977-9500
(213) 977-5253 Legal intake

Albert & Jeannette Barnes
FORMER LEGAL GUARDIAN
AND FOSTER PARENT OF
AUSTIN  MACKEY
Social Security XXX_XX_5587

United States District Court
Central District of California
*Judge Hon. Dean D. Pregerson*
312 N. Spring  Street / Room3/2 Floor
Los Angeles. California 90012
(213) 894-3913
Rosas v. Baca/ Roy v. L.A.CV-12-00428

**and**

(1). Congratulation, on being named (2013), Attorney (Eliasberg) of the year.

(2).Pursuant to the Los Angeles Times, October 6 article (*TRY COMPASSION, NOT PRISON*" and October 8, 2013 articles (*"SICK AND IN JAIL"*)

(3). I am respectfully requesting that you and your office do every thing you can to Release *AUSTIN MACKEY*, DOB, (6-5-87), male, Afro-American from Los Angeles Twin Towers Correctional Facility. I have been informed (by Austin) and  believe that Austin was And is currently being sexually victimized by inmates.

(4). about a year ago, Austin was incarcerated because he was on probation when his Girl-Friend was shop -lifting in Target Department with out his knowledge. Austin was innocent of Shop-lifting  charges and should be released from Twin Towers Correctional Facility today.

(5). Austin has been in Foster Care his entire life. And with us his first 12 years in Foster Care.

(6). Austin has been diagnosed by a psychiatric as Bipolar Disorder. In our care, he was Receiving Ritalin, Prozac, Zyprexa, Depakato, Trazodone, Abilify and Risperidone and he was A Mental Health Patient at the National Mental Health Association of Greater Los Angeles Dir. Judy A. Cooperberg M.S.,C.P.R.P.  An Ex-Patient at Santa Clarita Psychiatric Hospital.

*Please respond soon*?........    Respectfully, Submitted By   ~~Albert L. Barnes~~
                                                                    50 years Foster Parents

| Los Angeles County | Los Angeles County | Los Angeles County |
| --- | --- | --- |
| *Supervisor Michael D. Antonovich* | District Attorney Office | Sheriff Department |
| 500 West Temple Street/Room 869 | The Hon .*JACKIE LACEY* | *LEROY BACA*, Chief |
| Los Angeles, California 90012 | 210 West Temple Street/Suite 18000 | 4700 Ramona Blvd. |
| (213) 974-5555 | Los Angeles, California 90012-3210 | Monterey Park, California 91754 |



Albert Barnes Sr
35972 55th St E
**SPLC** Palmdale, CA 93552



RECEIVED
OCT 18 2013
CHAMBERS OF
JUDGE DEAN D. PREGERSON
RETURN RECEIPT
REQUESTED

**CERTIFIED MAIL™**



7011 1570 0003 4669 8974

   

UNITED STATES
POSTAL SERVICE

1000          90012

U.S. POSTAGE
PAID
LITTLEROCK.CA
93543
OCT 15.'13
AMOUNT

**$6.11**
00061207-08

United States District Court
Central District of California
***Judge Hon. Dean D. Pregerson***
312 N. Spring Street / Room 3/2 Floor
Los Angeles. California 90012



RECEIVED
CLERK, U.S. DISTRICT COURT

OCT 17 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

SC01282658  C004