## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 12-00428 DDP (SHx) | Date | October 23, 2013 |

Title    ALEX ROSAS and JONATHAN GOODWIN, on behalf of themselves and of those similarly situated -V- LEROY BACA, Sheriff of Los Angeles County Jails; PAUL TANAKA, Undersheriff, Los Angeles Sheriff's Department; CECIL RHAMBO, Assistant Sheriff, Los Angeles Sheriff's Department and DENNIS BURNS, Chief of Custody Operations Division, Los Angeles Sheriff's Department

Present: The Honorable    DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| Christine Chung for John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Peter Eliasberg<br>Margaret Winter<br>John Durrant<br>Elizabeth Mueller<br>Deborah Kang | Justin W. Clark<br>Roger H. Granbo |

Proceedings:

### LOCAL RULE 16-14.4 SETTLEMENT CONFERENCE

Court conducts settlement conference without reaching a resolution.

The Settlement Conference is continued to January 9, 2014 at 2:30 p.m.

| | | | |
|---|---|---|---|
| | 0 1 | : | 37 |
| Initials of Preparer | CCH | | |

CV-90 (12/02)                          **CIVIL MINUTES - GENERAL**                          Page 1 of 1