# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 12-00428 DDP (SHx) | Date | January 9, 2014 |

Title    ALEX ROSAS and JONATHAN GOODWIN, on behalf of themselves and of those similarly situated -V- LEROY BACA, Sheriff of Los Angeles County Jails; PAUL TANAKA, Undersheriff, Los Angeles Sheriff's Department; CECIL RHAMBO, Assistant Sheriff, Los Angeles Sheriff's Department and DENNIS BURNS, Chief of Custody Operations Division, Los Angeles Sheriff's Department

---

Present: The Honorable       DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Deborah Cang | Paul B. Beach |
| John S. Durrant | Justin W. Clark |
| Margaret Winter | Roger H. Granbo |
| Peter J. Eliasberg | |

Proceedings:

   STATUS CONFERENCE RE: LOCAL RULE 16-14.4 SETTLEMENT CONFERENCE

---

   Court and counsel confer.

   The matter is continued to Friday, February 28, 2014 at 2:30 p.m.

| | | | |
|---|---|---|---|
| | 0 0 | : | 18 |
| | Initials of Preparer | | JAC |