# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
*AMENDED*
### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 12-00428 DDP (SHx) | Date | January 9, 2014 |

Title    ALEX ROSAS and JONATHAN GOODWIN, on behalf of themselves and of those similarly situated -V- LEROY BACA, Sheriff of Los Angeles County Jails; PAUL TANAKA, Undersheriff, Los Angeles Sheriff's Department; CECIL RHAMBO, Assistant Sheriff, Los Angeles Sheriff's Department and DENNIS BURNS, Chief of Custody Operations Division, Los Angeles Sheriff's Department

Present: The Honorable    **DEAN D. PREGERSON, U.S. DISTRICT JUDGE**

| John A. Chambers | ~~Maria Bustillos~~ *NONE* | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Deborah Cang | Paul B. Beach |
| John S. Durrant | Justin W. Clark |
| Margaret Winter | Roger H. Granbo |
| Peter J. Eliasberg | |

Proceedings:

### STATUS CONFERENCE RE: LOCAL RULE 16-14.4 SETTLEMENT CONFERENCE

Court and counsel confer.

The matter is continued to Friday, February 28, 2014 at 2:30 p.m.

| | | |
|---|---|---|
| 0 0 | : | 18 |
| | Initials of Preparer | JAC |

CV-90 (12/02)    **CIVIL MINUTES - GENERAL**    Page 1 of 1