UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   CV 12-00428 DDP (SHx)                    Date   May 15, 2014

Title   ALEX ROSAS and JONATHAN GOODWIN, on behalf of themselves and of those similarly situated -V- LEROY BACA, Sheriff of Los Angeles County Jails; PAUL TANAKA, Undersheriff, Los Angeles Sheriff's Department; CECIL RHAMBO, Assistant Sheriff, Los Angeles Sheriff's Department and DENNIS BURNS, Chief of Custody Operations Division, Los Angeles Sheriff's Department

Present: The Honorable        DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                 Attorneys Present for Defendants:

None Present                                      None Present

Proceedings:
    MINUTE ORDER (IN CHAMBERS)

**COUNSEL ARE NOTIFIED** a STATUS CONFERENCE RE: SETTLEMENT is set for Thursday, May 22, 2014 at 8:30 a.m.

                                                              :   N / A

                        Initials of Preparer        JAC