## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.    CV 12-00428 DDP (SHx)                Date    May 22, 2014

Title    ALEX ROSAS and JONATHAN GOODWIN, on behalf of themselves and of those similarly situated -V- LEROY BACA, Sheriff of Los Angeles County Jails; PAUL TANAKA, Undersheriff, Los Angeles Sheriff's Department; CECIL RHAMBO, Assistant Sheriff, Los Angeles Sheriff's Department and DENNIS BURNS, Chief of Custody Operations Division, Los Angeles Sheriff's Department

Present: The Honorable    DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

John S. Durrant
Margaret Winter
Peter J. Eliasberg

Attorneys Present for Defendants:

Paul B. Beach
Justin W. Clark
Roger H. Granbo

Proceedings:

STATUS CONFERENCE RE: SETTLEMENT
(COURT ORDERED 05-15-14)

Court, parties and counsel confer.

An additional Status Conference re: Settlement is set for June 12, 2014 at 1:30 p.m.

|  | 1 Hour | : | 0 Mins |
|---|---|---|---|
|  | Initials of Preparer |  | JAC |