# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

Case No.       CV 12-00428 DDP (SHx)                    Date    May 22, 2014

Title    ALEX ROSAS and JONATHAN GOODWIN, on behalf of themselves and of those similarly situated -V- LEROY BACA, Sheriff of Los Angeles County Jails; PAUL TANAKA, Undersheriff, Los Angeles Sheriff's Department; CECIL RHAMBO, Assistant Sheriff, Los Angeles Sheriff's Department and DENNIS BURNS, Chief of Custody Operations Division, Los Angeles Sheriff's Department

Present: The Honorable       DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

Proceedings:
## MINUTE ORDER (IN CHAMBERS)

The parties have met and conferred in the presence of the court to discuss settlement of this entire matter.  The parties agree that a panel of experts, comprised of Richard Drooyan, Robert Houston, and Jeffrey Schwartz, shall be retained to prepare an Action Plan relating to certain policies and practices employed in the Los Angeles County Jails.

The parties will submit a list of areas of concern to the Panel no later than Wednesday, May 28, 2014.  The Panel has been granted broad authority, including the authority to address subjects not raised by the parties and/or to conclude that further action is not required on certain issues.

The Panel will endeavor to complete the Action Plan as soon as practicable, and, absent compelling justification, not later than August 22, 2014.

Defendant will circulate a proposed Settlement Agreement memorializing this understanding by May 29, 2014.  Plaintiffs will respond, if at all, by June 5, 2014.  A status conference regarding the settlement shall be set for June 12, 2014, as reflected by separate minute order of this court.  Should the parties reach a Settlement Agreement prior to that date, they shall inform the court that a further conference may not be necessary.

The court commends the parties for their continued efforts to resolve this matter efficiently and expeditiously.

|  | : | N / A |
|---|---|---|
| Initials of Preparer | | JAC |