## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 12-00428 DDP (SHx) | Date | June 12, 2014 |

Title    ALEX ROSAS and JONATHAN GOODWIN, on behalf of themselves and of those similarly situated -V- LEROY BACA, Sheriff of Los Angeles County Jails; PAUL TANAKA, Undersheriff, Los Angeles Sheriff's Department; CECIL RHAMBO, Assistant Sheriff, Los Angeles Sheriff's Department and DENNIS BURNS, Chief of Custody Operations Division, Los Angeles Sheriff's Department

Present: The Honorable    DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Elizabeth Christie Mueller | Justin W. Clark |
| John S. Durrant | Roger H. Granbo |
| Margaret Winter | Rodrigo A. Castro-Silva |
| Peter J. Eliasberg | |

Proceedings:

STATUS CONFERENCE RE: SETTLEMENT
(COURT ORDERED 05-22-14)

Court and counsel confer as reflected on the record.

An additional STATUS CONFERENCE RE: SETTLEMENT is hereby set for July 10, 2014 at 3:30 p.m.

| | 1 hour | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | JAC |