UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    CV 12-00428 DDP (SHx)                          Dated: July 9, 2014

Title:    ALEX ROSAS and JONATHAN GOODWIN, on behalf of themselves and of those similarly situated -v- LEROY BACA, Sheriff of Los Angeles County Jails; PAUL TANAKA, Undersheriff, Los Angeles Sheriff's Department; CECIL RHAMBO, Assistant Sheriff, Los Angeles Sheriff's Department and DENNIS BURNS, Chief of Custody Operations Division, Los Angeles Sheriff's Department

========================================================================
PRESENT:    HONORABLE DEAN D. PREGERSON, JUDGE

<u>John A. Chambers</u>                              <u>None Present</u>
Courtroom Deputy                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None                                          None

PROCEEDINGS:        MINUTE ORDER (IN CHAMBERS)

    **COUNSEL AND PARTIES ARE NOTIFIED**, that on the Court's own motion, the STATUS CONFERENCE RE: SETTLEMENT shall be heard on the original date of July 10, 2014 at the new time of 2:30 p.m. [one hour earlier] - if this is problematic for any party, contact the Courtroom Deputy Clerk immediately.

MINUTES FORM 11                              Initials of Deputy Clerk   JAC
CIVIL -- GEN