## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.       CV 12-00428 DDP (SHx)                    Date    July 11, 2014

Title    ALEX ROSAS and JONATHAN GOODWIN, on behalf of themselves and of those similarly situated -V- LEROY BACA, Sheriff of Los Angeles County Jails; PAUL TANAKA, Undersheriff, Los Angeles Sheriff's Department; CECIL RHAMBO, Assistant Sheriff, Los Angeles Sheriff's Department and DENNIS BURNS, Chief of Custody Operations Division, Los Angeles Sheriff's Department

Present: The Honorable        DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Elizabeth Christie Mueller<br>John S. Durrant<br>Margaret Winter<br>Peter J. Eliasberg | Paul B. Beach<br>Justin W. Clark<br>Roger H. Granbo<br>Jennifer A. D. Lehman<br>Rodrigo A. Castro-Silva |

Proceedings:

STATUS CONFERENCE RE: SETTLEMENT
(COURT ORDERED 06-12-14)

Court and counsel confer.

| 2 hours | : | 04 mins. |
|---|---|---|
| Initials of Preparer | | JAC |

CV-90 (12/02)                         **CIVIL MINUTES - GENERAL**                         Page 1 of 1