# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

*Amend to the date Only*

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 12-00428 DDP (SHx) | Date | ~~July 11, 2014~~ *July 10, 2014* |

Title  ALEX ROSAS and JONATHAN GOODWIN, on behalf of themselves and of those similarly situated -V- LEROY BACA, Sheriff of Los Angeles County Jails; PAUL TANAKA, Undersheriff, Los Angeles Sheriff's Department; CECIL RHAMBO, Assistant Sheriff, Los Angeles Sheriff's Department and DENNIS BURNS, Chief of Custody Operations Division, Los Angeles Sheriff's Department

Present: The Honorable    DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Elizabeth Christie Mueller | Paul B. Beach |
| John S. Durrant | Justin W. Clark |
| Margaret Winter | Roger H. Granbo |
| Peter J. Eliasberg | Jennifer A. D. Lehman |
| | Rodrigo A. Castro-Silva |

Proceedings:

### STATUS CONFERENCE RE: SETTLEMENT (COURT ORDERED 06-12-14)

Court and counsel confer.

| | | | |
|---|---|---|---|
| | 2 hours | : | 04 mins. |
| | Initials of Preparer | | JAC |

CV-90 (12/02)                    CIVIL MINUTES - GENERAL                    Page 1 of 1