PETER J. ELIASBERG (SB# 189110)
peliasberg@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone:  (213) 977-9500
Fax:  (213) 977-5299

JOHN S. DURRANT (SB# 217345)
johndurrant@paulhastings.com
ELIZABETH C. MUELLER (SB# 278283)
bethmueller@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA  90071-2228
Phone:  (213) 683-6000
Fax:  (213) 627-0705

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN GOODWIN, on behalf of themselves and of those similarly situated

Continued on next page

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JIM McDONNELL, Sheriff of Los Angeles County Jails, in his official capacity<br><br>Defendant. | CASE NO. CV 12-00428 DDP<br><br>**STIPULATION RE RESCHEDULING FAIRNESS HEARING** |

MARGARET WINTER (*pro hac vice*)
mwinter@npp-aclu.org
ERIC BALABAN (*pro hac vice*)
ebalaban@npp-aclu.org
NATIONAL PRISON PROJECT OF THE AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th St., NW
Washington, D.C. 20005
Phone:  (202) 393-4930
Fax:  (202) 393-4931

**STIPULATION**

Whereas the Class Action Fairness Act, 28 U.S.C. § 1715, provides that for final approval of class action settlement to be valid, the settlement may not be approved fewer than 90 days  after notice of the settlement is provided to appropriate State and Federal officials, see 28 U.S.C. § 1715(d); and

Whereas Defendant gave notice of the proposed settlement to State and Federal officials on January 16, 2015.

Accordingly, the parties stipulate that a) the date for the Fairness Hearing be moved to April 20, 2015 at 10 a.m. or as soon thereafter as the Court's schedule permits, and b) that the date by which written objections must be submitted be moved to March 24, 2015, and c) all other dates set forth in the Court's January 23, 2015 order preliminarily approving the parties' proposed settlement shall remain the same.

_____  
Justin Clark  
Counsel for Defendant

s/ Peter Eliasberg  
Peter Eliasberg[1]  
Counsel for Plaintiff Class

_____

[1] As the filer of this Stipulation, I attest that all of the above parties concur in the content of the Stipulation and have authorized its filing.