# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,

Plaintiff,

vs.

JIM McDONNELL, Sheriff of Los Angeles County Jails, in his official capacity,

Defendant.

CASE NO. CV 12-00428 DDP

**[PROPOSED] ORDER**

**ORDER**

The Court hereby **ORDERS** that the date for the Fairness Hearing on the parties proposed settlement be moved to April 20, 2015 at 10:00 am [April ___, 2015 at 10:00 a.m.]; that the date by which Class Members must submit written objections be moved to March 24, 2015; and that all other dates set forth in the Court's January 23, 2015 order preliminarily approving the parties proposed settlement remain the same.

IT IS SO ORDERED, this ____ day of April, 2015

_____
United States District Judge
Dean D. Pregerson