PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JUSTIN W. CLARK, State Bar No. 235477
jclark@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendant
Sheriff Jim McDonnell, in his official capacity only

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN, on their own behalf and on behalf of those similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> JIM McDONNELL, Sheriff of Los Angeles County Jails, <br><br> Defendant. | Case No. CV 12-00428 DDP (SHx) <br><br> Honorable Dean D. Pregerson <br><br> **STIPULATION TO CONTINUE HEARING DATE AND BRIEFING SCHEDULE ON MOTION TO INTERVENE, DOCKET NO. 113** <br><br> Current Hearing Date: <br> Date: March 2, 2015 <br> Time: 10:00 a.m. <br> Crtm: 3 <br><br> Requested Hearing Date: <br> Date: March 9, 2015 <br> Time: 10:00 a.m. <br> Crtm: 3 |

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR COUNSEL OF RECORD:

Whereas, the Association for Los Angeles Deputy Sheriffs (hereinafter "ALADS") has filed a Motion to Intervene in this matter (Docket No. 113);

Whereas, the Motion to Intervene is currently set for hearing on March 2, 2015, making oppositions to that Motion due on February 9, 2015, and replies thereto due on February 16, 2015 (which is President's Day – a legal holiday);

1

ROSAS\Stip to cont mtn to intervene

Whereas, Defendant has requested, and both Plaintiffs and ALADS have agreed, to continue the hearing date and associated briefing schedule on the Motion to Intervene by one week.

Based on the above, the Parties hereby stipulate as follows:

1. The hearing on ALADS Motion to Intervene shall be continued to March 9, 2015 at 10:00 a.m. Any opposition papers to the Motion to Intervene shall be filed on or before February 17, 2015. Any replies shall be filed on or before February 24, 2015; and,

2. Defendant shall not take any action to disadvantage any right ALADS may have to intervene as a result of the continuance of the hearing.

Dated: February 4, 2015                LAWRENCE BEACH ALLEN & CHOI, PC

                                       By _____ /s/ Paul B. Beach _____
                                           Paul B. Beach[1]
                                           Attorneys for Defendant
                                           Sheriff Jim McDonnell,
                                           in his official capacity only

Dated: February 4, 2015                GREEN & SHINEE, A P.C.

                                       By _____
                                           Richard A. Shinee
                                           Attorneys for Proposed Interveners
                                           ALADS

[1] As the filer of this Stipulation, I attest that all of the above parties concur in the content of the Stipulation and have authorized its filing.

2

ROSAS\Stip to cont mtn to intervene

Dated:  February 4, 2015

ACLU FOUNDATION OF SOUTHERN CALIFORNIA

By _____ /s/  Peter Eliasberg _____
          Peter Eliasberg
          Attorneys for the Plaintiff Class

ROSAS\Stip to cont mtn to intervene