PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JUSTIN W. CLARK, State Bar No. 235477
jclark@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California  91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendant
Sheriff Jim McDonnell, in his official capacity only

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN, on their own behalf and on behalf of those similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> JIM McDONNELL, Sheriff of Los Angeles County Jails, <br><br> Defendant. | Case No. CV 12-00428 DDP (SHx) <br><br> Honorable Dean D. Pregerson <br><br> **[PROPOSED] ORDER APPROVING STIPULATION TO CONTINUE HEARING DATE AND BRIEFING SCHEDULE ON MOTION TO INTERVENE, DOCKET NO. 113** <br><br> Current Hearing Date: <br> Date:   March 2, 2015 <br> Time:   10:00 a.m. <br> Crtm:   3 <br><br> Requested Hearing Date: <br> Date:   March 9, 2015 <br> Time:   10:00 a.m. <br> Crtm:   3 |

The parties having stipulated and good cause appearing:

///

///

///

1

ROSAS\Proposed Order re Stip to cont mtn to intervene

IT IS HEREBY ORDERED that:

1. The hearing on ALADS Motion to Intervene (Docket No. 113) is continued to March 9, 2015 at 10:00 a.m. Any opposition papers to the Motion to Intervene shall be filed on or before February 17, 2015. Any replies shall be filed on or before February 24, 2015; and,

2. Defendant shall not take any action to disadvantage any right ALADS may have to intervene as a result of the continuance of the hearing.

IT IS SO ORDERED:

Dated: _____        _____

Dean D. Pregerson
United States District Court Judge

2

ROSAS\Proposed Order re Stip to cont mtn to intervene