UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>          Plaintiff,<br><br>     vs.<br><br>JIM McDONNELL, Sheriff of Los Angeles County Jails, in his official capacity,<br><br>          Defendant. | CASE NO. CV 12-00428 DDP<br><br>**ORDER** |

## ORDER

The Court hereby **ORDERS** that the date for the Fairness Hearing on the parties proposed settlement be continued from April 13, 2015 to April 20, 2015 at 10:00 am ; that the date by which Class Members must submit written objections be moved to March 24, 2015; and that all other dates set forth in the Court's January 23, 2015 order preliminarily approving the parties proposed settlement remain the same.

Dated: February, 10, 2015

United States District Judge
Dean D. Pregerson