PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JUSTIN W. CLARK, State Bar No. 235477
jclark@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendant
Sheriff Jim McDonnell, in his official capacity only

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN, on their own behalf and on behalf of those similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> JIM McDONNELL, Sheriff of Los Angeles County Jails, <br><br> Defendant. | Case No. CV 12-00428 DDP (SHx) <br><br> Honorable Dean D. Pregerson <br><br> **NOTICE OF ERRATA RE DEFENDANT'S OPPOSITION TO ASSOCIATION OF DEPUTY SHERIFFS'S MOTION TO INTERVENE; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF COMMANDER DANIEL DYER IN SUPPORT THEREOF** <br><br> Date: March 9, 2015 <br> Time: 10:00 a.m. <br> Crtm: 3 |

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR

COUNSEL OF RECORD:

///

///

///

///

///

1

PLEASE TAKE NOTICE that Defendant Sheriff Jim McDonnell hereby submits this Notice of Errata regarding the Opposition to Association of Deputy Sheriff's Motion to Intervene, which was e-filed on February 17, 2015 (Docket No. 118). The following paragraph cites were inadvertently not inserted:

1.    Page 2, line 13, Dyer Declaration cite is ¶ 4.

2.    Page 3, line 13, Dyer Declaration cite is ¶ 7.

3.    Page 3, line 20, Dyer Declaration cite is ¶¶ 5-6.

Defendant apologies for any inconvenience this may have caused the court.

Dated:  February 17, 2015          LAWRENCE BEACH ALLEN & CHOI, PC


By _____/s/_ Paul B. Beach_____
          Paul B. Beach
          Attorneys for Defendant
          Sheriff Jim McDonnell,
          in his official capacity only

2

ROSAS\Notice of Errata