# EXHIBIT R



STATEMENT OF PROCEEDINGS FOR THE

REGULAR MEETING OF THE BOARD OF SUPERVISORS

OF THE COUNTY OF LOS ANGELES HELD IN ROOM 381B

OF THE KENNETH HAHN HALL OF ADMINISTRATION

500 WEST TEMPLE STREET, LOS ANGELES, CALIFORNIA 90012

Tuesday, December 9, 2014

9:30 AM

Present:    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich

Video Link for the Entire Meeting  (03-1075)

***Attachments:***    Video Transcript

Invocation led by Reverend Matt Keadle, St. Mark's Lutheran Church, Los Angeles (2).

Pledge of Allegiance led by Ruben Treviso, Past National Director, American GI Forum, Los Angeles (1).

The Board observed a moment of silence in remembrance of the 1,464 individuals whose remains were unclaimed and are to be buried in the County Cemetery on Wednesday, December 10, 2014.

I.   PRESENTATIONS/SET MATTER

Presentation of scrolls to Ardella B. Tibby Elementary School and Thomas Jefferson Elementary School, from the Compton Unified School District, in recognition of receiving the National Blue Ribbon School Award, as arranged by Supervisor Ridley-Thomas.

Presentation of scroll to the Care Harbor LA Team to acknowledge their dedication and hard work in providing free medical, dental, vision and follow-up care at the 2014 Care Harbor free clinic held in Los Angeles, as arranged by Supervisor Ridley-Thomas.

Presentation of awards for the winners of the 2014 Chairman's Challenge, in recognition of their innovative and collaborative projects, as arranged by Supervisor Knabe.

Presentation of plaque to Whitney High School in Cerritos, for being selected as a 2014 National Blue Ribbon School, as arranged by Supervisor Knabe.

Presentation of scrolls to the 2015 Tournament of Roses Parade Queen and Her Royal Court, as arranged by Supervisor Antonovich.

Presentation of scroll to the American Armenian Rose Float Association, in celebration of their first Tournament of Roses Parade float entry, as arranged by Supervisor Antonovich.

Presentation of scroll to commemorate the 81st Anniversary of the Ukrainian Genocide, as arranged by Supervisor Antonovich.

Presentation of scroll to the Los Angeles County Probation Department, in recognition of "Operation Safe Halloween," as arranged by Supervisor Antonovich.

Presentation of pet(s) to the television audience for the County's Pet Adoption Program, as arranged by Supervisor Antonovich.  (14-0049)

**S-1.**    <u>11:00 a.m.</u>

Report by the Transition Team for the Office of Child Protection on the status of implementation of the Blue Ribbon Commission on Child Protection recommendations, as requested at the Board meeting of June 10, 2014. (Continued from the meeting of 11-5-14)   (14-2977)

**On motion of Supervisor Antonovich, seconded by Supervisor Kuehl, this item was continued to January 6, 2015.**

**Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich

## II.  SPECIAL DISTRICT AGENDAS

**STATEMENT OF PROCEEDINGS FOR THE MEETING OF THE BOARD OF DIRECTORS
OF THE NEWHALL RANCH SANITATION DISTRICT AND
SANITATION DISTRICT NO. 27
OF THE COUNTY OF LOS ANGELES
TUESDAY, DECEMBER 9, 2014
9:30 A.M.**

**SD-1.**  1.  Recommendation: Receive and order filed certificate of the Presiding Officer of the Board of Supervisors and the action electing the Chairperson Pro Tem.

2.  Recommendation: Receive and order filed certificate of the Board of Supervisors.

3.  Recommendation: Approve minutes of the regular meetings held March 11, 2014 (5) and September 9, 2014 (3).

4.  Recommendation: Approve departmental invoices as follows:

|                      | August 2014 | September 2014 | October 2014 |
|----------------------|-------------|----------------|--------------|
| District No. 27 (3)  | $1,137.69   | $851.30        | $495.78      |
| NRSD (5)             | -0-         | -0-            | $5,191.76    |

5.  Recommendation: Approve the Investment Policy for County Sanitation District No. 27 (3) and for the Newhall Ranch Sanitation District (NRSD) (5). (14-5477)

**On motion of Supervisor Solis, seconded by Supervisor Antonovich, this item was approved.**

Ayes:    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich

_Attachments:_    Board Letter

Board of Supervisors                    Statement Of Proceedings                    December 9, 2014

STATEMENT OF PROCEEDINGS FOR THE MEETING OF
THE COMMUNITY DEVELOPMENT COMMISSION
OF THE COUNTY OF LOS ANGELES
TUESDAY, DECEMBER 9, 2014
9:30 A.M.

1-D.    Recommendation: Approve minutes of the meetings of the Community
Development Commission for the month of October 2014. (14-5406)

**On motion of Supervisor Solis, seconded by Supervisor Antonovich, this
item was approved.**

Ayes:    5 -    Supervisor Solis, Supervisor Ridley-Thomas,
Supervisor Kuehl, Supervisor Knabe and
Supervisor Antonovich

*Attachments:*    Board Letter

**STATEMENT OF PROCEEDINGS FOR THE MEETING OF
THE HOUSING AUTHORITY
OF THE COUNTY OF LOS ANGELES
TUESDAY, DECEMBER 9, 2014
9:30 A.M.**

**1-H.**    Recommendation: Approve and authorize the Executive Director to execute, amend, and terminate a one-year Building Materials, Supplies and Services contract with HD Supply Facilities Maintenance, using up to $850,000 in Housing Authority operating funds included in the Housing Authority's approved Fiscal Year 2014-15 budget, effective upon execution by all parties; execute amendments to the contract to extend the term for a maximum of two years, in one-year increments, with an annual compensation of up to $850,000, using funds to be requested through the Housing Authority's annual budget approval process; amend the contract, modify the scope of work, and increase the annual compensation by up to 10% as needed for unforeseen costs; and find that the approval of the contract is exempt from the California Environmental Quality Act.    (14-5449)

**On motion of Supervisor Ridley-Thomas, seconded by Supervisor Antonovich, this item was approved.**

Ayes:    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich

*Attachments:*    Board Letter

**2-H.**    Recommendation: Approve minutes of the meetings of the Housing Authority for the month of October 2014.    (14-5404)

**On motion of Supervisor Ridley-Thomas, seconded by Supervisor Antonovich, this item was approved.**

Ayes:    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich

*Attachments:*    Board Letter

Board of Supervisors                 Statement Of Proceedings                 December 9, 2014

## STATEMENT OF PROCEEDINGS FOR THE MEETING OF
## THE REGIONAL PARK AND OPEN SPACE DISTRICT
## OF THE COUNTY OF LOS ANGELES
## TUESDAY, DECEMBER 9, 2014
## 9:30 A.M.

