GREEN & SHINEE
ATTORNEYS AT LAW

RICHARD A. SHINEE
HELEN L. SCHWAB
ELIZABETH J. GIBBONS
MITCHELL S. KANDER
AUDRA C. CALL
LESLIE L. WILCOX
AMANDA J. WATERS
MAUREEN U. OKWUOSA

A PROFESSIONAL CORPORATION
16055 VENTURA BOULEVARD, SUITE 1000
ENCINO, CALIFORNIA 91436 / 2680

TELEPHONE: (818) 986-2440
FACSIMILE: (818) 789-1503

HARRY BENTON GREEN
1942-1996

OF COUNSEL
GOLDSCHMID, SILVER & SPINDEL

February 13, 2015

Rick Brouwer, Esq.
Advocacy Unit
County of Los Angeles, Sheriff's Department
4900 Eastern Avenue, Room 101
Commerce, CA 90040

***Sent Via Facsimile Only***

Re: *Rosas v. Baca*

Dear Mr. Brouwer:

As you recall from our three meetings regarding the policy changes required by the Settlement Agreement and Implementation Plan resulting from the above captioned litigation, ALADS has requested production of certain information which is necessary for our ability to fully participate in these meet and confer discussions. Although you have repeatedly stated your willingness to provide whatever documents or information we request, we have not been supplied any of the requested information, other than some, but not all, of the existing policy provisions which you believe cover some of the changes stated in the Implementation Plan.

So that there is no misunderstanding, the following is a list of the documents and information which we have requested since our first meeting on January 2, 2015, six weeks ago:

1. Copies of all, additional, existing Manual of Policy and Procedures ("MPP") sections which the Department believes fulfill each of the policy changes outlined in the 15 page Implementation Plan;

2. Working documents, including but not limited to, all drafts, rough drafts, revisions, and modifications which preceded the final version of the Implementation Plan;

3. Any additional Working Documents, as described in paragraph 2, related to the formation or creation of the litigation Settlement Agreement;

4. Any Working Documents, as described in Paragraph 2, regarding the process and/or criteria for selection of the Monitors;

5. Any additional documents related to the selection of the Monitors;

6. A copy of the version of the Implementation Plan which was handed to Commander Dyer, as a completed document, or done deal, in or about October, 2014;

7. A copy of the modifications to the Implementation Plan which were proposed or suggested by Commander Dyer, his staff, or anyone else on behalf of the Department;

8. Copies of proposals for modification of any Department policies, not related solely to Mental Health, proposed by the Department of Justice;

9. Copies of any suggested revisions or modifications to any force, force reporting, or integrity-related policy made by the Department of Justice;

10. Any documents which state the Department of Justice's interest in, position on, or agreement to allowing the policy revisions required by the *Rosas* settlement to satisfy any use of force related concerns by the DOJ;

11. A confirmation that the Implementation Plan which ALADS presently possesses is, or is not, the same as the "Action Plan" referenced in the terms of the Settlement Agreement;

12. Any completed training curriculum or video training presentations, designed to provide the training required by the Implementation Plan;

13. Any documents related to the change, modification, or re-interpretation of Title 15 to require 30 minute, rather than hourly, cell checks;

14. Any documents related to any suggestions or direction from the DOJ to the Sheriff's Department concerning the frequency of cell checks;

15. Copies of any staffing studies conducted by the Department, regarding staffing at all custody facilities, in connection with the *Rosas* Implementation Plan;

16. Copies of any newly created policies which have been created in response to the provisions of the *Rosas* Implementation Plan;

17. Copies of all versions, revisions, and modifications to the new force prevention policy which was represented, during our January 30, 2015 meeting, as not yet implemented;

18. Copies of any and all policies, either newly created or revised existing policies, which have, to date, been submitted to the Monitors for review and approval;

19. Copies of any and all policies, either newly created or revised existing policies, which the Department plans to submit to the Monitors for review and approval;

20. Copies of any documents prepared or submitted to the Department by the ACLU or the Monitors which states their intent and/or goals of any provision of the changes stated in the Implementation Plan;

21. Any proposed policy revisions resulting from the CCJV recommendations;

22. A copy of any existing list of authorized weapons for Custody Deputies and any existing list of required equipment to be carried by Custody Deputies on duty;

23. Copies of any and all documents reflecting or defining the national trend concerning the use of chemical agents on mentally ill suspects or inmates;

24. Copies of any studies or reports concerning the increased or decreased effectiveness of chemical agents on mentally ill suspects or inmates compared to not mentally ill suspects or inmates;

25. Copies of the inmate complaint forms currently in use in Custody Division, including both a blank form and a completed form, with names redacted if necessary;

26. A copy of any existing policy related to the inclusion of inmate complaints on a Deputy Sheriff's PPI report;

27. A copy of the finalized proposed budget to fund the changes required by the Implementation Plan;

28. Copies of any documents reflecting the accepted best practices, or national trends, concerning the topics stated in Sections 15.1 through 15.7 of the Implementation Plan.

Since this information has been outstanding since our first meeting, we would request that you provide us with this information prior to our next scheduled meeting which is set for February 17, 2015, at 1:00 P.M. If you have any questions, or need any clarification of the foregoing, please do not hesitate to contact me.

Very truly yours,

GREEN & SHINEE, A.P.C.

By: RICHARD A. SHINEE

EJG:ejg
cc: Commander Dan Dyer
Les Robbins
Mark Claahsen
14-0406\DL150213.ejg

Print

Date:       Friday, February 20, 2015 5:16 PM

From:       Brouwer, Rick <rbrouwe@lasd.org>

To:         gsras@socal.rr.com <gsras@socal.rr.com>

Subject:    RE: Alex Rosas, et al. V. Leroy Baca, et al. USDC 12-CV-00428

Dear Mr. Shinee:

This is in response to your faxed letter to me dated February 13, 2015 sent at 7:58 pm, your emailed letter sent to me the following business day, February 17, 2015, and the emailed letter sent today, Friday February 20, 2015.   In your February 13th letter you requested documents in 28 different categories, obviously there is some overlap.   While the 28 categories overlap and are overreaching, in good faith we spent this entire week going over the requested categories, we met with the attorneys handling the Rosas litigation and we have reviewed the pertinent documents that we have previously provided to you in prior requests.

In good faith, in order to keep the meetings going forward, we have continuously stated that we will provide you with all the documents that we can. However, as we have also stated, it is our opinion that your very large request for documents seems to be a little misplaced considering we are meeting on an implementation plan that is pretty much self-contained.

Nevertheless, in response to your request, the Sheriff's Department cannot provide documents that are protected under the Attorney -Client privilege and/or documents or materials subject to the attorney work product privilege. Additionally, many of your requests use the term "working documents" and/or "additional documents."   These terms are very vague and ambiguous.

Notwithstanding the above, here is a response to each category:

Category 1:              The Department will provide.
Categories 2-10:  Confidential settlement material, will not provide.
Categories 11-13:        The Department will provide.
Category 14:             Confidential settlement material, will not provide.
Categories 15-17:        The Department will provide.
Categories 18-20: Confidential settlement material, will not provide.
Categories 21 and 22:    The Department  will provide.
Categories 23 and24:     The Department will provide documents in our possession.
Categories 25-28: The Department will provide.

The Department will of course not provide any documents that have already been provided to you.   Finally, your February 13 letter has a serious error as to when we started having meetings on the Settlement/Implementation Plan.

Regarding the February 17th letter, I am sorry one of the ALADS members became ill and the meeting had to be cancelled.   Of course, all of us in the Sheriff's Department wish him a speedy recovery.   Regarding your letter dated today, it is my hope that we can provide you with some, if not all, of the requested documents by the next meeting on March 4, 2015.   If you have any questions or concerns please contact me at 323 890-5418.

Very truly yours,

Rick Brouwer

-----Original Message-----

Exhibit "H"

611PDC

MEMORANDUM OF UNDERSTANDING
FOR JOINT SUBMISSION
REGARDING THE
PEACE OFFICERS

THIS MEMORANDUM OF UNDERSTANDING, made and entered into this 23rd day of July, 2013,

BY AND BETWEEN Authorized Management Representatives (hereinafter referred to as "Management") of the County of Los Angeles (hereinafter referred to as "County"),

AND ASSOCIATION FOR LOS ANGELES DEPUTY SHERIFFS (hereinafter referred to as "ALADS" or "Union").

611PDC

TABLE OF CONTENTS

| | | PAGE |
|---|---|---|
| ARTICLE 1 | PURPOSE | 1 |
| ARTICLE 2 | RECOGNITION | 2 |
| ARTICLE 3 | NON-DISCRIMINATION | 3 |
| ARTICLE 4 | IMPLEMENTATION | 4 |
| ARTICLE 5 | TERM | 6 |
| ARTICLE 6 | RENEGOTIATION | 7 |
| ARTICLE 7 | SALARIES | 8 |
| ARTICLE 8 | HOURS OF WORK AND OVERTIME | 22 |
| ARTICLE 9 | CALL BACK | 29 |
| ARTICLE 10 | UNIFORMS | 30 |
| ARTICLE 11 | DEPUTY SHERIFF TRAINEE ASSIGNMENTS | 32 |
| ARTICLE 12 | LIMITED TERM ASSIGNMENT PROGRAM | 33 |
| ARTICLE 13 | BONUS SELECTION | 40 |
| ARTICLE 14 | PEACE OFFICER RELIEF FUND | 41 |
| ARTICLE 15 | TRANSFER LIST | 43 |
| ARTICLE 16 | GRIEVANCE PROCEDURE | 44 |
| ARTICLE 17 | STRIKES AND LOCKOUTS | 45 |
| ARTICLE 18 | PAYCHECK ERRORS | 46 |
| ARTICLE 19 | ASSOCIATION RIGHTS | 48 |
| ARTICLE 20 | PERSONNEL INVESTIGATIONS | 54 |
| ARTICLE 21 | LEGAL REPRESENTATION | 56 |
| ARTICLE 22 | ADVISORY COMMITTEE MEMBERSHIP | 57 |
| ARTICLE 23 | EMPLOYEE RIGHTS IN THE EVENT OF TRANSFER OF FUNCTIONS | 58 |
| ARTICLE 24 | GENERAL CONDITIONS | 60 |
| ARTICLE 25 | OBLIGATION TO SUPPORT | 61 |
| ARTICLE 26 | MANAGEMENT RIGHTS | 62 |
| ARTICLE 27 | FULL UNDERSTANDING, MODIFICATIONS, WAIVER | 63 |
| ARTICLE 28 | RANDOM DRUG TESTING PROGRAM | 64 |
| ARTICLE 29 | CUSTODY/COURT LOCKUP STAFFING | 96 |
| ARTICLE 30 | ACTING CAPACITY | 99 |
| ARTICLE 31 | AUTHORIZED AGENTS | 101 |
| ARTICLE 32 | PROVISIONS OF LAW | 102 |
| | APPENDIX A | 103 |
| | APPENDIX B | 104 |
| | APPENDIX C | 116 |
| | APPENDIX D | 128 |
| | APPENDIX E | 132 |
| | APPENDIX F | 135 |
| | TABLE OF CONTENTS (BONUS POSITIONS) | 138 |
| | SIGNATURE PAGE | 177 |

IN WITNESS WHEREOF, the parties hereto have caused their duly authorized representatives to execute this Memorandum of Understanding the day, month, and year first above written.

ASSOCIATION FOR LOS ANGELES DEPUTY SHERIFFS (ALADS)

By ______________________
President, ALADS

By ______________________
Executive Director, ALADS

COUNTY OF LOS ANGELES AUTHORIZED MANAGEMENT REPRESENTATIVES

By ______________________
William T Fujioka
Chief Executive Officer

By ______________________
Sheriff, County of Los Angeles

By ______________________
District Attorney, County of Los Angeles

TO BE JOINTLY SUBMITTED TO COUNTY'S BOARD OF SUPERVISORS

## APPENDIX B

GRIEVANCE PROCEDURE (Sheriff's Department)

### Section 1. Purpose

The purpose of the Grievance Procedure is to provide a just and equitable method for the resolution of grievances.

