14-0406\POBJEVID150224.ejg
GREEN & SHINEE, P.C.
ELIZABETH J. GIBBONS
Bar No. 147033
Attorneys at Law
16055 Ventura Boulevard
Suite 1000
Encino, California 91436
(818) 986-2440

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS, et al., | Civ. No. 2:12 CV 00428-DDP-SH |
| Plaintiffs | **INTERVENOR'S OBJECTIONS TO EVIDENCE FILED IN SUPPORT OF EACH PLAINTIFFS' AND DEFENDANTS' OPPOSITIONS TO PLAINTIFFS' MOTION FOR INTERVENTION** |
| v. | |
| JIM MCDONNELL, Sheriff of Los Angeles County, in his official capacity, | |
| Defendant | |
| ASSOCIATION FOR LOS ANGELES DEPUTY SHERIFFS, On Behalf of Its Members, | DATE:        March 9, 2015<br>TIME:        10:00 A.M.<br>PLACE:      Ctrm 3<br>              Hon. Dean D. Pregerson |
| Proposed Intervener | |

Proposed Interveners, the Association for Los Angeles Deputy Sheriffs, object to the following portions of the Declaration of Daniel Dyer, which was filed in support of Defendant's opposition to ALADS's motion for intervention; the Declaration of John S. Durrant and the Declaration of Esther Lim, filed in support of Plaintiffs' opposition to ALADS' motion to intervene.

**OBJECTIONS TO DECLARATION OF DANIEL DYER**

**OBJECTION NO. 1:**

Declaration of Daniel Dyer ("Dyer Decl."), ¶ 3, p. 19: 23-28 to p. 20: 1-4.

**Grounds for Objection:** Lack of personal knowledge; lack of foundation; speculation.  Fed. R. Evid. 602.

1

**Ruling**: ___ Sustained    ___ Overruled

**OBJECTION NO. 2:**

Dyer Decl., ¶ 4, p. 20:5-8.

**Grounds for Objection:**  Lack of personal knowledge; lack of foundation; speculation.  Fed. R. Evid. 602.

**Ruling**: ___ Sustained    ___ Overruled

**OBJECTION NO. 3:**

Dyer Decl., ¶ 5, p. 20:9-14

**Grounds for Objection:** Lack of personal knowledge; lack of foundation; speculation.  Fed. R. Evid. 602.

**Ruling**: ___ Sustained    ___ Overruled

**OBJECTION NO. 4:**

Dyer Decl. ¶5, p. 20: 17-20

**Grounds for Objection:**  Inadmissible legal conclusion Fed. R. Evid.602.

**Ruling**: ___ Sustained    ___ Overruled

**OBJECTION NO. 5:**

Dyer Decl. ¶ 5, p. 20:20-22.

**Grounds for Objection:**  Irrelevant and immaterial Fed. R. Evid. 401; Inadmissible opinion. Fed. R. Evid. 602.

**Ruling**: ___ Sustained    ___ Overruled

**OBJECTION NO. 6:**

Dyer Decl. ¶7, p. 21: 3-5.

**Grounds for Objection:**  Inadmissible legal conclusion Fed. R. Evid.602, Irrelevant and immaterial Fed. R. Evid. 401; Inadmissible opinion. Fed. R. Evid. 602.

**Ruling**: ___ Sustained    ___ Overruled

**OBJECTION NO. 7:**

Dyer Decl. ¶ 7, p. 21: 6-23.

**Grounds for Objection:** Inadmissible legal conclusion Fed. R. Evid.602; Irrelevant and immaterial Fed. R. Evid. 401; Inadmissible opinion. Fed. R. Evid. 602; Lack of foundation and speculation Fed. R. Evid. 602.

**Ruling**: _____ Sustained _____ Overruled

**OBJECTION NO. 8:**

Dyer Decl. ¶ 8, p. 21: 24-28 through p. 22: 1-12.

**Grounds for Objection:** Inadmissible legal conclusion Fed. R. Evid.602; Irrelevant and immaterial Fed. R. Evid. 401; Inadmissible opinion. Fed. R. Evid. 602; Lack of foundation and speculation Fed. R. Evid. 602.

**Ruling**: _____ Sustained _____ Overruled

**OBJECTION NO. 9:**

Dyer Decl. ¶ 9, p. 21: 24-28 through p. 22: 1-12.

**Grounds for Objection:** Inadmissible legal conclusion Fed. R. Evid.602; Irrelevant and immaterial Fed. R. Evid. 401; Inadmissible opinion. Fed. R. Evid. 602; Lack of foundation and speculation Fed. R. Evid. 602; improper argument.

**Ruling**: _____ Sustained _____ Overruled

**OBJECTION NO. 10:**

Dyer Decl. ¶ 10, p. 22: 24-28 through p. 23: 1-27.

