UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES -- GENERAL


Case No.    CV 12-00428 DDP (SHx)                              Dated: March 6, 2015

Title:    ALEX ROSAS and JONATHAN GOODWIN, on behalf of themselves and of those similarly situated -v- LEROY BACA, Sheriff of Los Angeles County Jails; PAUL TANAKA, Undersheriff, Los Angeles Sheriff's Department; CECIL RHAMBO, Assistant Sheriff, Los Angeles Sheriff's Department and DENNIS BURNS, Chief of Custody Operations Division, Los Angeles Sheriff's Department

================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

John A. Chambers                              None Present
Courtroom Deputy                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None                                          None

PROCEEDINGS:        MINUTE ORDER (IN CHAMBERS)

       **COUNSEL ARE NOTIFIED**, on the Court's own motion, the MOTION TO INTERVENE (DOCKET NUMBER 113) is hereby continued from March 9, 2015 to Wednesday, March 18, 2015 at 10:00 a.m.

MINUTES FORM 11                                Initials of Deputy Clerk   JAC
CIVIL -- GEN