# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.       CV 12-00428 DDP (SHx)                    Date   March 18, 2015

Title   ALEX ROSAS and JONATHAN GOODWIN, on behalf of themselves and of those similarly situated -V- LEROY BACA, Sheriff of Los Angeles County Jails; PAUL TANAKA, Undersheriff, Los Angeles Sheriff's Department; CECIL RHAMBO, Assistant Sheriff, Los Angeles Sheriff's Department and DENNIS BURNS, Chief of Custody Operations Division, Los Angeles Sheriff's Department

---

Present: The Honorable       DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                     Attorneys Present for Defendants:

John S. Durrant                                       Justin W. Clark
Peter J. Eliasberg                                    Roger H. Granbo

_____

Attorney Present for Intervener:

Elizabeth J. Gibbons

Proceedings:

MOTION TO INTERVENE (DOCKET NUMBER 113)
MOTION TO STRIKE PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITIES FILED BY INTERVENER ASSOCIATION FOR LOS ANGELES DEPUTY SHERIFFS (DOCKET NUMBER 128)

---

Court hears oral argument.

The matters are denied with an order to be issued hereafter.

|  | 0 0 | : | 31 |
|---|---|---|---|
|  | Initials of Preparer |  | JAC |