PETER J. ELIASBERG (SB# 189110)
peliasberg@aclu-sc.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone:  (213) 977-9500
Fax:    (213) 977-5299

JOHN S. DURRANT (SB# 217345)
johndurrant@paulhastings.com
ELIZABETH C. MUELLER
(SB# 278283)
bethmueller@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone:  (213) 683-6000
Fax:    (213) 627-0705

MARGARET WINTER (*pro hac vice*)
mwinter@npp-aclu.org
ERIC BALABAN (*pro hac vice*)
ebalaban@npp-aclu.org
NATIONAL PRISON PROJECT OF
THE AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th St., NW
Washington, D.C. 20005
Phone:  (202) 393-4930
Fax:    (202) 393-4931

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN
GOODWIN, on behalf of themselves
and of those similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JIM MCDONNELL, Sheriff of Los Angeles County, in his official capacity,<br><br>Defendant. | CASE NO. CV 12-00428 DDP<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT**<br><br>[MEMORANDUM OF LAW AMD DECLARATIONS OF JOHN DURRANT, PETER ELIASBERG, ESTHER LIM, MARGARET WINTER, ELDON VAIL, AND CHRISTIAN LEBANO FILED AND SERVED CONCURRENTLY HEREWITH]<br><br>Date:   April 20, 2015<br>Time:   10:00 a.m.<br><br>Honorable Dean D. Pregerson<br>Ctrm:  3 |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on Monday April 20, 2015 at 10:00 a.m. or as soon thereafter as the matter may be heard, Plaintiffs will and do hereby move for an order providing final approval of the proposed class action settlement in this case. The hearing on this matter will take place before the Honorable Dean D. Pregerson in Courtroom 3 of the United States District Court, Central District of California, Western Division, located at 312 North Spring Street, Los Angeles, California, 90012.

Plaintiffs' motion for final approval of the settlement is made on the ground that the settlement is a product of arms' length negotiation between the parties and is reasonable and fair to the parties and the members of the Plaintiff Class. This motion is based on Rule 23 of the Federal Rules of Civil Procedure, 42 U.S.C. § 1988, the Class Action Fairness Act, the Prison Litigation Reform Act, this Notice, the attached Memorandum of Points and Authorities, the declarations filed concurrently herewith, and all pleadings and other documents on file with this Court, as well as any other evidence or argument that may be presented before or at the time of the hearing on the motion.

Plaintiffs' counsel conferred with Defendant's counsel prior to the filing of this motion pursuant to Local Rule 7-3, and Defendant's counsel stated that they would not oppose the motion.

| | | |
|---|---|---|
| 1 | Dated: March 23, 2015 | Respectfully Submitted, |

ACLU FOUNDATION OF
SOUTHERN CALIFORNIA

By:    /s/ PETER ELIASBERG
             PETER ELIASBERG

NATIONAL PRISON PROJECT OF THE
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION

By:    /s/ MARGARET WINTER
           MARGARET WINTER

PAUL HASTINGS LLP

By:    /s/ JOHN DURRANT
           JOHN DURRANT

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated

# **CERTIFICATE OF SERVICE**

I, John S. Durrant, hereby certify that, on March 23, 2015, the foregoing was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the NEF, and paper copies will be sent to those indicated as non-registered participants.

/s/   John S. Durrant
John S. Durrant