PETER J. ELIASBERG (SB# 189110)
peliasberg@aclu-sc.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone:  (213) 977-9500
Fax:  (213) 977-5299

JOHN S. DURRANT (SB# 217345)
johndurrant@paulhastings.com
ELIZABETH C. MUELLER (SB# 278283)
bethmueller@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA  90071-2228
Phone:  (213) 683-6000
Fax:  (213) 627-0705

MARGARET WINTER (*pro hac vice*)
mwinter@npp-aclu.org
ERIC BALABAN (*pro hac vice*)
ebalaban@npp-aclu.org
NATIONAL PRISON PROJECT OF
THE AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th St., NW
Washington, D.C. 20005
Phone:  (202) 393-4930
Fax:  (202) 393-4931

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN
GOODWIN, on behalf of themselves
and of those similarly situated

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> JIM MCDONNELL, Sheriff of Los Angeles County, in his official capacity, <br><br> Defendant. | CASE NO. CV 12-00428 DDP <br><br> **DECLARATION OF MARGARET WINTER IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT** <br><br> **[NOTICE OF MOTION AND MOTION, MEMORANDUM OF LAW, DECLARATIONS OF JOHN S. DURRANT, PETER ELIASBERG, ESTHER LIM, ELDON VAIL, AND CHRISTIAN LEBANO FILED AND SERVED CONCURRENTLY HEREWITH]** <br><br> Date:      April 20, 2015 <br> Time:      10:00 a.m. <br><br> Honorable Dean D. Pregerson <br> Ctrm:  3 |

WINTER DECL. ISO PLS.' MOTION FOR
FINAL APPROVAL OF SETTLEMENT

**DECLARATION OF MARGARET WINTER**

I, Margaret Winter, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am the Associate Director of the National Prison Project of the ACLU. For more than forty years, I have litigated landmark cases involving civil and constitutional rights.  For the past twenty-two years, my practice at the ACLU National Prison Project has been devoted almost exclusively to prisoners' rights class action cases, in federal trial and appellate courts around the nation.  I have argued and won a prisoner's rights case before the United States Supreme Court. In addition, I testified as a national expert on solitary confinement before the California Senate and Assembly Public Safety Committees' Joint Hearing on Segregation Policies in California's Prisons (2013); on prison violence, before the Citizens' Commission on Violence in the Los Angeles County Jails (2012); and on prison rape, before the National Prison Rape Elimination Commission (2007) and the National Commission on Safety and Abuse in America's Prisons (2006).  My biography is attached as Exhibit 1 to this declaration.

3.      During my twenty-two years at the ACLU National Prison Project (NPP), I have investigated approximately thirty jails and prisons to determine whether there were systemic constitutional violations of the rights of inmates, including whether there was a pattern of excessive force or failure to protect from inmate-on-inmate violence by correctional guards or sheriff's deputies against inmates.  I have been lead or co-lead counsel in five class action lawsuits alleging a systemic problem with excessive force in correctional facilities.

4.      One of the principle bases on which my colleagues at NPP and I (as well as co-counsel from ACLU affiliates and other prisoners' rights litigators with whom we co-counsel) attempt to determine whether there is a problem with excessive force, and the level and extent of that problem, is by conducting interviews with

1   large numbers of inmates, former inmates, and others who have witnessed use of

2   force, by reviewing written statements by inmates, former inmates, or others who

3   have witnessed use of force, and by retaining correctional experts to interview such

4   witnesses and review such statements.

5   5.      I followed that practice in 2008, 2009, 2010, and 2011 in evaluating the level

6   of force in the Los Angeles County jails and determining what steps to take to

7   address the situation.  Our investigation led to the filing of this class action lawsuit

8   for equitable relief by the ACLU National Prison Project, ACLU Foundation of

9   Southern California, and the law firm of Paul Hastings LLP.

10  6.      In collaborating with the ACLU Foundation of Southern California in our

11  multi-year investigation regarding excessive force at the Los Angeles County jails,

12  I arrived at the firm conclusion that not only was there a systemic problem of

13  unconstitutional excessive use of force in the Los Angeles County jails, but that in

14  fact the pervasiveness, severity, brutality and wantonness of the pattern of excessive

15  force, and the degree to which that pattern was long-standing, blatant, and

16  notorious, was worse than in any prison or jail I had ever investigated or litigated,

17  including four prisons in Mississippi where I served or am serving as lead class

18  counsel.  Those prisons, including the supermax unit at Parchman (Mississippi

19  State Penitentiary), are generally regarded as some of the worst in the nation with

20  respect to use of force (and many other issues), but the level of deputy-on-inmate

21  violence at the LA County jails equaled and by some measures exceeded what I

22  have seen even in Mississippi.

23  7.      Based on my experience litigating cases alleging systemic problems with use

24  of force in jails and prisons, it is my opinion that the consent decree the parties

25  reached in this case, including the implementation plan on which it is based, is one

26  of the most well-crafted and effective consent decrees on use of force of any I am

27  acquainted with.  It is particularly strong in that 1) the implementation plan is

28  thorough and comprehensively addresses the systemic root causes of use of force,

such as unclear and inadequate use of force policies, insufficient training on use of force, careless or deliberately insufficient review of use of force, and inadequate re-training and discipline for improper use of force; 2) the implementation plan addresses all the systemic problems identified in the excellent report by the Citizen's Commission on Jail Violence; and 3) the settlement provides not just for requirements that the Sheriff Department must implement, but an effective process of monitoring and enforcement by three experts with excellent reputations and credentials.

8.     No matter how good the implementation plan and monitoring panel are, and how vigorously class counsel work to ensure a defendant is living up to the terms of the agreement, complete systemic reform is not possible without the sincere commitment of the leadership of the corrections or sheriff's department in charge of the jail or prison system.  It is my opinion that this consent decree and implementation plan are excellent, and that with the necessary commitment from the Los Angeles Sheriff and the Sheriff's Department the necessary systemic reform will be achieved at long last.

