PETER J. ELIASBERG (SB# 189110)
peliasberg@aclu-sc.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500
Fax: (213) 977-5299

JOHN S. DURRANT (SB# 217345)
johndurrant@paulhastings.com
ELIZABETH C. MUELLER (SB# 278283)
bethmueller@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone: (213) 683-6000
Fax: (213) 627-0705

MARGARET WINTER (*pro hac vice*)
mwinter@npp-aclu.org
ERIC BALABAN (*pro hac vice*)
ebalaban@npp-aclu.org
NATIONAL PRISON PROJECT OF
THE AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th St., NW
Washington, D.C. 20005
Phone: (202) 393-4930
Fax: (202) 393-4931

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN GOODWIN, on behalf of themselves and of those similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JIM MCDONNELL, Sheriff of Los Angeles County, in his official capacity,<br><br>Defendant. | CASE NO. CV 12-00428 DDP<br><br>**DECLARATION OF ELDON VAIL IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT**<br><br>[NOTICE OF MOTION AND MOTION, MEMORANDUM OF LAW, DECLARATIONS OF JOHN S. DURRANT, PETER ELIASBERG, MARGARET WINTER, ESTHER LIM, AND CHRISTIAN LEBANO FILED AND SERVED CONCURRENTLY HEREWITH]<br><br>Date: April 20, 2015<br>Time: 10:00 a.m.<br><br>Honorable Dean D. Pregerson<br>Ctrm: 3 |

**Declaration of Eldon Vail**

I, Eldon Vail, hereby declare:

1. I have personal knowledge of the facts set forth in this declaration and if called as a witness, could and would testify competently to them.

2. I am a former corrections administrator with nearly 35 years of experience working in and administering adult institutions. I have served as Superintendent (Warden) of three adult institutions, including two facilities with maximum-security inmates. I served for seven years as the Deputy Secretary for the Washington State Department of Corrections and for four years as Secretary. For the past three and a half years, since retiring from the Department, I have served as an expert witness and correctional consultant in ten different states. A copy of my CV is attached as Exhibit 1.

3. I have been asked by the counsel for the Plaintiff class, inmates in the Los Angeles County jails, to give my opinion of the adequacy of the settlement agreement and implementation plan to address the allegations of systemic use of unnecessary and excessive force set forth in Plaintiffs' First Amended Complaint. I have reviewed the First Amended Complaint, the settlement agreement, and implementation plan.

4. No two jails, or prisons systems, that have problems with excessive use of force are the same, and thus the remedies for the problems in those systems will not be identical. However, the core components necessary to a well-functioning correction system where force is used appropriately are 1) good policies, which are clear, well-organized, and specific on use of force – when it may be used and what kind of force is appropriate in given circumstances; 2) appropriate academy and in-service training on those policies; 3) good supervision by senior officers of use of force by line personnel 4) a system of review of force incidents that is thorough and unbiased, and 5) a system of fair but firm discipline for improper use of force and inaccurate or dishonest reporting on uses of force.

5. In my opinion, the agreement and implementation plan are thorough and comprehensive and provide a clear road map for ensuring that there is not an unconstitutional level of unnecessary and excessive force by Sheriff's personnel in the Los Angeles County jails. They cover the necessary bases by providing clear direction for improvements in all the five core components I set forth in paragraph 4. Thus, in my opinion, the settlement agreement and implementation plan are an excellent resolution for the Plaintiff class of this lawsuit

I declare under penalty of perjury that the foregoing is true and correct. Executed March 19, 2015 in Olympia, Washington.

                                                    Eldon Vail

5. In my opinion, the agreement and implementation plan are thorough and comprehensive and provide a clear road map for ensuring that there is not an unconstitutional level of unnecessary and excessive force by Sheriff's personnel in the Los Angeles County jails. They cover the necessary bases by providing clear direction for improvements in all the five core components I set forth in paragraph 4. Thus, in my opinion, the settlement agreement and implementation plan are an excellent resolution for the Plaintiff class of this lawsuit.

