PETER J. ELIASBERG (SB# 189110)
peliasberg@aclu-sc.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500
Fax: (213) 977-5299

JOHN S. DURRANT (SB# 217345)
johndurrant@paulhastings.com
ELIZABETH C. MUELLER (SB# 278283)
bethmueller@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone: (213) 683-6000
Fax: (213) 627-0705

MARGARET WINTER (*pro hac vice*)
mwinter@npp-aclu.org
ERIC BALABAN (*pro hac vice*)
ebalaban@npp-aclu.org
NATIONAL PRISON PROJECT OF
THE AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th St., NW
Washington, D.C. 20005
Phone: (202) 393-4930
Fax: (202) 393-4931

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN GOODWIN, on behalf of themselves and of those similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JIM MCDONNELL, Sheriff of Los Angeles County, in his official capacity,<br><br>Defendant. | CASE NO. CV 12-00428 DDP<br><br>**DECLARATION OF CHRISTIAN LEBANO IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT**<br><br>[NOTICE OF MOTION AND MOTION, MEMORANDUM OF LAW, DECLARATIONS OF JOHN S. DURRANT, PETER ELIASBERG, MARGARET WINTER, ESTHER LIM, AND ELDON VAIL FILED AND SERVED CONCURRENTLY HEREWITH]<br><br>Date: April 20, 2015<br>Time: 10:00 a.m.<br><br>Honorable Dean D. Pregerson<br>Ctrm: 3 |

# DECLARATION OF CHRISTIAN LEBANO

I, Christian Lebano, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I have been a Senior Paralegal at the American Civil Liberties Union of Southern California since May 1, 2008.

3. I have worked as Senior Paralegal on *Rosas v. McDonnell* (formerly *Rosas v. Baca*) with Legal Director Peter J. Eliasberg and Jails Project Director Esther Lim since the filing of the case on January 18, 2012.

4. I have 72.3 hours of billable time associated with the case. These hours primarily represent the time I spent assembling and filing the original complaint and supporting documents; the Motion for Class Certification with its 39 declarations on February 27, 2012; The 2012 Annual Report on September 28, 2012 and its 62 Inmate Declarations; and other smaller filings.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this March 23, 2015 in Los Angeles, California.

_____
Christian Lebano

1