PETER J. ELIASBERG (SB# 189110)
peliasberg@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN
CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone:  (213) 977-9500
Fax:  (213) 977-5299

JOHN S. DURRANT (SB# 217345)
johndurrant@paulhastings.com
ELIZABETH C. MUELLER (SB# 278283)
bethmueller@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA  90071-2228
Phone:  (213) 683-6000
Fax:  (213) 627-0705

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN
GOODWIN, on behalf of themselves and
of those similarly situated

Continued on next page

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JIM McDONNELL, Sheriff of Los Angeles County, in his official capacity only,<br><br>Defendant. | *CASE NO. CV 12-00428 DDP*<br><br>**NOTICE OF REQUEST TO SPEAK AT FAIRNESS HEARING ON PROPOSED SETTLEMENT**<br><br>Honorable Dean D. Pregerson<br><br>Hearing Date:  April 20, 2015<br><br>Hearing Time:  10:00 a.m. |

MARGARET WINTER (*pro hac vice*)
mwinter@npp-aclu.org
ERIC BALABAN (*pro hac vice*)
ebalaban@npp-aclu.org
NATIONAL PRISON PROJECT
  OF THE AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th St., NW
Washington, D.C. 20005
Phone:  (202) 393-4930
Fax:  (202) 393-4931

Plaintiffs' counsel received the attached request to speak at the fairness hearing on April 20, 2015 from Michael Holguin, a former inmate at Men's Central Jail, whose 2009 beating by deputies was described in the Complaint and First Amended Complaint in this matter.

DATED: March 24, 2015       ACLU FOUNDATION OF SOUTHERN
                                    CALIFORNIA

                                   ACLU NATIONAL PRISON PROJECT

                                   PAUL HASTINGS

By      _____/s/_____
           PETER ELIASBERG
           Attorney for Plaintiff Class

1

March 23, 2015

Rosas Plaintiff's Class Counsel,
c/o ACLU of Southern California
1313 West 8th Street
Los Angeles, California
90017

      Re: *Rosas v. McDonnell* settlement

Rosas Plaintiffs' Class Counsel and The Honorable Judge Pregerson:

      My name is Michael Holguin. My mailing address is 4440 Torrey Pines Rd, Chino Hills, CA 91709, but I live in Ontario, California. My cell phone number is 909 242 3088. I work for a company that runs car auctions for dealers only. My job is to transport cars for the auction company.

      In 2009, I was an inmate in Men's Central Jail, where I was badly beaten by three deputies when I was in handcuffs. I suffered serious injuries and had to get stiches and staples in my head, plus I broke my leg during the beating. I spent three days in the County hospital. I understand that one of the deputies who beat me, Deputy Luviano, has been indicted by the federal government for beating visitors to Men's Central Jail.

      I would like to make a statement to the Court at the fairness hearing on April 20, 2015 explaining the need for serious reforms in the jails and why I support the settlement agreement in the *Rosas* case. I understand I am not a class member because I am no longer in jail. However, my beating was described in paragraph 89 in the complaint in this case, and I believe my experience in the jail would be helpful to the Court in determining whether to approve the settlement.

Sincerely,

*Michael Holguin* (signature)

Michael Holguin

Cc: Defendant's Counsel