PETER J. ELIASBERG (SB# 189110)
peliasberg@aclu-sc.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone:  (213) 977-9500
Fax:      (213) 977-5299

JOHN S. DURRANT (SB# 217345)
johndurrant@paulhastings.com
ELIZABETH C. MUELLER
(SB# 278283)
bethmueller@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone:  (213) 683-6000
Fax:      (213) 627-0705

MARGARET WINTER (*pro hac vice*)
mwinter@npp-aclu.org
ERIC BALABAN (*pro hac vice*)
ebalaban@npp-aclu.org
NATIONAL PRISON PROJECT OF
THE AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th St., NW
Washington, D.C. 20005
Phone: (202) 393-4930
Fax:      (202) 393-4931

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN
GOODWIN, on behalf of themselves
and of those similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JIM MCDONNELL, Sheriff of Los Angeles County, in his official capacity,<br><br>Defendant. | CASE NO. CV 12-00428 DDP<br><br>**NOTICE OF LODGING [PROPOSED] ORDER APPROVING CLASS SETTLEMENT, RETAINING JURISDICTION TO ENFORCE TERMS OF SETTLEMENT AGREEMENT, DISMISSING ACTION**<br><br>Date:      April 20, 2015<br>Time:      10:00 a.m.<br><br>Honorable Dean D. Pregerson<br>Ctrm:  3 |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs hereby lodge as Exhibit "1" hereto a [Proposed] Order Approving Class Settlement, Retaining Jurisdiction To Enforce Terms Of Settlement Agreement, Dismissing Action.

Dated:  April 16, 2015

Respectfully Submitted,

ACLU FOUNDATION OF
SOUTHERN CALIFORNIA

By:_____ /s/ PETER ELIASBERG_____
                    PETER ELIASBERG


NATIONAL PRISON PROJECT OF THE
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION

By:_____ /s/ MARGARET WINTER_____
                    MARGARET WINTER


PAUL HASTINGS LLP

By:_____ /s/ JOHN DURRANT_____
                    JOHN DURRANT

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN GOODWIN on
behalf of themselves and of those similarly
situated

**CERTIFICATE OF SERVICE**

I, John S. Durrant, hereby certify that, on April 16, 2015, the foregoing was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the NEF, and paper copies will be sent to those indicated as non-registered participants.

/s/    John S. Durrant
John S. Durrant