# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 12-00428 DDP (SHx) | Date | April 20, 2015 |

Title   ALEX ROSAS and JONATHAN GOODWIN, on behalf of themselves and of those similarly situated -V- LEROY BACA, Sheriff of Los Angeles County Jails; PAUL TANAKA, Undersheriff, Los Angeles Sheriff's Department; CECIL RHAMBO, Assistant Sheriff, Los Angeles Sheriff's Department and DENNIS BURNS, Chief of Custody Operations Division, Los Angeles Sheriff's Department

---

Present: The Honorable   DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Scott M. Klausner | Paul B. Beach |
| John S. Durrant | Rodrigo A. Castro-Silva |
| Margaret Winter | |
| Peter J. Eliasberg | |

Proceedings:

### FAIRNESS HEARING (COURT ORDERED 01-23-15)
### MOTION FOR SETTLEMENT APPROVAL (DOCKET NUMBER 130)

---

Court and counsel confer as reflected on the record.

The motion is taken under submission.

| | | |
|---|---|---|
| | 0 0 : | 10 |
| | Initials of Preparer | JAC |

CV-90 (12/02)          **CIVIL MINUTES - GENERAL**          Page 1 of 1