MARY WICKHAM, County Counsel
JENNIFER LEHMAN, Assistant County Counsel
KAREN JOYNT, Senior Deputy County Counsel
(SBN 206332) • *kjoynt@counsel.lacounty.gov*
TIANA J. MURILLO, Deputy County Counsel
(SBN 255259) *tmurillo@counsel.lacounty.gov*
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 893-5939 · Fax: (213) 626-2105

Attorneys for Defendants
SHERIFF JIM MCDONNELL, in his official capacity

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> Jim McDonnell, Sheriff of Los Angeles County, in his official capacity, <br><br> Defendant. | Case No. CV 12-00428 DDP (MRWx) <br><br> **ORDER GOVERNING THE DISCLOSURE OF RECORDS** |

Based on the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED:

1.     With the exception of documents within the attorney-client and attorney-work product privileges—and notwithstanding the confidentiality restrictions of the Health Insurance Portability and Accountability Act ("HIPAA"), the California Confidentiality of Medical Information Act (Civil Code §56, *et seq.*), California Welfare and Institutions Code §5328 (related to confidentiality of mental health records), the Public Safety Officers Procedural Bill of Rights Act (Government Code §3300, *et seq.*), Penal Code §832.7, and Evidence Code §§ 1043

1   and 1045—the Monitors and their staff will have full and complete access to

2   prisoner medical and mental health records, personnel records, and all other

3   documents and data related to the provisions of the Agreement and necessary to

4   assess Defendants' compliance with the Agreement.  Nothing in this paragraph

5   waives any argument or claim by Plaintiff that the state law provisions cite above, or

6   any other state or federal common law, statute or regulation creates a valid privilege

7   or right to withhold documents from Plaintiffs in this federal court litigation which

8   addresses Plaintiffs' claims that their federal constitutional rights are being violated.

9       2.      The Monitors will safeguard and maintain the confidentiality of the

10  Defendant's documents, statements or information, including but not limited to

11  those items identified in paragraph 1 above, and shall not disclose those documents,

12  statements or information.  Nothing in this paragraph shall be interpreted to mean

13  that the Monitors may not otherwise rely on Defendants' documents, statements or

14  information in forming their conclusions or opinions about Defendants' compliance

15  with the Agreement or the Plan.  Nothing in this paragraph waives any right of

16  Plaintiffs to obtain documents, as otherwise permitted by the Agreement or law, that

17  Defendant provides to the Monitors, or waives any argument by Plaintiffs that any

18  document or portion thereof that Defendant provides to the Monitors is not

19  privileged or confidential and may not be withheld from Plaintiffs.

20      3.      This stipulation will not be deemed a waiver of any privilege or right

21  Defendants may assert, including those recognized at common law or created by

22  statute, rule, or regulation, against any other person or entity with respect to the

23  disclosure of any document, statement or information.

24      4.      This Order and the obligations of this stipulation shall survive the final

25  termination of this case or withdrawal or removal of the monitor or staff member.

26  / / /

27  / / /

28  / / /

HOA.1061132.1

[PROPOSED] ORDER RE:
DISCLOSURE OF RECORDS                 -2-                    CV 12-00428 DDP (SH)

1       5.     The Court shall retain jurisdiction to resolve any dispute concerning the

2 use or disclosure of any documents, statements or information addressed by this

3 stipulation.

4       **IT IS SO ORDERED.**

5       DATED: June 17, 2016

6                                 _____

7                       UNITED STATES MAGISTRATE JUDGE
HONORABLE MICHAEL R. WILNER