# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS, et al. <br><br> Plaintiff(s), <br><br> v. <br><br> LEROY BACA, et al. <br><br> Defendant(s). | CASE NUMBER: <br><br> 2:12–cv–00428–DDP–MRW <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __8/15/2017__

Document Number(s):   __150__

Title of Document(s):   __Notice of Appearance or Withdrawal__

**ERROR(S) WITH DOCUMENT:**

Section 1 of Notice of Appearance and Withdrawal has typographical error re: CA Bar Number of attorney

Other:

**Note:   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: _August 16, 2017_      By: _/s/ Andrea Kannike  Andrea_Kannike@cacd.uscourts.gov_
                              Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(10/13) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS