PETER J. ELIASBERG
(SB# 189110)
peliasberg@aclu-sc.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500
Fax: (213) 977-5299

SAM S. PUATHASNANON
(SB# 198430)
sampuathasnanon@paulhastings.com
KYLE M. JONES (SB# 307814)
kylejones@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone: (213) 683-6000
Fax: (213) 627-0705

ERIC BALABAN (*pro hac vice*)
ebalaban@npp-aclu.org
NATIONAL PRISON PROJECT OF
THE AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th St., NW
Washington, D.C. 20005
Phone: (202) 393-4930
Fax: (202) 393-4931

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN
GOODWIN, on behalf of themselves
and of those similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JIM MCDONNELL, Sheriff of Los Angeles County, in his official capacity,<br><br>Defendant. | CASE NO. CV 12-00428 DDP (MRW)<br><br>**NOTICE OF MOTION AND MOTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br>Date:    October 16, 2017<br>Time:    10:00 A.M.<br><br>Honorable Dean D. Pregerson<br>Ctrm: 9c |

MOTION TO ENFORCE SETTLEMENT AGREEMENT

LEGAL_US_W # 91089832.3

## NOTICE OF MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on Monday, October 16, 2017 at 10 A.M., or as soon thereafter as counsel may be heard in the above-entitled Court, located at 350 W. 1st Street, Los Angeles, CA 90012, Courtroom 9C, Plaintiffs Alex Rosas and Jonathan Goodwin ("Plaintiffs") will and hereby do move for an order requiring Defendant Jim McDonnell, Sheriff of Los Angeles County ("Defendant"), to comply with the provisions of the Settlement Agreement entered into by the parties on, or about, September 24, 2014 and to produce documents in response to Plaintiffs' requests for documents.

This motion is made pursuant to the Court's April 21, 2015 Order Approving Class Settlement, Retaining Jurisdiction to Enforce Terms of Settlement Agreement, and Dismissing Action (Dkt. No. 135) and is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, the accompanying declaration of Sam S. Puathasnanon, the pleadings and papers on file herein, and such other matters as may be presented to the Court at the time of the hearing.

///

///

///

-1-

MOTION TO ENFORCE SETTLEMENT AGREEMENT

LEGAL_US_W # 91089832.3

Pursuant to L.R. 7-3, this Motion is made following conference of counsel on April 18, 2017.


DATED:  September 18,  2017    Respectfully Submitted,


ACLU FOUNDATION OF
SOUTHERN CALIFORNIA


By:_____/s/ PETER ELIASBERG_____
                   PETER ELIASBERG


NATIONAL PRISON PROJECT OF THE
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION


By:_____/s/ ERIC BALABAN_____
                   ERIC BALABAN


PAUL HASTINGS LLP


By:_____/s/ KYLE M. JONES_____
                   KYLE M. JONES


Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN GOODWIN on
behalf of themselves and of those similarly
situated

-2-

LEGAL_US_W # 91089832.3