

PETER J. ELIASBERG
(SB# 189110)
peliasberg@aclu-sc.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone:  (213) 977-9500
Fax:  (213) 977-5299

SAM S. PUATHASNANON
(SB# 198430)
sampuathasnanon@paulhastings.com
KYLE M. JONES (SB# 307814)
kylejones@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone:  (213) 683-6000
Fax:  (213) 627-0705

ERIC BALABAN (*pro hac vice*)
ebalaban@npp-aclu.org
NATIONAL PRISON PROJECT OF
THE AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th St., NW
Washington, D.C. 20005
Phone:  (202) 393-4930
Fax:  (202) 393-4931

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN
GOODWIN, on behalf of themselves
and of those similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JIM MCDONNELL, Sheriff of Los Angeles County, in his official capacity,<br><br>Defendant. | CASE NO. CV 12-00428 DDP (MRW)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br>Date:        October 16, 2017<br>Time:        10:00 A.M.<br><br>Honorable Dean D. Pregerson<br>Ctrm:  9c |

[PROPOSED] ORDER RE MOTION TO ENFORCE SETTLEMENT AGREEMENT

Plaintiffs Alex Rosas and Jonathan Goodwin's ("Plaintiffs") Motion to Enforce Settlement Agreement came before this Court.  Having considered the Motion, the pleadings and papers on file herein, and other matters that may have been presented to the Court at the time of the hearing, the Court enters the following order:

**IT IS HEREBY ORDERED** that:

Defendant Jim McDonnell, sheriff of Los Angeles County ("Defendant") must comply with Section VI of the Settlement Agreement entered into by the parties on, or about, September 24, 2014.

Defendant must provide documents responsive to the document requests contained in Plaintiffs' December 20, 2016 correspondence.

**IT IS SO ORDERED.**

DATED:  October      , 2017

_____
HON DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

-1-
[PROPOSED] ORDER RE MOTION TO ENFORCE SETTLEMENT AGREEMENT