PETER J. ELIASBERG
(SB# 189110)
peliasberg@aclu-sc.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500
Fax: (213) 977-5299

SAM S. PUATHASNANON
(SB#198430)
sampuathasnanon@paulhastings.com
KYLE M. JONES (SB# 307814)
kylejones@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone: (213) 683-6000
Fax: (213) 627-0705

ERIC BALABAN (*pro hac vice*)
ebalaban@npp-aclu.org
NATIONAL PRISON PROJECT OF
THE AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th St., NW
Washington, D.C. 20005
Phone: (202) 393-4930
Fax: (202) 393-4931

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN
GOODWIN, on behalf of themselves
and of those similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JIM MCDONNELL, Sheriff of Los Angeles County, in his official capacity,<br><br>Defendant. | CASE NO. CV 12-00428 DDP (MRW)<br><br>**DECLARATION OF SAM PUATHASNANON IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br>Date:  October 16, 2017<br>Time:  10:00 A.M.<br><br>Honorable Dean D. Pregerson<br>Ctrm: 9c |

DECLARATION OF SAM PUATHASNANON IN SUPPORT OF MOTION TO ENFORCE
SETTLEMENT AGREEMENT

I, Sam S. Puathasnanon, declare as follows:

1. I am counsel of record for Plaintiffs Alex Rosas ("Mr. Rosas") and Jonathan Goodwin ("Mr. Goodwin"). I am licensed to practice law in the state of California, and am currently employed as Of Counsel at Paul Hastings LLP. The following statements are within my personal knowledge, and if called as a witness, I could competently testify thereto.

2. The parties entered into a Settlement Agreement on, or about, September 24, 2014 ("Settlement Agreement").

3. The court-appointed monitors (the "Monitors") created an Implementation Plan (the "Action Plan") to delineate Defendant's obligations under the Settlement Agreement.

4. The Monitors, working with Plaintiffs and Defendant, also drafted a Monitoring Plan and Compliance Measures ("Compliance Measures") to establish guidelines for Defendant to follow to comply with the Action Plan. Attached hereto as Exhibit A is a true and correct copy of the Compliance Measures.

5. Over the past three years, Defendant prepared new policies and procedures to uphold its obligations under the Settlement Agreement, Action Plan, and Compliance Measures.

6. One of these policies, Los Angeles Sheriff's Department Policy 2-02/030.00, details the responsibilities and duties of the Assistant Sheriff. Attached hereto as Exhibit B is a true and correct copy of Los Angeles Sheriff's Department Policy 2-02/030.00.

7. Another policy, Los Angeles Sheriff's Department Policy 7-07/000.00, describes the documentation that must be included within a use of force package. Attached hereto as Exhibit C is a true and correct copy of Los Angeles Sheriff's Department Policy 7-07/000.00.

8. Plaintiffs corresponded with Defendant on July 1, 2016. In this letter, Plaintiffs requested 80 categories of documents from the period of January 1, 2016

-1-

DECLARATION OF SAM PUATHASNANON IN SUPPORT OF MOTION TO ENFORCE SETTLEMENT AGREEMENT

through June 30, 2016. Attached hereto as <u>Exhibit D</u> is a true and correct copy of Plaintiffs' July 1, 2016 correspondence.

9.     Defendant responded to Plaintiffs' July 1, 2016 correspondence by letter on July 28, 2016. Attached hereto as <u>Exhibit E</u> is a true and correct copy of Defendant's July 28, 2016 correspondence.

10.     Plaintiffs responded to Defendant's July 28, 2016 letter by correspondence on December 20, 2016. In this letter, Defendant, among other things, reduced its document requests to 35 requests, reduced the relevant period for documents to a three-month period, and proposed a production date six months in the future. Defendant also offered to meet and confer to resolve any remaining issues. Attached hereto as <u>Exhibit F</u> is a true and correct copy of Plaintiffs' December 20, 2016 correspondence.

11.     Plaintiffs sent follow-up correspondence on March 8, 2017 reiterating their desire to meet and confer to discuss the remaining issues. Attached hereto as <u>Exhibit G</u> is a true and correct copy of Plaintiffs' March 8, 2017 correspondence.

12.     The parties met and conferred in person at Paul Hastings LLP's offices on April 18, 2017. The parties engaged in a thoughtful and earnest discussion but could not resolve these issues. The central issue of disagreement involved Plaintiffs' role in monitoring compliance with the Action Plan. Defendant agreed to provide specific objections to Plaintiffs' document requests from their December 20, 2016 correspondence.

13.     Pursuant to the April 18, 2017 meet-and-confer, Defendant corresponded with Plaintiffs on June 5, 2017. In this correspondence, Defendant provided specific objections to Plaintiffs' document requests from their December 20, 2016 correspondence. Attached hereto as <u>Exhibit H</u> is a true and correct copy of Defendant's June 5, 2017 correspondence.

///

///

-2-

DECLARATION OF SAM PUATHASNANON IN SUPPORT OF MOTION TO ENFORCE SETTLEMENT AGREEMENTT

I declare under penalty of perjury that the foregoing is true and accurate.

Executed this 18th day of September, 2017 in Los Angeles, CA.


                                        /s/ Sam S. Puathasnanon
                                        Sam S. Puathasnanon

DECLARATION OF SAM PUATHASNANON IN SUPPORT OF MOTION TO ENFORCE
SETTLEMENT AGREEMENTT