# EXHIBIT B

## VOLUME 2  -  CHAPTER 2

## THE RANK STRUCTURE OF THE DEPARTMENT

### 2-02/000.00  RANK AND CLASSIFICATION OF PERSONNEL

The Sheriff's law enforcement positions, in descending order of classification, are:

- Sheriff
- Undersheriff
- Assistant Sheriff(s)
- Division Chief
- Area Commander
- Captain
- Lieutenant
- Sergeant
- Deputy Sheriff
- Deputy Sheriff Trainee

Additionally, the law enforcement segment of Department personnel is supplemented by the Reserve Forces.

All Department members shall be held accountable for their actions, or their failure to act, within the scope of their identified duties and responsibilities.   The accountability of Department members, described in the following sections, is an issue of fundamental importance in carrying out the Department's mission.   The principle of accountability ensures that all members of the Department are continually striving to provide the highest quality service to the community and citizens we serve.

A definition of accountability is in section 3-01/005.00.

### 2-02/010.00  THE SHERIFF

Among other statutory duties, the Government Code of the State of California sets forth the following duties of the Sheriff:

"The Sheriff shall preserve peace, and to accomplish this objective may sponsor, supervise, or participate in any project of crime prevention, rehabilitation of persons previously convicted of crime, or the suppression of delinquency.

"The Sheriff shall arrest and take before the nearest magistrate for examination all persons who attempt to commit or who have committed a public offense.

"The Sheriff shall prevent and suppress any affrays, breaches of the peace, riots, and

insurrections which come to his knowledge, and investigate public offenses which have been committed.

"Except as otherwise provided by law, whenever required, the Sheriff shall attend all Superior and Municipal Courts held within his County provided, however, that a Sheriff shall attend a civil action only if the presiding judge or his designee makes a determination that the attendance of the Sheriff at such action is necessary for reasons of public safety.   The Sheriff shall obey all lawful orders and directions of all courts held within his County.

"The Sheriff shall command the aid of as many adult inhabitants of his County as he thinks necessary in the execution of his duties.

"The Sheriff shall take charge of and keep the County jail and the prisoners in it.

"The Sheriff shall release on the record all attachments of real property and shall give the required written release of attachments or garnishments of personal property when the attachment or garnishment placed in his hand has been released or discharged either in full or in part.

"The Sheriff shall endorse upon all process and notices the year, month, day, hour, and minute of reception and on payment of fees issued to the person delivering it a certificate showing the names of the parties, title of paper, and time when received.

"The Sheriff shall serve all process and notices in the manner prescribed by law.

"The Sheriff shall certify upon process or notices the manner and time of service, or if he fails to make service, the reason of his failure, and return the process or notices without delay.

"The Sheriff in attendance upon court shall act as the crier thereof.   He shall call the parties and witnesses and all other persons bound to appear at the court and make proclamation of the opening and adjournment of the court and of any other matter under its direction.

"The Sheriff may supply ambulance service within the County to any person if all of the following conditions exist:

- the person has been rendered so desperately ill, whether by sudden sickness or accident, that immediate hospitalization is necessary in order to save life or limb;
- his condition is such that he is not able himself to arrange for ambulance transportation;
- no relatives or friends provide such services;
- immediate transportation to the hospital cannot be obtained except by extending the credit of the County; and
- ambulance service is not available or cannot be obtained within the time

necessary in order to save life or limb from any other department, Bureau, or agency of the County which is authorized by law to furnish the service.

"Notwithstanding the provisions of Section 29601, the Board of Supervisors in a County having a population in excess of 3,000,000 may authorize the Sheriff to enforce the provisions of the vehicle code in the unincorporated area of such County but only upon County highways.   The expense incurred by the Sheriff in the performance of such duties shall be a proper County charge.

"The Sheriff shall, on or before the fifth day of each month, forward to the Department of the California Highway Patrol copies of all accident reports made to the Sheriff's office and all accident reports of accidents investigated by the Sheriff's office."

In addition, the Sheriff is accountable to the citizens of Los Angeles County and to members of the Department for:

- his personal acts and omissions and, when appropriate, the acts and omissions of his subordinates.   In connection therewith, his supervisory and managerial responsibilities shall include, among others:
    - a responsibility to take appropriate corrective measures consistent with his rank and authority when he is, or reasonably should be, aware that such measures are called for; and
    - a responsibility to use the information and management tools available to him, including, but not limited to, manual and automated personnel information, to attempt to anticipate and address, through corrective measures consistent with his authority, reasonably identifiable Department risks or potential employee misconduct;
- supporting and promoting the Department's Core Values, Service Oriented Policing philosophy, affirmative action guidelines and the Law Enforcement Code of Ethics by both actions and statements;
- reinforcing, through actions and statements, the Department's position on discrimination, sexual harassment and cultural diversity;
- minimizing the risk of litigation to the County, Department and its employees by monitoring, reviewing, documenting, disciplining and rewarding employee performance, as well as by effecting procedures or policies that contribute to risk management;
- keeping the public trust by demanding a high degree of personal integrity from all command personnel and, in turn, requiring that they do the same with their subordinates; and
- insuring that Department policy and procedures are effectively communicated to all personnel,
- Ensuring that subordinate personnel have a clear understanding of appropriate and expected conduct when dealing with both co-workers and the community we serve.

## 2-02/020.00  THE UNDERSHERIFF

The Undersheriff is second in command of the Department and assumes the duties of the Sheriff in his absence.   As chief assistant to the Sheriff, the Undersheriff provides advice on administrative issues which include Department direction, legislative and operational concerns, and budgetary and personnel matters.

The Undersheriff, a senior executive, is responsible for the effective management of Department personnel and budget resources.   The Undersheriff commands and is responsible for the activities of the Assistant Sheriff(s), the Director of the Office of Administrative Services, the Director of Employee Support Services, the Legal Advisor, and the Captain of the Headquarters Bureau.

