- <u>Delivery of Services</u> - supporting and promoting the Department's Core Values and Service Oriented Policing philosophy;
- <u>Efficient and Effective Operations</u> - being aware of his Unit's mission and goals and actively striving to accomplish these objectives through his actions and statements.   reports and notifications shall be complete, accurate and timely;
- <u>Personal</u> - maintaining a professional appearance and demeanor, treating the community he serves in a fair and impartial manner and conducting himself in keeping with the highest ethical standards;
- <u>Risk Management</u> - utilizing officer safety equipment and techniques authorized by the Department in an effort to minimize risk.   Utilizing safe driving techniques while driving County vehicles;
- <u>Health and Safety</u> - supporting Unit-level wellness programs and keeping a safe, secure and clean work place;
- <u>Personal Relations</u> - treating every member of this Department, sworn and civilian, with the same dignity and respect that he would expect in return;
- <u>Demeanor/Attitude</u> - by actions and statements, reflecting maturity, objectivity, enthusiasm and a commitment to excellence in accomplishing the mission, goals and programs of the Department;
- <u>Communicative/Interpersonal Skills</u> - encouraging and promoting open constructive relationships with the public, co-workers, subordinates and superiors through understanding, empathy and tolerance.   Written and oral communications should be clear and concise;
- <u>Social Skills</u> - demonstrating actions and decisions that reflect consideration of social, cultural and political factors which are important to the Department;
- <u>Self Improvement</u> - maintaining his professional knowledge and skills and remaining current on events that affect the Department and his Unit; and
- <u>Innovation</u> - continually evaluating and seeking methods of improving the operation of his Unit.

## 2-02/090.05  BONUS DEPUTY POSITIONS

Within the Deputy Sheriff classification there are designated Bonus level positions I and II.   These specialized positions, listed in the Bonus Selection Standards Manual, are recognized as positions that require certain skills and/or expertise.   The qualifications for each Bonus position, including provisions pertaining to selection, compensation and removal are included in the Protective Survey and the MOU.   Individuals appointed to these specialized positions shall continue to practice Departmental Core Values.

## 2-02/090.10  FIELD TRAINING OFFICERS

Field training officers are responsible for training, supervising, guiding and evaluating Deputies newly assigned to field operations.   Field training officers are teachers, mentors, leaders and role models.   They must display strong ethics and the highest possible degree of personal and professional integrity.   They must be positive and

supportive and teach by example all requisite skills necessary to enable the Deputy being trained to successfully complete the Deputy Orientation Program as a qualified Field Deputy.   Field training officers must be dedicated to the training mission and support Departmental Core Values.

## 2-02/090.15  SUPERVISING LINE DEPUTIES

Supervising line Deputies are responsible for supervising sworn and civilian personnel working a custody assignment.   Supervising line Deputies must possess a working knowledge of, and be familiar with, the Department, Division and Unit policies and procedures, as well as relevant, legal issues.

Supervising line Deputies are mentors, leaders and role models.   They must demonstrate the principles of good supervision by displaying a positive, enthusiastic, and responsible attitude and demeanor.   Supervising line Deputies must support Departmental Core Values.

## 2-02/100.00  DEPUTY SHERIFF TRAINEES

Positions in this entry level non-sworn law enforcement class are characterized by participation in a basic law enforcement training program involving both classroom instruction and field observation.

The duties of this position may include any or all of the following:

- receiving instruction in the interpretation and application of laws contained in various state codes and ordinances such as the Penal Code, Vehicle Code, Welfare and Institutions Code and Los Angeles County Ordinances;
- receiving instruction in basic criminal and traffic accident investigation procedures and techniques, including crime scene preservation, witness interrogation and evidence collection;
- participating in a firearms training course, learning proper safety procedures, care and use of small arms, as well as Department regulations and legal limitations upon firearm use; and
- receiving classroom instruction and acquiring working knowledge of patrol procedures, as well as learning radio operation techniques, vehicle stop procedures and methods of traffic control.

## 2-02/110.00  RESERVE DEPUTIES

The regular law enforcement complement of the Department is supplemented by a large number of "Reserve" Deputy personnel who volunteer their services on an as-needed basis.

Reserve personnel are subordinate to regular Deputies, and in most instances, shall work under the immediate direction of regular full-time personnel of this Department.   Unless otherwise directed by the concerned Unit Commander, Reserves shall not wear their rank insignia while working a uniformed assignment.

Reserve Peace Officers are required by regulations of the Commission on Peace Officer Standards and Training (POST) to meet the same selection standards (e.g. personal history investigation, medical and psychological screenings) as full-time regular Deputies.

There are three classifications of Reserves expressed as levels set forth in the Penal Code.   Their duties and required training are described below.

Level I - Reserve

Designated Level I

Reserve Deputies may be appointed to a "Designated" Level I position by authority of a County Resolution.   Designated Level I Reserve Deputies must complete the Sheriff Department's POST approved Field Training Program.   This is the only category of Reserve that has 24-hour Peace Officer authority.   All other Reserve levels have Peace Officer powers only for the duration of the person's specific assignment.   A Designated Level I Reserve may work alone and perform the same duties as a full-time Deputy.

