# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ALEX ROSAS, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>LEROY BACA, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:12–cv–00428–DDP–MRW<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed: ___9/19/2017___

Document Number(s): ___153___

Title of Document(s): ___Notice of Appearance or Withdrawal___

**ERROR(S) WITH DOCUMENT:**

Section 1 of Notice of Appearance and Withdrawal portrays erroneous party

Other:

**Note:     In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:_ September 21, 2017 _          By:  _/s/ Andrea Kannike  Andrea_Kannike@cacd.uscourts.gov_
                                                                      Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(10/13) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS