PETER J. ELIASBERG
(SB# 189110)
peliasberg@aclu-sc.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500
Fax: (213) 977-5299

SAM S. PUATHASNANON
(SB# 198430)
sampuathasnanon@paulhastings.com
KYLE M. JONES (SB# 307814)
kylejones@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone: (213) 683-6000
Fax: (213) 627-0705

ERIC BALABAN (*pro hac vice*)
ebalaban@npp-aclu.org
NATIONAL PRISON PROJECT OF
THE AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th St., NW
Washington, D.C. 20005
Phone: (202) 393-4930
Fax: (202) 393-4931

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN
GOODWIN, on behalf of themselves
and of those similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JIM MCDONNELL, Sheriff of Los Angeles County, in his official capacity,<br><br>Defendant. | CASE NO. CV 12-00428 DDP (MRW)<br><br>**STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br>Date: Currently set for October 16, 2017<br>Time: 10:00 A.M.<br><br>Honorable Dean D. Pregerson<br>Ctrm: 9c |

STIPULATION TO CONTINUE HEARING

The parties through their counsel have agreed to engage in an additional meet and confer to attempt to resolve, or at least narrow, the issues raised in Plaintiffs' Motion to Enforce the Settlement Agreement ("Plaintiffs' Motion").

Accordingly, the parties hereby stipulate to continue the date set for hearing on Plaintiffs' Motion until November 6, 2017 at 10:00 am or as soon thereafter as the Court may hear it;

The parties also stipulate that the Opposition and Response to Plaintiffs' Motion are continued pursuant to the Local Rules according to the new hearing date; and

The parties further stipulate that during the meet and confer process related to Plaintiffs' Motion, Defendant will not refuse to produce any documents requested by Plaintiffs on the ground that any document request is premature, but Defendant does not waive the right to make this objection in any other circumstance.

LEGAL_US_W # 91089832.3

STIPULATION TO CONTINUE HEARING

Respectfully submitted,

DATED:  September 22,  2017    ACLU FOUNDATION OF
SOUTHERN CALIFORNIA


By:          /s/ PETER ELIASBERG
                    PETER ELIASBERG[1]


Attorney for Plaintiffs
ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated




OFFICE OF THE COUNTY COUNSEL


By: :          /s/ AMIE S. PARK
                    AMIE S. PARK


Attorney for Defendant
SHERIFF JIM MCDONNELL

---

[1] The filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing

-2-