PETER J. ELIASBERG
(SB# 189110)
peliasberg@aclu-sc.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone:  (213) 977-9500
Fax:  (213) 977-5299

SAM S. PUATHASNANON
(SB# 198430)
sampuathasnanon@paulhastings.com
KYLE M. JONES (SB# 307814)
kylejones@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone:  (213) 683-6000
Fax:  (213) 627-0705

ERIC BALABAN (*pro hac vice*)
ebalaban@npp-aclu.org
NATIONAL PRISON PROJECT OF
THE AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th St., NW
Washington, D.C. 20005
Phone:  (202) 393-4930
Fax:  (202) 393-4931

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN
GOODWIN, on behalf of themselves
and of those similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JIM MCDONNELL, Sheriff of Los Angeles County, in his official capacity,<br><br>Defendant. | CASE NO. CV 12-00428 DDP (MRW)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br>Date:  Currently set for October 16, 2017<br>Time:  10:00 A.M.<br><br>Honorable Dean D. Pregerson<br>Ctrm:  9c |

[PROPOSED] ORDER

LEGAL_US_W # 91089832.3

**ORDER GRANTING STIPULATION**

The Court hereby **ORDERS** that the hearing on Plaintiffs' Motion to Enforce the Settlement Agreement ("Plaintiffs' Motion") be continued until November 6, 2017 at 10:00 am in Courtroom 9c to permit the parties to engage in a further meet and confer process;

The Court also hereby **ORDERS** that the Opposition and Response to Plaintiffs' Motion are continued pursuant to the Local Rules according to the new hearing date.

The Court further hereby **ORDERS** that during the meet and confer process related to Plaintiffs' Motion, Defendant will not refuse to produce documents to Plaintiffs on the ground that any document request is premature, but Defendant does not waive the right to make this objection in any other circumstance.

**IT IS SO ORDERED.**

DATED:  September ___, 2017      _____
THE HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

-1-

[PROPOSED] ORDER

LEGAL_US_W # 91089832.3