PETER J. ELIASBERG
(SB# 189110)
peliasberg@aclu-sc.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500
Fax: (213) 977-5299

SAM S. PUATHASNANON
(SB# 198430)
sampuathasnanon@paulhastings.com
KYLE M. JONES (SB# 307814)
kylejones@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone: (213) 683-6000
Fax: (213) 627-0705

ERIC BALABAN (*pro hac vice*)
ebalaban@npp-aclu.org
NATIONAL PRISON PROJECT OF
THE AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th St., NW
Washington, D.C. 20005
Phone: (202) 393-4930
Fax: (202) 393-4931

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN
GOODWIN, on behalf of themselves
and of those similarly situated

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> JIM MCDONNELL, Sheriff of Los Angeles County, in his official capacity, <br><br> Defendant. | CASE NO. CV 12-00428 DDP (MRW) <br><br> **STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT** <br><br> Date: Currently set for October 16, 2017 <br> Time: 10:00 A.M. <br><br> Honorable Dean D. Pregerson <br> Ctrm: 9c |

LEGAL_US_W # 91089832.3

The parties through their counsel have agreed to engage in an additional meet and confer to attempt to resolve, or at least narrow, the issues raised in Plaintiffs' Motion to Enforce the Settlement Agreement.

Accordingly, the parties hereby stipulate to continue the date set for hearing on Plaintiffs' Motion to Enforce the Settlement Agreement until November 20, 2017 at 10:00 am, rather than November 6, 2017, the date they requested in the previously filed stipulation; and

The parties further stipulate that Defendant's Opposition to the Motion will be due, at latest, October 30, 2017 and Plaintiffs' Reply, if any, will be due, at latest, November 6, 2017.

-1-

STIPULATION TO CONTINUE HEARING

LEGAL_US_W # 91089832.3

Respectfully submitted,

DATED: September 27, 2017   ACLU FOUNDATION OF
SOUTHERN CALIFORNIA


By:_____/s/ PETER ELIASBERG_____
                PETER ELIASBERG[1]


Attorney for Plaintiffs
ALEX ROSAS and JONATHAN GOODWIN on
behalf of themselves and of those similarly
situated




OFFICE OF THE COUNTY COUNSEL


By: :_____/s/ AMIE S. PARK_____
                AMIE S. PARK


Attorney for Defendant
SHERIFF JIM MCDONNELL

---

[1] The filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing

-2-

STIPULATION TO CONTINUE HEARING

LEGAL_US_W # 91089832.3