Name and address:
Mary C. Wickham, County Counsel
Amie S. Park, Senior Associate County Counsel
SBN 273346 * apark@counsel.lacounty.gov
500 West Temple Street
648 Kenneth Hahn Hall of Administration
Los Angeles, CA  90012-2713
Tel: 213 893-6755  Fax: 323 415-3307
Attorney for Defendants

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Alex Rosas, et al. | | CASE NUMBER: |
| | PLAINTIFF(S) | 12-CV-00428-DDP-MRW |
| v. | | |
| Leroy Baca, et al. | | **REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL** |
| | DEFENDANT(S) | |

### INSTRUCTIONS

Generally, an attorney may withdraw from representing a party in a case without the Court's permission **if** another member of the attorney's firm or agency will continue to represent that party **and** the withdrawing attorney is not the only member in good standing of the Bar of this Court representing that party. In that circumstance, the withdrawing attorney should complete and file a "Notice of Appearance or Withdrawal of Counsel" (Form G-123), instead of this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01).

Notably, however, Court permission for withdrawal or substitution is required if no member of the withdrawing attorney's firm or agency will remain as counsel of record. In such circumstances, the attorney(s) seeking to withdraw should complete and file this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01), and submit a proposed "Order on Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01 Order).

If the circumstances surrounding an attorney's withdrawal or request to substitute other counsel are not covered by this Form G-01, the attorney may instead file a regularly noticed motion supported by a more detailed memorandum of points and authorities.

### SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it <u>currently</u> appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Paul B. Beach                                    CA Bar Number: 166265

Firm or agency:  Lawrence Beach Allen & Choi, P.C.

Address:  100 West Broadway, Suite 1200, Glendale, California  91210

Telephone Number:  818 545-1925          Fax Number:  818 545-1937

E-mail: pbeach@lbaclaw.com

Counsel of record for the following party or parties:  Leroy Baca

Other members of the same firm or agency also seeking to withdraw:  Justin W. Clark; Deborah Ard; Ana Escamilla

## SECTION II - NEW REPRESENTATION

☒ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue
to be represented by another attorney/firm who has already entered an appearance as counsel of record for that
party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to
proceed *pro se*, as self-represented litigants.

☐ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel,
who is a member in good standing of the Bar of this Court:

Name: _____     CA Bar Number: _____

Firm or agency: _____

Address: _____

Telephone Number: _____     Fax Number: _____

E-mail: _____

## SECTION III - SIGNATURES

### *Withdrawing Attorney*
I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have
given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be
allowed to withdraw from this case.

Date: 9/25/2017 _____     Signature: _____

                                     Name:     Paul B. Beach

### *New Attorney (if applicable)*
I have been retained to appear as counsel of record in this case, and my name and contact information are given above in
Section II. I am a member in good standing of the Bar of this Court.

Date: _____     Signature: _____

                           Name: _____

### *Party Represented by Withdrawing Attorney*
I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing
Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

                    ☐ substitution of counsel as specified above.

                    ☐ representing myself *pro se* in this case.

Date: 9/ /2017 _____     Signature: _____

                                    Name:     Rodrigo A. Castro-Silva

                                    Title:    Senior Assistant County Counsel

## SECTION II - NEW REPRESENTATION

☒  No new counsel is necessary.  The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐  The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☐  The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: _____    CA Bar Number: _____

Firm or agency: _____

Address: _____

Telephone Number: _____    Fax Number: _____

E-mail: _____

## SECTION III - SIGNATURES

### *Withdrawing Attorney*

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney."  I have given notice as required by Local Rule 83-2.3.  I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date:  9/    /2017                Signature: _____

                                 Name:    Paul B. Beach

### *New Attorney (if applicable)*

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II.  I am a member in good standing of the Bar of this Court.

Date: _____      Signature: _____

                                 Name: _____

### *Party Represented by Withdrawing Attorney*

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above.  I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☒ substitution of counsel as specified above.

☐ representing myself *pro se* in this case.

Date: 9/27/2017                  Signature: _____

                                 Name:    Rodrigo A. Castro-Silva

                                 Title:   Senior Assistant County Counsel

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alex Rosas, et al. | **CASE NUMBER** |
| Plaintiff(s) | 12-CV-00428-DDP-MRW |
| v. | |
| Leroy Baca, et al. | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| Defendant(s) | |

The Court hereby orders that the request of:

Leroy Baca ☐ Plaintiff ☒ Defendant ☐ Other
_Name of Party_

to substitute Amie S. Park who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

500 West Temple Street, 6th Floor
_Street Address_

Los Angeles, California  90012                    apark@counsel.lacounty.gov
_City, State, Zip_                                _E-Mail Address_

213 893-6755              323 415-3307            273346
_Telephone Number_          _Fax Number_            _State Bar Number_

as attorney of record instead of Paul B. Beach; Justin W. Clark; Deborah Ard; Ana Escamilla
_List **all** attorneys from same firm or agency who are withdrawing._

**is hereby**    ☐ **GRANTED**    ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____                    _____
                                                U. S. District Judge/U.S. Magistrate Judge