# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alex Rosas, et al.<br><br>Plaintiff(s)<br><br>v.<br><br>Leroy Baca, et al.<br><br>Defendant(s) | CASE NUMBER<br><br>12-CV-00428-DDP-MRW<br><br>(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

The Court hereby orders that the request of:

Leroy Baca _____   ☐ Plaintiff  ☒ Defendant  ☐ Other  _____
_Name of Party_

to substitute Amie S. Park _____ who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

500 West Temple Street, 6th Floor
_____
_Street Address_

Los Angeles, California 90012 _____   apark@counsel.lacounty.gov
_City, State, Zip_                                          _E-Mail Address_

213 893-6755                    323 415-3307                    273346
_Telephone Number_           _Fax Number_                _State Bar Number_

as attorney of record instead of Paul B. Beach; Justin W. Clark; Deborah Ard; Ana Escamilla
_List **all** attorneys from same firm or agency who are withdrawing._

**is hereby**   ☒ **GRANTED**   ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated ____10-2-17____                    _____
                                              U. S. District Judge/U.S. Magistrate Judge