PETER J. ELIASBERG
(SB# 189110)
peliasberg@aclu-sc.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone:  (213) 977-9500
Fax:  (213) 977-5299

SAM S. PUATHASNANON
(SB# 198430)
sampuathasnanon@paulhastings.com
KYLE M. JONES (SB# 307814)
kylejones@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone:  (213) 683-6000
Fax:  (213) 627-0705

ERIC BALABAN (*pro hac vice*)
ebalaban@npp-aclu.org
NATIONAL PRISON PROJECT OF
THE AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th St., NW
Washington, D.C. 20005
Phone:  (202) 393-4930
Fax:  (202) 393-4931

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN
GOODWIN, on behalf of themselves
and of those similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JIM MCDONNELL, Sheriff of Los Angeles County, in his official capacity,<br><br>Defendant. | CASE NO. CV 12-00428 DDP (MRW)<br><br>**STIPULATION ON ATTORNEYS' FEES FOR MONITORING**<br><br>Date:  Currently set for October 16, 2017<br>Time:  10:00 A.M.<br><br>Honorable Dean D. Pregerson<br>Ctrm:  9c |

LEGAL_US_W # 91089832.3

Whereas, the Court enforceable settlement agreement ("the Agreement") in this matter provides that Defendant will pay attorney's fees to be capped at $30,000 per year to Counsel for the Plaintiff Class ("Class Counsel") for ongoing work to ensure compliance with "the Agreement," and,

Whereas, the parties agree that the worked performed by Class Counsel met or exceeded $30,000 in 2015 and 2016,

The parties hereby agree that Class Counsel is entitled to, and good cause exists for, the Court to approve this stipulation and order Defendant to pay Class Counsel $30,000 in attorney's fees for 2015 and 2016, for a total of $60,000.

Respectfully submitted,

-1-

STIPULATION ON ATTORNEYS' FEES
FOR MONITORING

DATED:  October 19,  2017          ACLU FOUNDATION OF
                                   SOUTHERN CALIFORNIA


                                   By:_____/s/ PETER ELIASBERG_____
                                              PETER ELIASBERG[1]


                                   Attorney for Plaintiffs
                                   ALEX ROSAS and JONATHAN GOODWIN on
                                   behalf of themselves and of those similarly
                                   situated




                                   OFFICE OF THE COUNTY COUNSEL


                                   By:_____/s/ AMIE S. PARK_____
                                              AMIE S. PARK

                                   Attorney for Defendant
                                   SHERIFF JIM MCDONNELL

---

[1] The filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing

-2-

LEGAL_US_W # 91089832.3