Jeremy D. Matz - State Bar No. 199401
    jmatz@birdmarella.com
Kimberley M. Miller - State Bar No. 260280
    kmiller@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Los Angeles County
Sheriff's Department

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JIM MCDONNELL, Sheriff of Los Angeles County, in his official capacity,<br><br>Defendant. | CASE NO. CV 12-00428 DDP (MRW)<br><br>**STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT AND RELATED DEADLINES**<br><br>Current Date:  December 4, 2017<br>Time:          10:00 a.m.<br>Crtrm.:        9C<br><br>Assigned to Hon. Dean D. Pregerson |

Pursuant to Local Rule 7-1, Plaintiffs Alex Rosas and Jonathan Goodwin ("Plaintiffs") and Defendant Los Angeles Sheriff's Department ("LASD" or "Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS by order dated September 29, 2017, the Court previously continued the hearing date on Plaintiffs' Motion to Enforce Settlement Agreement (the "Motion") to November 20, 2017, the Opposition to the Motion to October 30, 2017, and the Reply to the Motion to November 6, 2017 to allow the Parties to engage in a further meet and confer process;

WHEREAS by order dated November 3, 2017, the Court previously continued the hearing date on Plaintiffs' Motion to Enforce Settlement Agreement

3445152.1

Case No. CV 12-00428 DDP (MRW)

STIPULATION TO CONTINUE HEARING ON MOTION TO ENFORCE SETTLEMENT AGREEMENT

(the "Motion") to December 4, 2017, the Opposition to the Motion to November 13, 2017, and the Reply to the Motion to November 20, 2017 to allow the Parties to engage in a further meet and confer process;

WHEREAS the Parties continue to meet and confer to resolve the disputed issues;

NOW THEREFORE the Parties hereby stipulate and agree that the hearing date on the Motion be continued to December 18, 2017, the Opposition to the Motion be continued to November 27, 2017, and the Reply to the Motion be continued to December 4, 2017, pursuant to the Local Rules according to the new hearing date.

The Parties agree that they may stipulate to further continuances, if necessary or appropriate, based on the progress of the meet and confer process.

**IT IS SO STIPULATED**.

DATED:  November 13, 2017          Jeremy D. Matz
                                   Kimberley M. Miller
                                   Bird, Marella, Boxer, Wolpert, Nessim,
                                   Drooks, Lincenberg & Rhow, P.C.


                        By:     /s/ Kimberley M. Miller
                                   Kimberley M. Miller
                                Attorneys for Los Angeles County Sherrif's
                                Department

3445152.1                                    2              Case No. CV 12-00428 DDP (MRW)

STIPULATION TO CONTINUE HEARING ON MOTION TO ENFORCE SETTLEMENT AGREEMENT

DATED:  November 13, 2017        Peter J. Eliasberg
                                 ACLU Foundation of Southern California


                                 By:    _____/s/ Peter J. Eliasberg_____
                                              Peter J. Eliasberg
                                 Attorneys for Plaintiffs Alex Rosas and
                                 Jonathan Goodwin, on behalf of themselves
                                 and of those similarly situated