Jeremy D. Matz - State Bar No. 199401
    jmatz@birdmarella.com
Kimberley M. Miller - State Bar No. 260280
    kmiller@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Los Angeles County
Sheriff's Department

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and all others similarly situated,, <br><br> Plaintiffs, <br><br> vs. <br><br> JIM MCDONNELL, Sheriff of Los Angeles County, in his official capacity,, <br><br> Defendant. | CASE NO. CV 12-00428 DDP (MRW) <br><br> **ORDER GRANTING STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT** |

## ORDER GRANTING STIPULATION

The Court hereby ORDERS that the hearing on Plaintiffs' Motion to Enforce the Settlement Agreement ("Plaintiffs' Motion") be continued until December 18, 2017 at 10:00 am in Courtroom 9c to permit the parties to engage in a further meet and confer process;

The Court also hereby ORDERS that the Opposition and Response to Plaintiffs' Motion are continued pursuant to the Local Rules according to the new hearing date so that Defendant's Opposition is due, at latest, November 27, 2017,

//

//

3445489.1

Case No. CV 12-00428 DDP (MRW)

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT

and Plaintiffs' Reply is due, at latest, December 4, 2017.

DATED:  November 15, 2017

_____
THE HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT