PETER J. ELIASBERG
(SB# 189110)
peliasberg@aclu-sc.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone:  (213) 977-9500
Fax:  (213) 977-5299

SAM S. PUATHASNANON
(SB# 198430)
sampuathasnanon@paulhastings.com
KYLE M. JONES (SB# 307814)
kylejones@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone:  (213) 683-6000
Fax:  (213) 627-0705

ERIC BALABAN (*pro hac vice*)
ebalaban@npp-aclu.org
NATIONAL PRISON PROJECT OF
THE AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th St., NW
Washington, D.C. 20005
Phone:  (202) 393-4930
Fax:  (202) 393-4931

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN
GOODWIN, on behalf of themselves
and of those similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>       Plaintiffs,<br><br>   vs.<br><br>JIM MCDONNELL, Sheriff of Los Angeles County, in his official capacity,<br><br>       Defendant. | CASE NO. CV 12-00428 DDP (MRW)<br><br>**ORDER GRANTING STIPULATION ON ATTORNEYS' FEES FOR MONITORING** |

[PROPOSED] ORDER

LEGAL_US_W # 91089832.3

## ORDER GRANTING STIPULATION

The Court hereby grants the parties stipulation on attorneys' fees for Class Counsel for ongoing work to ensure compliance with the Court-enforceable Settlement Agreement" in this matter and **ORDERS** that Defendants pay Class Counsel $30,000 for their work in 2015 and $30,000 for their work in 2016.

Dated January 19, 2018

_____
The Honorable Dean D. Pregerson
United States District Judge

**Comment [A1]:** NB, this needs to be a filed as a separate document, I believe.

-1-

[PROPOSED] ORDER