PETER J. ELIASBERG (SB# 189110)
peliasberg@aclu-sc.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone:  (213) 977-9500
Fax:  (213) 977-5299

NICOLAS MORGAN (SB#166441)
nicolasmorgan@paulhastings.com
KYLE M. JONES (SB# 307814)
kylejones@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone:  (213) 683-6000
Fax:  (213) 627-0705
Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN
GOODWIN, on behalf of themselves
and of those similarly situated

MARGARET WINTER (*pro hac vice*)
mwinter@npp-aclu.org
ERIC BALABAN (*pro hac vice*)
ebalaban@npp-aclu.org
NATIONAL PRISON PROJECT OF
THE AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th St., NW
Washington, D.C. 20005
Phone:  (202) 393-4930
Fax:  (202) 393-4931

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> JIM MCDONNELL, Sheriff of Los Angeles County, in his official capacity, <br><br> Defendant. | CASE NO. CV 12-00428 DDP (MRW) <br><br> **STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT AND RELATED DEADLINES** <br><br> Current Date:  February 26, 2018 <br> Time:        10:00 a.m. <br> Crtrm.:       9C <br><br> Assigned to Hon. Dean D. Pregerson |

Pursuant to Local Rule 7-1, Plaintiffs Alex Rosas and Jonathan Goodwin ("Plaintiffs") and Defendant Los Angeles Sheriff's Department ("LASD" or "Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS by order dated September 29, 2017, the Court previously

3463066.1

continued the hearing date on Plaintiffs' Motion to Enforce Settlement Agreement (the "Motion") to November 20, 2017, the Opposition to the Motion to October 30, 2017, and the Reply to the Motion to November 6, 2017 to allow the Parties to engage in a further meet and confer process;

WHEREAS by order dated November 3, 2017, the Court previously continued the hearing date on the Motion to December 4, 2017, the Opposition to the Motion to November 13, 2017, and the Reply to the Motion to November 20, 2017 to allow the Parties to engage in a further meet and confer process;

WHEREAS by order dated November 15, 2017, the Court previously continued the hearing date on the Motion to December 18, 2017, the Opposition to the Motion to November 27, 2017, and the Reply to the Motion to December 4, 2017 to allow the Parties to engage in a further meet and confer process;

WHEREAS by order dated November 28, 2017, the Court previously continued the hearing date on the Motion to January 8, 2018, the Opposition to the Motion to December 15, 2017, and the Reply to the Motion to December 22, 2017 to allow the Parties to engage in a further meet and confer process;

WHEREAS by order dated December 18, 2017, the Court previously continued the hearing date on the Motion to February 5, 2018, the Opposition to the Motion to January 12, 2018, and the Reply to the Motion to January 19, 2018 to allow the Parties to engage in a further meet and confer process;

WHEREAS by order dated January 16, 2018, the Court previously continued the hearing date on the Motion to February 26, 2018, the Opposition to the Motion to February 5, 2018, and the Reply to the Motion to February 12, 2018 to allow the Parties to engage in a further meet and confer process;

WHEREAS the Parties continue to meet and confer to resolve the disputed issues;

NOW THEREFORE the Parties hereby stipulate and agree that the hearing date on the Motion be continued to March 12, 2018, the Opposition to the Motion be

STIPULATION TO CONTINUE HEARING ON MOTION TO ENFORCE SETTLEMENT AGREEMENT

continued to February 16, 2018, and the Reply to the Motion be continued to February 23, 2018, pursuant to the Local Rules according to the new hearing date.

The Parties agree that they may stipulate to further continuances, if necessary or appropriate, based on the progress of the meet and confer process.

**IT IS SO STIPULATED**.

DATED:  February 5, 2018          Jeremy D. Matz
                                  Kimberley M. Miller
                                  Bird, Marella, Boxer, Wolpert, Nessim,
                                  Drooks, Lincenberg & Rhow, P.C.


                                  By:      /s/ Kimberley M. Miller
                                  _____
                                           Kimberley M. Miller
                                  Attorneys for Los Angeles County Sherrif's
                                  Department


DATED:  February 5, 2018          Peter J. Eliasberg
                                  ACLU Foundation of Southern California


                                  By:      /s/ Peter J. Eliasberg
                                  _____
                                           Peter J. Eliasberg
                                  Attorneys for Plaintiffs Alex Rosas and
                                  Jonathan Goodwin, on behalf of themselves
                                  and of those similarly situated

STIPULATION TO CONTINUE HEARING ON MOTION TO ENFORCE SETTLEMENT AGREEMENT