PETER J. ELIASBERG (SB# 189110)
peliasberg@aclu-sc.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone:  (213) 977-9500
Fax:  (213) 977-5299

NICOLAS MORGAN (SB#166441)
nicolasmorgan@paulhastings.com
KYLE M. JONES (SB# 307814)
kylejones@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone:  (213) 683-6000
Fax:  (213) 627-0705

MARGARET WINTER (*pro hac vice*)
mwinter@npp-aclu.org
ERIC BALABAN (*pro hac vice*)
ebalaban@npp-aclu.org
NATIONAL PRISON PROJECT OF
THE AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th St., NW
Washington, D.C. 20005
Phone:  (202) 393-4930
Fax:  (202) 393-4931

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN
GOODWIN, on behalf of themselves
and of those similarly situated

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and all others similarly situated,, <br><br> Plaintiffs, <br><br> vs. <br><br> JIM MCDONNELL, Sheriff of Los Angeles County, in his official capacity,, <br><br> Defendant. | CASE NO. CV 12-00428 DDP (MRW) <br><br> **[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT** <br><br> Current Date:  February 26, 2018 <br> Time:           10:00 a.m. <br> Crtrm.:          9C <br><br> Assigned to Hon. Dean D. Pregerson |

## ORDER GRANTING STIPULATION

The Court hereby ORDERS that the hearing on Plaintiffs' Motion to Enforce the Settlement Agreement ("Plaintiffs' Motion") be continued until March 12, 2018 at 10:00 am in Courtroom 9c to permit the parties to engage in a further meet and

3463068.1

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT

confer process;

The Court also hereby ORDERS that the Opposition and Response to Plaintiffs' Motion are continued pursuant to the Local Rules according to the new hearing date so that Defendant's Opposition is due, at latest, February 16, 2018, and Plaintiffs' Reply is due, at latest, February 23, 2018.

DATED:  February __, 2018

_____
THE HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

3463068.1                                                          2                          Case No. CV 12-00428 DDP (MRW)
[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT