Jeremy D. Matz - State Bar No. 199401
    jmatz@birdmarella.com
Kimberley M. Miller - State Bar No. 260280
    kmiller@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Mary C. Wickham – State Bar No. 145664
    mwickham@counsel.lacounty.gov
Rodrigo A. Castro-Silva – State Bar No. 185251
    rcastro-silva@counsel.lacounty.gov
Amie S. Park – State Bar No. 273346
    apark@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
Kenneth Hahn Hall of Administration
500 West Temple Street, #648
Los Angeles, California 90012-2713
Telephone: (213) 974-1804 ·
Facsimile: (213) 626-7446

Attorneys for Defendant
Los Angeles County
Sheriff Jim McDonnell

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>      Plaintiffs,<br><br>  vs.<br><br>JIM MCDONNELL, Sheriff of Los Angeles County, in his official capacity,<br><br>      Defendant. | CASE NO. CV 12-00428 DDP (MRW)<br><br>**DECLARATION OF JEREMY D. MATZ IN SUPPORT OF DEFENDANT SHERIFF JIM McDONNELL'S OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENTAND IN SUPPORT OF DEFENDANT'S OFFICIAL INFORMATION PRIVILEGE OBJECTIONS TO PLAINTIFFS' DOCUMENT REQUESTS**<br><br>Date:    March 12, 2018<br>Time:    10:00 a.m.<br>Crtrm.:  9C<br><br>Assigned to Hon. Dean D. Pregerson |

3470886.1

DECLARATION OF JEREMY D. MATZ IN SUPPORT OF
DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT

# DECLARATION OF JEREMY D. MATZ

I, Jeremy D. Matz, declare as follows:

1.   I am an active member of the Bar of the State of California and a Principal with Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, A Professional Corporation, attorneys of record for Los Angeles County Sheriff Jim McDonnell in this action.  I make this declaration in support of Defendant Sheriff Jim McDonnell's Opposition To Plaintiffs' Motion To Enforce Settlement Agreement.  Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2.   Attached hereto as **Exhibit A** is a true and correct copy of the [Proposed] Stipulated Protective Order Regarding Class Counsel's Access to Documents that my firm sent to Class Counsel on January 22, 2018.

3.   Attached hereto as **Exhibit B** is a true and correct copy of Class Counsel's revisions to the [Proposed] Stipulated Protective Order, which they entitled "[Proposed] Stipulated Protective Order Regarding Class Counsel's Off-Site Access To Documents," and which my firm received from Class Counsel on February 9, 2018.

4.   Attached hereto as **Exhibit C** is a true and correct copy of a March 15, 2017 letter to Class Counsel sent by Karen Joynt, Senior Deputy County Counsel, Law Enforcement Services Division.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on February 16, 2018, at Los Angeles, California.

*/s/ Jeremy D. Matz*
Jeremy D. Matz

3470886.1

2

DECLARATION OF JEREMY D. MATZ IN SUPPORT OF
DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT