PETER J. ELIASBERG
(SB# 189110)
peliasberg@aclu-sc.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500
Fax: (213) 977-5299

NICOLAS MORGAN
(SB# 166441)
nicolasmorgan@paulhastings.com
KYLE M. JONES (SB# 307814)
kylejones@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone: (213) 683-6000
Fax: (213) 627-0705

ERIC BALABAN (*pro hac vice*)
ebalaban@npp-aclu.org
NATIONAL PRISON PROJECT OF
THE AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th St., NW
Washington, D.C. 20005
Phone: (202) 393-4930
Fax: (202) 393-4931

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN
GOODWIN, on behalf of themselves
and of those similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JIM MCDONNELL, Sheriff of Los Angeles County, in his official capacity,<br><br>Defendant. | CASE NO. CV 12-00428 DDP (MRW)<br><br>**DECLARATION OF PETER ELIASBERG IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br>Date: March 12, 2018<br>Time: 10:00 A.M.<br><br>Honorable Dean D. Pregerson<br>Ctrm: 9c |

DECLARATION OF PETER ELIASBERG ISO REPLY ISO MOTION TO ENFORCE SETTLEMENT AGREEMENT

I, Peter Eliasberg, declare as follows:

1.    I am counsel of record for Plaintiffs Alex Rosas ("Mr. Rosas") and Jonathan Goodwin ("Mr. Goodwin").  I am licensed to practice law in the state of California and am currently employed as chief counsel and Manheim Family attorney for First Amendment Rights at the ACLU of Southern California.  The following statements are within my personal knowledge, and if called as a witness, I could competently testify thereto.

2.    On February 15, 2018, Jeremy Matz, Esq., counsel for Defendant, informed Class Counsel that Defendant would file an opposition to the Motion to Enforce Settlement Agreement (Dkt. No. 152) on February 16, 2018.  A true and correct copy of the email in which Mr. Matz made this statement is attached hereto as **Exhibit A**.

3.    Despite submitting its initial request for documents in July 2016, Class Counsel still has not received any documents from Defendant other than some written Los Angeles County Sheriff's Department policies that were revised pursuant to the Action Plan.

4.    Class Counsel has not received any documents that it could use to evaluate Defendant's compliance with the Action Plan, which is incorporated in the Settlement Agreement from the Monitors.  Because Defendant has for such a long time refused to produce documents responsive to the vast majority of our requests, I asked one of the Monitors whether the Monitors would provide to Class Counsel documents that they received from Defendant pursuant to the Settlement Agreement, Action Plan, or Compliance Measures.  He said they would not.

///

///

///

-1-

DECLARATION OF PETER ELIASBERG ISO REPLY ISO MOTION TO ENFORCE SETTLEMENT AGREEMENT

I declare under penalty of perjury that the foregoing is true and accurate. Executed this 23rd day of February, 2018 in Los Angeles, CA.


/s/ Peter J. Eliasberg
Peter J. Eliasberg

-2-
DECLARATION OF SAM PUATHASNANON IN SUPPORT OF MOTION TO ENFORCE
SETTLEMENT AGREEMENTT