# EXHIBIT A

**Jones, Kyle**

| | |
|---|---|
| **From:** | Jeremy D. Matz <jmatz@birdmarella.com> |
| **Sent:** | Thursday, February 15, 2018 6:49 PM |
| **To:** | Jones, Kyle; Kim M. Miller |
| **Cc:** | Peter  Eliasberg; Eric Balaban; Ada Lin; Morgan, Nicolas |
| **Subject:** | [EXT] RE: Rosas (06325.00822): Protective Order |

Dear Counsel,

After considerable review and analysis of your revisions to the proposed protective order, the County and the Sheriff's Department have concluded that the revisions are unacceptable and that additional negotiations regarding the protective order are unlikely to be fruitful.  Hence, we will be filing an opposition to your discovery motion tomorrow.  It is unfortunate that we have not been able to resolve this without litigation.  The County and the Department sincerely believe that the proposal made to you was and remains very reasonable in light of all the circumstances.

Best,

Jeremy

Jeremy D. Matz |  Principal
Phone: 310.201.2100  |  Fax:  310.201.2110  |  Email:  jdm@birdmarella.com

Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
BirdMarella.com

-----Original Message-----
From: Jones, Kyle [mailto:kylejones@paulhastings.com]
Sent: Friday, February 9, 2018 6:10 PM
To: Kim M. Miller <km@birdmarella.com>; Jeremy D. Matz <jdm@birdmarella.com>
Cc: Peter Eliasberg <peliasberg@aclusocal.org>; Eric Balaban <ebalaban@aclu.org>; Ada Lin <alin@aclu.org>; Morgan, Nicolas <nicolasmorgan@paulhastings.com>
Subject: Rosas (06325.00822): Protective Order

Counsel,

Attached please find Class Counsel's revisions to the protective order.  I have included both a clean copy and a redline that compares it to the draft protective order you circulated on January 22, 2018.

Thank you,

Kyle

_____

[Paul Hastings LLP]<http://www.paulhastings.com/>

Kyle Jones | Associate, Litigation Department Paul Hastings LLP | 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, CA 90071 | Direct: +1.213.683.6189 | Main: +1.213.683.6000 | Cell: +1.407.455.4435 | Fax: +1.213.996.3189 | kylejones@paulhastings.com<mailto:kylejones@paulhastings.com> | www.paulhastings.com<http://www.paulhastings.com/>

.

Click the icon below to view Bird Marella's 2017 Year in Review.
[http://www.birdmarella.com/wp-content/uploads/2018/01/Bird_2017YIR_CoverArt-150x141.png]<http://www.birdmarella.com/wp-content/uploads/2018/02/Bird-Marella-P.C.-2017-Year-in-Review-1.pdf>