Jeremy D. Matz - State Bar No. 199401
    jmatz@birdmarella.com
Kimberley M. Miller - State Bar No. 260280
    kmiller@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Los Angeles County
Sheriff Jim McDonnell

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>JIM MCDONNELL, Sheriff of Los Angeles County, in his official capacity,<br><br>    Defendant. | CASE NO. CV 12-00428 DDP (MRW)<br><br>**STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br>Date:      April 9, 2018<br>Time:     10:00 a.m.<br>Crtrm.:    9C<br><br>Assigned to Hon. Dean D. Pregerson |

Pursuant to Local Rule 7-1, Plaintiffs Alex Rosas and Jonathan Goodwin ("Plaintiffs") and Defendant Los Angeles County Sheriff Jim McDonnell ("LASD" or "Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS by orders dated September 29, 2017; November 3, 2017; November 15, 2017; November 28, 2017; December 18, 2017; January 16, 2018; and February 6, 2018, the Court continued the hearing date on Plaintiffs' Motion to Enforce Settlement Agreement (the "Motion") several times (eventually setting that hearing date on March 12, 2018), to allow the Parties to engage in a further meet and confer process;

STIPULATION TO CONTINUE HEARING ON MOTION TO ENFORCE SETTLEMENT AGREEMENT

WHEREAS Defendant filed his opposition brief on February 16, 2018, and Plaintiffs filed their reply brief on February 23, 2018;

WHEREAS the hearing on the Motion was taken off calendar on March 12, 2018 to permit the parties to further meet and confer in an effort to resolve the issues without a hearing;

WHEREAS the Parties continue to meet and confer to resolve the disputed issues;

NOW, THEREFORE, the Parties hereby stipulate and agree that the hearing date on the Motion be continued to April 9, 2018.

The Parties agree that they may stipulate to further continuances, if necessary or appropriate, based on the progress of the meet and confer process.

**IT IS SO STIPULATED**.

DATED:  March 26, 2018          Jeremy D. Matz
                                Kimberley M. Miller
                                Bird, Marella, Boxer, Wolpert, Nessim,
                                Drooks, Lincenberg & Rhow, P.C.


                                By: _____/s/ Kimberley M. Miller_____
                                          Kimberley M. Miller
                                Attorneys for Los Angeles County Sheriff
                                Jim McDonnell

3480714.1                              2                    Case No. CV 12-00428 DDP (MRW)

STIPULATION TO CONTINUE HEARING ON MOTION TO ENFORCE SETTLEMENT AGREEMENT

DATED:  March 26, 2018                    Peter J. Eliasberg
                                          ACLU Foundation of Southern California


                                          By:     /s/ Peter J. Eliasberg
                                                      Peter J. Eliasberg
                                          Attorneys for Plaintiffs Alex Rosas and
                                          Jonathan Goodwin, on behalf of themselves
                                          and of those similarly situated