PETER J. ELIASBERG
(SB# 189110)
peliasberg@aclu-sc.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone:  (213) 977-9500
Fax:  (213) 977-5299

NICOLAS MORGAN
(SB# 166441)
nicolasmorgan@paulhastings.com
KYLE M. JONES (SB# 307814)
kylejones@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone:  (213) 683-6000
Fax:  (213) 627-0705

ERIC BALABAN (*pro hac vice*)
ebalaban@npp-aclu.org
NATIONAL PRISON PROJECT OF
THE AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th St., NW
Washington, D.C. 20005
Phone:  (202) 393-4930
Fax:  (202) 393-4931

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN
GOODWIN, on behalf of themselves
and of those similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JIM MCDONNELL, Sheriff of Los Angeles County, in his official capacity,<br><br>Defendant. | CASE NO. CV 12-00428 DDP (MRW)<br><br>**THIRD STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br>Date:          April 30, 2018<br>Time:          10:00 a.m.<br>Crtrm.:        9C<br><br>Assigned to Hon. Dean D. Pregerson |

Pursuant to Local Rule 7-1, Plaintiffs Alex Rosas and Jonathan Goodwin ("Plaintiffs") and Defendant Los Angeles County Sheriff Jim McDonnell ("LASD" or "Defendant") (collectively, the "Parties"), by and through their respective

counsel, hereby stipulate and agree as follows:

WHEREAS by orders dated September 29, 2017; November 3, 2017; November 15, 2017; November 28, 2017; December 18, 2017; January 16, 2018; and February 6, 2018, the Court continued the hearing date on Plaintiffs' Motion to Enforce Settlement Agreement (the "Motion") several times (eventually setting that hearing date on March 12, 2018), to allow the Parties to engage in a further meet and confer process;

WHEREAS Defendant filed his opposition brief on February 16, 2018, and Plaintiffs filed their reply brief on February 23, 2018;

WHEREAS the hearing on the Motion was taken off calendar on March 12, 2018 to permit the parties to further meet and confer in an effort to resolve the issues without a hearing;

WHEREAS by order dated March 27, 2018 the Court continued the hearing date to April 9, 2018 to allow the Parties to engage in a further meet and confer process;

WHEREAS by order dated April 6, 2018 the Court continued the hearing date to April 16, 2018 to allow the Parties to engage in a further meet and confer process;

WHEREAS by order dated April 13, 2018 the Court continued the hearing date to April 23, 2018 to allow the Parties to engage in a further meet and confer process;

WHEREAS the Parties continue to meet and confer to resolve the disputed issues;

NOW, THEREFORE, the Parties hereby stipulate and agree that the hearing date on the Motion be continued to April 30, 2018.

///

///

///

2

Case No. CV 12-00428 DDP (MRW)

The Parties agree that they may stipulate to further continuances, if necessary or appropriate, based on the progress of the meet and confer process.

**IT IS SO STIPULATED**.

DATED:  April 20, 2018         Jeremy D. Matz
                               Kimberley M. Miller
                               Bird, Marella, Boxer, Wolpert, Nessim,
                               Drooks, Lincenberg & Rhow, P.C.


                               By:    /s/ Kimberley M. Miller
                                      _____
                                           Kimberley M. Miller
                                      Attorneys for Los Angeles County Sheriff
                                      Jim McDonnell


DATED:  April 20, 2018         Nicolas Morgan
                               PAUL HASTINGS LLP


                               By:    /s/ Nicolas Morgan
                                      _____
                                           Nicolas Morgan
                                      Attorneys for Plaintiffs Alex Rosas and
                                      Jonathan Goodwin, on behalf of themselves
                                      and of those similarly situated

THIRD STIPULATION TO CONTINUE HEARING ON MOTION TO ENFORCE SETTLEMENT AGREEMENT

LEGAL_US_W # 93962255.1