PETER J. ELIASBERG
(SB# 189110)
peliasberg@aclu-sc.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone:  (213) 977-9500
Fax:  (213) 977-5299

NICOLAS MORGAN
(SB# 166441)
nicolasmorgan@paulhastings.com
KYLE M. JONES (SB# 307814)
kylejones@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone:  (213) 683-6000
Fax:  (213) 627-0705

ERIC BALABAN (*pro hac vice*)
ebalaban@npp-aclu.org
NATIONAL PRISON PROJECT OF
THE AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th St., NW
Washington, D.C. 20005
Phone:  (202) 393-4930
Fax:  (202) 393-4931

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN
GOODWIN, on behalf of themselves
and of those similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JIM MCDONNELL, Sheriff of Los Angeles County, in his official capacity,<br><br>Defendant. | CASE NO. CV 12-00428 DDP (MRW)<br><br>**[PROPOSED] ORDER GRANTING FOURTH STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br>Date:  May 7, 2018<br>Time:  10:00 a.m.<br>Crtrm.:  9C<br><br>Assigned to Hon. Dean D. Pregerson |

3480784.1                                                               Case No. CV 12-00428 DDP (MRW)

[PROPOSED] ORDER GRANTING FOURTH STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT

LEGAL_US_W # 94098096.1

## ORDER GRANTING STIPULATION

The Court hereby ORDERS that the hearing on Plaintiffs' Motion to Enforce the Settlement Agreement ("Plaintiffs' Motion") be continued until May 7, 2018 at 10:00 am in Courtroom 9c to permit the parties to engage in a further meet and confer process.

DATED: April __, 2018

_____
THE HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

3480784.1

2

Case No. CV 12-00428 DDP (MRW)

[PROPOSED] ORDER GRANTING FOURTH STIPULATION TO CONTINUE HEARING ON PLAINTIFFS'
MOTION TO ENFORCE SETTLEMENT AGREEMENT

LEGAL_US_W # 94098096.1