PETER J. ELIASBERG
(SB# 189110)
peliasberg@aclu-sc.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone:  (213) 977-9500
Fax:  (213) 977-5299

NICOLAS MORGAN
(SB# 166441)
nicolasmorgan@paulhastings.com
KYLE M. JONES (SB# 307814)
kylejones@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone:  (213) 683-6000
Fax:  (213) 627-0705

ERIC BALABAN (*pro hac vice*)
ebalaban@npp-aclu.org
NATIONAL PRISON PROJECT OF
THE AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th St., NW
Washington, D.C. 20005
Phone:  (202) 393-4930
Fax:  (202) 393-4931

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN
GOODWIN, on behalf of themselves
and of those similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JIM MCDONNELL, Sheriff of Los Angeles County, in his official capacity,<br><br>Defendant. | CASE NO. CV 12-00428 DDP (MRW)<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO ENFORCE SETTLEMENT AGREEMENT (DKT. NO. 152)** |

Case No. CV 12-00428 DDP (MRW)

## NOTICE OF WITHDRAWAL

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Alex Rosas and Jonathan Goodwin ("Plaintiffs") hereby withdraw their pending Motion to Enforce Settlement Agreement (Dkt. No. 152), pursuant to their obligations under the Stipulated Protective Order Regarding Class Counsel's Access to Documents (Dkt. No. 193) entered by the Court on May 11, 2018.

DATED:  May 14,  2018          Respectfully Submitted,


ACLU FOUNDATION OF
SOUTHERN CALIFORNIA


By:_____/s/ PETER ELIASBERG_____
                PETER ELIASBERG


NATIONAL PRISON PROJECT OF THE
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION


By:_____/s/ ERIC BALABAN_____
                ERIC BALABAN


PAUL HASTINGS LLP


By:_____/s/ NICOLAS MORGAN_____
                NICOLAS MORGAN


Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN GOODWIN on
behalf of themselves and of those similarly
situated

2                    Case No. CV 12-00428 DDP (MRW)