PETER J. ELIASBERG (SB# 189110)
peliasberg@aclu-sc.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500
Fax: (213) 977-5299

NICOLAS MORGAN (SB# 166441)
nicolasmorgan@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone: (213) 683-6000
Fax: (213) 627-0705

KYLE M. JONES (SB# 307814)
kylejones@paulhastings.com
PAUL HASTINGS LLP
875 15th Street, N.W.,
Washington, DC 20005
Phone (202) 551-1700
Fax: (202) 551-0471

ERIC BALABAN (*pro hac vice*)
ebalaban@npp-aclu.org
NATIONAL PRISON PROJECT OF
THE AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th St., NW
Washington, D.C. 20005
Phone: (202) 393-4930
Fax: (202) 393-4931

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN GOODWIN,
on behalf of themselves and of those similarly situated

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ALEX VILLANEUVA, Sheriff of Los Angeles County, in his official capacity, <br><br> Defendant. | CASE NO. CV 12-00428 DDP (MRW) <br><br> **STIPULATION ON ATTORNEYS' FEES FOR MONITORING** <br><br> Honorable Dean D. Pregerson <br> Ctrm: 9c |

STIPULATION ON ATTORNEYS' FEES FOR MONITORING

LEGAL_US_W # 91089832.3

Whereas, the Court enforceable settlement agreement (the Agreement) in this matter provides that Defendants will pay attorney's fees to be capped at $30,000 per year to Counsel for the Plaintiff Class ("Class Counsel") for ongoing work to ensure compliance with "the Agreement," and,

Whereas Class Counsel have provided documentation to Defendant's Counsel demonstrating that the lodestar for their work in 2017, using the hourly rates provided for by the Prison Litigation Reform Act, far exceed $30,000,

The parties hereby agree that Class Counsel is entitled to, and good cause exists for, the Court to approve this stipulation and order Defendants to pay Class Counsel $30,000 in attorneys' fees for 2017.

Respectfully submitted,

DATED: January  23, 2019

ACLU FOUNDATION OF
SOUTHERN CALIFORNIA

By:_____/s/ PETER ELIASBERG_____
            PETER ELIASBERG[1]

Attorney for Plaintiffs
ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated

OFFICE OF THE COUNTY COUNSEL

By:_____/s/ AMIE S. PARK_____
            AMIE S. PARK

Attorney for Defendant
SHERIFF ALEX VILLANEUVA

---

[1] The filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing

-1-

STIPULATION ON ATTORNEYS' FEES FOR MONITORING

LEGAL_US_W # 91089832.3