PETER J. ELIASBERG (SB# 189110)
peliasberg@aclusocal.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone:  (213) 977-9500
Fax:  (213) 977-5299

Attorneys for Plaintiffs
Submitted on behalf of Monitors Jeffrey Schwartz and Robert Houston

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ALEX ROSAS, et a. | CASE NO. CV 12-00428 DDP (MRW) |
|---|---|
| Plaintiffs, | **MONITOR'S STATUS REPORT ON TIMING OF NEXT SEMIANNUAL REPORT** |
| vs. | |
| LOS ANGELES COUNTY SHERIFF LEORY BACA, in his official capacity, | |
| Defendant. | |

The undersigned Monitors appointed by this Court, Jeffrey Schwartz and Robert Houston, hereby notify the Court that the next Monitor's report on the Rosas consent decree will be a few months late. Our last semi-annual report, the ninth such report, was submitted July 1, 2021, and our next report is due on Jan. 1,2022.

There are two primary reasons for the delay: The first is the pandemic. We have been unable to tour the jails for more than a year and one half. Without face-to-face interactions with inmates and with line staff and with only remote meetings by Zoom or WebEx, the Monitors are at a disadvantage. We have now scheduled a tour of the Downtown jails, combined with a meeting with LASO jail managers to review problematic cases, for this Dec. 15-17. We plan to have a case review meeting with the ACLU immediately after that trip. The results of those case review meetings will be central in the next Court report, and that schedule will delay the next report by approximately three months.

The second reason for the delay is that the Department has not yet selected a third Monitor. The three-person monitoring team is composed of one person selected by Plaintiffs, one selected by the Department, and a third person to be mutually selected. The monitor chosen by the Dept., Marc Harris, indicated in mid-August that he would be leaving and moving to D.C. to be Chief Council to the Committee to Investigate the Events of Jan. 6th. It has been two and a half months since then but the Department has not yet identified anyone as a replacement. That increases the workload for the remaining two of us by more than 50%.

We anticipate that we will be able to submit the next report by the end of March, 2022, and we will keep the Court appraised of any substantial developments in that regard. If you need additional information or have questions about any of this, please contact either of the Monitors directly.

-1-
MONITOR'S STATUS REPORT ON TIMING OF NEXT SEMIANNUAL REPORT

DATED:  November 9, 2021        Respectfully submitted,

ACLU FOUNDATION OF SOUTHERN
CALIFORNIA


By:   s/ *Peter Eliasberg*

Peter Eliasberg

Counsel for Plaintiffs

Submitted on behalf of Monitors Jeffrey
Schwartz and Robert Houston

MONITOR'S STATUS REPORT ON TIMING OF NEXT SEMIANNUAL REPORT