## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:12-cv-00428-DDP-MRW | Date | May 12, 2022 |
|---|---|---|---|
| Title | Alex Rosas et al v. Leroy Baca et al | | |

Present: The Honorable   DEAN D. PREGERSON, UNITED STATES DISTRICT JUDGE

| Patricia Gomez | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Kyle Jones | Steve Edwards |
| Peter Eliasberg | Robert Dugdale |

**Proceedings:**          STATUS CONFERENCE

Case called. Counsel address the Court. For reasons stated on the record a further Status Conference is set for August 15, 2022 at 1:30 p.m.

| | 1 | : | 12 |
|---|---|---|---|
| Initials of Preparer | | PG | |