UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALEX VILLANUEVA, Sheriff of Los Angeles County, in his official capacity,<br><br>Defendant. | CASE NO. CV 12-00428 DDP (MRW)<br><br>**ORDER GRANTING STIPULATION ON ATTORNEYS' FEES FOR MONITORING**<br><br>Honorable Dean D. Pregerson<br>Ctrm: 9C |

## ORDER GRANTING STIPULATION

The Court hereby grants the parties stipulation on attorneys' fees for Class Counsel for ongoing work to ensure compliance with the Court-enforceable Settlement Agreement in this matter and **ORDERS** that Defendants pay Class Counsel $30,000 for their work in 2021.

Dated: ___May 13, 2022___

_____

The Honorable Dean D. Pregerson
United States District Judge

-1-