PETER J. ELIASBERG
(SB# 189110)
peliasberg@aclu-sc.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500
Fax: (213) 977-5299

CORENE KENDRICK
(SB # 226642)
ckendrick@aclu.org
ACLU NATIONAL PRISON PROJECT
39 Drumm St.
San Francisco, CA 94111
Phone: (202) 393-4930
Fax: (202) 393-4931

NICOLAS MORGAN
(SB# 166441)
nicolasmorgan@paulhastings.com
KYLE M. JONES (SB# 307814)
kylejones@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone: (213) 683-6000
Fax: (213) 627-0705

ERIC BALABAN (*pro hac vice*)
ebalaban@aclu.org
NATIONAL PRISON PROJECT OF
THE AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th St., NW
Washington, D.C. 20005
Phone: (202) 393-4930
Fax: (202) 393-4931

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN
GOODWIN, on behalf of themselves
and of those similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALEX VILLANUEVA, Sheriff of Los Angeles County, in his official capacity,<br><br>Defendant. | CASE NO. CV 12-00428 DDP (MRW)<br><br>**STIPULATION REGARDING SCHEDULE FOR COMPLIANCE PLAN**<br><br>Assigned to Hon. Dean D. Pregerson |

Pursuant to Local Rule 7-1, Plaintiffs Alex Rosas and Jonathan Goodwin ("Plaintiffs") and Defendant Los Angeles County Sheriff Alex Villanueva ("LASD" or "Defendant") (collectively, the "Parties"), by and through their respective

counsel, hereby stipulate and agree as follows:

WHEREAS on April 7, 2022 the Court-appointed Monitors, Jeffrey Schwartz and Robert Houston (collectively, the "Panel"),[1] filed a Tenth Report and Request for a Status Conference ("Tenth Report") (Dkt. No. 205) in which the Panel requested a status conference with the Court to discuss "the recent lack of progress on key issues" related to the LASD's efforts to achieve compliance with the Implementation Plan developed by the Panel (*see* Dkt. No. 135);

WHEREAS on April 21, 2022 Plaintiffs filed a response to the Tenth Report (*see* Dkt. No. 207) joining in the Panel's request for a status conference and providing additional detail regarding the LASD's failure to comply with key Implementation Plan provisions include Sections 2.2, 2.6, 5.2, 5.3, 15.3, 17.5, and 17.6;

WHEREAS on May 4, 2022 Defendant filed a response to the Tenth Report (*see* Dkt. No. 210) responding to the Panel's analysis in the Tenth Report and explaining its efforts to improve compliance with the Implementation Plan;

WHEREAS by order dated May 9, 2022 the Court scheduled a status conference on May 12, 2022 at 10:00 AM (the "Status Conference");

WHEREAS on May 12, 2022 the Parties participated in the Status Conference with the Court, wherein they discussed LASD's efforts to comply with the Implementation Plan and the Parties' views on how LASD can improve its compliance with the Implementation Plan;

WHEREAS at the Status Conference, the Court directed the Parties to file within fourteen days a schedule for developing a written plan for LASD to achieve compliance with the key provisions discussed in the Tenth Report;

WHEREAS on May 26, 2022 the Parties and the Panel met and conferred via

---

[1] Since the Tenth Report, a third Monitor, Kathleen Kenney, has been appointed to the Panel.

video conference to discuss a schedule for developing this written plan;

NOW, THEREFORE, the Parties hereby stipulate and agree that they will abide by the following schedule to develop a written plan for LASD to achieve compliance with the key provisions discussed in the Tenth Report, namely (1) eliminating impermissible head strikes; (2) proper use of the WRAP; (3) appropriate utilization of force avoidance and de-escalation techniques; and (4) accountability for violations of LASD's use of force policies including, specifically, dishonest and false statements in use of force reports:

- **June 10, 2022:** Each Party will submit a framework for its proposed compliance plan to the other Party and the Panel.

- **June 13, 2022:** The Parties and the Panel will meet to discuss, among other things, each Party's proposed framework for a compliance plan.

- **June 23, 2022:** The Panel will provide written comments on the Parties' frameworks for their compliance plans.

- **July 22, 2022:** Each Party will submit to the Panel and the other Party an updated, more comprehensive version of its compliance plan that includes consideration of the feedback from the Panel and the other Party.

- **July 27, 2022:** The Parties and the Panel will meet to discuss, among other things, each Party's updated version of its compliance plan.

- **August 11, 2022:** The Parties will submit a joint update to the Court explaining the current status of preparing a compliance plan.

- **August 15, 2022:** The Parties and the Panel will attend a status conference with the Court.

In the event that this schedule ultimately proves unworkable, the Parties will meet and confer and submit an updated schedule to the Court via joint stipulation.

**IT IS SO STIPULATED**.

Case No. CV 12-00428 DDP (MRW)

STIPULATION REGARDING SCHEDULE FOR COMPLIANCE PLAN

DATED:  May 26, 2022          Robert E. Dugdale
                              KENDALL BRILL KELLY


                              By:       */s/ Robert E. Dugdale*
                                   Robert E. Dugdale
                                   Attorneys for Los Angeles County Sheriff
                                   Alex Villanueava

DATED:  May 26, 2022          Nicolas Morgan
                              Kyle Jones
                              PAUL HASTINGS LLP


                              By:       */s/ Kyle Jones*
                                   Kyle Jones
                                   Attorneys for Plaintiffs Alex Rosas and
                                   Jonathan Goodwin, on behalf of themselves
                                   and of those similarly situated

Case No. CV 12-00428 DDP (MRW)

STIPULATION REGARDING SCHEDULE FOR COMPLIANCE PLAN