PETER J. ELIASBERG
(SB# 189110)
peliasberg@aclu-sc.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500
Fax: (213) 977-5299

NICOLAS MORGAN
(SB# 166441)
nicolasmorgan@paulhastings.com
KYLE M. JONES (SB# 307814)
kylejones@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone: (213) 683-6000
Fax: (213) 627-0705

CORENE KENDRICK
(SB # 226642)
ckendrick@aclu.org
ACLU NATIONAL PRISON PROJECT
39 Drumm St.
San Francisco, CA 94111
Phone: (202) 393-4930
Fax: (202) 393-4931

ERIC BALABAN (*pro hac vice*)
ebalaban@aclu.org
NATIONAL PRISON PROJECT OF
THE AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th St., NW
Washington, D.C. 20005
Phone: (202) 393-4930
Fax: (202) 393-4931

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN
GOODWIN, on behalf of themselves
and of those similarly situated

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>ALEX VILLANUEVA, Sheriff of Los Angeles County, in his official capacity,<br><br>        Defendant. | CASE NO. CV 12-00428 DDP (MRW)<br><br>[PROPOSED] ORDER GRANTING STIPULATION REGARDING SCHEDULE FOR COMPLIANCE PLAN<br><br>Assigned to Hon. Dean D. Pregerson |

# ORDER GRANTING STIPULATION

The Court hereby ORDERS that the Stipulation Regarding Schedule For Compliance Plan is GRANTED.  The Parties shall abide by the following schedule to develop a written plan for the Los Angeles County Sheriff's Department to achieve compliance with the key provisions discussed in the Panel's Tenth Report and Request for a Status Conference ("Tenth Report") (Dkt. No. 205), namely (1) eliminating impermissible head strikes; (2) proper use of the WRAP; (3) appropriate utilization of force avoidance and de-escalation techniques; and (4) accountability for violations of LASD's use of force policies, including, specifically, dishonest and false statements in use of force reports:

- **June 10, 2022:**  Each Party will submit a framework for its proposed compliance plan to the other Party and the Panel.

- **June 13, 2022:**  The Parties and the Panel will meet to discuss, among other things, each Party's proposed framework for a compliance plan.

- **June 23, 2022:**  The Panel will provide written comments on the Parties' frameworks for their compliance plans.

- **July 22, 2022:**  Each Party will submit to the Panel and the other Party an updated, more comprehensive version of its compliance plan that includes consideration of the feedback from the Panel and the other Party.

- **July 27, 2022:**  The Parties and the Panel will meet to discuss, among other things, each Party's updated version of its compliance plan.

- **August 11, 2022:**  The Parties will submit a joint update to the Court explaining the current status of preparing a compliance plan.

- **August 15, 2022:**  The Parties and the Panel will attend a status conference with the Court at 1:30 p.m.

3480784.1

2

Case No. CV 12-00428 DDP (MRW)

[PROPOSED] ORDER GRANTING STIPULATION REGARDING SCHEDULE FOR COMPLIANCE PLAN
LEGAL_US_W # 112294316.2

In the event that this schedule ultimately proves unworkable, the Parties will meet and confer and submit an updated schedule to the Court via joint stipulation.

DATED:  May 27, 2022

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE