PETER J. ELIASBERG,
(SB# 189110)
peliasberg@aclu-sc.org
MELISSA CAMACHO-CHEUNG
(SB # 264024)
mcamacho@aclu-sc.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone:  (213) 977-9500
Fax:  (213) 977-5299

CORENE T. KENDRICK
(SB # 226642)
ckendrick@aclu.org
ACLU NATIONAL PRISON PROJECT
39 Drumm St.
San Francisco, CA 94111
Phone: (202) 393-4930
Fax: (202) 393-4931

NICOLAS MORGAN
(SB# 166441)
nicolasmorgan@paulhastings.com
KYLE M. JONES (SB# 307814)
kylejones@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone:  (213) 683-6000
Fax:  (213) 627-0705

ERIC BALABAN
(*pro hac vice*)
ebalaban@aclu.org
ACLU NATIONAL PRISON PROJECT
915 15th St., NW
Washington, D.C. 20005
Phone:  (202) 393-4930
Fax:  (202) 393-4931

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN
GOODWIN, on behalf of themselves
and of those similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALEX VILLANUEVA, Sheriff of Los Angeles County, in his official capacity,<br><br>Defendant. | CASE NO. CV 12-00428 DDP (MRW)<br><br>**JOINT REPORT TO THE COURT REGARDING SCHEDULE FOR COMPLIANCE PLAN (DOC. 218)**<br><br>Assigned to Hon. Dean D. Pregerson |

Pursuant to the Parties' stipulation, on May 30, 2022, this Court ordered the Parties and the Court-appointed Monitors to develop a written plan for LASD to achieve compliance with the key provisions discussed in the Monitors' Tenth Report. Doc. 218.

On June 17, 2022, Court Monitor Jeffrey Schwartz informed the Parties and his fellow Monitors that effective immediately he would be resigning from his duties for medical reasons. The Parties have conferred with each another and with the other Monitors, Mr. Houston and Ms. Kenney, and agree that it is in all Parties' best interest to have a full Monitors' Panel in place to assist the Parties and the Court in developing a remedial implementation plan. Accordingly, the timeframes set out in the Court's May 30 Order will need to be paused while a replacement Monitor is found.

Plaintiffs' Counsel are contacting other correctional experts across the country to identify an expert who is qualified and able to join the Panel. Plaintiffs' Counsel will work expeditiously to secure such an expert to assist the Panel.

The Parties have agreed that in the meanwhile, they will continue to consult with one another and the remaining two Monitors to move the process along. The Parties will present an update to the Court on the status of these efforts no later than July 22, 2022.  The Parties wish at this time to keep the August 15, 2022 status conference on the Court's calendar. A proposed order is attached herein.

Respectfully submitted,

DATED: June 27, 2022

By:   /s/ Corene T. Kendrick
Corene T. Kendrick
ACLU NATIONAL PRISON PROJECT
Attorneys for for Plaintiffs Alex Rosas and Jonathan Goodwin, on behalf of themselves and of those similarly situated

By:   /s/ Robert E. Dugdale
Robert E. Dugdale
KENDALL BRILL KELLY
Attorneys for Defendant Alex Villanueva, Sheriff of Los Angeles County, in his official capacity

## **ATTESTATION REGARDING SIGNATORIES**

I, Corene T. Kendrick, hereby attest that Counsel for Defendants concur in the filing's content and have authorized the filing.

Executed on June 27, 2022 at San Francisco, California.

By: /s/ Corene T. Kendrick
       Corene T. Kendrick
       ACLU NATIONAL PRISON PROJECT

Case No. CV 12-00428 DDP (MRW)
REPORT TO THE COURT REGARDING SCHEDULE FOR COMPLIANCE PLAN