**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALEX VILLANUEVA, Sheriff of Los Angeles County, in his official capacity,<br><br>Defendant. | CASE NO. CV 12-00428 DDP (MRW)<br><br>**ORDER REGARDING SCHEDULE FOR COMPLIANCE PLAN**<br><br>Assigned to Hon. Dean D. Pregerson |

The Court, having reviewed the Parties' Joint Report to the Court Regarding Schedule for Compliance Plan (Doc. 219), and good cause found, hereby ORDERS that the deadlines set forth in the Order Granting Stipulation Regarding Schedule for Compliance Plan (Doc. 218) be vacated while a replacement Monitor be found for Mr. Jeffrey Schwartz.

No later than July 22, 2022, the Parties will present an update to the Court regarding the efforts to secure a new Monitor.  The August 15, 2022 status conference will remain on calendar.

Case No. CV 12-00428 DDP (MRW)

ORDER REGARDING SCHEDULE FOR COMPLIANCE PLAN

In the event that this schedule ultimately proves unworkable, the Parties will meet and confer and submit an updated schedule to the Court via joint stipulation.

DATED:  July 5, 2022

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE