PETER J. ELIASBERG
(SB# 189110)
peliasberg@aclu-sc.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone:  (213) 977-9500
Fax:  (213) 977-5299

NICOLAS MORGAN
(SB# 166441)
nicolasmorgan@paulhastings.com
KYLE JONES
(SB# 307814)
kylejones@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone:  (213) 683-6000
Fax:  (213) 627-0705

CORENE KENDRICK
(SB # 226642)
ckendrick@aclu.org
ACLU NATIONAL PRISON PROJECT
39 Drumm St.
San Francisco, CA 94111
Phone: (202) 393-4930
Fax: (202) 393-4931

ERIC BALABAN (*pro hac vice*)
ebalaban@aclu.org
NATIONAL PRISON PROJECT OF
THE AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th St., NW
Washington, D.C. 20005
Phone:  (202) 393-4930
Fax: (202) 393-4931

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN
GOODWIN, on behalf of themselves
and of those similarly situated

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALEX VILLANUEVA, Sheriff of Los Angeles County, in his official capacity,<br><br>Defendant. | CASE NO. CV 12-00428 DDP (MRW)<br><br>**PLAINTIFFS' STATUS REPORT**<br><br>Assigned to Hon. Dean D. Pregerson |

3480784.1

Case No. CV 12-00428 DDP (MRW)

LEGAL_US_W # 112294316.2

The Plaintiff Class respectfully submit this status report on their efforts to secure a new Monitor as set forth in the Court's July 5, 2022 Order Regarding Schedule for Compliance Plan.

Plaintiffs' counsel are diligently attempting to identify a Monitor to replace Jeffrey Schwartz. They have reached out to people they know about the position and solicited professionals in the prisoners' rights community to identify potential candidates. Based on these efforts, Plaintiffs' counsel have so far identified and contacted four potential candidates. Two of those candidates stated they were too busy to take on the role.  The other two candidates expressed interest in the position, and Plaintiffs counsel have conducted a Zoom interview with each. These candidates will be speaking with the other two Monitors in the coming days.

Plaintiffs' counsel expect to hear back from each candidate about his availability within the next week to ten days and hope to have selected a Monitor within the next two weeks. If neither candidate accepts this position, Plaintiffs' counsel will reach out to additional candidates.

July 22, 2022                                         Respectfully submitted,

                                                     /s/ Peter J. Eliasberg
                                                     Peter J. Eliasberg


                                                     /s/ Kyle M. Jones
                                                     Kyle M. Jones

                                                     Attorneys for Plaintiffs Alex
                                                     Rosas and Jonathan Goodwin on
                                                     behalf of themselves
                                                     and of those similarly situated