UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No.     LA CV 12-00428 DDP (MRWx) | Date     August 19, 2022 |

Title     Alex Rosas, et al. v. Leroy Baca, et al.

| Present: The Honorable | DEAN D. PREGERSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| K. Pastrana Hernandez | Lisa Gonzalez | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Peter Eliasberg, Melissa Camacho-Chung<br><br>Court Appointed Monitor:<br>Kathy Kenney, Bob Houston, Nicholas Mitchell (ZOOM) | Robert Dugdale, Katelyn Kuwata<br>Dylan Ford |

Proceedings:

FURTHER STATUS CONFERENCE IN-PERSON & VIA ZOOM

Status conference held.

Court and counsel confer as reflected on the record.

Parties to submit proposed further status conference dates.

|   |   | : | 3 |
|---|---|---|---|
| | Initials of Preparer | kmh | |