# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and all others similarly situated, | CASE NO. CV 12-00428 DDP (MRW) |
| Plaintiffs, | **ORDER GRANTING STIPULATION REGARDING SCHEDULE FOR COMPLIANCE PLAN** |
| vs. | |
| ALEX VILLANUEVA, Sheriff of Los Angeles County, in his official capacity, | Assigned to Hon. Dean D. Pregerson |
| Defendant. | |

Case No. CV 12-00428 DDP (MRW)

ORDER GRANTING STIPULATION REGARDING SCHEDULE FOR COMPLIANCE PLAN

**ORDER GRANTING STIPULATION**

The Court hereby ORDERS that the Stipulation Regarding Schedule For Compliance Plan is GRANTED.  The Parties shall abide by the following schedule to develop a written plan for the Los Angeles County Sheriff's Department to achieve compliance with the key provisions discussed in the Panel's Tenth Report and Request for a Status Conference ("Tenth Report") (Dkt. No. 205), namely (1) eliminating impermissible head strikes; (2) proper use of the WRAP; (3) appropriate utilization of force avoidance and de-escalation techniques; and (4) accountability for violations of LASD's use of force policies, including, specifically, dishonest and false statements in use of force reports:

- **October 7, 2022:**  The Panel will provide written comments on the Parties' frameworks for their compliance plans.

- **November 4, 2022:**  Each Party will submit to the Panel and the other Party an updated, more comprehensive version of its compliance plan that includes consideration of the feedback from the Panel and the other Party.

- **By November 14, 2022:**  The Parties and the Panel will meet in person to discuss, among other things, each Party's updated version of its compliance plan.

- **November 30, 2022:**  The Parties will submit a joint update to the Court explaining the current status of preparing a compliance plan.

- **December 5, 2022 or on another date set by the Court:**  The Parties and the Panel will attend a status conference with the Court.

2

Case No. CV 12-00428 DDP (MRW)

ORDER GRANTING STIPULATION REGARDING SCHEDULE FOR COMPLIANCE PLAN

In the event that this schedule ultimately proves unworkable, the Parties will meet and confer and submit an updated schedule to the Court via joint stipulation.

**IT IS SO ORDERED.**

DATED:  October 13, 2022

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

Case No. CV 12-00428 DDP (MRW)
ORDER GRANTING STIPULATION REGARDING SCHEDULE FOR COMPLIANCE PLAN