PETER J. ELIASBERG
(SB# 189110)
peliasberg@aclusocal.org
MELISSA CAMACHO-CHEUNG
(SB# 264024)
mcamacho@acluscal.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500
Fax: (213) 977-5299

NICOLAS MORGAN
(SB# 166441)
nicolasmorgan@paulhastings.com
STEPHEN TURANCHIK
(SB# 248548)
sturanchik@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone: (213) 683-6000
Fax: (213) 627-0705

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN
GOODWIN, on behalf of themselves
and of those similarly situated

CORENE KENDRICK
(SB # 226642)
ckendrick@aclu.org
ACLU NATIONAL PRISON PROJECT
39 Drumm St.
San Francisco, CA 94111
Phone: (202) 393-4930
Fax: (202) 393-4931

ERIC BALABAN (*pro hac vice*)
ebalaban@aclu.org
NATIONAL PRISON PROJECT OF
THE AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th St., NW
Washington, D.C. 20005
Phone: (202) 393-4930
Fax: (202) 393-4931

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALEX VILLANUEVA, Sheriff of Los Angeles County, in his official capacity,<br><br>Defendant. | CASE NO. CV 12-00428 DDP (MRW)<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>Assigned to Hon. Dean D. Pregerson |

Pursuant to Local Rule 7-1, Plaintiffs Alex Rosas and Jonathan Goodwin ("Plaintiffs") and Defendants Los Angeles County Sheriff Alex Villanueva and the members of the Los Angeles County Board of Supervisors ("Defendants") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS the parties have received comments from the court-appointed monitors on their proposed compliance plans;

WHEREAS on November 9, 2022 the parties met with the court-appointed monitors to discuss a variety of provisions for inclusion in a compliance plan;

WHEREAS the parties have reached tentative agreement on a number of provisions to include in a compliance plan;

WHEREAS the parties agree that they will need to finalize agreement on the provisions they have tentatively agreed to, address other issues including changes to LASD policies, and include additional provisions to achieve a comprehensive compliance plan;

WHEREAS Defendant Sheriff Villanueva was defeated in his bid for reelection and Robert Luna was elected Sheriff of Los Angeles County;

WHEREAS Mr. Luna will not be sworn in as Sheriff until December 5th, 2022;

WHEREAS there will be a period of transition during which Sheriff Luna will be deciding who will be part of his command team, including the Assistant Sheriff for Custody;

WHEREAS Defendants' counsel and Plaintiffs' counsel met and conferred on November 29, 2022 to discuss the change in administration and its impact on substantive changes to policy and the compliance plan;

WHEREAS Defendants' counsel do not believe they will able to discuss and obtain commitments from the new Sheriff about significant changes to the operation of the jails to include in the compliance plan until mid-January of 2023; and

WHEREAS on October 13, 2022 the Court had set a status conference for December 5, 2022 to discuss the parties' efforts to arrive at a compliance plan (*see* Dkt. No. 228).

NOW, THEREFORE, the Parties hereby stipulate and agree to continue the status conference currently scheduled for **December 5, 2022 until February 13, 2023 or to another date set by the Court.**

**IT IS SO STIPULATED**.

DATED: November 30, 2022        Peter J. Eliasberg
                                ACLU FOUNDATION OF
                                SOUTHERN CALIFORNIA


                                By: _____/s/ Peter J. Eliasberg_____
                                    Peter J. Eliasberg
                                    Attorneys for Plaintiffs Alex Rosas and
                                    Jonathan Goodwin, on behalf of themselves
                                    and of those similarly situated


DATED: November 30, 2022        Robert E. Dugdale
                                KENDALL BRILL KELLY


                                By: _____/s/ Robert E. Dugdale_____
                                    Robert E. Dugdale
                                    Attorneys for Los Angeles County Sheriff
                                    Alex Villanueava