PETER J. ELIASBERG
(SB# 189110)
peliasberg@aclusocal.org
MELISSA CAMACHO-CHEUNG
(SB# 264024)
mcamacho@acluscal.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone:  (213) 977-9500
Fax:  (213) 977-5299

NICOLAS MORGAN
(SB# 166441)
nicolasmorgan@paulhastings.com
STEPHEN TURANCHIK (SB#
248548)
sturanchik@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone:  (213) 683-6000
Fax:  (213) 627-0705

CORENE KENDRICK
(SB # 226642)
ckendrick@aclu.org
ACLU NATIONAL PRISON PROJECT
39 Drumm St.
San Francisco, CA 94111
Phone: (202) 393-4930
Fax: (202) 393-4931

ERIC BALABAN (*pro hac vice*)
ebalaban@aclu.org
NATIONAL PRISON PROJECT OF
THE AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th St., NW
Washington, D.C. 20005
Phone:  (202) 393-4930
Fax:  (202) 393-4931

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN
GOODWIN, on behalf of themselves
and of those similarly situated

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALEX VILLANUEVA, Sheriff of Los Angeles County, in his official capacity,<br><br>Defendant. | CASE NO. CV 12-00428 DDP (MRW)<br><br>**ORDER GRANTING STIPULATION [229] TO CONTINUE STATUS CONFERENCE**<br><br>Assigned to Hon. Dean D. Pregerson |

**ORDER GRANTING STIPULATION**

The Court hereby ORDERS that the Stipulation to Continue the Status Conference from December 5, 2022 to February 13, 2023 at 10:00 am is GRANTED.

**IT IS SO ORDERED.**

DATED:  November 30, 2022

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

3480784.1                                                    2                          Case No. CV 12-00428 DDP (MRW)
ORDER GRANTING STIPULATION TO CONTINUE STATUS CONFERENCE
LEGAL_US_W # 112294316.2