## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-00428 DDP (MRWx) | Date | February 13, 2023 |
|---|---|---|---|
| Title | Alex Rosas, et al. v. Leroy Baca, et al. | | |

Present: The Honorable **DEAN D. PREGERSON, UNITED STATES DISTRICT JUDGE**

| Vanessa Figueroa | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant and Receiver: |
| Peter J. Eliasberg, Corene Kendrick, Marisol J. Dominguez-Ruiz, Melissa L. Camacho-Cheung | Robert E. Dugdale, Dylan Ford |

**Proceedings:    STATUS CONFERENCE**

Observing by Phone: Nicholas E. Mitchell, Kathy Kenny and Robert Houston, Monitors

Court and counsel confer as stated on the record.

A separate order setting a Further Status Conference in March will issue.

|  | 00 | : | 17 |
|---|---|---|---|
| Initials of Preparer | | vdr | |