PETER J. ELIASBERG (SB# 189110)
peliasberg@aclusocal.org
MELISSA CAMACHO (SB# 264024)
mcamacho@acluscal.org
**ACLU FOUNDATION OF
SOUTHERN CALIFORNIA**
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500
Fax: (213) 977-5299

CORENE KENDRICK (SB# 226642)
ckendrick@aclu.org
MARISOL DOMINGUEZ-RUIZ
(SB# 345416)
mdominguez-ruiz@aclu.org
**ACLU NATIONAL PRISON
PROJECT**
39 Drumm St.
San Francisco, CA 94111
Phone: (202) 393-4930
Fax: (202) 393-4931

NICOLAS MORGAN (SB# 166441)
nicolasmorgan@paulhastings.com
STEPHEN TURANCHIK
(SB# 248548)
sturanchik@paulhastings.com
**PAUL HASTINGS LLP**
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone: (213) 683-6000
Fax: (213) 627-0705
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Robert Luna, Sheriff of Los Angeles County, in his official capacity,<br><br>Defendant. | Case No. CV 12-00428 DDP (MRW)<br><br>**JOINT STIPULATION RE: REMEDIAL PLAN BRIEFING**<br><br>*Proposed Order Attached*<br><br>Date: June 26, 2023<br>Time: 10:00 a.m.<br>Judge: Hon. Dean D. Pregerson<br>Crtrm: Courtroom 9C |

At the status hearing held on April 19, 2023, and in a minute order on May 1, 2023, the Court ordered the parties to file cross-briefs as to remaining disputes related to the remedial plan by May 31, 2023, and any responses by June 12, 2023. Doc. 245.

Case No. CV 12-00428 DDP (MRW)

Defendants have not yet finalized or provided to Plaintiffs their updated Limitations on Force or WRAP policies, but anticipate them being final very soon. Plaintiffs provided suggested revisions to the Limitations on Force policy in August 2022 and again on March 7, 2023. Plaintiffs provided suggested revisions to the WRAP policy on March 7, 2023. In addition to Plaintiffs' comments, Defendants have received and considered suggested policy revisions from the Department of Justice (DOJ), the *Rosas* Monitoring Panel, and the monitor in the DOJ jails-related litigation. Defendants have also been consulting with the dozens of stakeholders within and outside the Los Angeles Sheriff's Department who must review and assess these policies, and suggest revisions to them in order to improve them and ensure they are workable in practice. Plaintiffs' proposed compliance plan, submitted to the Court on April 17, 2023, stated that Defendants needed to respond to the redlines so that the parties could continue negotiations. Doc. 240-1 at 4, 7.

As a result of the fact that finalized versions of these policies are near completion but not yet memorialized in completed form, Plaintiffs cannot fully brief their positions or have their experts opine completely on two of the four issues to present ("appropriate utilization of force avoidance and de-escalation techniques," or "proper use of WRAP") without the final versions. In light of the interest in having no further delays in resolving the outstanding issues, the parties stipulate as follows:

1. Defendants will provide the final Limitations on Force and WRAP policies to Plaintiffs by no later than 5:00 pm Pacific Daylight Time on June 1, 2023.

2. Neither party will discuss the adequacy of the yet-to-be final policies in their opening briefs filed on May 31, with the exception of the head strike policy contained within the Limitations on Force policy, which Defendants' counsel already provided Plaintiffs' counsel.

3. If Defendants provide the final Limitations on Force and WRAP policies on or before June 1, 2023, then both parties can discuss the adequacy of the policies for the first time in their response briefs due June 12, 2023.

Case No. CV 12-00428 DDP (MRW)

JOINT STIPULATION RE: REMEDIAL PLAN BRIEFING

4.    Neither party shall file a sur-reply nor seek leave to file a sur-reply after June 12, 2023, to address the other party's response brief.

A proposed order is attached and will be submitted to the Court's chambers in accordance with Local Rules.

Respectfully submitted,

DATED: May 30, 2023          By:  */s/ Corene T. Kendrick*

Peter J. Eliasberg
Melissa Camacho
**ACLU FOUNDATION OF SOUTHERN CALIFORNIA**

Corene T. Kendrick
Marisol Dominguez-Ruiz
**ACLU NATIONAL PRISON PROJECT**

Nicholas Morgan
Stephen Turanchik
**PAUL HASTINGS LLP**

Attorneys for Plaintiffs Alex Rosas, *et al.*

*/s/ Robert E. Dugdale (with permission)*
Robert E. Dugdale
**KENDALL BRILL & KELLY LLP**

Dawyn Harrison
Dylan Ford
**OFFICE OF COUNTY COUNSEL**

Attorneys for Defendant Los Angeles County Sheriff Robert Luna

## ATTESTATION REGARDING SIGNATORIES

I, Corene T. Kendrick, hereby attest that Counsel for Defendants concur in the filing's content and have authorized the filing.

Executed on May 30, 2023, at San Francisco, CA.

*/s/ Corene T. Kendrick*
Corene T. Kendrick
ACLU National Prison Project

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 30, 2023, I electronically transmitted the above document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to Counsel for Defendants who are registered CM/ECF users.

DATED:     May 30, 2023

*/s/ Corene T. Kendrick*
Corene T. Kendrick
ACLU National Prison Project

*Attorney for Plaintiffs*

Case No. CV 12-00428 DDP (MRW)

JOINT STIPULATION RE: REMEDIAL PLAN BRIEFING