**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated, | Case No. CV 12-00428 DDP (MRW) |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING STIPULATION RE: REMEDIAL PLAN BRIEFING (DOC. 250)** |
| vs. | |
| Robert Luna, Sheriff of Los Angeles County, in his official capacity, | |
| Defendant. | |

At the status hearing held on April 19, 2023, and in a minute order on May 1, 2023, the Court ordered the parties to file cross-briefs as to remaining disputes related to the remedial plan by May 31, 2023, and any responses by June 12, 2023. Doc. 245.

The Parties have informed the Court that Defendants have not yet finalized or provided to Plaintiffs their updated Limitations on Force or WRAP policies, but anticipate them being final very soon. Doc. 250.

In light of the interest in having no further delays in resolving the outstanding issues, the parties have stipulated as follows:

1. Defendants will provide the final Limitations on Force and WRAP policies to Plaintiffs by no later than 5:00 pm Pacific Daylight Time on June 1, 2023.

2.      Neither party will discuss the adequacy of the yet-to-be final policies in their opening briefs filed on May 31, with the exception of the head strike policy contained within the Limitations on Force policy, which Defendants' counsel already provided Plaintiffs' counsel.

3.      If Defendants provide the final Limitations on Force and WRAP policies on or before June 1, 2023, then both parties can discuss the adequacy of the policies for the first time in their response briefs due June 12, 2023.

4.      Neither party shall file a sur-reply nor seek leave to file a sur-reply after June 12, 2023, to address the other party's response brief.

**IT IS SO ORDERED.**

DATE: _____          _____

Dean D. Pregerson
United States District Judge

Case No. CV 12-00428 DDP (MRW)

ORDER ON JOINT STIPULATION RE: REMEDIAL PLAN BRIEFING (DOC. 250)