PETER J. ELIASBERG
(SB# 189110)
peliasberg@aclusocal.org
MELISSA CAMACHO
(SB# 264024)
mcamacho@acluscal.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500
Fax: (213) 977-5299

NICOLAS MORGAN
(SB# 166441)
nicolasmorgan@paulhastings.com
STEPHEN TURANCHIK
(SB# 248548)
sturanchik@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone: (213) 683-6000
Fax: (213) 627-0705

CORENE KENDRICK
(SB# 226642)
ckendrick@aclu.org
MARISOL DOMINGUEZ-RUIZ
(SB# 345416)
mdominguez-ruiz@aclu.org
ACLU NATIONAL PRISON PROJECT
39 Drumm St.
San Francisco, CA 94111
Phone: (202) 393-4930
Fax: (202) 393-4931

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN
GOODWIN, on behalf of themselves
and of those similarly situated

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Robert Luna, Sheriff of Los Angeles County, in his official capacity,<br><br>Defendant. | CASE NO. CV 12-00428 DDP (MRW)<br><br>**NOTICE OF MOTION AND MOTION TO MODIFY COURT-APPROVED IMPLEMENTATION PLAN [FRCP 60(b)]**<br><br>Assigned to Hon. Dean D. Pregerson<br><br>Hearing Date: June 26, 2023<br>Time: 10:00 am |

1

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD**:

PLEASE TAKE NOTICE that on Monday June 26, 2023 at 10:00 a.m. or as soon thereafter as the matter may be heard, Plaintiffs will and hereby move to modify the court-approved implementation plan, which is incorporated in the class action settlement approved by the Court on April 25, 2015. Dkt. 135 ("Order Approving Class Settlement, Retaining Jurisdiction to Enforce Terms of Settlement Agreement, Dismissing Action"). The hearing on this matter will take place before the Honorable Dean D. Pregerson, in Courtroom 9C of the United States District Court, Central District of California, Western Division, located at 350 West 1st Street, Los Angeles, CA. 90012.

This motion is based on Federal Rule of Civil Procedure 60(b), the Prison Litigation Reform Act, this Notice, the attached Memorandum of Points and Authorities, the declarations filed concurrently herewith, and all pleadings and other documents on file with this Court, as well as any other evidence or argument that may be presented before or at the time of the hearing on the motion.

Plaintiffs' counsel conferred with Defendant's counsel on May 12, 2023 pursuant to Local Rule 7-3, and Defendant's counsel stated that they oppose the motion.

| | | |
|---|---|---|
| 1 | DATED: May 30, 2023 | Peter J. Eliasberg |
| 2 | | ACLU FOUNDATION OF SOUTHERN CALIFORNIA |
| 5 | | By: _____/s/ Peter J. Eliasberg_____ |
| 6 | | Peter J. Eliasberg |
| 7 | | Attorneys for Plaintiffs Alex Rosas and Jonathan Goodwin, on behalf of themselves and of those similarly situated |