PETER J. ELIASBERG
(SB# 189110)
peliasberg@aclusocal.org
MELISSA CAMACHO-CHEUNG
(SB# 264024)
mcamacho@acluscal.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone:  (213) 977-9500
Fax:  (213) 977-5299

NICOLAS MORGAN
(SB# 166441)
nicolasmorgan@paulhastings.com
STEPHEN TURANCHIK
(SB# 248548)
sturanchik@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone:  (213) 683-6000
Fax:  (213) 627-0705

CORENE KENDRICK
(SB# 226642)
ckendrick@aclu.org
MARISOL DOMINGUEZ-RUIZ
(SB# 345416)
mdominguez-ruiz@aclu.org
ACLU NATIONAL PRISON
PROJECT
39 Drumm St.
San Francisco, CA 94111
Phone: (202) 393-4930
 Fax: (202) 393-4931

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN GOODWIN,
on behalf of themselves and of those similarly situated

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT LUNA, Sheriff of Los Angeles County, in his official capacity,<br><br>Defendant. | CASE NO. CV 12-00428 DDP (MRW)<br><br>**NOTICE OF LODGING OF EXHIBITS C & D TO DECLARATION OF ERIN DAVID BIGLER, PH.D.**<br><br>Honorable Dean D. Pregerson |

Pursuant to L.R. 11-5.1, Plaintiffs will lodge with this Court a compact disc containing Exhibits C and D to the Declaration of Erin David Bigler, Ph.D.  Exhibit C is a video from a study at Stanford University where college football players wore sensors that could detect biomechanical changes from blows to the head. Exhibit D is a Power Point presentation prepared by Dr. Bigler, which contains an embedded graphic that includes motion.  Neither of these Exhibits can be submitted in paper format.

Plaintiffs respectfully request the Court to view Exhibits C and D and enter them as part of the case record for Plaintiffs in this case.

Respectfully submitted,

Dated May 31, 2023                    ACLU FOUNDATION OF
                                      SOUTHERN CALIFORNIA

                                       /s/ Peter Eliasberg
                                      PETER ELIASBERG
                                      Counsel for Plaintiffs

1

PROOF OF SERVICE