PETER J. ELIASBERG
(SB# 189110)
peliasberg@aclusocal.org
MELISSA CAMACHO-CHEUNG
(SB# 264024)
mcamacho@acluscal.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone:  (213) 977-9500
Fax:  (213) 977-5299

NICOLAS MORGAN
(SB# 166441)
nicolasmorgan@paulhastings.com
STEPHEN TURANCHIK
(SB# 248548)
sturanchik@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone:  (213) 683-6000
Fax:  (213) 627-0705

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN
GOODWIN, on behalf of themselves
and of those similarly situated

CORENE KENDRICK
(SB# 226642)
ckendrick@aclu.org
MARISOL DOMINGUEZ-RUIZ
(SB# 345416)
mdominguez-ruiz@aclu.org
ACLU NATIONAL PRISON PROJECT
39 Drumm St.
San Francisco, CA 94111
Phone: (202) 393-4930
Fax: (202) 393-4931

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> Robert Luna, Sheriff of Los Angeles County, in his official capacity, <br><br> Defendant. | CASE NO. CV 12-00428 DDP (MRW) <br><br> **DECLARATION OF RAYMOND DUNN, M.D.** <br><br> Assigned to Hon. Dean D. Pregerson <br><br> Hearing: June 26, 2023 10:00 am |

1

## Declaration of Raymond Dunn, M.D.

I, Raymond Dunn, M.D., hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

**QUALIFICATIONS**

2.      In summary, I am currently Professor of Surgery in the Department of Surgery Division of Plastic Surgery at the University of Massachusetts Medical Center.  I have been in full time employment as a plastic surgeon here at UMass since July 1990.  I trained in general surgery and plastic surgery and am board-certified in both disciplines.  For background UMass Medical Center is an ACS level 1 trauma center.  Throughout my career I have been involved with and continue to be involved with the clinical care of facial injuries and facial fractures of all severity and all etiology including many as a result of motor vehicle trauma and many fractures and facial injuries associated with altercations of various levels of severity including those involving inmates in our local correctional facilities. The extent and breadth of this clinical exposure allows me accurately and honestly review and opine on the cases under discussion.  My CV is attached as Exhibit A.

**COMPENSATION**

Plaintiffs' counsel are paying me $600 per hour to prepare this declaration.

**MATERIALS PROVIDED**

2.      Plaintiffs' counsel have provided me with the following materials:

Use of Force Reports and Videos

- MCJ-04485
- TTCF-00620
- MCJ-00856
- MCJ-04390
- TTCF-01254

2

- MCJ-03103
- MCJ-02673
- MCJ-00690
- MCJ-00999
- IRC-01264
- IRC-1692
- IRC-00030
- TTCF-00226
- IRC-00132
- UOF Package Summaries – May 2023

3. They have also provided me with materials about the make-up of the LA County jail population, including the percentage who have serious mental illness, and materials about the prevalence of post-traumatic stress disorder in incarcerated populations and the incidence of medical disease including hypertension and obesity in incarcerated populations.  A list of these materials is attached as Exhibit B.

3. I have reviewed all 9 videos depicting use of force incidents involving head strikes and transcripts associated with incarcerated patient's injuries and related discussions (MCJ-04485, TTCF-00620, MCJ-00856, MCJ-04390, MCJ-03103, MCJ-02673, MCJ-00999, IRC-00030, and TTCF-00226). I have also reviewed all the other materials that Plaintiffs' counsel provided me.

**SCOPE OF WORK AND SUMMARY OF OPINIONS**

4. My comments we will focus specifically on facial injuries specifically and typically orbital, nasal, zygomatic (cheekbone), mandible (jawbone), and soft tissue injuries associated with blows to the face or head occurring during altercations.  The vast majority of these altercations do involve fist/hand strikes and almost universally also result in hand injuries to guards or those who "strike" (which can also be inmates). These injuries may be fractures or ligamentous

3

injuries and these may result in permanent injury depending on their severity.   I will refrain from elucidating comments regarding intracranial injuries except as they specifically relate to the facial and soft tissue fractures I have mentioned above.

5.      "Head" strikes are almost universally associated with facial bone and soft tissue injury. These head strikes can be minimal or severe depending on the pattern of associated facial injury and the location of the strikes such as the temple area being associated with cheekbone fractures and frontal cranial injuries being associated with nasal and orbital fractures. These can also range in severity and if there is corresponding intra-cerebral injury protracted healing with potential permanent brain injury can occur.

6.      As a clarification it should be noted that the types of injuries that we are discussing would almost universally be described as blunt force injuries.  It is important to note that in blunt force injury the actual extent of injury may extend beyond a simple fracture to a bone and is likely to involve soft tissue overlying this.  The consequence of this may be beyond simple cuts and scrapes but involve also the risk of underlying sensory or even motor nerve injury in the facial areas. Specifically, injuries to the central face risk injuries to the second branch of the trigeminal nerve providing sensation to the midface upper lip upper dental areas and lower jaw.  Blunt injury to the side of the face may result in injury to the facial nerve which may have a consequence regarding movement of various muscles in the face the consequences of which may be facial drooping slurring of speech or both. Severe nasal fractures can result in loss of smell due to extended injury.

7.      Facial fractures to the bony areas I have outlined above may also result in consequent soft tissue injuries including injuries to the actual globe or eye. This may result in a visual injury which is permanent.

8.      Even with the surgical management of facial fractures there will frequently be permanent scarring associated with the management of these injuries

4

as well as possible permanent deformities and facial asymmetries.  The importance of this relates to further and potentially permanent mental health consequences such as depression, protracted PTSD, anxiety and aggressive behavioral responses as a result of appearance and the rehabilitative limitations associated with facial injury be it soft tissue or facial fracture.

9.    Mandible or jaw injuries are particularly problematic as there is a reasonable likelihood of dental injury associated with these and long-term the possibility of chronic infection to the dental areas with loss of teeth, loss of normal occlusion (how a person chews).  The impact of this in fact actually relates to risks of multiple long term chronic medical issues including infections throughout the body and particularly the heart -- in particular endocarditis --[1] having a severe impact on longevity.

10.    Based on the review of the videos, and the areas that were described and able to be visualized there is a virtually certain likelihood of short and long-term consequence of the facial injuries that were described in the reports or are common with the kinds of blows to the face and head that I observed in these videos.

[1] Inflammation and infection of the membrane that lines the inside of the chambers of the heart and comprises the surface of the heart valves.

11.    If you have any questions or require any further clarification or elucidation of any of these descriptions please do not hesitate to contact me

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this May 30, 2023 in Worcester, Massachusetts.

Raymond Dunn, M.D.

