PETER J. ELIASBERG
(SB# 189110)
peliasberg@aclusocal.org
MELISSA CAMACHO-CHEUNG
(SB# 264024)
mcamacho@acluscal.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500
Fax: (213) 977-5299

CORENE KENDRICK
(SB# 226642)
ckendrick@aclu.org
MARISOL DOMINGUEZ-RUIZ
(SB# 345416)
mdominguez-ruiz@aclu.org
ACLU NATIONAL PRISON
PROJECT
39 Drumm St.
San Francisco, CA 94111
Phone: (202) 393-4930
Fax: (202) 393-4931

NICOLAS MORGAN
(SB# 166441)
nicolasmorgan@paulhastings.com
STEPHEN TURANCHIK
(SB# 248548)
sturanchik@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone: (213) 683-6000
Fax: (213) 627-0705

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN GOODWIN,
on behalf of themselves and of those similarly situated

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT LUNA, Sheriff of Los Angeles County, in his official capacity,<br><br>Defendant. | CASE NO. CV 12-00428 DDP (MRW)<br><br>**NOTICE OF LODGING OF SEALED EXHIBITS A-D TO DECLARATION OF PETER ELIASBERG**<br><br>Honorable Dean D. Pregerson |

NOTICE OF LODGING

Pursuant to L.R. 11-5.1, Plaintiffs will lodge with this Court a compact disc containing Exhibits A-D to the Declaration of Peter Eliasberg.  Exhibit A-D are videos of use of force incidents in the County jails and cannot be submitted in paper format.  Pursuant to the Stipulated Protective Order in this case, Dkt. 193, these Exhibits will be lodged under seal.

Plaintiffs respectfully request the Court to view the Exhibits and enter them as part of the case record for Plaintiffs in this case.

Respectfully submitted,

Dated May 31, 2023                              ACLU FOUNDATION OF
                                                SOUTHERN CALIFORNIA

                                                 /s/ Peter Eliasberg
                                                PETER ELIASBERG
                                                Counsel for Plaintiffs

1

PROOF OF SERVICE