OFFICE OF COUNTY COUNSEL
Dawyn Harrison (173855)
County Counsel
 dharrison@counsel.lacounty.gov
Dylan Ford (228699)
Deputy County Counsel
 dford@counsel.lacounty.gov
Robert C. Bailey (249813)
Deputy County Counsel
 rbailey@counsel.lacounty.gov
500 West Temple St., Floor 6
Los Angeles, California 90012
Telephone:   (213) 974-1807/(213) 974-1811
Facsimile:   (213) 687-8822

KENDALL BRILL & KELLY LLP
Robert E. Dugdale (167258)
 rdugdale@kbkfirm.com
Daniel Barlava (334910)
 dbarlava@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: (310) 272-7904
Facsimile:  (310) 556-2705

Attorneys for Defendant
Robert Luna, Sheriff of Los
Angeles County in his Official Capacity

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and those similarly situated, | Case No. 12-cv-00428-DDP (MRW) |
| Plaintiffs, | **DECLARATION OF DEPUTY ANEL MANRIQUEZ IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION TO MODIFY IMPLEMENTATION PLAN** |
| v. | |
| ROBERT LUNA, Sheriff of Los Angeles County, in his official capacity, | |
| Defendants. | Hon.       Dean D. Pregerson<br>Time:      10:00 a.m.<br>Date:      June 26, 2023<br>Courtroom:  9C |

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603379259.1

## <u>DECLARATION OF DEPUTY ANEL MANRIQUEZ</u>

I, Anel Manriquez, declare as follows:

1.      I have personal knowledge of the facts set forth in this Declaration, and, if called as a witness, I could and would testify competently to such facts under oath.

2.      I have been employed by the Los Angeles County Sheriff's Department (the "Department" or "LASD") for more than 22 years in various capacities from Patrol to Custody.

3.      I have been assigned to the Custody Training and Standards Bureau ("CTSB") since 2010.  I have been certified in Force Instruction; Pepperball Instruction; Safariland Chemical Agents Instruction; FN303 Launcher instruction; Safariland Less Lethal Instruction; Krav Maga Worldwide Defensive Tactics; Gracie Survival Tactics; Weapon's Range Instruction; Deputy Leadership Instruction; and the WRAP restraint.

4.      Since 2013, I have been the Force Instructor for the Department and have been responsible for the training of sworn and non-sworn Department custody personnel.

5.      The Department started using the WRAP restraint device in the Los Angeles County Jail (the "LACJ") in 2017, and, since that time, I have provided instruction on the application and use of the WRAP device by personnel employed within the custody division of the Department.

6.      The WRAP restraint device is a Department-approved security restraint device authorized for use within Custody Services Division.  The WRAP consists of three (3) components: a three-inch-wide ankle strap; leg restraint; and locking shoulder harness.

7.      The WRAP restraint device is only to be used on an inmate who poses an immediate threat to themselves or others.  An immediate threat exists if an inmate is being violent or is physically resisting Department personnel, or if an

**Kendall Brill & Kelly LLP**
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603379259.1

2

DECLARATION OF DEPUTY ANEL MANRIQUEZ

inmate has demonstrated, by words or actions, an intent to be violent to or physically resist Department personnel, and that inmate reasonably appears presently capable of causing physical harm to themselves, to Department staff, or to others.

8.     The WRAP is only to be used after less restrictive means have been unsuccessful or it is has become apparent less restrictive means would be ineffective in controlling the inmate.

9.     Barring exigent circumstances, use of the WRAP restraint must be authorized by the on-duty watch commander and a supervisor at the rank of Seargent or above must be present during its application and be recorded.  A Seargent is present during the application of the WRAP to ensure it is being applied correctly by custody personnel.

10.     We instruct that 3 to 4 individuals should apply the WRAP in order to maintain control and safety throughout its application.  Before the WRAP is used, the inmate is placed in the prone position.  The main objective is to place the inmate in the recovery position as soon as possible.

11.     The WRAP provides the quickest, safest and most efficient way to get inmates in the recovery position. As soon as an inmate is placed in the WRAP, they are in this recovery position which allows an inmate to slow their heart rate and control their breathing.

12.     The WRAP eliminates the ability of an inmate to kick, thus de-escalating potential force incidents and ensuring the safety of the inmate and deputies.

13.     The WRAP also provides the ability to render proper medical care to the inmate and ensure the safety of medical personnel while maintaining a safe environment for those involved.

14.     Ample space is provided between the harness and the inmate's chest so not to restrict breathing. This also allows the Sergeant to have direct line visual

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603379259.1                                3

DECLARATION OF DEPUTY ANEL MANRIQUEZ

contact of the inmate's breathing while also allowing medical personnel the ability to render aid if necessary.

15. When used in conjunction with the WRAP Cart, the WRAP provides safe mobility for transport to different facilities within the jail, the WRAP can also be placed inside a cell or an ambulance.

16. What is set forth above only represents some of the steps that deputies take to ensure that the WRAP is used safely. The Department's policy concerning the use of the WRAP has recently been amended, and is being amended yet again, to provide an exhaustive list of information instructing Department staff about, among things: (1) the circumstances when the WRAP may be used; (2) the approvals needed to use the WRAP; (3) how inmates must be monitored to ensure the WRAP is being used safely; (4) time restrictions governing how long the WRAP may be applied; (5) the involvement of medical personnel in uses of the WRAP; and (6) care that must be provided to inmates when they are subject to the WRAP restraint. A copy of the current iteration of this policy is attached at Exhibit A to this declaration.

17. Since the Department began using the WRAP restraint device in 2017, there have been no fatalities or injuries associated with the Department's use of the WRAP. In my opinion, the use of the WRAP is a safer and more effective means to restrain an inmate (both for a volatile inmate placed in the WRAP and the Department staff who encounter such an inmate), than other means of restraining or subduing a volatile inmate who poses an immediate danger to himself or others.

18. Without the availability of the WRAP, cases of uses of force would escalate and continue longer than needed; the ability to gain control of the inmate

//
//

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603379259.1

4

DECLARATION OF DEPUTY ANEL MANRIQUEZ

and place them in a recovery position would be longer; and medical attention to inmates or staff injured during uses of force would be delayed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 12th day of June, 2023, at Los Angeles, California.


*Anel Manriquez*
Anel Manriquez

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603379259.1

5

DECLARATION OF DEPUTY ANEL MANRIQUEZ