OFFICE OF COUNTY COUNSEL
Dawyn Harrison (173855)
County Counsel
 *dharrison@counsel.lacounty.gov*
Dylan Ford (228699)
Deputy County Counsel
 *dford@counsel.lacounty.gov*
Robert C. Bailey (249813)
Deputy County Counsel
 *rbailey@counsel.lacounty.gov*
500 West Temple St., Floor 6
Los Angeles, California 90012
Telephone:   (213) 974-1807/(213) 974-1811
Facsimile:   (213) 687-8822

KENDALL BRILL & KELLY LLP
Robert E. Dugdale (167258)
 *rdugdale@kbkfirm.com*
Daniel Barlava (334910)
 *dbarlava@kbkfirm.com*
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: (310) 272-7904
Facsimile:  (310) 556-2705

Attorneys for Defendant
Robert Luna, Sheriff of Los
Angeles County in his Official Capacity

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT LUNA, Sheriff of Los Angeles County, in his official capacity,<br><br>Defendants. | Case No. 12-cv-00428-DDP (MRW)<br><br>**DECLARATION OF TIM FASNACHT IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION TO MODIFY IMPLEMENTATION PLAN**<br><br>Hon.        Dean D. Pregerson<br>Time:      10:00 a.m.<br>Date:      June 26, 2023<br>Courtroom:  9C |

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603379259.1

# DECLARATION OF TIM FASNACHT

I, Tim Fasnacht, declare as follows:

1.      I have personal knowledge of the facts set forth in this Declaration, and, if called as a witness, I could and would testify competently to such facts under oath.  A copy of my curriculum vitae is attached at Exhibit A.

2.      I have nearly twenty years of law enforcement experience specializing in corrections culminating as the Commander of the Corrections officer academy in 2021 in the state of Washington.

3.      I have supervised all curriculum development and delivery for juvenile and adult corrections.  My duties included supervising Training Administrative and Counseling Officers ("TAC") responsible for instructing every aspect of training from use of force; security management; defensive tactics and corrections.

4.      I have trained correctional officers in all scenarios through bookings; release; transport; inmate management; investigations; and high-risk use of force situations.  I was also involved with making policy revisions in these areas.

5.      In 2016, I created ARC Tactical Development, a program dedicated and specializing in corrections centered training.  Some of the courses taught include prisoner transport tactics; dynamic cell extraction; and correctional emergency response tactics.

6.      I have provided my expert analysis and testimony for litigation purposes surrounding correctional issues and uses of force cases within the correctional setting throughout the country, religious organizations, and educational facilities.

7.      I have served as a consultant to provide expertise for several organizations such as the Department of Energy

8.      Since 2021, I have been the Director of Training for Safety Restraints Inc.  As Director of Training, I am responsible for training law enforcement, corrections and security personnel with various Safety Restraint brand equipment

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603379259.1

2

DECLARATION OF TIM FASNACHT

which includes the WRAP restraint, CART and harness.

9. The WRAP is used by over 2,000 plus agencies with over 10,000 unit is service. This includes police departments; sporting event security; hospital; emergency medical service; state departments of correction; county and regional adult correctional agencies; and Federal agencies such as Homeland Security and Canadian Border service.

10. The main objectives of the WRAP is to shorten conflicts, position the inmate in an upright recovery position and to get medical and mental health officials involved fast.

11. The WRAP restraint was created by corrections, medical personnel, and law enforcement. The WRAP is not reliant on pain compliance. It was designed to be a 'comfortable and structural' restraint mechanism that does not agitate the inmate or inflict pain for it to work properly.

12. The WRAP allows deputies to back away faster and start the de-escalation process sooner. The WRAP is also used to avoid secondary uses of force as it applied on the spot and does not involve secondary moving of an inmate and no additional tools or applications are needed.

13. Other safety restraints such as the safety chair require multiple conflicts. The initial conflict to control the inmate; the conflict to stand the inmate upright; the conflict to get them on the chair, then finally the conflict to restrain the inmate to the chair. The more conflicts, the longer the application process takes, which increases the opportunity for more fatigue, escalation of force, injury or worse.

14. The WRAP stops the conflict quicker; positions the inmate in a position of recovery as soon as possible; and allows for quicker medical attention. The sooner de-escalation occurs, the sooner medical care can be introduced.

15. The WRAP places the inmate in an upright seated position or on their side for more effective breathing. As seen in the wake of George Floyd, many states

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd
Suite 1725
Los Angeles, CA 90067

603379259.1

3

DECLARATION OF TIM FASNACHT

across the United States have adopted anti-positional asphyxiation legislation. With no additional force needed, the WRAP allows an inmate to lean back and breath comfortably. The harness does not compress the chest and presents no limitation in the expansion of the inmate's diaphragm.

