PETER J. ELIASBERG
(SB# 189110)
peliasberg@aclusocal.org
MELISSA CAMACHO-CHEUNG
(SB# 264024)
mcamacho@acluscal.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone:  (213) 977-9500
Fax:  (213) 977-5299

CORENE KENDRICK
(SB# 226642)
ckendrick@aclu.org
MARISOL DOMINGUEZ-RUIZ
(SB# 345416)
mdominguez-ruiz@aclu.org
ACLU NATIONAL PRISON
PROJECT
39 Drumm St.
San Francisco, CA 94111
Phone: (202) 393-4930
 Fax: (202) 393-4931

NICOLAS MORGAN
(SB# 166441)
nicolasmorgan@paulhastings.com
STEPHEN TURANCHIK
(SB# 248548)
sturanchik@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone:  (213) 683-6000
Fax:  (213) 627-0705

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN GOODWIN,
on behalf of themselves and of those similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ROBERT LUNA, Sheriff of Los Angeles County, in his official capacity, <br><br> Defendant. | CASE NO. CV 12-00428 DDP (MRW) <br><br> **NOTICE OF LODGING OF EXHIBIT 3 TO SUPPLEMENAL DECLARATION OF MATTHEW THOMAS, M.D.** <br><br> Honorable Dean D. Pregerson <br><br> Hearing:  July 26, 2023 |

Pursuant to L.R. 11-5.1, Plaintiffs will lodge with this Court a compact disc containing Exhibit 3 to the Supplemental Declaration of Matthew Thomas, M.D. Exhibit 3 is a video of a use of force incident in the IRC, with a Sheriff's Department case number of IRC 01692.  The video and particularly the portion showing the application of the WRAP is analyzed in Dr. Thomas' declaration. Because Exhibit 3 constitutes a video, it cannot be submitted in paper format.

Plaintiffs respectfully request the Court to view Exhibit 3 and enter it as part of the case record for Plaintiffs in this case.

Respectfully submitted,

Dated June 12, 2023                     ACLU FOUNDATION OF
                                        SOUTHERN CALIFORNIA

                                         /s/ Peter Eliasberg
                                        PETER ELIASBERG
                                        Counsel for Plaintiffs

1