PETER J. ELIASBERG
(SB# 189110)
peliasberg@aclusocal.org
MELISSA CAMACHO-CHEUNG
(SB# 264024)
mcamacho@acluscal.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500
Fax: (213) 977-5299

NICOLAS MORGAN
(SB# 166441)
nicolasmorgan@paulhastings.com
STEPHEN TURANCHIK
(SB# 248548)
sturanchik@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone: (213) 683-6000
Fax: (213) 627-0705

CORENE KENDRICK
(SB# 226642)
ckendrick@aclu.org
MARISOL DOMINGUEZ-RUIZ
(SB# 345416)
mdominguez-ruiz@aclu.org
ACLU NATIONAL PRISON
PROJECT
39 Drumm St.
San Francisco, CA 94111
Phone: (202) 393-4930
 Fax: (202) 393-4931

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN GOODWIN,
on behalf of themselves and of those similarly situated

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT LUNA, Sheriff of Los Angeles County, in his official capacity,<br><br>Defendant. | CASE NO. CV 12-00428 DDP (MRW)<br><br>**NOTICE OF LODGING OF EXHIBIT A TO SUPPLEMENAL DECLARATION OF STEPHEN SINCLAIR**<br><br>Honorable Dean D. Pregerson<br><br>Hearing: July 26, 2023 |

Pursuant to L.R. 11-5.1, Plaintiffs will lodge with this Court a compact disc containing Exhibit A to the Supplemental Declaration of Stephen Sinclair. Exhibit A is a video of a use of force incident in Men's Central Jail, with a Sheriff's Department case number of MCJ-922-02082. The video is analyzed in both Mr. Sinclair's Declaration and his Supplemental Declaration. Because Exhibit A constitutes a video, it cannot be submitted in paper format.

Plaintiffs respectfully request the Court to view Exhibit A and enter it as part of the case record for Plaintiffs in this case.

Respectfully submitted,

Dated June 12, 2023

ACLU FOUNDATION OF
SOUTHERN CALIFORNIA

/s/ Peter Eliasberg
PETER ELIASBERG
Counsel for Plaintiffs

1

PROOF OF SERVICE