**1-P.**   Recommendation: Approve minutes of the meetings of the Regional Park and Open Space District for the month of October 2014.  (14-5408)

**Arnold Sachs addressed the Board.**

**On motion of Supervisor Solis, seconded by Supervisor Antonovich, this item was approved.**

       **Ayes:**  5 -  Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich

<u>Attachments:</u>  <u>Board Letter</u>
        <u>Video</u>
        <u>Audio</u>

Board of Supervisors                    Statement Of Proceedings                    December 9, 2014

### III.  BOARD OF SUPERVISORS    1 - 14

1.      Recommendations for appointments/reappointment to Commissions/ Committees/Special Districts (+ denotes reappointments): **Documents on file in the Executive Office**

> Supervisor Knabe
> Nancy H. Au+, Los Angeles County Children and Families
>     First-Proposition 10 Commission (aka First 5 L.A.); also waive
>     limitation of length of service requirement pursuant to County Code
>     Section 3.72.060C
> Jacqueline Bacharach+, Quality and Productivity Commission
>     (14-5548)

**Arnold Sachs addressed the Board.**

**On motion of Supervisor Solis, seconded by Supervisor Antonovich, this item was approved.**

> **Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich

*Attachments:*    Video
                   Audio

---

*County of Los Angeles*                    *Page 8*

2.    Recommendation as submitted by Supervisors Ridley-Thomas and Solis: Approve the creation of a civilian oversight commission for the Los Angeles County Sheriff's Department; establish a work group to be convened by County Counsel that shall include the Sheriff, the Inspector General and one appointee by each Supervisor, to report back in writing in 90 days with recommendations to the Board regarding the oversight commission's mission, authority, size, structure, relationship to the Office of the Sheriff and to the Office of the Inspector General and appointment options; and direct County Counsel to report back in writing in 90 days with proposed ordinance language for Title 3 of the County Code for each proposed structure.   (14-5567)

**Patrisse Cullors, Jonathan Klein, Marsha Temple, Kim McGill, Diana Zuniga, Wayne Spindler, Brian Moriguchi, Arnold Sachs, Jeff Jaggers, Eric Preven and other interested persons addressed the Board.**

**Richard Drooyan, Implementation Monitor, Max Huntsman, Inspector General, and Neal Tyler, Interim Undersheriff, addressed the Board and responsed to questions.**

**The Mayor ordered a division of the question.**

**Motion to approve the creation of a civilian oversight commission for the Sheriff's Department was duly carried by the following vote:**

> **Ayes:    3 -**    Supervisor Solis, Supervisor Ridley-Thomas and Supervisor Kuehl
>
> **Noes:    2 -**    Supervisor Knabe and Supervisor Antonovich

**Motion to establish a work group to be convened by County Counsel that shall include the Sheriff, the Inspector General and one appointee of each Supervisor, to report back in writing in 90 days with recommendations to the Board regarding the oversight commission's mission, authority, size, structure, relationship to the Sheriff's office and to the office of the Inspector General and appointment options, was duly carried by the following vote:**

> **Ayes:    5 -**    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich

**By Common Consent, there being no objection, the Board directed County Counsel to report back in writing in 90 days with proposed ordinance language for Title 3 of the Los Angeles County Code for each proposed structure.**

|  |  |  |
|---|---|---|
| **Ayes:** | 5 - | Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich |

*Attachments:*    Motion by Supervisors Ridley-Thomas and Solis
Report
Video Part I
Video Part II
Audio Part I
Audio Part II

3.    Recommendation as submitted by Supervisors Ridley-Thomas and Solis: Declare that the selection of County officials who directly report to the Board shall be publicly recruited, based on a written job description and minimum qualifications, and be selected on a competitive basis; and direct the Acting Executive Officer, in consultation with the Director of Personnel, to develop a policy for the recruitment and competitive selection of those County officials who report directly to the Board, including the Interim Chief Executive Officer, County Counsel, Auditor-Controller, Fire Chief, Chief Probation Officer, Director of Children and Family Services, and the Executive Director of the Community Development Commission/Housing Authority.    (14-5564)

**Dr. Genevieve Clavreul addressed the Board.**

**On motion of Supervisor Solis, seconded by Supervisor Antonovich, this item was approved.**

Ayes:    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich

**On motion of Supervisor Antonovich, seconded by Supervisor Ridley-Thomas, the foregoing motion was reconsidered.**

Ayes:    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich

**Mark J. Saladino, County Counsel, responded to questions posed by the Board.**

**Supervisor Antonovich made a motion to amend Supervisors Ridley-Thomas and Solis' joint motion as follows:**

**"Declare that the selection of County officials who directly report to the Board shall be ~~publicly recruited~~ open and competitive, based . . ."**

**On motion of Supervisor Antonovich, and by Common Consent, there being no objection, this item was approved as amended.**

Ayes:    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich

*Attachments:*    Motion by Supervisors Ridley-Thomas and Solis
Report
Video
Audio

4.    Recommendation as submitted by Supervisor Ridley-Thomas: Approve and authorize the Director of Parks and Recreation to execute the necessary access agreement with the Los Angeles Dodgers Foundation (Foundation) for construction activities associated with the baseball diamond renovation at Mary M. Bethune Park; approve an appropriation adjustment to transfer funds from the Capital Projects/Refurbishments Budget allocated for Second District capital improvements to the Project and Facility Development Budget; instruct the Interim Chief Executive Officer to execute a funding agreement with the Foundation in the amount of $71,000 for construction activities associated with the baseball diamond renovation to be funded by Second District capital improvement funds; instruct the Director of Parks and Recreation to send a letter of appreciation to the Foundation acknowledging the donation following completion and acceptance of the improvements; and find that the renovation and installation of the new scoreboard and signage is exempt from the California Environmental Quality Act. (14-5551)

**Arnold Sachs addressed the Board.**

**On motion of Supervisor Solis, seconded by Supervisor Antonovich, this item was approved.**

Ayes:    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich

*Attachments:*    Motion by Supervisor Ridley-Thomas
Video
Audio

5.    Recommendation as submitted by Supervisor Ridley-Thomas: Instruct the Director of Health Services in consultation with the Transition Team for the Office of Child Protection (Transition Team) to report back as a discussion item during the Board's meeting of December 9, 2014 with actionable items related to the staffing, access and space needs for each of the County's medical hubs including an analysis of funding needs, redeployment of resources, revenue offsets necessary for implementation and an implementation timeline; and instruct the Interim Chief Executive Officer, in consultation with the Transition Team to report back as part of the January Transition Team's update to the Board with actionable items related to the public health nurse program.  (14-5562)

**On motion of Supervisor Ridley-Thomas, seconded by Supervisor Antonovich, this item was continued to January 6, 2015.**

Ayes:    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich

*Attachments:*    Motion by Supervisor Ridley-Thomas

**Board of Supervisors**         **Statement Of Proceedings**         December 9, 2014

6.    Recommendation as submitted by Supervisor Knabe: Instruct the Interim Chief Executive Officer, effective in the Fiscal Year (FY) 2015-16 Recommended Budget, to establish an annual base transfer of $30,156,000 to be multiplied by the Assessor's Official Final Net Roll Assessment change for the upcoming FY to arrive at a new base budget and reflect the General Fund's contribution to the Consolidated Fire Protection District for Lifeguard operations; and instruct County Counsel, in conjunction with the Fire Chief, Auditor-Controller and Interim Chief Executive Officer, to formalize this agreement in a Memorandum of Understanding to be effective in FY 2015-16. (Continued from the meeting of 11-25-14)  (14-5351)