### Section 2. Definitions

A grievance is any complaint concerning the interpretation or application of this Memorandum or rules or regulations governing personnel practices or working conditions that the departmental management has the ability to remedy.

"Business Days" means calendar days exclusive of Saturdays, Sundays and legal holidays.

### Section 3. General Provisions

1. Employee grievance procedures are not applicable in areas outside the authority of this department such as interpretation of the Los Angeles County Code or in areas where appeal procedures already exist, such as unsatisfactory performance evaluations and certain specified disciplinary actions (discharge or reduction). The employee shall be advised as to whether or not the Department will handle the grievance at the time he/she submits his/her formal appeal.

2. If an employee fails to initiate a grievance or to appeal from one level to the next level within the time limits established in this grievance procedure, the grievance shall be considered settled and not subject to further appeal. By mutual agreement of both parties, the various steps and time limits set forth in this grievance procedure may be waived or the grievance may revert to a prior level for reconsideration.

3. An employee may present his/her grievance on County time, but the use of County time for this purpose shall not be excessive nor shall this privilege be abused in any manner. The Department shall determine what constitutes abuse.

4. If the aggrieved employee wishes, he/she may be assisted at the first step of the formal grievance procedure or any subsequent step by an authorized representative of a recognized employee organization. The representative of the employee organization must have his/her name on file and be accepted in accordance with the Employee Relations Ordinance of the County of Los Angeles or other such applicable employee Relations law.

It is also the employee's option to choose a fellow employee as his/her representative. The choice of a fellow employee as a representative must be acceptable to the Sheriff or his/her alternate.

5. If the grievance does not involve a suspension but the aggrieved employee definitely believes that his/her grievance cannot be resolved at any supervisory level except the Review Board, he/she may, with the concurrence of the concerned supervisor, waive formal step one.

6. To waive the first grievance step, the aggrieved employee must obtain the signature of his/her third level supervisor in the signature space on the Form SH-AD-465. The aggrieved employee shall also write the word "waived" and sign his/her name in the decision section for step one and forward the form to the Review Board.

7. Form SH-AD-465 (Grievance Procedure) shall be prepared by the employee for the formal grievance process. The original shall be presented by the employee at the various grievance steps and returned to the employee with the written response.

A copy of the original Form (SH-AD-465), in its entirety, shall be made by the various supervisory levels and sent to Sheriff's Employee Relations, at the completion of each formal step. A second copy of the original should be retained as the unit commander's record of the grievance discussions. This record will not be included in the employee's personnel file.

8. ALADS, agrees to encourage an employee who files a formal written grievance, to state clearly and concisely the specific action(s) being grieved, the article(s) violated, and the specific remedy requested.

Section 4. Informal Procedures

Most problems or complaints can be settled if the employee will promptly, informally and amicably discuss them with his/her immediate supervisor. This desired initial discussion, a part of the day-to-day supervision, should ideally precede any use of the formal grievance procedure.

Within ten (10) business days from the occurrence of the matter on which a complaint is based, or within ten (10) business days from his/her knowledge of such occurrence, an employee shall either discuss the complaint with his/her immediate supervisor or file a formal grievance.

NOTE: In those situations where the nature of the problem involves the immediate supervisor, the employee may discuss the problem informally with the next level supervisor although he/she should generally advise the immediate supervisor of his/her intention.

If the immediate supervisor either fails to reply within three (3) business days or gives an answer which the employee feels is unsatisfactory, within five (5) business days, the employee may informally discuss the grievance with his/her second level supervisor or proceed with the formal grievance procedure.

If the second level supervisor either fails to reply to the employee within three (3) business days or gives an answer which the employee feels is unsatisfactory, the employee may then initiate the formal grievance procedure at the third level of supervision.

Section 5. Formal Procedure

First Step (Third Level Supervisor or Designated Middle Management Representative)

If the problem has not been resolved within eleven (11) business days of the date of the initial discussion with the first level supervisor (or ten (10) business days from the occurrence or knowledge of the occurrence of a grievable matter if no informal discussion has occurred), the employee may file a formal written grievance with his/her third level supervisor or middle management representative. The Department Grievance Form (SH-AD-465) shall be completed by the employee describing the problem and the remedy he/she believes is merited.

The third level supervisor or middle management representative shall promptly notify Sheriff's Employee Relations. The third level supervisor or middle management representative shall consider available pertinent information and give his/her decision in writing (original SH-AD-465) to the employee within five (5) business days. The supervisor shall include the reasons for his/her decision and forward a complete copy of SH-AD-465 to Sheriff's Employee Relations.

If, upon receipt of the decision, the employee takes no further action within ten (10) business days, the grievance will be assumed to have been settled.

If the supervisor has not answered the employee's complaint within five (5) business days or if the answer is unsatisfactory in the employee's opinion, the employee may appeal to the next grievance level.

Second Step (Review Board - Division Chief, Commander and a Maximum of two members selected by the employee)

If the problem has not been resolved, the employee may submit his/her written grievance (Form SH-AD-465) to his/her Division Chief within ten (10) business days of the response, or lack of response, of the third level supervisor.

Upon presentation of the grievance at this level, the employee may exercise his/her option to designate a maximum of two sworn members (of equal or superior rank to the grievant) of the Sheriff's Department who are not parties to the grievance who shall serve on County time to participate as equal voting members of the Review Board. The employee may waive such selection if he/she so desires by writing "waived" in the space provided for employee-selected members on SH-AD-465 and affixing his/her signature.

The Review Board shall consist of the employee's Division Chief (who shall act as Chairman), the Area Commander in the employee's chain of command and a maximum of two additional sworn members of the Sheriff's Department, if so selected by the employee.

The employee's Division Chief will establish the date, time and place for the Review Board meeting and promptly notify the employee. The Review Board shall meet with the employee at the earliest possible date, evaluate the grievance and afterward determine a course of action by permitting such Board member to have an equal voice. A majority opinion shall constitute a recommended decision. If a deadlock occurs, the opposing sides shall submit their written opinions to the Sheriff or his designated representative for final disposition.

Supervisors of all levels who have previously dealt with the grievance may be called by the Review Board to appear at the grievance meeting. The grievant may call witnesses who may serve on County time.

The Review Board shall submit its recommended decision or opposing opinions to Sheriff's Employee Relations within ten (10) business days of the Review Board meeting, unless a longer period of time has been agreed to by the employee.

Sheriff's Employee Relations shall coordinate the actions of the Review Board, processing the required documents to the Sheriff or his/her designated alternate.

The recommended decision by the Review Board, approved by the Sheriff or his alternate (the Undersheriff or Assistant Sheriff of the concerned division), shall be final, except as provided under Section 6, Arbitration, or appeal procedures provided in the Civil Service Rules.

Written notice of the Sheriff's decision shall be sent to the employee within ten (10) business days of the receipt of the Review Board's recommendation.

Section 6. Arbitration

1. Within ten (10) business days from the receipt of the written decision of the department head or his designated representative, an employee, only if he/she is represented by ALADS, may request that the grievance be submitted to arbitration as provided for hereinafter.

2. Only those grievances which directly concern or involve the interpretation or application of the specific terms and provisions of this Memorandum of Understanding and which are brought by an employee who was represented by ALADS in any steps of the grievance procedure may be submitted to arbitration hereunder. In no event shall such arbitration extend to:

   A. The interpretation, application, merits or legality of any State or local law or ordinance, including specifically all ordinances adopted by County's Board of Supervisors unless the arbitrator, in his/her discretion, finds it necessary to interpret or apply such State or local law in order to resolve the grievance which has been submitted to the arbitrator;

   B. The interpretation, application, merits or legality of any or all of the County of Los Angeles Civil Service Rules, nor matters under the jurisdiction of the Civil Service Commission for which said Commission has established

procedures or processes by which employees or employee organizations may appeal to, or request review by, said Civil Service Commission, including but not limited to discharges, reductions and discrimination; nor

C. The interpretation, application, merits or legality of the rules or regulations of the department head, the Chief Administrative Office or any other County department, agency or commission unless the arbitrator, in his/her discretion, finds it necessary to interpret or apply such rules or regulations in order to resolve the grievance which has been submitted to the arbitrator;

D. Any subject matter relating to County-sponsored employee group insurance plans that could impose on the carrier, the provider or the County an obligation which would be in conflict with the applicable law and/or contracts or service agreements between the County and the carrier or provider;

E. Grievances on competent or better performance evaluations which do not meet the guidelines set forth at the Employee Relations Commission meeting of December 19, 1986.

3. In the event ALADS desires to request a grievance which meets the requirements of Paragraph 2 hereof be submitted to arbitration, ALADS shall

within the time requirements set forth above send a written request to County's Employee Relations Commission, which request shall:

A. Set forth the specific issue or issues still unresolved through the grievance procedure and which are to be submitted to arbitration;

B. The parties shall select an arbitrator by mutual agreement and recommend to the Employee Relations Commission that the individual be appointed for the purpose of conducting the arbitration proceeding. In the event the parties cannot agree on a choice within thirty (30) working days from date of receipt of the request of arbitration, the parties shall request that the Employee Relations Commission provide them with a panel of five arbitrators. Upon receipt of the Employee Relations Commission panel, the parties shall alternately strike one name each from the panel and the last name left will be appointed as the arbitrator in the case by the Employee Relations Commission;

C. Arbitration procedures conducted under the authority of this Section shall be held at an appropriate location in the County Hall of Administration, except when another location is mutually agreed upon by the parties to the case.

4. Arbitration of grievances hereunder will be limited to the formal grievance as originally filed by the employee to the extent that said grievance has not been

satisfactorily resolved. Arbitration hereunder shall be conducted in accordance with applicable rules and procedures adopted or specified by County's Employee Relations Commission unless the parties hereto mutually agree to other rules or procedures for the conduct of such arbitration. The fees and expenses of the arbitrator shall be shared equally by the parties involved, it being understood and agreed that all other expenses including but not limited to fees for witnesses, transcripts and similar costs incurred by the parties during such arbitration will be the responsibility of the individual party involved.

5. Prior to a hearing by an arbitrator, a representative of the County and ALADS shall meet and prepare a submission statement setting forth the issue(s) to be determined which shall be submitted to the arbitrator. In the event the County and ALADS cannot jointly agree on a submission statement, then, at the hearing, each party shall present to the arbitrator its own submission statement in which case the arbitrator shall determine the issue(s) to be resolved.

6. The decision of an arbitrator resulting from any arbitration of grievances hereunder shall not add to, subtract from or otherwise modify the terms and conditions of this Memorandum of Understanding.

7. The decision of the arbitrator shall be binding upon ALADS. To the extent the decision and award of the arbitrator does not require legislative action by the Board of Supervisors, such decision and award shall be binding upon the County. If within sixty (60) days of receiving notice of a decision and award

requiring legislative action by the Board of Supervisors such legislative action is not taken, the arbitrator's decision and award shall have no force or effect whatsoever. ALADS may then resort to a court of competent jurisdiction to pursue whatever other legal remedies are available to it under the provisions of this Memorandum of Understanding.

8. A written decision of an arbitrator resulting from the arbitration of a grievance under the following Articles shall be entirely advisory in nature and shall not be binding upon any of the parties:

Recognition
Purpose
Implementation
Term
Renegotiation
Non-Discrimination
Payroll Deductions and Dues
Authorized Agents
Provisions of Law

ARTICLE 26 MANAGEMENT RIGHTS

It is the exclusive right of the County to determine the mission of each of its constituent departments, boards, and commissions, set standards of service to be offered to the public, and exercise control and discretion over its organization and operations. It is also the exclusive right of the County to direct its employees, take disciplinary action for proper cause, relieve its employees from duty, effect work furloughs or any other alternatives because of lack of work or for other legitimate reasons, and determine the methods, means and personnel by which the County's operations are to be conducted; provided, however, that the exercise of such rights does not preclude employees or their representatives from conferring or raising grievances about the practical consequences that decisions on these matters may have on wages, hours and other terms and conditions of employment.