**Grounds for Objection:** Inadmissible legal conclusion Fed. R. Evid.602; Irrelevant and immaterial Fed. R. Evid. 401; Inadmissible opinion. Fed. R. Evid. 602; Lack of foundation and speculation Fed. R. Evid. 602; improper argument.

**Ruling**: _____ Sustained _____ Overruled

**OBJECTION NO. 11:**

Dyer Decl. ¶ 11, p. 24: 1-28 through p. 25: 1-2.

**Grounds for Objection:** Inadmissible hearsay Fed. R. Evid.801; Irrelevant and immaterial Fed. R. Evid. 401; Inadmissible opinion. Fed. R. Evid. 602; Lack of foundation and speculation Fed. R. Evid. 602; improper argument.

**Ruling**: _____ Sustained _____ Overruled

**OBJECTION NO. 12:**

Dyer Decl. ¶ 12, p. 25: 3-16.

**Grounds for Objection:**  Inadmissible hearsay Fed. R. Evid.801; Inadmissible opinion. Fed. R. Evid. 602; Lack of foundation and speculation  Fed. R. Evid. 602; improper argument.

**Ruling**: ____ Sustained    ____ Overruled

**OBJECTION NO. 13:**

Dyer Decl. ¶ 13, p. 25: 17-28.

**Grounds for Objection:**  Inadmissible legal conclusion Fed. R. Evid.602; Irrelevant and immaterial Fed. R. Evid. 401; Inadmissible opinion. Fed. R. Evid. 602; Lack of foundation and speculation Fed. R. Evid. 602; improper argument.

**Ruling**: ____ Sustained    ____ Overruled

**OBJECTIONS TO DECLARATION OF JOHN DURRANT**

**OBJECTION NO. 1:**

Declaration of John S. Durrant, ("Durrant Decl.") ¶ 2, p. 1: 9-16 and Ex. "A".

**Grounds for Objection:**  Irrelevant and immaterial Fed. R. Evid. 401; Probative value outweighed by prejudice, confusion and waste of time Fed. R. Evid. 403; improper argument.

**Ruling**: ____ Sustained    ____ Overruled

**OBJECTION NO. 2:**

Durrant Decl. ¶ 3, p. 1: 20-24.

**Grounds for Objection:**  Irrelevant and immaterial Fed. R. Evid. 401; Probative value outweighed by prejudice, confusion and waste of time Fed. R. Evid. 403; Inadmissible opinion. Fed. R. Evid. 602; Lack of foundation and speculation Fed. R. Evid. 602; improper argument.

**Ruling**: ____ Sustained    ____ Overruled

**OBJECTION NO. 3:**

Durrant Decl. ¶ 3, p. 1: 25-28 through p. 3:1-14.

**Grounds for Objection:** Inadmissible hearsay Fed. R. Evid.801; Irrelevant and immaterial Fed. R. Evid. 401; Probative value outweighed by prejudice, confusion and waste of time Fed. R. Evid. 403; Inadmissible opinion. Fed. R. Evid. 602; Lack of foundation and speculation Fed. R. Evid. 602; improper argument.

**Ruling**: ____ Sustained ____ Overruled

**OBJECTION NO. 4:**

Durrant Decl. ¶ 4, p. 3: 15-21.

**Grounds for Objection:** Irrelevant and immaterial Fed. R. Evid. 401; Probative value outweighed by prejudice, confusion and waste of time Fed. R. Evid. 403; Inadmissible opinion. Fed. R. Evid. 602; Lack of foundation and speculation Fed. R. Evid. 602; improper argument.

**Ruling**: ____ Sustained ____ Overruled

**OBJECTION NO. 5:**

Durrant Decl. ¶ 5, p. 3: 22-28.

**Grounds for Objection:** Irrelevant and immaterial Fed. R. Evid. 401; Probative value outweighed by prejudice, confusion and waste of time Fed. R. Evid. 403; Inadmissible opinion. Fed. R. Evid. 602; Lack of foundation and speculation Fed. R. Evid. 602; improper argument.

**Ruling**: ____ Sustained ____ Overruled

**OBJECTION NO. 6:**

Durrant Decl. ¶ 7, p. 5: 3-14.

**Grounds for Objection:** Inadmissible hearsay Fed. R. Evid.801; Irrelevant and immaterial Fed. R. Evid. 401; Probative value outweighed by prejudice, confusion and waste of time Fed. R. Evid. 403; Inadmissible opinion. Fed. R. Evid. 602; Lack of foundation and speculation Fed. R. Evid. 602; improper argument.

**Ruling**: ____ Sustained ____ Overruled

**OBJECTION NO. 7:**

Durrant Decl. ¶ 8, p. 5: 15-19.