9.     The ACLU National Prison Project has billed for 489.30 hours in the litigation up until July 2014 near the end of settlement negotiations with Defendant's counsel, after the exercise of billing judgment, for a total of $102,938, for the following time-keepers:

10.     I billed 372.60 hours for my time, approximately 36 of which were spent in legal research, 144 hours on drafting of pleadings, including the Complaint, the motion for class certification, and documents relating to the consent decree and settlement; 52 hours on interviews and meetings with witnesses, Defendant, the U.S. Attorney, co-counsel, and members of the expert panel, and in settlement negotiations with Defendant's counsel; 10 hours on correspondence, and 120 hours on case-related travel.

11.     David Fathi, Director of the ACLU National Prison Project, billed 1.1 hours for meetings and review of materials.

12.     David Shapiro, who graduated from law school in 200 and was a staff attorney for the ACLU National Prison Project, billed 51.50 hours, approximately 6 hours of which were spent on legal research, 44 hours on drafting pleadings, and one hour on meetings and conferences with co-counsel.

13.     Jennifer Wedekind, a 2011 law school graduate and NPP litigation fellow, billed 32 hours, approximately 30 of which were spent on research and drafting of pleadings, and 1 on internal meetings and conferences.

14.     Megan Gibson, a 2013 law school graduate and NPP litigation fellow, billed 7.9 hours for legal research.

15.     The ACLU National Prison Project has billed 24.20 hours for law clerks for legal research.

16.     The ACLU National Prison Project has $14,398 in compensable litigation expenses.  I attach hereto a summary of expenses.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this March 23, 2015 in Washington, D.C.

Margaret Winter

# EXHIBIT 1

Margaret Winter



**BIOGRAPHY**

Margaret Winter is Associate Director of the ACLU National Prison Project.  She has litigated landmark constitutional, civil liberties and prison and jail cases for nearly forty years, in federal trial and appellate courts around the nation, and has argued and won a prisoners' rights case in the U.S. Supreme Court. She has won ground-breaking remedial decrees in class action cases challenging solitary confinement, conditions of confinement on death row, abuse of youth sentenced as adults, abuse of prisoners with serious mental illness, HIV-based discrimination, and failure to protect prisoners from rape and violence.  Her cases have been prominently featured in the New York Times, Los Angeles Times, Washington Post, NPR, and other national media.

She graduated from Georgetown University Law Center in 1973.   In 1976 she joined the legal team headed by eminent civil liberties lawyer Leonard Boudin that represented the plaintiffs in the first case brought by a political party against the Government for damages and equitable relief for FBI COINTELPRO spying and disruption operations. During the discovery phase of the case she assisted in obtaining an unprecedented contempt order against the U.S. Attorney General for disobeying an order to release to plaintiffs' lawyers files of confidential government informants.[1] Finding the interlocutory order non-appealable, the Second Circuit nevertheless reviewed the case on writ of mandamus as "an extraordinary case" presenting "issues of first impression," and vacated the contempt order in favor of issues-oriented sanctions.[2]  Ms. Winter served as lead counsel during the twelve-week trial,[3] which resulted in an unprecedented money judgment against the FBI for surreptitious entries, disruption operations, and use of informants.[4]

In the mid-1980s she defended striking meat-packers, members of Local P-9 of the United Food and Commercial Workers Union, during their historic two-year strike against Geo. A. Hormel and Co. The strikers galvanized national and international support, but ultimately the

---

[1] Charles R. Babcock , "Judge Cites Bell for Contempt Over FBI Files." *The Washington Post*, July 7, 1978, at A1; Arnold H. Lubasch, "Bell is Given Stay of Contempt Order." *The New York Times*, July 8, 1978.

[2] *In re Attorney General of the United States*, 596 F.2d 58 (2nd Cir. 1979).

[3] Arnold H. Lubasch, "Marxist Group Charges Conspiracy as $40 Million Suit Goes to Trial." *The New York Times*, April 3, 1981; Lubasch, "Testimony Ends in Trotskyist Party's Harassment Suit." *The New York Times*, June 28, 1981.

[4] *Socialist Workers Party v. Attorney General of the United States*, 642 F. Supp.  1357 (S.D.N.Y. 1986).

Margaret Winter

international union put the local into receivership for refusing to end the strike.  The strike was the subject of an Academy Award- winning documentary, *American Dream* (1990).

As a solo practitioner in Manhattan in the early 1990s, she brought some of the early challenges to HIV discrimination in employment, including a case by a Macy's Santa Claus who was fired from the flagship store on 34th Street when Macy's discovered he was HIV positive, and a case by a choreographer of a Broadway musical who was fired by the producers when they learned he had HIV. The lawsuits were featured by the New York Times, Washington Post, Los Angeles Times, and other national media, and resulted in substantial settlements.

Since joining the staff of the National Prison Project of the ACLU in 1993, Ms. Winter has won a series of ground-breaking prisoners' rights cases.

●She was appointed by the Supreme Court to represent a convicted murderer who, without a hearing and on five hours' notice, was ordered back to prison after months of trouble-free freedom under Oklahoma's early release program, which, like programs in a dozen other states, required the release of a certain number of prisoners as the prison system approached capacity; inmates in the program lived on their own and were required to get jobs and remain out of trouble.  The inmate had followed the rules without incident when, at 5:30 AM, his parole officer called him and told him to report back to prison by 10 o'clock. In a unanimous opinion by Justice Thomas, the Court held that an inmate who has been released under a program to relieve prison crowding cannot be reincarcerated without a chance to show at a hearing that he has met the conditions of the program and is entitled to remain free. *Young v. Harper* (1997).