I declare under penalty of perjury that the foregoing is true and correct. Executed March 19, 2015 in Olympia, Washington.

_____
Eldon Vail

# EXHIBIT 1

**ELDON VAIL**
1516 8th Ave SE
Olympia, WA. 98501
360-349-3033
Nodleliav@comcast.net

## WORK HISTORY

Nearly 35 years working in and administering adult and juvenile institutions, and probation and parole programs, starting at the entry level and rising to Department Secretary. Served as Superintendent of 3 adult institutions, maximum to minimum security, male and female. Served as Secretary for the Washington State Department of Corrections (WADOC) from 2007 until 2011.

- Secretary — WADOC — 2007-2011
- Deputy Secretary — WADOC — 1999-2006
- Assistant Deputy Secretary — WADOC — 1997-1999
- Assistant Director for Prisons — WADOC — 1994-1997
- Superintendent — McNeil Island Corrections Center — 1992-1994
- Superintendent — WA. Corrections Center for Women — 1989-1992
- Correctional Program Manager — WA. Corrections Center — 1988
- Superintendent — Cedar Creek Corrections Center — 1987
- Correctional Program Manager — Cedar Creek Corrections Center — 1984-1987
- Juvenile Parole Officer — Division of Juvenile Rehabilitation — 1984
- Correctional Unit Supervisor — Cedar Creek Corrections Center — 1979-1983
- Juvenile Institution Counselor — Division of Juvenile Rehabilitation — 1974-1979

## SKILLS AND ABILITIES

- Ability to analyze complex situations, synthesize the information and find practical solutions that are acceptable to all parties.

- A history of work experience that demonstrates how a balance of strong security and robust inmate programs best improves institution and community safety.

- Leadership of a prison system with very little class action litigation based on practical knowledge that constitutional conditions are best achieved through negotiation with all parties and not through litigation.

- Extensive experience as a witness, both in deposition and at trial.

- Experience working with multiple Governors, legislators of both parties, criminal justice partners and constituent groups in the legislative and policymaking process.

1

- Skilled labor negotiator for over a decade. Served as chief negotiator with the Teamsters and the Washington Public Employees Association for Collective Bargaining Agreements. Chaired Labor Management meetings with Washington Federation of State Employees.

## HIGHLIGHTS OF CAREER ACCOMPLISHMENTS

- Reduced violence in adult prisons in Washington by over 30% during my tenure as Secretary and Deputy Secretary even though the prison population became much more violent and high risk during this same time period.

- Achieved dramatic reduction in escapes, including from minimum-security facilities.

- Increased partnerships with non-profits, law enforcement and community members in support of agency goals and improved community safety.

- Implemented and administered an extensive array of evidence based and promising programs:

    o Education, drug and alcohol, sex offender and cognitive treatment programs.
    o Implemented sentencing alternatives via legislation and policy, reducing the prison populations of non-violent, low risk offenders, including the Drug Offender Sentencing Alternative and, as the Secretary, the Family and Offender Sentencing Alternative. http://www.doc.wa.gov/community/fosa/default.asp
    o Pioneered extensive family based programs resulting in reductions in use of force incidents and infractions, as well as improved reentry outcomes for program participants.
    o Established Intensive Treatment Program for mentally ill inmates with behavioral problems.
    o Established step down programs for long-term segregation inmates resulting in significant reduction in program graduate returns to segregation. http://www.thenewstribune.com/2012/07/10/2210762/isolating-prisoners-less-common.html

- Initiated the Sustainable Prisons Project
  http://blogs.evergreen.edu/sustainableprisons/

- Improved efficiency in the agency by administrative consolidation, closing 3 high cost institutions and eliminating over 1,200 positions. Housed inmates safely at lowest possible custody levels, also resulting in reduced operating costs.