The standards by which the Undersheriff shall judge the performance of personnel assigned to his areas of responsibility are embodied in law (both statutory and case law), MOU's, the Department's Manual of Policy and Procedures, all Division Directives in support of the Manual, our Mission Statement, Core Values Statement and the Law Enforcement Code of Ethics.

The Undersheriff, in his role of chief assistant to the Sheriff, and as Chairman of the Executive Planning Council, must consider the impact of his decisions and those of the Executive Planning Council on the interests of the Department, his areas of responsibility, the members of the Department and the citizens which the Department serves.   It is incumbent upon the Undersheriff to ensure that the members of the Executive Planning Council work in good faith and cooperation to best serve these interests.

The duties of this classification include the following:

- ensuring that the oversight responsibility of the Assistant Sheriff(s) for the efficient administration of Divisions and specialized Units and/or programs is effectively maintained;
- advising the Sheriff on administrative and policy matters;
- participating in strategic planning for the Department as directed by the Sheriff;
- overseeing responsibility for the planning and implementation of the Sheriff's policies and plans for the Department;
- supervising the Director of the Office of Administrative Services, the Director of Employee Support Services and the Captain of the Headquarters Bureau and indirectly the remaining elements in the chain of command;
- reviewing administrative investigations on alleged misconduct by personnel and recommending appropriate action to be taken;
- making public appearances on behalf of the Sheriff; and
- representing the Sheriff at various commissions, committees and law enforcement meetings.

In addition to position specific responsibilities, the Undersheriff is accountable for:

- his personal acts and omissions, and, when reasonable and appropriate, the acts and omissions of his subordinates.  In connection therewith, his supervisory and managerial responsibilities shall include, among others:
  - o  a responsibility to take appropriate corrective measures consistent with his rank and authority when he is, or reasonably should be, aware that such measures are called for; and
  - o  a responsibility to use the information and management tools available to him, including but not limited to, manual and automated personnel information, to attempt to anticipate and address, through corrective measures consistent with his authority, reasonably identifiable Departmental risks or potential employee misconduct;
- maximizing the reverence for human life by critical oversight of the Department's systems for reporting, reviewing and training the use of force;
- supporting and promoting the Department's Core Values, Service Oriented Policing philosophy, affirmative action guidelines and the Law Enforcement Code of Ethics by both actions and statements, and demanding that subordinate command personnel do the same with their subordinates;
- reinforcing through actions and statements the Department's position on discrimination, sexual harassment and cultural diversity;
- keeping the public trust by demanding a high degree of personal integrity from all command personnel and, in turn, requiring that they do the same with their subordinates;
- minimizing the risk of litigation to the County, the Department and its employees by reviewing and either approving or recommending for approval those recommendations submitted by either of the Assistant Sheriffs or the Chief of the Professional Standards and Training Division which identify changes to procedures or policies that are consistent with effective risk management;
- knowing the strengths, weaknesses and special skills of his immediate subordinates, and where reasonably possible, those of the other subordinates in his area of responsibility.   Rating his subordinates in a timely and objective manner;
- ensuring that professional competence and skillful enforcement of the law remain at the highest levels by instilling such values in subordinate command personnel by word, action, example and inspection, and by demanding that they do the same with their subordinates;
- promoting community partnerships by mentoring subordinate command personnel;
- ensuring that Department policy and procedures are effectively communicated to all personnel;
- demanding nothing less than lawful behavior from subordinate command personnel and, in turn, requiring that they do the same with their subordinates;
- the efficient operation of the Units within his area of responsibility, as well as ensuring that they operate within their given budget;
- ensuring that personnel assigned to his area of responsibility receive the appropriate training required for their position and that they are held accountable for the information and direction gained through that training;

- ensuring that subordinate personnel have a clear understanding of appropriate and expected conduct when dealing with both co-workers and the community we serve;
- keeping the Sheriff apprised of any problems, issues or significant activities within his area of responsibility;
- the quality, timeliness and accuracy of his paperwork, as well as the quality, timeliness and, when appropriate, the accuracy of paperwork prepared at his direction by a subordinate;
- maintaining, and where possible, enhancing his professional knowledge and skills, and keeping current on events that affect the Department and their areas of responsibility;
- utilizing safe driving techniques while driving County vehicles;
- being well groomed and appropriately attired.

## 2-02/020.05  EXECUTIVE OFFICER

The Executive Officer is responsible for the duties of the Undersheriff (see section 2-02/020.00) from February 1, 2014, through December 1, 2014.

## 2-02/030.00  ASSISTANT SHERIFF(S)

The Assistant Sheriff(s) is a senior executive of the Department who commands and is responsible for the activities of his or her concerned Division(s) as well as any other specialized Units/programs assigned by the Sheriff and/or Undersheriff and in accordance with the policies prescribed by the Sheriff and Undersheriff. The Sheriff may appoint an Assistant Sheriff to assume the duties assigned to the second in command of the Department.   This appointment would be in effect during the Sheriff's and the Undersheriff's absence.

The standards by which the Assistant Sheriff(s) shall judge the performance of personnel assigned to his respective areas of responsibility are embodied in law (both statutory and case law), MOU's, the Department's Manual of Policy and Procedures, all Division Directives in support of the Manual, our Mission Statement, Core Values Statement, and the Law Enforcement Code of Ethics.

The Assistant Sheriff(s), in his role of executive staff to the Sheriff, and as a member of the Executive Planning Council, must consider the impact of his decisions on the interests of the Department, his respective areas of responsibility, the members of our Department, and the citizens we serve.   It is incumbent upon the members of the Executive Planning Council to work in good faith and cooperation to best serve these interests.