Designated Level I Reserve Deputies must successfully complete the POST Regular Basic Course in either the Standard Format - (664 hours minimum), or the Modular Format - Level III, II and I Reserve training (730 hours minimum).

Reserve Deputies have been granted Designated Level I status if they possess either a POST Reserve Officer Certificate or a Basic POST Certificate ("Departmental Exit Option," which allows regular Deputies to transition to Reserve status upon resignation or retirement).

Upon completion of the Sheriff Department's POST approved Field Training Program, Designated Level I Reserves are granted the following:

- full Peace Officer powers both on and off duty;
- authority to carry an off-duty weapon, conforming to Department policy, without the need for a concealed weapon permit;
- individuals with full-time Peace Officer status, who are exercising the "Exit Option," may be assigned to tasks routinely performed by regular Deputies.   This includes supervising Level II and Level III Reserves; and
- reserves possessing a POST Reserve Officer Certificate may be assigned to tasks routinely performed by regular Deputies, including supervising Level II and III Reserves.

<u>Non-Designated Level I</u>

In previous years, Reserves were trained at a level which was not equivalent to the POST Basic Course.   These graduates are Non-Designated Level I Reserve Deputies.

A Non-Designated Level I Reserve may work alone and perform the same duties as a full-time regular Deputy.   However, their Peace Officer authority is only for the duration of the Reserve's specific assignment.

Non-Designated Level I Reserves are granted the following:

- peace Officer powers only while on duty;
- authorization to carry an off-duty weapon, only if they have a concealed weapon permit;
- possible assignment to tasks routinely performed by regular Deputies, except that they shall not be assigned to supervise other Reserve Deputies in a general law enforcement capacity; and
- due to recruit changes in POST training requirements, Non-Designated Level I Reserves may not upgrade to Designated Level I status unless they apply for the Basic Course Waiver (through POST) or by repeating the Basic course (modular or intensive).

<u>Level II - Reserve</u>

A Level II Reserve Deputy may perform general law enforcement assignments while under the immediate supervision of a Peace Officer who has completed the Regular Basic Course.   Immediate supervision is defined as <u>continually being in the physical proximity of and available to, the Reserve Deputy.   However, allowances are permitted for necessary temporary separations, such as tactical situations requiring separation.</u>   A Level II Reserve Deputy may work assignments authorized for Level III Reserve Deputies without immediate supervision.

Level II Reserve Deputies must successfully complete the Level III and Level II Modules of the Post Basic Course - Modular Format as their entry-level training requirement.

Although not a POST requirement, the Los Angeles County Sheriff's Department requires that Level II Reserves, who work patrol assignments, must complete the Sheriff's Department's POST approved Field Training Program.

Reserve Deputies who have successfully completed a Level II Reserve POST Certified Reserve training module, are granted the following:

- peace Officer powers only while on duty; and
- authorization to carry an off-duty weapon, only if they have a concealed weapon permit.

When working in a general law enforcement capacity, Level II Reserves must be under the immediate supervision of a regular Deputy, or a Designated Level I Reserve Deputy.

Level III - Reserve

A Level III Reserve Deputy may perform specified limited support duties, and other duties that are not likely to result in physical arrests, while under the immediate supervision of a Designated Level I Reserve Deputy or a full-time regular Deputy.   Additionally, Level III Reserve Deputies may transport prisoners without immediate supervision.   They are limited to assignments that do not usually involve general law enforcement activities.

Reserve Deputies who have successfully completed the Level III Module of POST training hours, are granted the following:

- peace Officer powers only while on duty.

## 2-02/120.00  CIVILIAN EMPLOYEES

The Sheriffs civilian classifications in descending order of classification are:

- Administrator;
- Director;
- Assistant Director;
- Civilian Manager;
- Civilian Supervisor; and
- non-supervisory civilian staff.

Like sworn members, the civilian classifications have a specified chain of command. Each level is charged with specific duties and responsibilities.   Civilian members are held accountable for the efficient and effective discharge of their duties and responsibilities as follows:

## 2-02/130.00  ADMINISTRATOR

The Administrator is a senior executive of the Department who commands and is accountable for the activities in the Office of Administrative Services in accordance with the policies prescribed by the Sheriff, Undersheriff and Assistant Sheriff(s).

The standards by which the Administrator will judge the performance of personnel are embodied in law (both statutory and in case law), MOU's, the Department's Manual of Policy and Procedures, all Division Directives in support of the Manual, our Mission Statement, Core Values Statement and the Law Enforcement Code of Ethics.

The Administrator's subordinates will not only be held accountable for performance based

on specific requirements, but will be expected to use common sense and good judgement in establishing the standards of performance for their own subordinates.

The Administrator, in his role as executive staff to the Sheriff and as a member of the Executive Planning Council, must consider the impact of his decisions on the interests of the Department, the members of our Department, and the citizens we serve.   It is incumbent upon the members of the Executive Planning Council to work in good faith and cooperation to best serve these interests.