6

# EXHIBIT A

## Curriculum Vitae

## RAYMOND MICHAEL DUNN, MD

**PROFESSIONAL ADDRESS**:                          **PERSONAL:**
Division of Plastic Surgery                         Birth Date:  June 16, 1957
University of Massachusetts Medical Center          Citizenship:  USA
Worcester, Massachusetts  01655                     Height:  6'2"  Weight: 185 lbs
Tel. 508-856-5299                                   Health:  Excellent
Fax  508-856-5250                                   Spouse:  Beth
E-Mail:  dunnr@ummhc.org                            Children:  Katherine, Meaghan,
                                                               Sarah

### EDUCATION:

| 1978-1982 | Albany Medical College<br>Albany, New York | M.D. |
| 1974-1978 | Worcester Polytechnic Institute<br>Worcester, Massachusetts | B.S. Honors |
| 1970-1974 | Iona Preparatory School<br>New Rochelle, New York | |

### GRADUATE MEDICAL TRAINING:

**1987-1990**    Resident in Plastic Surgery
                 Eastern Virginia Medical School              Norfolk, VA

**1982-1987**    Resident in General Surgery
                 University of Massachusetts Medical Center   Worcester, MA

### ACADEMIC APPOINTMENTS:

**2002-**    **Chief**, Division of Plastic Surgery,
             University of Massachusetts Medical Center

**1998-**    **Interim Chief,** Division of Plastic Surgery,
             University of Massachusetts Medical Center

**1998-**    **Associate Professor**, Graduate School of Biomedical Sciences,
             University of Massachusetts Medical Center

**1995-**    **Associate Professor**, Department of Surgery, Division of Plastic Surgery
             Associate Professor, Department of Anatomy and Cell Biology,
             University of Massachusetts Medical Center

**1995-**    **Adjunct Associate Professor**, Department of Biomedical Engineering
             Worcester Polytechnic Institute, Worcester, MA

**1993-**    **Assistant Professor**, Department of Anatomy and Cell Biology
             University of Massachusetts Medical Center

**1992-**    **Adjunct Assistant Professor**, Department of Biomedical Engineering
             Worcester Polytechnic Institute

**1990-**    **Assistant Professor**, Department of Surgery, Division of Plastic Surgery
             University of Massachusetts Medical Center

### CERTIFICATION:

| **1983** | National Board of Medical Examiners | #260874 |
| **1988** | American Board of Surgery | #33824 |
| **1993** | American Board of Plastic Surgery | #4432 |
| **1994** | American Board of Plastic Surgery<br>Certificate of Added Qualifications in Hand Surgery | #317 |

### MEDICAL LICENSURE:

**EXHIBIT A**
**PAGE 8**

**1986**        Massachusetts                                                    #55227

## APPOINTMENTS:

**1992-1998**    Co-Director, Venous Clinic
University of Massachusetts Medical Center

## POSTGRADUATE TRAINING:
**2001**        Project Management Fundamentals
**1997**        Residency Review Committee Site Visit Training
**1996**        ASPRS Board of Directors Development Training
**1996**        MacAdemy (MacIntosh Computer Training)
**1995**        Young Plastic Surgeons Leadership Course (invited participant)
**1995**        ASPRS Media Training

## INTERNATIONAL SURGICAL EXPERIENCE:
**1991**        Federico Trilla Foundation, Puerto Rico
**1990**        Haife, Israel (Maimomides Fellow)
**1989**        Operation Smile, Philipines
**1989**        Interplast - Physicians for Peace, Turkey
**1988**        Operation Smile, Liberia

## HONORS AND AWARDS:

**2002**        "America's Top Surgeons"
**2002**        Who's Who Among America's Teachers, 2002
**2002**        ASRM Godina Traveling Fellow Award
**1998**        "Best Doctors in America"
**1994**        **Research Award**,  American Venous Forum - **1st Place**
**1993**        Ichabod Washburn Award - WPI
**1990**        Maimomides Fellowship Award, Norfolk, VA
**1990**        PSEF Senior Resident **Presentation Award - Best Paper**
**1988**        AMA Resident Leadership Award
**1978**        NSF Senior Seminar Associate
**1977**        Phi Lambda Upsilon Chemistry Honor Society
**1977**        Phi Gamma Delta Educational Award Winner
**1976**        Tau Beta Pi Engineering Honor Society (Junior Year Initiation)

## MAJOR NATIONAL COMMITTEES:
**2002-**       ASPS Scientific Program Committee
**2002-**       NESPRS Secretary (Elected) and Membership Chairman
**2001-**       ASPS Judicial Council (Elected) Member
**2000-**       NESPRS Executive Council (Elected)
**1999-**       ASPS Regulatory Evaluation Committee
**1999-**       PSEF Committee on Accreditation and Re-Certification
**1999-**       PSEF Research Funding Committee
**1998-2000**   PSEF Core Surgical Exam Committee
**1998-2001**   PSEF Domestic Clinical Symposia
**1998-**       PSEF Archives Committee
**1998-1999**   NESPRS Nominating Committee
**1998-2001**   ASPRS Ethics Committee (elected member)
**1998-**       ASPRS - CME Committee **Chairman**
**1997-2000**   ASPRS/PSEF Committee on Joint Sponsorship
**1996-1998**   ASRM Clinical Guidelines and Outcomes Committee
**1997-1998**   ASRM Clinical Guidelines and Outcomes Committee **Chairman**

A – 9                                                    **EXHIBIT A**

                                                         **PAGE 9**

| | |
|---|---|
| **1996**-**2002** | PSRC Scientific Program Committee |
| **1996-2000** | ASPRS Scientific Program Committee |
| **1996-1998** | ASPRS Public Education and PSEC Advisory Committee |
| **1996-1998** | PSEF Instructional Course Committee |
| **1993-1996** | ASPRS-YPS **Chairman** |
| **1993-1996** | ASPRS **Board of Directors** |
| **1988-1993** | ASPRS-YPS Committee |
| **1996-1999** | PSEF AAMC Representative |
| **1996-1999** | PSRC AAMC Representative |
| **1993-1996** | PSEF Board of Directors -Auditor |
| **1993-1995** | PSEF Research Funding Proposals Committee |
| **1990-1994** | ASPRS AMA-YPS Alternate Delegate |
| **1989-1990** | ASPRS AMA-RPS Alternate Delegate |
| **1989** | Virginia AMA-RPS Resident Delegate |

## LOCAL  AND HOSPITAL COMMITTEES:

| | |
|---|---|
| **1999-** | Hahnemann Hospital Executive Committee |
| **1999-** | UMMHC Physician Benefits Committee |
| **1999-2001** | Hahnemann Ambulatory Surgery Development Task Force |
| **1998-2000** | Wrong Site Surgery Committee |
| **1998-2000** | Ad Hoc Committee - Operative Services |
| **1998-** | Management of Osteomyelitis S.I.T. - **Co-Chair** |
| **1997-** | Worcester Polytechnic Institute Alumni Advisory Council |
| **1997-** | Worcester Polytechnic Institute Class Board of Directors-**Chairman** |
| **1996-1998** | OR-MIS Steering Committee |
| **1995-1997** | OR Patient Flow Committee **Co-Chair** |
| **1994-1997** | UMass Payor Relations Committee |
| **1993-2001** | UMass OR Committee |
| **1993**-**1995** **& 2002** | Dept. of Surgery Committee on Faculty Productivity and Compensation |
| **1993-** | Worcester Polytechnic Institute Reunion Committee-**Chairman** |
| **1993-** | UMass Plastic Surgery Chairman Search Committee |
| **1993-1994** | UMass Managed Care Task Force Committee |
| **1992-1995** | UMass Animal Review Committee |
| **1992** | Plastic Surgery, Ph.D. Search Committee - **Chairman** |
| **1991-** | Worcester Polytechnic Institute Pre-Health Advisory Committee |