16. Medical care can be administered by medical personnel faster because the inmate cannot fight as care is being administered. Furthermore, if an inmate needs to be taken out of the facility, the WRAP can be used as transport in conjunction with the WRAP cart for easy and efficient transportation. Safe and controlled transport allows medical personnel to do their jobs with a higher degree of efficiency and safety.

17. When the WRAP is applied in accordance to training and manufacturers instructions, it is the most humane and safe restraint tool available. Any injuries that may occur happen before the WRAP has been deployed not during its application.

18. I have reviewed the directive governing the use of the WRAP that has been implemented by the Los Angeles Sheriff's Department ("LASD"), as well as the WRAP policy the Department has formulated to ensure the safe use of the WRAP. In my review of the LASD WRAP policy, it is the most restrictive policy I have across in my field governing the use of the WRAP. The safeguards in place prevent overuse of the WRAP and ensure the safe use of the WRAP. The direct visual observation of an inmate while in the WRAP ensures safety, and the request for immediate medical aid if a person complains or exhibits medical distress

//

//

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd
Suite 1725
Los Angeles, CA 90067

603379259.1                    4
                    DECLARATION OF TIM FASNACHT

leaves no room for indifference or dismissal of an inmate's condition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 12th day of June 2023, at Los Angeles, California.

_____
Tim Fasnacht

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603379259.1

5

DECLARATION OF TIM FASNACHT

# EXHIBIT A

<u>www.arctac.net</u>                    tim@arctac.net                        844.244.1900

## Tim Fasnacht



I am a corrections leader with nearly twenty years of experience in law enforcement. I come with an extensive background in training, use of force, defensive tactics, firearms and correctional operations. I bring a unique and thorough perspective when analyzing the complex situations correctional facilities and staff face everyday. I am currently assigned as the Director of ARC Tactical Development and the Director of Training with Safe Restraints Inc.

## Experience

Director  - ARC Tactical Development                    Sept. 2012-Present

• In September of 2016 I created ARC Tactical, a corrections centric training, consulting, and expert witness company.

• Our company teaches courses such as Dynamic Cell Extraction, Prisoner Transport Tactics, Ground, Equipment, and Ambush Resiliency, Correctional Emergency Response Tactics and Dynamic Team Tactics. Through this company I have taught agencies throughout the United States.

• I have served as a consultant to provide subject matter expertise and consulting services for several organizations such as the Department of Energy.

• I provide my expert analysis and testimony for litigation involving corrections and use of force cases within the correctional setting around the country, religious organizations and educational facilities.

Director of Training - Safe Restraints Inc.                    Sept. 2021 - Present

•    My duties as the Director of Training for Safe Restraints Inc. include delivering training to law enforcement, corrections and security personnel across the country and internationally.

•    I am responsible for developing curriculum and training materials for all products with in the Safe Restraints brand. This includes the The Wrap Safety Restraint, The Cart, and the Harness. Additionally, I am responsible for customer support and refresher training for all current users.

**EXHIBIT A**
**Page 6**

<u>www.arctac.net</u>                  tim@arctac.net                           844.244.1900

**Corrections Commander - Criminal Justice Training Comm.**    Sept. 2020 - Sept. 2021

- My duties as the Commander of the corrections officer academy were to manage all aspects of corrections within Washington State's training commission. I supervise all curriculum development and delivery for adult and juvenile corrections.

- I supervised a team of TAC officers who were charged with coaching and mentoring every corrections officer in the state. My team was responsible for instructing every aspect of corrections, defensive tactics, use of force and security management.

- I was responsible for investigating all violations of rules and regulations from students and staff. These investigations require critical analysis, detailed processing, evaluation and documentation.

- As the Corrections Commander and second in charge of the Basic Training Division I assisted in leading both the Basic Law Enforcement Academy and the Corrections Officers Academy as well as a faction of contract instructors. This was an incredibly successful and talented team that change the face of training on a daily basis.

**Corrections Sergeant - Lynnwood Police Department**         July 2018-Sept. 2021



- My duties as a corrections sergeant include leading a team of corrections officers through bookings, releases, transports, high risk use of force situations and investigations.

- As a Lynnwood Corrections Sergeant I supervised nearly all aspects of the corrections field to include booking, release, property, firearms qualified transport, court security, court remand, special operation field booking, and inmate management.

- In this capacity, I managed and investigated inmate issues such as contraband, complaints, criminal activity, incoming and outgoing mail, staff complaints court discrepancies, inmate grievances, and other issues as they arise.

- As a sergeant, I have worked on projects such as policy revisions, updates on our inmate rules and regulations, budgeting proposals and employee recognition efforts. Additionally, I created and supervised an annual "Jail Skills Refresher" training for all of our staff.