**On motion of Supervisor Knabe, seconded by Supervisor Antonovich, this item was referred back to Supervisor Knabe's office.**

Ayes:    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich

*Attachments:*    Motion by Supervisor Knabe

7.    Recommendation as submitted by Supervisor Knabe: Instruct County Counsel, working in collaboration with the District Attorney, to draft a County ordinance and develop a plan that would provide for the publication of the names of individuals convicted of soliciting prostitution within the County, with particular emphasis on individuals that solicit minors who are victims of child sex trafficking, and report back in 45 days.  (14-5550)

**Robert Lucas, Herman Herman, Wayne Spindler, Arnold Sachs, David Serrano and Eric Preven addressed the Board.**

**Captain Merrill Ladenheim and Chief William McSweeny, Sheriff's Department, responded to questions posed by the Board.**

**After discussion, on motion of Supervisor Knabe, seconded by Supervisor Ridley-Thomas, this item was approved.**

Ayes:    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich

*Attachments:*    Motion by Supervisor Knabe
Report
Audio

8.    Revised recommendation as submitted by Supervisor Antonovich: Transfer $7,300,000, (which covers December through end of the Fiscal Year) of the annualized cost of $12,400,000, set aside on September 30, 2014, from the Provisional Financing Uses to the Sheriff Department's Unincorporated Area Patrol Services Budget Unit to implement Phase I of increased patrol services based on the Sheriff's Unincorporated Area Patrol Assessment issued in April 2014. (14-5542)

**Herman Herman, Arnold Sachs and Wayne Spindler addressed the Board.**

**On motion of Supervisor Antonovich, seconded by Supervisor Knabe, this item was approved as amended.**

Ayes:    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich

*Attachments:*    Revised Motion by Supervisor Antonovich
Video
Audio

9.    Recommendation as submitted by Supervisor Antonovich: Extend and increase the reward to $20,000 for information leading to the apprehension and/or conviction of the person or persons responsible for the heinous death of Terence "Terry" Redack, who was struck by a hit-and-run driver while crossing East Avenue R, east of 65th Street E in Palmdale on January 19, 2014, at approximately 8:21 p.m. (14-1243)

**On motion of Supervisor Antonovich, seconded by Supervisor Knabe, this item was approved.**

Ayes:    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich

*Attachments:*    Motion by Supervisor Antonovich
Notice of Reward

10.  Recommendation as submitted by Supervisor Antonovich: Proclaim April 25, 2015 as "County of Los Angeles March of Dimes Day"; proclaim May 27 and 28, 2015 as "Blue Jeans for Babies Days" throughout Los Angeles County in support of the March of Dimes Campaign with the theme "From Our Hearts to Yours"; instruct the Interim Chief Executive Officer and the Director of Internal Services to provide the necessary support services for the March of Dimes Campaign; encourage all County employees and Department/District Heads to voluntarily participate in the County's 2015 March of Dimes "From Our Hearts to Yours" Campaign, a worthwhile effort to reduce premature births and infant mortality; waive Countywide fees for setup and other support by the Internal Services Department for fundraising activities in support of the 2015 March of Dimes "March for Babies"; and waive the following fees at the Music Center Garage, excluding the cost of liability insurance:

> $1,000 parking fees for 50 vehicles for Department coordinators attending the annual Coordinator's Training Workshop on January 20, 2015;

> $1,000 parking fees for 50 vehicles for Department coordinators attending the Executive Breakfast Kickoff on January 27, 2015; and

> $1,000 parking fees for 50 vehicles for Department coordinators attending the campaign wrap-up meeting on August 13, 2015. (14-5543)

**On motion of Supervisor Antonovich, seconded by Supervisor Knabe, this item was approved.**

> **Ayes:**  5 -  Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich

**_Attachments:_**     Motion by Supervisor Antonovich

11.  Recommendation as submitted by Supervisor Antonovich: Waive parking fees up to $1,000 for 50 vehicles at the Music Center Garage, excluding the cost of liability insurance, for attendees of the Board presentation in recognition of "Operation Safe Halloween," to be held at the Kenneth Hahn Hall of Administration on December 9, 2014.  (14-5547)

     **On motion of Supervisor Antonovich, seconded by Supervisor Knabe, this item was approved.**

     **Ayes:** 5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich

     *Attachments:*    Motion by Supervisor Antonovich

12.  Recommendation as submitted by Supervisor Antonovich: Waive the $250 outdoor use fee at Frank G. Bonelli Regional Park, excluding the cost of liability insurance, for a Kwanza Dawn Ceremony hosted by "The Fathers," a Native American organization, to be held December 26, 2014.  (14-5541)

     **On motion of Supervisor Antonovich, seconded by Supervisor Knabe, this item was approved.**

     **Ayes:** 5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich

     *Attachments:*    Motion by Supervisor Antonovich

13.    Recommendation as submitted by Supervisor Solis: Proclaim March 24 through March 31, 2015 as Cesar E. Chavez Community Service Week throughout the County with the theme "Service to Others;" and approve the following related actions:

Authorize the Chief Executive Office's Office of Workplace Programs and Marketing (WPM) to work with County Departments to coordinate and support Cesar E. Chavez Community Service Week activities, including the fund drive;

Instruct the Interim Chief Executive Officer to develop a list of volunteer opportunities with an emphasis on non-profit agencies for County employee participation and distribute the list to all County departments;

Waive parking fees in the amount of $1,400 for up to 70 vehicles at the Music Center Garage, excluding the cost of liability insurance for Cesar E. Chavez Community Service Week Coordinators' training meeting on January 13, 2015 and wrap-up meeting on April 15, 2015 at the Kenneth Hahn Hall of Administration;

Authorize the Chief Executive Office's Public Information Office (CEO-PIO) to coordinate with the WPM, Board Offices, County Department Public Information Officers and participating non-profit agencies to promote awareness of Cesar E. Chavez Community Service Week volunteer opportunities among County employees through increased marketing efforts in e-mail blasts, departmental newsletters, bulletin boards, the County Intranet, mylacounty.gov, and other forms of employee communication; invite the press to cover stories of County employees at the volunteer sites; and publicize the free Cesar E. Chavez Community Service Week arts and cultural events to the public Countywide through the press, County website, Department websites, and marketing materials; and

Instruct the CEO-PIO to provide marketing materials support, such as a master calendar flyer of the Cesar E. Chavez Community Service Week's free Countywide cultural events and arts programming for the general public to be distributed through the County's parks, libraries and community centers.  (14-5545)

On motion of Supervisor Solis, seconded by Supervisor Antonovich, this item was approved.