# GUIDELINES FOR DISCIPLINE HANDBOOK

**Los Angeles County Sheriff's Department**

*A Tradition of Service Since 1850*

John L. Scott, Sheriff

(08-01-14)

# GUIDELINES FOR DISCIPLINE

## TABLE OF CONTENTS

1. Purpose and Intent ....................5

2. Non-Disciplinary Actions ....................5

3. Disciplinary Action ....................6

   a. Progressive Discipline ....................6

   b. Non-Progressive Discipline ....................6

4. Unacceptable Off-the-Job Conduct ....................7

5. Unacceptable On-the-Job Behavior ....................7

6. Decision to Discipline ....................7

7. Pre-Disposition Settlement Agreement (PDSA) ....................8

8. Appropriate Discipline ....................9

   a. Written Reprimand ....................9

   b. Suspension ....................9

   c. Bonus Removal ....................9

   d. Reduction ....................10

   e. Discharge ....................10

9. Evaluation and Imposition of Appropriate Discipline ....................10

10. Determining Discipline When Multiple Violations Occur ....................10

11. Discipline for Supervisors or Managers .......... 11

12. Management's Role .......... 11

13. Education-Based Discipline (EBD) as an Option .......... 12

14. Education-Based Discipline (EBD) Definitions .......... 13

a. Action Item Menus .......... 13

b. LIFE Class .......... 13

c. EBD Education Credits .......... 13

d. EBD Evaluation .......... 13

e. Independent Study .......... 14

f. EBD in lieu of Suspensions (Table 1) .......... 14

15. EBD and the Letter of Intent .......... 14

16. EBD Proposal .......... 15

17. EBD Agreement .......... 15

18. EBD For Alcohol Related Incidents .......... 16

a. Court Mandated Classes/Programs .......... 16

b. ESSB Mandated Classes/Programs .......... 16

c. EBD Offer To Employee By Unit Commander .......... 17

d. EBD Process for Alcohol Related Offenses (Table 2) .......... 17

19. EBD for Domestic Violence Related Incidents .......... 18

a. Court Mandated Classes/Programs .......... 18

b. ESSB Mandated Classes/Programs .......... 18

c. EBD Offer To Employee By Unit Commander .......... 18

d. EBD Process For Domestic Violence Related Offenses (Table 3) .......... 19

20. Discipline And Education Guide .......... 19

21. EBD and Progressive Discipline .......... 20

22. Education-Based Discipline Unit .......... 20

23. Corrective Action For Preventable Traffic Collisions .......... 20

**ATTACHMENTS**

A. EBD Process Chart .......... 22

B. EBD Proposal (Sample) .......... 23

C. Discipline And Education Guide .......... 25

# GUIDELINES FOR DISCIPLINE

## PURPOSE AND INTENT

This handbook is a guide designed to assist supervisors, managers and executives in deciding when and how to impose discipline. It sets forth general practices and policies of the Department that shall be followed in consultation with appropriate units such as the Professional Standards Division, Internal Affairs Bureau (IAB), Employee Relations (ER) Unit, Advocacy Unit, and the Equity Investigations Unit. It also serves to notify employees of Department policy and practice relating to discipline. It establishes procedural requirements which shall be met in order to properly impose discipline.

The purpose of discipline is to ensure effective and efficient Department operations and employee adherence to reasonable and acceptable rules of performance and conduct.

In instances of either unacceptable conduct or performance, it becomes the responsibility of managers to impose the discipline. For the most part, such discipline should be corrective in nature and designed to impress upon the employee and the overall work force the necessity for proper conduct and performance. However, some misconduct is either not correctable through discipline or immediately renders the individual unsuitable for continued employment. In these cases, other options, including discharge, must be considered.

> **Note:** The procedures for reporting and investigating potential violations of the Policy of Equality are set forth solely in the Policy of Equality and associated Procedures, and supersede the procedures set forth in the Guidelines for Discipline Handbook. The Equity Oversight Panel (EOP) or any other entity authorized to make determinations with regard to discipline for violations of the Policy of Equality shall use the Guidelines for Discipline Handbook to assist them in making their determinations. If you have any questions regarding the Policy of Equality, please refer to Manual sections 3-01/121.00 through 3-01/122.25, or call the Intake Specialist Unit at (323) 890-5371.

## NON-DISCIPLINARY ACTIONS

Not all inappropriate behavior will require imposition of discipline. In some cases non-disciplinary action, such as counseling accompanied by documentation in a performance log, may be more appropriate. An employee counseling or other non-disciplinary action should take place soon after the unacceptable behavior or poor performance is first noted. The purpose of non-disciplinary action is to inform the employee of a potential problem which may result in discipline if it continues; and to help correct the problem before it becomes significant and/or to advise the employee of expected behavior.

## DISCIPLINARY ACTION

### Progressive Discipline

After the non-disciplinary approach is used or in some initial instances of misconduct or poor performance the manager must impose discipline. Generally, discipline will follow a "progressive-step method." This method attempts to correct, resolve or remove the employee's performance problem or misconduct at the lowest, most effective level. It should be imposed when the manager can reasonably anticipate the discipline will be effective.

The formal disciplinary steps from least to most severe are:
1. Written Reprimand
2. Suspension
3. Salary Step Reduction*
4. Bonus Removal
5. Reduction
6. Discharge

*In situations where the appropriate level of discipline is a 10 day or greater suspension, a manager may offer a step reduction approximately equivalent to the number of days of the suspension. An employee may also request a step reduction in lieu of a suspension.

It is not necessary to have imposed each lower step of discipline prior to imposing a given level. Circumstances may call either for by-passing or imposing repetitive discipline. Some factors, which may alter the progression, are the seriousness of the offense, the frequency or length of time between occurrences, or the attitude of the employee, especially his/her attitude regarding the most current incident (Please refer to the subsection - Steps for Disciplining).

### Non-Progressive Discipline

There are some acts of misconduct, which by their nature, are not appropriate for progressive discipline. These are conduct problems which the employee should have reasonably known to be unacceptable, without specific notice from the Department, or which are generally socially unacceptable.

Such behavior may include, but is not limited to, fraternization with inmates, drug usage, dishonesty, thievery, violent behavior, insubordinate behavior, or behavior which is illegal or places the individual or the Department in violation of federal, state or local laws, or court orders.

These acts may result in relatively harsh discipline, even discharge, without the use of progressive discipline.

## UNACCEPTABLE OFF-THE-JOB CONDUCT

An employee can be subjected to discipline for off-duty incidents. Where an employee's off-the-job conduct is related to and impacts the Department's operation or the employee's ability to perform competently, discipline up to and including discharge may be warranted.

Off-the-job conduct may also be subject to discipline when it is deleterious to the Civil Service system or County government without being specifically related to the job function or Department operations. For example, an employee who cheats in a Civil Service examination or falsifies Civil Service examination applications is subject to disciplinary action up to and including discharge.

## UNACCEPTABLE ON-THE-JOB BEHAVIOR

Failure of an employee to perform his or her assigned duties so as to meet stated or implied standards of performance may constitute adequate grounds for suspension, reduction or discharge.

When based upon specific acts or omissions, grounds for discipline for noncompliance to standards may include, but are not limited to, qualitative as well as quantitative elements of performance such as failure to exercise sound judgment; failure to report information accurately and completely; failure to deal appropriately with the public; and failure to make productive use of human, financial and other assigned resources. Grounds for discipline may also include any behavior or pattern of behavior which negatively affects an employee's productivity or any behavior or condition which impairs an employee's qualifications for a position or for continued County employment. Such a pattern of behavior must be based upon specific acts or omissions and cannot be based on a mere subjective evaluation or feeling. An additional area of unacceptable conduct is excessive absences. An unreasonable number of absences over a significant period of time may result in an Unsatisfactory Performance Evaluation.

## DECISION TO DISCIPLINE

The imposition of the proper discipline stems from a determination of the facts, an evaluation of whether the facts reflect the employee misconduct, a judgment on the significance of the misconduct and the proper disciplinary action response. The determination of the facts always involves an investigation. The extent of the investigation is determined by the nature and seriousness of the allegations, performance problem or misconduct involved.

The evaluation of the facts shall be done prior to the imposition of any discipline. Any alleged misconduct must be analyzed and investigated. Misconduct may result from violations of Civil Service Rules, Departmental policies, federal law, state law and local ordinances.

Finally, the judgment of whether discipline is appropriate should be based upon several factors.

1. Seriousness of the offense; the impact, actual or potential, upon the department and/or the community.
2. The length of service and overall performance of the employee.
3. The attitude and culpability of the employee.
4. Previous discipline and the length of time since imposed.

## PRE-DISPOSITION SETTLEMENT AGREEMENT

Pre-Disposition Settlement Agreement (PDSA) is an alternative method to a full investigation when conditions are right, especially when an employee readily acknowledges his/her error, wants to conclude the matter promptly, and the issue is not a serious policy violation. In addition to the matter being closed far more quickly, less investigatory time is needed. In the end, a fair process was implemented, the truth was documented, there is far less delay in the resolution, less resources were necessary to document what was known from the onset, and the employee's rights were preserved.

Founded cases which are not suitable for a PDSA include proposed discipline which would require executive force review, case review (a suspension of 16 days or more, discharge or demotion), removal from a Bonus position, and/or violations of the Policy of Equality.

A PDSA must have the approval of the employee's Unit Commander, Commander, and Chief along with the approval of the subject employee. The subject must accept responsibility for his/her actions, and must either write a responsibility memorandum or be interviewed on tape acknowledging the conduct. The Unit Commander should advise the employee of the right to consult with his/her representative before deciding to accept a PDSA; the writing of a responsibility memorandum; or, being interviewed on tape acknowledging the conduct. Refer to the Department's policy regarding the requirements for consulting with Employee Support Services Bureau for alcohol related discipline. The PDSA will be processed as required by IAB. This includes that the unit commander must contact and obtain concurrence from the IAB Captain regarding the proposed settlement agreement.

Each PDSA must include an offer of Education-Based Discipline (EBD) which follows the EBD guidelines (page 11). If accepted, the EBD plan is included in the PDSA. The employee may decline EBD. However, if EBD is declined, the incident that brought rise to the PDSA shall be investigated and the appropriate level of discipline recommended.

## APPROPRIATE DISCIPLINE

### Written Reprimand

A written reprimand is the lowest form of formal discipline and is normally issued when the incident impacts upon office or departmental operations, or when prior non-disciplinary actions have not corrected the pattern of behavior or performance. It is suggested that the written reprimand:
1. Describe or document the misconduct and its lack of acceptability;
2. Identify previous counseling or discipline;
3. Reference the expectations for future performance or conduct;
4. Identify the disciplinary consequences of repetition, continuation, or lack of improvement;
5. Incorporate the employee's stated reasons for his/her actions.

### Suspension

A suspension without pay, for disciplinary purposes, may not exceed 30* calendar days in length, and may not be used in conjunction with a reduction or bonus removal.

*However, under Civil Service Rule 18.01, when a suspension without pay results from a criminal complaint charge or indictment filed against the employee, the period of suspension may exceed 30 days and continue until final adjudication of the criminal matter.

### Bonus Removal

A deputy may be removed from a Bonus position as a result of a founded administrative investigation. Per the MOU for deputy sheriffs:

1. "May be criteria for removal depending upon the seriousness of the violation and the extent to which it compromised the employee's job competency;
2. Shall be applied in conjunction with overall evaluation of employee competency in the Bonus position;
3. Shall not be used in lieu of existing disciplinary avenues available."

"The intent being that the investigation resulted from some action by the employee related directly to the job for which the Bonus is given, and that in all cases the removal of a Bonus be justified standing alone. The incident, by itself, must be significant enough to warrant removal from the position and to indicate the individual to be a hazard/detriment to himself/herself, other individuals, or to the Department should he/she continue in the position."