**Grounds for Objection:** Lack of personal knowledge, lack of foundation, and speculation.  Fed. R. Evid. 602; Irrelevant and immaterial Fed. R. Evid. 401; Probative value outweighed by prejudice, confusion and waste of time Fed. R. Evid. 403; Inadmissible opinion. Fed. R. Evid. 602; Lack of foundation and speculation Fed. R. Evid. 602; improper argument.

**Ruling**: ____ Sustained   ____ Overruled

**OBJECTION NO. 8:**

Durrant Decl. ¶ 8, p. 5: 20-27 through p. 6: 1-7.

**Grounds for Objection:**  Inadmissible hearsay Fed. R. Evid.801; Irrelevant and immaterial Fed. R. Evid. 401; Probative value outweighed by prejudice, confusion and waste of time Fed. R. Evid. 403; Inadmissible opinion. Fed. R. Evid. 602; Lack of foundation and speculation Fed. R. Evid. 602; improper argument.

**Ruling**: ____ Sustained   ____ Overruled

**OBJECTION NO. 9:**

Durrant Decl. ¶ 10, p. 6: 15-23 and Ex. U.

**Grounds for Objection:**  Inadmissible hearsay Fed. R. Evid.801; Irrelevant and immaterial Fed. R. Evid. 401; Probative value outweighed by prejudice, confusion and waste of time Fed. R. Evid. 403; Inadmissible opinion. Fed. R. Evid. 602; Lack of foundation and speculation Fed. R. Evid. 602; improper argument.

**Ruling**: ____ Sustained   ____ Overruled

**OBJECTION NO. 10:**

Durrant Decl. ¶ 11, p. 6: 24-26.

**Grounds for Objection:**  Inadmissible legal conclusion Fed. R. Evid.602; Irrelevant and immaterial Fed. R. Evid. 401; Probative value outweighed by prejudice, confusion and waste of time Fed. R. Evid. 403; Inadmissible opinion. Fed. R. Evid. 602; Lack of foundation and speculation Fed. R. Evid. 602; improper

6

argument.

**Ruling**: ___ Sustained    ___ Overruled

**OBJECTION NO. 11:**

Durrant Decl. ¶ 12, p. 7: 1-3.

**Grounds for Objection:**   Irrelevant and immaterial Fed. R. Evid. 401; Probative value outweighed by prejudice, confusion and waste of time Fed. R. Evid. 403; Inadmissible opinion. Fed. R. Evid. 602; Lack of personal knowledge, Lack of foundation and speculation Fed. R. Evid. 602; improper argument.

**Ruling**: ___ Sustained    ___ Overruled

**OBJECTIONS TO DECLARATION OF ESTHER LIM**

**OBJECTION NO. 1:**

Declaration of Esther Lim ("Lim Decl.") ¶ 3, p. 1: 7-13, and Exhibit A.

**Grounds for Objection:**   Irrelevant and immaterial Fed. R. Evid. 401; Probative value outweighed by prejudice, confusion and waste of time Fed. R. Evid. 403.

**Ruling**: ___ Sustained    ___ Overruled

**OBJECTION NO. 2:**

Lim Decl. ¶ 4, p. 1: 14-17.

**Grounds for Objection:**   Irrelevant and immaterial Fed. R. Evid. 401; Probative value outweighed by prejudice, confusion and waste of time Fed. R. Evid. 403.

**Ruling**: ___ Sustained    ___ Overruled

**OBJECTION NO. 3:**

Lim Decl. ¶ 5, p. 1: 18-19.

**Grounds for Objection:**   Irrelevant and immaterial Fed. R. Evid. 401; Probative value outweighed by prejudice, confusion and waste of time Fed. R.

Evid. 403.

**Ruling**: ____ Sustained ____ Overruled

**OBJECTION NO. 4:**

Lim Decl. ¶ 6, p. 1: 20-24.

**Grounds for Objection:** Irrelevant and immaterial Fed. R. Evid. 401; Probative value outweighed by prejudice, confusion and waste of time Fed. R. Evid. 403.

**Ruling**: ____ Sustained ____ Overruled

**OBJECTION NO. 5:**

Lim Decl. ¶ 7, p. 1: 25.

**Grounds for Objection:** Irrelevant and immaterial Fed. R. Evid. 401; Probative value outweighed by prejudice, confusion and waste of time Fed. R. Evid. 403.

**Ruling**: ____ Sustained ____ Overruled

**OBJECTION NO. 6:**

Lim Decl. ¶ 8, p. 1: 26-27 and Exhibit B.

**Grounds for Objection:** Irrelevant and immaterial Fed. R. Evid. 401; Probative value outweighed by prejudice, confusion and waste of time Fed. R. Evid. 403.

**Ruling**: ____ Sustained ____ Overruled

**OBJECTION NO. 7:**

Lim Decl. ¶ 9, p. 1:28 through p.2:1.

**Grounds for Objection:** Irrelevant and immaterial Fed. R. Evid. 401; Probative value outweighed by prejudice, confusion and waste of time Fed. R. Evid. 403.