●In an emergency motion to intervene in a federal class action on behalf of all prisoners with HIV, Ms. Winter won the first federal court injunction requiring that all state prisoners with HIV be provided care consistent with CDC guidelines.  *Moore v. Fordice* (N.D. Miss. 1999). Shortly thereafter, the trial court entered an order prohibiting ACLU National Prison Project lawyers from communicating with Mississippi prisoners about the conditions of their confinement.[5]  In 2000, with Stephen Hanlon and Robert McDuff, she won an appeal to the Fifth Circuit striking down the gag order and requiring the trial court to grant the class members' request to substitute the ACLU lawyers as class counsel in place of the lawyer previously appointed by the court. *Gates v. Cook,* 234 F.3d 221 (5th Cir. 2001).[6]

●She served as lead co-counsel with Stephen Hanlon in a class action on behalf of all Mississippi death row prisoners challenging unendurably harsh and cruel conditions of confinement.  *Russell v. Johnson* (N.D. Miss. 2002). Following trial, the district judge (the same one who three years earlier had imposed the gag order) entered far-reaching injunctive relief for the prisoners,

---

[5] David E. Rovella, "A Civil Rights Civil War," *The National Law Journal*, Oct. 11, 1999, at 1A.

[6] Ms. Winter's and Mr. Hanlon's collaboration in Mississippi is described in an article in the American Bar Association's litigation section journal:  Margaret Winter & Stephen F. Hanlon, "Parchman Farm Blues: Pushing for Prison Reforms at Mississippi State Penitentiary," 35 *Litigation* 6 (Fall 2008).

Margaret Winter

including ground-breaking recognition of excessive heat as an Eighth Amendment violation.[7] The Fifth Circuit largely upheld the injunction. *Gates v. Cook*, 376 F.3d 323 (5th Cir. 2004).

●She won a ground-breaking consent decree in a class action on behalf of the 1,000 men in long-term solitary confinement in Mississippi's supermax prison, Unit 32 at Mississippi State Penitentiary, in collaboration with Mr. Hanlon. The decree resulted in the release from solitary of eighty-five percent of the State's solitary population; with the radical reduction in solitary, the level of violence in the prison plummeted. *Presley v. Epps* (N.D. Miss. 2007). Mississippi officials collaborated with Plaintiffs' counsel and experts in publishing an account of the experience,[8] and Mississippi became a leader in the embryonic national movement against solitary. In 2010 the State shuttered its supermax. Mississippi's successful experiment in reducing the use of solitary was featured in a front-page article in The New York Times[9] and a front-cover story in Governing magazine.[10]

●After Mississippi began contracting with for-profit prison corporations to operate prisons housing some of the State's most vulnerable prisoners, Ms. Winter brought suit in collaboration with the Southern Poverty Law Center (SPLC) and Robert McDuff on behalf of all prisoners housed at the Walnut Grove Correctional Facility, where Mississippi incarcerated all youth convicted as adults, some as young as 13 years old, in a prison operated by a for-profit corporation. The trial court found that a pattern of brutal rapes among prisoners was the worst of "any facility anywhere in the nation" and concluded that the combined action of the State and the State's private prison contractors at Walnut Grove "paints a picture of such horror as should be unrealized anywhere in the civilized world." The case resulted in a landmark consent decree, the first to prohibit solitary confinement of youth under the age of eighteen, and the removal of all youth under the age of 18 to a new facility geared to education and rehabilitative programming. *DePriest v. Walnut Grove Correctional Authority* (S.D. Miss. 2012).

●In 2013, Ms. Winter and Gabriel Eber, in collaboration with SPLC and Elizabeth Alexander, filed a class action suit against the Mississippi Department of Corrections over conditions in East Mississippi Correctional Facility, the prison where the state houses almost 1,000 seriously mentally ill prisoners, many in prolonged solitary confinement, in a facility operated by for-profit contractors. *Dockery v. Epps* (S.D. Miss. 2013). The horrific conditions exposed by the

---

[7] Henry Weinstein, "Miss. Told to Fix Conditions on Death Row," *The Los Angeles Times*, May 22, 2003.

[8] Terry A. Kupers, et al., "Beyond Supermax Administrative Segregation: Mississippi's Experience Rethinking Prison Classification and Creating Alternative Mental Health Programs," 36 *Criminal Justice and Behavior* 1037 (2009).

[9] Erica Goode, "Prisons Rethink Isolation, Saving Money, Lives and Sanity." *The New York Times*, March 10, 2012, at A1.

[10] John Buntin, "Exodus: How America's Reddest State-and its Most Notorious Prison—Became a Model of Corrections Reform." *Governing*, Aug. 2010 at 20

Margaret Winter

litigation, which is now awaiting class certification, have been covered in the front page of the New York Times and other national media.[11]

●She led a successful twenty-year litigation and advocacy campaign by the ACLU to eliminate categorical segregation and warehousing of prisoners with HIV in the Deep South. In 2000, after a lengthy trial and a series of appeals in which she served as lead counsel, the Eleventh Circuit *en banc* upheld categorical HIV segregation in *Onishea v. Hopper* (11th Cir. 1999), creating a res judicata bar for Alabama prisoners and a chilling precedent in the other states that practiced HIV segregation.  She then pivoted from litigation to a robust advocacy campaign against HIV segregation, which resulted in a series of concessions and finally, in 2010, the elimination of HIV segregation in Mississippi.[12]

●She brought a new federal class-action challenge to Alabama's HIV segregation policy in 2011. Following a four-week trial, the court issued a 150-page opinion, finding that the prisoners had overcome the res judicata bar, vindicating the plaintiffs' claims, and holding that categorical HIV segregation violates the Americans With Disabilities Act. *Henderson v. Thomas* (M.D. Ala. 2012).[13] Full integration of the Alabama system began within a year.[14] Shortly after the Alabama ruling, South Carolina, the only remaining state in the nation to segregate prisoners in the basis of HIV, voluntarily eliminated the practice, thus ending the era of HIV segregation in the Deep South and in the nation.   She was a finalist for the Public Justice Trial Lawyer of the Year Award for 2013 for her work in *Henderson*.