- Resolved potential class action lawsuit regarding religious rights of Native Americans.
  http://seattletimes.nwsource.com/html/opinion/2015464624_guest30galanda.html

- Successful settlement of the Jane Doe class action law suit, a PREA case regarding female offenders in the state's women's' prisons.

- Led the nation's corrections directors to support fundamental change in the Interstate Compact as a result of the shooting of 4 police officers in Lakewood, WA.

- Administered the only state agency that bent the curve on health care costs while improving treatment outcomes.

- Dramatically improved media relations for the department by being aggressively open with journalists, challenging them to learn the difficult work performed by corrections professionals on a daily basis.

- Long term collaboration with the University of Washington focusing on the mentally ill in prison and management of prisoners in and through solitary confinement.

**EDUCATION AND OTHER BACKGROUND INFORMATION**

- Bachelor of Arts - The Evergreen State College, Washington – 1973

- Post graduate work in Public Administration - The Evergreen State College, Washington - 1980 and 1981

- National Institute of Corrections and Washington State Criminal Justice Training Commission - various corrections and leadership training courses

- Member of the American Correctional Association

- Associate member, Association of State Correctional Administrators (ASCA)

- Guest Speaker, Trainer and Author for the National Institute of Corrections (NIC)

- Commissioner, Washington State Criminal Justice Training Commission 2002-2006, 2008-2011

- Member, Washington State Sentencing Guidelines Commission 2007-2011

- Instructor for Correctional Leadership Development for the National Institute of Corrections

- Author of *Going Beyond Administrative Efficiency—The Budget Crisis in the State of Washington*, published in Topics of Community Corrections by NIC, 2003

- Advisory Panel Member, *Correctional Technology—A User's Guide*

3

- Consultant for *Correctional Leadership Competencies for the 21st Century*, an NIC publication

- Co-chair with King County Prosecutor Dan Satterberg, *Examining the Tool Box: A Review of Supervision of Dangerous Mentally Ill Offenders*
  http://www.dbhds.virginia.gov/documents/Adm/080101-KingCountyReport.pdf

- Consultant for Correctional Health Care Executive Curriculum Development, an NIC training program, 2012

- Guest lecturer on solitary confinement, University of Montana Law School in 2012

- On retainer for Pioneer Human Services from July 2012 - July 2013

- On retainer for BRK Management Services from September 2012 – April 2013

- Guest Editorial, Seattle Times, February 22, 2014
  http://seattletimes.com/html/editorialsopinionpages/2022966008_should-death-penalty-be-abolished.html

**CURRENT ACTIVITIES**

- Serve on the Board of Advisors for Huy, a non-profit supporting Native American Prisoners

- Registered Agent for ASCA in Washington

- Retained as an expert witness or consultant in the following cases:

    o *Mitchell v. Cate*,
      No. 08-CV-1196 JAM EFB
      United States District Court, Eastern District of California,
      Declarations, March 4, 2013, May 15, 2013 and June 7, 2013
      Deposed, July 9, 2013
      Case settled, October 2014

    o *Parsons, et al v. Ryan*,
      No. CV 12-06010 PHX-NVW
      United States District Court of Arizona
      Declarations and reports, November 8, 2013, January 31, 2014, February 24, 2014, September 4, 2014
      Deposed, February 28, 2014 and September 17, 2014
      Case settled, October 2014

4

- *Gifford v. State of Oregon*,
    No. 6:11-CV-06417-TC
    United States District Court, For the District of Oregon,
    Eugene Division,
    Expert report, March 29, 2013
    Case settled, May 2013

- *Ananachescu v. County of Clark*,
    No. 3:13-cv-05222-BHS
    United States District Court, Western District of Tacoma
    Case settled, February 2014