The duties of this classification include the following:

- overseeing the administration of Divisions and specialized Units and/or programs;

- advising and assisting the Sheriff and Undersheriff in administrative and policy matters;
- participating in strategic planning for the Department as directed by the Sheriff;
- planning for the expansion or reorganization of operations within their assigned areas to meet growing or changing law enforcement, custodial, or service needs;
- directly supervising Chiefs and indirectly the remaining elements in the chain of command;
- enforcing Department policy and procedures;
- recommending disciplinary action affecting personnel within his areas of responsibility;
- making public appearances on behalf of the Department; and
- representing the Sheriff at various commission, committee, and law enforcement meetings.

In addition to position specific responsibilities, the Assistant Sheriff(s) is accountable for:

- his personal acts and omissions, and when reasonable and appropriate, the acts and omissions of his subordinates.   In connection therewith, his supervisory and managerial responsibilities shall include, among others:
  - a responsibility to take appropriate corrective measures consistent with his rank and authority when he is, or reasonably should be, aware that such measures are called for; and
  - a responsibility to use the information and management tools available to him, including, but not limited to, manual and automated personnel information, to attempt to anticipate and address, through corrective measures consistent with his authority, reasonably identifiable Departmental risks or potential employee misconduct;
- Maximizing the reverence for human life by critical oversight of the Department's system for reporting, reviewing and training the use of force;
- supporting and promoting the Department's Core Values, Service Oriented Policing philosophy, affirmative action guidelines and the Law Enforcement Code of Ethics by both actions and statements;
- reinforcing, through actions and statements, the Department's position on discrimination, sexual harassment and cultural diversity;
- minimizing the risk of litigation to the County, Department and its employees by monitoring, reviewing, documenting, disciplining and rewarding employee performance, as well as identifying procedures or policies that need changes and recommending those changes to the Undersheriff and Sheriff;
- ensuring that professional competence and skillful enforcement of the law remain at the highest levels by instilling such values in subordinate command personnel by word, action, example and inspection;
- keeping the public trust by demanding a high degree of personal integrity from all command personnel and, in turn, requiring that they do the same with their subordinates;
- demanding nothing less than lawful behavior from subordinate command personnel and, in turn, requiring that they do the same with their subordinates;

- Promoting community partnerships by mentoring subordinate command personnel;
- the efficient operation of the Units within their areas of responsibility, as well as ensuring that they operate within their given budget;
- knowing the strengths, weaknesses and special skills of his immediate subordinates, and where reasonably possible, those of the other subordinates in his areas of responsibility.   Rating his subordinates in a timely and objective manner;
- ensuring that personnel assigned to his areas of responsibility receive the appropriate training required for their position and that they are held accountable for the information and direction gained through that training;
- ensuring that Department policy and procedures are effectively communicated to all personnel;
- ensuring that subordinate personnel have a clear understanding of appropriate and expected conduct when dealing with both co-workers and the community we serve;
- keeping the Sheriff and Undersheriff apprised of any problems, issues or significant activities within his areas of responsibility;
- the quality, timeliness and accuracy of his paperwork, as well as the quality, timeliness and, when appropriate, the accuracy of paperwork prepared at his direction by a subordinate;
- maintaining, and where possible, enhancing his professional knowledge and skills, and keeping current on events that affect the Department and his areas of responsibility;
- being well groomed and appropriately attired; and
- utilizing safe driving techniques while driving County vehicles.

## 2-02/040.00  DIVISION CHIEFS

A Division Chief is a senior executive of the Department who commands and is accountable for the activities of a Division in accordance with the policies prescribed by the Sheriff, Undersheriff, and Assistant Sheriff(s).   In managing a Division, a Chief is responsible for anticipating the problems, needs, trends and resources of the Division and its personnel, and for providing the appropriate leadership to accomplish goals which complement the mission of the Department.

The standards by which each Chief shall judge the performance of Divisional personnel are embodied in law (both statutory and case law), MOU's, the Department's Manual of Policy and Procedures, all Division Directives in support of the Manual, our Mission Statement, Core Values Statement and the Law Enforcement Code of Ethics.

Division Chiefs, in their role as executive staff to the Sheriff, and as members of the Executive Planning Council, must consider the impact of their decisions on the interests of the Department, their Divisions, the members of our Department, and the citizens we serve.   It is incumbent upon the members of the Executive Planning Council to work in

good faith and cooperation to best serve these interests.

The duties of this classification include the following:

- administering a Division of the Department;
- advising and assisting the Sheriff, Undersheriff, and Assistant Sheriff(s) in administrative and policy matters;
- participating in strategic planning as directed by the Sheriff, providing direction, guidance and assistance to Commanders and Captains while holding them accountable for goal development and proper management of their Units consistent with Division goals;
- planning for the expansion or reorganization of Division operations to meet growing or changing law enforcement, custodial, or service needs;
- directly supervising Commanders and indirectly the remaining elements in the chain of command;
- communicating and enforcing Department policy and procedures;
- recommending disciplinary action affecting Division personnel;
- preparation and management of the Division budget;
- conducting inspections of Division Units to ensure compliance with established laws and operational standards; and
- representing the Department in appearances before civic groups or organizations.

In addition to position specific responsibilities, each Chief is accountable for:

- his personal acts and omissions, and when reasonable and appropriate, the acts and omissions of his subordinates.   In connection therewith, his supervisory and managerial responsibilities shall include, among others:
    - o a responsibility to take appropriate corrective measures consistent with his rank and authority when he is, or reasonably should be, aware that such measures are called for;
    - o a responsibility to use the information and management tools available to him, including, but not limited to, manual and automated personnel information, to attempt to anticipate and address, through corrective measures consistent with his authority, reasonably identifiable Departmental risks or potential employee misconduct; and
- maximizing the reverence for human life by critical oversight of the Department's system for reporting, reviewing and training the use of force;
- supporting and promoting the Department's Core Values, Service Oriented Policing philosophy, affirmative action guidelines and the Law Enforcement Code of Ethics by both actions and statements;
- reinforcing, through actions and statements, the Department's position on discrimination, sexual harassment and cultural diversity;
- keeping the public trust by demanding a high degree of personal integrity from all command personnel and, in turn, requiring that they do the same with their subordinates;
- demanding nothing less than lawful behavior from subordinate command

personnel and, in turn, requiring that they do the same with their subordinates;