The duties of this classification include the following:

- administering the Office of Administrative Services;
- advising and assisting the Sheriff, Undersheriff and Assistant Sheriff(s) in administrative and policy matters;
- planning for the expansion or reorganization of Administrative Services' operations to meet growing or changing law enforcement, custodial or service needs;
- directly supervising Directors and Captains, and indirectly, the remaining elements in the chain of command within the Office of Administrative Services;
- communicating and enforcing Department policy and procedures;
- recommending disciplinary action affecting Administrative Services' personnel;
- representing the Department in appearances before civic groups and organizations;
- directing the preparation of the Department's budget and working in close cooperation with the Division Chiefs in developing individual Division budgets; and
- acting as the Department liaison with the Chief Administrative Office in all activities associated within the development, submission and adoption of a fiscal year Department budget.

In addition to the position specific responsibilities, the Administrator is accountable for:

- his personal acts and omissions, and, when reasonable and appropriate, the acts and omissions of his subordinates.   In connection therewith, his supervisory and managerial responsibilities shall include, among others:
  - o a responsibility to take appropriate corrective measures consistent with his rank and authority when he is, or reasonably should be, aware that such measures are called for; and
  - o a responsibility to use the information and management tools available to him, including, but not limited to, manual and automated personnel information, to attempt to anticipate and address, through corrective measures consistent with his   authority, reasonably identifiable Departmental risks or potential employee misconduct;
- supporting and promoting the Department's Core Values, Service Oriented Policing philosophy and affirmative action guidelines by both actions and statements;
- reinforcing, through actions and statements, the Department's position on discrimination, sexual harassment and cultural diversity;

- keeping the public trust by demanding a high degree of personal integrity from all command personnel and, in turn, requiring that they do the same with their subordinates;
- demanding nothing less than lawful behavior from subordinate command personnel and, in turn, requiring that they do the same with their subordinates;
- the quality, timeliness and accuracy of his paperwork, as well as the quality, timeliness and, when appropriate, the accuracy of paperwork prepared at his direction by a subordinate;
- Managing Human Resources - knowing the strengths, weaknesses and special skills of his immediate subordinates, and where reasonably possible, those of the other subordinates in his areas of responsibility;   effectively and efficiently managing and retaining subordinates in a manner that inspires and supports harmonious working relationships among all Department members, other agencies and the public.   Rating subordinates in a timely and objective manner;
- Managing Financial and Material Resources - the productive planning and use of material resources, identifying and monitoring the available budget resources; while at the same time addressing the short and long term planning needs that affect his office;
- Managing Work (systems and operations) - the development and implementation of practical and realistic short and long term plans that emphasize productivity and provide for evaluation of effectiveness designed to ensure that his Unit goals are achieved in a timely manner;
- Managing Information - thoroughly, and promptly reporting and, appropriately following up information to validate its value. Productively using information to communicate constructively with Department members, other agencies and the public;
- Managing as a Member of the Team - promoting a positive public relations image and fostering productive relationships with peers, other Departments and Agencies, using management and leadership   skills to strengthen and promote a healthy organizational loyalty;
- Managing Change - handling emergencies and responding to internal and external influences, being resourceful and adaptive, while planning and anticipating for the future;
- Self-Management Practices - demonstrating decisiveness, independence, consistency, reliability and accepting responsibility, exhibiting ethical, personal and organizational courage, while providing ethical guidance to staff members, being well groomed and appropriately attired;
- Managing Loss Prevention - determining training needs and implementing appropriate programs, promoting safety and health awareness, while monitoring personnel attendance, accidents and injuries to identify and administer preventive measures to minimize losses.

## 2-02/140.00  DIRECTORS

A Director is a manager of a major Department support service.   As such, Directors, are

leaders of the management team at their Units and are responsible for all their Units' functions and operations.   Directors shall set the operational philosophies of their Units to ensure that the needs and goals of the Department and their staff are met to the highest degree possible.

Certain Directors have the same level of responsibility as a Captain in their capacity as a Unit Commander of a large Bureau level support operation, while others have more of an advisory or specialty responsibility with smaller staffs and less than Bureau level responsibility.

Examples of civilian classifications that are considered Directors include, but are not limited to, the following:

- Director, Medical Services, Sheriff;
- Director, Personnel Services, Sheriff;
- Director, Employee Relations/Advocacy Services, Sheriff;
- Director, Employee Support Services, Sheriff;
- Director, Facilities Administration;
- Director, Jail Programs, Sheriff; and
- Director, Special Programs, Sheriff.

The duties of this classification include the following:

- communicating and enforcing policies and regulations of the Department and the Division/service;
- conducting special investigations;
- supervising and evaluating subordinates;
- provide guidance, mentoring, and/or counseling to subordinates whose performance demonstrates a need for intervention;
- maintaining discipline; and
- determining and submitting their Units' proposed budget for a succeeding fiscal year.

In addition to position specific responsibilities, each Director is accountable for:

- his personal acts and omissions, and, when reasonable and appropriate, the acts and omissions of his subordinates.   In connection therewith, his supervisory and managerial responsibilities shall include, among others:
  - a responsibility to take appropriate corrective measures consistent with his rank and authority when he is, or reasonably should be, aware that such measures are called for; and
  - a responsibility to use the information and management tools available to him, including, but not limited to, manual and automated personnel information, to attempt to anticipate and address, through corrective measures consistent with his   authority, reasonably identifiable Departmental risks or potential employee misconduct.