## PROFESSIONAL ASSOCIATIONS:

| | |
|---|---|
| **2000-** | Association of Academic Chairman of Plastic Surgery |
| **1996-** | American Society of Reconstructive Microsurgeons |
| **1995-** | Plastic Surgery Research Council |
| **1994-** | New England Society of Plastic and Reconstructive Surgeons |
| **1993-** | American Society of Plastic and Reconstructive Surgeons |
| **1992-** | American Association of Clinical Anatomy |
| **1992-** | Massachusetts Society of Plastic and Reconstructive Surgeons |
| **1989(1995)** | American College of Surgeons (Fellow) (Massachusetts Chapter) |
| **1988** | American Medical Association |

## RESEARCH GRANTS (FUNDED:  CHRONOLOGIC):

1.    Microvascular Free Flap Monitoring:  Evaluation and Comparison of Tissue $PCO_2$  and pH Measurement for Early Detection of Flap Failure. **EVMS I88-21: $4,000.  (1988) Principal Investigator.**

2.    The Rat Rectus Abdominus Myocutaneous Flap Model:  A True Myocutaneous Flap Model.  **EVMS I89: $4,832.75.  (1989) Principal Investigator.**

3.    PH Monitoring in Experimental Compartment Syndrome: **ASSH 1991-1: $4,915.00**. **(1991)  Principal Investigator.**

4.    Evaluation of Calcium Alginate on In-Vitro Wound Healing. **Dow B. Hickham I93-001 $37,500**, (1992) Sugarland, TX.  **Co-Principal Investigator.**

5.    Evaluation of the Expression of Growth Factors and Their Receptors in Human Chronic Wounds.  **Institute of Molecular Biology** (Worcester, MA) **HSC #2457:$6,000.00.  (1994) Principal Investigator.**

6.    A Randomized Trial of Two Compressive Dressings for the Management of Venous Stasis Ulceration.  **Smith & Nephew United: HSC #2745 $185,000. (1994) Principal Investigator.**

7.    Development of Tissue pH Microsurgical Flap Monitor.  **Translational Research Program (1995) (UMMC) $20,000.  Principal Investigator**.

8.    Correlation Between pH and Quantitative Bacteriology**.   PSEF (1999) $5000. Co-Principal Investigator.**

9.    Engineering of Autologous Skin: A Bilayer Approach to Use of Hydrogel**.   PSEF (2000) $5000.  Co-Principal Investigator.**

10.    Development of a Multi-Disciplinary Hospital Based Wound Center.  **Fuller Foundation. (2002**) **$85,000 Principal Investigator**

## GRANTS (UNFUNDED):

1.    1994:  The Role of Cytokines in Chronic Venous Ulcers.  **American Heart Association (3 years) $119,920.  Co-Principal Investigator.**

2.    1995:  Prognostic Value of cICAM-1 Blood Levels for CVI Ulceration.  **Plastic Surgery Educational Foundation. $5,000.  Co-Principal Investigator.**

3**.**    1996:  Minimally Invasive Microvascular Ischemia Monitor.  **NIH-STTR Phase 1 (1 year) $99,010.  Principal Investigator.**

4.    1996:  The Significance of IL-10 Expression in CVI ulcers to the Wound Healing Process. **Johnson & Johnson. $61,141.  Co-Principal Investigator.**

5.    1999:  Training in Mechanisms of Trauma Pathophysiology**.  PHS $1,079,370.  Surgical Mentor**.

6.    1999: Tissue Engineering of Skin.  **Worcester Foundation for Biomedical Research. $30,874.  Co-Principal Investigato**r.

7.      2001:  Fasciocutaneous Epigastric Free Flap of a Smoke Exposed Rate with Sumvastatin. **PSEF (2001) $5000.  Co-Investigator.**

## COLLABORATIVE GRANTS:

1997:   Non-Contact Impedance Spectroscopy Ischemia Measurements. **NIH.  $222,410 (unfunded).  (with WPI Biomedical Engineering)**

1998:   Joint Proposal to Establish a Center for Biomedical Engineering. **Whitaker Foundation, 2,989,350 (pending) (with WPI Biomedical Engineering).**

## PATENTS:

1.      **Tissue Spreading Forceps**
            Patent   #5,449,374.  Issued September 12, 1995

2.      **Method and Device for Eliminating  pH Electrode Drift**
            Patent #5766432.  Issued June 16, 1998

## PATENTS PENDING:

1.      **Malleolar Donut,** 2002

## PUBLICATIONS:

1.      Pavlik, J.W., **Dunn, R.M**.  Photoisomerization of 2, 6-di-t-butyl 4-OH Pyrilium Cations. Evidence of a Dewar Type Intermediate.  Tetrahedron Letters, 51, 1071-74, 1978.

2.      **Dunn, R.M.**, Mancoll, J.,  I. Experimental Comparison of Direct and Tonometrically Measured Tissue pH Monitoring.  II.  Clinical Use of Tissue pH in Free Flaps.  Plastic Surgery Educational Foundation Essay, 1990.

3.      **Dunn, R.M**., Mancoll, J.  Flaps in the Experimental Rat:  A Review.  Plast. Reconst. Surg. 90:319-328, 1991.

4.      **Dunn, R.M.,** Mancoll, J.  The Rat Tram Flap:  A True Myocutaneous Flap Model.  Ann. Plast. Surg. 31:352-357, 1993.

5.      **Dunn, R.M.**, Mancoll, J., Kaplan, I, Terzis, JK, Trengove-Jones, G.  Experimental and Clinical Use of pH Monitoring of Free Tissue Transfers.  Ann. Plast. Surg. 31: 539-545, 1993.

6.      Rothkopf, D.M., Chu, B., Gonzalez, F., Borah, G., Ashmead, D., **Dunn, R.M**.:  Radial and Ulnar Artery Repairs:  Assessing Patency Rates with Color Doppler Ultrasonagraphic Imaging.  J. Hand Surg. 18A: 626-8, 1993.

7.      **Dunn, R.M.**, Fudem, G. and Walton, R:  Free Flap Valvular Transplantation for Refractory Venous Ulceration.  J. Vasc. Surg., Vol. 19, No. 3:  525-531, 1994.

8.      Matory, W.E., O'Sullivan, J., Fudem, G., **Dunn, R.M.**:  Panniculectomy as an Adjunct to Abdominal Surgery in the Morbidly Obese.  Plast. Reconst. Surg. 94:7, 976-87.

9.      **Dunn, R.M.**, Fudem, G., Walton, R.L.  Free Flap Valvular Transplantation for Refractory Venous Ulceration.  Phlebology Digest. 1: 28-31, 1995.

**EXHIBIT A**
**PAGE 12**

10.    Ahararinejad, S., **Dunn, R.M.** and Fudem, G., Vernadakis, A., Beck, P., Furbas, W., Marks, S.: The Microvenous Valvular Anatomy of the Human Dorsal Thoracic Fascia, Plast. Reconst. Surg. 99:78-86,1997.