**EXHIBIT A**
**Page 7**

www.arctac.net                     tim@arctac.net                          844.244.1900

**Master Instructor - Command Sourcing**                          Sept. 2018-Present

- In September of 2018 I became associated with Command Sourcing, a company that specializes in correctional based products, systems and solutions. I have traveled the country and have instructed In many correctional facilities in over 20 states.

- Through Command Sourcing, I am a Master Smiths Detection BSCAN correctional body scanner instructor. I am one of four correctional BSCAN instructors in the country. I am one of two Correctional BSCAN Instructors that specializes in and is certified to teach image evaluation.

- I teach several courses on correctional contraband interdiction to include searching processes, technologies and polices. These courses are designed to limit or stop the threat of weapons and narcotics from entering correctional facilities.

**Academy Instructor – Criminal Justice Training Commission**        Nov. 2012-Present

- In November of 2012 I became a contract mock scene actor for the Basic Law Enforcement Academy at the Criminal Justice Training Commission. After gaining experience with the defensive tactics program, I was invited to monitor the mock scenes and instruct defensive tactics courses.

- In July of 2013 I was given the opportunity to teach defensive tactics and security management to the Corrections Officers Academy. I have since been involved in assisting with the communications and booking/intake portions of the Corrections Officers Academy.

- In April of 2015, I was sponsored by the Criminal Justice Training Commission to attend the Level 1 Firearms instructor course. After completed this course I provided the Basic Law Enforcement Academy's firearms program with over 800 hours of instruction.

- In June of 2015, I was authorized to be an assistant instructor for the Level 1 Defensive Tactics Instructor course. I have now been involved in four of these train the trainer courses.

- In January 2020 I became the first Master DT Instructor to lead, organize and teach an eighty hour level 1 defensive tactics instructor course since the course's creator. I have now run several instructor level courses for the Advanced Training Division of the CJTC.

**EXHIBIT A**
**Page 8**

www.arctac.net                              tim@arctac.net                                      844.244.1900

- Since I began working for the Criminal Justice Training Commission I have provided over 3,500 hours of training and instruction.

Corrections Officer - Lynnwood Police Department                              July 2006-July 2018

- My duties as a Confinement Officer included booking, releasing, and managing prisoners and their criminal charges, property, medical issues, and court appointments. I was responsible for court and building security, transporting low, medium, and high-risk offenders, the application of force to include correctional emergency response team tactics and firearms qualifications.

- In 2009 I was placed in a specialty unit charged with tracking and monitoring offenders on electronic home monitoring and community service programs. I developed this position into a financially successful program earning over $500, 000 in revenue and saving over $1,000,000 in jail housing cost.

- In 2007 I received my first defensive tactics instructor certification. Since then I have worked my way through the Washington State Criminal Justice Training Center's Master Defensive Tactics program. Additionally, I have earned my Taser instructor and Field Training Officer certifications. Additionally, I earned my certification as a Correctional Emergency Response Team instructor. I have used these skills to develop use of force programs for both the Lynnwood Detention Division and the Lynnwood Police Department.

- As a Field Training Officer, I have taught training concepts at the national level at the National Association of Field Training Officers (NAFTO) conference as well as two local statewide conferences.

- On my own time, I volunteer as an advisor for the Lynnwood Police Department's Youth Explorer Post. I am the Agency Coordinator for Law Enforcement Specialty Olympics Torch Run. I also volunteer at our "Shop with a Cop event" for low-income families.

Reserve Police Officer - Poulsbo Police Department                              Oct. 2005-Mar. 2009

- As a Reserve Police Officer, I was responsible for enforcing Federal, State, and local laws, investigating crimes and criminal activity, arresting, transporting, and charging offenders, traffic control and enforcement, crowd control, and community policing.

- While working as a Reserve Police Officer I volunteered at many community policing events and in 2009 I received a certificate of appreciation for volunteering over 400

**EXHIBIT A**
**Page 9**

<u>www.arctac.net</u>                    tim@arctac.net                    844.244.1900

hours for the police department.  Additionally, I was elected the Vice President of my Reserve Police Academy Class.

Support Services Cadet - Lynnwood Police Department        April 2003 - July 2006

- My responsibilities in support services included evidence management, patrol fleet management, records and patrol of city buildings.

- In 2005 I was appointed as the manager of the Support Services Cadet Program. In this capacity I managed schedules, attended meetings and was responsible for five cadets.

## Education

College - Shoreline Community College                    Sept. 2002-2018

I have been taking classes on and off since high school. I have earned 90 credits towards an AA degree in Criminal Justice.

High School - Northwest Family Academy                    Sept. 1999-2002

In 2002 I graduated from the Northwest Family Academy one year early with honors.