Ayes:     5 -     Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich

*Attachments:*     Motion by Supervisor Solis

14.    Acting Executive Officer of the Board's recommendation: Approve minutes for the October 2014 meetings of the Board of Supervisors and Special Districts for which the Board is the governing body.  (14-5398)

**On motion of Supervisor Knabe, seconded by Supervisor Antonovich, this item was approved.**

> **Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich

*Attachments:*        Board Letter

### IV.  CONSENT CALENDAR    15 - 42

#### Chief Executive Office

15.    Recommendation: Establish Capital Project No. 87234 for the Music Center Plaza Refurbishment Project (Project) in Los Angeles (1); approve an appropriation adjustment to transfer $10,000,000 from the Project and Facilities and Development Fund to the Project; and find that the Project is exempt from the California Environmental Quality Act.  (14-5457)

**On motion of Supervisor Solis, seconded by Supervisor Kuehl, this item was referred back to the Chief Executive Office.**

> **Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich

*Attachments:*        Board Letter

16.    Recommendation: Approve the additions, deletions, and changes to existing Board-adopted policies and positions for inclusion in the 2015-16 State Legislative Agenda; and instruct the Interim Chief Executive Officer and affected County Departments to work with the Los Angeles County Legislative Delegation, other counties and local governments, and stakeholders to pursue these policies, positions, and priorities in the State Legislature and with the Administration and its agencies.  (14-5436)

**On motion of Supervisor Antonovich, seconded by Supervisor Kuehl, this item was continued one week to December 16, 2014.**

> **Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich

*Attachments:*        Board Letter

17.    Recommendation: Approve the renewal of the Medicare Part B Premium Reimbursement Program (Program) for the 2015 Calendar Year (CY) for retirees enrolled in a Los Angeles County Employees Retirement Association - administered Medicare Risk Health Maintenance Organization or Medicare Supplement Plan; instruct the Interim Chief Executive Officer to report back to the Board prior to January 1, 2016 with recommendations regarding the Medicare Part B reimbursement policy for the 2016 CY; and reaffirm the Board's right to change or terminate the Program at any time if it ceases to be cost effective. (14-5434)

**On motion of Supervisor Solis, seconded by Supervisor Kuehl, this item was approved.**

Ayes:    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich

*Attachments:*    Board Letter
Report

## County Operations

18.    Recommendation: Terminate for default, in whole, a facility ancillary services master agreement with Apex Waste Systems, Inc., for rubbish removal services at several County facilities, effective the day following Board approval. **(Internal Services Department)** (14-5422)

**On motion of Supervisor Solis, seconded by Supervisor Antonovich, this item was approved.**

Ayes:    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich

*Attachments:*    Board Letter

**Children and Families' Well-Being**

19.    Recommendation: Authorize the Director of Children and Family Services and the Chief Probation Officer to execute 23 contracts for Transitional Housing Placement-Plus Foster Care (THP+FC) services for non-minor dependents ages 18-21 at an estimated annual total of $21,140,320 financed with 21% Federal IV-E revenue, 32% State Realignment funds and 47% Net County Cost; authorize the Director of Children and Family Services to execute four Transitional Housing Placement Program (THPP) contracts with various contractors for transitional housing services to minors ages 16-17 at an estimated annual total of $830,880, financed with 36% Federal revenue, 33% State revenue and 31% Net County Cost, contracts effective January 1, 2015 or upon execution, whichever is later, through December 31, 2015 or one-year from date of execution, whichever is later, with up to two one-year extension options and six month-to-month extension options; and take the following related actions: **(Department of Children and Family Services and Probation Department)**

Authorize the Director of Children and Family Services and the Chief Probation Officer to execute future contracts with THP+FC with qualified contractors; and execute THP+FC contract amendments, to increase or decrease the annual maximum contract amounts up to 10% of the original maximum contract amount for increases in units of services provided that funding is available, incorporate additions or changes to the Statement of Work and terminate the contracts; and

Authorize the Director of Children and Family Services to execute future contracts with THPP with qualified contractors; and execute THPP contract amendments, to increase or decrease the annual maximum contract amounts up to 10% of the original maximum contract amount for increases in units of services provided that funding is available, incorporate additions or changes to the Statement of Work and terminate the contracts.  (14-5478)

**Robert Lucas and ET Snell addressed the Board.**

**On motion of Supervisor Solis, seconded by Supervisor Antonovich, this item was approved.**

                         **Ayes:**    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich

*Attachments:*        Board Letter
                      Video
                      Audio

Board of Supervisors                     Statement Of Proceedings                     December 9, 2014

20.  Recommendation: Approve the form contract to award Child Abuse Prevention, Intervention and Treatment (CAPIT) Services contracts under the Safe Children and Strong Families Service Delivery Continuum; authorize the Director of Children and Family Services to execute contracts with various agencies to provide CAPIT Services for a three-year term beginning January 1, 2015 through December 31, 2017, with a two-year extension option from January 1, 2018 through December 31, 2019 and a maximum annual contract sum of $3,101,999, with an aggregate five-year maximum contract amount of $15,509,995, with funding included in the Department's Fiscal Year 2014-2015 approved budget; authorize the Director to send written notices for required extensions, negotiate and execute contract amendments for mergers, reallocate funding among contracts to meet unanticipated demands and increase or decrease the maximum contract amount by up to 10%.
**(Department of Children and Family Services)   (14-5448)**

**Lisa Pion-Berlin, Don Pickens, Bruce Rubenstein, Audrey Tousant, David Zableckis, Herman Herman, ET Snell and Wayne Spindler addressed the Board.**

**Philip Browning, Director, Children and Family Services, responded to questions posed by the Board.**

**After discussion, on motion of Supervisor Knabe, seconded by Supervisor Antonovich, this item was approved.**

Ayes:   5 -   Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich

*Attachments:*   Board Letter
Video
Audio

21.  Recommendation: Accept donations received by the Department of Children and Family Services totaling $300,300 from various donors during the fourth quarter of Fiscal Year 2013-14, to assist the Department in providing services to the children under their care and supervision; and send letters to the donors expressing the Board's appreciation for their generous donations.
**(Department of Children and Family Services) (14-5433)**

**On motion of Supervisor Solis, seconded by Supervisor Antonovich, this item was approved.**

Ayes:   5 -   Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich

| Board of Supervisors | Statement Of Proceedings | December 9, 2014 |
|---|---|---|

**Attachments:**    Board Letter
Video
Audio

**Health and Mental Health Services**

22.     Recommendation: Authorize the Interim Director of Public Health to execute Certified Needle Exchange Program Service contracts with six contractors, including Asian American Drug Abuse Program, Inc., Bienestar Human Services, Inc., Public Health Foundation Enterprises, Inc., Homeless Healthcare Los Angeles, Tarzana Treatment Centers, Inc. and Venice Family Clinics, effective January 1, 2015 through June 30, 2015 at a total maximum obligation amount of $250,000, with three one-year extension options through June 30, 2018, for a potential total obligation amount of $500,000, contingent upon the availability of funding and program effectiveness, 100% offset by Tobacco Master Settlement Agreement funds; execute amendments to the contracts that extend the term through December 31, 2018 and/or provide an increase or decrease in funding up to 10% above or below each term's annual base maximum obligation, effective upon execution or at the beginning of the applicable contract term, and make corresponding service adjustments; and execute change notices to the contracts that authorize modifications to or within budget categories within each budget up to an adjustment between all budget categories equal to 10% of each term's annual base maximum obligation amount, and corresponding service adjustments, changes to hours of operation, service locations, and corrections of errors in the contract's terms and conditions. **(Department of Public Health)** (Continued from the meeting of 11-18-14) (14-5200)