### Reduction

A reduction is a lowering of an employee's rank (classification) or grade. As used in this handbook, reduction and demotion are synonymous.

As with the imposition of all discipline, an employee may be reduced for proper cause. Such reasons must be stated in writing and include specific grounds and facts upon which a reduction is based. Under appropriate circumstances, an employee may be reduced after he/she has completed a first probationary period. Reduction is appropriate only if there is reason to believe that an employee will function adequately on an available lower level position. Reduction may also be appropriate for consideration in cases involving inefficiencies which are not serious enough for discharge.

### Discharge

A discharge means the complete and final separation from the Department for cause. Discharges occur when prior discipline has not corrected the employee's unacceptable behavior or performance, or in circumstances where the misconduct has rendered the individual immediately unsuitable for further employment, or where it can be reasonably anticipated and demonstrated that a lesser disciplinary action will not correct the employee's conduct.

## EVALUATION AND IMPOSITION OF APPROPRIATE DISCIPLINE

The gathering and evaluation of facts regarding an employee's alleged misconduct shall be done objectively, thoroughly, and as quickly as possible. The evidence being considered should be relevant to establishing or disproving the occurrence of misconduct.

Disciplining an employee should be an impartial step taken with the intent of correcting the misconduct or poor performance before it becomes more severe or an incorrigible pattern. Discipline should be imposed as soon as possible after the incident or problem occurred.

When discipline is imposed consistent with the information in this document, it will meet County rules and regulations and is more likely to stand up to the scrutiny of reviewing bodies such as the Civil Service Commission.

## DETERMINING DISCIPLINE WHEN MULTIPLE VIOLATIONS OCCUR

Many times a single act of misconduct will violate several sections of the Manual of Policy and Procedures. If the additional violations only amount to "lesser included offenses" they should not be used in the final disposition. However, there are cases in which multiple offenses, that are separate and distinct violations, occur within a single

incident. For example, the use of unreasonable force and the failure to report the use of force are multiple violations stemming from a single incident. In this case both Manual violations should be addressed in determining the level of discipline.

Multiple acts of misconduct may result in discharge even though the "standard range" of discipline for the individual acts does not include discharge. Such "multiple acts" may occur during a single continuing event, contiguous events, or may result from additional misconduct occurring prior to the imposition of discipline on another violation. In such cases, managers should consider the totality of the circumstances when making their decisions.

## DISCIPLINE FOR SUPERVISORS OR MANAGERS

A supervisor or manager may be reduced in rank for any misconduct which relates to their supervisorial or managerial responsibilities, even though the "standard discipline" calls for a suspension.

## MANAGEMENT'S ROLE

Before any potential disciplinary action is considered, the following points shall be followed:

1. Investigate and consider all sources of relevant information (facts, not opinions).
2. Verify information.
3. Consult with appropriate supervisor(s) involved.
4. Analyze facts thoroughly and objectively. You should consider:
    a. Intent
    b. Past performance
    c. Degree of culpability
    d. Disciplinary history
    e. Truthfulness
    f. Severity of infraction
    g. Acceptance of responsibility
    h. Other factors *

    * For example, a manager may consider the following issues resulting from an employee's actions or omissions:
    a. The liability or potential liability incurred by the County;
    b. The jeopardy to public safety;
    c. The harm or risk of harm to persons or property; and
    d. The harm to public service (sworn employees only).
5. Summarize the matter in writing.

Mitigating and aggravating circumstances serve to justify the level of discipline imposed. Most disciplinary actions in a given category are expected to be in the "Standard Range." The standard range has been developed to be appropriate discipline for violations most likely to occur in this category. However, there will be cases where the mitigating and aggravating circumstances surrounding the behavior are of such

magnitude that the manager feels the situation supports a level of discipline higher or lower than the standard range. The manager may impose discipline out of the "Standard Range" with the concurrence of their Division Chief and, when appropriate, after consultation with the chairperson of the Equity Oversight Panel, Executive Force Review Committee, or Executive Risk Review Committee.

## EDUCATION-BASED DISCIPLINE AS AN OPTION

The purpose of discipline is to ensure effective operations through employees' compliance with acceptable rules of conduct and performance.

Education-Based Discipline (EBD) is an innovative alternative to traditional disciplinary suspensions. It can reduce management-employee conflict and embitterment that may result from withholding employees' pay. And, it offers optional behavior-focused education and training that enhances communication, character, competence, and trust.

The mission of EBD is to develop an individualized remedial plan with the involvement of the employee that emphasizes education, training, and other creative interventions thereby promoting a more comprehensive and successful outcome.

EBD is an option to disciplinary suspensions. Employee rights are preserved while employees choose between suspension of pay or EBD. If an employee accepts EBD, he/she must complete all conditions of the EBD Agreement within the specified time period; if not, then he/she will be required to serve the full suspension and loss of pay. It is the Department's responsibility to make EBD classes available within one year from the date the EBD Agreement is signed. Whether or not EBD is utilized, all discipline is documented for purposes of progressive discipline.

The EBD "Discipline and Education Guide" in the final section of this handbook helps unit commanders to create an individualized EBD plan, while also allowing for employee input. It links behaviors with "Action Items Menus" of education options which are posted and updated on the EBD Intranet website. The menus list a multitude of suggested classes and action item options including the LASD Deputy Leadership Institute, 7 Habits of Highly Effective Law Enforcement (Franklin Covey), and writing a paper on what was learned. The LIFE (Lieutenants Interactive Forum for Education) class is a LASD decision-making class that is a mandatory part of every employee's EBD plan. While each employee can design and request his/her own EBD plan, the unit commander makes the final decision as to the employee's EBD plan.

The ultimate decision on the determination of discipline rests with Department executives.

The unit commander shall offer EBD to employees through an EBD Proposal as outlined on page 14. In cases involving progressive discipline, EBD may be offered. Discipline that involves discharge or demotion is not eligible for EBD. In addition, EBD may not be suitable as an alternative to discipline for certain policy violations; in these

cases, the decision to not offer EBD to an employee shall be made with the approval of the appropriate Division chief.

> **Note:** EBD shall not be offered as an alternative to discipline for violations of the following policies: unreasonable force; failure to report force; false statements; and failure to make statements and/or making false statements during a Department internal investigation; and, specific Policy of Equality sections: Discrimination (3-01/121.10), Sexual Harassment (3-01/121.15) and Retaliation (3-01/121.35). EBD may be offered as an alternative for other violations of the Policy of Equality if mitigating circumstances exist in which the employee would benefit from EBD. The concurrence of the Equity Oversight Panel (EOP) and approval of the employee's Division Chief must be obtained prior to offering EBD to the employee.
>
> For alcohol related and domestic violence related offenses, refer to the following sections labeled: EBD for Alcohol Related Incidents (page 15) and EBD for Domestic Violence Related Incidents (page 17). These sections will describe the manner in which EBD may be utilized for the indicated offense.

## EBD DEFINITIONS

### Action Items Menus

There are six Action Items Menus which provide recommended EBD classes and independent study options. EBD is completed on-duty.

### LIFE Class

The LIFE (Lieutenants Interactive Forum for Education) decision-making class is the foundational course for EBD. Each and every employee, who participates in EBD, regardless of the number of suspension days, shall attend the eight hour LIFE class as a component of EBD.

### EBD Education Credits

Each suspension day requires the completion of at least one EBD credit. Each four hours of EBD training equals one credit.

### EBD Evaluation

Each employee participating in EBD completes an EBD Evaluation. The EBD evaluation is a written memorandum in which the employee reflects upon their experience with the EBD process.

**Independent Study**

This is an option for EBD which may not involve classroom training. Credit for independent study needs to correlate with the amount of time an employee should spend on it. For example, if an employee is expected to spend twelve hours completing an independent study project, the employee should be given three EBD credits. This is consistent with the credit amounts awarded for classroom training.

Examples of independent study are as follows:

- An employee voluntarily agrees to prepare and present a briefing to co-workers regarding the circumstances regarding his/her conduct resulting in the participation in EBD. The unit commander can assign an EBD credit value of one or more credits depending on the time, effort, quantity and relevance of the briefing(s).
- An employee voluntarily agrees to prepare an in-depth topic specific research paper. The paper will be relevant to the behavior that resulted in his/her participation in EBD. The unit commander can assign one EBD credit for each four hours (on-duty) that an employee spends preparing the research paper.
- The employee voluntarily agrees to participate in a community based activity which is related to the circumstances regarding his/her conduct resulting in their participation in EBD. The unit commander can assign one EBD credit for each four hours (on-duty) that an employee spends providing community service.

Table 1 is an overview of how EBD is to be utilized for the indicated number of suspension days. The unit commander makes the final decision as to the classes and action items in the employee's EBD plan.

| **Table 1** | **EBD in Lieu of Suspensions** | |
|---|---|---|
| **Suspension Days** | **Minimum Credits*** | **Maximum number of suspension days covered by EBD** |
| 1 - 5 Days | 1 - 5 Credits | EBD shall be offered for days 1 - 5 of suspensions |
| 6 - 15 Days | 6 - 15 Credits | EBD may also be applied to days 6-15 by the unit commander with the approval of their Division Chief/Director. |
| 16 - 30 Days | No EBD Credits | No EBD will be utilized for suspensions days 16-30. |
| * A unit commander can require an employee to exceed the number of minimum credits needed to satisfy the number of days suspended. | | |

## EBD AND THE LETTER OF INTENT

At the time an employee is given a Letter of Intent, the unit commander shall give the EBD proposal (memo) to the employee. Prior to providing the EBD Proposal to an employee, they should ensure the relevant investigation concerning the employee has

been completed, and:

1. Ensure that employees have a right to file a grievance if they so choose.
2. The unit commander should mention to the employee he/she could consider discussing it with his/her representative if he/she chooses to.

**EBD PROPOSAL**

EBD can be offered to an employee as part of a Pre-Disposition Settlement Agreement (PDSA), or in a written EBD Proposal (see pages 23-24 for sample) when the Letter of Intent to Discipline is presented to an employee. The employee has the opportunity to review the EBD Proposal and must notify the unit commander within ten business days if the employee chooses to participate in EBD.

The EBD Proposal will include that the employee actively participate in his/her EBD plan, adjust his/her schedule as needed to attend EBD on duty, and other provisions that will be described in the EBD Agreement. At a minimum, each employee who chooses EBD will be required to participate in and complete a Lieutenants' Interactive Forum for Education (LIFE) class, and an EBD evaluation. An example of an EBD Proposal is found on pages 23-24. The EBD items listed and suspension days shown are exemplars only.

Grievances

If the employee files a grievance and the grievance is granted (resulting in a change in the findings and/or the number of suspension days), the Unit Commander *may* offer a revised EBD proposal to the employee. If the grievance is denied, the Unit Commander *may* offer EBD only if the Unit Commander believes that EBD is appropriate and only with the concurrence of the concerned Division Chief/Director.

**EBD AGREEMENT**

If an employee agrees to participate in EBD, the EBD Proposal will be used by Employee Relations Bureau personnel to document the EBD terms and requirements in an EBD Agreement (EBDA). The unit commander will work with the employee to adjust the employee's schedule so he/she can participate in EBD courses and EBD action items on-duty.

A statement must be included in the EBDA which describes what will occur in the event the employee does not complete the required EBD courses and/or Independent Study requirements. In order to avoid any confusion regarding an employee's failure to meet the agreed upon requirements of the EBDA, the following statement or its equivalent should be included in the EBDA:

1. The employee is required to actively participate in and complete all EBD courses and/or Independent Study requirements detailed in the EBD agreement by (date). Failure to comply with the terms of this EBD agreement will result in the imposition of the entire discipline described in the Letter of Intent that the

employee received regarding this investigation. A partial completion of the EBD agreement will not mitigate any portion of the discipline described in the Letter of Intent.

2. The employee's agreement to voluntarily participate in EBD will not prevent the suspension days from being reflected on the Personnel Performance Index (PPI). The suspension described in the Letter of Intent will be reflected on the employee's PPI. However, if an employee utilizes EBD, PPI will reflect that the terms of EBD are in progress or completed.