**Ruling**: ____ Sustained ____ Overruled

**OBJECTION NO. 8:**

Lim Decl. ¶ 10, p. 2: 2-3.

**Grounds for Objection:** Irrelevant and immaterial Fed. R. Evid. 401; Probative value outweighed by prejudice, confusion and waste of time Fed. R. Evid. 403.

**Ruling**: ____ Sustained   ____ Overruled

**OBJECTION NO. 9:**

Lim Decl. ¶ 11, p. 2: 4-6.

**Grounds for Objection:** Irrelevant and immaterial Fed. R. Evid. 401; Probative value outweighed by prejudice, confusion and waste of time Fed. R. Evid. 403.

**Ruling**: ____ Sustained   ____ Overruled

**OBJECTION NO. 10:**

Lim Decl. ¶ 12, p. 2: 7-12.

**Grounds for Objection:** Irrelevant and immaterial Fed. R. Evid. 401; Probative value outweighed by prejudice, confusion and waste of time Fed. R. Evid. 403.

**Ruling**: ____ Sustained   ____ Overruled

**OBJECTION NO. 11:**

Lim Decl. ¶ 13, p. 2: 13.

**Grounds for Objection:** Irrelevant and immaterial Fed. R. Evid. 401; Probative value outweighed by prejudice, confusion and waste of time Fed. R. Evid. 403.

**Ruling**: ____ Sustained   ____ Overruled

**OBJECTION NO. 12:**

Lim Decl. ¶ 14, p. 2: 14-16 and Ex. C

**Grounds for Objection:** Irrelevant and immaterial Fed. R. Evid. 401; Probative value outweighed by prejudice, confusion and waste of time Fed. R. Evid. 403.

**Ruling**: ____ Sustained   ____ Overruled

**OBJECTION NO. 13:**

Lim Decl. ¶ 15, p. 2: 16-19.

**Grounds for Objection:**   Irrelevant and immaterial Fed. R. Evid. 401; Probative value outweighed by prejudice, confusion and waste of time Fed. R. Evid. 403.

**Ruling**: ____ Sustained    ____ Overruled

**OBJECTION NO. 14:**

Lim Decl. ¶ 16, p. 2:20.

**Grounds for Objection:**   Irrelevant and immaterial Fed. R. Evid. 401; Probative value outweighed by prejudice, confusion and waste of time Fed. R. Evid. 403.

**Ruling**: ____ Sustained    ____ Overruled

**OBJECTION NO. 15:**

Lim Decl. ¶ 17, p. 2: 21-22 and Exhibit D.

**Grounds for Objection:**   Irrelevant and immaterial Fed. R. Evid. 401; Probative value outweighed by prejudice, confusion and waste of time Fed. R. Evid. 403.

**Ruling**: ____ Sustained    ____ Overruled

**OBJECTION NO. 16:**

Lim Decl. ¶ 18, p. 2: 23 through p.3: 1-2.

**Grounds for Objection:**   Irrelevant and immaterial Fed. R. Evid. 401; Probative value outweighed by prejudice, confusion and waste of time Fed. R. Evid. 403.

**Ruling**: ____ Sustained    ____ Overruled

Dated: February 24, 2015                    Respectfully submitted,

                                            GREEN & SHINEE, A P.C.


                                            By: _____//SS//_____

ELIZABETH J. GIBBONS
Attorneys for Plaintiffs

PROOF OF SERVICE

STATE OF CALIFORNIA                )
                                   ) ss.
COUNTY OF LOS ANGELES              )

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years and not a party to the within action; my business address is 16055 Ventura Boulevard, Suite 1000, Encino, California, 91436.

On the date written below, I served the within

**INTERVENOR'S OBJECTIONS TO EVIDENCE FILED IN SUPPORT OF EACH PLAINTIFFS' AND DEFENDANTS' OPPOSITIONS TO PLAINTIFFS' MOTION FOR INTERVENTION**

**re: Rosas v. Baca et al.,**
**Case No. CV 00428-DDP-SH**

on the interested parties in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Encino, California, addressed as follows:

**SEE SERVICE LIST**

**XX**    (**FEDERAL**) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 24, 2015, at Encino, California.


                                   _____
                                            //S//
                                   Karen Asseraf

12

## PROOF OF SERVICE MAILING LIST

Donna D. Melby, Esq.
Paul Hastings L.L.P.
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228

Eric G. Balaban ACLU National Prison Project
915 Fifteenth Street NW, 7th Floor
Washington, D.C. 20005

Peter J. Eliasberg
ACLU Foundation of Southern California
1313 West Eight Street, Suite 200
Los Angeles, CA 90017

Paul Beach
Lawrence, Beach, Allen & Choi, LLP
100 West Broadway, Suite 1200
Glendale, CA 91210