●Beginning in 2007, in collaboration with the ACLU of Southern California, she helped investigate conditions in the Los Angeles County Jails, the largest jails system in the nation.  In 2011, with Peter Eliasberg, she co-authored *"Cruel and Usual Punishment: How a Savage Gang of Deputies Controls LA County Jails,"* exposing an entrenched culture of extreme deputy-on-inmate violence in the largest jail system in the nation. The report was widely covered by the media, and in response the Los Angeles County Board of Supervisors created the Citizens' Commission on Jail Violence, a blue-ribbon panel of former federal judges and prosecutors, which investigated the ACLU's allegations, held public hearings, and issued a final report, with blistering findings and detailed recommendations for reform.[15] In January 2012, in collaboration with Mr. Eliasberg and John Durrant of Paul Hastings LLP, she brought a class action on behalf

---

[11] Erica Goode, "Seeing Squalor and Unconcern in a Southern Jail." *The New York Times*, June 7, 2014, at A1;  Jerry Mitchell, "Lawsuit: Prison Awash in Contraband, Weapons, Filth*." USA Today*, September 26, 2014.

[12] American Civil Liberties Union and Human Rights Watch, "Sentenced to Stigma: Segregation of HIV Positive Prisoners in Alabama and South Carolina" (2010).

[13] AP, "Judge Stops Alabama Policy of Segregating HIV Inmates."   *USA Today*, December 21, 2012.

[14] Arian Campo-Flores, "Alabama to End Segregation of HIV-Positive Inmates." *The Wall Street Journal*, Sept 13, 2013.

[15] Jennifer Medina, "Pressed, Sheriff Agrees to Jails Inquiry," *The New York Times*, October 11, 2011 at A16.

4

Margaret Winter

of the inmates against the sheriff's department for injunctive relief from the violence, *Rosas v. Baca* (C.D. Cal. 2012). The settlement of the case, in December 2014, included a detailed court-enforceable remedial plan, and was the subject of an editorial in the New York Times.[16]

**Expert Testimony**

Ms. Winter has testified as a national expert on solitary confinement before the California Senate and Assembly Public Safety Committees' Joint Hearing on Segregation Policies in California's Prisons (2013); on prison violence, before the Citizens' Commission on Violence in the Los Angeles County Jails (2012); and on prison rape, before the National Prison Rape Elimination Commission (2007) and the National Commission on Safety and Abuse in America's Prisons (2006).

She has served as an adjunct professor of law at Georgetown University Law Center, teaching courses on prisoners' rights litigation and policy.

---

[16] The Editorial Board, "A New Day for L.A's Brutal Jails." *The New York Times*, Dec. 24, 2014.

# EXHIBIT 2

3/18/2015
12:11 PM

National Prison Project of the ACLU
Expenses by Case

Page    1

| Selection Criteria |
| --- |

| Case.Selection | Include: Baca |
| Slip.Transaction Dat | 10/24/2011 - 10/3/2014 |
| Slip.Slip Type | Expense |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Staff<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
| --- | --- | --- | --- | --- | --- | --- |
| 41941<br>12/1/2011<br>WIP<br>Copying cost | EXP | 12/31/2011 | M. Winter<br>Photocopies<br>Baca | 20 | 0.25 | 5.00 |
| 42269<br>1/1/2012<br>WIP<br>Postage | EXP | 1/31/2012 | M. Winter<br>Postage<br>Baca | 1 | 0.44 | 0.44 |
| 42260<br>1/1/2012<br>WIP<br>Copying cost | EXP | 1/31/2012 | M. Winter<br>Photocopies<br>Baca | 17 | 0.25 | 4.25 |
| 42243<br>1/12/2012<br>WIP<br>Airfare - meeting with Baca; filing of complaint,<br>press conference. | EXP | 1/19/2012 | M. Winter<br>Airfare<br>Baca | 1 | 689.60 | 689.60 |
| 42492<br>1/12/2012<br>WIP<br>Clerk, USDC of CA miscellaneous legal expenses -<br>Pro Hac Vice application. | EXP | | M. Winter<br>Miscellaneous<br>Baca | 1 | 325.00 | 325.00 |
| 42491<br>1/12/2012<br>WIP<br>Clerk, USDC of CA miscellaneous legal expenses -<br>Pro Hac Vice application | EXP | | D. Shapiro<br>Miscellaneous<br>Baca | 1 | 325.00 | 325.00 |
| 42489<br>1/12/2012<br>WIP<br>Clerk, U.S. District Court miscellaneous legal<br>expenses - certificate of Good Standing | EXP | | M. Winter<br>Miscellaneous<br>Baca | 1 | 18.00 | 18.00 |

3/18/2015                          National Prison Project of the ACLU
12:11 PM                              Expenses by Case                                        Page      2

| Slip ID Dates and Time Posting Status Description | | Staff Activity Case Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|---|
| 42488 1/12/2012 WIP Clerk, U.S. District Court miscellaneous legal expenses - certificate of Good Standing | EXP | D. Shapiro Miscellaneous Baca | 1 | 18.00 | 18.00 |
| 42487 1/12/2012 WIP Clerk, U.S. District Court miscellaneous legal expenses - certificate of Good Standing | EXP | E. Balaban Miscellaneous Baca | 1 | 18.00 | 18.00 |
| 42490 1/12/2012 WIP Clerk, USDC of CA miscellaneous legal expenses - Pro Hac Vice application | EXP | E. Balaban Miscellaneous Baca | 1 | 325.00 | 325.00 |
| 42238 1/12/2012 WIP Lunch | EXP | M. Winter Meals Baca | 1 | 6.35 | 6.35 |
| 42237 1/12/2012 WIP Car rental | EXP | 1/19/2012 | M. Winter Car Rental Baca | 1 | 527.29 | 527.29 |
| 42236 1/12/2012 WIP Airport parking fees | EXP | 1/19/2012 | M. Winter Parking Baca | 1 | 174.00 | 174.00 |
| 42235 1/12/2012 WIP Lodging - meeting & Baca case filing press conference (includes parking, dinner & breakfast). | EXP | 1/19/2012 | M. Winter Lodging Baca | 1 | 1317.43 | 1317.43 |
| 42240 1/13/2012 WIP Taxi ACLU to hotel | EXP | M. Winter Transportation-Misc Baca | 1 | 13.14 | 13.14 |