- *Coleman et al v. Brown, et al,*
    No. 2:90-cv-0520 LKK JMP P
    United State District Court, Eastern District of California,
    Declarations, March 14, 2013, May 29, 2013, August 23, 2013 and February 11, 2014
    Deposed, March 19, 2013 and June 27, 2013
    Testified, October 1, 2, 17 and 18, 2013

- *Peoples v. Fischer*,
    No. 1:11-cv-02694-SAS
    United States District Court, Southern District of New York
    Interim settlement agreement reached February 19, 2014, Negotiations ongoing

- *Dockery v. McCarty*,
    No. 3:13-cv-326 TSL JMR
    United States District Court for the Southern District of Mississippi, Jackson Division
    Report, June 16, 2014

- *C.B., et al v. Walnut Grove Correctional Authority et al*,
    No. 3:10-cv-663 DPS-FKB,
    United States District Court for the Southern District of Mississippi, Jackson Division
    Memo to ACLU and Southern Poverty Law Center, March 14, 2014, filed with the court
    Reports to the court August 4, 2014 and February 10, 2015

- *Graves v. Arpaio,*
    No. CV-77-00479-PHX-NVW,
    United States District Court of Arizona
    Declaration, November 15, 2013
    Testified on March 5, 2014

5

- *Wright v. Annucci, et al,*
  No. 13-CV-0564 (MAD)(ATB)
  United States District Court, Northern District of New York
  Reports, April 19, 2014 and December 12, 2014

- *Corbett v. Branker,*
  No. 5:13 CT-3201-BO
  United States District Court, Eastern District of North Carolina, Western District
  Special Master appointment November 18, 2013
  Expert Report, January 14, 2014
  Testified, March 21, 2014

- *Fontano v. Godinez,*
  No. 3:12-cv-3042
  United States District Court, Central District of Illinois, Springfield Division
  Report, August 16, 2014

- *Atencio v. Arpaio,*
  No. CV12-02376-PHX-PGR
  United States District Court of Arizona
  Reports, February 14, 2014 and May 12, 2014
  Deposed on July 30, 2014

- *State of Oregon v. James DeFrank,*
  Case # 11094090C
  Malheur County, Oregon

- *Disability Rights, Montana, Inc. v. Richard Opper,*
  No. CV-14-25-BU-SHE
  United State District Court for the District of Montana, Butte Division

- *Larry Heggem v. Snohomish County,*
  No. CV-01333-RSM
  United States District Court, Western District of Washington at Seattle
  Report, May 29, 2014
  Deposed, June 27, 2014

- *Padilla v. Beard, et al,*
  Case 2:14-at-00575
  United States District Court, Eastern District of California, Sacramento Division

6

- *Dunn et al v. Thomas et al,*
  No. 2:14-cv-00601-WKW-TFM
  United States District Court, Middle District of Alabama
  Declaration, September 3, 2014

- *Sassman v. Brown,*
  No. 2:14-cv-01679-MCE-KJN,
  United States District Court, Eastern District of California, Sacramento Division
  Declaration, August 27, 2014,
  Report, December 5, 2014
  Deposed, December 15, 2014

- *Manning v. Hagel,*
  No. 1:14-cv-01609
  United States District Court for the District of Columbia

- *Doe v. Michigan Department of Corrections*
  No. 5:13-cv-14356-RHC-RSW
  United States District Court, Eastern District of Michigan, Southern Division

- *Robertson v. Struffert, et al*
  Case 4:12-cv-04698-JSW
  United States District Court, Northern District of California
  Declaration March 16, 2015

- *Commonwealth of Virginia v. Reginald Cornelius Latson*
  Case No: GC14008381—00
  General District Court of the County of Stafford
  Report to the Governor of Virginia, January 12, 2015
  Pardon granted

- *Star v. Livingston*
  Case No: 4:14-cv-03037
  United States District Court, Southern District of Texas, Houston Division
  Report March 3, 2015

- *Redmond v. Crowther*
  Civil No. 2:13-cv-00393-PMW
  United States District Court, Central Division, State of Utah

7