- promoting community partnerships by mentoring subordinate command personnel;
- ensuring that subordinate personnel have a clear understanding of appropriate and expected conduct when dealing with both co-workers and the community we serve;
- keeping his immediate supervisor apprised of any problems, issues or significant activities within his area of responsibility;
- Managing Human Resources - knowing the strengths, weaknesses and special skills of his immediate subordinates and, where reasonably possible, those of the other subordinates in his area of responsibility.   Ensuring that professional competence and skillful enforcement of the law remain at the highest levels by instilling such values in subordinate command personnel by word, action, example kand inspection.   Effectively and efficiently managing and retaining subordinates in a manner that inspires and supports harmonious working relationships among all Department members, other agencies, and the community.   Rating subordinates in a timely and objective manner;
- Managing Financial and Material Resources - the productive planning and use of material resources. Identifying and monitoring available budget resources; while at the same time addressing short and long term planning needs that affect his command;
- Managing Work (Systems and Operations) - the development and implementation of realistic short and long term plans that emphasize productivity and provide for evaluations of effectiveness designed to ensure that Bureau and Divisional goals are achieved in a timely manner.   The quality, timeliness and accuracy of his paperwork, as well as the quality, timeliness and, when appropriate, the accuracy of paperwork prepared at his direction by a subordinate;
- Managing Information - processing information thoroughly and promptly for relevance and significance.   Productively using information to communicate constructively with Department members, other agencies and the community;
- Managing as a Member of the Team - promoting a positive public relations image and fostering productive relationships with peers, other Departments, and agencies, using management and leadership skills to strengthen and promote a healthy organizational loyalty;
- Managing Change - handling emergencies and responding to internal and external influences.   Being resourceful and adaptive, while planning and anticipating for the future;
- Self-Management Practices - demonstrating decisiveness, independence, consistency, reliability and accepting responsibility.   Exhibiting ethical, personal and organizational courage, while providing ethical guidance to staff members. Maintaining, and where possible, enhancing his professional knowledge and skills, and keeping current on events that affect the Department and his area of responsibility.   Being well groomed and appropriately attired;
- Managing Loss/Liability Prevention - actively monitoring potential areas of risk and liability to the Division.   Ensuring appropriate preventive and remedial actions are taken by Division managers with regard to unauthorized force, discrimination and

other areas of risk.   Determining that appropriate training and program needs are met to promote personnel competence and safety; and

• utilizing safe driving techniques while driving County vehicles.


## 2-02/050.00  AREA COMMANDERS

These positions assist the Chief of a Division as an assistant Division Chief and may hold other special positions as directed by the Sheriff.   As assistant Division Chief, an Area Commander is directly accountable to the appropriate Division Chief for the proper execution of assigned functions and for the management of assigned Units.

Commanders are responsible for ensuring that Units under their command are meeting Department and Division standards of operation.   Commanders shall be personally versed in the Units' major operational indices (personnel, budget, incidence of force and complaints, risk management, liability, etc.) and have an affirmative obligation to provide Captains with appropriate support and direction in the maintenance of standards.

In addition, Commanders shall personally respond to specified incidents and provide insight and guidance to ensure that the interests of the Department and its individual members are protected.   The specific incidents to which a Commander shall respond shall be dictated by Department policy and direction from the Executive Planning Council.

A Commander's leadership shall be manifested through clear and concise interpretation of existing laws (both statutory and case law) MOU's, the Department's Manual of Policy and Procedures, all Division directives in support of the manual, our Mission Statement, Core Values Statement and the Law Enforcement Code of Ethics, training requirements and any other direction given by appropriate authority.

The duties of this classification include the following:

• commanding an area composed of assigned Stations, Bureaus and/or facilities; providing direction, control and coordination of activities as appropriate;
• acting as Division Chief in his absence;
• acting as the incident Commander during major Department mobilization for emergencies;
• performing as Chief of Staff or Deputy Department Operations Commander in the County Emergency Operations Center;
• making recommendations for formulation of Division policy and procedures;
• developing in conjunction with their Captains, appropriate Unit goals and objectives which are consistent with Department strategic plans;
• conducting Division investigations and special research studies;
• conducting inspections and audits of Unit operational and management functions to ensure consistency and adherence to policy; and
• assisting in formulating and implementing the Division budget.

In addition to position specific responsibilities, each Commander is accountable for:

- his personal acts and omissions, and when reasonable and appropriate, the acts and omissions of his subordinates.   In connection therewith, his supervisory and managerial responsibilities shall include, among others:
  - o a responsibility to take appropriate corrective measures consistent with his rank and authority when he is, or reasonably should be, aware that such measures are called for; and
  - o a responsibility to use the information and management tools available to him, including, but not limited to, manual and automated personnel information, to attempt to anticipate and address, through corrective measures consistent with his authority, reasonably identifiable Departmental risks or potential employee misconduct;
- maximizing the reverence for human life by critical oversight of the reporting, reviewing and training the use of force;
- demanding nothing less than lawful behavior from subordinate command personnel and, in turn, requiring that they do the same with their subordinates; and
- ensuring that Department policy and procedures are effectively communicated to all personnel.

## Administration of Personnel

- knowing the strengths, weaknesses and special skills of his immediate subordinates, and where reasonably possible, those of the other subordinates in his areas of responsibility;
- rating their subordinates in a timely and objective manner;
- monitoring the administrative investigations process of his Units to ensure timely and accurate processing;
- ensuring that he is available and accessible to provide assistance, guidance and insight to his Captains; and
- reinforcing, through actions and statements, the Department's position on discrimination, sexual harassment and cultural diversity.