Fiscal Management

- Use of Overtime - being fully aware of his Unit's status with regard to the use of overtime, and making prudent decisions on an independent basis when approving overtime usage;
- Purchasing, Service Contracts, and Unit Budget/Funds - knowing the overall status of his Unit's various accounts, purchase orders and services contracts, ensuring that over-expenditures do not occur, making efficient use of the Unit's funds, and being in compliance with the fiscal policies established in this Manual, the Los Angeles County Fiscal Manual and the Los Angeles County Purchasing Policy Manual; and
- Staffing - assigning staff to effectively impact the workload, community needs and the budget.

Administration of Personnel

- Knowledge - knowing the strengths, weaknesses and special skills of his immediate subordinates, and where reasonably possible, those of the other subordinates in his areas of responsibility;
- Training/Development - establishing an effective training program and ensuring that his members receive the appropriate training required and validating all training on an on-going basis.   He shall offer staff development training whenever possible and require managers/supervisors to observe and accurately record the training and development of their subordinates;
- Personnel Policies - supporting and promoting the Department's affirmative action guidelines;
- Disciplinary/Reward - reviewing and evaluating all information that may lead to a disciplinary action or commendation.   He shall regularly review the administrative investigation process and ensure that cases are handled in a timely manner and that all the reports are thorough and accurate.   He shall establish a reward/recognition program for the Unit;
- Conduct - ensuring that his subordinates have a clear understanding of appropriate and expected conduct when dealing with the public and co-workers, by placing emphasis on: Cultural Awareness, Integrity and Ethics, Harassment and Discrimination issues, Departmental Core Values and Service Oriented Policing;
- Evaluation - ensuring that the performance of his subordinates, both positive and negative, is accurately documented and that evaluations are submitted in a timely and objective manner;
- Health and Safety - establishing an ongoing wellness program, maintaining a safe, secure and clean work place and establishing a system to manage, follow-up and assist his injured/ill members; and
- Personal Relations - treating every member of this Department, sworn and civilian, with the same dignity and respect that he would expect in return.   He must also remain thoroughly familiar with applicable MOU'S, employee relations issues, and

personnel rules and regulations.

<u>Delivery of Service</u>

- supporting and promoting the Department's Core Values and Service Oriented Policing philosophy.

<u>Efficient and Effective Operations</u>

- <u>Goals</u> - by actions and statements, actively striving toward accomplishing Departmental and Unit goals, while encouraging subordinates to follow his example; ensuring that all subordinate staff are knowledgeable of Departmental and Unit goals;
- <u>Reports/Notification</u> - communicating with his supervisors and keeping them aware of problems, issues and activities concerning areas of his responsibility. He shall also ensure that reports and notifications are accurate and timely;
- <u>Paperwork</u> - the quality, timeliness and accuracy of his paperwork, as well as the quality, timeliness and, when appropriate, the accuracy of paperwork prepared at his direction by a subordinate; and
- <u>Information</u> - establishing a formal system that ensures the flow of information throughout his Units.

<u>Role Model</u>

- <u>Physical Appearance</u> - setting an example of professionalism and pride by appearing well groomed, and appropriately attired;
- <u>Demeanor/Attitude</u> - by actions and statements, reflect maturity, objectivity, enthusiasm and a commitment to excellence in accomplishing the mission, goals and programs of the Department;
- <u>Communicative/Interpersonal Skills</u> - encouraging and promoting open and constructive relationships with citizens, co-workers, subordinates and superiors through understanding, empathy and tolerance.   His written and oral communications should be clear and concise;
- <u>Social Skills</u> - demonstrating actions and decisions that reflect consideration of social, cultural and political factors which are important to the Department, and maintaining a liaison with other persons or agencies which affect his Unit's participation when appropriate;
- <u>Self-Improvement</u> - maintaining and enhancing their professional knowledge and skills, and remaining current on events that affect the Department and his Unit;
- <u>Innovation</u> - continually evaluating and seeking methods of improving the operation of his Unit, the well-being of his personnel and the level of service that his Unit provides;
- <u>Ethical Conduct</u> -   by his actions and statements, possessing the highest standards of moral and ethical conduct; and
- <u>Core Values</u> - demonstrating clear expectations of acceptable conduct, including the tenets of the Department's established Core Values.

Risk Management

- minimizing risk to the Department and personnel by monitoring, reviewing, documenting, disciplining and rewarding his employees' performance; and
- utilizing safe driving techniques while driving County vehicles.


## 2-02/150.00  ASSISTANT DIRECTORS

Assistant Directors are accountable to the appropriate Director for all the functions within their sphere of responsibility.   They are specifically responsible for providing leadership and support to their subordinate civilian managers, supervisors and personnel.

An Assistant Director's leadership shall be manifested through clear and concise interpretation of law (both statutory and case law), MOU's, the Department's Manual of Policy and Procedures, all Division directives in support of the manual, our Mission Statements, Core Values Statement, the Law Enforcement Code of Ethics, training requirements and other direction given by appropriate authority.