11.    Doyle, J.W., Roth, T.P., Smith, R.M., Li, Y.Q., **Dunn, R.M.**  The Effect of Calcium Alginate on Cellular Wound Healing Processes Modeled In Vitro.  J. Biomat. Res. (32:561-568) (1996).

12.    **Dunn, R.M.**  Free flap Reconstruction in Chronic Venous Ulcers.  Young Microsurgeons Perspective, Reconstructive Microsurgery 7:1, pg. 6. 1996.

13.    **Dunn, R.M.**  Overview of Terms:  Microsurgery and Flap Physiology.  PSRC, pg. 16-17, 1997-2001.

14.    Gumbrel, F.P., Peura, R.A., Kun, S., **Dunn, R.M.**  Development of a pH Based  Tissue Ischemia Monitor:  Preliminary Clinical Results.  Proceedings of International IEEE Engineering in Medicine and Biology Conference, 1996.

15.    **Dunn, R.M.**  Clinical Guidelines and Outcomes, Reconstructive Microsurgery 12, 1997.

16.    Aharinejad, S., **Dunn, R.M**., Nomani, F., Vernadakis, A.J., Marks, S.C.  Morphological and Clinical Aspects of Scapular Fasciocutaneous Free Flap Transfer for Treatment of Venous Insufficiency in the Lower Extremity.  Clin. Anat. 11:38-41, 1998.

17.    **Dunn, R.M.,** Vernadakis, A.:  Long-Term Results Following Free Tissue Transfer for Venous Stasis Ulcers.  Invited Discussion.  Annals Plastic  Surg. 41:2, 137-139. 1998.

18.    Li, Y.Q., Doyle, J.D., Roth, T.P., **Dunn, R.M.,** Lawrence, W.T.: IL-10 and GM-CSF Expression and the Presence of Antigen-Presenting Cells in Chronic Venous Ulcers.  J. Surg. Res. 79:128-135, 1998.

19.    Gumbrel, G., Kun, S., Peura, R., **Dunn, R.M.**: Evaluation of a Minimally Invasive pH Based Microvascular Ishcemia Monitor.  Journal of Clinical Engineering, Vol. 23:5, pp.344-353, 1998.

20.    Lundberg, J.E., Roth, T.P., **Dunn, R.M.,** Doyle, J., Lawrence, W.T  Western blot Analysis of IL-10 in Chronic and Acute Wound Tissue.  Plastic Surgery Research Council, Salt Lake City, UT; Wound Repair and Regeneration v6, #3, pA260, 1998.

21.    Muller, P., Peura, R., Mendelson, Y., **Dunn, R.M.,** Kun, S:  An In Vitro and In Vivo Comparative Analysis of Four Tissue pH Monitoring Systems.  Journal of Biomedical Instrumentation and Technology.  Biomedical Instrumentation and Technology 1998, 32:656-667.

22.    Kun, S., Ristic, B., Peura, R.A., **Dunn, R.M**.  Real-Time Extraction of Tissue Impedance Model Parameters for Electrical Impedance Spectrometer.  Medical And Biologic Engineering and Computing, 428-432. 1999.

23.    Aharinejad, S., Nedwed, S., Michlets, W., **Dunn, R.M**., Abraham, D., Vernadakis, S., Marks, S.C.  Valvular Density Alone Cannot Account for Sites of Chronic Venous Insufficiency and Ulceration in the Lower Extremity.  Microcirculation 2001, 8:347-54.

24.        Shorrock, S., Kun, S., Peura, R.A., **Dunn, R.M**. Determination of a Relationship Between Bacteria Levels on Tissue pH in Wounds: Animal Studies, N.E.I.E.E.E., April 2000.

25.        **Dunn, R.M**., Lowenstein, A.  A New Classification for the Standardization of Nomenclature in Free Flap Wound Closure.  Invited Discussion. Plast. Reconst. Surg. (in press).

26.        Kun, S., Ristic, B., Peura, R.A., **Dunn, R.M.**  Real Time Extraction of Tissue Impedance Model Parameter for Electrical Impedance Spectrometry. Medical and Biological Engineering and Computing (Submitted 12/98).

27.        **Dunn, R.M**., Laddis, T., Rohrer, M.J.:  Postural and Regional Variations in Microcirculation of Chronic Venous Insufficiency:  Assessment by Laser Doppler Flowmetry  (in preparation).

28.        **Dunn, R.M.,** Maguire K., LeClair, W.S., Fudem, G.M.  Cross-Leg Vascularized Osteomyocutaneous Tibial Transfer for Lower Extremity Reconstruction (In Preparation).

29.        Silverman, R., **Dunn, R.M**.: The Semimembranosis-Semitendinosis Myocutaneous Flap: Anatomy and Clinical Applications (In Preparation).

30.        **Dunn, R.M.,** Nguyen, T.:  pH Monitoring in Experimental Compartment Syndrome (In Preparation).

31.        **Dunn, R.M.,** Nguyen, T.:  Fasciotomy Wound Closure (In Preparation).

32.        **Dunn, R.M.**  Tissue Spreading Forceps for Facilitated Wound Debridement (In Preparation).

33.        Pap, S.A., **Dunn, R.M.**  Gracilis Myocutaneous Flap Closure of Recurrent Ischial-Pubic Decubitus Ulcer (in preparation).

## BOOK CHAPTERS:

1.        Weinzweig, N., **Dunn, R.M.,** Leg Ulcers.  In <u>Plastic Surgery Secrets</u>, Weinzweig, J. (ed.) Hanley & Belfus, 1998.

2.        **Dunn, R.M.,** Rohrer, M.T., Vernadakis, A.  Management of the Venous Ulcer Wound: Excision, Skin Grafting and Microsurgical Flaps.  In<u> Severe Chronic Insufficiency:  Diagnosis and Treatment</u>.  Ballard, J.L., Bergan, J.J. eds. 2000.

3.        Rohrer, M., **Dunn, R.M**., Bergan, J. (ed.), Vernadakis, A.:  Leg Ulcers:  A Practical Approach to Management.

## PRESENTATIONS:

1.        **Dunn, R.M.**  Overview of Monitoring in Free Tissue Transfer.  Presented at the Workshop on Immediate and Early Breast Reconstruction, Norfolk, VA , 3/90.

2.        **Dunn, R.M**., Mancoll, J., Kaplan, I., Terzis, J.  Experimental and Clinical Use of Tissue pH Monitoring.  Presented at the Plastic Surgery Research Council Meeting, Washington, DC, 3/90, Plastic Surgery Senior Residents Conference, NY, NY, 4/90, and the ASPRS Annual Meeting, Boston, MA, 10/90.

3.        **Dunn, R.M**., Horton, C.E., Jones, G.T.  One-Stage Total Penoscrotal Reconstruction.

New England Society of Plastic and Reconstructive Surgery Annual Meeting, 6/90.

4.    **Dunn, R.M.**, Silverman, R.  The Semimembranosis-Semitendinosis Myocutaneous Flap. New England Society of Plastic and Reconstructive Surgery, 6/91, Senior Residents Meeting, 5/92.