## Career Achievements



2017 Corrections Officer of the year award

2012 Top Cop award

2011 Top Cop award

2010 Corrections Officer of the year award

2004 Support Services Cadet of the year award

Published Featured Columnist for <u>correctionsone.com</u>

Contracted Trainer for Washington State Criminal Justice Training Center

National Association of Field Training Officers Conference Trainer

Regional Coordinator for Special Olympics Law Enforcement Torch Run Region 4

Member of WSCJTC Master Defensive Tactics Instructor Counsel

Member of American Correctional Association

Member of International Law Enforcement Educators Association

Member of American Jail Association

**EXHIBIT A**
**Page 10**

Executive Board Member of Washington Jail Association

Developed and Implemented the Ten-Week Corrections Officer Academy for WSCJTC

First Certified Corrections Officer in the State of Washington

ABLE for Corrections Development Team lead

Developer of the Washington State Ten Week Corrections Officers Academy

## Articles

*-Developing a Spidey Sense -*  5/7/2013 - Correctionsone.com

https://www.corrections1.com/officer-safety/articles/officer-safety-developing-a-spidey-sense-D9Hgdj4w5qQ92tTc/


*-Don't Trip: Keep Things Fresh But Stay on Target -* 7/9/2013 - *correctionsone.com*

*https://www.corrections1.com/corrections-training/articles/dont-trip-keep-things-fresh-but-stay-on-target-HVXoslzJFJpzcYHt/*


*-Whose Responsibility is it to Protect Your Gear? -* 9/3/2013 - *https://www.corrections1.com/corrections/articles/whose-responsibility-is-it-to-protect-your-gear-pIKRgsjwppxRFi7B/*


*-Training in Unconventional Weapons Retention -* 11/5/2013 - *correctionsone.com*

*https://www.corrections1.com/corrections-training/articles/training-in-unconventional-weapons-retention-q7PFVftbAeCPJWAJ/*


*-Time Bombs: Preparing for a Surprise Attack -* 6/30/2020 - correctionsone.com

https://www.corrections1.com/corrections-training/articles/time-bombs-preparing-for-surprise-attacks-TDrjAgZWZFJot1hE/


**EXHIBIT A**
**Page 11**

<u>www.arctac.net</u>                    tim@arctac.net                         844.244.1900

## Expert Witness Cases

*Roufa v. King County, Washington -* 2016

*Fleming v. Champagne County, Illinois -* 2021

*Lewis v. Ferguson -* 2021

*Moseley v. State of Washington - 2022*

*Orton v. Bushaw (King County, WA) - 2022*

## Consulting

*Georgetown University -* Active Bystander-ship for Law Enforcement (ABLE) Program Development Team Lead

*Department of Energy -* Federal Contract Consultant for Intermediate Force Equipment Project Manager

*Gateway Christian Church -* Church security training curriculum development and instruction.

*Cross Point School -* Campus security evaluation and written analysis.

*Overlake Hospital -*  Security team training and consulting.

*Island Church -* Church security evaluation and curriculum development.

*Dubai Police Department Corrections Division -* Correctional cell extraction, transport, and security training and consultation.

**EXHIBIT A**
**Page 12**

www.arctac.net                    tim@arctac.net                    844.244.1900

Certifications

Blue Courage Instructor

Unarmed control tactics instructor

Unarmed defensive tactics instructor level 2

Weapon retention and disarming instructor

Impact weapons instructor

Monadnock expandable baton instructor

Lateral vascular neck restraint instructor

Ground survival tactics instructor

High-risk transport instructor

Edged weapon instructor

Taser instructor

Field training officer

High-risk court security instructor

Correctional emergency response team (CERT) instructor

OC Instructor

Advanced concepts in motor learning and performance instructor

Master defensive tactics instructor

Firearms handgun instructor Level 1

Firearms handgun instructor Level 2

Gracie survival tactics instructor

SIRT training pistol Instructor

The wrap master instructor

FBI Interview and Interrogation (40 Hour)

First line supervision

Narrow Road of Leadership

2018 ILEETA conference instructor

2019 ILEETA conference instructor

2021 ILEETA conference instructor

2022 ILEETA conference instructor

Reserve police officer academy

Corrections officer academy

Use of force documentation Instructor

Use of force liability Instructor

X-D-Tac combative duty knife Instructor

Insights unarmed defensive tactics 1

Verbal judo

Crisis intervention training

Risk management

Bullet proof mind seminar

Reality based training Instructor

40mm/37mm less lethal munitions operator instructor

OC/CS/CN distraction device operator instructor

Defense Technology systems operator

Capture shield operator instructor

Smiths Detection BSCAN Instructor

Smiths Detection BSCAN image evaluation instructor

Middle management for law enforcement

Active bystander for law enforcement (ABLE) instructor

**EXHIBIT A**
**Page 13**