**On motion of Supervisor Solis, seconded by Supervisor Kuehl, this item was duly carried by the following vote:**

                    Ayes:   3 -   Supervisor Solis, Supervisor Ridley-Thomas and
                                  Supervisor Kuehl

                    Noes:   2 -   Supervisor Knabe and Supervisor Antonovich

*Attachments:*     Board Letter

Community Services

23.    Recommendation: Instruct the Mayor to sign the Option to Lease Agreement (Option) granting to Lessee, upon fulfillment of stated conditions, an option for a lease with a 60-year term and a Lease Agreement, upon confirmation by the Director of Beaches and Harbors that the Lessee has fulfilled the Option conditions, and a Memorandum of Lease; authorize the Director of Beaches and Harbors to execute and deliver other documentation, including without limitation, a lender estoppel certificate for Parcel 9U-Woodfin Hotel in Marina del Rey (4) as required in connection with the execution of the Lease and the development of the parcel; pursuant to the California Environmental Quality Act (CEQA), consider the certified Final Environmental Impact Report (FEIR) and Addendum for the Parcel 9U hotel project; find that the certified FEIR and Addendum reflect the independent judgment and analysis of the Board; find that the Mitigation Monitoring and Reporting Program (MMRP) is adequately designed to ensure compliance with the mitigation measures during project implementation; find based on substantial evidence and in light of the whole record that none of the circumstances set forth in section 15162 of the CEQA Guidelines calling for the preparation of a subsequent environmental impact report exist; and adopt the Addendum and MMRP and the associated CEQA Findings of Fact regarding the Addendum. **(Department of Beaches and Harbors) 4-VOTES** (Continued from the meetings of 11-18-14 and 11-25-14) (14-5197)

**On motion of Supervisor Solis, seconded by Supervisor Kuehl, this item was referred back to the Department of Beaches and Harbors.**

Ayes:    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich

*Attachments:*    Board Letter

24.   Recommendation: Find that a new three-year Joint Use Agreement (Agreement) between the County and Los Angeles Community College District is needed to allow the District to use Baseball Fields No. 3 and No. 5 at El Cariso Community Regional Park (3), and in exchange, the County will have access to Levels 2 through 4 of an adjacent parking structure belonging to the District for park and golf course patrons; approve and instruct the Mayor to sign the Agreement; and find that the proposed Agreement is exempt from the California Environmental Quality Act. **(Department of Parks and Recreation)** (14-5446)

**On motion of Supervisor Solis, seconded by Supervisor Antonovich, this item was approved.**

Ayes:   5 -   Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich

*Attachments:*   Board Letter

Agreement No. 78314

25.    Recommendation: Adopt a resolution to complete the submission process of a competitive grant application to the State of California Department of Parks and Recreation in the amount of $200,000 for the Vessel Inspection, Certification, and Education Program (Project) under the Division of Boating and Waterways Quagga and Zebra Mussel Infestation Prevention Grant Program, located at Puddingstone Reservoir in Frank G. Bonelli Regional Park (5), with a total estimated project cost of $229,000; authorize the Director of Parks and Recreation to accept the grants, conduct all negotiations, and execute and submit all documents necessary for the completion of the Project; and find that the proposed Project is exempt from the California Environmental Quality Act. **(Department of Parks and Recreation)**   (14-5451)

**On motion of Supervisor Solis, seconded by Supervisor Antonovich, this item was adopted.**

Ayes:    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich

*Attachments:*    Board Letter

26.    Recommendation: Establish the Martin Luther King, Jr. Medical Campus Parking Structure Project, under Capital Project Nos. 69727 and 67942 (Project) (2); authorize the implementation of a Local Worker Hiring Program for the Project and find that the program furthers a legitimate government interest. **(Department of Public Works)** (Continued from the meetings of 11-5-14, 11-18-14 and 12-2-14)  (14-4940)

**Dr. Genevieve Clavreul addressed the Board.**

**On motion of Supervisor Solis, seconded by Supervisor Antonovich, this item was approved.**

Ayes:    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich

*Attachments:*    Board Letter
                  Video
                  Audio

27.    Recommendation: Approve the revised $1,011,000 Project budget for the construction of the Fire Station 78 Septic System Upgrades Project, Capital Project No. 88985, Specs. 7210 (Project) in the unincorporated community of Lake Hughes (5); adopt the plans and specifications for the Project; advertise and set January 13, 2015 at 2:00 p.m. for bids to be received and opened; authorize the Fire Chief to execute any easements required to complete the Project; and authorize the Director of Public Works to take the following related actions: **(Department of Public Works and Fire Department)**

Execute a consultant services agreement with the apparent lowest responsive and responsible bidder to prepare a baseline construction schedule for a fee not to exceed $2,200 funded by existing Project funds, effective upon Board approval;

Determine if the apparent lowest responsive and responsible bidder has prepared a satisfactory baseline construction schedule in a timely manner and satisfied all conditions for contract award;

Award and execute a construction contract to the apparent lowest responsive and responsible bidder in an amount not to exceed $430,000 and establish the effective date of the contract upon receipt of acceptable performance and payment bonds and evidence of required contractor insurance;

Determine if a bid is nonresponsive and reject a bid on that basis; and

Carry out the Project, manage and deliver the construction of the Project on behalf of the Consolidated Fire Protection District, award and execute consultant agreements, amendments and supplements related to the Project, and accept the Project and release retention upon acceptance.  (14-5441)

**On motion of Supervisor Solis, seconded by Supervisor Antonovich, this item was adopted.**

    Ayes:    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich

*Attachments:*    Board Letter

28.    Recommendation: Find that landscape maintenance services can be performed more economically by an independent contractor; approve and instruct the Mayor to sign a contract with J. Orozco Enterprises, Inc. for landscape services in the areas of Calabasas Creek, Aliso Creek, East Canyon Channel, Cheseboro Creek, Bell Creek, Los Angeles River, Santa Clarita Yard, Pacoima Wash, Tujunga Wash Greenway Phase I and II, and Dunsmuir Sediment Placement Site (3 and 5), at an annual amount of $580,000, including $75,400 to cover estimated debris disposal fees, effective January 12, 2015 for a one-year term with four one-year renewal options and six month-to-month extension options, for a maximum potential contract term of 66 months and a maximum potential contract total of $3,190,000; authorize the Director of Public Works to annually increase the contract amount up to 10% of the annual contract amount for unforeseen, additional work within the scope of the contract; authorize the Director of Public Works to renew the contract for each additional renewal option and extension periods, if in the opinion of the Director, J. Orozco Enterprises, Inc. has successfully performed during the previous contract period and the services are still required, approve and execute amendments to incorporate necessary changes within the scope of work, and suspend work; and find that the proposed contract is exempt from the California Environmental Quality Act. **(Department of Public Works)** (14-5456)