The Unit Commander must ensure that the employee is provided the opportunity to attend the required EBD courses and/or satisfy Independent Study requirements. The Unit Commander is responsible for tracking and ensuring that an employee fulfills the terms of the EBDA.

## EBD FOR ALCOHOL RELATED INCIDENTS

All employees committing alcohol related offenses will have an initial assessment by the Employee Support Services Bureau (ESSB) in order to participate in EBD. The purpose of the assessment is to recommend an appropriate EBD program to the unit commander for the employee. The assessment process may involve communication between the employee's unit commander and ESSB personnel when developing an EBD program. The assessment may require that an employee participate in treatment programs which will be conducted off-duty.

The use of EBD for alcohol related offenses will be an optional alternative form of discipline that is available to employees. However, due to the complexity of some alcohol related cases which involve court mandated participation in programs/classes, some portions of EBD for alcohol related incidents will be conducted while an employee is off-duty.

### Court Mandated Classes/Programs

ESSB will evaluate an employee's court mandated classes/programs and assign an EBD credit from zero credits to three credits. The assignment of EBD credits for the court mandated classes/programs is at the independent discretion of ESSB. The assignment of EBD credits for court mandated classes/programs is evaluated during the initial ESSB assessment of the employee. Based upon the ESSB assessment of the employee, EBD credits **may** be awarded for the court mandated classes/programs that the employee completed.

### ESSB Mandated Classes/Programs

ESSB will evaluate an employee that has chosen to participate in EBD. All classes/programs that ESSB identified as part of a "treatment program" will be conducted off-duty. Each treatment program will be assigned EBD credits for the employee's participation and successful completion of its requirements. ESSB may

require an employee to participate in a treatment program which may result in the employee earning more credits than is needed to satisfy the minimum number of unpaid suspension days that the employee received resulting from the discipline process.

Treatment programs identified by ESSB will be conducted in an off-duty status by the employee. Treatment programs do not appear on the Primary Course Listings found at EBD@lasd.org. However, any class that appears on the Primary Course Listing will be conducted in an on-duty capacity.

**EBD Offer to Employee by Unit Commander**

Any offer to an employee by the unit commander must include the recommendations made by ESSB. The unit commander can offer EBD to an employee in addition to court mandated classes/programs and ESSB treatment programs.

The unit commander may offer an employee to complete classes found on the Primary Course Listing found on the EBD web-page. Independent study may also be offered to an employee as part of EBD. These EBD classes and independent study options will be conducted in an on-duty capacity. The unit commander may require an employee to earn more credits than is needed to satisfy the minimum number of unpaid suspension days that the employee received resulting from the discipline process.

Table 2 provides a brief overview of the EBD process as it pertains to alcohol related offenses.

**Table 2 EBD Process for Alcohol Related Offenses**

| Suspension Days | Minimum Credits* | Court Mandated Classes or Programs | ESSB Assessment of Employee | Unit Commander Options for EBD |
|---|---|---|---|---|
| 1 - 15 Days | 1 - 15 Credits* | -Employee completes court mandated classes & programs<br>-Court mandates are conducted off-duty. | -Employee agrees to be assessed by ESSB<br>-ESSB *may* award EBD credits for court mandated classes & programs (0-3 EBD Credits).<br>-ESSB identifies classes and/or treatment programs for employee and awards appropriate EBD credits.<br>-Treatment programs are conducted off-duty. | -EBD proposal must include mandates of ESSB<br>-Unit Commander proposes EBD classes and/or Independent Study options to be completed by employee<br>-EBD classes and Independent Study options are conducted on-duty. |

* A unit commander can require an employee to exceed the number of minimum credits needed to satisfy the number of days suspended.

## EBD FOR DOMESTIC VIOLENCE RELATED INCIDENTS

All employees committing domestic violence related offenses will have an initial assessment by the Employee Support Services Bureau (ESSB) in order to participate in EBD. The purpose of the assessment is to recommend an appropriate EBD program to the unit commander for the employee. The assessment process may involve communication between the employee's unit commander and ESSB personnel when developing an EBD program. The assessment may require that an employee participate in treatment programs which will be conducted off-duty.

The use of EBD for domestic violence related offenses will be an optional alternative form of discipline that is available to employees. However, due to the complexity of some domestic violence related cases which involve court mandated participation in programs/classes, some portions of EBD for domestic violence related incidents will be conducted while an employee is off-duty.

### Court Mandated Classes/Programs

Employees involved in domestic violence related offenses will not receive EBD credit for their court mandated classes/programs.

### ESSB Mandated Classes/Programs

ESSB will evaluate an employee that has chosen to participate in EBD. All classes/programs that ESSB identified as part of a "treatment program" will be conducted off-duty. Each treatment program will be assigned EBD credits for the employee's participation and successful completion of its requirements. ESSB may require an employee to participate in a treatment program which may result in the employee earning more credits than is needed to satisfy the minimum number of unpaid suspension days that the employee received resulting from the discipline process.

Treatment programs will be identified by ESSB and be conducted in an off-duty status by the employee. Treatment programs do not appear on the Primary Course Listings found at EBD@lasd.org. However, any class that appears on the Primary Course Listing will be conducted in an on-duty capacity.

### EBD Offer to Employee by Unit Commander

Any offer to an employee by the unit commander must include the recommendations made by ESSB. The unit commander can offer EBD to an employee in addition to court mandated classes/programs and ESSB treatment programs.

The unit commander may offer an employee to complete classes found on the Primary Course Listing found at the EBD web-page. Independent study may also be offered to an employee as part of EBD. These EBD classes and independent study options will

be conducted in an on-duty capacity. The unit commander may require an employee to earn more credits than is needed to satisfy the minimum number of unpaid suspension days that the employee received resulting from the discipline process.

Table 3 provides a brief overview of the EBD process as it pertains to domestic violence related offenses.

| Table 3 | EBD Process for Domestic Violence Related Offenses | | | |
|---|---|---|---|---|
| Suspension Days | Minimum Credits* | Court Mandated Classes or Programs | ESSB Assessment of Employee | Unit Commander Options for EBD |
| 1 - 15 Days | 1 - 15 Credits* | -Employee completes court mandated classes & programs -Court mandates are conducted off-duty. | -Employee agrees to be assessed by ESSB -Employees do not receive EBD credit for mandated court classes & programs. -ESSB identifies classes and/or treatment programs for employee and awards appropriate EBD credits. -Treatment programs are conducted off-duty. | -EBD proposal must include mandates of ESSB -Unit Commander proposes EBD classes and/or Independent Study options to be completed by employee -EBD classes and Independent Study options are conducted on-duty. |
| * A unit commander can require an employee to exceed the number of minimum credits needed to satisfy the number of days suspended. | | | | |

## DISCIPLINE AND EDUCATION GUIDE

The EBD "Discipline and Education Guide" (pages 23-32) relates violations of policy to relevant behavioral descriptions. All violations of policy relate to one or more of these six behavioral descriptions:

**A**: Problem Solving and Self-Management
**B**: Skill Enhancement
**C**: Boundary Recognition
**D**: Substance Misuse/Abuse Awareness
**E**: Character Reinforcement
**e**: External Factors

Each of the six behavioral descriptions link with separate "Action Items Menus," which include classes and activities which may be used to complete the EBD credits in lieu of loss of pay. While "e: Mitigating and Aggravating Factors" is its own behavioral description, it can also potentially be relevant to any of the descriptions.

Unit Commanders are encouraged to select from the relevant listed classes and activities in the Action Items Menus, or may utilize unlisted classes and activities believed by the Unit Commander to be relevant. The Action Items Menus and classes currently available for each of the six behavioral descriptions can be reviewed on the EBD Intranet website.

The EBD courses and/or Independent Study requirements agreed upon by the employee and Unit Commander will be incorporated into a PDSA or an EBD Agreement.

## EBD and PROGRESSIVE DISCIPLINE

EBD may be offered to an employee when progressive discipline is a component of a founded investigation. The use of EBD where progressive discipline is being imposed upon an employee will be at the discretion of the unit commander and with the concurrence of the Division chief.

## EDUCATION-BASED DISCIPLINE UNIT

The EBD Unit will answer questions and provide information to unit commanders or their designates regarding EBD upon request. Recommended courses are accessible via the EBD Intranet website. The EBD website includes a variety of information about EBD. The EBD Unit is located at STARS Center, 11515 South Colima Road, M-106, Whittier, CA, 90604. The unit can be contacted at EBD@lasd.org or by phone at (562)946-7006.

## CORRECTIVE ACTION FOR PREVENTABLE TRAFFIC COLLISIONS

Each Department member is responsible for the care and condition of any vehicle assigned to them. Willful negligence and/or abuse of county vehicles can be grounds for disciplinary action.

The Department utilizes the Traffic Collision Point Reduction Class which is an example of Education Based Discipline. For any collision that is determined to be preventable, the collision will be classified as a Level One, Two, or Three collision.

- Level One collision is worth one point.
- Level Two collision is worth two points.
- Level Three collision is worth three points.
  - A Level Three collision can be worth four points if there was a notable disregard for safety and/or a life threatening injury.

The points can lead to an employee being assigned to a non-driving duty assignment.
The details regarding the accumulation of points and the consequences for an
employee are detailed in the Department's Manual of Policy and Procedures.
Additionally, employees that receive points due to traffic collision may opt to participate
in a Traffic Collision Point Reduction Class. The class is voluntary, conducted on the
employee's off-duty time, and may be used to exempt one point or a one point collision.
The class may only be taking once during a 36 month period. The class may not be
retroactively applied to prevent the imposition of an administrative action that has
already been reached.

Each Unit Commander is responsible for ensuring that corrective action is taken when
an employee has reached an action level requiring corrective action.

## ATTACHMENT A

**EBD PROCESS CHART:** This flow chart provides basic information about the EBD process. It does not include information should an employee utilize the grievance process. **<u>All employee protections remain intact.</u>** Contact the EBD Unit at ebd@lasd.org or (562) 946-7006 for additional information.

Letter of Intent is given to employee. An EBD Proposal memo ***shall*** be simultaneously given to the employee that lists EBD requirements.

⇩

Employee has 10 days to grieve/accept the discipline or accept the EBD Proposal.

⇩

-Grievance initiated: normal grievance procedures are followed. EBD is ***not*** offered after grievance.*

-Employee accepts suspension: the suspension is imposed.

⇩

-Employee chooses EBD: the terms of the Settlement Agreement (SA) are sent to Employee Relations (ER). ER writes the SA.

⇦

Employee enters into an EBD Settlement agreement where EBD is utilized.

⇩

Unit Commander chooses EBD classes for the employee.

⇩

Terms of the Settlement Agreement (SA) are sent to Employee Relations (ER). ER writes the SA.

⇩

ER returns the Settlement Agreement to the Unit for employee signature.

⇩

Once the SA is signed by the employee, unit level training sergeants/deputies can begin to schedule their personnel for EBD courses and requirements. The employee begins attending EBD courses and/or completing independent studies. The SA is returned to ER for processing; ER forwards the SA to Internal Affairs.

⇩

Contact the EBD Unit (EBD@lasd.org) to schedule employees for the LIFE Class and Ethics Class. All other classes pursuant to an EBD agreement are handled by the disciplined employee's training unit.

⇩

Employees must complete all EBD requirements within one year. However, it is expected that the classes be completed in 120 days. The Risk Management Bureau (RMB) will send a reminder email to a unit's operations lieutenant on a monthly basis. As each requirement is completed, the disciplined employee's unit must advise RMB via email (RiskManagementBureauEBD@lasd.org) that the class/requirement has been completed. RMB maintains a database which tracks all EBD requirements.

⇩

Once all EBD requirements have been completed, a disciplined employee must submit an EBD evaluation (final requirement). An e-copy of the completed evaluation is sent to RMB (RiskManagementBureauEBD@lasd.org) and the EBD Unit (EBD@lasd.org). Finally, submit a Captain to Captain memo to RMB detailing that the terms of the EBD Settlement Agreement have been satisfied.