3/18/2015                       National Prison Project of the ACLU
12:11 PM                            Expenses by Case                                    Page       3

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Staff<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 42239<br>1/13/2012<br>WIP<br>Taxi hotel to ACLU. | M. Winter<br>Transportation-Misc<br>Baca | 1 | 11.45 | 11.45 |
| 42241<br>1/17/2012<br>WIP<br>Lunch | M. Winter<br>Meals<br>Baca | 1 | 6.51 | 6.51 |
| 42140<br>1/17/2012<br>WIP<br>Parking fees | M. Winter<br>Parking<br>Baca | 1 | 6.00 | 6.00 |
| 42451<br>1/18/2012<br>WIP<br>Taxi to courthouse to pick-up certificate of Good Standing for LA County Jail case. | M. Tartaglia<br>Transportation-Misc<br>Baca | 1 | 8.00 | 8.00 |
| 42452<br>1/18/2012<br>WIP<br>Taxi from courthouse to office. | M. Tartaglia<br>Transportation-Misc<br>Baca | 1 | 7.00 | 7.00 |
| 42142<br>1/18/2012<br>WIP<br>Parking fees | M. Winter<br>Parking<br>Baca | 1 | 6.00 | 6.00 |
| 42141<br>1/18/2012<br>WIP<br>Parking fees | M. Winter<br>Parking<br>Baca | 1 | 6.00 | 6.00 |
| 42242<br>1/19/2012<br>WIP<br>Breakfast & lunch (airport & flight). | M. Winter<br>Meals<br>Baca | 1 | 21.16 | 21.16 |
| 42493<br>1/25/2012<br>WIP<br>Clerk, Court of Appeals miscellaneous legal expenses - certificate of Good Standing | E. Balaban<br>Miscellaneous<br>Baca | 1 | 7.00 | 7.00 |

3/18/2015                         National Prison Project of the ACLU
12:11 PM                              Expenses by Case                                    Page     4

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Staff<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 42762<br>2/1/2012<br>WIP<br>Copying cost | EXP | M. Winter<br>2/29/2012 Photocopies<br>Baca | 30 | 0.25 | 7.50 |
| 43756<br>3/1/2012<br>WIP<br>Copying cost (3 months) | EXP | D. Fathi<br>5/31/2012 Photocopies<br>Baca | 490 | 0.25 | 122.50 |
| 44875<br>6/1/2012<br>WIP<br>Copying cost | EXP | E. Balaban<br>7/5/2012 Photocopies<br>Baca | 116 | 0.25 | 29.00 |
| 45401<br>7/6/2012<br>WIP<br>Copying cost | EXP | E. Balaban<br>7/31/2012 Photocopies<br>Baca | 219 | 0.25 | 54.75 |
| 46715<br>7/24/2012<br>WIP<br>PACER charges | EXP | E. Balaban<br>Service Fees<br>Baca | 1 | 1.30 | 1.30 |
| 46563<br>9/1/2012<br>WIP<br>Copying cost | EXP | E. Balaban<br>9/30/2012 Photocopies<br>Baca | 18 | 0.25 | 4.50 |
| 50796<br>1/1/2013<br>WIP<br>Miscellaneous legal expenses: PACER fee | EXP | M. Winter<br>1/31/2013 Miscellaneous<br>Baca | 1 | 6.90 | 6.90 |
| 49825<br>3/28/2013<br>WIP<br>Airport parking fees - meeting with Sheriff | EXP | M. Winter<br>3/29/2013 Parking<br>Baca | 1 | 66.00 | 66.00 |
| 49826<br>3/28/2013<br>WIP<br>Car Rental - meeting with Sheriff | EXP | M. Winter<br>3/29/2013 Car Rental<br>Baca | 1 | 144.58 | 144.58 |
| 49847<br>3/28/2013<br>WIP | EXP | M. Winter<br>3/29/2013 Mileage<br>Baca | 1 | 52.25 | 52.25 |

3/18/2015                              National Prison Project of the ACLU
12:11 PM                                   Expenses by Case                                    Page     5

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Staff<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Roundtrip BWI 95 miles at .55/mile. Meeting with sheriff. | | | | |
| 50531<br>3/28/2013<br>WIP<br>Airfare - meeting with Sheriff | EXP<br>3/30/2013 | M. Winter<br>Airfare<br>Baca | 1 | 803.60 | 803.60 |
| 50532<br>3/28/2013<br>WIP<br>Meal | EXP | M. Winter<br>Meals<br>Baca | 1 | 20.65 | 20.65 |
| 50533<br>3/30/2013<br>WIP<br>Meal | EXP | M. Winter<br>Meals<br>Baca | 1 | 13.06 | 13.06 |
| 50792<br>4/1/2013<br>WIP<br>Copying cost | EXP<br>4/30/2013 | M. Winter<br>Photocopies<br>Baca | 2 | 0.25 | 0.50 |
| 51988<br>6/1/2013<br>WIP<br>Postage | EXP<br>6/30/2013 | M. Winter<br>Postage<br>Baca | 1 | 0.46 | 0.46 |
| 51990<br>6/1/2013<br>WIP<br>Copying cost | EXP<br>6/30/2013 | M. Winter<br>Photocopies<br>Baca | 7 | 0.25 | 1.75 |
| 51995<br>6/1/2013<br>WIP<br>Copying cost | EXP<br>6/30/2013 | M. Winter<br>Photocopies<br>Baca | 7 | 0.25 | 1.75 |
| 56022<br>6/21/2013<br>WIP<br>Courier services provided by UPS on 06/04/13. | EXP | M. Winter<br>Courier<br>Baca | 1 | 7.97 | 7.97 |
| 56021<br>7/5/2013<br>WIP<br>Courier services provided by UPS on 06/19/13. | EXP | M. Winter<br>Courier<br>Baca | 1 | 17.11 | 17.11 |