## Delivery of Service

- ensuring that the public interaction and community involvement of subordinate commands meet Department standards, are reflective of the Department's Service Oriented Policing philosophy and promote community partnerships; and
- ensuring that Units deliver service at contracted or specified levels and that service is appropriate to the needs and sensitivities of the community.

## Efficient and Effective Operations

- ensuring that his subordinate Captains are meeting Departmental standards for operating a Station, Bureau or facility.   He should be proactive and vigilant in ensuring that subordinate Units are operating:

- o within budget;
- o within appropriate discipline and non-discrimination guidelines;
- o within appropriate qualitative and quantitative performance levels;
- o with adequate information flow upward and downward;
- o within given requirements for internal inspection;
- o with appropriate management oversight of force, liability and other areas of risk; and
- o with appropriate care and maintenance of physical plant assets;
- advising the Chief and subordinates of any significant problems, issues or activities within their areas of responsibility.

Role Model

- ensuring that, by attitude and action, his personal integrity and work ethic meets the highest standards of the Department while ensuring the same from his subordinates;
- participating in committees and work groups with enthusiasm and insight directed at improving overall Departmental excellence;
- practicing, supporting and promoting the Department's Core Values, Service Oriented Policing philosophy, affirmative action guidelines and the Law Enforcement Code of Ethics;
- maintaining, and where possible, enhancing his professional knowledge and skills, and keeping current on events that affect the Department and his areas of responsibility; and
- being well groomed and appropriately attired.

Tactical Command

- responding to a variety of tactical situations to exercise oversight and/or command responsibilities as dictated by the circumstances of the situation.

Risk Management

- minimizing risk to the County, Department and its employees by monitoring, reviewing, documenting, disciplining and rewarding employee performance, as well as identifying procedures or policies that need changes and making appropriate recommendations for change; and
- utilizing safe driving techniques while driving County vehicles.

As senior command staff of the Department, Area Commanders will continue to be available if needed for consultation or response on a 24-hour basis, including weekends and holidays.


**2-02/060.00  CAPTAINS**

A Captain is the commanding officer of a Bureau, Facility or Station.   As such, Captains are the leaders of the management teams at their Units and are responsible for all of their functions and operations.   Captains shall set the operational philosophies of the Units to ensure that the needs and goals of the community, the Department and their staffs are met to the highest degree possible.

A Captain's leadership shall be manifested through clear and concise interpretation of existing laws (both statutory and case law) MOU's, the Department's Manual of Policy and Procedures, all Division Directives in support of the Manual, the Los Angeles County Fiscal Manual, the Los Angeles County Purchasing Policy Manual, and our Mission statement, Core Values Statement and the Law Enforcement Code of Ethics, training requirements and any other direction given by appropriate authority.

The duties of this classification include the following:

- enforcing policies and regulations of the Department and the Division;
- conducting special investigations;
- supervising subordinate personnel;
- documenting the performance of subordinate personnel;
- maintaining discipline;
- making reports and recommendations;
- acting as liaison with cities served by the Station;
- completing the Departmental Change of Command (Form SH-AD-601) when assuming a new or change of command (Refer to the Policy and Ethics Chapter), determining and submitting their Units' proposed budget for the succeeding fiscal year;
- ensuring compliance with established laws and operational standards at their Units of assignment and correcting deficiencies in a timely manner; and
- provide guidance, mentoring, and/or counseling to subordinates whose performance demonstrates a need for intervention.

In addition to position specific responsibilities, each Captain is accountable for:

- his personal acts and omissions, and when reasonable and appropriate, the acts and omissions of his subordinates.   In connection therewith, his supervisory and managerial responsibilities shall include, among others:
  - a responsibility to take appropriate corrective measures consistent with his rank and authority when he is, or reasonably should be, aware that such measures are called for; and
  - a responsibility to use the information and management tools available to him, including, but not limited to, manual and automated personnel information, to attempt to anticipate and address, through corrective measures consistent with his authority, reasonably identifiable Departmental risks or potential employee misconduct.

Fiscal Management

- <u>Use of Overtime</u> - being fully aware of his Unit's status with regard to the use of overtime, and make prudent decisions on an independent basis when approving overtime usage;
- <u>Purchasing, Service Contracts, and Unit Budget/Funds</u> - knowing the overall status of his Unit's various accounts, purchase orders and services contracts, ensuring that over-expenditures do not occur, making efficient use of the Unit's funds, and being in compliance with the fiscal policies established in this Manual, the Los Angeles County Fiscal Manual and the Los Angeles County Purchasing Policy Manual; and
- <u>Staffing</u> - assigning the necessary staff to effectively manage his Unit's workloads, and local community needs within budget constraints.

<u>Administration of Personnel</u>

- <u>Knowledge</u> - knowing the strengths, weaknesses and special skills of his immediate subordinates, and where reasonably possible, those of other subordinates;
- <u>Training/Development</u> - establishing an effective training program and ensuring that all personnel receive the appropriate training required and validate all training on an on-going basis.   He shall offer staff development training whenever possible and require managers/supervisors to observe and accurately record the training and development of personnel. He shall ensure that new policies/procedures are made known to his members and remedial training is given to individuals who demonstrate a need.   He shall hold his subordinates accountable for information and direction received through training;
- <u>Discipline/Reward</u> - reviewing and evaluating all information that may lead to a disciplinary action or commendation.   He shall regularly review the administrative investigation process and ensure cases are handled in a timely manner and that all the reports are thorough and accurate.   He shall establish a reward/recognition program for the Unit;
- <u>Conduct</u> - ensuring that his personnel have a clear understanding of appropriate and expected conduct when dealing with the community, prisoners and co-workers, by placing emphasis on:   Cultural Awareness, Integrity and Ethics, Harassment and Discrimination issues, Departmental Core Values and Service Oriented Policing;
- <u>Use of Force</u> - striving to eliminate excessive and unnecessary use of force through an established system of supervision, training, incident evaluation and application of remediation as appropriate.   Holding Lieutenants and Sergeants accountable for appropriately detailed force review and documentation, as well as for disseminating training of value from incident analysis among subordinates. Maximizing reverence for human life by ensuring that Lieutenants and Sergeants understand and communicate to subordinates how the value relates to use of force;
- <u>Evaluation</u> - ensuring that the performance of their personnel, both positive and negative, is accurately documented and that evaluations are submitted in a timely

manner.   Rating their immediate subordinates in a timely and objective manner and developing and implementing ongoing strategies to enhance their professional performance;