Examples of civilian classifications that are considered an Assistant Director include, but are not limited to, the following:

- Assistant Director, Fiscal Administration;
- Assistant Director, Medical Services;
- Assistant Director, Personnel Services, Sheriff;
- Crime Laboratory Assistant Director, Sheriff;
- Assistant Director, Employee Relations/Advocacy Services, Sheriff;
- Assistant Director, Psychological Services, Sheriff;
- Assistant Head, Facilities Planning, Sheriff;
- Assistant Jail Stores Manager, Sheriff.

The duties of this classification include the following:

- acting as Director in his absence;
- supervising and evaluating subordinates;
- provide guidance, mentoring, and/or counseling to subordinates whose performance demonstrates a need for intervention;
- conducting Bureau investigations and special research studies;
- maintaining discipline;
- preparing reports and making recommendations;
- making recommendations for formulation of Unit policy and procedures; and
- assisting in formulating and implementing the Unit's budget.

In addition to position specific responsibilities, each Assistant Director is accountable for:

- his personal acts and omissions, and when reasonable and appropriate, the acts and omissions of his subordinates.   In connection therewith, his supervisory and managerial responsibilities shall include, among others:
  - a responsibility to take appropriate corrective measures consistent with his rank and authority when he is, or reasonably should be, aware that such measures are called for; and
  - a responsibility to use the information and management tools available to him, including, but not limited to, manual and automated personnel information, to attempt to anticipate and address, through corrective measures consistent with his authority, reasonably identifiable Departmental risks or potential employee misconduct.

## Fiscal Management

- Use of Overtime - being aware of his Unit's status with regard to the expenditure of overtime.   He shall make prudent decisions on an independent basis when approving overtime;
- Staffing - assigning subordinates in a manner that most effectively completes the Unit's mission or special operation.   He shall exercise creative solutions to enhance productivity while minimizing the use of overtime; and
- Resources and Funds- using and recommending the purchase of only those resources needed to perform his operations, bearing in mind, the budget constraints faced by the Department.

## Management of Personnel

- Knowledge - knowing the strengths, weaknesses and special skills of each of his civilian managers, supervisors and where reasonably possible, those of other subordinates;
- Training/Development - identifying the training needs of each of his subordinates, and developing training programs to meet those needs.   He shall ensure that his civilian managers and supervisors observe and accurately record the training and development of their own subordinates;
- Discipline/Reward - gathering all information regarding incidents which may lead to discipline or reward, and accurately documenting the information and complete the report(s) in a timely manner.   He shall hold his civilian managers and supervisors accountable for making both positive, and negative comments regarding his subordinates' activities and actively pursue recognition for exceptional actions by subordinates.   He shall also lead Civilian Managers and Supervisors in developing programs for problem subordinates to alter inappropriate behavior through training, supervision or discipline;
- Conduct - ensuring that his subordinates have a clear understanding of appropriate and expected conduct when dealing with the public and co-workers, by placing emphasis on:   Cultural Awareness, Integrity and Ethics, Harassment and Discrimination issues and Departmental Core Values;

- <u>Evaluation</u> - ensuring that the performance of his subordinates, both positive and negative, is accurately documented and that evaluations are submitted in a timely manner.   Rating his immediate subordinates in a timely and objective manner;
- <u>Health and Safety</u> - supporting and encouraging Unit-level wellness programs and keeping a safe, secure and clean work space; and
- <u>Personal Relations</u> - treating <u>every</u> member of this Department, sworn and civilian, with the same dignity and respect that he would expect in return.   They should possess a good knowledge of Employee Relations/Advocacy Services issues and personnel rules and regulations.

<u>Delivery of Service</u>

- supporting and promoting the Department's Core Values and Service Oriented Policing philosophy.

<u>Efficient and Effective Operations</u>

- <u>Goals</u> - by actions and statements, actively striving toward accomplishing Departmental and Unit goals, while encouraging his subordinates to follow his example;
- <u>Reports/Notifications</u> - communicating with civilian managers and supervisors and keeping them aware of problems, issues and activities concerning their areas of responsibility.   He shall also ensure that all reports and notifications are accurate and timely; and
- <u>Information</u> - supporting and encouraging the flow of information throughout the Unit, upward and downward.

<u>Role Model</u>

- <u>Physical Appearance</u> - setting an example of professionalism and pride by appearing well groomed and appropriately attired;
- <u>Demeanor/Attitude</u> - by actions and statements, reflecting maturity, objectivity, enthusiasm and a commitment to excellence in accomplishing the mission, goals and programs of the Department;
- <u>Communicative/Interpersonal Skills</u> - encouraging and promoting open and constructive relationships with the public, co-workers, subordinates and superiors through understanding, empathy and tolerance.   His written and oral communications shall be clear and concise;
- <u>Social Skills</u> - demonstrating actions and decisions that reflect consideration of social, cultural and political factors which are important to the Department;
- <u>Self-Improvement</u> - maintaining and enhancing his professional knowledge and skills and remaining current on events that affect the Department and his Unit.   He shall maintain a liaison with other persons of equal rank on matters which affect their Units of assignment;
- <u>Innovation</u> - continually evaluating and seeking methods of improving the operation of his Unit, the well-being of his personnel, and the level of service his

Unit provides;

- <u>Ethical Conduct</u> - by his actions and statements, possess the highest standards of moral and ethical conduct; and
- <u>Core Values</u> - demonstrating clear expectations of acceptable conduct, including the tenets of the Department's established Core Values.