5.    **Dunn, R.M.**, Fudem, G.M., Walton, R.L.  Free Flap Valvular Transplantation for Refractory Venous Stasis Ulceration.  New England Society of Plastic and Reconstructive Surgeons, 6/92, Northeastern Society of Plastic Surgeons, 10/92.

6.    Nguyen, T., **Dunn, R.M.**,  pH Monitoring in Experimental Compartment Syndrome. New England Hand Society, 12/92.

7.    **Dunn, R.M.**, Fudem, G.M., Walton, R.L.  Free Flap Valvular Transplantation for Refractory Venous Stasis Ulceration.  American Venous Forum, Orlando, FL, 2/93.

8.    Laddis, T., **Dunn, R.M.**  Postural and Regional Variations in Microcirculation of Chronic Venous Insufficiency: Assessment by Laser Doppler Flowmetry.  National Medical Student Research Forum, Galveston, TX, 4/93.

9.    **Dunn, R.M.**, Fudem, G.  The Microvenous Valvular Anatomy of the Human Dorsal Thoracic Fascia, New England Society of Plastic and Reconstructive Surgeons, 6/93.

10.    **Dunn, R.M**., Nguyen, T.  Fasciotomy Wound Closure.  New England Society of Plastic and  Reconstructive Surgeons, 6/93.

11.    Vernadakis, A., Aharingejad, S., **Dunn, R.M.**, Fudem, G., Marks, S.: The Role of the Scapular Veins in Patients with Venous Insufficiency, American Association of Clinical Anatomy, 6/93.

12.    **Dunn, R.M.,** Fudem, G., Walton, R., Anderson, F., Malhotra, F.: Free Flap Valvular Transplantation for Refractory Venous Ulceration, American Society for Reconstructive Microsurgery, 9/93.

13.    Marble, K., Rothkopf, D.M., Lach, E., **Dunn, R.M.**, Nerve Compression Secondary to Ganglions of the Hand.  New England Hand Society, 12/93.

14.    **Dunn, R.M.,**  Fudem, G., Vernadikis, A., Aharingejad, S., Marks, S.   The Microvenous Valvular Anatomy of the Human Dorsal Thoracic Fascia, **First prize research award**. American Venous Forum, 2/94.

15.    **Dunn, R.M.**, Laddis, T., Rohrer, M.J.  Postural and Regional Variations in in Microcirculation of Chronic Venous Insufficiency: Assessment by Laser Doppler Flowmetry.  American Venous Forum, 2/94.

16.    O'Sullivan, J., Matory, W.E., **Dunn, R**., Fudem, G., Panniculectomy as an Adjunct to Abdominal Surgery in the Morbidly Obese, American Association of Plastic Surgery New England Society of Plastic and Reconstructive Surgeons, 6/94.

17.    Li, Ya-Qi, Doyle, J.W., Schenko, J., **Dunn, R.M**., Roth, T.P., Malhotra, R.  Pro- and Anti-Inflammatory Cytokines in the Skin of Patients with Chronic Venous Insufficiency Plastic Surgery Research Council, 5/95.

18.    **Dunn, R.M.**, Shufflebarger, J., Gonzalez, F., LeClair, W.J.  Double-Barrel Fibula Reconstruction of Tibial Defects, New England Society of Plastic and Reconstructive Surgeons Annual Meeting, 6/95.

19.    Smith, R.M., Doyle, J.W., Roth, T.P., Li, Y-Q., **Dunn, R.M.**  Glucose Inhibition of  Microvascular Enddothelial Cell Proliferation is Enhanced by Insulin.  Wound Healing  Society, 5/96.

20.    Doyle, J.W., Smith, R.M., Roth, T.P., **Dunn, R.M.**, Lawrence, W.T.  Glucose Directly Inhibits the Contraction of Fibroblast Populated Collagen Lattices.  Wound Healing        Society, 5/96.

21.    Mooney, E.K., DiFrancesco, L., **Dunn, R.M.**, Mills, S., Caulkins, M., LeClair, W.  Outcome of Tibial Shaft Fractures Requiring Bone Graft Reconstruction.  New England Society of Plastic and Reconstructive Surgeons, 6/96.

22.    Gumbrel, F.P., Peura, R.A., Kun, S., **Dunn, R.M**.  Development of a pH Based  Tissue Ischemia Monitor: Hardware Realization.  22nd  Annual IEEE Biomedical Engineering Conference, 3/96.

23.    Doyle, J.W., Li, Y-Q., Roth, T.P., **Dunn, R.M**.  The Expression of Pro- and Anti-Inflammatory Cytokines in Chronic Venous Ulcers.  Deutscher Phlebologenkongress 9/96.

24.    Gumbrel, F.P., Peura, R.A., Kun, S., **Dunn, R.M.**  Development of a pH Based  Tissue Ischemia Monitor: Preliminary Clinical Results.  18th Annual International IEEE Engineering in Medicine and Biology Conference, 11/96.

25.    Ristic, B., Kun, S., Peura, R.A., **Dunn, R.M**.  Muscle Tissue Ischemia Monitoring Using Impedance Spectroscopy:  Preliminary Animal Studies.  Proceedings for IEEE/EMBS 18th International Conference, 11/96.

26.    Ristic, B., Kun, S., Peura, R.A., **Dunn, R.M**.  Muscle Tissue Ischemia Monitoring Using Impedance Spectroscopy:  Quantitative Results ofAnimal Studies. Proceedings for IEEE/EMBS 19th Annual Conference, 5/97.

27.    **Dunn, R.M.**, Gumbrel, G.P., Peura, R.A., Kun, S.  Microelectronic Reduction of pH Drift in Free Flap Monitoring.  American Society for Reconstructive Microsurgery, 1/97.

28.    Lundberg, J., Doyle, J., Roth, T., **Dunn, R.M.**  Western Blotting Analysis of IL-10 Concentrations in Human Chronic and Acute Wounds.  WPI BME Conf. 3/97.

29.    Gumbrel, G.P., Peura, R.A., Kun, S., **Dunn, R.M.**  Development of a Minimally Invasive Microvascular Ischemia Monitor:  Clinical Detection of Ischemia. 23rd Annual Northeast Bioengineering Conf. 5/97.

30.    Pap, S., **Dunn, R.M.**, O'Sullivan, K.  Gracilis Myocutaneous Flap Reconstruction of an Ischio-Pubic Decubitus Ulcer, New England Society of Plastic and Reconsturctive Surgeons, 6/97.

31.    O'Sullivan, K., Rothkopf, D., Silverman, R., **Dunn, R.M.,** Fudem, G.  Orbital Reconstruction with Titanium Mesh.  New England Society of Plastic and Reconstructive Surgeons, 6/97.

32.    Gumbrel, G.P., Peura, R.A., Kun, S., **Dunn, R.M.**  Development of a Minimally Invasive Microvascular Ischemia Monitor: Drift Reduction Results.   19th Annual International Conf. of the IEEE Engineering of Medicine and Biology Society, 11/97.

33.    Doyle, J.W., Smith, R.M., Roth, T.P., **Dunn, R.M**., Lawrence, W.T.: Interleukin-1 Alpha and Its Type I Receptor are Induced in Human Epidermal Cells by Wounding.  Plastic Surgery Research Council, 4/98.