**On motion of Supervisor Solis, seconded by Supervisor Kuehl, this item was approved.**

Ayes:    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich

*Attachments:*    Board Letter

Agreement No. 78313

29.    Recommendation: Award contracts for as-needed Geotechnical and Environmental Drilling Services Program in an annual aggregate contract totaling $1,500,000 to Cascade Drilling, LP, Duxbury Drilling, Fugro Consultants, Inc., Gregg Drilling and Testing, Inc., J.E.T. Drilling, Inc., and Tri-County Drilling for a one-year term commencing on February 1, 2015, with four one-year renewal options and six month-to-month extension options, for a maximum potential contract term of 66 months and a maximum potential contract total of $8,250,000; authorize the Director of Public Works to increase the contract amount by up to 10% of the annual contract total for unforeseen, additional work within the scope of the contract, execute the contracts, renew the contracts for each renewal and extension option, if in the opinion of the Director, the contractors have successfully performed during the previous contract period and the services are still required, execute amendments to incorporate necessary changes within the scope of work and suspend work, if in the opinion of the Director, it is in the best interest of the County; and find that the contract work is exempt from the California Environmental Quality Act. **(Department of Public Works)**   (14-5463)

**On motion of Supervisor Solis, seconded by Supervisor Kuehl, this item was approved.**

Ayes:    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich

*Attachments:*    Board Letter

30.    Recommendation: Find that the utility easement south of Beatrice St. and east of Grosvenor Blvd. in the unincorporated community of Del Rey (2) has not been used for the purpose for which it was dedicated or acquired for five consecutive years immediately preceding the proposed vacation and has been determined to be excess, with no public facilities located within the easement and may, therefore, be vacated pursuant to the California Streets and Highways Code; adopt the resolution of summary vacation; authorize the Director of Public Works to record the certified original resolution with the Registrar-Recorder/County Clerk; and find that the proposed actions are exempt from the California Environmental Quality Act. **(Department of Public Works)** (14-5479)

**On motion of Supervisor Solis, seconded by Supervisor Kuehl, this item was adopted.**

Ayes:    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich

*Attachments:*    Board Letter

31.    Recommendation: Approve the project and adopt the plans and specifications for the construction of sanitary sewers for County Improvement District No. 2661-M, Carroll Drive Sewers in the unincorporated community of Altadena (5), at an estimated construction contract total between $130,000 and $150,000; advertise and set for bids to be received before 11:00 a.m. on January 6, 2015; adopt the resolution fixing liquidated damages in the amount of $500 per day for the contractor's failure to perform the work on time allowed; and authorize the Director of Public Works to approve and execute change orders within the same monetary limits delegated to the Director, allow substitution of subcontractors and relief of bidders, accept the Project upon final completion, release retention money and extend the date and time for the receipt of bids consistent with the requirements. **(Department of Public Works)** (14-5471)

**On motion of Supervisor Solis, seconded by Supervisor Antonovich, this item was adopted.**

Ayes:    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich

*Attachments:*    Board Letter

32.     Recommendation: Acting as the Governing Body of the County Flood Control District, as the responsible agency for the Santa Monica Canyon Channel Rubber Dam Project, Capital Project No. 77128 (Project), consider the Mitigated Negative Declaration (MND) prepared and adopted by the City of Los Angeles as lead agency, together with any comments received during the public review process; certify that the Board has independently considered and reached its own conclusions regarding the environmental effects of the Project as shown in the MND; authorize the Chief Engineer to enter into a Memorandum of Agreement with the City and the County establishing the responsibilities of each party regarding the design, construction, operation and maintenance, and financial obligations related to the Project in the City of Los Angeles (3); and acting as the Governing Board of the County, authorize the Director of Public Works to enter into a Memorandum of Agreement with the City and the District establishing the responsibilities of each party regarding the design, construction, operation and maintenance, and financial obligations related to the Project. **(Department of Public Works)** (14-5444)

**On motion of Supervisor Solis, seconded by Supervisor Antonovich, this item was approved.**

Ayes:     5 -     Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich

*Attachments:*     Board Letter

33.     Recommendation: Acting as the Governing Body of the County Flood Control District, authorize the Chief Engineer to enter into an agreement with the City of Long Beach (4) that would provide for the District to contribute up to $500,000 to the City for the cost of maintenance activities related to the removal of debris deposited on City beaches and marinas generated from storm flows in the Los Angeles River and take all steps necessary to implement the agreement. **(Department of Public Works)** (14-5482)

**On motion of Supervisor Solis, seconded by Supervisor Kuehl, this item was approved.**

Ayes:     5 -     Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich

*Attachments:*     Board Letter

**34.**   Recommendation: Acting as the Governing Body of the County Flood Control District, approve the bill of sale for a 14-inch diameter pipeline from Aera Energy LLC to the District and approve a license agreement allowing the District to occupy a pipeline trestle owned by Tesoro SoCal Pipeline Company LLC and Equilon Enterprises LLC for the Dominguez Gap Barrier within the City of Carson (2); authorize the Chief Engineer to sign the bill of sale and license agreement and authorize delivery; and find that the proposed actions are exempt from the California Environmental Quality Act. **(Department of Public Works)**  (14-5476)

**Arnold Sachs addressed the Board.**

**On motion of Supervisor Solis, seconded by Supervisor Antonovich, this item was approved.**

**Ayes:**   5 -   Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich

*Attachments:*       Board Letter
                      Video
                      Audio

**35.**   Recommendation: Acting as the Governing Body of the County Flood Control District, approve the project and adopt the plans and specifications for the Big Tujunga Dam Underground Utility Improvement Project (Project) in the Angeles National Forest near Sunland (5), at an estimated construction contract total between $1,500,000 and $1,750,000; advertise and set for bids to be received before 11:00 a.m. on January 13, 2015; authorize the Chief Engineer to execute change orders within the same monetary limits delegated to the Director, allow substitution of subcontractors and relief of bidders, accept the Project upon final completion, release retention money and extend the date and time for the receipt of bids consistent with the requirements; and find that the Project is exempt from the California Environmental Quality Act. **(Department of Public Works)**  (14-5453)

**On motion of Supervisor Solis, seconded by Supervisor Kuehl, this item was adopted.**

**Ayes:**   5 -   Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich

*Attachments:*       Board Letter

Statement Of Proceedings

**Public Safety**

36.  Recommendation: Acting as the Governing Body of the Consolidated Fire Protection District (District), approve and instruct the Mayor to sign an amendment to the agreement between the District and the City of La Habra (4) for fire protection and emergency medical services, extending the agreement term for an additional ten years, resetting the annual fee limitation cap to 4% for the first five years of the amended term and allowing for electronic filing of environmental documents, effective February 8, 2015; and find that the amendment is exempt from the California Environmental Quality Act. **(Fire Department)** (14-5423)