* EBD may be offered if there is a change in the findings or reduction in the number of suspension days.

ATTACHMENT B

***(SAMPLE)***

COUNTY OF LOS ANGELES

**SHERIFF'S DEPARTMENT**

*A Tradition of Service Since 1850*

DATE:

OFFICE CORRESPONDENCE FILE:

FROM: UNIT COMMANDER, RANK
UNIT OF ASSIGNMENT

TO: EMPLOYEE, RANK
UNIT OF ASSIGNMENT

SUBJECT: **EDUCATION BASED DISCIPLINE PROPOSAL (EXEMPLAR)**

This memorandum details the EBD Proposal being offered to you by the unit commander. This EBD Proposal is an optional alternative to the unpaid suspension described in the Letter of Intent that you received regarding this investigation.

The unit commander is offering Education-Based Discipline as an alternative to your five (5) day unpaid suspension. The EBD agreement will include the following courses (or their equivalent as determined by the unit commander) and action items as an alternative to your suspension:

- Attend and complete the Lieutenants' Interactive Forum for Education (LIFE) Class (8 hours)
- Attend and complete the Tactical Communications Course (8 hours)
- Attend and complete the Anger Management Course (8 hours)
- Write an EBD evaluation reflecting on your experience with the EBD process

If you voluntarily agree to participate in EBD, an EBD Agreement will be generated by Employee Relations to document the terms and requirements of this EBD Proposal. The Department may adjust your schedule for you to participate in EBD courses and EBD action items, as EBD is conducted on-duty.

You are required to actively participate in and complete all EBD courses and/or Independent Study requirements detailed within the EBD Agreement. Failure to comply with the full and complete agreed upon terms of the EBD Agreement will

**ATTACHMENT B CONTINUE**

result in the imposition of the entire discipline described in the Letter of Intent that you received regarding this investigation. A partial completion of the EBD agreement will not mitigate any portion of the discipline described in the Letter of Intent.

Your agreement to voluntarily participate in EBD will not prevent the suspension days from being reflected on your Personnel Performance Index (PPI) or in your personnel file. However, by utilizing EBD, PPI will reflect that EBD is in progress or was completed. Participation and completion of EBD as an alternative to suspension means that your paycheck will not be reduced due to the suspension.

EBD is an option to disciplinary suspensions. Your rights are preserved, while you choose between suspension of pay or EBD. You have the right to seek representation to assist in reviewing your case and/or your EBD options. You have ten business days from today to provide a decision on the alternative EBD options or to file a grievance in accordance with your MOU. If you accept EBD, you must waive your rights to a grievance, and complete all conditions of the EBD Agreement within the specified time period, or you will be required to serve the full suspension and loss of pay. EBD or not, all discipline is documented for purposes of progressive discipline.

ATTACHMENT C

## EXAMPLES OF CAUSES FOR, AND NATURE OF DISCIPLINARY ACTIONS

The following list of causes for disciplinary action is representative only and not all-inclusive. The list of disciplinary actions is intended as a guide only and should not be imposed "automatically" in relation to actual infractions. It is impractical to establish a set of disciplinary actions which can be applied automatically to every offense and every employee.

***SPECIAL NOTE***

Discipline is expected to remain within the standard range in most instances. In the event circumstances warrant an upward or downward adjustment from the standard range, the Aggravating and Mitigating Factors must properly address and reflect the reason(s) for the downward or upward adjustment to the discipline. (see pages 11-12)

**Exception:** Sections which indicate "Discharge" (only) may not be adjusted.

# DISCIPLINE AND EDUCATION GUIDE

A: Problem Solving/Self-Management B: Skill Enhancement C: Boundary Recognition D: Substance Misuse/Abuse Awareness E: Character Reinforcement e: External Factors

| SECTION | TYPE OF VIOLATION | SPECIFIC VIOLATION | DISCIPLINARY OPTIONS | EBD OPTIONS | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3-01/000.13 | **Professional Conduct - Core Values** | | | | | | | | |
| | | Violating the Department's Core Values | W/R to discharge | A | | | | E | |
| 3-01/025.45 | **Safety of Firearms** | | | | | | | | |
| | | Unable to/Did not exercise reasonable care and/or control of firearm due to intoxication | 15 days to discharge | A | | | D | | |
| 3-01/030.05 | **General Behavior** | | | | | | | | |
| | | Conduct on or off duty which causes embarrassment to the Department | W/R to discharge | A | | C | D | E | e |
| | | Conduct on or off duty which causes embarrassment to the Department: Alcohol-related & belligerent/uncooperative with law enforcement | 15 days to discharge | A | | C | D | E | e |
| | | Inappropriate involvement in off-duty neighborhood/business disputes | W/R to 3 days | | | C | | E | |
| | | Assaultive behavior | 10 days to discharge | A | | | | E | |
| | | Drunk or disorderly in public | 10 days to discharge | A | | C | D | E | |
| | | Drunk or disorderly in public: Belligerent/uncooperative with law enforcement | 15 days to discharge | A | | C | D | E | |
| | | Inappropriate display of a weapon | 5-15 days | A | | C | | E | |
| | | Inappropriate display of a weapon: Alcohol-related | 15 days to discharge | A | | C | D | E | |
| | | Deceitful business transactions | 5-15 days | | | | | E | |
| | | Use of position or identification to solicit a gratuity or privilege | 1 day to discharge | | | C | | E | |
| 3-01/030.06 | **Inappropriate/Disorderly Conduct** | | | | | | | | |
| | | Drunk or disorderly in public | 10 days to discharge | A | | C | D | E | |
| | | Drunk or disorderly in public: Belligerent/uncooperative with law enforcement | 15 days to discharge | A | | C | D | E | |
| | | Sexual misconduct | 3 days to discharge | | | C | D | E | |
| | | Conspiring to violate law or policy | 3 days to discharge | | | | | E | |
| | | Lewd act in public | 3 days to discharge | | | C | | E | |
| 3-01/030.10 | **Obedience to Laws, Regulations and Orders** | | | | | | | | |
| | | Failure to carry out supervisory, managerial or executive duties and responsibilities adequately and promptly | W/R to discharge | A | B | C | | E | |
| | | Working back-to-back double shifts | W/R to 2 days | A | | C | | | e |
| | | Failure to remain at home during duty hours after calling in sick or injured (see also 3-01/040.10) | W/R to 2 days | | | | | E | e |
| | | Carrying an unauthorized weapon and/or ammunition | 3-20 days | | B | | | E | |
| | | Violation of court orders | 1-5 days | | | | | E | |
| | | Failure to follow instruction/orders | 1-5 days | | B | | | E | e |
| | | Endangering self, fellow employees or public by violation of safety rules, laws or ordinances | 1-5 days | A | B | C | | E | |

Exhibit "J"

# DISCIPLINE AND EDUCATION GUIDE

A: Problem Solving/Self-Management B: Skill Enhancement C: Boundary Recognition D: Substance Misuse/Abuse Awareness E: Character Reinforcement e: External Factors

| SECTION | TYPE OF VIOLATION | SPECIFIC VIOLATION | DISCIPLINARY OPTIONS | EBD OPTIONS | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Inappropriate display of a weapon | 5-15 days | A | | C | | E | |
| | | Inappropriate display of a weapon: Alcohol-related | 15 days to discharge | A | | C | D | E | |
| | | Off-duty drunk driving (must show job nexus for civilian) | 15 days | A | | | D | E | |
| | | On or off-duty drunk driving with BAC of .16 or higher (must show job nexus for civilian) | 16-30 days | A | | | D | E | |
| | | Off-duty drunk driving (must show job nexus for civilian): Belligerent/uncooperative with law enforcement | 15 days to discharge | A | | | D | E | |
| | | Off-duty drunk driving with collision | 20-30 days | A | | | D | E | |
| | | Off-duty drunk driving with collision: Belligerent/uncooperative with law enforcement | 20 days to discharge | A | | | D | E | |
| | | Second drunk driving incident | Discharge | | | | | | |
| | | Operating County vehicles, equipment or employee's own vehicle for County business while impaired due to alcohol and/or drugs | 15-30 days | A | | | D | E | |
| | | Operating County vehicles, equipment or employee's own vehicle for County business while impaired due to alcohol and/or drugs: Belligerent/uncooperative with law enforcement | 15 days to discharge | A | | | D | E | |
| | | Any form of cheating in a County Civil Service examination, including but not limited to unauthorized possession, use or distribution of examination material, participating in an examination for another person | Do not hire; Discharge employee | | | | | | |
| | | Refusal to submit to or take any oath or affirmation required by law or ordinance | Do not hire; Discharge employee | | | | | | |
| | | Refusal to take a medical or psychological examination as required by Civil Service rules, county ordinance or lawful order | Do not hire; Discharge employee | | | | | | |
| | | Refusal to be fingerprinted | Do not hire; Discharge employee | | | | | | |
| 3-01/030.10 | Obedience to Laws, Regulations and Orders | | | | | | | | |
| | | Insubordination or refusal to act as directed by supervisor or higher ranking personnel | 10 days to discharge | A | | C | | E | e |
| | | Theft (must show job nexus for professional staff) | Discharge | | | | | | |
| | | Lying during a criminal investigation regarding a material matter | Discharge | | | | | | |
| | | Knowingly giving false testimony, under oath, regarding a material matter | Discharge | | | | | | |
| | | Felony conviction (includes pleas to felony later reduced to misdemeanor) | Discharge | | | | | | |
| | | Violating the Inmate Anti-Retaliation Policy (CDM 5-12/0005.05 Anti-Retaliation Policy) | 5 days to discharge | A | | | | E | |
| 3-01/030.15 | Conduct Toward Others | | | | | | | | |
| | | Discourtesy or profanity toward Department member | W/R to 10 days | A | B | C | | E | |
| | | Discourtesy or profanity toward Department members: Alcohol-related & belligerent/uncooperative with law enforcement | 15 days to discharge | A | B | C | D | E | |
| | | Traffic incidents-Unnecessary action or confrontations with another motorist or pedestrian on or off duty | 1-5 days | A | | C | | E | |
| | | Discourtesy or profanity toward the public | W/R to 10 days | A | | C | | E | |
| | | Discourtesy or profanity toward the public: Alcohol-related & belligerent/uncooperative with law enforcement | 15 days to discharge | A | | C | D | E | |

# DISCIPLINE AND EDUCATION GUIDE

A: Problem Solving/Self-Management B: Skill Enhancement C: Boundary Recognition D: Substance Misuse/Abuse Awareness E: Character Reinforcement e: External Factors

| SECTION | TYPE OF VIOLATION | SPECIFIC VIOLATION | DISCIPLINARY OPTIONS | EBD OPTIONS |
|---|---|---|---|---|
| | | Threats of bodily injury to Department member | 5-10 days | A C E |
| 3-01/030.16 | **Family Violence** | | | |
| | | Domestic Violence | 5 days to discharge | A E |
| 3-01/030.23 | **Workplace Violence** | | | |
| | | Threats of bodily injury to Department member | 5-10 days | A C E |
| | | Assault or battery against Department member | 10 days to discharge | A C E |
| 3-01/030.27 | **Retaliation** | | | |
| | | Retaliation | 10 days to discharge | A C E |
| 3-01/030.35 | **Unnecessary Interference** | | | |
| | | Inappropriate involvement in a law enforcement matter | 3-5 days | C E |
| | | Failure to cooperate/interfering with the investigation of another law enforcement agency | 3-7 days | C E |
| | | Failure to cooperate/interfering with the investigation of another law enforcement agency: Alcohol-related & belligerent/uncooperative with law enforcement | 15 days to discharge | C D E |
| 3-01/030.40 | **Use of Alcohol** | | | |
| | | Under the influence of alcohol while on duty | 10 days to discharge | A D E |
| | | Under the influence of alcohol while on duty: Belligerent/uncooperative with law enforcement | 15 days to discharge | A D E |
| | | Operating County vehicles, equipment or employee's own vehicle for County business while impaired due to alcohol and/or drugs | 15-30 days | A D E |
| | | Operating County vehicles, equipment or employee's own vehicle for County business while impaired due to alcohol and/or drugs: Belligerent/uncooperative with law enforcement | 15 days to discharge | A D E |
| 3-01/030.45 | **Use of Drugs or Narcotics** | | | |
| | | Abuse of over the counter or prescription drugs on-duty | 10-15 days | A D E |
| | | Operating County vehicles, equipment or employee's own vehicle for County business while impaired due to alcohol and/or drugs | 15-30 days | A D E |
| | | Use or possession of marijuana, a narcotic, or other controlled substances | Discharge | |
| 3-01/030.55 | **Sleeping on Duty** | | | |
| | | Asleep on duty | 1-5 days | A |
| 3-01/030.60 | **Gambling** | | | |
| | | Participating in gambling activities | W/R to Discharge | A E |
| 3-01/030.70 | **Discrimination/Harassment by Department Employees** | | | |
| *This section should only be used if the incident occurred prior to Jan 5, 2003. See Policy of Equality section (3-01/121.00) if incident occurred after Jan 5, 2003. | | Making racial, ethnic or gender insults to anyone | 3 days to discharge | A C E |
| | | Racial/Ethnic harassment | 10 days to discharge | A C E |
| 3-01/030.72 | **Sexual Harassment and Retaliation Policy** | | | |