3/18/2015
12:11 PM

National Prison Project of the ACLU
Expenses by Case

Page      6

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Staff<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 54855<br>8/1/2013<br>WIP<br>Copying cost | EXP | M. Winter<br>8/31/2013 Photocopies<br>Baca | 23 | 0.25 | 5.75 |
| 56725<br>10/2/2013<br>WIP<br>Miscellaneous legal expenses - charge order<br>prepaid ticket | EXP | M. Winter<br>Miscellaneous<br>Baca | 1 | 12.50 | 12.50 |
| 56726<br>10/2/2013<br>WIP<br>Miscellaneous legal expenses - charge order<br>prepaid ticket | EXP | M. Winter<br>Miscellaneous<br>Baca | 1 | 12.50 | 12.50 |
| 57856<br>10/15/2013<br>WIP<br>Miscellaneous legal expenses - AmEx interactive<br>car/hotel | EXP | M. Winter<br>Miscellaneous<br>Baca | 1 | 9.00 | 9.00 |
| 56723<br>10/16/2013<br>WIP<br>Airfare | EXP | M. Winter<br>10/18/2013 Airfare<br>Baca | 1 | 413.80 | 413.80 |
| 55364<br>10/16/2013<br>WIP<br>trip to LA for settlement meeting with Defendants | EXP | M. Winter<br>10/18/2013 Mileage<br>Baca | 0.565 | 63.00 | 35.60 |
| 55365<br>10/16/2013<br>WIP<br>Car rental | EXP | M. Winter<br>10/18/2013 Car Rental<br>Baca | 1 | 205.94 | 205.94 |
| 55366<br>10/16/2013<br>WIP<br>hotel room for M Winter - includes food, & other<br>charges | EXP | M. Winter<br>10/18/2013 Lodging<br>Baca | 1 | 591.60 | 591.60 |

3/18/2015                         National Prison Project of the ACLU
12:11 PM                          Expenses by Case                                      Page      7

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Staff<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 55367<br>10/16/2013<br>WIP<br>breakfast | EXP | M. Winter<br>Meals<br>Baca | 1 | 7.41 | 7.41 |
| 55368<br>10/17/2013<br>WIP<br>[No description] | EXP | M. Winter<br>Meals<br>Baca | 1 | 25.00 | 25.00 |
| 55369<br>10/18/2013<br>WIP<br>lunch | EXP | M. Winter<br>Meals<br>Baca | 1 | 9.81 | 9.81 |
| 57857<br>10/19/2013<br>WIP<br>Lodging | EXP | M. Winter<br>Lodging<br>Baca | 1 | 73.64 | 73.64 |
| 57858<br>10/21/2013<br>WIP<br>Miscellaneous legal expenses - AmEx interactive<br>car/hotel | EXP | M. Winter<br>Miscellaneous<br>Baca | 1 | 9.00 | 9.00 |
| 55905<br>10/22/2013<br>WIP<br>Round trip from NPP to BWI - 63 miles at<br>0.565/miles | EXP | 10/24/2013 | M. Winter<br>Mileage<br>Baca | 0.565 | 63.00 | 35.60 |
| 55363<br>10/22/2013<br>WIP<br>Parking fees | EXP | 10/24/2013 | M. Winter<br>Parking<br>Baca | 1 | 66.00 | 66.00 |
| 55362<br>10/22/2013<br>WIP<br>lunch | EXP | M. Winter<br>Meals<br>Baca | 1 | 15.34 | 15.34 |
| 55359<br>10/22/2013<br>WIP<br>Status conference | EXP | 10/24/2013 | M. Winter<br>Car Rental<br>Baca | 1 | 230.15 | 230.15 |

3/18/2015
12:11 PM

National Prison Project of the ACLU
Expenses by Case

Page     8

| Slip ID Dates and Time Posting Status Description | | Staff Activity Case Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|---|
| 55360 10/23/2013 WIP dinner | EXP | M. Winter Meals Baca | 1 | 25.00 | 25.00 |
| 55361 10/24/2013 WIP lunch | EXP | M. Winter Meals Baca | 1 | 3.75 | 3.75 |
| 56746 12/17/2013 WIP Airfare | EXP | M. Winter 12/19/2013 Airfare Baca | 1 | 993.80 | 993.80 |
| 56494 1/1/2014 WIP Copying cost | EXP | M. Winter 1/31/2014 Photocopies Baca | 17 | 0.25 | 4.25 |
| 56739 1/8/2014 WIP Meal | EXP | M. Winter Meals Baca | 1 | 14.81 | 14.81 |
| 56010 1/8/2014 WIP Dinner | EXP | M. Winter Meals Baca | 1 | 25.00 | 25.00 |
| 56009 1/8/2014 WIP Lunch | EXP | M. Winter Meals Baca | 1 | 15.00 | 15.00 |
| 56017 1/8/2014 WIP Car rental | EXP | M. Winter 1/11/2014 Car Rental Baca | 1 | 332.17 | 332.17 |
| 56008 1/8/2014 WIP Breakfast | EXP | M. Winter Meals Baca | 1 | 10.00 | 10.00 |

3/18/2015                              National Prison Project of the ACLU
12:11 PM                                    Expenses by Case                                    Page      9

| Slip ID Dates and Time Posting Status Description | | Staff Activity Case Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|---|
| 56740 1/8/2014 WIP Airfare | EXP | M. Winter 1/11/2014 Airfare Baca | 1 | 195.90 | 195.90 |
| 57851 1/8/2014 WIP Miscellaneous legal expenses - MM Direct - travel agency | EXP | M. Winter Miscellaneous Baca | 1 | 22.00 | 22.00 |
| 56014 1/8/2014 WIP Airport parking fees | EXP | M. Winter 1/11/2014 Parking Baca | 1 | 88.00 | 88.00 |
| 56015 1/8/2014 WIP Roundtrip BWI to residence - 98 miles @ .56 miles | EXP | M. Winter 1/10/2014 Mileage Baca | 1 | 140.00 | 140.00 |
| 56012 1/9/2014 WIP Lunch | EXP | M. Winter Meals Baca | 1 | 15.00 | 15.00 |
| 56011 1/9/2014 WIP Breakfast | EXP | M. Winter Meals Baca | 1 | 10.00 | 10.00 |
| 56013 1/9/2014 WIP Dinner | EXP | M. Winter Meals Baca | 1 | 25.00 | 25.00 |
| 56735 1/10/2014 WIP Dinner | EXP | M. Winter Meals Baca | 1 | 14.45 | 14.45 |
| 56734 1/10/2014 WIP lunch | EXP | M. Winter Meals Baca | 1 | 8.15 | 8.15 |