- Health and Safety - establishing an ongoing wellness program, and follow-up and assisting his injured/ill members;
- Personal Relations - treating every member of this Department, sworn and civilian, with the same dignity and respect that he would expect in return.   He must also remain thoroughly familiar with applicable MOU'S, employee relations issues and personnel rules and regulations; and
- Personnel Policies - supporting and promoting the Department's affirmative action guidelines.

Delivery of Service

- supporting and promoting the Department's Core Values and Service Oriented Policing philosophy, as well as community partnerships.

Efficient and Effective Operations

- Goals - by actions and statements he shall actively strive toward accomplishing the Departmental and Unit goals, while encouraging subordinates to follow his example and ensuring that all subordinate staff are knowledgeable of Departmental and Unit goals;
- Reports/Notifications - communicating with his supervisors and keeping them aware of problems, issues and activities concerning their areas of responsibility. He shall also ensure that all reports and notifications are accurate and timely; and
- Information - establishing a formal system that ensures the flow of information throughout his Unit.

Role Model

- Physical Appearance - setting an example of professionalism and pride by appearing well groomed and appropriately attired;
- Demeanor/Attitude - by actions and statements reflecting maturity, objectivity, enthusiasm and a commitment to excellence in accomplishing the mission, goals and programs of the Department;
- Communicative/Interpersonal Skills - encouraging and promoting open and constructive relationships with citizens, co-workers, subordinates and superiors through understanding, empathy and tolerance.   His written and oral communication should be clear and concise;
- Social Skills - demonstrating actions and decisions that reflect consideration of social, cultural and political factors which are important to the community and Department; maintaining a liaison with other persons or agencies which affect his command; regularly attending Departmentally supported functions and encouraging his Unit's participation when appropriate;
- Self-improvement - maintaining and enhancing his professional knowledge and

skills, and remaining current on events that affect the Department and his Unit;
- <u>Innovation</u> - continually evaluating and seeking methods of improving the operation of his Unit, the well-being of his personnel and the level of service that his Unit provides;
- <u>Ethical Conduct</u> - by his actions and statements, possessing the highest standards of moral and ethical conduct; and
- <u>Core Values</u> - demonstrating clear expectations of acceptable conduct, including the tenets of the Department's established Core Values.

<u>Risk Management</u>

- preparing a Risk Management plan;
- minimizing risk to the Department and personnel by monitoring, reviewing, documenting, disciplining and rewarding his employees' performance; and
- utilizing safe driving techniques while driving County vehicles.

## 2-02/070.00  LIEUTENANTS

Lieutenants manage the operations of a given shift or activity, command a specialized detail, or provide staff assistance to a superior officer.

The duties of this classification include all of the following:

- performing as Watch Commander of a given shift for a large or complex operation;
- acting as day shift Commander and coordinator of the operations of other shifts for a smaller or less complex operation;
- acting as a Unit Commander;
- acting as a staff assistant to a superior officer;
- supervising Unit personnel;
- documenting the performance of subordinate personnel;
- scheduling work assignments;
- maintaining personnel records;
- making procedural decisions in emergency or unusual situations;
- inspecting personnel, equipment, and records;
- taking routine disciplinary action;
- acting as the Unit vehicle fleet manager;
- conducting administrative investigations; and
- provide guidance, mentoring, and/or counseling to subordinates whose performance demonstrates a need for intervention.

In addition to position specific responsibilities, each Lieutenant is accountable for:

- his personal acts and omissions, and when reasonable and appropriate, the acts and omissions of his subordinates.   In connection therewith, his supervisory and

managerial responsibilities shall include, among others:

- a responsibility to take appropriate corrective measures consistent with his rank and authority when he is, or reasonably should be, aware that such measures are called for; and
- a responsibility to use the information and management tools available to him, including, but not limited to, manual and automated personnel information, to attempt to anticipate and address, through corrective measures consistent with his authority, reasonably identifiable Departmental risks or potential employee misconduct.

## Fiscal Management

- Use of Overtime - being aware of their Units' status with regard to the expenditure of overtime.   They shall be aware of applicable guidelines, such as MOU provisions and FLSA requirements and make prudent decisions on an independent basis when approving the use of overtime;
- Staffing - assigning subordinates in a manner that most effectively and safely completes the Unit's missions or special operations.   They shall exercise creative solutions to enhance productivity while minimizing the use of overtime; and
- Resources and Funds - using and recommending the purchase of only those resources needed to perform their operations, bearing in mind the budget constraints faced by the Department.