<u>Risk Management</u>

- minimizing risk to the Department and personnel through monitoring, evaluating reporting and remediating his employees' performance.   Utilizing safe driving techniques while driving County vehicles.

## 2-02/160.00  CIVILIAN MANAGERS

Civilian managers manage the overall operations of a given Unit(s), activity or specialized detail, and/or provide staff assistance to a civilian administrator or Director.   They are responsible for providing leadership and guidance to their subordinate civilian supervisors and personnel.

Examples of civilian classifications that are considered civilian managers include, but are not limited to, the following:

- Accounting Officer III;
- Communication Projects Manager, Sheriff;
- Data Systems Coordinator;
- Facilities Project Manager I;
- Facilities Project Manager II;
- Head Departmental Personnel Technician;
- Manager, Custody Records Systems, Sheriff;
- Manager, EDP Systems Maintenance and Operations, Sheriff;
- Manager, Evidence and Property Operations, Sheriff;
- Manager, Food Services, Sheriff;
- Manager, Records Information Systems, Sheriff;
- Manager I, Craft Operations;
- Manager II, Craft Operations;
- Supervising Administrative Assistant II;
- Supervising Administrative Assistant III; and
- Supervising Sheriff's Station Clerk.

The duties of this classification include the following:

- supervising and evaluating subordinates;
- provide guidance, mentoring, and/or counseling to subordinates whose performance demonstrates a need for intervention;

- scheduling work assignments;
- handling minor disciplinary and personnel problems;
- providing staff assistance to the administrator or a Director;
- making recommendations for formulation of Unit policy and procedures;
- assisting in formulating and implementing their Unit's budget; and
- briefing civilian supervisors and subordinates regarding Departmental and Unit goals and objectives.

In addition to position specific responsibilities, each civilian manager is accountable for:

- his personal acts and omissions, and when reasonable and appropriate, the acts and omissions of his subordinates.   In connection therewith, his supervisory and managerial responsibilities shall include, among others:
  - a responsibility to take appropriate corrective measures consistent with his rank and authority when he is, or reasonably should be, aware that such measures are called for; and
  - a responsibility to use the information and management tools available to him, including but not limited to, manual and automated personnel information, to attempt to anticipate and address, through corrective measures consistent with his authority, reasonably identifiable Departmental risks or potential employee misconduct.

Fiscal Management

- Use of Overtime - being aware of his individual section's and Unit's status with regard to the expenditure of overtime.   He shall make prudent decisions on an independent basis when approving the use of overtime;
- S & S Account - using and recommending the purchase of only those items necessary to accomplish the job, being mindful of the overall balance of his S & S funds; and
- Staffing - assigning his subordinates in a manner which best accomplishes the needs and objectives of his Unit/Section; he shall exercise creative solutions to effectively staff and deploy his personnel to meet his workload needs, while remaining cognizant of the fact that the use of overtime must be minimized.

Management of Personnel

- Knowledge - knowing the strengths, weaknesses and special skills of each of his civilian supervisors and, where reasonably possible, those of subordinates;
- Training/Development - identifying the training needs of each of his subordinates and developing training programs to meet those needs.   He shall ensure that his civilian supervisors observe and accurately record the training development of their own subordinates;
- Discipline/Reward - gathering all information regarding incidents which may lead to discipline or reward, accurately documenting the information and completing the report(s) in a timely manner.   Holding civilian supervisors accountable for making

both positive and negative comments regarding their subordinates' activities.   He shall actively pursue recognition for exceptional actions by subordinates and lead civilian supervisors in developing programs for problem subordinates to alter inappropriate behavior through training, supervision or discipline;

- <u>Conduct</u> - ensuring that his subordinates have a clear understanding of appropriate and expected conduct when dealing with the public and co-workers by placing emphasis on:   Cultural Awareness, Integrity and Ethics, Harassment and Discrimination issues, and   Departmental Core Values;
- <u>Evaluation</u> - ensuring that the performance of his subordinates, both positive and negative, is accurately documented; and that evaluations are accurate, objective, and submitted in a timely manner.   Rating his immediate subordinates in a timely and objective manner;
- <u>Health and Safety</u> - supporting and encouraging Unit-level wellness programs and keeping a safe secure and clean work space; and
- <u>Personal Relations</u> - treating <u>every</u> member of this Department, sworn and civilian, with the same dignity and respect that he would expect in return.   He should possess a good working knowledge of Employee Relations/Advocacy Services issues and personnel rules and regulations.

## <u>Delivery of Service</u>

- supporting and promoting the Department's Core Values and Service Oriented Policing philosophy.

## <u>Efficient and Effective Operations</u>

- <u>Goals</u> - by actions and statements, actively striving toward accomplishing Departmental and Unit goals, while encouraging subordinates to follow his example;
- <u>Reports/Notifications</u> - communicating with his civilian supervisors and subordinates and keeping them aware of problems, issues and activities concerning areas of his responsibility. He shall ensure that all reports and notifications are accurate and timely; and
- <u>Information</u> - supporting and encouraging the flow of information throughout his Unit upward and downward.