34.    Li, Y.Q., Doyle, J.W., **Dunn, R.M**., Lawrence, W.T.:  High Affinity IgE Binding to Mast Cells in Acute and Chronic Wounds.  Plastic Surg. Res. Council, 4/98.

35.    Lundberg, J., Doyle, J., Roth, T.P., **Dunn, R.M**., Lawrence, W.T.: Western Blot Analysis of IL-10 in Chronic and Acute Wound Tissue.  Wound Healing Society, 6/98.

36.    Doyle, J.W., Roth, T.P., Smith, R.E., Lawrence, W.T., **Dunn, R.M.:** Wounding of Cultured Human Epidermal Cells Induces the Signaling Patway for IL-1 but not for TNF-Alpha.  Wound Healing Society. 6/98.

37.    Leclair, W., Wixted, J., Patterson, N.P., **Dunn, R.M.,** Yost, S., McCarthy, J., A  Recent Look at Osteomyelitis Outcomes, Critical Issues in Surgery, 12/98.

38.    Roth, T., Doyle, J., Smith, R., Li,Y.Q., **Dunn, R.M.,** Lawrence, W.T.  IL-10 Inhibition of APC Function in Cultured Human Monocytes.Presented at ACS, 10/98.

39.    **Dunn, R.M.,** Yost, S., Leclair, W., Shufflebarger, J.V., Rothkopf, D.M., Mady, B., Patterson, M., Hayden, D.B.  Chronic Tibial Osteomyelitis Outcomes of Free Flap Reconstruction, American Society for Reconstructive Microsurgeons, 1/99.

40.    **Dunn, R.M.,** Walton, R.L., Vernadakis, A., Fudem, G.M.  Long Term Results of Fasciocutaneous Flap Reconstruction of Chronic Venous Ulceration, American Society for Reconstructive Microsurgeons, 1/99.

41.    Diaz, M., **Dunn, R.M**.  TAP Flap:  Anatomy and Clinical Uses of Tibial Artery Perforator Flaps:  New England Society of Plastic and Reconstructive Surgeons, 6/01.

42.    Microsurgery Panel:  Chronic Venous Reconstruction, ASPS, 11/01.

43.    **Dunn, R.M**., Diaz, M.  TAP Flap: Anatomy and Clinical Uses of Tibial Artery Perforator Flaps:  American Society for Reconstructive Microsurgeons, Jan 02.

44.    **Dunn, R.M**., Shorrock, S., Kun, S., Peura, R.:   Use of Impedance in Tissue pH Monitoring.  American Society of Reconstructive Microsurgery,  Jan 02.

45.    Rodriguez, AM., **Dunn, R.M**., The Use of a Hydrogel in the Engineering of Skin:  A Bilayer Approach.  The Plastic Surgery Research Council, 46th Annual Meeting, Milwaukee, WI, 6/01.

46.    Fudem, G.F., **Dunn, R.M.,** Rothkopf, D.M., Castle, J., Shufflebarger, J., and Lach, E.  Outpatient Reduction Mammaplasty – A Protocol for the Modern Era, New England Society of Plastic and Reconstructive Surgeons, 6/02.

47.    **Dunn, R.M**.  Microsurgery in Chronic Wound Management:  Germany Society of Plastic Surgery, Frankfurt, 9/02.


## PRESENTATIONS (VIDEO):

1.    **Dunn, R.M.**  Free Flap Reconstruction of Venous Ulceration.  American Society for Reconstructive Microsurgeons, 1/99.

2.    Kelly, J., Litwin, D., **Dunn, R.M.**  Handoscopic Omental Flap Reconstruction of Sternal Defect. SAGES, 1999.

**POSTERS:**

1.      Muller, P., **Dunn, R.M.,** Peura, R.:  Experimental Comparison of IFSET, Polymer and  Glass Micro-pH Electrodes.  Northeast Biomedical Engineering (Poster) - 1992.

2.      Vernadakis, A., Aharinejad, S., **Dunn, R.M.,** Fudem, G., Marks, S.: The Role of the Scapular Veins in Patients with Venous Insufficiency, Presented at the Univ. of Massachusetts Medical School  Senior Scholar's Day 1993.

3.      **Dunn, R.M.,** Maguire, K., LeClair, W.J., Fudem, G.M.  Cross-Leg Vascularized Osteomyocutaneous Tibial Transfer for Lower Extremity Reconstruction.  American  Society for Reconstructive Microsurgery, 1/95.

4.      Li, Ya-Qi, Doyle, J.W., Schenko, J., **Dunn, R.M**., Roth, T.P., Malhotra, R.  Pro- and Anti-Inflammatory Cytokines in the Skin of Patients with Chronic Venous          Insufficiency.  Plastic Surgery Research Council, 5/95.

5.      Marble, K., Rothkopf, D.M., Lach, E., **Dunn, R.M.,** Nerve Compression Secondary to Ganglions of the Hand.  New England Hand Society, 12/94.  American Society for Reconstructive Microsurgeons. 1/95.

6.      Gumbrel, F.P., Peura, R.A., Kun, S., **Dunn, R.M.**  Development of a pH Based  Tissue Ischemia Monitor:  Hardware Realization.  WPI Graduate BME Conference 3/20/96.

7.      Mooney, E.K., DiFrancesco, L., **Dunn, R.M.,** Mills, S., Caulkins, M., LeClair, W.   Outcome of Tibial Shaft Fractures Requiring Bone Graft Reconstruction.   American Society for Reconstructive Microsurgery 1/97.

7.      Doyle, J.W., Roth, T.P., Smith, R.M., Li, Y-Q, **Dunn, R.M**.  The effect of calcium alginate  on cellular wound healing processes modeled in vitro, Wound Healing Society 5/95 Symposium on Advanced Wound Care on May 1-3, 1995.

9.      Kashyap, A., Doyle, J.W., Y.Q., **Dunn, R.M.**  Identification of IL-10 as an  Immunosuppressive Factor in Chronic Wound Fluid, Plastic Surgery Research Council, 2/97.

10.     **Dunn, R.M.**  "Freeze" Flap:  Cryologic Free flap Compromise and Salvage.  American Society for  Reconstructive Microsurgeons, 1/99.

11.     Rodriguez, A.M., **Dunn, R.M.,** Claytor, B., Kamil, S., Bonassar, L., Vacanti, M., and Vacanti, C.  "The Use of a Hydrogel in the Engineering of Skin:  A Bilayer Approach.", Annual Scientific Meeting, San Antonio, TX, 11/2002.

**COURSES AND SYMPOSIA DIRECTED:**

1.      Wound Management in Primary and Long Term Care.  Worcester, MA  2000, 2001, 2002

2.      Suturing Techniques and Wound Closure Skills, UMMHC Wound Conference, 10/01.

**EXHIBIT A**
**PAGE 18**

**POSTGRADUATE COURSES:**

1.    Free Tissue Transfer in the Treatment of Venous Stasis Ulcers, ACS #13, pg. 18-20, 10/95.

2.    Lower Extremity Vascular Salvage, ACS: panel 10/7/96.

3.    Lower Extremity Trauma:  Soft Tissue Reconstruction Lower Extremity Trauma. 1996; 10/11/96.

4.    State of the Art, Surgical Management of Venous Stasis Ulceration, ASPRS/PSEF Instructional Course; 11/96, 9/97, 10/98, 10/99.