**On motion of Supervisor Solis, seconded by Supervisor Kuehl, this item was approved.**

**Ayes:** 5 - Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich

*Attachments:* Board Letter

Agreement No. 75188, Supplement 2

37.  Recommendation: Approve the transfer of funds from Services and Supplies to reimburse the Sheriff's Special Appropriation Fund totaling $14,104.17. **(Sheriff's Department)** (14-5486)

**On motion of Supervisor Solis, seconded by Supervisor Kuehl, this item was approved.**

**Ayes:** 5 - Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich

*Attachments:* Board Letter

| Board of Supervisors | Statement Of Proceedings | December 9, 2014 |
|---|---|---|

**Miscellaneous Communications**

38.     Los Angeles County Claims Board's recommendation: Authorize settlement of the matter entitled Susan Asbury v. County of Los Angeles, Los Angeles Superior Court Case No. BC 518 368 in the amount of $500,000, and instruct the Auditor-Controller to draw a warrant to implement the settlement from the Department of Health Services' budget.

This lawsuit concerns allegations that an employee of the Department of Health Services was subjected to sexual harassment and that the Department failed to prevent the sexual harassment.  (14-5362)

**Dr. Genevieve Clavreul addressed the Board.**

**On motion of Supervisor Solis, seconded by Supervisor Antonovich, this item was approved.**

|  | **Ayes:** | 5 - | Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich |
|---|---|---|---|

*Attachments:*     Board Letter
                   Video
                   Audio

39.     Los Angeles County Claims Board's recommendation: Authorize settlement of the matter entitled Stephany Lomeli v. County of Los Angeles, Los Angeles Superior Court Case No. BC 539 332 in the amount of $125,000, and instruct the Auditor-Controller to draw a warrant to implement the settlement from the Department of Health Services' budget.

This lawsuit concerns allegations that an employee of the Department of Health Services was subjected to sexual harassment and that the Department failed to prevent the sexual harassment.  (14-5361)

**Dr. Genevieve Clavreul addressed the Board.**

**On motion of Supervisor Solis, seconded by Supervisor Antonovich, this item was approved.**

|  | **Ayes:** | 5 - | Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich |
|---|---|---|---|

*Attachments:*     Board Letter
                   Video
                   Audio

40.  Request from the City of Azusa: Submit to the voters of the City an additional measure on the General Municipal Election to be held on March 3, 2015. (14-5439)

**On motion of Supervisor Solis, seconded by Supervisor Kuehl, this item was approved; and the Registrar-Recorder/County Clerk was instructed to comply with the City's request, provided that the City pays all related costs.**

> Ayes:   5 -   Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich

*Attachments:*    Board Letter

41.  Request from the City of Inglewood: Render specified services relating to the conduct of a General Municipal Election to be held on April 7, 2015. (14-5443)

**On motion of Supervisor Solis, seconded by Supervisor Kuehl, this item was approved; and the Registrar-Recorder/County Clerk was instructed to comply with the City's request, provided that the City pays all related costs.**

> Ayes:   5 -   Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich

*Attachments:*    Board Letter

42.  Request from the City of Rosemead: Render specified services relating to the conduct of a General Municipal Election to be held on March 3, 2015. (14-5440)

**On motion of Supervisor Solis, seconded by Supervisor Kuehl, this item was approved; and the Registrar-Recorder/County Clerk was instructed to comply with the City's request, provided that the City pays all related costs.**

> Ayes:   5 -   Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich

*Attachments:*    Board Letter

## V.  MISCELLANEOUS

43.    **Additions to the agenda which were posted more than 72 hours in advance of the meeting, as indicated on the supplemental agenda.** (12-9995)

43-A.    Recommendation as submitted by Supervisor Antonovich: Approve an annual salary of $310,000 for Sachi A. Hamai, who has been appointed the Interim Chief Executive Officer, effective December 2, 2014.  (14-5635)

**Arnold Sachs addressed the Board.**

**On motion of Supervisor Solis, seconded by Supervisor Antonovich, this item was approved.**

            Ayes:    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich

*Attachments:*    Motion by Supervisor Antonovich
                  Video
                  Audio

43-B    Recommendation as submitted by Supervisor Solis: Waive the $250 use fee at the Hall of Justice, excluding the cost of liability insurance, for the judicial enrobing ceremony and reception for the swearing in of Thomas J. Griego as a Superior Court Judge, to be held December 13, 2014.  (14-5633)

**On motion of Supervisor Solis, seconded by Supervisor Antonovich, this item was approved.**

            Ayes:    5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich

*Attachments:*    Motion by Supervisor Solis

**43-C.** Recommendation: Consider issuance of approval notice or termination notice to 1977 Saturn LLC, as seller, pursuant to Section 5 of the Purchase and Sale Agreement for the acquisition of an approximately 15.84 acre parcel of real property located at 1977 Saturn St. in the City of Monterey Park, currently improved with a 205,628 sq ft building based on due diligence performed by the Chief Executive Office and Department of Public Works as authorized by the Purchase and Sale Agreement. **(Chief Executive Office)** (14-5634)

**Arnold Sachs addressed the Board.**

**Supervisor Ridley-Thomas made a motion to direct the Interim Chief Executive Officer to execute a notice to terminate the 1977 Saturn LLC Property Purchase Agreement, and to develop an open competitive bid for the relocation of the Departments of Child Support Services and Parks and Recreation.**

**On motion of Supervisor Ridley-Thomas, seconded by Supervisor Kuehl, this item was approved as amended.**

                  **Ayes:**   5 -    Supervisor Solis, Supervisor Ridley-Thomas, Supervisor Kuehl, Supervisor Knabe and Supervisor Antonovich

_Attachments:_     Supporting Document
                  Video
                  Audio

**Public Comment    46**

46.    Opportunity for members of the public to address the Board on items of interest that are within jurisdiction of the Board.

**Larry Crossley, Herman Herman, Robert Lucas, Jabriel Muhammad, Terrus Parker, Eric Preven, Leonard Rose, Arnold Sachs, David Serrano, Wayne Spindler and John Walsh addressed the Board.**

**In addition, Arnold Sachs addressed the Board on the matter of CS-4, Conference with Labor Negotiators, pursuant to Government Code Section 54957.6, prior to the Board adjourning to Closed Session.** (14-5740)

**Adjournments    47**

47.    On motions, duly seconded and unanimously carried, the meeting was adjourned in memory of the following persons:

**Supervisors Ridley-Thomas, Kuehl and All Members of the Board**
Lark Galloway-Gilliam

**Supervisor Ridley-Thomas**
Roy Evans
Robert Roghi Mendoza

**Supervisor Kuehl**
Carol Branch
Thomas W. Small
Sidney Wald

**Supervisors Knabe and Antonovich**
Bruce Steele

**Supervisor Knabe**
Hugh Thomas Hoskins
John Edward Lawrence Jr.
Ronald Gregory Lawrence
Judy Lohrs

**Supervisors Antonovich and Knabe**
Edward Cano
James Katsumi Mitsumori
Nancy Misetich Sweeney

**Supervisor Antonovich**
Phyllis Harman
Flora Belle Reece
Edgar Reed  (14-5742)

Board of Supervisors                    Statement Of Proceedings                    December 9, 2014

## VII.   CLOSED SESSION FOR DECEMBER 9, 2014

CS-1.   CONFERENCE WITH LEGAL COUNSEL - EXISTING LITIGATION
(Paragraph (1) of subdivision (d) of Government Code Section 54956.9)

Alex Rosas, et al. v. Leroy Baca, et al., United States District Court, Central District, Case No. CV12-00428 PSG (SHx)

This lawsuit concerns allegations of violence in the Los Angeles County Jails.