# DISCIPLINE AND EDUCATION GUIDE

A: Problem Solving/Self-Management B: Skill Enhancement C: Boundary Recognition D: Substance Misuse/Abuse Awareness E: Character Reinforcement e: External Factors

| SECTION | TYPE OF VIOLATION | SPECIFIC VIOLATION | DISCIPLINARY OPTIONS | EBD OPTIONS |
|---|---|---|---|---|
| *This section should only be used if the incident occurred prior to Jan 5, 2003. See Policy of Equality section (3-01/121.00) if incident occurred after Jan 5, 2003. | | Sexual Harassment | 10 days to discharge | C E |
| 3-01/030.73 | **Hazing** | | | |
| | | Intimidation, threats or hazing of Department member | 3 days to discharge | A B C E |
| 3-01/030.75 | **Bribes, Rewards, Loans, Gifts Favors** | | | |
| | | Use of position or identification to solicit a gratuity or privilege | 1 day to discharge | C E |
| 3-01/030.85 | **Derogatory Language** | | | |
| | | Discourtesy or profanity toward Department members | W/R to 10 days | A C E |
| | | Discourtesy or profanity toward Department members: Alcohol-related & belligerent/uncooperative with law enforcement | 15 days to discharge | A C D E |
| | | Discourtesy or profanity toward public | W/R to 10 days | A C E |
| | | Discourtesy or profanity toward public: Alcohol-related & belligerent/uncooperative with law enforcement | 15 days to discharge | A C D E |
| 3-01/040.10 | **Injured or Ill While Off Duty** | | | |
| | | Failure to remain at home during duty hours after calling in sick or injured (see also 3-01/030.10) | W/R to 2 days | B E |
| 3-01/040.15 | **Care of County Property and Equipment** | | | |
| | | Care of County property and equipment | W/R to 5 days | A B E |
| 3-01/040.35 | **Money and Property of Others** | | | |
| | | Money and property of others | W/R to 5 days | B E |
| 3-01/040.40 | **Misappropriation of Property** | | | |
| | | Misappropriation or misuse of County equipment, property or supplies | 3-5 days | C E |
| 3-01/040.45 | **Safeguarding Money, Property, and Evidence** | | | |
| | | Safeguarding money, property, and evidence | W/R to 10 days | B C E |
| 3-01/040.50 | **Care of Identification Items** | | | |
| | | Care of identifications items | W/R to 5 days | B E |
| 3-01/040.65 | **Tampering with Evidence** | | | |
| | | Falsification, fabrication, alteration or planting of evidence | Discharge | |
| 3-01/040.70 | **False Statements** | | | |
| | | Lying to a supervisor | 10 days to discharge | |
| | | Lying to a supervisor about a force incident | 20 days to discharge | |
| | | Falsifying reports related to a force incident | 20 days to discharge | |
| | | Lying under oath | Discharge | |
| 3-01/040.75 | **Failure to Make Statements, and/or Making False Statements During Departmental Internal Investigations** | | | |
| | | Knowingly giving untruthful or misleading statements during internal investigations | 25 days to discharge | |
| 3-01/040.76 | **Obstructing an Investigation** | | | |

Exhibit "J"

# DISCIPLINE AND EDUCATION GUIDE

A: Problem Solving/Self-Management  B: Skill Enhancement  C: Boundary Recognition  D: Substance Misuse/Abuse Awareness  E: Character Reinforcement  e: External Factors

| SECTION | TYPE OF VIOLATION | SPECIFIC VIOLATION | DISCIPLINARY OPTIONS | EBD OPTIONS | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Knowingly giving untruthful or misleading statements during criminal investigation | 25 days to discharge | | | | | | |
| 3-01/040.85 | Cooperation During Criminal Investigation | | | | | | | | |
| | | Knowingly giving untruthful or misleading statements during criminal investigation | 25 days to discharge | | | | | | |
| | | Failure to cooperate with the investigation of another law enforcement agency | 10-15 days | | | | | E | |
| | | Failure to cooperate with the investigation of another law enforcement agency: Alcohol-related & belligerent/uncooperative with law enforcement | 15 days to discharge | | | | D | E | |
| | | Interfering with an investigation | 10 days to discharge | | | | | E | |
| 3-01/040.90 | Reporting Information | | | | | | | | |
| | | Failure to notify local police agency of an incident requiring police involvement | W/R to 10 days | | | | | E | e |
| | | Failure to report a traffic collision and/or complete a report of damage | W/R to 10 days | | | | | E | |
| | | Failure to notify Department of an off-duty incident | 3-10 days | | | | | E | e |
| 3-01/040.95 | Confidential Information | | | | | | | | |
| | | Providing confidential information to unauthorized individuals for unofficial and/or non-work related purposes | 3-15 days | | | | | E | |
| | | Improper disclosure/use of confidential information for personal gain | 15 days to discharge | | | | | E | |
| 3-01/040.97 | Safeguarding Persons in Custody | | | | | | | | |
| | | Safeguarding persons in custody | W/R to 10 days | | B | | | E | |
| 3-01/050.05 | Performance of Duty | | | | | | | | |
| | | Unauthorized use of County telephones and photocopy machines for personal use. | W/R to 3 days | | | | | E | |
| | | Leaving assigned post without permission | 1-5 days | | | | | E | e |
| 3-01/050.10 | Performance to Standards | | | | | | | | |
| | | **Members shall maintain sufficient competency to properly perform their duties and assume the responsibilities of their positions. Members shall perform their duties in a manner which will tend to establish and maintain the highest standard of efficiency in carrying out the functions and objectives of the Department. | | | | | | | |
| | | Incompetence may be demonstrated by: | | | | | | | |
| | | A lack of knowledge of the application of laws required to be enforced | W/R to discharge | | B | | | | |
| | | An unwillingness or inability to perform assigned tasks | W/R to discharge | | B | | | E | e |
| | | The failure to conform to work standards established for the member's rank or position | W/R to discharge | | B | | | E | |
| | | Failure to take appropriate action on the occasion of a crime, disorder, other condition deserving police attention | W/R to discharge | | B | | | | e |
| | | Absence without leave | W/R to discharge | | | | | E | e |
| | | Unnecessary absence from an assigned area during tour of duty | W/R to discharge | A | | | | | e |
| | | Failure to carry required equipment | W/R to 5 days | | B | | | | e |
| | | Excessive or patterned absenteeism | 1-5 days | A | | | D | | e |
| | | Careless/Negligent handling of weapon resulting in discharge of weapon | 1-5 days | | B | | | E | |
| | | Careless/Negligent handling of weapon resulting in discharge of weapon: Alcohol-related | 15 days to discharge | A | B | | D | E | |
| | | Erroneous Releases | W/R to 5 days | | B | | | | |

# DISCIPLINE AND EDUCATION GUIDE

A: Problem Solving/Self-Management B: Skill Enhancement C: Boundary Recognition D: Substance Misuse/Abuse Awareness E: Character Reinforcement e: External Factors

| SECTION | TYPE OF VIOLATION | SPECIFIC VIOLATION | DISCIPLINARY OPTIONS | EBD OPTIONS | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3-01/050.20 | Duties of All Members | | | | | | | | |
| | | Failure to follow instruction/orders | 1-5 days | A | | | | E | |
| 3-01/050.30 | Off-Duty Incidents | | | | | | | | |
| | | Failure to notify the Department of an off-duty incident | 3-10 days | | | | | E | |
| | | Conduct off-duty which causes embarrassment to the Department | W/R to discharge | A | | | | E | |
| | | Conduct off-duty which causes embarrassment to the Department: Alcohol-related & belligerent/uncooperative with law enforcement | 15 days to discharge | A | | | D | E | |
| 3-01/050.45 | Punctuality | | | | | | | | |
| | | Excessive tardiness | 1-5 days | A | | | D | | e |
| 3-01/050.50 | Absence | | | | | | | | |
| | | Misuse of sick time; abuse of sick leave | 1-3 days | A | | | D | | e |
| | | Excessive or patterned absenteeism | 1-5 days | A | | | D | | e |
| | | Unauthorized absence | 1-10 days | A | | | D | | e |
| 3-01/050.65 | Shooting Requirements | | | | | | | | |
| | | Shooting requirements | W/R to 3 days | | B | | | E | |
| 3-01/050.70 | Failure to Shoot | | | | | | | | |
| | | Failure to shoot | W/R to 3 days | A | | | | E | |
| 3-01/050.80 | Grooming and Dress Standards | | | | | | | | |
| | | Grooming and Dress Standards | W/R to 10 days | A | B | | | | |
| 3-01/050.85 | Fraternization | | | | | | | | |
| | | Fraternization with an inmate | Discharge | | | | | | |
| | | Smuggling of contraband into a custody facility | Discharge | | | | | | |
| 3-01/050.90 | Prohibited Association | | | | | | | | |
| | | Prohibited association with person(s) of a "notorious" reputation in the community | Discharge | | | | | | |
| 3-01/060.25 | Department Approval of Outside Employment | | | | | | | | |
| | | Failure to report outside employment | 1-3 days | | | | | E | |
| 3-01/060.30 | Prohibited Employment | | | | | | | | |
| | | Engaging in employment or activity constituting conflict or potential conflict of interest | 10-15 days | | | C | | E | |
| 3-01/070.05 | Political Activity | | | | | | | | |
| | | Unauthorized use of Department position, uniform or equipment on behalf of a political candidate/issue | W/R to 5 days | | | C | | E | |
| 3-01/090.05 | Use of County Vehicles | | | | | | | | |
| | | Use of County vehicle without authorization | W/R to 5 days | | | | | E | |
| 3-01/090.07 | Use of Seatbelts | | | | | | | | |
| | | Failure to wear seatbelt (* EBD for 1 day only; EBD must be attending the "Below 100 Initiative" training) | 2-4 days | * | | | | | |
| | | Second violation | 5-8 days | | | | | | |