3/18/2015                          National Prison Project of the ACLU
12:11 PM                              Expenses by Case                                    Page      10

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Staff<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 56016<br>1/10/2014<br>WIP<br>Breakfast | EXP | M. Winter<br>Meals<br>Baca | 1 | 10.00 | 10.00 |
| 57852<br>1/13/2014<br>WIP<br>Miscellaneous legal expenses - Dearborn online<br>mgt support | EXP | M. Winter<br>Miscellaneous<br>Baca | 1 | 9.00 | 9.00 |
| 57151<br>2/1/2014<br>WIP<br>Copying cost | EXP | M. Winter<br>2/28/2014 Photocopies<br>Baca | 23 | 0.25 | 5.75 |
| 57839<br>2/21/2014<br>WIP<br>Miscellaneous legal expenses - AmEx interactive<br>car/hotel | EXP | M. Winter<br>Miscellaneous<br>Baca | 1 | 9.00 | 9.00 |
| 57840<br>2/21/2014<br>WIP<br>Pablo Stewart - AmEx interactive car/hotel | EXP | M. Winter<br>Miscellaneous<br>Baca | 1 | 9.00 | 9.00 |
| 57516<br>2/28/2014<br>WIP<br>Car rental | EXP | M. Winter<br>3/2/2014 Car Rental<br>Baca | 1 | 130.25 | 130.25 |
| 57517<br>2/28/2014<br>WIP<br>Dinner | EXP | M. Winter<br>Meals<br>Baca | 1 | 25.00 | 25.00 |
| 57515<br>2/28/2014<br>WIP<br>Airfare - Settlement conference | EXP | M. Winter<br>Airfare<br>Baca | 1 | 322.00 | 322.00 |
| 57702<br>3/1/2014<br>WIP<br>Copying cost | EXP | M. Winter<br>3/31/2014 Photocopies<br>Baca | 7 | 0.25 | 1.75 |

| Slip ID Dates and Time Posting Status Description | | Staff Activity Case Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|---|
| 57518 3/2/2014 WIP Taxi from airport to hotel in Phoenix, AZ. | EXP | M. Winter Transportation-Misc Baca | 1 | 29.35 | 29.35 |
| 59213 4/9/2014 WIP XO Communications long distance charges. | EXP | M. Winter Phone Baca | 1 | 0.11 | 0.11 |
| 58972 5/1/2014 WIP Copying cost | EXP | M. Winter 5/31/2014 Photocopies Baca | 24 | 0.25 | 6.00 |
| 59574 5/15/2014 WIP Miscellaneous legal expenses - American Express interactive car/hotel | EXP | M. Winter Miscellaneous Baca | 1 | 9.00 | 9.00 |
| 59578 5/20/2014 WIP Dinner | EXP | M. Winter Meals Baca | 1 | 19.46 | 19.46 |
| 59579 5/20/2014 WIP Car Rental | EXP | M. Winter 5/23/2014 Car Rental Baca | 1 | 306.58 | 306.58 |
| 59581 5/22/2014 WIP Dinner | EXP | M. Winter Meals Baca | 1 | 25.00 | 25.00 |
| 59580 5/22/2014 WIP Lunch | EXP | M. Winter Meals Baca | 1 | 15.00 | 15.00 |
| 59582 5/22/2014 WIP Taxi to court | EXP | M. Winter Transportation-Misc Baca | 1 | 14.25 | 14.25 |

3/18/2015
12:11 PM

National Prison Project of the ACLU
Expenses by Case

Page     12

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Staff<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 59588<br>5/23/2014<br>WIP<br>Meal | EXP | M. Winter<br>Meals<br>Baca | 1 | 13.40 | 13.40 |
| 59583<br>5/23/2014<br>WIP<br>Taxi from BWI to office | EXP | M. Winter<br>Transportation-Misc<br>Baca | 1 | 106.90 | 106.90 |
| 59100<br>6/9/2014<br>WIP<br>Miscellaneous legal expenses - American airlines main cabin extra/DCA-LAX and American airlines main cabin extra/LAX-DCA. | EXP | M. Winter<br>Miscellaneous<br>Baca | 1 | 146.09 | 146.09 |
| 59967<br>6/9/2014<br>WIP<br>Miscellaneous legal expenses - online car hotel booking | EXP | M. Winter<br>Miscellaneous<br>Baca | 1 | 9.00 | 9.00 |
| 60002<br>6/9/2014<br>WIP<br>Airfare | EXP | 6/11/2014 | M. Winter<br>Airfare<br>Baca | 1 | 849.00 | 849.00 |
| 59573<br>6/11/2014<br>WIP<br>Airfare - taxes and carrier-imposed fees | EXP | 6/13/2014 | M. Winter<br>Airfare<br>Baca | 1 | 1186.00 | 1186.00 |
| 59903<br>6/11/2014<br>WIP<br>Taxi to DC airport | EXP | M. Winter<br>Transportation-Misc<br>Baca | 1 | 22.81 | 22.81 |
| 59904<br>6/11/2014<br>WIP<br>Dinner | EXP | M. Winter<br>Meals<br>Baca | 1 | 8.23 | 8.23 |
| 59966<br>6/11/2014<br>WIP<br>Car Rental | EXP | 6/13/2014 | M. Winter<br>Car Rental<br>Baca | 1 | 188.57 | 188.57 |