## Management of Personnel

- Knowledge - knowing the strengths, weaknesses and special skills of their immediate subordinates and where reasonably possible, those of other subordinates;
- Training/Development - identifying the training needs of each subordinate and developing training programs to meet those needs.   Ensuring, through observation and recordation, that all subordinates are developing at an acceptable rate and level consistent with established guidelines;
- Discipline/Reward - gathering all information regarding incidents which may lead to discipline or reward; accurately documenting information and completing the report(s) in a timely manner; holding supervisors accountable for documenting both positive and negative comments regarding subordinates' activities; actively pursuing recognition for exceptional actions by employees; leading supervisors in developing programs for problem employees to alter inappropriate behavior through training, supervision or discipline;
- Conduct - ensuring that subordinates have a clear understanding of appropriate and expected conduct when dealing with the community, prisoners and co-workers by placing emphasis on: Cultural Awareness, Integrity and Ethics, Harassment and Discrimination issues, Departmental Core Values and Service Oriented Policing;
- Use of Force - reviewing, analyzing and documenting the use of force diligently and attentively.   Critically evaluating the tactics leading to use of force and

maximizing subordinates' ability to learn from experience.  Maximizing subordinates' embracing of the core value "reverence for life" by supporting the value in discussions and training about force, both before and after its use;

- Evaluation - ensuring that the performance of subordinates, both positive and negative, is accurately documented and that evaluations are submitted in a timely manner.  Rating their immediate subordinates in a timely and objective manner and developing and implementing strategies to enhance their professional performance;
- Health and Safety - supporting and encouraging Unit-level wellness programs and keeping a safe, secure and clean work place; and
- Personal Relations - treating every member of this Department, sworn and civilian, with the same dignity and respect that they would expect in return.

## Delivery of Service

- supporting and promoting the Department's Core Values and Service Oriented Policing philosophy, as well as community partnerships.

## Efficient and Effective Operations

- Goals - by actions and statements actively striving toward accomplishing Departmental and Unit goals, while encouraging their subordinates to follow their example;
- Reports/Notifications - communicating with their supervisors and keeping them aware of problems, issues and activities concerning their areas of responsibility. They shall also ensure that all reports and notifications are accurate and timely; and
- Information - functioning as a primary agent of information exchange between top management and subordinate personnel.

## Role Model

- Physical Appearance - setting an example of professionalism and pride by appearing well groomed and appropriately attired;
- Demeanor/Attitude - by actions and statements reflecting maturity, objectivity, enthusiasm and a commitment to excellence in accomplishing the mission, goals and programs of the Department;
- Communicative/Interpersonal Skills - encouraging and promoting open and constructive relationships with the public, co-workers, subordinates and superiors through understanding, empathy and tolerance.  Their written and oral communications should be clear and concise;
- Social Skills - demonstrating actions and decisions that reflect consideration of social, cultural and political factors which are important to the community and the Department;
- Self-improvement - maintaining and enhancing their professional knowledge and skills, remaining current on events that affect the Department and their Units and

maintaining liaison with other persons of equal rank on matters which affect their Unit of assignment;

- <u>Innovation</u> - continually evaluating and seeking methods of improving the operation of their Units, the well-being of their personnel and the level of service provided by their Units;
- <u>Ethical Conduct</u> - by their actions and statements, possessing the highest standards of moral and ethical conduct; and
- <u>Core Values</u> - demonstrating clear expectations of acceptable conduct, including the tenets of the Department's established Core Values.

<u>Risk Management</u>

- striving to minimize risk to the Department and personnel through monitoring, evaluating, reporting and remediating their employees' performance; and
- utilizing safe driving techniques while driving County vehicles.

<u>Critical Incident Management</u>

- possessing a thorough understanding of emergency procedures and management of significant incidents;
- effectively assuming command or reviewing the performance of on-the-scene emergency activities of subordinates, supporting compliance with Department policy and ensuring efficient use of resources; and
- monitoring their work location for safety and safety-related hazards and taking immediate remedial action, if appropriate.

## 2-02/080.00  SERGEANTS

Sergeants are the most visible and critical element of sworn supervision within the Department.   Sergeants are first-line supervisors with primary responsibility for ensuring compliance with the professional and ethical standards of the Department by all subordinate Deputy Sheriffs and civilian employees.   Sergeants shall know the duties and responsibilities of a first-line supervisor with regard to the Peace Officer's Bill of Rights, Civil Service Rules, applicable MOU'S, FLSA, the disciplinary and employee grievance processes and administrative investigation procedures.   Sergeants shall strive to be positive role models and to provide leadership in delivering Service Oriented Policing and in assisting the community in solving problems and maintaining the peace.

The duties of this classification include the following:

- acting as Traffic Sergeant, supervising the activities of traffic Units and crossing guards;
- acting as Field Sergeant, supervising the activities of patrol cars;
- acting as a Custody Sergeant on a given shift;
- acting as Personnel Sergeant for a major Unit of the Department;

- acting as shift Watch Commander at a small Station;
- acting as Operations Sergeant in specialized Units;
- acting as a staff assistant to the head of a major Unit;
- performing specialized duties such as range operation, legal research, or manual or order writing;
- inspecting and briefing assigned personnel;
- conducting in-service training;
- handling minor disciplinary and personnel problems;
- evaluating and documenting the job performance of assigned personnel;
- provide guidance, mentoring, and/or counseling to subordinates whose performance demonstrates a need for intervention;
- preparing records and reports;
- performing specialized investigations requiring specialized techniques and skills in such areas as homicide, burglary, robbery, forgery and fraud;
- gathering evidence and preparing detailed reports of the results of investigations;
- assisting in the preparation of legal documents such as search warrants;
- coordinating the activities of subordinate personnel in planning and conducting major or large-scale investigations;
- interviewing witnesses and complainants;
- apprehending and interrogating suspects;
- acting as Unit Reserve coordinator, directly supervising Reserve activity; and
- acting as Unit vehicle fleet supervisor, directing vehicle maintenance needs and functionally supervising Law Enforcement Technicians or sworn personnel.

In addition to position specific responsibilities, each Sergeant is accountable for:

- his personal acts and omissions and when reasonable and appropriate, the acts and omissions of his subordinates.   In connection therewith, his supervisory and managerial responsibilities shall include, among others:
  - a responsibility to take appropriate corrective measures consistent with his rank and authority when he is, or reasonably should be, aware that such measures are called for; and
  - a responsibility to use the information and management tools available to him, including, but not limited to, manual and automated personnel information, to attempt to anticipate and address, through corrective measures consistent with his authority, reasonably identifiable Departmental risks or potential employee misconduct.