## <u>Role Model</u>

- <u>Demeanor/Attitude</u> - by actions and statements, reflecting maturity, objectively, enthusiasm and a commitment to excellence in accomplishing the mission, goals and programs of the Department;
- <u>Communicative/Interpersonal Skills</u> - encouraging and promoting open and constructive relationships with the public, co-workers, subordinates and superiors through understanding, empathy and tolerance.   His written and oral communications should be clear and concise;
- <u>Social Skills</u> - demonstrating actions and decisions that reflect consideration of

social, cultural and political factors which are important to the Department;

- <u>Self-Improvement</u> - maintaining and enhancing his professional knowledge and skills and remaining current on events that affect the Department and his Units. He should maintain a liaison with other persons of equal rank on matters which affect his Unit of assignment;
- <u>Innovation</u> - continually evaluating and seeking methods of improving the operation of his Unit, the well-being of his personnel and the level of service provided by his Unit;
- <u>Ethical Conduct</u> - by his actions and statements, shall possess the highest standards of moral and ethical conduct; and
- <u>Core Values</u> - demonstrating clear expectations of acceptable conduct, including the tenets of the Department's established Core Values.

<u>Risk Management</u>

- striving to minimize risk to the Department and personnel through monitoring, reviewing, reporting and remediating his employees' performance; and
- utilizing safe driving techniques while driving County vehicles.

## 2-02/170.00  CIVILIAN SUPERVISORS

Civilian supervisors provide the first level of supervision of civilian employees at Departmental Units.   They are primarily responsible for the day-to-day operations of a Unit within a larger Unit.   Additionally, their responsibilities include ensuring compliance with the professional and ethical standards of the Department by all subordinate civilian employees.   Civilian supervisors shall strive to be positive role models and provide leadership to their subordinates.

Civilian supervisory classifications are those designated as such in the current supervisory Memorandum of Understanding (MOU).

Duties of this position include the following:

- supervising and evaluating subordinates;
- provide guidance, mentoring, and/or counseling to subordinates whose performance demonstrates a need for intervention;
- coordinating the activities and scheduling the work assignments of their subordinates;
- handling minor disciplinary and personnel problems;
- evaluating the job performance of their assigned subordinates;
- providing staff assistance to the civilian manager; and
- briefing subordinates regarding the goals and objectives of their Unit and this Department.

In addition to position specific responsibilities, each civilian supervisor is accountable for:

- his personal acts and omissions, and when reasonable and appropriate, the acts and omissions of his subordinates.   In connection therewith, his supervisory and managerial responsibilities shall include, among others:
  - o a responsibility to take appropriate corrective measures consistent with his rank and authority when he is, or reasonably should, be aware that such measures are called for; and
  - o a responsibility to use the information and management tools available to him, including, but not limited to, manual and automated personnel information, to attempt to anticipate and address, through corrective measures consistent with his authority, reasonably identifiable Departmental risks or potential employee misconduct.

## Fiscal Management

- Use of Overtime - monitoring those assignments requiring the use of overtime and ensuring that they are handled in a manner consistent with established overtime guidelines;
- S & S Account - using and requesting the purchase of only those items necessary to accomplish the job, being mindful of the overall balance of his S & S funds; and
- Staffing - assigning his subordinates in a manner which best accomplishes the needs and objectives of his   Unit/Section. He shall exercise creative solutions to effectively staff and deploy personnel according to the Unit/Section's workload needs while remaining cognizant of the fact that the use of overtime must be minimized.

## Supervision of Personnel

- Knowledge - knowing the strengths, weaknesses and special skills of each of his subordinates;
- Training/Development - identifying the training needs of each of his subordinates and developing training programs to meet those needs.   He shall observe and accurately record their subordinate's training and development;
- Discipline/Reward - knowing the duties and responsibilities of a first-line supervisor with regard to Civil Service, disciplinary process, employee grievance and administrative investigation procedures.   He shall be timely and accurate in documenting the commendable examples of subordinate performance, as well as counseling of subordinates;
- Conduct - ensuring that his subordinates have a clear understanding of appropriate and expected conduct when dealing with the public and co-workers by placing emphasis on:   Cultural Awareness, Integrity and Ethics, Harassment and Discrimination issues, Departmental Core Values and Service Oriented Policing;
- Evaluation - ensuring that the performance of his subordinates, both positive and negative, is accurately documented; and evaluations are accurate, objective and submitted in a timely manner;
- Health and Safety - supporting and encouraging Unit-level wellness programs, and

keep a safe, secure and clean work space; and

- <u>Personal Relations</u> - treating <u>every</u> member of this Department, sworn and civilian, with the same dignity and respect that he would expect in return.   He should possess a good working knowledge of Employee Relations/Advocacy Services issues, and personnel rules and regulations.

## Delivery of Service

- supporting and promoting the Department's Core Values.