5.    Results of Fasciocutaneous Flaps in Venous Ulcer Reconstruction, ACS, 10/99.

6.    Microvascular Flap Reconstruction of Intractable Venous Ulceration.  ASRM, 1/00, 1/01.

**PUBLISHED ABSTRACTS:**

1.    Doyle, J.W., Roth, T.P., Smith, R.M., Li, Y-Q, **Dunn, R.M.**  The effect of calclium alginate on cellular wound healing processes modeled in vitro.  Wound Rep.  Reg. (1995) 3:87.

2.    Li, Ya-Qi, Doyle, J.W., Schenko, J., **Dunn, R.M**., Roth, T.P., Malhotra, R.  Pro- and Anti-Inflammatory Cytokines in the Skin of Patients with Chronic Venous Insufficiency Plastic Surgery Research Council, 5/95.

3.    Gumbrel, F.P., Peura, R.A., Kun, S., **Dunn, R.M**.  Development of a pH Based  Tissue Ischemia Monitor:  Hardware Realization. Proceedings of  22nd  Annual IEEE Biomedical Engineering Conference 3, 1996.

4.    Gumbrel, F.P., Peura, R.A., Kun, S., **Dunn, R.M.**  Development of a pH Based  Tissue Ischemia Monitor:  Preliminary Clinical Results.   Proceedings of the18th Annual International IEEE Engineering in Medicine and Biology Conference, 11/96.

**INVITED SYMPOSIA AND GRAND ROUNDS/PANEL PRESENTATIONS/ MODERATIONS:**

1.    Reconstruction of Lower Extremity Injuries.  Third Annual New England Regional Trauma Conference.  April, 1994.

2.    Chronic Venous Insufficiency and Ulceration:  Medical and Surgical Management. Monadnock Regional Hospital, N.H., April, 1994.

3.    Evaluation and Management of Lower Extremity Trauma.  UMass Department of Orthopedics Grand Rounds, April, 1994.

4.      Free Flap Reconstruction in Chronic Venous Insufficiency.  Harvard Venous Symposium, June, 1994.

5.      Lower Extremity Trauma reconstruction.  Monadnock Regional Hospital, NH April, 1995.

6.      Post-Operative Monitoring of Free Flaps.  Mass. Assoc. of Post-Anesthesia Nursing, October 21, 1995.

7.      How to Survive a Residency Site Visit, Amer. Assoc. of Plastic Surgery Assistants, October 1995.

8.      Free Flap Reconstruction in Chronic Venous Ulceration.  Mass. Gen. Hospital Dept. of Plastic Surgery.  December 19, 1996.

9.      Surgical Reconstruction of Chronic Venous Ulceration, Brown, Rhode Island Hospital, April 23, 1997.

10.     Free Flap Reconstruction in Chronic Venous Ulceration.  Brigham and Women's Hospital, 5/23/97.

11.     The Outcomes' Movement and its Importance to Plastic Surgery.  Panel Presentation ASRM 7/12/97.

12.     Surgical Management of Decubitus Ulcers:  Eleanor Slater Hospital Symposium on Ischemic Wound Care.  10/1/97.

13.     Microvascular Reconstruction:  ASPRS; 1997 Session Moderator.

14.     Wound Healing II, ACS, 1997 Session Moderator.

15.     Plastic Surgery Research Council: Session Moderator.  4/98, 8/99, 6/2000.

16.     American Society of Reconstructive Microsurgery, 1/2000, 1/01.

17.     "Current Management of Venous Stasis Disease":  ACS, 10/00.

**THESES SUPERVISED:**

| Summary: | Total | Completed | In Progress |
|---|---|---|---|
| Bachelors | 9 | 9 | 0 |
| Masters | 5 | 5 | 0 |

**THESES:**

Baccalaureate

Masters

| | | | |
|---|---|---|---|
| 1. | A Comparative Analysis of Four Tissue pH Monitoring Systems. | Paul Muller | 1993 |
| 2. | Development of a System Designed to Eliminate Reference Electrode Drift in Long-Term Tissue pH Monitoring | Robert Harrington | 1994 |
| 3. | Microelectronic Reduction of pH Drift in Free Flap Monitoring | George Gumbrel | 1997 |
| 4. | Exploration of Tissue pH in Wounds and Its Relationship to Bacterial Contamination | Susan Shorrock | 2000 |
| 5. | Tissue Ischemia Monitoring Using Impedance Spectroscopy:  Clinical Evaluation | Jocelyn Songer | 2001 |

Baccalaureate

| | | | |
|---|---|---|---|
| 1. | Surgical Instrument Design | Richard Doppler<br>Marc Caseres | 1992 |
| 2. | The Right to Healthcare and Reformation of Healthcare Policy | Mark Burke<br>Jeff McKinney | 1993 |
| 2. | Breast Implants:  Healthcare Issues | Joseph T. Flanagan<br>Brett S. Peroni<br>Linh T. Vu<br>Steven Yarry | 1993 |
| 4. | Design of an Automatic Suturing Device | Michael Casey<br>Anthony Sacchetto<br>Marc Warren | 1994 |
| 6. | Cost of Innovation of Surgical Instruments | Ian Osborn<br>Sarkis Chekyian | 1994 |
| 7. | Design and Construction of a Moving Wheelchair Cushion | Ann M. Cournoyer<br>Jeffrey S. Mullen | 1995 |
| 7. | Surgical Instrument Design | Raul Arizpe<br>Thomas Comey<br>Peter Marshall | 1995 |
| 8. | Endoscopic Carpal Tunnel Release Device | Zung Nguyen<br>Iboro | 1996 |
| 9. | Tissue Everting Forceps | Jennifer Johnson<br>Kristen Stagg | 1996 |
| 10. | Surgical Instrument Patent | Michele Provencher<br>Sylvia Puchovsky<br>Daniel Shave | 1996 |

| 11. | Reduction of Electronic Drift in pH Measurement | Susan Shorrock | 1998 |
| 12. | Suture Assist Device (Awarded "Best MQP") | David Spitz<br>Malgorzatn Machate<br>Tom Egan (UMMS) | 2002 |

**LECTURES/PRESENTATIONS/TEACHING SESSIONS (IN-HOSPITAL/SCHOOL)**

1.  Tissue pH Monitoring:  Experimental and Clinical Results
    Plastic Surgery Grand Rounds                                                    1/90

2.  Clinical and Experimental Aspects of Venous Stasis Ulceration
    Dept. of Surgery Research Conference                                            10/90
    Plastic Surgery Grand Rounds                                                    11/90

3.  Evaluation and Management of Soft Tissue Inujury and Fractures
    3rd Year Medical Student Core Lecture/Case Studies
    Presented January, April, July, October 1991-1995 and
    ongoing