**No reportable action was taken.** (12-0821)

CS-2.   CONFERENCE WITH LEGAL COUNSEL - EXISTING LITIGATION
(Paragraph (1) of subdivision (d) of Government Code Section 54956.9)

Reverend Father Ian Elliott Davies, et al., v. Los Angeles County Board of Supervisors, et al., United States District Court Case No. CV 14 0907

This is a Federal court lawsuit challenging the County seal.

**No reportable action was taken.** (14-2033)

CS-3.   DEPARTMENT HEAD PERFORMANCE EVALUATIONS
(Government Code Section 54957)

Department Head performance evaluations

**No reportable action was taken.** (11-1977)

CS-4. CONFERENCE WITH LABOR NEGOTIATORS
(Government Code Section 54957.6)

Agency designated representatives: Sachi A. Hamai, Interim Chief Executive Officer and designated staff

Employee Organization(s) for represented employees: The Coalition of County Unions, AFL-CIO; Local 721, SEIU, Union of American Physicians and Dentists; Guild For Professional Pharmacists; Peace Officers Counsel of California; Association of Public Defender Investigators; Association of Deputy District Attorneys; Los Angeles County Association of Environmental Health Specialists, Professional Peace Officers Association; and

Unrepresented employees (all).

**No reportable action was taken.** (13-4431)

CS-5. CONFERENCE WITH LEGAL COUNSEL - ANTICIPATED LITIGATION
(Paragraph (2) of subdivision (d) of Government Code Section 54956.9)

Significant exposure to litigation (one case)

**No reportable action was taken.** (14-5598)

CS-6. PUBLIC EMPLOYMENT
(Government Code Section 54957)

Consideration of the position of Director of Public Health

**No reportable action was taken.** (14-5571)

CS-7. PUBLIC EMPLOYMENT
(Government Code Section 54957)

Consideration of the position of Treasurer and Tax Collector

**No reportable action was taken.** (14-5569)

**Report of Closed Session** (CSR-14)

*Attachments:*        Audio Report of Closed Session 12/9/2014

### Reconvene    48

48.  Open Session adjourned to Closed Session at 1:27 p.m. following Item No. 2 to:

**CS-5.**
Confer with Legal Counsel on anticipated litigation, pursuant to Paragraph (2) of subdivision (d) of Government Code Section 54956.9 significant exposure to litigation (one case)

Closed Session convened at 1:43 p.m.  Present were Supervisors Hilda L. Solis, Mark Ridley-Thomas, Sheila Kuehl, Don Knabe and Michael D. Antonovich, Mayor presiding.

Closed Session adjourned at 2:06 p.m.  Present were Supervisors Hilda L. Solis, Mark Ridley-Thomas, Sheila Kuehl, Don Knabe and Michael D. Antonovich, Mayor presiding.

Open Session reconvened at 2:08 p.m.  Present were Supervisors Hilda L. Solis, Mark Ridley-Thomas, Sheila Kuehl, Don Knabe and Michael D. Antonovich, Mayor presiding  (14-5743)

### Closing    49

49.  Open Session adjourned to Closed Session at 3:25 p.m. following adjournments to:

**CS-1.**
Confer with Legal Counsel on existing litigation, pursuant to Paragraph (1) of Subdivision (d) of Government Code Section 54956.9:

Alex Rosas, et al. v. Leroy Baca, et al., United States District Court, Central District, Case No. CV12-00428 PSG (SHx)

This lawsuit concerns allegations of violence in the Los Angeles County Jails.

**CS-2.**
Confer with Legal Counsel on existing litigation, pursuant to Paragraph (1) of subdivision (d) of Government Code Section 54956.9:

Reverend Father Ian Elliott Davies, et al., v. Los Angeles County Board of Supervisors, et al., United States District Court Case No. CV 14 0907

This is a Federal court lawsuit challenging the County seal.

**CS-3.**
Consider Department Head performance evaluations, pursuant to Government Code Section 54957

**CS-4.**
Confer with Labor Negotiators, pursuant to Government Code Section 54957.6:

Agency designated representatives: Sachi A. Hamai, Interim Chief Executive Officer and designated staff

Employee Organization(s) for represented employees:  The Coalition of County Unions, AFL-CIO; Local 721, SEIU, Union of American Physicians and Dentists; Guild For Professional Pharmacists; Peace Officers Counsel of California; Association of Public Defender Investigators; Association of Deputy District Attorneys; Los Angeles County Association of Environmental Health Specialists, Professional Peace Officers Association; and

Unrepresented employees (all)

**CS-6.**
Consider the position of Director of Public Health, pursuant to Government Code Section 54957

**CS-7.**
Consider the position of Treasurer and Tax Collector, pursuant to Government Code Section 54957

Closed Session convened at 3:32 p.m. Present were Supervisors Hilda L. Solis, Mark Ridley-Thomas, Sheila Kuehl, Don Knabe and Michael D. Antonovich, Mayor presiding.

Closed Session adjourned at 4:46 p.m. Present were Supervisors Hilda L. Solis, Mark Ridley-Thomas, Sheila Kuehl, Don Knabe and Michael D. Antonovich, Mayor presiding.

Open Session reconvened at 4:47 p.m. for the purpose of reporting actions taken in Closed Session. Present were Supervisors Hilda L. Solis, Mark Ridley-Thomas, Sheila Kuehl, Don Knabe and Michael D. Antonovich, Mayor presiding.

The Board of Supervisors of the County of Los Angeles, and ex officio the governing body of all other special assessment and taxing districts, agencies and authorities for which said Board so acts, adjourned its meeting at 4:48 p.m.

The next Regular Meeting of the Board will be Tuesday, December 16, 2014 at 9:30 a.m.
   (14-5744)

**Board of Supervisors**                    **Statement Of Proceedings**                    December 9, 2014

The foregoing is a fair statement of the proceedings of the regular meeting held December 9, 2014, by the Board of Supervisors of the County of Los Angeles and ex officio the governing body of all other special assessment and taxing districts, agencies and authorities for which said Board so acts.

Patrick Ogawa, Acting Executive Officer
Executive Officer-Clerk
of the Board of Supervisors

By

Lorayne Lingat
Deputy Executive Officer

*County of Los Angeles*                    **Page 47**