# DISCIPLINE AND EDUCATION GUIDE

A: Problem Solving/Self-Management B: Skill Enhancement C: Boundary Recognition D: Substance Misuse/Abuse Awareness E: Character Reinforcement e: External Factors

| SECTION | TYPE OF VIOLATION | SPECIFIC VIOLATION | DISCIPLINARY OPTIONS | EBD OPTIONS | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | A | B | C | D | E | e |
| | | Third violation | 9-12 days | | | | | | |
| 3-01/090.10 | **Operation of Vehicles** | | | | | | | | |
| (This section is held in abeyance until 03/24/07, per Operational Agreement #08-04) | | Negligent Driving | W/R to 2 days | | B | | | E | |
| | | Negligent Driving - Collision | 1-3 days | | B | | | E | |
| | | Negligent Driving - Collision with injuries; member was primary cause | 2-5 days | | B | | | E | |
| | | Dangerous Driving | 3-5 days | | B | | | E | |
| | | Dangerous Driving - Collision | 5-10 days | | B | | | E | |
| | | Dangerous Driving - Collision with injuries; member was primary cause | 7-15 days | | B | | | E | |
| | | Operating County vehicles, equipment or employee's own vehicle for County business while impaired due to alcohol and/or drugs | 15-30 days | | B | | D | E | |
| 3-01/090.15 | **Unauthorized Persons in County Vehicles** | | | | | | | | |
| | | Unauthorized persons in County vehicles | W/R to 3 days | | | | | E | |
| 3-01/090.20 | **Use of County Vehicle Outside County Limits** | | | | | | | | |
| | | Use of County vehicle outside county limits | W/R to 3 days | | | | | E | |
| 3-01/090.25 | **Collisions or Damage** | | | | | | | | |
| | | Failure to report a traffic collision and/or complete a report of damage | W/R to 10 days | | | | | E | |
| 3-01/100.10 | **Signatures on Official Communications** | | | | | | | | |
| | | Signatures on official communications | W/R to 3 days | | | | | E | |
| 3-01/100.25 | **Use of Department Letterhead** | | | | | | | | |
| | | Use of Department letterhead | W/R to 3 days | | | | | E | |
| 3-01/100.35 | **False Information in Records** | | | | | | | | |
| | | Falsification of internal documents or communications | 10 days to discharge | | | | | E | |
| | | Falsification of official reports or records | 20 days to discharge | | | | | | |
| | | Falsification of application or omission of information for employment or promotion when it materially affects acceptance or rejection for employment or promotion | Do not hire; Discharge employee | | | | | | |
| | | Falsification of time records or financial records (travel, mileage, overtime, etc.) for fraudulent purposes | Discharge | | | | | | |
| 3-01/100.40 | **Removal of Records** | | | | | | | | |
| | | Removal of records | Discharge | | | | | | |
| 3-01/100.45 | **Use of Communications Equipment** | | | | | | | | |
| | | Unauthorized use of County telephones and photocopy machines for personal use | W/R to 3 days | | | | | E | |
| | | Unauthorized or inappropriate use of County communication equipment (MDCS, Radio, JDIC, Fax and Computer Equipment) | 1-5 days | | B | | | E | |
| | | Unauthorized access to confidential information | 5-15 days | | | | | E | |
| | | Improper disclosure/use of confidential information for personal gain | 15 days to discharge | | | C | | E | |
| 3-01/110.35 | **Transportation of Females** | | | | | | | | |
| | | Unauthorized transportation of females without a female Department member present | W/R to 2 days | | | C | | E | |

# DISCIPLINE AND EDUCATION GUIDE

A: Problem Solving/Self-Management B: Skill Enhancement C: Boundary Recognition D: Substance Misuse/Abuse Awareness E: Character Reinforcement e: External Factors

| SECTION | TYPE OF VIOLATION | SPECIFIC VIOLATION | DISCIPLINARY OPTIONS | EBD OPTIONS A | B | C | D | E | e |
|---|---|---|---|---|---|---|---|---|---|
| 3-01/110.55 | **Safety Policy** | | | | | | | | |
| | | Misuse/Non-use of safety equipment | W/R to 1 day | | B | | | E | |
| 3-01/121.00 | **Policy of Equality (Core Values and Purpose)** | | | | | | | | |
| | | 3-01/121.05 Policy of Equality - Prohibited Conduct | | | B | C | | E | |
| | | 3-01/121.10 Policy of Equality - Discrimination | 5 days to discharge | | B | C | | E | |
| | | 3-01/121.15 Policy of Equality - Sexual Harassment | 5 days to discharge | | B | C | | E | |
| | | 3-01/121.20 Policy of Equality - Discriminatory Harassment (other than sexual) | 5 days to discharge | | B | C | | E | |
| | | 3-01/121.25 Policy of Equality - Third Person Harassment | W/R to discharge | | B | C | | E | |
| | | 3-01/121.30 Policy of Equality - Inappropriate Conduct Toward Others | W/R to discharge | | B | C | | E | |
| | | 3-01/121.35 Policy of Equality - Retaliation | 5 days to discharge | | B | C | | E | |
| | | 3-01/121.50 Policy of Equality - Duty to Cooperate | W/R to discharge | | B | | | | e |
| | | 3-01/122.05 Policy of Equality Procedures - Duties of Supervisors and Managers - Failure to Report | W/R to discharge | | B | | | E | |
| 3-07/210.00 | **Permissible Use** | | | | | | | | |
| | | ***Use 3-01/030.10, Obedience to Laws, Regulations and Orders and reference to above section.** | W/R to discharge | | B | | | E | |
| 3-07/220.00 | **Prohibitions** | | | | | | | | |
| | | Use of Department communications equipment to send unofficial and Unsolicited email, graphics, videos and/or messages to others<br>***Use 3-01/030.10, Obedience to Laws, Regulations and Orders and reference to above section.** | W/R to 10 days | | B | | | E | |
| | | Use of Department computers for playing computer games<br>***Use 3-01/030.10, Obedience to Laws, Regulations and Orders and reference to above section.** | W/R to 10 days | | | | | E | |
| 3-10/000.00 | **Force Prevention Policy / Preamble to Use of Force Policy** | | | | | | | | |
| | | Violating the force prevention policy<br>***Use 3-01/030.10, Obedience to Laws, Regulations and Orders and reference to above section.** | W/R to 15 days | A | B | | | | |
| 3-10/030.00 | **Unreasonable Force** | | | | | | | | |
| | | Use of unreasonable force (category 1 & 2 force) | 15-30 days | | | | | | |
| | | Use of unreasonable force (category 3 force) | 30 days to discharge | | | | | | |
| 3-10/100.00 | **Use of Force Reporting and Review Procedures** | | | | | | | | |
| | | Failure to report use of force<br>***Use 3-01/030.10, Obedience to Laws, Regulations and Orders and reference to above section.** | 15 days to discharge | | | | | | |
| | | Failure to report witnessed force.<br>***Use 3-01/030.10, Obedience to Laws, Regulations and Orders and reference to above section.** | 5-15 days | | | | | | |
| | | Violating the force prevention policy<br>***Use 3-01/030.10, Obedience to Laws, Regulations and Orders and reference to above section.** | W/R to 15 days | A | B | | | | |
| 5-09/200.25 | **Use of Code 3 - Authority/Responsibility** | | | | | | | | |
| | | Violation of Code 3 policy<br>***Use 3-01/030.10, Obedience to Laws, Regulations and Orders and reference to above section.** | W/R to 5 days | | B | | | E | |
| | | Unauthorized participation in a pursuit.<br>***Use 3-01/030.10, Obedience to Laws, Regulations and Orders and reference to above section.** | 3-10 days | | B | | | E | |

# DISCIPLINE AND EDUCATION GUIDE

A: Problem Solving/Self-Management B: Skill Enhancement C: Boundary Recognition D: Substance Misuse/Abuse Awareness E: Character Reinforcement e: External Factors

| SECTION | TYPE OF VIOLATION | SPECIFIC VIOLATION | DISCIPLINARY OPTIONS | EBD OPTIONS | | | |
|---|---|---|---|---|---|---|---|
| | | Providing misleading pursuit conditions/reasons to Watch Commander<br>***Use 3-01/030.10, Obedience to Laws, Regulations and Orders and reference to above section.** | 10-15 days | B | | | E |
| 5-09/210.02 | **Initiation of A Pursuit** | | | | | | |
| | | Unauthorized Pursuit<br>***Use 3-01/030.10, Obedience to Laws, Regulations and Orders and reference to above section.** | 1-15 days | B | | | E |
| 5-09/210.05 | **Abandonment of a Pursuit** | | | | | | |
| | | Remaining in a canceled pursuit<br>***Use 3-01/030.10, Obedience to Laws, Regulations and Orders and reference to above section.** | 10-15 days | B | | | E |
| 5-09/210.10 | **Control of a Pursuit** | | | | | | |
| | | Failure to notify SCC and receive acknowledgment prior to initiating a Code 3 response<br>***Use 3-01/030.10, Obedience to Laws, Regulations and Orders and reference to above section.** | 1-3 days | B | | | E |
| | | Failure to discontinue pursuit<br>***Use 3-01/030.10, Obedience to Laws, Regulations and Orders and reference to above section.** | 5-15 days | B | | | E |
| | | Supervisors failure to cancel pursuit<br>***Use 3-01/030.10, Obedience to Laws, Regulations and Orders and reference to above section.** | 3-15 days | B | | | E |
| 5-09/210.15 | **Vehicle Operation and Tactics** | | | | | | |
| | | Failure to clear an intersection lane-by-lane<br>***Use 3-01/030.10, Obedience to Laws, Regulations and Orders and reference to above section.** | W/R to 3 days | B | | | E |

GREEN & SHINEE
ATTORNEYS AT LAW

RICHARD A. SHINEE
HELEN L. SCHWAB
ELIZABETH J. GIBBONS
MITCHELL S. KANDER
AUDRA C. CALL
LESLIE L. WILCOX
AMANDA J. WATERS
MAUREEN U. OKWUOSA

A PROFESSIONAL CORPORATION
16055 VENTURA BOULEVARD, SUITE 1000
ENCINO, CALIFORNIA 91436 / 2680

TELEPHONE: (818) 986-2440
FACSIMILE: (818) 789-1503

HARRY BENTON GREEN
1942-1996

OF COUNSEL
GOLDSCHMID, SILVER & SPINDEL

December 19, 2014

**VIA FAX & U.S. MAIL**

Sheriff Jim McDonnell
County of Los Angeles, Sheriff's Department
4700 Ramona Boulevard
Monterey Park, CA 91754-2169

Re: ALADS D
*Alex Rosas* *v. Leroy Baca, et al.*
USDC Cas

Dear Sheriff McDonnell:

This is a follow up to my December 16, 2014 letter to you with regard to discussions between the Sheriff's Department and the United States Department of Justice related to a pending consent decree, memorandum of agreement and/or memorandum of understanding concerning the Los Angeles County jails.

I write to you today regarding a separate and distinct matter, *Rosas, et al. v. Baca, et al.*, USDC Case No. 12-CV-00428. ALADS has learned that the Sheriff's Department has been engaged in settlement discussions with the ACLU to resolve that litigation.

According to the Times's editorial, the *Rosas* settlement agreement includes terms which impose upon the Department, and therefore all ALADS members, a long list of policy directives covering the training of deputies, use of force, data and complaint tracking, and staffing at the County's jail facilities. As stated in my December 16, 2014 correspondence, these topics are mandatory subjects of negotiations and, again, ALADS demands that no further discussions be held until such time as ALADS has been given an adequate briefing by the Sheriff's Department including an exchange of documents that have been produced by these discussions to date.

I have been further advised that the Sheriff's Department's Labor Relations unit was not advised of the discussions between the Plaintiffs, the Federal Judge and the Sheriff's Department in connection with the settlement of the *Rosas* litigation. As a result of this lack of communication, ALADS was also not advised of the *Rosas* negotiations, as is required by law.

Page 2
Green & Shinee
December 19, 2014
To:     Sheriff Jim McDonnell
Re:     ALADS Request to Meet and Confer

Once again, as this matter is subject to mandatory bargaining, this will serve to request that you direct Employee Relations to provide ALADS notice and the opportunity to negotiate over this matter.

Thank you again for your anticipated courtesy and cooperation.

Very truly yours,

GREEN & SHINEE, A P.C.

By:     RICHARD A. SHINEE

RAS:plm
cc:     Jeff Steck, President, ALADS
        Les Robbins, Executive Director, ALADS
        ALADS Board of Directors
14-0406\DLJMcDonnell141219.plm

Exhibit "K"
70