National Prison Project of the ACLU
Expenses by Case

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Staff<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 60071<br>6/11/2014<br>WIP<br>Transportation | EXP | M. Winter<br>6/13/2014 Transportation-Misc<br>Baca | 1 | 146.09 | 146.09 |
| 59905<br>6/13/2014<br>WIP<br>Lunch | EXP | M. Winter<br>Meals<br>Baca | 1 | 15.31 | 15.31 |
| 60000<br>6/13/2014<br>WIP<br>In flight snack | EXP | M. Winter<br>Meals<br>Baca | 1 | 8.29 | 8.29 |
| 60455<br>7/1/2014<br>WIP<br>Copying cost | EXP | M. Winter<br>8/1/2014 Photocopies<br>Baca | 17 | 0.25 | 4.25 |
| 60257<br>7/9/2014<br>WIP<br>Breakfast | EXP | M. Winter<br>Meals<br>Baca | 1 | 9.84 | 9.84 |
| 60258<br>7/9/2014<br>WIP<br>Car Rental | EXP | M. Winter<br>7/11/2014 Car Rental<br>Baca | 1 | 179.30 | 179.30 |
| 60259<br>7/9/2014<br>WIP<br>Roundtrip BWI - 98 miles @ 0.585 mile for mediation | EXP | M. Winter<br>7/11/2014 Mileage<br>Baca | 1 | 57.33 | 57.33 |
| 60260<br>7/9/2014<br>WIP<br>Dinner | EXP | M. Winter<br>Meals<br>Baca | 1 | 25.00 | 25.00 |
| 60256<br>7/9/2014<br>WIP<br>Parking fees at BWI | EXP | M. Winter<br>7/11/2014 Parking<br>Baca | 1 | 66.00 | 66.00 |

3/18/2015                                National Prison Project of the ACLU
12:11 PM                                       Expenses by Case                                    Page    14

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Staff<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 60261<br>7/10/2014<br>WIP<br>Dinner | EXP | M. Winter<br>Meals<br>Baca | 1 | 25.00 | 25.00 |
| 60262<br>7/11/2014<br>WIP<br>Breakfast | EXP | M. Winter<br>Meals<br>Baca | 1 | 10.08 | 10.08 |
| 60678<br>7/20/2014<br>WIP<br>Airfare - mediation | EXP | M. Winter<br>7/24/2014 Airfare<br>Baca | 1 | 594.10 | 594.10 |
| 60266<br>7/20/2014<br>WIP<br>Dinner - mediation | EXP | M. Winter<br>Meals<br>Baca | 1 | 25.00 | 25.00 |
| 60263<br>7/20/2014<br>WIP<br>Roundtrip mileage BWI - 98 miles @ 0.585 miles for<br>mediation. | EXP | M. Winter<br>7/24/2014 Mileage<br>Baca | 1 | 57.33 | 57.33 |
| 60265<br>7/20/2014<br>WIP<br>Rental Car LA airport | EXP | M. Winter<br>7/24/2014 Car Rental<br>Baca | 1 | 450.63 | 450.63 |
| 60264<br>7/20/2014<br>WIP<br>Parking fees at BWI. | EXP | M. Winter<br>7/24/2014 Parking<br>Baca | 1 | 88.00 | 88.00 |
| 60267<br>7/21/2014<br>WIP<br>Lunch - mediation | EXP | M. Winter<br>Meals<br>Baca | 1 | 15.00 | 15.00 |
| 60268<br>7/21/2014<br>WIP<br>Dinner - mediation | EXP | M. Winter<br>Meals<br>Baca | 1 | 25.00 | 25.00 |

3/18/2015                              National Prison Project of the ACLU
12:11 PM                                    Expenses by Case                                      Page    15

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Staff<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 60269<br>7/22/2014<br>WIP<br>Lunch - mediation | EXP | M. Winter<br>Meals<br>Baca | 1 | 15.00 | 15.00 |
| 60270<br>7/22/2014<br>WIP<br>Breakfast | EXP | M. Winter<br>Meals<br>Baca | 1 | 10.66 | 10.66 |
| 60271<br>7/22/2014<br>WIP<br>Dinner - mediation | EXP | M. Winter<br>Meals<br>Baca | 1 | 25.00 | 25.00 |
| 60687<br>7/22/2014<br>WIP<br>Miscellaneous legal expenses - payment of airfare<br>difference | EXP | M. Winter<br>Miscellaneous<br>Baca | 1 | 13.10 | 13.10 |
| 60272<br>7/23/2014<br>WIP<br>Breakfast/lunch | EXP | M. Winter<br>Meals<br>Baca | 1 | 24.76 | 24.76 |
| 60273<br>7/23/2014<br>WIP<br>Parking for mediation at court. | EXP | M. Winter<br>Parking<br>Baca | 1 | 14.00 | 14.00 |
| 60274<br>7/23/2014<br>WIP<br>Dinner - mediation | EXP | M. Winter<br>Meals<br>Baca | 1 | 25.00 | 25.00 |
| 60275<br>7/24/2014<br>WIP<br>Breakfast - mediation | EXP | M. Winter<br>Meals<br>Baca | 1 | 10.00 | 10.00 |
| 60276<br>7/24/2014<br>WIP<br>Lunch - mediation | EXP | M. Winter<br>Meals<br>Baca | 1 | 15.00 | 15.00 |

3/18/2015                                National Prison Project of the ACLU
12:11 PM                                      Expenses by Case                                            Page    16

| Slip ID Dates and Time Posting Status Description | | Staff Activity Case Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|---|
| 61450 9/1/2014 WIP Copying cost | EXP | M. Winter 9/30/2014 Photocopies Baca | 63 | 0.25 | 15.75 |
| 62155 10/1/2014 WIP Copying cost | EXP | M. Winter 10/31/2014 Photocopies Baca | 36 | 0.25 | 9.00 |

Grand Total

| | Billable | 0.00 | 14357.99 |
|---|---|---|---|
| | Unbillable | 0.00 | 0.00 |
| | Total | 0.00 | 14357.99 |