Role Identification

- possessing a clear understanding of their role as first-line supervisors who are accountable for the safety, development and actions of subordinates.   This basic supervisory requirement is reinforced in the Core Value of being fully accountable for their own actions or failures and when appropriate, for the actions or failures of their subordinates.

Transition

- demonstrating leadership abilities by recognizing the difference between doing the work and getting it done through others.   Constantly maintaining their supervisory integrity by knowing the limits of their authority and following through on promised actions.

Fiscal Management

- Use of Overtime - monitoring those assignments requiring the use of overtime and ensuring that they are handled in a manner consistent with established overtime guidelines.   They shall be aware of applicable guidelines, such as MOU provisions and FLSA requirements and make prudent decisions when approving the use of overtime; and
- Staffing - continually monitoring their personnel resources and re-assigning them as needs change, for maximum efficiency.

Critical Incident Management

- demonstrating a thorough understanding of emergency procedures and management of officer involved incidents.   The effective direction of on-the-scene emergency activities of subordinates is mandatory.

Training

- meeting their responsibilities as trainers.   They must be capable of planning, coordinating, and conducting meaningful roll call and in-service training.   They shall identify the training needs of each subordinate and develop training programs to meet those needs and ensure, through observation and recordation, that all subordinates are developing at an acceptable rate.   They shall conduct post-incident training debriefings and critiques to maximize subordinates' ability to learn from experience.   Additionally, they must actively participate in the career development and guidance of their subordinates.

Supervision of Personnel

- Knowledge - knowing the strengths and weaknesses and special skills of each of their subordinates;
- Counseling/Documentation - being timely and accurate in documenting and counseling both positive and negative subordinate conduct and performance, utilizing the Department's Unit Performance Log Entry form, when appropriate;
- Conduct - ensuring that subordinates have a clear understanding of appropriate and expected conduct when dealing with the community, prisoners and co-workers by placing emphasis on:   Cultural Awareness, Integrity and Ethics, Harassment and Discrimination issues, Departmental Core Values and Service

Oriented Policing;
- <u>Use of Force</u> - directly supervising the use of force by being present when possible and directing and controlling subordinate activities as appropriate.   Accepting notifications about use of force and initiating the force review process by notifying the supervising Lieutenant and accomplishing appropriate documentation tasks. Critically evaluating the tactics leading to use of force and maximizing subordinates' ability to learn from experience.   Maximizing subordinates' embracing of the Core Value "reverence for life" by supporting the value in discussions and training about force, both before and after its use;
- <u>Evaluation</u> - rating subordinates in and objective and timely manner;
- <u>Health and Safety</u> - supporting and encouraging Unit-level wellness programs, and keeping a safe, secure and clean work place; and
- <u>Personal Relations</u> - treating <u>every</u> member of this Department, sworn and civilian, with the same dignity and respect that they would expect in return.

<u>Delivery of Service</u>

- supporting and promoting the Department's Core Values and Service Oriented Policing philosophy, as well as community partnerships.

<u>Efficient and Effective Operations</u>

- <u>Goals</u> - by actions and statements actively striving toward accomplishing Departmental and Unit goals, while encouraging subordinates to follow their example;
- <u>Reports/Notifications</u> - communicating with supervisors and keeping them aware of problems, issues and activities concerning their areas of responsibility. Ensuring that all reports and notifications are accurate and submitted in a timely manner; and
- <u>Information</u> - functioning as an agent of information exchange between management and subordinate personnel.

<u>Role Model</u>

- <u>Physical Appearance</u> - setting an example of professionalism and pride by appearing well groomed and appropriately attired;
- <u>Demeanor/Attitude</u> - by actions and statements, reflecting maturity, objectivity, enthusiasm and a commitment to excellence in accomplishing the mission, goals and programs of the Department;
- <u>Communicative/Interpersonal Skills</u> - encouraging and promoting open and constructive relationships with citizens, co-workers, subordinates and superiors through understanding, empathy and tolerance.   Their written and oral communications should be clear and concise;
- <u>Social Skills</u> - demonstrating actions and decisions that reflect consideration of social, cultural and political factors which are important to the community and the Department;

- <u>Self-improvement</u> - maintaining and enhancing their professional knowledge and skills, remaining current on events that affect the Department and their Units of assignment;
- <u>Innovation</u> - continually evaluating and seeking methods of improving the operation of their Units;
- <u>Ethical Conduct</u> - by their actions and statements, possessing the highest standards of moral and ethical conduct; and
- <u>Core Values</u> - demonstrating clear expectations of acceptable conduct, including the tenets of the Department's established Core Values.

<u>Risk Management</u>

- striving to minimize risk to the Department and personnel through monitoring, inspecting, reporting and improving their employees' performance;
- utilizing safe driving techniques while driving County vehicles; and
- monitoring their work location for safety and safety-related hazards and taking immediate remedial action, if appropriate.

## 2-02/090.00  DEPUTY SHERIFFS

Deputy Sheriffs are the main work force from the sworn category, and are responsible for performing a wide variety of law enforcement functions.   Deputy Sheriffs must exhibit discretion, a comprehensive knowledge of the law and highest ethical standards. Deputy Sheriffs must be service-oriented and actively assist community members in solving problems and maintaining the peace.   Deputy Sheriffs shall be held accountable for their actions and must adhere to Departmental Core Values.

The duties of this classification include the following:

- protecting life and property;
- preventing crime;
- apprehending criminals;
- investigating reports of crime;
- managing the care, custody and transportation of prisoners;
- serving as a bailiff in the municipal and superior courts; and
- working in an administrative or support function.

In addition to position specific responsibilities, each Deputy Sheriff is accountable for:

- his personal actions and omissions and when reasonable and appropriate, the acts and omissions of his subordinates;
- <u>Fiscal</u> - making every reasonable effort to complete his duties within his assigned shift.   Those assignments that require the use of overtime shall be handled in a manner consistent with established overtime guidelines, MOU's and FLSA provisions;