## Efficient and Effective Operations

- <u>Goals</u> - by actions and statements, actively striving toward accomplishing Departmental and Unit goals, while encouraging his subordinates to follow his example,
- <u>Reports/Notifications</u> - communicating with his subordinates to keep them aware of problems, issues and activities concerning their areas of responsibility.   He shall ensure that all reports and notifications are accurate and timely,
- <u>Information</u> - supporting and encouraging the flow of information throughout his Unit, upward and downward.

## Role Model

- <u>Physical Appearance</u> - setting an example of professionalism and pride by appearing well groomed and appropriately attired;
- <u>Demeanor/Attitude</u> - by actions and statements, reflecting maturity, objectivity, enthusiasm and a commitment to excellence in accomplishing the mission, goals and programs of the Department;
- <u>Communicative/Interpersonal Skills</u> - encouraging and promoting open and constructive relationships with the public, co-workers, subordinates and superiors through understanding, empathy and tolerance.   His written and oral communications should be clear and concise;
- <u>Social Skills</u> - demonstrating actions and decisions that reflect consideration of social, cultural and political factors which are important to the Department;
- <u>Self-Improvement</u> - maintaining and enhancing his professional knowledge and skills and remaining current on events that affect the Department and his Unit;
- <u>Innovation</u> - continually evaluating and seeking methods of improving the operation of his Unit;
- <u>Ethical Conduct</u> - by his actions and statements, shall possess the highest standards of moral and ethical conduct; and
- <u>Core Values</u> - demonstrating clear expectations of acceptable conduct, including the tenets of the Department's established Core Values.

## Risk Management

- striving to minimize risk to the Department and personnel by monitoring, reviewing,

reporting and improving his employees' performance; and

- utilizing safe driving techniques while driving County vehicles.

## 2-02/180.00  NON-SUPERVISORY CIVILIAN STAFF

Non-supervisory civilian staff positions constitute the main work force of the civilian categories.   This includes all positions that are not designated as Administrator, Director, Assistant Director, Manager or Supervisor.   They are responsible for performing a wide variety of clerical, secretarial, administrative, technical and line functions for the Department.   Civilian personnel shall maintain a comprehensive knowledge in their respective areas of expertise.   Civilian personnel must be service-oriented and conscientiously assist the public and co-workers in the resolution of problems. Additionally, all civilians shall comply with Departmental policy and procedures, and adhere to the Department's Core Values.

Examples of civilian functions include, but are not limited to, the following:

- Administrative;
- Automotive Operations;
- Clerical;
- Communications;
- Crime Lab;
- Custodial;
- Custody Programs;
- Data Processing;
- Employee Relations/Advocacy Services;
- Facilities;
- Food Services;
- Laundry Services;
- Law Enforcement Support;
- Medical;
- Photography;
- Power Equipment Repair;
- Psychological Services;
- Records System; Secretarial; and
- Supply.

The duties within these series of classifications include the following:

- performing clerical, secretarial, technical, line and administrative support functions;
- inspecting, maintaining and repairing automotive and heavy construction equipment;
- coordinating assistance response among Stations, field and specialized Units

through the operation of computer-assisted communications equipment;
- participating in crime scene investigations and laboratory analysis;
- assisting sworn personnel in maintaining order and security in a custody facility;
- operating diagnostic computer systems and monitoring teleprocessing controllers in a data processing environment;
- coordinating activities in connection with the planning, development and execution of extensive and on-going building construction;
- planning, assigning and evaluating the work of accounting, budget compilation, finances, cost surveys and revenue for the Department;
- planning menus and directing culinary and other food service workers in the ordering, preparation and distribution of meals; and
- directing the administration of the Department's health services programs and facilities.

In addition to position specific responsibilities, non-supervisory civilian staff are accountable for:

- Use of Overtime - making every effort to complete their duties within their assigned shift.   Those assignments that require the use of overtime shall be handled in a manner consistent with established overtime guidelines;
- Health and Safety - supporting Unit-level wellness programs, and keeping a safe, secure and clean work place;
- Personal Relations - treating every member of this Department, sworn and civilian, with the same dignity and respect that they would expect in return;
- Delivery of Service - supporting and promoting the Department's Core Values;
- Efficient and Effective Operations - being fully aware of their Units' missions and goals and actively striving to accomplish these objectives through timely completion of job responsibilities;
- Physical Appearance - setting an example of professionalism and pride by appearing well groomed and appropriately attired;
- Demeanor/Attitude - by actions and statements, reflecting maturity, objectivity, enthusiasm and a commitment to excellence in accomplishing the mission, goals and programs of the Department;
- Communicative/Interpersonal Skills - encouraging and promoting open and constructive relationships with the public, co-workers, subordinates and superiors through understanding, empathy and tolerance.   Written and oral communications should be clear and concise;
- Social Skills - demonstrating actions and decisions that reflect consideration of social, cultural and political factors which are important to the Department;
- Self-Improvement - maintaining their professional knowledge and skills and remaining current on events that affect the Department and their Units;
- Innovation - continually evaluating and seeking methods of improving the operation of their Units;
- Ethical Conduct - by their actions and statements, shall possess the highest standards of moral and ethical conduct; and

- <u>Risk Management</u> - minimizing risk to the Department and personnel through performing their respective work responsibilities in the best manner possible. Utilizing safe driving techniques while driving County vehicles.