4.  Reconstruction of Deformities and Defects of Knee, Leg and Foot
    Plastic Surgery Anatomy Course (Lecture and Cadaver
    Dissection) Annual                                          12/91, 12/92, 3/16/94, 1/25/95

5.  Reconstruction of Pelvic and Perineal Deformities and Genital
    Reconstruction, Plastic Surgery Anatomy Course Annual
    (Lecture and Cadaver Dissection)                            12/91, 12/92, 3/17/94, 1/26/95

6.  Anatomic and Clinical Correlations of Compartment Syndrome
    American Association of Clinical Anatomy
    (Lecture and Anatomic Demonstration)                                           6/93

7.  Complex Maxillofacial Trauma                                                    2/12/94
    Plastic Surgery Clinical Rounds (residents & students)

8.  Debridement of Infected Knee Wounds                                            3/5/94
    Plastic Surgery Clinical Rounds (residents & students)

9.  Lower Extremity Trauma Reconstruction                                          4/94
    Orthopedic Core Lecture Series

10. Sternal Reconstruction                                                         4/16/94
    Plastic Surgery Clinical Rounds (residents & students)

11. Leg Transplantation                                                            5/94
    Plastic Surgery Clinical Rounds (residents & students)

12. Basic Management of Lower Extremity Trauma                                     7/23/94
    Plastic Surgery Clinical Rounds (residents & students)

13. Wound Debridement                                                              9/94
    Plastic Surgery Clinical Rounds (residents & students)

14. Decubitis Ulcer Reconstruction                                           10/94
        Plastic Surgery Clinical Rounds (residents & students)

15. Bone Flaps in Lower Extremity Reconstruction                            11/12/94
        Plastic Surgery Clinical Rounds (residents & students)

16. Double Barrel Fibula Free Flap                                          12/94
        Plastic Surgery Clinical Rounds (residents & students)

17. Venous Ulcer Reconstruction with Free Flaps                            1/7/95
        Plastic Surgery Clinical Rounds (residents & students)

18. Hand Infections                                                        2/95
        Plastic Surgery Clinical Rounds (residents & students)

19. Flaps & Skin Grafts                                                    4/19/95
        General Surgery Core Lecture

20. Free Flap Reconstruction for Refractory Venous Stasis Ulceration
        (part of Ellinwood Vascular Surgery Symposium at
        Univ. of Mass. Med. Ctr)                                           5/11/95

21. Microsurgery Instructional Laboratory (UMMC)                           8/26/95

22. Upper Extremity Anatomy Review                                         11/30/95

23. Upper Extremity Anatomy Review                                         12/1/95

24. Extremity Anatomy (Didactic: Medical Students)                         12/8/95

25. Pelvic Reconstruction (Plastic Surgery Anatomy Course)         1/19/96

26. Clinical Flap Applications in the Leg
        (Plastic Surgery Anatomy Course)                                   1/24/96

27. Management of Maxillofacial Trauma
        (General Surgery Core Lecture)                                     4/19/96

28. Practical Management of Venous Stasis Ulceration
        Regional VNA Symposia                                              5/96

29. Lower Extremity Ulcers: Etiology and Management
        Post-Graduate Enterostomal Nursing                                10/15/96,
                                                                           9/97,
                                                                           10/1/98

30. Free Flaps in Venous Stasis Ulcers
        Grand Rounds, Dept. of Surgery, UMass                      6/97

31. Osteomyelitis Management; S.I.T. Presentations (multiple)              8/97

32. Sternal Osteomyelitis
        Cardiac Surgery Grand Rounds, UMass                               6/98

**EXHIBIT A**
**PAGE 23**

33.  Lower Extremity Trauma Reconstruction
     Grand Rounds, Dept. of Surgery, UMass                                    3/99

34.  Tibial Osteomyelitis
     Grand Rounds, Dept. of Surgery, UMass                                    5/00

35.  Wound Healing                                                           2001/
     Medical Student Core Lecture                                            2002

# EXHIBIT B

## Materials Reviewed

**Exhibit B, Declaration of Raymond Dunn, M.D.**

Vera Institute of Justice, *Care First L.A.: Tracking Jail Decarceration* https://www.vera.org/care-first-la-tracking-jail-decarceration.

Los Angeles Sheriff's Mental Health Count, May 9, 2023, https://lasd.org/wp-content/uploads/2023/05/Transparency_Custody_LASD_Mental_Health_Count_050923.pdf

K.R. Quandt and A Jones, *Research Roundup: Incarceration Can Cause Lasting Damage to Mental Health*, (May 13, 2021), https://www.prisonpolicy.org/blog/2021/05/13/mentalhealthimpacts/

Chapter, T.A. Kupers, M.D., M.S.P, *Posttraumatic Stress Disorder (PTSD) in Prisoners,* published in Managing Special Populations in Jails and Prisons*, ed. Stan  Stojkovic,* (Kingston, NJ: Civic Research Institute, 2005)*.

The Association Between Trauma Experienced During Incarceration

Healthy People 2030, U.S. Dep't of Health and Human Services, Office of Disease Prevention and Health Promotion, *Social Determinants of Health Literature Summaries: Incarceration*, https://health.gov/healthypeople/priority-areas/social-determinants-health/literature-summaries/incarceration#:~:text=Studies%20have%20shown%20that%20when,%2C%20hepatitis%20C%2C%20and%20HIV.

Laura M. Maruschak, BJS Statistician, Marcus Berzofsky, Dr.P.H. &Jennifer Unangst, U.S. Dep't of Just., Bureau of Justice Statistics, *Medical Problems of State and Federal Prisoners and Jail Inmates*, 2011-2012 (rev. Oct. 4, 2016), https://bjs.ojp.gov/content/pub/pdf/mpsfpji1112.pdf.

# PROOF OF SERVICE

I am employed in the City of Los Angeles and County of Los Angeles, State of California.  I am over the age of 18, and not a party to the within action. My business address is 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, California  90071-2228.

On May 31, 2023, I served the foregoing document(s) described as:

• **DECLARATION OF RAYMOND DUNN, M.D.**

on the interested parties as follows:

| | |
|---|---|
| Robert Dugdale, Esq. | Dylan Ford |
| *rdugdale@kbkfirm.com* | Senior Deputy County Counsel |
| KENDALL BRILL & KELLY LLP | *dford@counsel.lacounty.gov* |
| 10100 Santa Monica Blvd., Suite 1725 | OFFICE OF COUNTY COUNSEL |
| Los Angeles, CA 90067 | 500 West Temple St, Floor 6 |
| Telephone: (310) 272-7904/7919 | Los Angeles, California 90012 |
| ***Attorney for Defendant*** | Telephone: (213) 893-5939 |
| ***SHERIFF ROBERT LUNA*** | ***Attorney for Defendant*** |
| | ***Robert Luna, Sheriff of Los Angeles County*** |

☒    **VIA ELECTRONIC SERVICE :**

By personally emailing the aforementioned document(s) in PDF format to the respective email address(es) listed above on May 31, 2023, I did not receive an electronic message indicating any errors in transmission.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on May 31, 2023, at Los Angeles, California.

_____
Irma Gamino

PROOF OF SERVICE

LEGAL_US_W # 116594521.1