PETER J. ELIASBERG (SB# 189110)
peliasberg@aclusocal.org
MELISSA CAMACHO (SB# 264024)
mcamacho@acluscal.org
**ACLU FOUNDATION OF
SOUTHERN CALIFORNIA**
1313 W. 8th Street
Los Angeles, CA 90017
Phone:  (213) 977-9500
Fax:  (213) 977-5299

CORENE KENDRICK (SB# 226642)
ckendrick@aclu.org
MARISOL DOMINGUEZ-RUIZ
(SB# 345416)
mdominguez-ruiz@aclu.org
**ACLU NATIONAL PRISON
PROJECT**
39 Drumm St.
San Francisco, CA 94111
Phone: (202) 393-4930
Fax: (202) 393-4931

NICOLAS MORGAN (SB# 166441)
nicolasmorgan@paulhastings.com
STEPHEN TURANCHIK
(SB# 248548)
sturanchik@paulhastings.com
**PAUL HASTINGS LLP**
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone:  (213) 683-6000
Fax:  (213) 627-0705

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Robert Luna, Sheriff of Los Angeles County, in his official capacity,<br><br>Defendant. | Case No. CV 12-00428 DDP (MRW)<br><br>**DECLARATION OF MELISSA CAMACHO**<br><br>**UNDER SEAL** |

Case No. CV 12-00428 DDP (MRW)

DECLARATION OF MELISSA CAMACHO

I, Melissa Camacho, declare as follows:

1.    I make this declaration of my own personal knowledge and if called to testify I could and would do so competently as follows.

2.    I am a Senior Staff Attorney at the ACLU Foundation of Southern California (ACLU SoCal) and one of the attorneys for the Plaintiff class in the above-captioned action. I am admitted to practice law in the State of California and before this court.

3.    Defendants produce self-assessments and use of force packages to plaintiffs' counsel periodically by posting them in a shared secured cloud-based folder.  As an attorney in this matter, I have access to the shared folder and can download self-assessments and use of force packages as necessary for review in this matter.

4.    On Tuesday, May 30, 2023, I received notification by email that LASD had posted self-assessments for *Rosas* provision 6.11.  I later went into the shared folder and downloaded the self-assessment posted on May 30, 2023 for the 3rd quarter of 2022.

5.    Attached here as Exhibit A is a true and correct copy of Defendant's self-assessment for *Rosas* provision 6.11, for the third quarter of 2022.

6.    On June 1, 2023, Dylan Ford emailed plaintiffs' counsel the new WRAP and limitations on force policy.

7.    Attached here as Exhibit B is a true and correct copy of Custody Division Manual (CDM) 7-03/050.00 "WRAP restraint" version 33.

8.    On March 7, 2023 I emailed the Monitors and Defense counsel with our proposed changes to version 31 of the WRAP restraint policy attached to the email. Attached here as Exhibit C is a true and correct copy of the email with attachment showing the Monitors' proposed changes to version 31 of the WRAP policy in red and plaintiffs' proposed changes in blue.

Case No. CV 12-00428 DDP (MRW)

DECLARATION OF MELISSA CAMACHO

9.    Attached here as Exhibit D is version 33 of the WRAP policy with changes proposed in red.

10.    Attached here as Exhibit E is a true and correct copy of version 31 of CDM 7-01/030.00, the new "Limitations on Force" policy. It was provided to plaintiffs' counsel by Dylan Ford on June 1, 2023.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 11, 2023, in Culver City, CA.

_____

Melissa L. Camacho

3

# EXHIBIT A

Defendant's self-assessment for *Rosas* provision 6.11, for the third quarter of 2022

## FILED UNDER SEAL

*Alex Rosas, et al. v. Sheriff*
**PROVISION 6.11 (AMENDED)**
**Compliance Measure: 1 and 2**
**DISCIPLINARY ACTION FOR DISSUADING AN INMATE FROM FILING A GRIEVANCE**
**3ʳᵈ Quarter 2022**

The Custody Division Manual should provide that failing to provide an inmate with a grievance form when requested, failing to respond appropriately to a grievance, destroying or concealing grievances, attempting to intimidate an inmate from filing a grievance, and retaliating against an inmate who has filed a grievance, may each be a cause for disciplinary action.

**Department Self-Assessment Conclusion:**

☐ **PARTIAL OR NON-COMPLIANCE**

☒ **SUBSTANTIAL COMPLIANCE**

**COMPLIANCE MEASURES**

1.  On a quarterly basis, the Department will provide the Monitors with a log of any inmate grievances about the matters encompassed by Paragraph 6.11 and the result of the investigations of those grievances

2.  Compliance will require the Department to impose and notify the Monitors of the appropriate corrective action against any member who is found to have engaged in the conduct encompassed by policies required by Paragraph 6.11 in 100% of such cases.

EXHIBIT A
PAGE 5

1

1

*Alex Rosas, et al. v. Sheriff*
**PROVISION 6.11 (AMENDED)**
**Compliance Measure: 1 and 2**
**DISCIPLINARY ACTION FOR DISSUADING AN INMATE FROM FILING A GRIEVANCE**
**3rd Quarter 2022**

| 3rd QUARTER 2022 (AMENDED)[1] DISCIPLINARY ACTION FOR DISSUADING AN INMATE FROM FILING A GRIEVANCE ROSAS PROVISION 6.11 | |
|---|---|
| Did the Department maintain a log of any inmate grievances of matters encompassed in 6.11-1? | If a Department member was found to have engaged in conduct encompassed by policies required by Provision 6.11-2, was appropriate action taken? |
| Yes | No Action Required* |

*The Custody Support Services Grievance Team provided the universe and identified all grievances against staff adjudicated during the 3rd Quarter of 2022. The grievances were selected by conducting a word search in the Custody Automated Reporting and Tracking System (CARTS) related to the matters listed under Provision 6.11.

Each grievance on the universe was then independently reviewed by the Custody Compliance and Sustainability Bureau to ensure it met the provision's criteria. No Department members were found to have violated the grievance policy during the reporting period.

---

[1] On 03/21/2023, the Monitors requested the Department to provide a log of all grievances about the matter encompassed by Provision 6.11 completed during the assessed quarter. As done for 6.11-2, CSS will provide the log by conducting a word search (from the approved list) in CARTS. As requested by the Monitors, the 3Q22 was amended to satisfy compliance measure 6.11-1.

2    EXHIBIT A PAGE 6    2

| 3rd QUARTER 2022 DISCIPLINARY ACTION FOR DISSUADING AN INMATE FROM FILING A GRIEVANCE ROSAS PROVISION 6.11-2 | | | | | |
|---|---|---|---|---|---|
| Reference # | Unit Commander Adjudication Date | Facility | Grievance Type | Disposition | Appropriate Corrective Action Taken 6.11-2 |
| No data to assess | | | | | |

During the 3rd Quarter of 2022, there were no "founded" grievances related to the matters encompassed in Rosas Provision 6.11.

CONFIDENTIAL

PURSUANT TO COURT ORDER

EXHIBIT A
PAGE 7

3

# Universe

CONFIDENTIAL

PURSUANT TO COURT ORDER

EXHIBIT A
PAGE 8

# 6.11-1 Log



EXHIBIT A
PAGE 9

5

# Inmate Reception Center

EXHIBIT A
PAGE 10

| | | | | Provision 6.11-1 Log, 2022 Quarter 3 Rosas Facilities | | |
|---|---|---|---|---|---|---|
| Reference Number | Facility | Grievance Type | Complaint Type | Complaint Detail | Disposition | Complete |
| 5100-2021-0714-449 | Inmate Reception Center | Other | Miscellaneous | A THIRD PARTY REPORTS THAT WESTFIELD WAS ASSAULTED BY FIVE OFFICERS ON JULY 7TH. ONE OF THE OFFICERS WAS NAMED AS OFFICER ▉▉▉ THEY EXPLAIN THAT WESTFIELD INITA LLY REFUSED TO TAKE OFF THEIR SOCKS AND SO WAS ASKED TO SIT DOWN. AFTER ABOUT 30 MINUTES FIVE OFFICERS APPROACHED WESTF ELD WHO WAS HANDCUFFED AND SITTING AND BEGAN TO CHOKE THEM USING THE R HANDS AND KNEES. A TH RD PARTY REPORTS THAT WESTFIELD COULD NOT BREATHE. WESTFIELD WAS THEN PLACED IN A HOT CELL FOR HOURS WITHOUT FOOD. A THIRD PARTY EXPLA NS THAT A NURSE CAME TO WESTTFIELD'S CELL EIGHT HOURS AFTER THE ASSAULT BUT D D NOT CHECK THEIR NECK OR MENTION ANYTHING ABOUT THE ASSAULT. | Not Sustained | 7/21/2022 |
| 5120-2022-0728-211 | Inmate Reception Center | Living conditions | Living Conditions | A third party reports that Kelvis Orr has been held at Inmate Reception Center since 07-20- 2022, for a total of five days. Orr has been sleeping on the floor with no pillows, covers, or sheets. Third party reports that Orr has previous health conditions and they are concerned that the conditions at IRC will harm him. Please explain why Orr has been held in  RC for five days and provide Orr with his release/transfer date. Thank you. | Sustained | 8/3/2022 |
| 5640-2022-0726-243 | Inmate Reception Center | Property | Property - Taken (Contraband) | Inmate Albert stated his religious medal was confiscated and he requested it back. | Sustained in Part | 8/3/2022 |
| 5120-2022-0825-208 | Inmate Reception Center | Service Related - Procedural | ADA | A third party on behalf of Young reports he has not been to his first, second, or third court date on 7/27, 7/28, and 7/29 respectively. The third party reports she called the jail and was told he was a medical no-show for refusing a COVID test. The third party also reports she was then called and told by two other incarcerated individuals that Young is in suicide watch, and in "hiding" due to a deputy use of force incident. Please investigate this issue, interview Young to determine why he has not gone to his past three court dates, and open a use of force investigation if necessary. Thank you. | Sustained | 8/26/2022 |
| 5120-2022-0825-209 | Inmate Reception Center | Classification | ADA | Andrade reports that they were mistakenly placed in the GP instead of the PC population when incarcerated on May 31, 2022. As a result of being in the GP, they were "smashed out of their dorm" and got a broken jaw. Andrade reports they went a week and a half without medical attention, despite asking nurses and deputies for treatment numerous times. Please investigate this incident of deputy negligence and have the appropriate staff interview Andrade to get rehoused in PC. | Sustained | 8/26/2022 |
| 5100-2022-0818-232 | Inmate Reception Center | Mail | Mail | Inmate requesting to appeal his return of mail notice due to exceeding amount of books he had ordered. Inmate stating he only ordered three books. | Not Sustained | 9/1/2022 |

*Data current as of 10/18/2023*
*Report created and Revised on 05/18/2023*
*Revised on 05/24/2023*

| Explanation of Duplicates |
|---|
| **During this Quarter, ACLU complaints were unable to be modified. The issue has been identified and addressed.  ** |

EXHIBIT A
PAGE 11

7

# Men's Central Jail

EXHIBIT A
PAGE 12

8

| Provision 6.11-1 Log, 2022 Quarter 3 Rosas Facilities | | | | | | |
|---|---|---|---|---|---|---|
| Reference Number | Facility | Grievance Type | Complaint Type | Complaint Detail | Disposition | Complete |
| 5100-2021-0128-293 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states he spoke with Sgt ▓▓▓ and Lieutenant ▓▓▓ who have been both disrespectful on and off camera. Inmate states the deputies are disrespecting him and are hazing him. Inmate states they are putting water in his food as a form of retaliation. Inmate states they also take things out of his meal. | Employee Conduct Appears Resonable | 7/1/2022 |
| 5100-2021-1021-209 | Men's Central Jail | A staff member | Complaint Against Staff | Reed reports being harassed by deputies during strip searches. Reed reports that in addition to being made to spread his cheeks, staff "stick lights up our a**es just to humiliate us." ACLU staff note this complaint is additionally problematic because Reed reports being a survivor of sexual abuse at an LAPD station just before his admission into county jail. | Employee Conduct Appears Resonable | 7/1/2022 |
| 5100-2022-0330-331 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states on Wednesday 3/16/22 during showers he went to the hole during his stay in the hole deputy ▓▓▓ that works on the 2200 side collected his belongings and took them to the hole. Inmate states once he was in the hole his property was misplaced. Inmate states deputy ▓▓▓ refused to give him his personal belongings. Inmate states the deputy also refused to provide him with a fish kit or any soap or toothbrush. Inmate states today on 3/26/22 his property was given to deputy ▓▓▓ and he is refusing to give it to him stating he wont receive it till he goes to prison. Inmate states he still dos not have hygiene supplies and the deputies do not want to give him his property. | Employee Conduct Appears Resonable | 7/1/2022 |
| 5100-2022-0502-364 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states he was asked to strip out cough and squat and crack his ass. Inmate states he refused and was stripped out by some dep and he put his hand up his ass when all he has to do was take him to the x-ray machine. Inmate states he was violated and everything is clearly on camera. Inmate states he will be filing a law suit to have this documented. Inmate states he does not remember the exact date it was the 19th-20th he was transferred from TTCF 261 C pod. | Employee Conduct Appears Resonable | 7/1/2022 |
| 5100-2021-0405-428 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states he was healing from a broken back and received an egg crate mattress. Inmate states he requested a sheet for it and was told he would not get one until Sgt ▓▓▓ said it was okay. Inmate states this is deliberate indifference and cruel and unusual punishment. | Employee Conduct Appears Resonable | 7/2/2022 |
| 5100-2021-0420-312 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states he twisted his knee during showers and he reported an incident to deputies so he could go to the clinic. Inmate sates he was told twice that they were waiting on a pass, however a pass never came. | Unable to Make Determination | 7/2/2022 |
| 5100-2021-1021-208 | Men's Central Jail | A staff member | Complaint Against Staff | On at least two occasions since 8/18/2021, Washington has reported deputies intrusively and aggressively searching his body. Washington has been forced to remove his clothes for such searches. Deputies involved include Senior Deputy ▓▓▓ | Exoneration | 7/2/2022 |
| 5100-2021-1007-204 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states the cell door smashed his finger due to the officers never giving him notice of the door closing. Inmate states due to the officers lack of training and negligence he wants money compensation. | Employee Conduct Appears Resonable | 7/3/2022 |
| 5100-2022-0701-248 | Men's Central Jail | Classification | Housing Location / Reclassification | Inmate stating he is classified as a gay inmate. Inmate stating this is a mistake and requesting to be declassified. | Sustained | 7/4/2022 |
| 5100-2022-0701-258 | Men's Central Jail | Classification | Housing Location / Reclassification | Inmate requesting to be classified/rehoused with transgenders. | Sustained in Part | 7/4/2022 |
| 5100-2021-0429-307 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states he has handed 8000 deputies his grievances for over a month and they have all been trashed or destroyed. Inmate states living conditions are depleting and he has personally put in grievances regarding tier cleaning and newspapers. | Unable to Make Determination | 7/4/2022 |
| 5100-2021-1007-219 | Men's Central Jail | A staff member | Complaint Against Staff | This is a group complaint consisting of 5 inmates who state for the past week they have not been receiving breakfast or lunch and some occasions both. Inmates also state special diets are not being delivered either. | Unable to Make Determination | 7/4/2022 |
| 5100-2022-0531-204 | Men's Central Jail | Food Services | Meals / Food | Inmate states he is receiving peanut butter and milk 2 times a day everyday and it is documented with medical that he has a severe allergy to these items. Inmate states he has submitted previous complaints regarding this issues and that he should not be receiving them. | Sustained in Part | 7/5/2022 |

CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER — PURSUANT TO COURT ORDER

EXHIBIT A
PAGE 13

9

| Reference Number | Facility | Grievance Type | Complaint Type | Complaint Detail | Disposition | Complete |
|---|---|---|---|---|---|---|
|  | | | Provision 6.11-1 Log, 2022 Quarter 3 Rosas Facilities | | | |
| 5100-2022-0601-223 | Men's Central Jail | Food Services | Meals / Food | Inmate states he is Muslim and he feels that his special Halal diet is being retaliated upon. Inmate states he gets vegan trays and no cheese. Inmate states his Halal diet is simply it is 4 kinds of trays only. Inmate states the Jewish special diets always receive their diet food and he wants to know why his Halal meal is being substituted for a vegan meal. | Not Sustained | 7/6/2022 |
| 5100-2022-0609-327 | Men's Central Jail | Living conditions | Living Conditions | Inmate Jones reports that they are being denied a mattress and bedding. | Inconclusive | 7/6/2022 |
| 5100-2022-0609-337 | Men's Central Jail | Living conditions | Living Conditions | Inmate De La Cruz reports that as of 05-06-2022, they had been requesting a mattress for two days. Inmate De La Cruz had been sleeping on the floor and had back and neck pain. De La Cruz reports that their skin is sensitive and sleeping on the floor with no mattress has irritated it. | Inconclusive | 7/6/2022 |
| 5100-2022-0616-407 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate Washington reports that their grievances are being ignored out of retaliation. Washington reports that they are being retaliated against by Sergeant ▮ (Badge # ▮ ) and Sergeant ▮ (sp?) (Badge # ▮ Sergeant ▮ (sp) (Badge # ▮ and the following grievances are not being processed. #5100-2022-0104-290, #5100-2022-0 I 05-248, #5100-2022-0106- 226, #5100-2022-0 I 04-291, #5100-2022-0 I 05-249, which have been pending for five months. One grievance #5100-2021-0608-396 has been pending for a year now. Another grievance, #5100-2022-0104-352, which concerned religious meals was pending for four months. As a result of this delay by Sergeant ▮ (Badge # ▮ and Sergeant ▮ (Badge # ▮ Washington missed Ramadan. Washington reports that staff have been ignoring their grievances for almost two years. | Inconclusive | 7/6/2022 |
| 5100-2022-0623-279 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate Washington reports staff retaliation from the deputies on the 3000/3100 floor and interference with their medical treatment. Washington reports that on 06-09-2022, they were scheduled to see a medical professional after waiting for an appointment for four months. No staff member came to get Washington or called their name over the intercom. As a result, Washington missed their appointment due to staff retaliation for filing grievances. | Inconclusive | 7/6/2022 |
| 5100-2022-0706-207 | Men's Central Jail | Living conditions | Living Conditions | Inmate states he currently has one light in his cell and it is extremely dim for his eyes. Inmate states he needs to be able to read and study because he is a pro per. Inmate is requesting to have the light replaced. | Sustained in Part | 7/6/2022 |
| 5100-2022-0706-208 | Men's Central Jail | Other | Inmate Information Systems | Inmate states that he is having an issue with shoe chrono not being updated in the medical system. Inmate states his family came to bring him shoes but he did not have an order. Inmate is requesting to have this issue addressed. | Not Sustained | 7/6/2022 |
| 5100-2022-0706-209 | Men's Central Jail | Living conditions | Justice Delays (Pro Per, Law Library, Etc.) | Inmate states all pro per kiosks have been B/O, phones in the pro per area are also B/O. Inmate is requesting to have the pro per kiosks and phone in order to facilitate access to the courts for pro per inmates. | Sustained in Part | 7/6/2022 |
| 5100-2022-0706-210 | Men's Central Jail | Classification | Housing Location / Reclassification | Inmate states he is requesting to be reclassified as gay. Inmate states he is in fear in GP housing and wants to be K6-G. | Not Sustained | 7/6/2022 |
| 5100-2022-0706-215 | Men's Central Jail | Living conditions | Living Conditions | Inmate states the cell is flooded and could not get toilet paper for 3 days, lunch meals skipped very dirty cells and no response from passing deputies. | Not Sustained | 7/6/2022 |
| 5100-2022-0706-226 | Men's Central Jail | Living conditions | Living Conditions | Inmate states he was housed in 4500 A-8 on 6/26/22 and he has not been allowed to shower. Inmate states he has not been allowed out of his cell for no reason deputy ▮ refused to give him a shower. | Not Sustained | 7/6/2022 |
| 5100-2022-0706-237 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate states the module officers ▮ and ▮ denied reasonable access to the vending machine while showing favoritism only to Hispanic inmates. Inmate states when he mentioned his concern to deputy ▮ he stated "I let you out when I want, not when you want." Inmate states this comment is unethical. Inmate states the Hispanics cleared out the vending machine and then he was let out to use it when it was empty. | Not Sustained | 7/6/2022 |

EXHIBIT A
PAGE 14

10

| Reference Number | Facility | Grievance Type | Complaint Type | Complaint Detail | Disposition | Complete |
|---|---|---|---|---|---|---|
| | | | **Provision 6.11-1 Log, 2022 Quarter 3 Rosas Facilities** | | | |
| 5100-2022-0203-366 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | A third party reports an incident of deputy misconduct and negligence. The third party reports Wright has been systematically denied medical care for the issue of his addiction. The third party also reports that the custodial staff told his brother that if an individual wishes to see a doctor, they would have to essentially fall to the floor in front of the staff to fake a more serious issue. Please investigate this report of deputy negligence and misconduct. Thank you. | Not Sustained | 7/7/2022 |
| 5100-2022-0215-278 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate states the module deputies refused to give them showers after work. | Not Sustained | 7/7/2022 |
| 5100-2022-0215-279 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate states the deputy in charge refused to give them showers after coming back from work. | Not Sustained | 7/7/2022 |
| 5100-2022-0217-352 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate states Deputy ████ denied multiple inmates law library. Inmate states this violated their due process. Inmate states  she curses at this and is disrespectful. | Not Sustained | 7/7/2022 |
| 5100-2022-0502-366 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate states he is being harassed by 3700 deputy ████ Inmate states he is calling him names and refuses to stop. Inmate states he has a witness that deputy ████ is purposely harassing him and won't stop. Inmate states he wants this deputy to stay away from him. | Not Sustained | 7/7/2022 |
| 5100-2022-0518-287 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate states he had an eye clinic appointment and was on the toilet when the deputy came to cell and he asked for five minutes and the deputy put him as a refusal. Inmate states he did not refuse and he needs his eye glasses to see. Inmate states he does not see how five minutes was too long to wait. Inmate states the deputy was Deputy ████ | Not Sustained | 7/7/2022 |
| 5100-2022-0621-203 | Men's Central Jail | Telephone | Telephones | Inmate states that  he has been retaliated against by personnel by them restricting him from reporting staff misconduct to the OIG. Inmate states the phone has restricted access to call their number collect. Inmate also says they restrict him from being able to call bail bonds. | Not Sustained | 7/7/2022 |
| 5100-2022-0630-211 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate states on 6/23/2022 around dinner time deputy ████ came to Baker row to pass out dinner when he saw that deputy ████ that he was starting a hunger strike. Inmate states that after deputy ████ tried to start problems and gave his meal to two informants on the tier. Inmate states deputy also was banging on his window and slammed his tray slot after he told the nurse he did not want his asthma pump. | Not Processed - Excessive Filing | 7/7/2022 |
| 5100-2022-0706-211 | Men's Central Jail | Property | Property - Other | Inmate states he was rehoused from the hole in 3400 C4 and he did not receive any of his property. Inmate states he was missing two pairs of store bought shoes and all his paperwork. Inmate is requesting to speak to a sergeant regarding his property. | Not Sustained | 7/7/2022 |
| 5100-2022-0706-212 | Men's Central Jail | Property | Property - Other | Inmate states he is writing this complaint regarding grievance 5100-2022-0526-207 and he never received his refund not did he get a property refund slip. | Sustained in Part | 7/7/2022 |
| 5100-2022-0706-220 | Men's Central Jail | Telephone | Telephones | Inmate states this will be his third request for this specific issue. Inmate states the phone does not work properly. Inmate is requesting to have the phone fixed. | Sustained in Part | 7/7/2022 |
| 5100-2022-0706-229 | Men's Central Jail | Classification | Housing Location / Reclassification | Inmate is requesting to know how long it is going to take to be declassed. | Not Sustained | 7/7/2022 |
| 5100-2022-0707-324 | Men's Central Jail | Other | Inmate Information Systems | Inmate states he did not receive an appeal form when he received his disposition for 5100-2022-0627-330. | Not Sustained | 7/7/2022 |
| 5100-2022-0707-330 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate states he arrived in 5800 on 7/1/2022 and he has not been given a mattress or change of clothes of hygiene products including toilet paper despite his request. | Not Sustained | 7/7/2022 |
| 5100-2022-0307-269 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate states Deputy ████ and CA ████ refused his a shower and a phone call today because he is black. | Not Sustained | 7/8/2022 |
| 5100-2022-0425-331 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate states a little before 9am he told ████ (the Italian deputy) he was experiencing chest pains and needed to go man down. Inmate states he just laughed at him and mimicked a deaf person and said he couldn't hear him. Inmate states he held his chest and mouthed "chest pains." Inmate states he still laughed and ████ mimicked him and deaf person and mouthed to him the words "I can't hear you" while pointing to his ears and smiling. Inmate states he then told the nurse around 730pm and ████'s partner and he was refused medical attention. | Not Sustained | 7/8/2022 |

EXHIBIT A
PAGE 15

11

| | | | Provision 6.11-1 Log, 2022 Quarter 3 Rosas Facilities | | | |
|---|---|---|---|---|---|---|
| Reference Number | Facility | Grievance Type | Complaint Type | Complaint Detail | Disposition | Complete |
| 5100-2022-0628-302 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate Washington #5994632 submitted a complaint via U.S. mail (post marked on 06-17-22) to the Office of the Sheriff. The Office of the Sheriff received the letter on 06-22-22.  The letter was then forwarded and received by Assistant Sheriff Corbett's office on 06-23-22.  CSSB Inmate Grievance Team received the letter on 06-28-22.  Inmate Washington complained about the following topics to include, but not limited to staff complaints, retaliation, living conditions, and grievance procedures.  Due to the lengthy nature of the complaint, please refer to the attached letter for further information. | Not Sustained | 7/11/2022 |
| 5100-2022-0706-240 | Men's Central Jail | Mail | Mail | Inmate states his mail is being obstructed and withheld from him despite the fact that it is being tracked and sent weeks ago. Inmate states he is being denied any right to receive mail. | Not Sustained | 7/11/2022 |
| 5100-2022-0707-313 | Men's Central Jail | Mail | Mail | Inmate states he has been turning in complaints regarding his mail and nothing has been done about him not receiving his mail. Inmate states his outgoing mail is also not being sent out. | Not Sustained | 7/11/2022 |
| 5100-2022-0708-295 | Men's Central Jail | Living conditions | Living Conditions | Inmate requesting cell light to be repaired. | Sustained | 7/11/2022 |
| 5100-2022-0711-201 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate states on 7/1/2022 at approximately at 1:00am  on the 5000 floor deputy ▮▮▮ in the presence of deputies ▮▮▮ ▮▮▮ and a female deputy ▮▮▮ and ▮▮▮ and others. Inmate states he was ordered to strip naked in the presence of other inmates. Inmate states he was then ordered to squat and then cough 3 times and then to bend at the waist crack his ass. Inmate states bending at the waist and pulling one's buttocks apart nor squatting and coughing causes anything hidden in one's anus to become visible or dislodged and this procedure does not aid in detection or recovery of contraband.  Inmate states he asked to be searched by a body scanner but was denied. | Not Sustained | 7/11/2022 |
| 5100-2022-0711-202 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate states on 7/1/2022 at approximately at 1:00am on the 5000 floor deputy ▮▮▮ in the presence of deputies ▮▮▮ ▮▮▮ and a female deputy ▮▮▮ and ▮▮▮ and others. Inmate states he was ordered to strip naked in the presence of other inmates. Inmate states he was then ordered to squat and then cough 3 times and then to bend at the waist crack his ass. Inmate states bending at the waist and pulling one's buttocks apart nor squatting and coughing causes anything hidden in one's anus to become visible or dislodged and this procedure does not aid in detection or recovery of contraband. Inmate states he asked to be searched by a body scanner but was denied. | Not Sustained | 7/11/2022 |
| 5100-2022-0711-210 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate states C/A ▮▮▮ and his crew are harassing him by flashing bright flashlights into his eyes. Inmate states he has glaucoma and their flashlights in his eyes are further damaging the retina in his eyeballs and damaging his vision. Inmate states this is his third time in the past three hours that deputies have came in and flashed a light into his eyes. Inmate states the deputy deliberately flashed a light in his eyes. Inmate states CA ▮▮▮ is doing it on purpose in retaliation due to him writing a previous grievance about him. | Not Sustained | 7/11/2022 |
| 5100-2022-0711-218 | Men's Central Jail | Mail | Mail | Inmate requesting to receive his mail. | Inconclusive | 7/11/2022 |
| 5100-2022-0711-225 | Men's Central Jail | Classification | Housing Location / Reclassification | Inmate requesting to be classified as a gay inmate. | Not Sustained | 7/11/2022 |
| 5100-2021-0927-203 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states on 9/7/21 his 4th and 8th rights to the US constitution were violated abuse of power by LASD and its agents.  Inmate states this is his notice of intent to sue and he is requesting security video footage of the incident. | Employee Conduct Appears Resonable | 7/11/2022 |
| 5100-2021-0929-399 | Men's Central Jail | A staff member | Complaint Against Staff | Hermosa reports an incident of deputy misconduct. When being escorted in handcuffs that were tightened completely, a deputy, Deputy ▮▮▮ (spelling unclear) was grabbing Hermosa's arm very tightly. When she asked the deputy to loosen their grip, the deputy refused. The deputy's grip left a bruise on Hermosa's arm. | Employee Conduct Appears Resonable | 7/11/2022 |

EXHIBIT A
PAGE 16

12

| Reference Number | Facility | Grievance Type | Complaint Type | Complaint Detail | Disposition | Complete |
|---|---|---|---|---|---|---|
| | | | Provision 6.11-1 Log, 2022 Quarter 3 Rosas Facilities | | | |
| 5100-2022-0628-231 | Men's Central Jail | Other | Policy / Procedures / Enforcement of Rules | Good Morning, ts been a month since I have been calling M.C.J- Watch Commander, Gang Unit & have spoken to many other officers including L.B.P.D (as suggested by Watch Commander) to complain about inmate John Buchanan #5822126 who continues to constantly harass/threaten me & my family. I have attached screenshots of some phone calls from the past week. He is constantly calling every 30min. And other times every minute. He began doing this to me & my sister and also has sent harassment letters to my other sister & her husband. Just a few days ago C.P.S was involved with my God Daughter because he wrote a terrible letter about her well-being. All of which are lies in his attempts to hurt me and my family. He is demanding money from my older sister thru mail. He calls using other inmate accounts, He has sent a former inmate to my address, to intimidate me..? On June 6th. John Buchanan threatened to have a Drive-by shooting at my address so I called M.C.J. But I was told to report this to LBPD which I did, but as the officer looked into it he became upset and told me that L.A. County was just being lazy Not doing their job because he is in your custody not Long Beach. The officer gave me a note and told me to follow up with L.A. County. So here I am again. The only thing left now is for him to send a drive by shooting to my house because he has acted on all his threats so far. I am wondering what exactly your job is.? You have a violent criminal in your custody abusing his privileges (Mail/phone) using these platforms to hurt people and children. | Not Sustained | 7/12/2022 |
| 5100-2022-0706-244 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | The following complaint was submitted through the LASD's Public Contact form (www.lasd.org): "Inmate stokes has court today and they have not gotten him yet.  I called watch commander and someone name Lavonco answered very rude and said it's to early now the phone is busy." | Not Sustained | 7/12/2022 |
| 5640-2022-0705-231 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate Mendez states he believes his phone privileges are not being reinstated because hes being retaliated against. | Released Prior to Inquiry | 7/12/2022 |
| 5100-2022-0712-216 | Men's Central Jail | Living conditions | Living Conditions | Inmate requesting toilet to be repaired. | Sustained in Part | 7/12/2022 |
| 5100-2022-0712-221 | Men's Central Jail | Mail | Mail | Inmate stating his books arrived on 6/18/22. Inmate requesting his books to be delivered to him. | Not Sustained | 7/12/2022 |
| 5100-2022-0712-233 | Men's Central Jail | Property | Property - Other | Inmate stating he is missing a box of envelopes with an envelope containing sensitive personal information. | Not Sustained | 7/12/2022 |
| 5100-2022-0712-256 | Men's Central Jail | Living conditions | Living Conditions | Inmate complaining his cell is dirty and is requesting for cleaning supplies. | Sustained | 7/12/2022 |
| 5100-2022-0712-257 | Men's Central Jail | Mail | Mail | Inmate requesting to receive his mail. | Sustained in Part | 7/12/2022 |
| 5100-2021-0409-218 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states that on 4/6/21 at around 9am he was supposed to be transferred to the hole in 2300 from 4300. Inmate states that while walking handcuffed to the back, carrying his property, he was pushed from the back by a deputy and fell while going down the escalators. Inmate states he was dragged down the remainder of the steps and was injured. Inmate states he was threatened by the deputy before and feels if was done intentionally. Inmate states officer ▮ is the deputy he is complaining about. | Unable to Make Determination | 7/12/2022 |
| 5100-2021-0910-307 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states he wants to speak to a legal adviser about what happened on 9/7/21. Inmate states he hasn't been able to talk to his family or shower since. Inmate states he was forced to walk through the jail naked for hours. Inmate states he is held against his free will and his rights were violated. | Employee Conduct Appears Resonable | 7/12/2022 |
| 5100-2021-0923-344 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states on 9/7/21 he was humiliated and harassed by a search where he was forced to walk down men central jail naked at gunpoint and zip tied. Inmate states he wants to know why this happened. Inmate states this occurred throughout the 2000 corridor down the escalator and to the x-ray room. Inmate states he was questioned then given boxers and sent to the dayroom. Inmate states his rights were violated. | Employee Conduct Appears Resonable | 7/12/2022 |

| Reference Number | Facility | Grievance Type | Complaint Type | Complaint Detail | Disposition | Complete |
|---|---|---|---|---|---|---|
| | | | | **Provision 6.11-1 Log, 2022 Quarter 3 Rosas Facilities** | | |
| 5100-2021-0927-226 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states on 9/7/21 he was pulled out of his cell at gun point naked and then asked to cough and squat. Inmate states he was then walked in zip ties to court tank 39-40 and he was in fear for his life and humiliated. | Employee Conduct Appears Resonable | 7/12/2022 |
| 5100-2021-0928-216 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states he was forced out of his cell and then forced to walk naked and barefoot down and up the escalators to the other side of the jail. Inmate states then his cell was illegally searched. | Employee Conduct Appears Resonable | 7/12/2022 |
| 5100-2021-1005-378 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states during the inhumane search of them on 9/7/2021 he told the deputies it was against his religion and inhumane. Inmate states that the deputy grabbed his arm and threatened to pepper spray him .Inmate states the deputy kept a tight grip on his arm and continued to pull him. | Employee Conduct Appears Resonable | 7/12/2022 |
| 5100-2021-1021-210 | Men's Central Jail | A staff member | Complaint Against Staff | Parra reports that deputies have thrown him onto the hard floor. He reports being thrown onto his back (which has been previously injured from falling off the bunk in his dorm). Parra also reports being verbally assaulted during these incidents. | Exoneration | 7/12/2022 |
| 5100-2021-1109-346 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states on 9/7/2021 his 4th and 8th amendment rights were simultaneously violated. Inmate states he was harassed, humiliated and discriminated against. Inmate states he was forced out of his cell with assault rifles naked. Inmate states he was forced naked down the filthy hallway to x-ray machines. Inmate states he did not file a grievance until today for fear of retaliation. | Employee Conduct Appears Resonable | 7/12/2022 |
| 5100-2021-1223-269 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states on 9/7/21 he was forced by several LASD Staff with guns to strip completely naked in front of several male and female personnel. Inmate states he was then walked naked through the halls to the xray machine then placed in a dayroom. | Employee Conduct Appears Resonable | 7/12/2022 |
| 5100-2021-0331-248 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate states CA▮▮▮▮▮ refused him medical aid when he was throwing up blood to an unknown chemical. | Not Sustained | 7/13/2022 |
| 5100-2022-0516-253 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate states that there was an incident in his cell where his celley went man down and deputies pulled him in his celley's out in handcuffs upon being taken out to the hallways deputy ▮▮▮▮▮ had his handcuffs on too tight to where his wrist got marks and bruises and his writs swelled up. Inmate states he told her to loosen the cuffs and she said she did but they were still too tight around his writs. Inmate states she then walked away and put a deputy in charge of him not fixing the problem. | Not Sustained | 7/13/2022 |
| 5100-2022-0601-214 | Men's Central Jail | Other | Request for Info - No Response | Inmate is requesting a print out copy of his attorney visits from medline chang and PI Ron Cross. | Not Sustained | 7/13/2022 |
| 5100-2022-0701-244 | Men's Central Jail | Mail | Mail | Inmate stating his attorney left him legal mail that contained Motions. Inmate requesting his legal mail to be delivered to him. | Not Sustained | 7/13/2022 |
| 5100-2022-0706-239 | Men's Central Jail | Telephone | Justice Delays (Pro Per, Law Library, Etc.) | Inmate states that he is requesting to have a confidential line that is not recorded for his confidential calls with his experts regarding confidential information to his case. | Not Sustained | 7/13/2022 |
| 5100-2022-0712-260 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | This is a third party complaint from IAB: Inmate Matthews sent a letter to IAB making various statements but regarding his arrest with Compton station and his case. | Not Sustained | 7/13/2022 |
| 5100-2022-0713-209 | Men's Central Jail | Service Related - Procedural | Complaint Process | Inmate states this is his third time filing an appeal response due to ▮▮▮▮ C/A misplacing the appeal form for reference # 5100-2021-0629-400. Inmate states he is dissatisfied with staff officials response to his complaint regarding a deputies. | Not Sustained | 7/13/2022 |
| 5100-2022-0713-210 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate states on 7/6/22 most of the day the people housed in cells on 1700 B row were speaking on charges that the court house has filed on him and he is stating he is not the one giving out this information. Inmate states that inmates were told he kidnapped his grandmother but his grandmother died when he was a little kid. Inmate states that he is not crazy. Inmate states he was moved from twin towers back MCJ after he felt sick from covid-19. Inmate states another inmate was placed in a cell that had gassed him before and that was because he was working the police. | Not Sustained | 7/13/2022 |
| 5100-2021-0913-242 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states on 9/10/21 at 330 pm they were pulled from his cell at gun point , stripped naked, hands zip tied behind our backs and paraded thru hallway, thru escalator, thru x-ray machine to cell 40. Inmate states through this whole ordeal he had o walk barefoot with only boxer into the dayroom where he had to sit and wait with only getting 2 frozen burritos and a chocolate milk. | Unable to Make Determination | 7/13/2022 |

EXHIBIT A
PAGE 18

14

| | | | Provision 6.11-1 Log, 2022 Quarter 3 Rosas Facilities | | | |
|---|---|---|---|---|---|---|
| Reference Number | Facility | Grievance Type | Complaint Type | Complaint Detail | Disposition | Complete |
| 5100-2021-0921-329 | Men's Central Jail | A staff member | Complaint Against Staff | Evans reports he and other incarcerated persons at MCJ were forced to walk around naked for the whole day of 9/7. They were not given any clothes to cover up with. | Unable to Make Determination | 7/13/2022 |
| 5100-2021-0921-332 | Men's Central Jail | A staff member | Complaint Against Staff | A third party reports that Salido who is housed in 2500/2700 reports being forced by deputies to undress at gunpoint. | Unable to Make Determination | 7/13/2022 |
| 5100-2021-0921-341 | Men's Central Jail | A staff member | Complaint Against Staff | Third party calling on behalf of Chavira reports multiple incidents that occurred on 9/7 in MCJ. (1) Individuals were forced to remove all clothing and remain naked for many hours, during which they were provoked and laughed at by facility personnel. (2) Officers put a large group of naked people into one room and forced them all to take their masks off. (3) Individuals were kept in restraints, naked in uncomfortable positions for many hours. ACLU staff also spoke with Chavira in 2500. He further noted that the lockdown and strip search was not given any explanation until the next day. | Unable to Make Determination | 7/13/2022 |
| 5100-2021-0921-342 | Men's Central Jail | A staff member | Complaint Against Staff | Dorantes reports that 2500-C is taken out to the yard at approximately 6 30 am, before they received breakfast. Dorantes reports that most of 2500 was there. Dorantes reports that those guarding them did not give them any information about why they were stuck out there all day without food. At around sunset, they were given two burritos, after having gone approximately 24 hours without any food at all. Dorantes reports that no one was provided medication either. Prior to going up to the yard, they were told to pull down pants and boxers and squat and cough. They were then told to spread their checks, and deputies inspected between by shining flashlights. In spite of this pre-yard strip search at approximately 6 30 am, at around midnight, while still outside, he and everyone else were told to take off all of their clothing including socks and shoes, boxers, and masks. Dorantes reports they were then ziptied and taken tu 1800 point xrays: Dorantes reports that during the long walk, deputies were laughing at them and making jokes. After the scan, Dorantes and others were given boxers and brought back to the law library, where they stayed in close proximity with no masks. They were returned to their cells sometime on the morning of 9/8 but did not receive breakfast. He reports that he and others were not given clothes (they were left on the roof) until Thursday, 9/9. | Employee Conduct Appears Resonable | 7/13/2022 |
| 5100-2021-0923-343 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states on 9/7/2021 his 4th and 8th rights were violated over acts by the LASD and its agents. Inmate is requesting footage of the incident. | Employee Conduct Appears Resonable | 7/13/2022 |
| 5100-2021-0927-211 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states on Tuesday after already being put through a routine cavity strip search before going to yard then at yard for 18 hrs. then strip searched again on the roof. Inmate states he was forced to leave his clothing and shoes on the roof zip tied and forced to walk down three floors naked in front of female deputies and nurses. Inmate states this was unnecessary since the x-ray works with clothes on. Inmate states his canteen shoes, shorts and socks were taken and he has his legal paperwork scattered around his cell with no camera recording. | Employee Conduct Appears Resonable | 7/13/2022 |
| 5100-2021-1201-241 | Men's Central Jail | A staff member | Complaint Against Staff | inmate states he was forced to get naked and walk through the jail, cruel and unusual punishment. Inmate states he is also missing property/paperwork. | Employee Conduct Appears Resonable | 7/13/2022 |
| 5100-2021-1207-203 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states on 9/7 his civil rights were violated by LASD and special agents. Inmate states he was forced to get naked when he was zip tied and forced to walk naked through the county jails to xray, then placed in a room with other naked men. | Employee Conduct Appears Resonable | 7/13/2022 |
| 5100-2021-1222-205 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states on 9/7/2021 he was forced out of his cell by several LASD staff with rifles.. Inmate states he was stripped completely naked in from of several male and female staff and ordered to cough and squat. Inmate states he was then walked naked through the jail to the xray machine and thrown inside a holding tank. | Employee Conduct Appears Resonable | 7/13/2022 |
| 5100-2022-0629-226 | Men's Central Jail | Commissary - Keefe | Contract Vendor | Inmate stating he had ordered two care packages when he was housed at supermax. Inmate did not receive package and requesting if he received a refund for said package. | Inconclusive | 7/14/2022 |
| 5100-2022-0630-225 | Men's Central Jail | Commissary - Keefe | Contract Vendor | Inmate requesting to receive a refund for his commissary order he did not receive in the amount of $96.00. Inmate stating he was transferred to MCJ before receiving his ordered commissary. | Sustained in Part | 7/14/2022 |

EXHIBIT A
PAGE 19

15

| Reference Number | Facility | Grievance Type | Complaint Type | Complaint Detail | Disposition | Complete |
|---|---|---|---|---|---|---|
| | | | | **Provision 6.11-1 Log, 2022 Quarter 3 Rosas Facilities** | | |
| 5100-2022-0712-226 | Men's Central Jail | Commissary - Keefe | Contract Vendor | Inmate stating he was informed on June 17th he would receive a care package from his wife. However, inmate never received said package. | Not Sustained | 7/14/2022 |
| 5100-2022-0713-204 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate has been requesting a razor the last 4 days and that title 15 rights are being violated ( transgender rights). Inmate states razors are supposed to be available everyday. | Not Processed - Excessive Filing | 7/14/2022 |
| 5100-2022-0713-205 | Men's Central Jail | Service Related - Procedural | Complaint Process | Inmate states on 7/1/22 6 separate individual PREA grievances by 6 different prisoners in 5800 were submitted by handling of them together to deputy ▓ in dorm 5800. Inmate states this is for the purpose of making us aware of the submission of the grievances to ensure they are processed in accordance with LACSD policy and request acknowledgement of their receipt. | Not Processed - Excessive Filing | 7/14/2022 |
| 5100-2022-0714-329 | Men's Central Jail | Mail | Mail | Inmate stating he was told that his mail arrived at his housing location while he was under quarantine. Inmate requesting said mail to be delivered to him. | Not Sustained | 7/14/2022 |
| 5100-2022-0714-331 | Men's Central Jail | Property | ADA | Inmate stating his doctor ordered Dr. Scholl shoes. Inmate requesting to know when he will receive ordered shoes. | Sustained | 7/14/2022 |
| 5100-2021-1103-207 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states that on 9/7/21 his 4th and 8th Constitution rights were violated by LASD and special agents. Inmate further states he was forced to get naked, zip tied and forced to walk through county jail completely naked to get on x-ray then put in a cell with 30 other naked men. | Employee Conduct Appears Resonable | 7/14/2022 |
| 5100-2022-0630-260 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Per Inmate Aviles, he reports that they filed multiple grievances about violent assaults by deputies and that they have been retaliated against for making these reports (see assaults described in LA27268). Specifically, Aviles reports that they were moved to a maximum security solitary unit in retaliation for making these reports and that they should not be in this housing unit. | Not Sustained | 7/15/2022 |
| 5100-2022-0714-334 | Men's Central Jail | Religious Meals | Meals / Food | Inmate stating he has been denied his religious diet for Kosher meals. Inmate stating it is a violation of his Religious rights. | Released Prior to Inquiry | 7/15/2022 |
| 5100-2021-0415-307 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states he requested mental health help and instead deputies attacked him. | Employee Conduct Appears Resonable | 7/15/2022 |
| 5100-2021-0610-323 | Men's Central Jail | A staff member | Complaint Against Staff | Family member reported that Scott and the men on his block were not fed for two days and the men were complaining to the guards. In response, guards sprayed pepper spray through the vents into the men's' cells. The caller believed the guards were retaliating against Scott and others for asking for their mandatory meals. | Exoneration | 7/15/2022 |
| 5100-2021-0623-401 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states on 6/21/2021 he was assaulted by an officer and when he tried to speak up, he was retaliated against by being written up. Inmate states during a search, the officer kept kicking him in the ankle. Inmate states he was pressed against the wall. Inmate states he wants to press charges on the deputy. | Employee Conduct Appears Resonable | 7/15/2022 |
| 5100-2022-0310-242 | Men's Central Jail | A staff member | Complaint Against Staff | Demitris Sullivan reports that they have not been receiving showers as a form of retaliation from deputies. (Another grievance has been filed under record number LA26198) Sullivan reports that deputies ▓ (sp?) and ▓ have been continually denying Sullivan showers because of previous complaints. Please investigate this report of deputy retaliation. | Unable to Make Determination | 7/15/2022 |
| 5100-2022-0407-265 | Men's Central Jail | A staff member | Complaint Against Staff | A third party reports that Johnny Medina was assaulted by two other incarcerated individuals. On 03-29-2022 around 7pm, Medina was inside of his dorm, sitting on his bed when two other individuals began to punch him. As a result, Medina retained bruises all over his face, a cut lip, and severe bruising on his back from an attempted stab. After the violent incident, deputies shoved Medina and the two other individuals right next to each other. Medina has notified deputies before that he felt unsafe around these two individuals, and believed that he was going to be assaulted and has been ignored. After Medina was given a relocation assignment, the deputies told the two other individuals where Medina was going to be relocated. Please investigate this report of deputy failure to protect Medina from assault. | Unable to Make Determination | 7/15/2022 |
| 5100-2022-0502-365 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states today ▓ told him he does not like him or his kind. Also ▓ pushed him against the wall and told him Fuck me and my kind and soon just wait I was going to get it. Inmate states he does not know if that is a treat or not but he is afraid. | Employee Conduct Appears Resonable | 7/15/2022 |

EXHIBIT A
PAGE 20

16

| | | | | Provision 6.11-1 Log, 2022 Quarter 3 Rosas Facilities | | |
|---|---|---|---|---|---|---|
| Reference Number | Facility | Grievance Type | Complaint Type | Complaint Detail | Disposition | Complete |
| 5100-2022-0519-323 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states officer ▮▮▮ and officer ▮▮ both ignored him and made derogatory comments and denied he nurse. | Unable to Make Determination | 7/15/2022 |
| 5100-2022-0106-213 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate was sent to LCMC after being found with a noose around his neck. Inmate told JMET he feigned suicide because custody personnel have been ignoring his request to see medical personnel for blood in his urine.  Inmate will be housed at TTCF in HOH but afraid to return to Module 4500 because personnel threatened to "fuck him up" if he goes back. | Employee Conduct Appears Resonable | 7/16/2022 |
| 5100-2022-0331-320 | Men's Central Jail | A staff member | Complaint Against Staff | Canister reports that on the 3rd or 4th of March, while they were at MCJ in the 3000 floor, they were forced to squat and cough while the deputies observed and touched their genital region. Please investigate this report of sexual assault and harassment under PREA. Thank you. | Exoneration | 7/16/2022 |
| 5100-2022-0331-344 | Men's Central Jail | A staff member | Complaint Against Staff | A third party reports Mejia has excruciating pain in his ear for over two weeks, and has been requesting medical assistance every day, but has been ignored. The third party reports an officer told Mejia that if he wanted to see a doctor, he would need to yell "man down." The third party reports Mejia yelled "man down" on Monday (unsure about date) and no one offered him any medical assistance. Th third party reports he called "man-down" again today (MCC confirmed around 9am) and he was taken to be seen by a nurse at 2:11pm today (reported by Medical Command Center). Please investigate this report of deputy misconduct by not responding to and blatantly ignoring medical requests and a "man-down" call. Thank you. | Employee Conduct Appears Resonable | 7/16/2022 |
| 5100-2022-0503-310 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states on 4/16/2022 Officer ▮▮▮▮ maliciously said that he was "a Rata" on the presence of more than 5 deputies and (2 or 3 inmates). Deputy ▮▮▮ heard the argument and the malicious performance put his life in danger and disregard of conduct. | Employee Conduct Appears Resonable | 7/16/2022 |
| 5100-2022-0602-378 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states on 5/25/22 there was a drug search by LASD and his cell was hit. Inmate states his civil litigation papers in his civil case were destroyed by being soaked with water by unknown deputies. | Employee Conduct Appears Resonable | 7/16/2022 |
| 5100-2022-0712-220 | Men's Central Jail | Classification | Housing Location / Reclassification | Inmate stating he cannot be placed in general population. Inmate requesting to be reclassified in Protective Custody. | Not Sustained | 7/18/2022 |
| 5100-2022-0715-253 | Men's Central Jail | Mail | Mail | Inmate requesting what items are allowed via mail. | Sustained | 7/18/2022 |
| 5100-2022-0203-317 | Men's Central Jail | A staff member | Complaint Against Staff | Arreola reports terrible living conditions in a letter addressed to the ACLU jointly by 16 other inmates in MCJ 2500 B-Row. Arreola reports that there have been several major floods in the last couple of months, the latest at the time of the letter on October 12-14, 2021 where the flood led to feces and urine on the floor. This was of great concern as the trustees dragged their food through the water in milk and bread crates, leading to possible contamination. Arreola also reports that on the third day of that floor, after many requests to have it fixed, the individuals in 2500 protested, and the problem was finally fixed 30 minutes later. Arreola also reports that as the unit is pro per, they were concerned with the law library floods that have been occurring as well. He reports that on November 20 of 2021, the law library flooded for 9 days, causing the computers to break. This is once again of great concern to the whole pro per unit as broken computers inhibit their ability to do legal research. In this letter, Arreola further reports that every once in a while, he has smelled fumes coming out of the toilet in his cell. He also reports that he is concerned about the fumes as there is no ventilation in the whole unit, they freeze in the winter and sweat in the summer. Arreola further reports that there is never any hot water, they are never served hot food (a violation of the Title 15 requirement of one hot meal a day), and they have lost access to hair cuts and clippers. Arreola's letter about the concerning living conditions in MCJ B-Row 2500 is joined by: Edward Hernandez (6232924), Jaime Alejandro Balsells (6246145), Raul Garcia (6032216), Alexander Ruiz (6211348), Sosaia Sekona (5903105), John Cabe (6272006), Jocel Navarro (6027107), Mark Anthony Mijares (5792292), Trevor Charles Kittridge (6237323), Derek P (5672797), Raymond Gutierrez (6 l 72194), Angel Valenzuela (5008365}, Selvin Salazar (5382962), Steven B Ochoa (6197187), Mauricio Linares (6038964), and | Appears Employee Conduct Could Have Been Better | 7/18/2022 |

EXHIBIT A
PAGE 21

17

| | | | Provision 6.11-1 Log, 2022 Quarter 3 Rosas Facilities | | | |
|---|---|---|---|---|---|---|
| **Reference Number** | **Facility** | **Grievance Type** | **Complaint Type** | **Complaint Detail** | **Disposition** | **Complete** |
| 5100-2022-0419-301 | Men's Central Jail | A staff member | Complaint Against Staff | the following complaint was received by CSS and being forwarded for review<br><br>"He was put in a cell .. the phone does not work .. it was done intentionally . The phone was messed up when he got in there and he has been complaining to the sheriff inside nothing is done    when will he get a working phone ? When will he see medical attention for the bump that was caused in the other cell he was put in ? When we'll get his mental medicine? When will the sheriff are The people attending to the needs of the prisoners treat them . Like humans and not animals? I need answers?! He have been called monkeys and all types of racist slur's   he is a African American man with rights and they are breaking them    . He needs attention and help . Someone went and checked on him about my last complaint NOTHING WAS DONE . WE WOULD HIGHLY APPRECIATE  F SOMETHING IS DONE" | Employee Conduct Appears Resonable | 7/18/2022 |
| 5100-2022-0421-298 | Men's Central Jail | A staff member | Complaint Against Staff | Third party grievance received via telephone:<br><br>R/P Gloria Abrahams called and complained about 3000 roof deputy ▇▇▇ #▇▇▇▇ Mrs. Abrahams said her husband, inmate Jesse Abrahams #4997426, called her and said Deputy ▇▇▇ denied him roof time on 04/18/22 without an explanation. Deputy ▇▇▇ walked the tier ignored him and failed to open his cell, even though he was standing at his cell gate waiting. Mrs. Abrahams said her husband has had problems with Deputy ▇▇▇ in the past from when he was in high power module.<br><br>At approximately 1300 hours Mrs. Abrahams called again and said her husband had called her again this time complained Deputy ▇▇▇ had gone to his cell and said "tell your wife I said hello." Mrs. Abrahams felt this was a threat towards her for having called to complain on behalf of her husband. | Appears Employee Conduct Could Have Been Better | 7/18/2022 |
| 5100-2022-0630-270 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Per Inmate Washington, he called the ACLU on 06-16-2022 to report staff retaliation and racial discrimination from Sergeant ▇▇▇ (Badge #▇▇▇ Washington reports that ▇▇▇ is blocking all of his grievance appeals for medical treatment, religious diet, outdoor recreation, and more. Washington reports that this is in retaliation for filing grievances. | Not Sustained | 7/19/2022 |
| 5100-2022-0711-332 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Third-party complaint was received via Custody Web Response.  Per Tukova, Inmate Stokes for the last week, "Officer ▇▇▇ refuses to cut off 3300 module lights off at 10pm instead cuts them off at 12am. While in holding cell in San Fernando court, Officer ▇▇▇ and Officer ▇▇▇ violated inmates Stokes 6th amendment right by interfering with his counsel they refused to escort Stokes to the attorney room to speak to his lawyer.  And Sergeant ▇▇▇ made Inmate Stokes miss his court bus by not escorting him to the court line on time". | Not Sustained | 7/20/2022 |
| 5100-2022-0720-213 | Men's Central Jail | Other | Money / Inmate Accounts | Inmate states he was pulled into the OSJ office on 7/8/ regarding some money of his that was being returned to him from the ATF. Inmate states the agent informed him $325.00 would be going on his books that day. Inmate states the money has not been placed on his books and he wants to know what is going on. | Not Sustained | 7/20/2022 |
| 5100-2022-0720-217 | Men's Central Jail | Living conditions | Living Conditions | Inmate states on 7/9/2022 MCJ 2400 B-12 toilet is stuck and it will not flush. Inmate is requesting to have this issue fixed. | Sustained in Part | 7/20/2022 |
| 5100-2022-0720-219 | Men's Central Jail | Living conditions | Living Conditions | Inmate states the issue is there is no hot water at all in his cell. Inmate states hot water is essential for bathing and food. Inmate is requesting to get this fixed. | Sustained in Part | 7/20/2022 |
| 5100-2022-0720-220 | Men's Central Jail | Classification | Housing Location / Reclassification | Inmate states that he is not supposed to be in an active module. Inmate does not want to be called for dayroom or group yard because he fears for his safety. Inmate states there is a non-active and needs to be in a non-active module. Inmate is requesting to be moved to 3100 for his safety. | Not Sustained | 7/20/2022 |

CONFIDENTIAL — FILED PURSUANT TO COURT ORDER

EXHIBIT A
PAGE 22

18

| | | | **Provision 6.11-1 Log, 2022 Quarter 3 Rosas Facilities** | | | |
|---|---|---|---|---|---|---|
| **Reference Number** | **Facility** | **Grievance Type** | **Complaint Type** | **Complaint Detail** | **Disposition** | **Complete** |
| 5100-2022-0720-223 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate states every person that comes to jail alone they have there own booking number and he feels retaliation when staff gets into with an inmate they take it out on the dorm with vending. inmate states that should not be happening. | Not Sustained | 7/20/2022 |
| 5100-2022-0720-233 | Men's Central Jail | Mail | Mail | Inmate states he would like to receive his mail since he has been moved from 2100 to 7000 floor and even from towers. Inmate is requesting to receive any mail he has. | Inconclusive | 7/20/2022 |
| 5100-2022-0720-244 | Men's Central Jail | Mail | Mail | Inmate states he has not been receiving his letters or pictures for the last few weeks. Inmate is requesting for someone to look into this. | Inconclusive | 7/20/2022 |
| 5100-2022-0720-247 | Men's Central Jail | Mail | ADA | Inmate states he ordered a pair of Dr. Schools about a month ago and he still has not received them. Inmate states he ordered them in 2020 and got them without nay issues right away. Inmate is requesting to get his shoes. | Not Sustained | 7/20/2022 |
| 5100-2022-0720-250 | Men's Central Jail | Living conditions | Living Conditions | Inmate states cells 13 to 17 the toilets are not working. Inmate is requesting to have a plumber come fix the issue. | Sustained in Part | 7/20/2022 |
| 5100-2021-0707-358 | Men's Central Jail | A staff member | Complaint Against Staff | A THIRD PARTY REPROTS THAT ROBERTSON HAD A SEIZURE ON JULY 30TH, 2021, AT AROUDN 12 52PM. THE THIRD PARTY REPORTS THAT THE GUARD ON DUTY COVERED THE R NAME TAG AND LAUGHED AT ROBERTSON, FAIL NG TO PROVIDE H M WITH ANY MEDICAL ATTENTION OR CARE. | Unable to Make Determination | 7/20/2022 |
| 5100-2021-0927-228 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states on 9/7/21 he was deprived a meal for 12 hrs and also forced to take off all his clothes and make a walk all the way down to the court tanks on another floor completely nude and barefoot. Inmate states he did not commit any rule violation. Inmate states he was escorted by a deputy while he was completely naked without his permission. Inmate states he has been incarcerated for 10 years and he has never heard of this happening. Inmate is stating he does not know why it was necessary to have him naked to get an x-ray when they can see through clothes. | Unable to Make Determination | 7/20/2022 |
| 5100-2021-1103-206 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states that on 9/7/21, abel row 2500 inmates were ordered out of their cells in boxers, shower shoes into the hallway and ordered naked & cavity searched. Inmate states they were zip tied and forced to walk butt naked & barefoot past women and med on germ infested feces covered floors. Inmate states he suffers painful right foot cramps and as a result of this contracted foot fungus infection. | Employee Conduct Appears Resonable | 7/20/2022 |
| 5100-2022-0225-326 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states he was moved and his property did not follow him. Inmate states he told multiple deputies and Deputy ▮▮ purposely gave him misleading information. | Unable to Make Determination | 7/20/2022 |
| 5100-2022-0706-246 | Men's Central Jail | Classification | Housing Location / Reclassification | Inmate DeSoto requests a housing classification interview to possibly be declassified as high power. | Not Sustained | 7/21/2022 |
| 5100-2022-0316-202 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate states he is being harassed by deputy ▮▮ employee ▮▮ Inmate states he asked for medical attention and he was denied. Inmate states when he asked for a sergeant the deputy got upset and threatened to LOP him. Inmate states the deputy came with a notice of discipline violation with multiple false allegations including creating a disturbance-physical which is an obvious lie because if he created a physical disturbance he would be removed from the housing and placed in Ad-seg. Inmate states he was taking a bowel movement at the time he brought the write up. Inmate states the deputy walked off saying he was going to say he refused to sign the paper. Inmate states he does not know what deputy ▮▮ has against him. Inmate states he goes out of his way to make him uncomfortable and threatened in his presence. Inmate states one day he was late for court and over the loud speak her announced that he was keeping program was going to be off all day and if anyone on the tier is upset about it they should "deal with inmate Landers in Bake 13." | Not Sustained | 7/21/2022 |
| 5100-2022-0720-231 | Men's Central Jail | Mail | Mail | Inmate states his family has been sending him mail and he has not received anything. Inmate is requesting to know why his mail is on hold. | Not Sustained | 7/21/2022 |
| 5100-2022-0720-238 | Men's Central Jail | Living conditions | Living Conditions | Inmate states the toilet and sink water are broken on Abel 9-17. Inmate states they are ignored to use the restroom. | Sustained in Part | 7/21/2022 |
| 5100-2022-0720-248 | Men's Central Jail | Mail | Mail | Inmate states he has not received his mail and he has been waiting from his co-defendant at CRDF and also pictures from free prints form his daughters. | Not Sustained | 7/21/2022 |

EXHIBIT A
PAGE 23

19

CONFIDENTIAL PURSUANT TO COURT ORDER

| | | | | Provision 6.11-1 Log, 2022 Quarter 3 Rosas Facilities | | |
|---|---|---|---|---|---|---|
| **Reference Number** | **Facility** | **Grievance Type** | **Complaint Type** | **Complaint Detail** | **Disposition** | **Complete** |
| 5100-2022-0721-250 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate states deputy ▇ ▇ with force pulled his arm and popped his shoulder almost out when he was asking peacefully asking to speak with a sergeant. Inmate states deputy ▇▇▇ and other deputies laughing at him as he sat asking for a sergeant. Inmate states deputy ▇ forcefully grabbed his arm again twisting his arm and wrist and forced handcuffs on him. | Not Sustained | 7/21/2022 |
| 5100-2022-0721-253 | Men's Central Jail | Living conditions | Living Conditions | Inmate states that the lights are out in his cell. Inmate is requesting to have the lights replaced with bright lights so he can study and file a motion. | Sustained in Part | 7/21/2022 |
| 5100-2022-0721-260 | Men's Central Jail | Commissary - Keefe | Contract Vendor | Inmate states 2 weeks ago his wife sent him a package back to back this past Monday and he did not receive anything. Inmate states he believes the keefee worker gave his packages to his old cell. Inmate is requesting to please compare the signatures stating he did not receive his packages. | Released Prior to Inquiry | 7/21/2022 |
| 5100-2021-0409-220 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states on 2-20-21 he slipped and fell in 4700 d-1 shower. Inmate states he informed multiple staff and from it he has received inadequate medical attention. Inmate states it took him over 12 days to see anyone about his incident. | Unable to Make Determination | 7/21/2022 |
| 5100-2021-0913-250 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states on 9/7/21 during breakfast he was told they were on full lock down again. Inmate states the phone and TVs were shut off and there was no law library. Inmate states he was forced to leave the cell naked and lights were shined on his asshole to scrutinize the anus. Inmate states he was zip tied and escorted without a mask to the xray machine. Inmate states he is also missing several items that he found when he returned back to his cell. | Employee Conduct Appears Resonable | 7/21/2022 |
| 5100-2021-0927-208 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states on 9/7/21 he was trip searched by both male and female deputies and was taken completely naked to court line and x-ray. Inmate states he was then placed in close quarters with approximately 30-40 other inmates. Inmate states he was given 1 milk and a burrito which is short of the 2000 calorie diet a day. Inmate states he was paraded around the jail. Inmate states he had to walk naked and barefoot and these acts were overt by the LASD. Inmate is requesting video footage of incident. | Unable to Make Determination | 7/21/2022 |
| 5100-2021-0927-224 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states on 9/7/21 during the 3rd watch his 4th and 8th amendments were violated. Inmate states he was harassed and humiliated and discriminated against. Inmate states the actions by the LA sheriff Dept. staff and higher administration were cruel and unusual punishment. Inmate states he was forced to exit his cell and place his hands behind his back while weapons were pointed at him. Inmate states he was forced to strip naked and was searched. Inmate states he had no boxers, shower shoes and placed in zip ties. Inmate states he was encountered by both male and female staff. Inmate states he was intimidated and paraded throughout the jail and intimidated with automatic weapons. Inmate states this was inhumane and cruel and unusual punishment. Inmate is requesting all footage . | Employee Conduct Appears Resonable | 7/21/2022 |
| 5100-2021-1103-314 | Men's Central Jail | A staff member | Complaint Against Staff | Estupinon reports incidents of retaliation for having complained for going on hunger strike related to the lockdown incident on September 7. Estupinon reports that at times his showers have been suspended, his day room has been suspended, and his time to go to the law library has been suspended. Please investigate this report of custodial staff retaliation in violation of COM 5-12/005.05. Thank you. | Employee Conduct Appears Resonable | 7/21/2022 |
| 5100-2021-1118-210 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states on 9/7/21 he was forced out of his cell, then forced to walk naked and barefoot down and up the escalators to the other side of the jail. Inmate states his cell was illegally searched. | Employee Conduct Appears Resonable | 7/21/2022 |
| 5100-2022-0706-259 | Men's Central Jail | COVID-19 NON-Medical Related | Inmate Information Systems | Inmate Bonsall reports that their housing unit have been held in quarantine housing past the 14-day limit. Bonsall reports being held in quarantine for 16 days, and as a result missed a court date with a possible release date. | Inconclusive | 7/22/2022 |
| 5100-2022-0714-297 | Men's Central Jail | Mail | Mail | Inmate requesting a mail tracing form for his legal mail. | Sustained | 7/22/2022 |
| 5100-2021-0714-385 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states he was sexually and physically assaulted by Deputy ▇▇▇ in retaliation for writing him up. | Employee Conduct Appears Resonable | 7/22/2022 |
| 5100-2021-1109-344 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states on 9/7 and 9/8 deputies met outside his cell told him to get naked and forced zip tied and paraded around naked to court line x ray room where female staff was present laughing and joking | Unable to Make Determination | 7/22/2022 |

EXHIBIT A
PAGE 24

20

| Reference Number | Facility | Grievance Type | Complaint Type | Complaint Detail | Disposition | Complete |
|---|---|---|---|---|---|---|
| | | | **Provision 6.11-1 Log, 2022 Quarter 3 Rosas Facilities** | | | |
| 5100-2022-0203-345 | Men's Central Jail | A staff member | Complaint Against Staff | In two voicemails, Sullivan reports unnecessary use of force by Officers ▮▮▮ and ▮▮▮ (sp?), which they state is in retaliation for earlier complaints made against Officers ▮▮▮ and ▮▮▮ ▮▮▮ reports officers' attempts to cover up what is on camera by trumping up charges against them so that they would have to go through disciplinary action, and adds that floor chief, Officer ▮▮▮ denied their appeal. Sullivan reports they were unable to use their legs, that officers denied them use of a wheelchair, left them shoeless, stopped them from going to court and medical treatment. Please investigate and report back what is found. Thank you. | Employee Conduct Appears Resonable | 7/22/2022 |
| 5100-2022-0722-276 | Men's Central Jail | Living conditions | Living Conditions | Inmate requesting shower temperature to be turned down a little due to being too hot. | Sustained in Part | 7/25/2022 |
| 5100-2022-0722-302 | Men's Central Jail | Living conditions | Clothing / Hygiene | Inmate requesting new hair clippers due to current ones being broken. | Sustained in Part | 7/25/2022 |
| 5100-2022-0725-327 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate states he was placed in the hole for refusing to cough and squat by deputies. Inmate states he does not refuse search and seizure but he refused to be degraded as a human. | Not Sustained | 7/25/2022 |
| 5100-2022-0725-329 | Men's Central Jail | Mail | Mail | Inmate states he is trying to get back an address that he wrote to a friend in April 2022. Inmate is requesting a record of the addresses he sent mail to. | Inconclusive | 7/25/2022 |
| 5100-2022-0725-356 | Men's Central Jail | Property | Property - Other | Inmate states he was separated from his legal, civil and personal property on the night listed 7/12/22. Inmate states his property was never returned to him. Inmate states the deputies who escorted him were unprofessional and did not move his property with him. Inmate requesting to have his property found or replaced. | Sustained in Part | 7/25/2022 |
| 5100-2022-0714-333 | Men's Central Jail | Food Services | Meals / Food | Inmate stating he has placed a request for vegan diet, but has not been receiving requested diet meals. | Not Sustained | 7/26/2022 |
| 5100-2022-0726-206 | Men's Central Jail | Telephone | Telephones | Theres an inmate by the name of ALFONSO GARCIA BK#6322855<br><br>Hes in a cell with a broken phone and wanted to see how can i or we make a complaint to have him switch a cell with a working phone so he can have at least phone privilege to at least keep in touch with his family .<br>Please help | Sustained in Part | 7/26/2022 |
| 5100-2022-0726-342 | Men's Central Jail | Classification | Housing Location / Reclassification | Inmate requesting to be reclassified as PC. | Sustained in Part | 7/26/2022 |
| 5100-2022-0630-285 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Per Inmate Tucker, he reports experiencing retaliation from deputies after refusing to volunteer to work. They report being threatened and put on lockdown, having their TV and good time taken away and having their "anus exposed publicly" as punishment for not working | Not Sustained | 7/27/2022 |
| 5100-2022-0706-260 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Per Inmate Saldivar reports incident of retaliation by Deputy ▮▮▮ who wrote up Saldivar and others and is attempting to have them fired for refusing to volunteer after they had already completed their job assignments for the day. Saldivar reports that since the incident he has not been fed for 20 hours and is being denied access to a shower by deputies in retaliation. | Inconclusive | 7/27/2022 |
| 5100-2022-0706-262 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate Arriaga reports deputies retaliated against himself and ~35 others by writing them up for insubordination when they did not volunteer to pass out meals. | Inconclusive | 7/27/2022 |
| 5100-2022-0714-231 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate e La Cruz reports receiving a complaint form with false information from an unnamed grievance deputy and being told to sign off on it even with this false information (see LA27396). | Released Prior to Inquiry | 7/27/2022 |
| 5100-2022-0714-259 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate Sanchez reports that they still have not received medical attention for their unspecified condition and that in the morning of July 9, 2022, an unnamed grievance deputy tried to coerce them into signing off on a complaint form saying that they received medical treatment and that they no longer wanted to proceed with their ACLU grievance (LA26976). Sanchez wants to proceed with this grievance, given that it is unresolved, and they still have not received medical treatment (see LA27406). | Not Sustained | 7/27/2022 |

CONFIDENTIAL PURSUANT TO COURT ORDER

EXHIBIT A
PAGE 25

21

| Provision 6.11-1 Log, 2022 Quarter 3 Rosas Facilities | | | | | | |
|---|---|---|---|---|---|---|
| Reference Number | Facility | Grievance Type | Complaint Type | Complaint Detail | Disposition | Complete |
| 5100-2022-0105-251 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate states on 12/22/21 he was placed in administrative segregation and subjected to cruel and unusual punishment and conditions in violation of the united states constitution amendments 1, 8, and 14 for the exercise of his right to free speech and grieving the unsanitary living conditions  in the midst of this covid pandemic. Inmate states his injuries include but are not limited to insect bites which caused swelling of hands, scabs on various parts of his body due to being forced to sleep with a filthy blanket and sponge type mattress previously used by other prisoners for approximately 6 days. Inmate states he was subject to sleeping in a filthy cell without being provided with any disinfectant  to clean the cell with and was forced to sleep for 2 days in a cell with feces and sewage water flooded over the toilet and floor. Inmate states he was not provided with soap, towel shower shoes and clean clothes to shower nor was he provided with a clean blanket or sheet to sleep on or shower for the entire 6 days. | Not Sustained | 7/27/2022 |
| 5100-2022-0602-348 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate states on 6/1/2022 around 8 00am sgt ███████ and dep███████ came to his cell waking him out of his sleep about a grievance he had turned in on 5/31/2022. Inmate states the grievance office spoke with Sgt ███████ and told him to return his grievance back to him due to him filing 5 different complaint on one grievance which he states is a lie. Inmate states he wrote a complaint due to food that falls under medical as well this was against custody personnel doing retaliation. Inmate states the grievance form was sent back to him due to the deputies in 1700-1750 was being guilty on the facility camera as well as plenty of times before. Inmate states the grievance office feels they do not have to process his complaints and they can just be sent back. Inmate states also on 5/31/2022 around 9:09pm deputy ███████ walked the tier calling him a Bitch snitch nigger slave monkey and he would like him and Sgt ███████ written up/. | Not Sustained | 7/27/2022 |
| 5100-2022-0725-350 | Men's Central Jail | Mail | Mail | Inmate is requesting the mailing address for someone to send mail to him here and how it should be addressed. | Not Sustained | 7/27/2022 |
| 5100-2022-0727-220 | Men's Central Jail | Other | Complaint Process | Inmate states he was given a disposition on 7/23/22 regarding ref# 5100-2021-1103-205. Inmate states his time frame is over the appeal time and he feels that his initial complaint has been over looked. | Not Sustained | 7/27/2022 |
| 5100-2022-0727-223 | Men's Central Jail | Living conditions | Living Conditions | Inmate states his basic needs such as haircuts, yard complaint forms fresh linen/ clothing are being ignored. | Not Sustained | 7/27/2022 |
| 5100-2022-0128-288 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate states Deputy ███████ and other deputies searched his cell and took him to the hole. Inmate states all his hygiene and property was missing. Inmate states he was disrespected and he believes it is in retaliation for being part of the September 7th lawsuit. | Not Sustained | 7/28/2022 |
| 5100-2022-0725-338 | Men's Central Jail | Mail | Mail | Inmate is requesting to know what is going on with his mail. Inmate states his wife sent him pictures about 2 months ago and he has not received them. | Not Sustained | 7/28/2022 |
| 5100-2022-0725-342 | Men's Central Jail | Mail | Mail | Inmate is requesting to know if he has any recent pictures from free prints or any that have been returned to sender. | Not Sustained | 7/28/2022 |
| 5100-2022-0728-276 | Men's Central Jail | Mail | Mail | Inmate was transferred from state prison and requesting to receive his mail to be delivered here. | Not Sustained | 7/28/2022 |
| 5100-2022-0729-236 | Men's Central Jail | Classification | Housing Location / Reclassification | Inmate requesting to be classified as a K18G. | Sustained in Part | 7/29/2022 |
| 5100-2022-0729-288 | Men's Central Jail | Classification | Housing Location / Reclassification | Inmate requesting to speak with LGBT Services. | Not Sustained | 7/29/2022 |
| 5100-2021-0928-236 | Men's Central Jail | A staff member | Complaint Against Staff | Garma reports an incident of deputy negligence and harassment on 9/7 in MCJ. Garma reports that they were stripped naked, and made to walk down three floors with their hands zip tied behind their back. Barefoot, Garma sustained injuries from walking down the stairs. Garma further states that officers pointed at, laughed at,. and degraded them during the process. Garma was then held on top of the roof for 17 hours. | Unable to Make Determination | 7/29/2022 |

CONFIDENTIAL ORDER PURSUANT TO COURT ORDER

EXHIBIT A
PAGE 26

22

| Provision 6.11-1 Log, 2022 Quarter 3 Rosas Facilities | | | | | | |
|---|---|---|---|---|---|---|
| Reference Number | Facility | Grievance Type | Complaint Type | Complaint Detail | Disposition | Complete |
| 5100-2022-0127-256 | Men's Central Jail | A staff member | Complaint Against Staff | Bonilla reports an incident of deputy harassment and strip search on 9/7/2021. Bonilla was given yard access at 6:30 AM. He was held in the yard until I 0:37 PM by deputies. Bonilla reports that deputies confiscated all clothing, property, and paperwork from their housing. Bonilla was handcuffed, naked, and "paraded all around downstairs". Only after Bonilla was put through the X-ray, he was able to wear boxers. He remained otherwise unclothed. Bonilla was then taken to the law library where he was kept in his boxers for two hours without blankets, other clothing, or shoes. He did not receive any clothing until later the next day, when he had to get them himself. Please investigate this report of deputy harassment and strip search. Thank you. | Unable to Make Determination | 7/29/2022 |
| 5100-2022-0215-299 | Men's Central Jail | Property | ADA | Inmate requesting to his prostatic leg form his property. | Not Sustained | 8/1/2022 |
| 5100-2022-0523-356 | Men's Central Jail | Property | ADA | Inmate stating he received Chrono shoes a month ago and is requesting to be delivered to him. | Not Sustained | 8/1/2022 |
| 5100-2022-0727-215 | Men's Central Jail | Telephone | Telephones | Inmate states he was housed in 3300D6 and he notified the deputy that the phone was broken in the cell. Inmate states he requested a work order to fix the phone but it has not been fixed and he has been unable to contact his family. | Sustained in Part | 8/1/2022 |
| 5100-2022-0801-209 | Men's Central Jail | Mail | Mail | Inmate states he put his phone book in his outgoing mail and her is requesting to get it back. | Inconclusive | 8/1/2022 |
| 5100-2022-0801-211 | Men's Central Jail | Mail | Mail | Inmate is requesting to know why it takes so long to pass out mail. Inmate states he waited about a month to get pictures. | Inconclusive | 8/1/2022 |
| 5100-2022-0801-215 | Men's Central Jail | Mail | Mail | Inmate states his family has been sending mail to him several times and all his mail has been returned. Inmate is requesting to know why his mail is being returned. | Inconclusive | 8/1/2022 |
| 5100-2022-0801-224 | Men's Central Jail | Living conditions | Living Conditions | Inmate states he is being forced to live in a cell with no running water hot or cold. Inmate states the plumbers came when he only had hot water. Inmate states that the cold water stopped working a few days after. Inmate states he has requested a work order but nothing has been fixed. | Sustained in Part | 8/1/2022 |
| 5100-2022-0801-228 | Men's Central Jail | Property | Property - Other | Inmate states he was told his property has been disposed of and he has not been reclassed yet. Inmate is requesting to know who he has to talk to. | Not Sustained | 8/1/2022 |
| 5100-2022-0801-293 | Men's Central Jail | Living conditions | Living Conditions | Inmate requesting to move to a dorm setting. | Not Sustained | 8/1/2022 |
| 5100-2022-0706-205 | Men's Central Jail | Food Services | Meals / Food | Inmate states for the past 5 days his gluten free breakfast has been missing the eggs. Inmate is requesting to inform the kitchen staff. | Not Sustained | 8/2/2022 |
| 5100-2022-0727-222 | Men's Central Jail | Food Services | Meals / Food | Inmate states he has only received his special diet about a handful of times and he has submitted complaints and have not been responded to. | Inconclusive | 8/2/2022 |
| 5100-2022-0802-216 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate states he was housed in solitary 3301 for 58 days in discipline. Inmate states the maximum that can be given is 29 days and he was held extra days without a phone call or access to exercise yard. Inmate states this was done out of retaliation. | Not Sustained | 8/2/2022 |
| 5100-2022-0802-219 | Men's Central Jail | Living conditions | Living Conditions | Inmate states on 7/29/2022 he informed custody that the toilet was backed up and flooded his cell was feces. Inmate states this is a health hazard and needs to be fixed. | Sustained in Part | 8/2/2022 |
| 5100-2022-0223-209 | Men's Central Jail | Mail | Mail | Inmate states his family sent him books "appeals and writs in criminal cases vol 1 +2 over 30 days ago and it was received here but he has nt yet been given the books. Inmate is requesting to know where his books are. | Inconclusive | 8/3/2022 |
| 5100-2022-0223-216 | Men's Central Jail | Mail | Mail | Inmate states he has been waiting on his mail for a long time now. Inmate states his family called and was told he would get it today (2/17/22) however he did not receive any mail. Inmate is requesting to know why his mail is being withheld from him. | Inconclusive | 8/3/2022 |
| 5100-2022-0223-217 | Men's Central Jail | Mail | Mail | Inmate states he was in 5500 and now he is in 4500 and he wants to know what happens to his mail. Inmate is requesting to know if his mail will be rerouted to him in the same day or does he have to wait three weeks to get it. | Not Sustained | 8/3/2022 |
| 5100-2022-0223-222 | Men's Central Jail | Mail | Mail | Inmate is requesting to know if he will be receiving his mail on 2/22/22 due to movement that was not on him. Inmate states he still has not received his mail in two weeks. Inmate is requesting to know what is going on. | Not Sustained | 8/3/2022 |
| 5100-2022-0301-210 | Men's Central Jail | Mail | Mail | Inmate states he was at court and he was unable to get his mail. Inmate is requesting to get his mail. | Not Sustained | 8/3/2022 |

EXHIBIT A
PAGE 27

23

| Provision 6.11-1 Log, 2022 Quarter 3 Rosas Facilities | | | | | | |
|---|---|---|---|---|---|---|
| **Reference Number** | **Facility** | **Grievance Type** | **Complaint Type** | **Complaint Detail** | **Disposition** | **Complete** |
| 5100-2022-0301-224 | Men's Central Jail | Mail | Mail | Inmate states on 2/24/2022 he was denied and not issued personal incoming mail because he did not have a wristband. Inmate is requesting to receive his pictures/ mail now that he has a wristband. | Not Sustained | 8/3/2022 |
| 5100-2022-0614-305 | Men's Central Jail | Mail | Mail | Inmate is requesting information about his mail. | Inconclusive | 8/3/2022 |
| 5100-2022-0627-213 | Men's Central Jail | Mail | Mail | Inmate states he has been waiting on his pictures since 4/30/22 and he has not received them. Inmate states they are from Pelipost and free prints. Inmate is requesting to check to see if they have arrived. | Inconclusive | 8/3/2022 |
| 5100-2022-0627-235 | Men's Central Jail | Mail | Mail | Inmate states he is not receiving his mail, pictures or letters, Inmate is requesting for this to be looked into. | Inconclusive | 8/3/2022 |
| 5100-2022-0725-339 | Men's Central Jail | Mail | Mail | Inmate states mail has not been received in 4500 this week. Inmate states the mail day was moved to Monday and no one came. Inmate states he had mail sent by his family over two months ago. Inmate states mail also did not get any response on his last complaint regarding his mail. | Inconclusive | 8/3/2022 |
| 5100-2022-0727-207 | Men's Central Jail | Mail | Mail | Inmate states he filed grievances on 6/27/2022 and 7/6/22 that have not yet been answered regarding his mail that shows has already arrived but he has not yet received. | Inconclusive | 8/3/2022 |
| 5100-2022-0801-229 | Men's Central Jail | Mail | Mail | Inmate states he received the mail he wrote a complaint about but since then he has not received any other mail that he has been waiting for. | Inconclusive | 8/3/2022 |
| 5100-2022-0802-205 | Men's Central Jail | Mail | Mail | Inmate states he has been waiting on his mail from over a month and he is requesting to talk to someone. | Inconclusive | 8/3/2022 |
| 5100-2022-0802-222 | Men's Central Jail | Mail | Mail | Inmate states his family and friends have notified him that they sent him mail well over 3 weeks ago. Inmate is requesting to know why he has not yet received it. | Inconclusive | 8/3/2022 |
| 5100-2022-0803-211 | Men's Central Jail | Mail | Mail | Inmate states he has 3 books that have been here since Monday 5/23/22 and he has not received or have been returned to sender. Inmate is requesting to know what happened with his books? | Not Sustained | 8/3/2022 |
| 5100-2022-0803-310 | Men's Central Jail | Other | Inmate Information Systems | Inmate states he feels like his module cop is trying to keep all grievance forms from him cause he is an M. Inmate states he needs a grievance form. | Not Sustained | 8/3/2022 |
| 5100-2021-0805-277 | Men's Central Jail | Mail | Mail | Inmate requesting if Somalian Dictionary falls under county jail standards . | Not Sustained | 8/3/2022 |
| 5100-2021-1027-232 | Men's Central Jail | Mail | Mail | Inmate is requesting to speak to a sgt regarding his mail. Inmate states his mail is being sent back to sender as if he is no longer in custody and he is not receiving any of it. | Inconclusive | 8/3/2022 |
| 5100-2022-0627-214 | Men's Central Jail | Food Services | Meals / Food | Inmate states there have been many issues with the Halal trays not come or are missing fruit or dessert. Inmate is requesting assistance with this issue. | Inconclusive | 8/4/2022 |
| 5100-2022-0728-336 | Men's Central Jail | Service Related - Procedural | Living Conditions | Third-party on behalf of Brown reports Brown is being denied 3 hours of recreation time per week. Please investigate and provide Brown with 3 hours of recreation time per week. Also, please check Title 15 log/E-UDAL<br /> and report what is recorded. Please address any inconsistencies between what Brown reports and what is recorded. Thank you. | Not Sustained | 8/4/2022 |
| 5100-2022-0728-338 | Men's Central Jail | Service Related - Procedural | Telephones | DeSoto reports being housed in 3100 A-25 and being court-order to declassify and have all their phone privileges reinstated. They report filing multiple grievances and inmate requests regarding this matter for the past month and have not gotten any responses so far (see LA273 I 7). Please conduct a housing classification interview with DeSoto. Thank you. | Not Sustained | 8/4/2022 |
| 5100-2022-0728-341 | Men's Central Jail | Service Related - Procedural | Discipline / Discipline Review Board (DRB) | Montgomery reports that, as of July 10, they have already been held in solitary confinement for 58 days, after abuses during a use of force incident. Please investigate this matter and report why Montgomery was held in solitary confinement for this term. If Montgomery is still in solitary confinement, assess and remove if he is beyond the maximum period allowed. | Not Sustained | 8/4/2022 |

CONFIDENTIAL PURSUANT TO COURT ORDER

EXHIBIT A
PAGE 28

24

| Reference Number | Facility | Grievance Type | Complaint Type | Complaint Detail | Disposition | Complete |
|---|---|---|---|---|---|---|
| 7 **Provision 6.11-1 Log, 2022 Quarter 3 Rosas Facilities** | | | | | | |
| 5100-2022-0728-346 | Men's Central Jail | Service Related - Procedural | Living Conditions | Rainey reports that on June 25th, 2022 they were subjected to sexual harassment while going out to the yard. They report that deputies forced them to squat, spread their butt cheeks, and cough. While doing so Rainey reports that deputies ridiculed them, saying that they smelled like *ss and like they hadn't showered in weeks. As a result of this sexual harassment Rainey reports feeling depressed, having trouble sleeping, and no longer wanting to go out to the yard. Please report this incident to the PREA coordinator and conduct a PREA investigation. Please also refer Rainey to a mental health professional for attention and care. | Not Sustained | 8/4/2022 |
| 5100-2022-0728-348 | Men's Central Jail | Service Related - Procedural | Inmate Information Systems | Sparks reports they have not been to yard or recreation time since September. Sparks reports a use of visual body cavity searches every time they went to yard, which is especially problematic for Sparks who reports wearing a diaper. Provide Sparks with recreation time without the barrier of being forced to subject himself visual body cavity searches. Thank you. | Not Sustained | 8/4/2022 |
| 5100-2022-0728-351 | Men's Central Jail | Service Related - Procedural | Property - Other | Williams reports Deputy ▮▮▮ filled out a form for missing/damaged property but it was not logged and he did not get a reference number and thus he was unable to complete the claim. Williams reports Sergeant ▮▮▮ signed the form. Please investigate and provide Williams with the reference number for his claim and assist him in the process of reclaiming his property. Please also provide Williams with his dispositions from previous grievances and ACLU grievance numbers which include: LA25238, LA25349, LA254 I 7, LA2565 I, LA25625, LA26257, LA26256, LA26487, LA26486, LA27298, LA27615. Thank you. | Sustained in Part | 8/4/2022 |
| 5100-2022-0728-360 | Men's Central Jail | Service Related - Procedural | Inmate Information Systems | Gaxiola reports that they submitted a grievance approximately two weeks ago and have not heard a response from LASO. Please respond to and address all of Gaxiola's outstanding grievances. | Not Sustained | 8/4/2022 |
| 5100-2022-0728-361 | Men's Central Jail | Service Related - Procedural | Inmate Information Systems | Barrett reports he has been in custody for 9 months without being given a court date or seeing a judge. Please investigate and provide Barrett with information about his case including his next court date. Thank you. | Not Sustained | 8/4/2022 |
| 5100-2022-0215-208 | Men's Central Jail | Property | ADA | Inmate requesting to receive his tennis shoes from his personal property due to having shoe chrono. | Not Sustained | 8/4/2022 |
| 5100-2022-0225-227 | Men's Central Jail | Property | ADA | Inmate requesting to receive his ADA leg brace and medical shoes. | Not Sustained | 8/4/2022 |
| 5100-2022-0309-212 | Men's Central Jail | Visiting | Visiting | Inmate states for the past month his family has been attempting to reserve a visit and they have not been able to. Inmate states this is was not an issue before and now it has become difficult for his family to get a visit. Inmate is requesting to know if someone is blocking his visits. | Sustained | 8/4/2022 |
| 5100-2022-0311-298 | Men's Central Jail | Property | ADA | Inmate requesting to receive his eye glasses from his property. | Released Prior to Inquiry | 8/4/2022 |
| 5100-2022-0425-256 | Men's Central Jail | Property | ADA | Inmate states that his girlfriend sent him a pair of Dr. Scholls black with the straps and they were delivered on 4/1/22 directly form Dr. Scholl's. Inmate states he has still not received them. | Not Sustained | 8/4/2022 |
| 5100-2022-0803-313 | Men's Central Jail | Property | ADA | Inmate states that he ordered orthopedic shoes and they have been here for 2 weeks and he has been waiting, Inmate states he believes someone tried to deliver them when he was at court. Inmate states he did not refuse them and he wants to get his shoes. | Sustained | 8/4/2022 |
| 5100-2022-0804-285 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate states he has filled out numerous requests and made numerous attempts at notifying staff that he needs to receive his eye glasses. Inmate states this is making him more suicidal by the day. | Sustained in Part | 8/4/2022 |
| 5100-2022-0804-287 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | This is a third party complaint in person by Uncle: The family of inmate Lopez is concerned for his safety due to him having no means of making contact. Inmate Lopez has been in contraband watch since leaving court on 7/21/2022 and the family is concerned for his safety. | Not Sustained | 8/4/2022 |
| 5100-2022-0720-234 | Men's Central Jail | Living conditions | Visiting | Inmate states this complaint is in regards to his visits. Inmate states that he is being let out late for his visits. Inmate states his family is having to wait hours for him and that is not right. Inmate is requesting for this issue to be addressed. | Sustained | 8/5/2022 |
| 5100-2022-0225-248 | Men's Central Jail | Visiting | Visiting | Inmate requesting to block Ashley Trimble from visiting. | Sustained | 8/7/2022 |
| 5100-2022-0315-258 | Men's Central Jail | Visiting | Visiting | Inmate requesting assistance how to book a visit. | Released Prior to Inquiry | 8/7/2022 |

EXHIBIT A
PAGE 29

25

| Reference Number | Facility | Grievance Type | Complaint Type | Complaint Detail | Disposition | Complete |
|---|---|---|---|---|---|---|
| | | | | **Provision 6.11-1 Log, 2022 Quarter 3 Rosas Facilities** | | |
| 5100-2022-0315-336 | Men's Central Jail | Visiting | Visiting | Inmate states that his uncle is willing to come visit him but the system is not allowing him to book a visit. Inmate is requesting help with this issue. | Released Prior to Inquiry | 8/7/2022 |
| 5100-2022-0404-219 | Men's Central Jail | Visiting | Visiting | Inmate states his family has been trying to make a visit over a month and the website is not allowing access to book a visit and no one answers the phone. Inmate is requesting to have this issue fixed so his family can visit. | Sustained | 8/7/2022 |
| 5100-2022-0606-232 | Men's Central Jail | Visiting | Visiting | Inmate requesting list of people who booked visits with him. | Sustained | 8/7/2022 |
| 5100-2022-0609-219 | Men's Central Jail | Visiting | Visiting | Inmate states during a phone call with his wife she informed him that both of his visits that he had scheduled for 6/9/22 and 6/11/22 had been canceled. Inmate states his wife was told he was in trouble and he could not have any visits. Inmate states he has not been in any trouble and wants to know what is going on with his visits. | Sustained | 8/7/2022 |
| 5100-2022-0614-311 | Men's Central Jail | Visiting | Visiting | Inmate is requesting to know who is booking his visits. Inmate states this is his third request without a response. | Sustained | 8/7/2022 |
| 5100-2022-0622-211 | Men's Central Jail | Visiting | Visiting | Inmate states his people are unable to book visits and he has been waiting for 3 months. Inmate states he has submitted numerous grievances and he has not received a response. | Not Sustained | 8/7/2022 |
| 5100-2022-0628-220 | Men's Central Jail | Visiting | Visiting | Inmate requesting to know who is booking his visits. | Sustained | 8/7/2022 |
| 5100-2022-0720-212 | Men's Central Jail | Visiting | Visiting | Inmate is requesting to unblock Susana Najera, Aliyah Hernandez , Desiree Hernandez and Isreal Hernandez. | Sustained | 8/7/2022 |
| 5100-2022-0721-255 | Men's Central Jail | Visiting | Visiting | Inmate states his mom Rosario Tamayo has been trying to book a visit with him> Inmate states he thinks she might be blocked. Inmate is requesting help with this issue. | Not Sustained | 8/7/2022 |
| 5100-2022-0801-217 | Men's Central Jail | Visiting | Visiting | Inmate states he is requesting to know who is booking his visits for the last 3 months. Inmate is also requesting to block Marciela Hernandez and Macey Russel from visiting him. | Sustained | 8/7/2022 |
| 5100-2022-0728-353 | Men's Central Jail | Service Related - Procedural | Clothing / Hygiene | Third-party on behalf of Warren reports that Warren requested a haircut before his court appearance on 7/11/2022 but was ignored by Deputy ███ Please investigate and provide Warren with a haircut. Thank you. | Sustained in Part | 8/8/2022 |
| 5100-2022-0330-206 | Men's Central Jail | Other | ADA | Inmate stating he ordered medical shoes, but they are too small and causing pain. Inmate requesting assistance in ordering new shoes that fit his feet correctly. | Sustained in Part | 8/8/2022 |
| 5100-2022-0802-280 | Men's Central Jail | Other | Discipline / Discipline Review Board (DRB) | Inmate requesting to appeal DRB review. | Not Sustained | 8/8/2022 |
| 5100-2022-0808-214 | Men's Central Jail | Classification | Housing Location / Reclassification | Inmate requesting to move to Dorm 9500. | Not Sustained | 8/8/2022 |
| 5100-2021-1103-320 | Men's Central Jail | A staff member | Complaint Against Staff | Third party on behalf of Gonzalez reports that on September 7th beginning at around 2 p.m., Gonzalez was forced to strip naked in front of over 200 other individuals, had his hands zip tied behind his back, and was paraded through the facility. Gonzalez resided in 2700 Charlie 26. During the extended period of this incident, Gonzalez was not provided a meal and was humiliated by facility personnel. | Unable to Make Determination | 8/8/2022 |
| 5100-2022-0804-262 | Men's Central Jail | Dietary | Meals / Food | Inmate Johnson reports that they have still been receiving meals with foods they're allergic to (beef, bologna, and wheat) despite having seen a doctor and requesting a diet change multiple times. | Not Sustained | 8/9/2022 |
| 5100-2022-0804-278 | Men's Central Jail | Mail | Mail | Inmate Spengler reports not receiving his mail which includes gloves sent by his family and course books that are being withheld from Spengler. | Not Sustained | 8/9/2022 |
| 5100-2022-0606-304 | Men's Central Jail | Mail | Mail | Inmate requesting why his mail hasn't been delivered to him. | Inconclusive | 8/9/2022 |
| 5100-2022-0614-304 | Men's Central Jail | Mail | Mail | Inmate states he is not getting his mail from his family. Inmate is requesting to know why he is not getting his mail. | Inconclusive | 8/9/2022 |
| 5100-2022-0809-204 | Men's Central Jail | Classification | Housing Location / Reclassification | Inmate requesting to be reclassified as PC. | Not Sustained | 8/9/2022 |
| 5100-2022-0809-207 | Men's Central Jail | Other | Complaint Process | Inmate stating he has not received a response or an appeal form for grievance regarding excessive force. | Not Sustained | 8/9/2022 |
| 5100-2022-0809-214 | Men's Central Jail | Service Related - Procedural | Living Conditions | Inmate stating he was forced to show his anal cavities to be able to go to recreation. | Not Sustained | 8/9/2022 |
| 5100-2022-0809-216 | Men's Central Jail | Service Related - Procedural | Living Conditions | Inmate stating he was forced to strip search on 8/3/22 before going to recreation. | Not Sustained | 8/9/2022 |
| 5100-2022-0809-220 | Men's Central Jail | Property | Property - Other | Inmate requesting to follow up his missing property grievance reported on 1/27/22. | Sustained in Part | 8/9/2022 |
| 5100-2022-0809-221 | Men's Central Jail | Living conditions | Living Conditions | Inmate complaining he was forced to do strip search before recreation. | Not Sustained | 8/9/2022 |

CONFIDENTIAL — PURSUANT TO COURT ORDER

EXHIBIT A
PAGE 30

26

| Provision 6.11-1 Log, 2022 Quarter 3 Rosas Facilities | | | | | | |
|---|---|---|---|---|---|---|
| Reference Number | Facility | Grievance Type | Complaint Type | Complaint Detail | Disposition | Complete |
| 5100-2022-0809-224 | Men's Central Jail | Mail | Mail | Inmate requesting to know why he has not been receiving mail. | Inconclusive | 8/9/2022 |
| 5100-2022-0630-278 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Per Inmate Canister, there are not "any grievance forms available" in their housing unit (CJ 2500-B-row). | Inconclusive | 8/10/2022 |
| 5100-2022-0630-287 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Per Inmate Spells, he reports usage of an invasive body cavity search. Spells reports that individuals housed in 9400 are forced to strip nude, and open their anus to be inspected every time that they go to yard. | Inconclusive | 8/10/2022 |
| 5100-2022-0714-241 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate Harbor reports they are being retaliated against for filing grievances and they are being denied recreational time and kept in their cell for 24 hours per day. | Inconclusive | 8/10/2022 |
| 5100-2022-0714-252 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate Sullivan reports ongoing harassment and retaliation for submitting grievances. They report this in the form of being declassified and forced to move to a different floor (232) by deputy ▆ despite their inability to move due to an open wound and a catheter device attached to their kidney. | Inconclusive | 8/10/2022 |
| 5100-2022-0714-260 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate Jeanes reports there are no grievance forms available to incarcerated persons in the 5800 block. Jeanes reports they have asked Deputies ▆▆ ▆▆ ▆▆ ▆▆ (sp?), and ▆▆ for forms on multiple occasions but they are never provided. Jeanes reports deputies lie to incarcerated people by telling them there are no grievance forms, however, Jeanes reports they saw Sergeant ▆▆ provide grievance forms to another incarcerated person. Additionally, Jeanes reports deputies are instructing incarcerated persons to file grievances on request forms instead of grievance forms to avoid the formal grievance process. Jeanes reports deputies also say grievances can be filed on iPad kiosks but these machines are broken. | Inconclusive | 8/10/2022 |
| 5100-2022-0714-261 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate Hooker reports that they have not had access to grievance forms and that the staff at MCJ have been refusing to provide incarcerated people in his unit with grievance forms. | Inconclusive | 8/10/2022 |
| 5100-2022-0804-259 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate Terry reports deputies have refused to let Terry meet with his attorney on two separate occasions with no explanation. | Not Sustained | 8/10/2022 |
| 5100-2022-0804-272 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate Montgomery reports he has been moved to a non-K6G+ unit and is currently being housed in the medical unit despite not having any medical issues. Montgomery believes the move is in retaliation for filing grievances. | Not Sustained | 8/10/2022 |
| 5100-2022-0804-276 | Men's Central Jail | Service Related - Procedural | Justice Delays (Pro Per, Law Library Etc.) | Inmate Sullivan reports that they are being denied access to the law library. | Not Sustained | 8/10/2022 |
| 5100-2022-0804-277 | Men's Central Jail | Mail | Religion / Church | Inmate Spengler reports following the Pagan religion and is being denied access to such books and mail. Spengler also reports not being allowed to practice such religious beliefs. | Not Sustained | 8/10/2022 |
| 5100-2022-0714-255 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate Duran reports they were denied showers for two weeks in November 2021 (while housed in I 750 G-row cell 4) by Deputy ▆▆ Duran also reports that they were only able to shower once or twice while they were housed in the suicide unit for 45 days. | Inconclusive | 8/10/2022 |
| 5100-2022-0720-209 | Men's Central Jail | Commissary - Keefe | Contract Vendor | Inmate states on 7/7/2022 he submitted an inmate request form complaining that he turned in two vending cards and never got the refund of $5.88. Inmate states one of the vending cards was $20 that has $ 88 left on it and the other is $10 vending card. Inmate estates he should have been refunded $5.88 total refunded to his account. | Sustained in Part | 8/11/2022 |
| 5100-2022-0720-237 | Men's Central Jail | Commissary - Keefe | Contract Vendor | Inmate states o 7/11/22 did not receive even 10% of his store and told to sign the paper saying he received it while Keefe looked for his other bags. Inmate states he was told that his other bags were lost and he returned the bag he did receive and was told that he would be refunded. Inmate states the keefee worker told him he would be back with his receipt and never returned. Inmate is requesting his refunded for all his store. | Sustained | 8/11/2022 |
| 5100-2022-0725-328 | Men's Central Jail | Commissary - Vending | Contract Vendor | Inmate states on 7/19/22 between 8:30am-8:45am. Inmate states he purchased $4.50 worth of coffee from the vending machine but it did not come out of the machine. Inmate states deputy ▆▆ is a witness that he did not receive his coffee. Inmate is requesting a refund of a bag of coffee. | Sustained in Part | 8/11/2022 |

EXHIBIT A
PAGE 31

27

| | Provision 6.11-1 Log, 2022 Quarter 3 Rosas Facilities | | | | | |
|---|---|---|---|---|---|---|
| Reference Number | Facility | Grievance Type | Complaint Type | Complaint Detail | Disposition | Complete |
| 5100-2022-0725-357 | Men's Central Jail | Commissary - Vending | Contract Vendor | Inmate states on 7/1/2022 he went to the dayroom and had 3 $20.00 vending cards and 3 $10 00 vending cards that total to $90 00. Inmate states when he pushed the vending for sour skittles they got stuck. Inmate states he did not have enough to purchase anything since the rest of his cards only had change left. Inmate states he turned in all his vending cards and he was not refunded for any of them. Inmate states he would like to be refunded. Inmate states he notified Lt▮▮▮▮ and deputies ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ and ▮▮▮▮. | Sustained in Part | 8/11/2022 |
| 5100-2022-0727-209 | Men's Central Jail | Commissary - Keefe | Contract Vendor | Inmate states on 7/9/22 he was transferred to TTCF before he could receive his package that he ordered. Inmate is requesting to be reimbursed. | Not Sustained | 8/11/2022 |
| 5100-2022-0727-219 | Men's Central Jail | Property | Property - Missing (Search) | Inmate states that his dorm was searched and his shoes are now missing. Inmate states he notified the sergeant who said he was going to look for them but never returned to speak with him. Inmate is requesting to get his shoes back or have them replaced. | Not Sustained | 8/11/2022 |
| 5100-2022-0803-206 | Men's Central Jail | Commissary - Keefe | Contract Vendor | Inmate states on 8/1/2022 he asked Keefe about his store and they stated someone signed for his store and it was not him. Inmate is requesting help with this issue he did not sign for any store. | Not Sustained | 8/11/2022 |
| 5100-2022-0810-218 | Men's Central Jail | Other | Complaint Process | Inmate stating he submitted grievance regarding staff and has not received a response. | Sustained in Part | 8/11/2022 |
| 5100-2022-0811-213 | Men's Central Jail | Living conditions | Living Conditions | Inmate complaining he was placed in a non working cell and was ignored regarding his infection. | Sustained in Part | 8/11/2022 |
| 5100-2022-0812-218 | Men's Central Jail | Living conditions | Living Conditions | Inmate requesting air ventilation to be repaired. | Sustained in Part | 8/12/2022 |
| 5100-2021-0915-235 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states he was stripped and searched on the roof and was forced to leave his personal property that he purchased from commissary. Inmate states he had his cell searched and his personal property is missing. Inmate is requesting to be reimbursed. | Employee Conduct Appears Resonable | 8/12/2022 |
| 5100-2022-0804-258 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate Montgomery reports that they are being retaliated against for filing grievances about conditions and a use of force incident. Montgomery reports that they were moved to a medical unit but do not have any medical needs and believe it's purely a form of retaliation. | Not Sustained | 8/15/2022 |
| 5100-2022-0804-275 | Men's Central Jail | Telephone | Telephones | Inmate Sullivan reports that they are being denied adequate phone time. | Not Sustained | 8/15/2022 |
| 5100-2022-0815-209 | Men's Central Jail | Commissary / Account Balance | Property - Other | Inmate requesting update regarding refund of his order. | Sustained in Part | 8/15/2022 |
| 5100-2022-0815-221 | Men's Central Jail | Classification | Housing Location / Reclassification | Inmate requesting to be declassified to GP. | Sustained in Part | 8/15/2022 |
| 5100-2022-0815-230 | Men's Central Jail | Living conditions | Inmate Information Systems | Inmate requesting remote to change channel on TV. | Sustained in Part | 8/15/2022 |
| 5100-2022-0815-232 | Men's Central Jail | Service Related - Procedural | Housing Location / Reclassification | Inmate requesting to transfer to Dorm 9400. | Not Sustained | 8/15/2022 |
| 5100-2022-0804-250 | Men's Central Jail | Classification | Housing Location / Reclassification | Inmate Snyder reports that they are gay and have requested multiple times to be placed in KG-6 housing for safety. Snyder reports that they fear for their safety because they are not currently in KG-6 housing and are constantly being recognized by other incarcerated people they knew from prison who know they are gay and will try to hurt Snyder. Snyder reports they have had to stay locked in their cell or on suicide watch in order to stay away from people who want to hurt them. | Not Sustained | 8/16/2022 |
| 5100-2022-0811-238 | Men's Central Jail | Service Related - Procedural | Inmate Information Systems | Inmate Solis was put in the hole for a week and was left without his uniform and other basic necessities. Third-party reports Solis missed court as a result. When the third-party called to inquire as to why Solis did not appear, LASO lied and said he had been taken to court but there were too many people scheduled and so he was sent back. | Not Sustained | 8/16/2022 |
| 5100-2022-0811-244 | Men's Central Jail | Service Related - Procedural | Inmate Information Systems | Inmate Thompson reports Thompson and others are being denied grievance forms by deputies. | Sustained in Part | 8/16/2022 |
| 5100-2022-0816-207 | Men's Central Jail | Living conditions | Living Conditions | Inmate requesting hot water to be repaired. | Sustained in Part | 8/16/2022 |
| 5100-2022-0816-213 | Men's Central Jail | Other | Complaint Process | Inmate stating he did not receive a response to his second appeal. | Not Sustained | 8/16/2022 |
| 5100-2022-0714-234 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate Duran reports he has been attempting to access a radio for over a month but has not been granted one. Duran reports per his housing he is allowed a radio. Duran reports he has filed multiple grievances and request forms but is still not being given a radio. | Inconclusive | 8/17/2022 |
| 5100-2022-0714-240 | Men's Central Jail | Mail | Showers | Inmate Jones reports being denied a shower for an unspecified amount of days. | Inconclusive | 8/17/2022 |

CONFIDENTIAL — PURSUANT TO COURT ORDER

EXHIBIT A
PAGE 32

28

| Provision 6.11-1 Log, 2022 Quarter 3 Rosas Facilities | | | | | | |
|---|---|---|---|---|---|---|
| Reference Number | Facility | Grievance Type | Complaint Type | Complaint Detail | Disposition | Complete |
| 5100-2022-0714-247 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate Miller reports that Miller is unable to access grievance forms. | Inconclusive | 8/17/2022 |
| 5100-2022-0606-381 | Men's Central Jail | A staff member | Complaint Against Staff | The following request was submitted through LASD's Public Contact form. It was reported that on June first Officer ███ called Inmate Stokes a racist slur and when Stokes "confronted ███ he replied that he will there all day! | Employee Conduct Appears Resonable | 8/17/2022 |
| 5100-2022-0613-211 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states this is a complaint against deputy ███ who on 6/8/2022 cut off the phones during his paid phone call with his family in 4700. Inmate states he then threatened to take away canteen for a month and rest our pin codes so they could not use the phone. Inmate states he was upset with one inmate and that is why he did those thing. Inmate states this is a compete abuse of authority. | Exoneration | 8/17/2022 |
| 5100-2022-0623-294 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states Deputy ███ rolled him up from a trusty with deputy ███ and an OSJ officer. Inmate states deputy ███ called him a bitch and said he is not trusty material. Inmate states he asked for two days for a grievance form before he was given one. | Exoneration | 8/17/2022 |
| 5100-2022-0711-339 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states once again ███ continues to be careless and irresponsible about the personal property (mail)and continues to misplace the mail with no common sense. Inmate states he leaves mail in the wrong cell without verifying information. Inmate states he leaves in a hurry and does not pick up the outgoing mail and not just a couple and numerous times . Inmate states he gave pictures of his wife and kids to a rapist or child molester. Inmate states his family spends time and money to send pictures, cards, letters to show love. Inmate is stating he shouldn't have to worry about his mail getting put in the wrong hands. | Exoneration | 8/17/2022 |
| 5100-2022-0711-341 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states jailer ███ mailman continues to be careless and irresponsible about handling the personal property ( mail )he is misplacing the mail in the wrong cells with no common sense to verify cell number and information of the inmate. Inmate states he is giving the mail to the wrong inmates without a care in the world if he gives pictures of his wife and kids to a rapist or child molester. Inmate states he is always in a hurry and careless. | Employee Conduct Appears Resonable | 8/17/2022 |
| 5100-2022-0711-344 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states jailer ███ (mailman) continues to be careless and irresponsible about the mail. Inmate states he continues misplacing the mail in the wrong cells with no common sense to verify cell number and the inmate information.  Inmate states he gives the wrong mail to the wrong inmates without a care in the world.  Inmate states he also have given his mail of his wife and kids and pictures to a rapist or child molester. | Employee Conduct Appears Resonable | 8/17/2022 |
| 5100-2022-0714-254 | Men's Central Jail | Service Related - Procedural | Stores / Vending Machines | Per Inmate Duran, he was denied store and stationary items. | Not Sustained | 8/18/2022 |
| 5100-2022-0721-336 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate Brown has requested grievance forms and inmate request forms for over a week and has not been given access to either. | Inconclusive | 8/18/2022 |
| 5100-2022-0727-216 | Men's Central Jail | Living conditions | Living Conditions | Inmate states he arrived in high power on 6/29/2022 and he was not given a radio. Inmate states he has requested a radio and has not yet heard back from anyone regarding receiving one. | Sustained in Part | 8/18/2022 |
| 5100-2022-0818-227 | Men's Central Jail | Classification | Housing Location / Reclassification | Inmate requesting keep away to be removed. | Not Sustained | 8/18/2022 |
| 5100-2022-0818-228 | Men's Central Jail | Living conditions | Living Conditions | Inmate requesting toilet to be repaired. | Sustained in Part | 8/18/2022 |
| 5100-2022-0818-234 | Men's Central Jail | Mail | Mail | Inmate requesting to appeal his return to mail notice. Inmate stating two magazines were sent back that was ordered from Amazon. Inmate requesting an explanation why they were returned. | Inconclusive | 8/18/2022 |
| 5100-2022-0818-239 | Men's Central Jail | Living conditions | Telephones | Inmate requesting phone to be repaired. | Sustained in Part | 8/18/2022 |
| 5100-2021-0521-295 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states Deputy ███ knew he was not done grabbing his food from his tray box, and purposely slammed his wrist with the tray door. | Employee Conduct Appears Resonable | 8/18/2022 |
| 5100-2021-1201-214 | Men's Central Jail | A staff member | Complaint Against Staff | On December 1, 2021, Custody Support Services Bureau received a letter via U.S. mail which was postmarked on November 15, 2021, from Inmate Reed.  In the letter dated on November 9, 2021, the inmate complained of illegal strip searches that occurred on the "roof top" and also complained of unnamed deputies using personal phones. | Employee Conduct Appears Resonable | 8/18/2022 |

EXHIBIT A
PAGE 33

29

| Reference Number | Facility | Grievance Type | Complaint Type | Complaint Detail | Disposition | Complete |
|---|---|---|---|---|---|---|
| | | | | **Provision 6.11-1 Log, 2022 Quarter 3 Rosas Facilities** | | |
| 5100-2022-0711-343 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states jailer ████ continues to be careless and irresponsible about handling mail. Inmate states he is putting mail in the wrong cells with no common sense to verify the cell number and the inmate information. Inmate states he is also giving out mail to the wrong inmates. | Exoneration | 8/18/2022 |
| 5100-2022-0614-315 | Men's Central Jail | Mail | Mail | Inmate is requesting information about his mail. | Inconclusive | 8/19/2022 |
| 5100-2022-0802-220 | Men's Central Jail | Mail | Mail | Inmate states he checked the tracking information on a book his family ordered and it states it was received three weeks prior to this date. Inmate is requesting to know what is going on with his book. | Inconclusive | 8/19/2022 |
| 5100-2022-0819-218 | Men's Central Jail | Living conditions | Living Conditions | Inmate requesting to receive toilet paper. | Sustained in Part | 8/19/2022 |
| 5100-2021-0915-230 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states on 9/7/21 he was stripped butt naked from 2000 floor to the roof top and zip tied tight and escorted to x-ray where there were female and male nurses. Inmate states this very humiliating for him. | Employee Conduct Appears Resonable | 8/19/2022 |
| 5100-2021-0923-209 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states on 9/7/21 his 4th and 8th amendments were violated as he was humiliated, harassed and discriminated against him. Inmate states he was told to exit his cell with his hands on top of his head while automatic weapons were held toward him. Inmate states he felt sexually harassed when asked to cough and squat. Inmate states he was left completely naked and placed in zip ties and escorted to x-ray. Inmate states he was paraded through the jail and treated inhumane. Inmate is requesting to have footage of this incident. | Unable to Make Determination | 8/19/2022 |
| 5100-2022-0714-235 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate Harbor reports they are being denied recreation time. Please investigate this matter and provide Smith with their legally required 3 hours per week of recreation time. | Released Prior to Inquiry | 8/22/2022 |
| 5100-2022-0721-320 | Men's Central Jail | Service Related - Procedural | Complaint Process | Inmate Soffa reports their unit, 5800, is not being grievance forms. | Sustained in Part | 8/23/2022 |
| 5100-2022-0808-226 | Men's Central Jail | Food Services | Meals / Food | Inmate stating Cook ████ informed him his special diet meal will only be served warm during lunch. Inmate complaining he his special diet meal should be served hot during breakfast  lunch  and dinner. | Inconclusive | 8/23/2022 |
| 5100-2022-0811-234 | Men's Central Jail | Service Related - Procedural | Visiting | Inmate Martinez reports that on 8/6/2022 his wife was scheduled to visit him at MCJ but was denied entry. He notes that his wife had all the needed paperwork, including both a printed out and email confirmation. He reports that this has happened several times and believes that he is being targeted and retaliated against. | Not Sustained | 8/23/2022 |
| 5100-2022-0819-230 | Men's Central Jail | Service Related - Procedural | Showers | Inmate stating he was denied his medical ordered showers. | Not Sustained | 8/23/2022 |
| 5100-2022-0823-215 | Men's Central Jail | Visiting | Visiting | Inmate complaining on 8/19/22, his court appointed Forensic Psychologist was denied access to IVVS scheduled teleconference. | Inconclusive | 8/23/2022 |
| 5100-2022-0823-218 | Men's Central Jail | Property | Property - Other | Inmate stating his property was left behind in Dorm 5200I. Inmate requesting to retrieve his property. | Sustained in Part | 8/23/2022 |
| 5100-2022-0823-224 | Men's Central Jail | Mail | Mail | Inmate stating he did not receive his mail due to him being asleep. Inmate requesting mail to be delivered to him. | Inconclusive | 8/23/2022 |
| 5100-2022-0823-225 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | That information was forwarded via email to the MCJ Grievance Office.What Happened: My name is Tayler Cato, I'm complaining on behalf of Tyrone Spence, his booking number: 6414631 CO ████ is swapping African Americans out for Mexicans and putting blacks on the wayside list. Coming around the cells with the count sheet and telling blacks they're on the wayside list when they're not and swapping them with Mexicans to have more Mexicans in the modules. This isn't the first complaint, this has happened before with two other blacks that were placed in wayside jail when they weren't officially on the list to go, the last complaint was filed on April 28th in regards to another inmate named Nathaniel Blanch. When did it happen: 08/10/2022 9:15 AM Where did it happen: Men's Central Jail 441 Bauchet. Los Angeles CA. | Not Sustained | 8/23/2022 |
| 5100-2022-0712-251 | Men's Central Jail | Food Services | Meals / Food | Inmate complaining he is receiving diabetic diet meals. Inmate requesting to receive regular diet meals. | Not Sustained | 8/24/2022 |

EXHIBIT A
PAGE 34

30

| | | | Provision 6.11-1 Log, 2022 Quarter 3 Rosas Facilities | | | |
|---|---|---|---|---|---|---|
| Reference Number | Facility | Grievance Type | Complaint Type | Complaint Detail | Disposition | Complete |
| 5100-2022-0721-308 | Men's Central Jail | Service Related - Procedural | Living Conditions | Inmate Franco reports that there was a fire near the 3300 module. They report that because of this fire they, along with other incarcerated people in their block, were unable to breathe properly for an extended period of time due to the smoke. Franco reports that the deputies did nothing to protect them from the fire and failed to respond to three "man down" calls in Franco's block. | Not Sustained | 8/24/2022 |
| 5100-2022-0818-246 | Men's Central Jail | Commissary - Vending | Contract Vendor | Inmate stating he ordered a $10 vending card on 8/7/22. Inmate attempted to get a bag of coffee and the bag was stuck in the vending. Inmate requesting refund. | Inconclusive | 8/24/2022 |
| 5100-2022-0824-214 | Men's Central Jail | Other | Justice Delays (Pro Per, Law Library, Etc.) | Inmate requesting to have access to the law library. | Not Sustained | 8/24/2022 |
| 5100-2022-0824-215 | Men's Central Jail | Telephone | Telephones | Inmate requesting telephone to be repaired. | Sustained in Part | 8/24/2022 |
| 5100-2022-0824-216 | Men's Central Jail | Other | Release Information / Sentence | Inmate stating his bail is paid for and requesting to be released. | Not Sustained | 8/24/2022 |
| 5100-2022-0824-217 | Men's Central Jail | Living conditions | Living Conditions | Inmate requesting urinal to be repaired. | Sustained in Part | 8/24/2022 |
| 5100-2021-0921-330 | Men's Central Jail | A staff member | Complaint Against Staff | A third party reports that on September 7th, Arreola (housed in 2500) was forced to strip completely naked and walk through a metal detector in front of both female and male deputies. The third party report that the deputies were laughing and verbally harassing Arreola and others. | Unable to Make Determination | 8/24/2022 |
| 5100-2021-0921-348 | Men's Central Jail | A staff member | Complaint Against Staff | Johns reports that at approximately 3 30 pm he was made to strip in 2700 and, while naked, had his hands ziptied behind his back. Male and female deputies were present has he was taken down escalators to the body scanners. Because he was not allowed shoes, his feet became filthy from the CJ floors and escalators. After the body scan, he was given boxers and then taken to the 2300 dayroom where he stayed until approximately 1 :30 am. Johns and others did not receive lunch and received only two burritos for dinner. When Johns complained to those guarding in the dayroom about the ordeal and questioned why he had to be taken naked down so many flights in front of people, Johns reports that a deputy replied .. we 11 get you naked again to get hazard pay and overtime." When Johns returned to his cell, all of his property had been thrown out onto the tier. | Unable to Make Determination | 8/24/2022 |
| 5100-2021-1116-317 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states on 9/7 him along with 30 other inmates were subject to strip search and forced to walk naked 3 flight of stairs to the roof. | Employee Conduct Appears Resonable | 8/24/2022 |
| 5100-2021-1119-207 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states Deputy ███████ threatened to "beat his ass" along with 2 other deputies who pulled out their tasers when he told them he was in danger. Inmate states the cameras will prove this and he feels threatened by the staff that wrote him up. | Employee Conduct Should Have Been Different | 8/24/2022 |
| 5100-2022-0525-226 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate Washington reports that they are being retaliated against by Sergeant ███████ Sergeant ███████ Sergeant ███████ and Sergeant ███████ because previous grievances have not been processed. | Employee Conduct Appears Resonable | 8/24/2022 |
| 5100-2022-0818-211 | Men's Central Jail | Other | Living Conditions | Inmate Ramos reports they do not have access to grievance forms. | Sustained in Part | 8/25/2022 |
| 5100-2022-0818-217 | Men's Central Jail | Mail | Mail | Inmate Washington reports significant delays in the mailroom. Washington reports that their outgoing mail is withheld for 1-2 months, and incoming mail is withheld for anywhere between 3 weeks to a month. | Inconclusive | 8/25/2022 |
| 5100-2022-0818-218 | Men's Central Jail | Service Related - Procedural | Living Conditions | Inmate Belger reports really bad flooding in MCJ 5550 that has led to individuals slipping and falling and getting injured. Belger reports it has also caused some individuals to get sick. Belger reports they have requested grievance forms from deputies to file a complaint about the conditions, but deputies have refused to provide them with grievance forms. | Sustained in Part | 8/25/2022 |
| 5100-2022-0721-323 | Men's Central Jail | Classification | Housing Location / Reclassification | Inmate Swint reports that they are currently not placed in the appropriate housing unit as a gay individual, and is being physically threatened by cellmates in the general population based off their sexual orientation and is in "fear for their life." They also report already filing multiple grievances to get reassigned to the K-6 housing unit or to another safe housing unit, and all of these grievances were denied. | Not Sustained | 8/25/2022 |
| 5100-2022-0825-217 | Men's Central Jail | Service Related - Procedural | ADA | Raitt reports he is not being taken to his court date by deputies. Please investigate and inform Raitt when his next court date is scheduled. Thank you. | Sustained | 8/26/2022 |

EXHIBIT A
PAGE 35

31

| | | | | Provision 6.11-1 Log, 2022 Quarter 3 Rosas Facilities | | |
|---|---|---|---|---|---|---|
| Reference Number | Facility | Grievance Type | Complaint Type | Complaint Detail | Disposition | Complete |
| 5100-2022-0825-222 | Men's Central Jail | Service Related - Procedural | ADA | Sullivan reports that they are being denied access to the law library. Please provide Sullivan with access to the law library. Thank you. | Sustained | 8/26/2022 |
| 5100-2022-0825-223 | Men's Central Jail | Telephone | ADA | Sullivan reports that they are being denied adequate phone time. Please provide Sullivan with access to phones so that they can make calls. Thank you. | Sustained | 8/26/2022 |
| 5100-2022-0825-227 | Men's Central Jail | Food Services | ADA | Johnson reports that they have still been receiving meals with foods they're allergic to (beef, bologna, and wheat) despite having seen a doctor and requesting a diet change multiple times. Please update Johnson's diet to substitute any foods with beef, bologna, and wheat in addition to substituting beans, milk, dairy, and peanut butter (which are already on file as allergies). Thank you. | Sustained | 8/26/2022 |
| 5100-2022-0825-235 | Men's Central Jail | Mail | ADA | Spengler reports not receiving his mail which includes gloves sent by his family and course books that are being withheld from Spengler. Please provide Spengler with any outstanding mail and property that is present in the mail room. Thank you. | Sustained | 8/26/2022 |
| 5100-2022-0825-237 | Men's Central Jail | Service Related - Procedural | ADA | Spengler reports following the Pagan religion and is being denied access to such books and mail. Spengler also reports not being allowed to practice such religious beliefs. Please investigate this concern of religious discrimination and provide Spengler the opportunity to practice his beliefs. | Sustained | 8/26/2022 |
| 5100-2022-0825-238 | Men's Central Jail | Service Related - Procedural | ADA | Montgomery reports he has been moved to a non-K6G+ unit and is currently being housed in the medical unit despite not having any medical issues. Montgomery believes the move is in retaliation for filing grievances. Please have Montgomery seen by a housing classification officer to determine whether he is appropriately housed. Thank you. | Sustained | 8/26/2022 |
| 5100-2022-0825-241 | Men's Central Jail | Service Related - Procedural | ADA | Third-party on behalf of Terry reports deputies have refused to let Terry meet with his attorney on two separate occasions with no explanation. Please investigate this report of deputy misconduct and allow Terry to meet with his attorney during the next visit. Thank you. | Sustained | 8/26/2022 |
| 5100-2022-0825-244 | Men's Central Jail | Classification | ADA | Snyder reports that they are gay and have requested multiple times to be placed in KG-6 housing for safety. Snyder reports that they fear for their safety because they are not currently in KG-6 housing and are constantly being recognized by other incarcerated people they knew from prison who know they are gay and will try to hurt Snyder. Snyder reports they have had to stay locked in their cell or on suicide watch in order to stay away from people who want to hurt them. Please assess Snyder for KG-6 classification and assess housing needs in light of vulnerability based on actual and perceived sexual orientation. Thank you. | Sustained | 8/26/2022 |
| 5100-2022-0825-225 | Men's Central Jail | A staff member | ADA | Johnson reports he has been experiencing retaliation by deputies for filing grievances and asking for the 4500 module to be cleaned by trustees. Johnson reports that deputies walk by every hour in the night and shine a flashlight in his eyes which makes it difficult to sleep and worsens his glaucoma. Johnson also reports that the deputies, including Deputy ███, have been very rude to him and laughed at him and made demeaning comments. Johnson reports that Deputy ███ directed trustees not to clean up spilled food outside Johnson's cell in retaliation for Johnson telling Deputy ███ that he would be filing a grievance. Johnson reports that Deputy ███ said to the trustees "fll*k those guys!" when telling them not to clean up the spilled food. Please investigate this report of deputy retaliation and deputy misconduct. Thank you. | *Denied* | 8/26/2022 |
| 5100-2022-0825-236 | Men's Central Jail | A staff member | ADA | Montgomery reports that they are being retaliated against for filing grievances about conditions and a use of force incident. Montgomery reports that they were moved to a medical unit but do not have any medical needs and believe it's purely a form of retaliation. Please investigate this report of retaliation. | *Denied* | 8/26/2022 |

CONFIDENTIAL — PURSUANT TO COURT ORDER

| Provision 6.11-1 Log, 2022 Quarter 3 Rosas Facilities | | | | | | |
|---|---|---|---|---|---|---|
| Reference Number | Facility | Grievance Type | Complaint Type | Complaint Detail | Disposition | Complete |
| 5100-2022-0825-240 | Men's Central Jail | A staff member | ADA | ACLU SoCal submitted a grievance on behalf of Montgomery about a use of force incident on June 4, 2022. The grievance number is LA273 I 9. Montgomery sent a letter providing details about the use of force incident that they would like included in the use of force review. Montgomery reports that during the incident they were hit by unnamed officers with a broomstick and that deputies called them a "f*'g" while hitting him. Montgomery also reports that they were kept in segregation for 58 days (beyond the 29 day maximum) and that officers refused to give them grievance forms even though they requested the forms multiple times. Please include all of these allegations of misconduct in the use of force review for the June 4, 2022 incident. Thank you. | *Denied* | 8/26/2022 |
| 5100-2021-0429-380 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states Deputy ▇ let him out of his cell to fix his antenna. Inmate states when he went back to his cell the gates closed without warning and caught his finger. Inmate states deputies failed to provide him medical attention for his injury for 45 minuets. | Employee Conduct Appears Resonable | 8/26/2022 |
| 5100-2021-1102-465 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate made a verbal allegation of force to Sgt ▇ stating Deputy ▇ twisted and injured his left arm while conducting a search. | Employee Conduct Appears Resonable | 8/26/2022 |
| 5100-2022-0203-359 | Men's Central Jail | A staff member | Complaint Against Staff | A third party reports that Aginiga's pinky finger was smashed in his cell door as a result of negligence by custodial staff and failure to announce that the doors would be closing. The third party also reports negligent actions by custodial staff for leaving his finger bleeding for a long time before taking Aginiga to medical, causing a significant amount of blood loss. Please investigate this report of deputy negligence. Thank you. | Employee Conduct Appears Resonable | 8/26/2022 |
| 5100-2022-0609-318 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate Sullivan reports being housed in cell with black mold and a cockroach infestation that caused him to become sick. Sullivan reports he was subsequently moved to a cell that was notorious for its poor conditions in retaliation. The conditions include black mold, cockroach infestation, filthy conditions (uncleaned feces and vomit), and no working ventilation. | Employee Conduct Appears Resonable | 8/26/2022 |
| 5100-2022-0829-252 | Men's Central Jail | Living conditions | Television | Inmate requesting TV to be repaired. | Sustained in Part | 8/29/2022 |
| 5100-2022-0829-267 | Men's Central Jail | Living conditions | Living Conditions | Inmate stating during laundry exchange he was given mildew towel and boxers. Inmate requesting to receive clean clothes and sheets. | Sustained in Part | 8/29/2022 |
| 5100-2021-1201-282 | Men's Central Jail | A staff member | Complaint Against Staff | Arzooian reports deputy mistreatment in the form of (I) denial of a mattress for two days, (2) denial of food for two days, and (3) being told by deputies that they would "kill" or "extort" him for his canteen. Arzooian names Deputy ▇ Custody Assistant ▇ and one other Deputy whose name was not clear on the message. | Exoneration | 8/29/2022 |
| 5100-2021-1223-212 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states on 12/20/21 his Lawyer Ted Batasky came to MCJ at 4 30 and custody refused him his right for a visit. Inmate states they marked him down as he went to the visit. Inmate also states he was denied medical by custody personnel on 12/21/21. Inmate states medical came to module 1750 and requested that they bring him over to the main clinic and he was denied. | Exoneration | 8/29/2022 |
| 5100-2022-0815-217 | Men's Central Jail | Commissary - Keefe | Contract Vendor | Inmate stating he has not received a response from Keefe regarding missing package. | Not Sustained | 8/30/2022 |
| 5100-2022-0830-212 | Men's Central Jail | Other | Release Information / Sentence | Inmate stating he is being held illegally because he cannot afford to pay his bail. | Not Sustained | 8/30/2022 |
| 5100-2022-0830-213 | Men's Central Jail | Other | Release Information / Sentence | Inmate believes he is being held illegally because he cannot afford to pay his bail. | Sustained in Part | 8/30/2022 |
| 5100-2022-0830-215 | Men's Central Jail | Other | Inmate Information Systems | Inmate requesting to receive an update regarding his UOF grievance he had submitted in May. | Sustained in Part | 8/30/2022 |
| 5100-2022-0830-231 | Men's Central Jail | Mail | Mail | Inmate complaining he had three books withheld on two different days due to exceeding maximum weekly allotment. | Inconclusive | 8/30/2022 |
| 5100-2022-0830-238 | Men's Central Jail | Service Related - Procedural | Inmate Information Systems | Inmate requesting to file a lawsuit on CDCR for excessive use of force. | Sustained in Part | 8/30/2022 |
| 5100-2022-0830-239 | Men's Central Jail | Service Related - Procedural | Living Conditions | Inmate reports on 8/24/22, Officer ▇ denied his shower when he returned from court. | Sustained in Part | 8/30/2022 |
| 5100-2022-0208-362 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states he asked a tall deputy with a mustache around 180 pounds to put a mask on and he refused. Inmate states the deputy saw him writing the grievance and threatened him over the PA system to write him up if he proceeded. | Employee Conduct Should Have Been Different | 8/30/2022 |

| Reference Number | Facility | Grievance Type | Complaint Type | Complaint Detail | Disposition | Complete |
|---|---|---|---|---|---|---|
| | | | | **Provision 6.11-1 Log, 2022 Quarter 3 Rosas Facilities** | | |
| 5100-2022-0826-375 | Men's Central Jail | Service Related - Procedural | Complaint Process | Montgomery reports sherifrs have been responding to the grievances he files with generic responses that do not apply to his specific situation, instead of investigating each case individually. Please investigate this report of deputy negligence, and provide grievances with thoughtful responses pertaining to the situation at hand. Thank you. | Not Sustained | 8/31/2022 |
| 5100-2022-0826-377 | Men's Central Jail | Service Related - Procedural | Release Information / Sentence | Bums reports they were supposed to be discharged on 08/07/2022, but have not yet been discharged. Please provide Bums with information regarding his release date. Thank you. | Not Sustained | 8/31/2022 |
| 5100-2021-1111-360 | Men's Central Jail | A staff member | Complaint Against Staff | The complaint below was forwarded by Advocate Esther Lim. "His fingers have been numb for several days.  He thinks it might be due to handcuffs being too tight around his wrist.  He said he submitted a grievance form requesting medical attention. " | Employee Conduct Appears Resonable | 8/31/2022 |
| 5100-2022-0829-257 | Men's Central Jail | Commissary - Keefe | Money / Inmate Accounts | Inmate stating someone else submitted commissary order under his name in the amount of $194. Inmate requesting a refund. | Sustained in Part | 9/1/2022 |
| 5100-2021-0924-271 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states that on 4th and 8th amendment were violated while being humiliated and harassed. Inmate states he was taken out of his cell and was instructed to put his hands above his head. Inmate states he was strip searched and zip tied and physically escorted to x-ray. Inmate states he was completely naked and escorted in front of males and females. Inmate states it also took him 10 days to receive a grievance form. | Employee Conduct Appears Resonable | 9/1/2022 |
| 5100-2021-0927-225 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states on 9/7/21 his 4th and 8th amendments were violated. Inmate states he was humiliated and harassed. Inmate states he was instructed to exit his cell and place his hands on his head while automatic weapons were pointed at him. Inmate states he was then taken to the 2700 vending room and were forced to strip search. inmate states he was left naked, no boxers, no shower shoes and placed in zip ties and escorted naked. Inmate state she encountered male and female personnel and intimidated with real weapons. Inmate is requesting transcripts of why this occurred. | Unable to Make Determination | 9/1/2022 |
| 5100-2021-0929-224 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate is requesting $10,000, 000 for civil rights violation to a pre trial detainee by LA county sheriffs. Inmate states on 9/7/21 an allege claim that a possible handgun was smuggled in by an inmate. Inmate states he was ordered to leave his cell with only his boxer and shower shoes and a visual strip search was conducted and yielded no results. Inmate states personnel of the opposite sex were present. Inmate states he had to walk in front of women and personnel nude. Inmate states he was subject to a full body x-ray after the search. Inmate state she was forced to be confined with others without a mask and his property in his cell was destroyed/ damaged. | Unable to Make Determination | 9/1/2022 |
| 5100-2021-1109-342 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states on 9/7 he was strip searched by both male and female deputies completely naked and forced to walk to court line while deputies made jokes and laughed. | Employee Conduct Appears Resonable | 9/1/2022 |
| 5100-2021-1116-318 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states on 9/7 him along with 30 other inmates were subject to strip search and forced to walk naked 3 flight of stairs to the roof. | Employee Conduct Appears Resonable | 9/1/2022 |
| 5100-2021-1118-211 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states on 9/7/21 his 4th and 8th constitutional rights were violated by LASD and special agents. Inmate states he was forced out his cell at gun point then made to get naked and zip tied him. Then he was made to walk like that across MCJ to cell 39 with 30 other men all naked for hours. | Unable to Make Determination | 9/1/2022 |
| 5100-2021-1122-226 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states on 9/7/2021 he was removed from his cell by custody personnel in full riot gear using threats of force, intimidation and harassment. Inmate states by these means and actual force, he was made to undress and when fully nude was zip tied and walked through the facility in a humiliating fashion. Inmate states. Inmate states following this he was denied clothing, food, face mask and foot wear for 6 hours. | Employee Conduct Appears Resonable | 9/1/2022 |
| 5100-2022-0901-231 | Men's Central Jail | Food Services | Meals / Food | Inmate stating the cook required him to sign forms without giving him a copy of response to his grievance. | Not Sustained | 9/2/2022 |
| 5100-2022-0421-285 | Men's Central Jail | Property | Property - Missing (Search) | Inmate states he is requesting to get back his canteen that he did not receive after court on 4/19/22. Inmate is requesting to have his canteen given back to him. | Not Sustained | 9/3/2022 |

EXHIBIT A
PAGE 38

34

| Reference Number | Facility | Grievance Type | Complaint Type | Complaint Detail | Disposition | Complete |
|---|---|---|---|---|---|---|
|  | Provision 6.11-1 Log, 2022 Quarter 3 Rosas Facilities |||||||
| 5100-2022-0630-290 | Men's Central Jail | A staff member | Complaint Against Staff | Per Inmate Sullivan reports that Deputy ▓▓ (the floor supervisor on the PM shift) and Deputy ▓▓ (sp?) (on the AM shift) have prevented Sullivan from obtaining wound care for their wound. Sullivan also reports that Deputy ▓▓ has denied Sullivan showers and prevented Sullivan from obtaining would care after taking a shower. | Exoneration | 9/6/2022 |
| 5100-2022-0809-234 | Men's Central Jail | Food Services | Meals / Food | Per third-party complaint, Inmate Stokes is receiving rotten eggs in his daily diet. | Sustained in Part | 9/7/2022 |
| 5100-2022-0906-203 | Men's Central Jail | Living conditions | ADA | The following request was submitted through LASD's Public Contact form. It was reported that  the phones have been shut off for days and that there is working hot water and AC is also not working. | Sustained | 9/7/2022 |
| 5100-2022-0907-259 | Men's Central Jail | Food Services | Meals / Food | Inmate stating he had submitted request to renew his vegetarian diet meals with no avail. | Sustained | 9/7/2022 |
| 5100-2022-0901-269 | Men's Central Jail | Other | Visiting | Inmate stating he previously notified to use IVVS for experts in preparation of a defense, but was denied. | Inconclusive | 9/7/2022 |
| 5100-2022-0907-244 | Men's Central Jail | Service Related - Procedural | Inmate Information Systems | Inmate complaining he hasn't received response to his appeals he had submitted regarding staff grievances. | Inconclusive | 9/7/2022 |
| 5100-2022-0907-245 | Men's Central Jail | Other | Inmate Information Systems | Inmate requesting a direct call to be arranged with Probation Office in San Diego. | Not Sustained | 9/7/2022 |
| 5100-2022-0907-250 | Men's Central Jail | Classification | Housing Location / Reclassification | Inmate requesting to know when he will move to K6B housing. | Sustained in Part | 9/7/2022 |
| 5100-2022-0907-251 | Men's Central Jail | Mail | Mail | Inmate requesting his mail to be delivered as soon as possible. | Not Sustained | 9/7/2022 |
| 5100-2022-0907-267 | Men's Central Jail | Telephone | Telephones | Inmate requesting telephone to be repaired. | Sustained in Part | 9/7/2022 |
| 5100-2022-0907-449 | Men's Central Jail | Living conditions | Living Conditions | inmate states he wants to request for them to clean. Inmate states the tier isnt cleaned and smells bad. | Inconclusive | 9/7/2022 |
| 5100-2022-0907-471 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | inmate states Sgt ▓▓ does not do his job and every time he tries to get his attention he gets ignored. | Inconclusive | 9/7/2022 |
| 5100-2021-0420-338 | Men's Central Jail | Living conditions | Living Conditions | On Thursday 04/15/21 During AM shift the house cleaning lady by the name of ▓▓ refused to do her duties.  Every time she comes to Dorm 7004 she only takes out the trash.  We ask for cleaning supplies but she always says no. I've had Covid 19, so having cleaning supplies and Dorm cleaning is a priority. | Sustained in Part | 9/7/2022 |
| 5100-2022-0118-288 | Men's Central Jail | Visiting | Visiting | Inmate states he has been receiving visits from Guadalupe Piaz for over 2 years and today they noticed she couldn't visit due to being on probation since 2017. Inmate is requesting to know how she was able to visit him before and now she is not bale to. | Not Sustained | 9/8/2022 |
| 5100-2022-0208-233 | Men's Central Jail | Visiting | Visiting | Inmate requesting to know who has been booking his visits. Inmate's family unable to book any visits with him. | Released Prior to Inquiry | 9/8/2022 |
| 5100-2022-0214-205 | Men's Central Jail | Visiting | Visiting | Inmate is requesting to know why his family has not been able to book a visit to see him since January. Inmate states when someone tries to book a visit it says he has reached his limit but he hasn't had any visits. Inmate is requesting to know what is going on. | Released Prior to Inquiry | 9/8/2022 |
| 5100-2022-0309-269 | Men's Central Jail | Visiting | Visiting | Inmate stating his best friend cannot visit him due to being on probation. Inmate requesting to know if his friend needs an approval form. | Sustained | 9/8/2022 |
| 5100-2022-0324-224 | Men's Central Jail | Visiting | Visiting | Inmate states his family is being denied visitation with him due to the computer system for LASD saying he is in temporary housing. Inmate states he has been in 4300 going on 5 months and it is not temporary housing. Inmate states he needs this fixed. | Not Sustained | 9/8/2022 |
| 5100-2022-0330-299 | Men's Central Jail | Visiting | Visiting | Inmate states someone keeps booking his visits and it is stopping his wife from coming. Inmate states he wants to put an end to it. Inmate is requesting to have this person unblocked. | Released Prior to Inquiry | 9/8/2022 |
| 5100-2022-0404-222 | Men's Central Jail | Visiting | Visiting | Inmate states he is only being allowed to have one visit per a week and he should be able to get two visits a week like everyone else. Inmate is requesting to have this looked into. | Not Sustained | 9/8/2022 |
| 5100-2022-0411-345 | Men's Central Jail | Visiting | Visiting | Inmate states that his wife has been trying to schedule a visit with him and for some reason she is unable to schedule a visit. Inmate states or it will only let her book one visit. Inmate is requesting assistance with this issue. | Not Sustained | 9/8/2022 |
| 5100-2022-0428-309 | Men's Central Jail | Visiting | Visiting | Inmate requesting George Joy to be blocked. | Sustained | 9/8/2022 |
| 5100-2022-0506-292 | Men's Central Jail | Visiting | Visiting | Inmate requesting to block Martina Jalene Rascon from visiting him. | Sustained | 9/8/2022 |
| 5100-2022-0513-271 | Men's Central Jail | Visiting | Visiting | Inmate requesting to block Martina Jalen Rascon as a visitor. | Released Prior to Inquiry | 9/8/2022 |
| 5100-2022-0513-274 | Men's Central Jail | Visiting | Visiting | Inmate requesting to know who has been booking all his visits. | Sustained | 9/8/2022 |

EXHIBIT A
PAGE 39

35

| Reference Number | Facility | Grievance Type | Complaint Type | Complaint Detail | Disposition | Complete |
|---|---|---|---|---|---|---|
| all: **Provision 6.11-1 Log, 2022 Quarter 3 Rosas Facilities** | | | | | | |
| 5100-2022-0518-214 | Men's Central Jail | Visiting | Visiting | Inmate states that his family has been trying to book a visit for the last 10 months but they have not been able to. Inmate is requesting to speak with someone about getting a visit. | Not Sustained | 9/8/2022 |
| 5100-2022-0531-219 | Men's Central Jail | Visiting | Visiting | Inmate is requesting to block all his visits stating he does not want to have any visits. | Released Prior to Inquiry | 9/8/2022 |
| 5100-2022-0606-282 | Men's Central Jail | Visiting | Visiting | Inmate requesting to know why his visits keep getting cancelled. | Not Sustained | 9/8/2022 |
| 5100-2022-0615-228 | Men's Central Jail | Visiting | Visiting | Inmate requesting Larissa Escalona and Sandra Borja to be blocked from visiting. | Sustained | 9/8/2022 |
| 5100-2022-0712-229 | Men's Central Jail | Visiting | Visiting | Inmate requesting to block Johanna Jaimes from visiting him. | Sustained | 9/8/2022 |
| 5100-2022-0725-255 | Men's Central Jail | Visiting | Visiting | Inmate requesting Misty Arterberry to be blocked from visiting. | Sustained | 9/8/2022 |
| 5100-2022-0801-230 | Men's Central Jail | Visiting | Visiting | Inmate is requesting to block Kavianna West from visiting him. | Sustained | 9/8/2022 |
| 5100-2022-0815-207 | Men's Central Jail | Visiting | Visiting | Inmate requesting to block Roynieka Fisher as a visitor. | Sustained | 9/8/2022 |
| 5100-2022-0815-208 | Men's Central Jail | Visiting | Visiting | Inmate requesting Quardsiha Morgan to be blocked from visiting. | Sustained | 9/8/2022 |
| 5100-2022-0818-240 | Men's Central Jail | Visiting | Visiting | Inmate requesting to know who is blocking him from having any visitors. | Not Sustained | 9/8/2022 |
| 5100-2022-0823-208 | Men's Central Jail | Mail | Mail | Inmate requesting to have his mail delivered to him. | Not Sustained | 9/8/2022 |
| 5100-2022-0829-272 | Men's Central Jail | Visiting | Visiting | Inmate requesting to block Hannah Cardenas from visiting. | Sustained | 9/8/2022 |
| 5100-2022-0901-207 | Men's Central Jail | Visiting | Visiting | Inmate requesting to know who is on his visiting list. | Sustained | 9/8/2022 |
| 5100-2022-0907-240 | Men's Central Jail | Visiting | Visiting | Inmate requesting a list of visitors who have been booking visits with him. | Sustained | 9/8/2022 |
| 5100-2022-0907-260 | Men's Central Jail | Visiting | Visiting | Inmate requesting documentation why his visits are being restricted. | Sustained | 9/8/2022 |
| 5100-2022-0118-320 | Men's Central Jail | Visiting | Visiting | Inmate is requesting the names of those scheduling visitation so he can pin point the certain individual and have them blocked from scheduling visits for him because they are blocking his family from booking a visit. | Released Prior to Inquiry | 9/9/2022 |
| 5100-2022-0310-216 | Men's Central Jail | Visiting | Visiting | Inmate states his loved ones are trying to visit him and he does not have nay holds. Inmate is requesting to know to know the proper procedures that he needs to have visits. | Released Prior to Inquiry | 9/9/2022 |
| 5100-2022-0314-236 | Men's Central Jail | Visiting | Visiting | Inmate requesting to find out if Sasha Mangram is visiting other inmates. | Not Sustained | 9/9/2022 |
| 5100-2022-0318-230 | Men's Central Jail | Visiting | Visiting | Inmate requesting a list of his visits. | Sustained | 9/9/2022 |
| 5100-2022-0322-261 | Men's Central Jail | Visiting | Visiting | Inmate stating on 3/17/22 his attorney came to visit him. Inmate claiming attorney had to wait 6 hours to see him. Inmate requesting to know the time his attorney arrived at MCJ Visiting Unit. | Not Sustained | 9/9/2022 |
| 5100-2022-0324-281 | Men's Central Jail | Visiting | Visiting | Inmate states he has been trying to get a visiting appointment with his girlfriend and she has been told he was on quarantine, lock down and that he already had a visit. Inmate states he is not on LOP from visiting. Inmate states he is just trying to get an appointment to see hi daughters. Inmate is requesting to get the information as why all his wife's attempts to visits have not been allowed. | Released Prior to Inquiry | 9/9/2022 |
| 5100-2022-0331-297 | Men's Central Jail | Visiting | Visiting | Inmate requesting list of visitors. | Sustained | 9/9/2022 |
| 5100-2022-0420-204 | Men's Central Jail | Visiting | Visiting | Inmate states someone has been scheduling visits but not showing up. Inmate states this makes it so no one can visit him and he has been unable to have a visit since 11/21 because the system always says he has no available visits. Inmate is requesting to know who is booking his visits from 11/21 through 4/22 so he can have them blocked. | Sustained | 9/9/2022 |
| 5100-2022-0428-251 | Men's Central Jail | Visiting | Visiting | Inmate requesting a visiting log. | Released Prior to Inquiry | 9/9/2022 |
| 5100-2022-0502-324 | Men's Central Jail | Visiting | Visiting | Inmate requesting to know if anyone is booking visits and cancelling them last minute. | Sustained | 9/9/2022 |
| 5100-2022-0509-222 | Men's Central Jail | Visiting | Visiting | Inmate requesting an easier way to book a visit for inmates in high power. | Not Sustained | 9/9/2022 |
| 5100-2022-0628-223 | Men's Central Jail | Visiting | Visiting | Inmate requesting to know why his family can't book visits with him. | Sustained in Part | 9/9/2022 |
| 5100-2022-0706-214 | Men's Central Jail | Visiting | Visiting | Inmate states he would like to block someone from visiting him. Inmate is requesting to know how to start the process. | Sustained | 9/9/2022 |
| 5100-2022-0720-205 | Men's Central Jail | Visiting | Visiting | Inmate states his mother can not book a visit Graciela Gomez she does not have access to the profile or account that was made for her. Inmate is requesting to have the packet reset. Inmate states his fiancé Laura Cuevas is blocked from visiting him and he never blocked her. | Not Sustained | 9/9/2022 |
| 5100-2022-0801-213 | Men's Central Jail | Visiting | Visiting | Inmate states that his wife told him all his visit spots have been booked. Inmate is requesting his visiting log sheet. | Sustained | 9/9/2022 |
| 5100-2022-0829-273 | Men's Central Jail | Visiting | Visiting | Inmate requesting a list of all his visitors. | Sustained | 9/9/2022 |
| 5100-2022-0829-294 | Men's Central Jail | Visiting | Visiting | Inmate is requesting to know why his family is not allowed to make any visits. | Not Sustained | 9/9/2022 |

EXHIBIT A
PAGE 40

36

| | | | Provision 6.11-1 Log, 2022 Quarter 3 Rosas Facilities | | | |
|---|---|---|---|---|---|---|
| Reference Number | Facility | Grievance Type | Complaint Type | Complaint Detail | Disposition | Complete |
| 5100-2022-0909-208 | Men's Central Jail | Other | Inmate Information Systems | Inmate stating he never refused his court dates, but they continue to change. | Not Sustained | 9/9/2022 |
| 5100-2022-0909-209 | Men's Central Jail | Clothing / Linen / Bedding | Housing Location / Reclassification | Inmate stating he has information he needs to inform personnel. | Sustained in Part | 9/9/2022 |
| 5100-2022-0909-211 | Men's Central Jail | Service Related - Procedural | Meals / Food | Inmate stating Feeding Deputy failed to deliver his kosher diet meals twice on 9/1/22 and on 9/3/22. | Not Sustained | 9/9/2022 |
| 5100-2022-0909-220 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate stating he was denied his court order shower. | Inconclusive | 9/9/2022 |
| 5100-2022-0909-221 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate stating he was denied his court order shower on 9/3/22. | Inconclusive | 9/9/2022 |
| 5100-2022-0217-282 | Men's Central Jail | Visiting | Visiting | Inmate requesting to arrange visitation with his child. | Sustained | 9/10/2022 |
| 5100-2022-0309-284 | Men's Central Jail | Visiting | Visiting | Inmate requesting to find out if Crystal Tashawn Johnson is approved for visiting. | Sustained | 9/10/2022 |
| 5100-2022-0309-320 | Men's Central Jail | Visiting | Visiting | Inmate states his wife Erika Swift was denied a visit with him. Inmate states she has taken care of her issues and sent all her paperwork in. Inmate is requesting to know if she is able to visit him now. | Released Prior to Inquiry | 9/10/2022 |
| 5100-2022-0314-327 | Men's Central Jail | Visiting | Visiting | Inmate requesting to know who is booking his visits. | Sustained | 9/10/2022 |
| 5100-2022-0329-212 | Men's Central Jail | Visiting | Visiting | Inmate states he is requesting to know why his mom is not being allowed to visit him. Inmate states when she tries to book a visit the system is not allowing her to book one. Inmate states he is entitled to have visits and his mom has visited him previously. | Not Sustained | 9/10/2022 |
| 5100-2022-0408-298 | Men's Central Jail | Visiting | Visiting | Inmate requesting to block Jada Bell from visiting. | Sustained | 9/10/2022 |
| 5100-2022-0411-346 | Men's Central Jail | Visiting | Visiting | Inmate is requesting to get a list of the people who have been booking his visits. Inmate states that when his family tries to book a visit it tells them that he has reached his weekly limit for visit but no one ever shows up to visit him. Inmate states that he wants to block who keeps booking visits and never shows up. | Released Prior to Inquiry | 9/10/2022 |
| 5100-2022-0418-219 | Men's Central Jail | Visiting | Visiting | Inmate is requesting to know why he is not getting visits. | Sustained | 9/10/2022 |
| 5100-2022-0506-270 | Men's Central Jail | Visiting | Visiting | Inmate requesting to block all his visitors except his wife Angelique Hall. | Sustained | 9/10/2022 |
| 5100-2022-0531-203 | Men's Central Jail | Visiting | Visiting | Inmate is requesting to block Lakesha Prudholm from visiting him. | Sustained | 9/10/2022 |
| 5100-2022-0609-208 | Men's Central Jail | Visiting | Visiting | Inmate states the person trying to book a visit with him is being told that he can not have visits. Inmate is requesting to know why she is being told this and who can she contact to resolve this. | Not Sustained | 9/10/2022 |
| 5100-2022-0609-225 | Men's Central Jail | Visiting | Visiting | Inmate states he does not want his visitors to know who is coming to visit him. Inmate is requesting to not let his mom and wife know who is on his visiting list. | Sustained | 9/10/2022 |
| 5100-2022-0720-225 | Men's Central Jail | Visiting | Visiting | Inmate is requesting to block his visitors from knowing who is coming to see him. Inmate states he does not want anyone else to know who is coming to see him. | Sustained | 9/10/2022 |
| 5100-2022-0720-232 | Men's Central Jail | Visiting | Visiting | Inmate stated his wife has been going to the website to book a visit but somebody has been booking them without his consent. Inmate is requesting a printout of who is booking his visits or tell him what is going on. | Sustained | 9/10/2022 |
| 5100-2022-0725-337 | Men's Central Jail | Visiting | Visiting | Inmate states this is to the visiting sgt. Inmate is requesting to know if he can have the list of his visitors be blocked from anyone else asking who is coming to visit him. Inmate states he does not want them to know who is coming to see him. | Sustained | 9/10/2022 |
| 5100-2022-0808-213 | Men's Central Jail | Visiting | Visiting | Inmate requesting to block Antoinette Dixon Jackson from visiting him. | Sustained | 9/10/2022 |
| 5100-2022-0808-227 | Men's Central Jail | Visiting | Visiting | Inmate requesting to block Jasmine Simpson from visiting. | Sustained | 9/10/2022 |
| 5100-2022-0831-230 | Men's Central Jail | Visiting | Visiting | Inmate requesting to block Deanna Jamison. | Sustained | 9/10/2022 |
| 5100-2021-1108-207 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states on 10/25 and 11/4 he was searched and sexually harassed. Inmate states the cuffs bruised his wrists. Inmate states his property was trashed. Inmate states his PTSD is bothering him and he wants to be | Employee Conduct Appears Resonable | 9/10/2022 |
| 5100-2022-0823-202 | Men's Central Jail | Property | ADA | Inmate stating his glasses are ready and requesting to be delivered to him. | Sustained | 9/12/2022 |
| 5100-2022-0829-271 | Men's Central Jail | Property | ADA | Inmate stating Amazon delivered a package containing hearing aids. Inmate requesting to have it delivered to him. | Sustained in Part | 9/12/2022 |
| 5100-2022-0901-266 | Men's Central Jail | Property | ADA | Inmate requesting to receive chrono shoes. | Not Sustained | 9/12/2022 |

| Reference Number | Facility | Grievance Type | Complaint Type | Complaint Detail | Disposition | Complete |
|---|---|---|---|---|---|---|
| | | | | **Provision 6.11-1 Log, 2022 Quarter 3 Rosas Facilities** | | |
| 5100-2022-0912-240 | Men's Central Jail | Classification | Housing Location / Reclassification | Noel Fisher was in a program called module 913 he is in K 10 protective custody he was moved from Wayside out of his program because of a medical hold. He would like to go back to the program. He states he feels more safe because there is a program dedicated to protective custody inmates. He was sent to MCJ twin towers because of a medical. He no longer has any medical holds. His medical issues have been resolved and would like to go back to Wayside to continue to participate with the program. He was not kicked out of the program, he was only sent down because of a medical hold. He feels his life has been threatened numerous times I've heard in the streets that there were people that were trying to press him and get to him. I'm aware that Sergeant ███ was a supervisor over this program I've reached out to him and have been unsuccessful. I am Noel Fisher's brother and he feels unsafe and uncomfortable he has been charged with sexual assault and sexual nature charges. He feels uncomfortable and unsafe as there is a looming negative energy towards him for crime he did not commit. | Inconclusive | 9/12/2022 |
| 5100-2021-0408-354 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states he would like to file a complaint for racial discrimination to Deputy ███ towards him. | Unable to Make Determination | 9/13/2022 |
| 5100-2021-0928-235 | Men's Central Jail | A staff member | Complaint Against Staff | Ramirez reports an incident of deputy negligence and harassment on 9/7/21. Ramirez reports that they, along with other individuals, were forced to strip naked and walk between 100-200 feet within the facility to the x-ray. They were not provided with any reason. They were naked in front of male and female personnel. Ramirez reports that their hands were zip tied so tight that they lost circulation. Furthermore, Ramirez was left in a room with thirty other individuals who were all maskless and in their underwear without social distancing. Ramirez also states that their property was thrown around. | Employee Conduct Appears Resonable | 9/13/2022 |
| 5100-2021-1110-248 | Men's Central Jail | A staff member | Complaint Against Staff | This Third Party Inmate Grievance was forwarded to CSS by the OIG alleging Custody personnel was negligent  while opening the shower gate. The Third Party stated Inmate Ocampos' hand was caught on the gate and custody personnel did nothing about it.<br><br>For further details please see the third party form attached. | Unable to Make Determination | 9/13/2022 |
| 5100-2021-1216-221 | Men's Central Jail | A staff member | Complaint Against Staff | A third party reports an incident of retaliation. The third party reports that she called the Watch Commander in September (date unclear) to report a problem with the water. As a result, she alleges that Lovelady was forced to sleep on the floor in the hallway for four days. Please investigate this report of misconduct and retaliation. Thank you. | Employee Conduct Appears Resonable | 9/13/2022 |
| 5100-2022-0912-256 | Men's Central Jail | Commissary - Keefe | Contract Vendor | inmate states that on July 31, 2022, he made an order to commissary in the amount of $84 86 dollars and never received his order. Inmate states he didn't sign for his order and would like a response back or his order. | Inconclusive | 9/14/2022 |
| 5100-2022-0118-303 | Men's Central Jail | Visiting | Visiting | Inmate states twice his visitors have been denied to visit him by email under false pretense of quarantine. Inmate states on 1/6/21 and 1/13/22. Inmate states other inmates on 2700 Baker row went to visits which was the same row he was housed on. Inmate states there was no quarantine and his visits should f not been canceled. | Not Sustained | 9/15/2022 |
| 5100-2022-0125-291 | Men's Central Jail | Visiting | Visiting | Inmate is stating his wife set up an account and made a mistake and now it is making it look like she wants to visit herself instead of him. Inmate is requesting to have this issue fixed. | Released Prior to Inquiry | 9/15/2022 |
| 5100-2022-0131-327 | Men's Central Jail | Visiting | Visiting | Inmate states he was scheduled for a visit today at 8 am and his wife arrived and waited until 8:50 and then was told the visit was canceled without any explanation. Inmate states this is the second visit to be canceled. The prior week the told his wife they couldn't find him and he was sitting at the window until the canceled the visit without allowing him to see his wife. Inmate states he was told his wife left and she was told he was lost. Inmate states his wife was told to call the sergeant which she did but no one answered. | Not Sustained | 9/15/2022 |
| 5100-2022-0309-325 | Men's Central Jail | Visiting | Visiting | Inmate states his family has been trying to book a visit but keeps getting denied. | Released Prior to Inquiry | 9/15/2022 |

EXHIBIT A
PAGE 42

38

| | Provision 6.11-1 Log, 2022 Quarter 3 Rosas Facilities | | | | | |
|---|---|---|---|---|---|---|
| Reference Number | Facility | Grievance Type | Complaint Type | Complaint Detail | Disposition | Complete |
| 5100-2022-0321-332 | Men's Central Jail | Visiting | Visiting | Inmate states on 3/12/22 at approximately 3pm he was again harassed, retaliated against for asking for a grievance and was subject to racial profiling/ discrimination. Inmate states he accidently had a visiting pass in his pocket and he was rudely interrupted as was his wife during his visit time. Inmate states personnel came over and began to bully and incite an altercation between custody staff and inmate for no reason. Inmate states without any reason or notice visiting canceled all his visits without even a write up. | Released Prior to Inquiry | 9/15/2022 |
| 5100-2022-0322-278 | Men's Central Jail | Visiting | Visiting | Inmate states around 9-10:40am Betty Willis arrived at MCJ to schedule a visit with him to obtain his personal property. Inmate states she was made aware that his location was on lock down and he was unable to get a visit. Inmate states that he was never contacted and he did not refuse to any deputy. Inmate states his visitor was told by the personnel in visiting that he refused when he claims he did not refuse. | Not Sustained | 9/15/2022 |
| 5100-2022-0824-207 | Men's Central Jail | Visiting | Visiting | Inmate requesting a copy of all his visitors. | Released Prior to Inquiry | 9/15/2022 |
| 5100-2022-0912-241 | Men's Central Jail | Mail | Mail | Information was forwarded via email to the MCJ Grievance Office. Information was given to OIG by phone. Telephone call from Juan Gomez, booking number 5066114, DOB: 4/12/98 he is at MCJ. His complaint is on-going issue with his mail they keep delaying it and it is not the first time. It takes 3 to 4 weeks for him to get the mail for example he received the photos but not the letters. | Not Sustained | 9/15/2022 |
| 5100-2022-0912-259 | Men's Central Jail | Mail | Mail | Inmate states many books, magazines, pictures, letters, obituary have been delivered to this facility and have not been given to him. Inmate states he has many receipts with tracking information, etc. | Not Sustained | 9/15/2022 |
| 5100-2021-0907-005 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate made a verbal allegation of force to Sgt ███ stating that 9000 safety check personnel pushed and tripped him out of the dorm. | Employee Conduct Appears Resonable | 9/15/2022 |
| 5100-2022-0127-274 | Men's Central Jail | A staff member | Complaint Against Staff | Telfair reports that unnamed deputies are threatening him and holding his meals in retaliation for a prior report of deputy harassment [LA24883]. | Employee Conduct Appears Resonable | 9/15/2022 |
| 5100-2022-0314-269 | Men's Central Jail | Visiting | Visiting | Inmate requesting to block Gessel Acosta. | Released Prior to Inquiry | 9/16/2022 |
| 5100-2022-0322-256 | Men's Central Jail | Visiting | Visiting | Inmate requesting to know who is booking all his visiting appointments. This visitor is not allowing his wife Nicole Burton to book visits with him. | Released Prior to Inquiry | 9/16/2022 |
| 5100-2022-0408-295 | Men's Central Jail | Visiting | Visiting | Inmate stating he is being denied visitation. | Released Prior to Inquiry | 9/16/2022 |
| 5100-2022-0414-302 | Men's Central Jail | Visiting | Visiting | Inmate requesting assistance how his family can schedule visits with him. | Not Sustained | 9/16/2022 |
| 5100-2022-0420-215 | Men's Central Jail | Visiting | Visiting | Inmate is requesting to get his visitation fixed to where he is able to receive his visits. Inmate states he has not done anything and he is not getting his visits. | Not Sustained | 9/16/2022 |
| 5100-2022-0502-310 | Men's Central Jail | Visiting | Visiting | Inmate requesting to set visiting with friends and family. | Released Prior to Inquiry | 9/16/2022 |
| 5100-2022-0502-342 | Men's Central Jail | Visiting | Visiting | Inmate requesting to know who has been booking his visits and don't attend their visits. | Sustained | 9/16/2022 |
| 5100-2022-0504-205 | Men's Central Jail | Visiting | Visiting | Inmate is requesting to know why he is not getting any visits. | Released Prior to Inquiry | 9/16/2022 |
| 5100-2022-0505-209 | Men's Central Jail | Visiting | Visiting | Inmate requesting visiting status. | Sustained | 9/16/2022 |
| 5100-2022-0510-258 | Men's Central Jail | Visiting | Visiting | Inmate requesting a list of all his visitors. | Released Prior to Inquiry | 9/16/2022 |
| 5100-2022-0516-289 | Men's Central Jail | Visiting | Visiting | Inmate requesting to know who is booking his visits. | Sustained | 9/16/2022 |
| 5100-2022-0614-309 | Men's Central Jail | Visiting | Visiting | Inmate is requesting a copy of every visit he has had since he was arrested. | Sustained in Part | 9/16/2022 |
| 5100-2022-0616-367 | Men's Central Jail | Visiting | Visiting | Inmate requesting to know who has been purposely booking all his visits. | Sustained | 9/16/2022 |
| 5100-2022-0707-317 | Men's Central Jail | Visiting | Visiting | Inmate states someone is purposely booking his visits and not coming. Inmate states he has not seen his family since April because they are unable to book a visit. Inmate is requesting to block everyone except his wife Esther Gurrola and his parents Sofia and Luis Velasquez. | Sustained | 9/16/2022 |
| 5100-2022-0720-230 | Men's Central Jail | Visiting | Visiting | Inmate states that his wife is trying to book visits but it is not letting her. Inmate states she has tried to request assistance but has had no help. Inmate is requesting for help so his wife is able to book a visit. | Released Prior to Inquiry | 9/16/2022 |
| 5100-2022-0502-293 | Men's Central Jail | Visiting | Visiting | Inmate states that his family is trying to come visit him but he has not been given a visit and he is requesting to know why. | Released Prior to Inquiry | 9/18/2022 |
| 5100-2022-0505-269 | Men's Central Jail | Visiting | Visiting | Inmate states he recently came down from CDCR 3 weeks ago and he has been unable to get a visit. Inmate is requesting to know what the problem is. | Not Sustained | 9/18/2022 |
| 5100-2022-0616-330 | Men's Central Jail | Visiting | Visiting | Inmate requesting to know why he cannot have any visits. | Not Sustained | 9/18/2022 |

EXHIBIT A
PAGE 43

39

| | | | | Provision 6.11-1 Log, 2022 Quarter 3 Rosas Facilities | | |
|---|---|---|---|---|---|---|
| Reference Number | Facility | Grievance Type | Complaint Type | Complaint Detail | Disposition | Complete |
| 5100-2022-0622-212 | Men's Central Jail | Visiting | Visiting | Inmate states he has a visit and was immediately recorded and interrogated by someone. Inmate states he did not know. Inmate is requesting the persons first and last name to take further legal action. | Released Prior to Inquiry | 9/18/2022 |
| 5100-2022-0624-276 | Men's Central Jail | Visiting | Visiting | Inmate requesting to know why he is unable to have visits. | Not Sustained | 9/18/2022 |
| 5100-2022-0908-260 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Efrain Rojas reports that they were forced to bend over and spread their buttocks. Please investigate this report of invasive body cavity search. Thank you. | Inconclusive | 9/19/2022 |
| 5100-2022-0916-227 | Men's Central Jail | Service Related - Procedural | Property - Other | Inmate Vidana reports commissary taken away from them when they went for classification at MCJ, with deputy promising that this property would be kept in secure storage, only accessible todeputies. Vidana states that once classification was completed, commissary was returned, but with the following items missing: bag of coffee, 2 bags pork rinds, 2 bags salt, chips and a bag of rice. Vidana has requested reimbursement for the missing items, but was told, 11Tough luck." | Sustained in Part | 9/19/2022 |
| 5100-2022-0916-230 | Men's Central Jail | Classification | Housing Location / Reclassification | Inmate  Williams reports that they have been incarcerated for about 16 years and were taken to LA County for resentencing, and have been here for about five months. Williams reports that they are still classified as a high 8 for security purposes, even though the security level is supposed to be dropped every 45 days. Williams reports they wrote several grievances and tried asking deputies but have received no response. Williams reports they would like to get a job until they are released and need the security reclassification to do so. | Sustained in Part | 9/19/2022 |
| 5100-2022-0725-204 | Men's Central Jail | Service Related - Procedural | Showers | Inmate states after more than 72 hours from being placed in seg he has been denied showers and bedding by module deputy [redacted] Inmate states this is a direct violation of his title-15 and 8th amendment. Inmate states this is cruel and unusual punishment. | Not Sustained | 9/19/2022 |
| 5100-2022-0809-206 | Men's Central Jail | Property | ADA | Inmate stating he purchases a pair of ortho shoes from Amazon. Inmate requesting to know if shoes have arrived here at MCJ. | Sustained in Part | 9/19/2022 |
| 5100-2022-0916-278 | Men's Central Jail | Property | ADA | Inmate stating his family sent him hearing aids that was delivered to the mailroom. Inmate requesting hearing aid to be delivered to him. | Sustained in Part | 9/19/2022 |
| 5100-2022-0916-282 | Men's Central Jail | Property | ADA | Inmate requesting to have his Dr. Schools shoes delivered to him. They were dropped off in the main lobby. | Sustained in Part | 9/19/2022 |
| 5100-2022-0916-289 | Men's Central Jail | Mail | Mail | Inmate stating on August 10, 2022, the Human Rights Defense Center sent him an information pack of broachers regarding HRDC publications and he has not received them. | Inconclusive | 9/19/2022 |
| 5100-2022-0919-243 | Men's Central Jail | Living conditions | Living Conditions | Inmate requesting to speak with Sgt [redacted] regarding issues at current housing location. | Sustained in Part | 9/19/2022 |
| 5100-2022-0919-245 | Men's Central Jail | Other | Release Information / Sentence | Inmate stating he is has been falsely imprisoned and is requesting to be released. | Not Sustained | 9/19/2022 |
| 5100-2022-0919-248 | Men's Central Jail | Other | Inmate Information Systems | Inmate stating he hasn't had court for over two month and has an SP3 status. Inmate requesting status update. | Not Sustained | 9/19/2022 |
| 5100-2022-0919-255 | Men's Central Jail | Service Related - Procedural | Meals / Food | Inmate stating on 9/15/22, his special diet meal was not correct when he addressed issue to Deputy [redacted] he was ignored. | Sustained in Part | 9/19/2022 |
| 5100-2022-0919-256 | Men's Central Jail | Living conditions | Housing Location / Reclassification | Inmate requesting to be moved to another module due to not getting along with other inmates. | Sustained in Part | 9/19/2022 |
| 5100-2022-0908-259 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Montgomery reports that they received a resolution response for a previous complaint (ACLU ref# LA276 I 0). Montgomery reports that the investigating sergeant, Sergeant [redacted] lied in the response. Please investigate this report of staff misconduct. Thank you. | Inconclusive | 9/21/2022 |
| 5100-2022-0908-263 | Men's Central Jail | Service Related - Procedural | Television | Third party reports Aroxxxia Tave (booked as Reginald Tave) has attempted to order items off of the "female" canteen list, but staff have told her it is an "unauthorized item" at MCJ but as a transgender woman housed at CJ she should be able to access mascara, foundation, brow pencil, tweezers, and other items off the list, as well as a razor on non-shower days to address facial hair growth. Please investigate and provide Tave with the canteen items requested. | Inconclusive | 9/21/2022 |
| 5100-2022-0908-266 | Men's Central Jail | Showers | Showers | Ibarra reports that they did not receive a shower on 08-19-2022. Please explain why Ibarra was denied a shower on this date, check the log for any inconsistences, and please provide Ibarra with their daily showers. Thank you. | Inconclusive | 9/21/2022 |

EXHIBIT A
PAGE 44

40

| Provision 6.11-1 Log, 2022 Quarter 3 Rosas Facilities | | | | | | |
|---|---|---|---|---|---|---|
| Reference Number | Facility | Grievance Type | Complaint Type | Complaint Detail | Disposition | Complete |
| 5100-2022-0908-272 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Esquivel reports that they have requested and been refused a haircut, nail clippers, and an indigent kit with a toothbrush and hygiene supplies. Esquivel reports that they are unable to file grievances, and that this problem has persisted for several weeks. Please provide the nail clippers, haircut, and hygiene kit to Esquivel. Thank you. | Released Prior to Inquiry | 9/21/2022 |
| 5100-2022-0916-225 | Men's Central Jail | Service Related - Procedural | Inmate Information Systems | Inmate Avina reports that they used to be housed in dorm 5200, but got moved to 2800 A I /2800 Abel I. Avina reports that since moving housing units, they have had to miss two START classes. Avina reports that they will be missing a third class that week due to their new location, and are worried they will be dropped from START because only four classes can be missed in total. Avina reports that deputies are not answering their questions about how to access the classes. | Sustained in Part | 9/21/2022 |
| 5100-2022-0916-226 | Men's Central Jail | Service Related - Procedural | Property - Other | Inmate Avina reports that they used to be housed in dorm 5200, but got moved to 2800 A I /2800 Abel I. Avina reports that since moving housing units, they have had to miss two START classes. Avina reports that they will be missing a third class that week due to their new location, and are worried they will be dropped from START because only four classes can be missed in total. Avina reports that deputies are not answering their questions about how to access the classes. | Sustained in Part | 9/21/2022 |
| 5100-2022-0919-242 | Men's Central Jail | Classification | Housing Location / Reclassification | Inmate requesting to be reclassified as K18. | Sustained in Part | 9/21/2022 |
| 5100-2021-0203-305 | Men's Central Jail | A staff member | Complaint Against Staff | Caller is calling on behalf of her husband. Stated he has not received "his store" for two weeks now. He is turning in his list and they are not giving him his things. Deputies are removing his privileges- no haircut, they changed his telephone pin, not getting breakfast- deputies are messing with him. | Unable to Make Determination | 9/21/2022 |
| 5100-2022-0810-223 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate made an allegation of force. Inmate stated in September 2021 officers under the control of Alex Villanueva escorted him to medical shackled at his feet and wrist and slammed him on the ground, dragged him while punching and kicking him. Inmate states he was housed in 1750. | Employee Conduct Appears Resonable | 9/21/2022 |
| 5100-2022-0908-262 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Third party reports Aroxxxia Tave (booked as Reginald Tave) has attempted to order items off of the "female" canteen list, but staff have told her it is an "unauthorized item" at MCJ but as a transgender woman housed at CJ she should be able to access mascara, foundation, brow pencil, tweezers, and other items off the list, as well as a razor on non-shower days to address facial hair growth. Please investigate and provide Tave with the canteen items requested. | Inconclusive | 9/22/2022 |
| 5100-2022-0921-256 | Men's Central Jail | Classification | Justice Delays (Pro Per, Law Library, Etc.) | Inmate complaining he has been denied access to Law-Library. Inmate claiming he is a Pro-Per Inmate. | Sustained in Part | 9/22/2022 |
| 5100-2022-0922-205 | Men's Central Jail | Living conditions | Meals / Food | Inmate requesting to know why he stopped receiving gluten free diet meals. | Not Sustained | 9/22/2022 |
| 5100-2022-0922-215 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate stating on 9/9/22 at 3:33am, he was wrongfully written up. Inmate claiming he was written up for Deputy ███ failing to inform him he was on the transfer list; as such, he was not ready to be transferred. | Not Sustained | 9/22/2022 |
| 5100-2022-0922-218 | Men's Central Jail | Property | Justice Delays (Pro Per, Law Library, Etc.) | Inmate stating he has a balance of $60 and has submitted pro per kit forms, but has not received supplies. | Not Sustained | 9/22/2022 |
| 5100-2022-0922-219 | Men's Central Jail | Mail | Mail | Inmate stating on 9/9/22, two books and a magazine was withheld. Inmate claiming all three were in compliance. | Not Sustained | 9/22/2022 |
| 5100-2022-0922-233 | Men's Central Jail | Classification | Justice Delays (Pro Per, Law Library, Etc.) | Inmate requesting to have access to the law library. | Sustained in Part | 9/22/2022 |
| 5100-2022-0922-236 | Men's Central Jail | Living conditions | Justice Delays (Pro Per, Law Library, Etc.) | Inmate stating he is on a hunger strike requesting to have additional tv installed. Inmate also requesting to be seen by an eye doctor for his glaucoma. | Sustained in Part | 9/22/2022 |
| 5100-2022-0922-238 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate stating on 9/13/22 around noon 1330 hours, inmate asked Deputy ███ to turn on the back half lights. Inmate claiming his cell lights never were turned on. Inmate is a por per inmate and needs the light to be able to work on his case. Inmate stating Deputy ███ denied his right. | Not Sustained | 9/22/2022 |
| 5100-2022-0908-280 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Kuantay Williams reports that they have been requesting copies of their grievances with LASD and the grievances that they have filed with the ACLU. Please provide Williams with the copies of all of their grievances thus far. Thank you. | Inconclusive | 9/26/2022 |

| | | | Provision 6.11-1 Log, 2022 Quarter 3 Rosas Facilities | | | |
|---|---|---|---|---|---|---|
| Reference Number | Facility | Grievance Type | Complaint Type | Complaint Detail | Disposition | Complete |
| 5100-2022-0916-212 | Men's Central Jail | Living conditions | Living Conditions | Inmate Ruiz reports extreme room and shower temperatures in MCJ 2900 Baker-3, and states there is no ventilation or air flow, making it hard to even breathe -and that shower temperatures are so hot that they have to fill up bags and let the water cool down before they can use it. Ruiz States, "It's not right!" and adds that they filed a grievance and were informed that all air conditioning repairs were promptly made upon receipt of the grievance -yet no one saw any repairs being made and extreme (air and water) temperatures continue. | Sustained in Part | 9/26/2022 |
| 5100-2022-0916-231 | Men's Central Jail | Service Related - Procedural | Justice Delays (Pro Per, Law Library, Etc.) | Inmate Washington reports that they have been denied access to the law library and other resources to file complaints. Washington reports that their pleadings were rejected by a judge because they used pencil to fill out the papers, when federal courts require pen. Washington reports the jail is not providing them with pens, preventing them from access to the courts. | Inconclusive | 9/26/2022 |
| 5100-2022-0916-235 | Men's Central Jail | Service Related - Procedural | ADA | Inmate Sullivan reports that they are entitled to specific, orthopedic-issued footwear under the ADA. Sullivan reports that they are not receiving this footwear, and were told that they needed to be on chemotherapy to receive the orthopedic shoes. Sullivan reports that this is erroneous, and officials are not providing explanations for denying incarcerated people the ADA shoes. | Sustained in Part | 9/26/2022 |
| 5100-2022-0921-263 | Men's Central Jail | Living conditions | Meals / Food | Inmate is saying that Deputy ▮▮▮▮ refused to call for a supervisor when requested and fed him cold food that was four hours late. | Sustained in Part | 9/26/2022 |
| 5100-2022-0926-239 | Men's Central Jail | Service Related - Procedural | Inmate Information Systems | Inmate stating he filed two grievances for harassment towards Deputy ▮▮ which had not been answered. Inmate believes grievances have been thrown away. | Not Sustained | 9/26/2022 |
| 5100-2022-0609-228 | Men's Central Jail | Food Services | Meals / Food | Inmate states he is in 5500 and almost every day breakfast and lunch are short one way or the other. Inmate states they also never get any eggs ever. Inmate is requesting the red tile supervisor look into this issue with the food. | Not Sustained | 9/27/2022 |
| 5100-2022-0819-207 | Men's Central Jail | A staff member | Complaint Against Staff | This Grievance is being documented in CARTS under an MCJ Reference number as courtesy to Compton Station. The carts system does not have the availability to pull station number RD'S therefore the grievance RD became the Inmates last housing location (MCJ). Per Lieutenant ▮▮▮▮ , the following Information was documented as a Staff complaint at Compton Station. "Inmate Marquez is alleging staff harassment.  The inmate alleged since the first day he started working at Compton Station, a Law Enforcement Technician (L.E.T.) told him if he did not work to standards, he would remove him from his inmate worker status.  The inmate also alleged the L.E.T. would get rid of him if he attempted to escape or was caught stealing.  According to the inmate, the L.E.T. allegedly told deputies to physically assault him or shoot him if he tried to escape.  Per the inmate, from that day moving forward, he could not work to the L E.T.'s full expectations because he did not know what was expected of him. " | Employee Conduct Appears Resonable | 9/27/2022 |
| 5100-2022-0922-225 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate Avina reports that they are in a four-person cell with a toilet that is filled to the rim with feces. Avina reports that their cell is unclean because of the smell of feces and urine, and that it is overflowing to the floor. Avina reports that they and their cellmates ask calmly to use the restroom elsewhere, but deputies are taking 6-8 hours to walk the tier and so don't respond to these requests for several hours at a time. Avina reports that one deputy told the four that if they "didn't like the way we were living," she could take them out of the START program. One of Avina's cell mates is Aubrey Spencer (booking number 6400614). Avina reports staff have told their families that they will be moved, but have not been told anything themselves. | Inconclusive | 9/28/2022 |
| 5100-2022-0922-227 | Men's Central Jail | Other | Religion / Church | Inmate Multani reports that they have asked to use religious services on Fridays to do their services. Multani reports that despite submitting grievance fonns, they cannot get access to these services. Multani reports that this, like the phone ▮▮▮▮ is due to discrimination and anti-Islam prejudice by Deputy ▮▮ because Multani has a Middle Eastern first name and is perceived as Muslim. | Inconclusive | 9/28/2022 |

| Provision 6.11-1 Log, 2022 Quarter 3 Rosas Facilities | | | | | | |
|---|---|---|---|---|---|---|
| Reference Number | Facility | Grievance Type | Complaint Type | Complaint Detail | Disposition | Complete |
| 5100-2022-0922-228 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate Multani reports that they are pro per and in the process of filing papers to court, but that they are being refused access to the law library. Multani also reports their legal mail never reaches the court and they believe it is being thrown out. Multani reports that this, like their phone access grievance, is a result of discrimination by Deputy ███ | Inconclusive | 9/28/2022 |
| 5100-2022-0922-229 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate Multani reports that they are unable to call their family, in violation of the phone order mandating that incarcerated people be permitted at least one phone call per day. Multani reports that this is due to discrimination based on his Middle Eastern first name and percieved Muslim faith. Multani reports that Deputy ███ refuses to let Multani use the phone, and that Multani's family is only available to call when Deputy ███ is on his shift. Multani reports that Deputy ███ used to serve in a war in the Middle East, which Multani believes drives his prejudiced behavior. | Inconclusive | 9/28/2022 |
| 5100-2022-0922-204 | Men's Central Jail | Mail | Mail | Inmate stating on 9/7/22, he mailed his legal documents to his attorney at The Barns Firm, but his attorney informed inmate that he did not receive legal documents. | Inconclusive | 9/28/2022 |
| 5100-2022-0928-205 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate stating on 9/12/22 he was injured at Van Nuys Court and was taken to Valley Pres Hospital. Inmate requesting a copy of the incident report. | Sustained in Part | 9/28/2022 |
| 5100-2022-0928-208 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate complaining Deputy ███ refused to honor his court order shower. | Not Sustained | 9/28/2022 |
| 5100-2022-0928-213 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate requesting to file a grievance against San Fernando Police Department for use of force. Inmate reports on January 25, 2022, he was approached by two San Fernando Police Department (unnamed) Officers while sitting his car. Inmate stating female Officer told him to "Get the fuck out of the car." Female Officer then opened his car door and grabbed his left arm and her partner grabbed hold of his left arm as he was stepping out of his vehicle. Inmate continues stating while he was stepping out of his vehicle , female Officer punched him with her right fist toe the left temple and was taken down. Inmate also stating his girlfriend recorded the incident with her cell phone, but the female Officer confiscated her cell phone. | Sustained in Part | 9/28/2022 |
| 5100-2022-0928-238 | Men's Central Jail | Classification | Housing Location / Reclassification | inmate states he is being held "k-20" against his will. inmate states he signed all his threat advisory waivers and he is requesting to be re-classified to k-19. | Inconclusive | 9/28/2022 |
| 5100-2022-0928-250 | Men's Central Jail | Living conditions | Meals / Food | inmate states they refused to give him his special diet. Inmate states he was given a tray with beans and a bean burrito. | Inconclusive | 9/28/2022 |
| 5100-2022-0225-351 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states he was at law library and asked the 25/27 cage deputy to call the 9000 floor to pick them up. Inmate states the deputy was very rude and refused to call. Inmate states he refused to allow him to speak to a sergeant and used racial slurs. | Unable to Make Determination | 9/28/2022 |
| 5100-2022-0712-236 | Men's Central Jail | A staff member | Complaint Against Staff | INMATE MART NEZ COMPLAINED OF BEING SEXUALLY HARASSED ON A SQUAT AND COUGH SEARCH. INMATE STATED DEPUT ES STOOD BEHIND THE LINE AND TOLD THEM TO CRACK THEIR ASSES, WHILE HOLD NG FLASHLIGHTS, BATONS, TASERS, AND RUBBER BULLETS. | Employee Conduct Appears Resonable | 9/28/2022 |
| 5100-2022-0928-232 | Men's Central Jail | Mail | Mail | inmate states he recently transferred to MCJ from NCCF and is expecting important mail from family. Inmate hopes to receive it as soon as possible without any struggle nor difficulty throughout the processing and wishes for his request to be granted. | Not Sustained | 9/29/2022 |
| 5100-2022-0929-226 | Men's Central Jail | Mail | Mail | inmate would like information about his mail. inmate states his family sent him pictures and a comic book. | Not Sustained | 9/29/2022 |
| 5100-2022-0929-252 | Men's Central Jail | Classification | Housing Location / Reclassification | Inmate requesting to change his classification from K2 to K4 due to being in fear for his life. | Not Sustained | 9/29/2022 |
| 5100-2022-0929-253 | Men's Central Jail | Other | Inmate Information Systems | Inmate requesting CDC number to be removed from his record. | Not Sustained | 9/29/2022 |
| 5100-2022-0929-261 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate reports he was forced to get naked and spread his buttocks. | Not Sustained | 9/29/2022 |
| 5100-2022-0929-262 | Men's Central Jail | Service Related - Procedural | Meals / Food | Inmate stating personnel denied him from his religious diet meal on 9/17/22. | Not Sustained | 9/29/2022 |
| 5100-2022-0929-272 | Men's Central Jail | Telephone | Telephones | Inmate stating he has requested a phone call with no avail. | Sustained in Part | 9/29/2022 |

CONFIDENTIAL PURSUANT TO COURT ORDER

EXHIBIT A
PAGE 47

43

| Reference Number | Facility | Grievance Type | Complaint Type | Complaint Detail | Disposition | Complete |
|---|---|---|---|---|---|---|
| 5100-2021-0927-207 | Men's Central Jail | A staff member | Complaint Against Staff | Inmate states on 9/8/21 he was strip searched by both male and female deputy and taken completely naked to court line x-ray. Inmate states he was also put in close proximity to 30-40 inmates. Inmate states he was paraded naked and was forced to walk barefoot. Inmate is requesting surveillance footage. | Unable to Make Determination | 9/29/2022 |
| 5100-2022-0928-233 | Men's Central Jail | Food Services | Meals / Food | inmate states he has met with Dr.████ and Dr.████ on multiple occasions re: special diet (mechanical soft). Inmate states that each visit resulted in requests to meet "face to face" with the main head dietician. | Not Sustained | 9/30/2022 |
| 5100-2022-0929-223 | Men's Central Jail | Food Services | Meals / Food | Inmate states he is not getting fed 3 times a day and that he needs a high calorie diet or something because he's hungry. Inmate requesting a special diet (high cal/high protein). | Not Sustained | 9/30/2022 |
| 5100-2022-0930-263 | Men's Central Jail | Visiting | Visiting | Inmate stating visiting unit refused his attorney's visits. | Not Sustained | 9/30/2022 |
| 5100-2022-0930-264 | Men's Central Jail | Service Related - Procedural | Policy / Procedures / Enforcement of Rules | Inmate stating personnel have been denying his pre approved medical treatment for wound care. | Sustained in Part | 9/30/2022 |

**Provision 6.11-1 Log, 2022 Quarter 3 Rosas Facilities**

*Data current as of  10/18/2022*
*Report created and Revised on 05/18/2023*
*Revised on 05/24/2023*

| Explanation of Duplicates |
|---|
| **During this Quarter, ACLU complaints were unable to be modified. The issue has been identified and addressed.** |

EXHIBIT A
PAGE 48

44

# Twin Towers Correctional Facility

CONFIDENTIAL

PURSUANT TO COURT ORDER

EXHIBIT A
PAGE 49

| Reference Number | Facility | Grievance Type | Complaint Type | Complaint Detail | Disposition | Complete |
|---|---|---|---|---|---|---|
| | | | **Provision 6.11-1 Log, 2022 Quarter 3 Rosas Facilities** | | | |
| 5800-2022-0630-206 | Twin Towers Correctional Facility | Service Related - Procedural | Release Information / Sentence | Per Inmate Monje, he would like information regarding his release date. | Released Prior to Inquiry | 7/3/2022 |
| 5800-2022-0627-227 | Twin Towers Correctional Facility | Service Related - Procedural | Property - Other | Inmate Schwartz requested to keep a black round bowl which was removed from his cell, along with a zip lock bag. He alleged he filed a grievance in regards to this but no one got back to him. | Sustained in Part | 7/3/2022 |
| 5630-2022-0706-206 | Twin Towers Correctional Facility | Service Related - Procedural | Miscellaneous | Evans reports they have filed approximately ten grievances but have not received responses to those grievances. Evans reports these grievances were filed a month ago (late May 2022). Please investigate and respond to Evans' grievances. | Sustained in Part | 7/7/2022 |
| 5800-2022-0707-251 | Twin Towers Correctional Facility | Sexual abuse/Harassment by inmate | Miscellaneous | On January 25,2022 Detective ▬ received an email from Lourdes Raya(ISU Wasco State Prison) who informed that Inmate Wilson had been transferred to Lancaster State Prison. On May 9,2022 Sgt ▬ from (Lancaster State Prison) informed Detective ▬ that Inmate Wilson had been transferred to Colony Prison. On May 25th Detective ▬ interviewed Inmate Wilson via telephonic interview. Inmate Wilson immediately asked her if this was "in regards to the sexual harassment and misconduct he experienced." He also stated he wanted to proceed with the case however, he was unable to provide a location, date and time. | Sustained in Part | 7/14/2022 |
| 5800-2022-0712-211 | Twin Towers Correctional Facility | A staff member | Complaint Against Staff | TTCF Grievance Office received a Third Party Grievance Complaint from METRO State Hospital on behalf of Inmate Nicholas. Inmate Nicholas alleged he was sexually assaulted by custody personnel during his booking process. Inmate Nicholas alleged the incident occurred on October 24, 2021. | Employee Conduct Appears Reasonable | 7/18/2022 |
| 5800-2022-0720-206 | Twin Towers Correctional Facility | Service Related - Procedural | Miscellaneous | Inmate Garcia alleged he has important information and would like to speak to a detective or jail staff. | Sustained in Part | 7/20/2022 |
| 5800-2022-0714-204 | Twin Towers Correctional Facility | Service Related - Procedural | Clothing / Hygiene | Per Inmate Quintanilla, he reports that they are concerned another inmate does not have access to clothing because there is a complete orange uniform set in cell AS. | Sustained in Part | 7/21/2022 |
| 5800-2022-0714-205 | Twin Towers Correctional Facility | Service Related - Procedural | Miscellaneous | A third party requests a wellness check be conducted for Tidwell. The third party reports receiving no calls from Tidwell in the last month after being put in the "hole." | Sustained in Part | 7/21/2022 |
| 5800-2022-0714-209 | Twin Towers Correctional Facility | Classification | Housing Location / Reclassification | Inmate Robinson reports he has been improperly classified and placed in isolation. Robinson reports he has submitted requests to declassify and become part of general population but he has not received a response. | Sustained in Part | 7/21/2022 |
| 5800-2022-0714-213 | Twin Towers Correctional Facility | Living conditions | Miscellaneous | Third party reports not hearing from Apodaca for the last two months and is not being given any information regarding Apodaca and his well being. | Sustained in Part | 7/21/2022 |
| 5800-2022-0714-214 | Twin Towers Correctional Facility | Dietary | Meals / Food | Inmate Edwards reports he has been neglected of his religious diet since March 2022. Edwards reports he has filed multiple requests, but none have been responded to. Edward reports he had difficulty being able to fast in April due to not receiving his religious diet. | Sustained in Part | 7/21/2022 |
| 5100-2022-0630-283 | Twin Towers Correctional Facility | Living conditions | Living Conditions | Per Inmate Caldwell, he reports being held in a pod where the ceiling has mold and mildew. The third party reports the cause of the mold is a shower that is now fixed but left residue from which turned into mold and mildew on the roof of 252 C Pod. | Sustained in Part | 7/24/2022 |
| 5800-2022-0725-202 | Twin Towers Correctional Facility | Sexual abuse/Harassment by inmate | Miscellaneous | Inmate Brooks, Andrey Dwight #6389499 reported during a session with Psychiatric Social Worker ▬ that he was sexually assaulted by another inmate in the year 2009. He gave no further information on where or when the incident took place. | Sustained in Part | 7/25/2022 |
| 5800-2022-0721-234 | Twin Towers Correctional Facility | Service Related - Procedural | Release Information / Sentence | Inmate Evans requests to know their expected release date. | Sustained in Part | 7/28/2022 |
| 5800-2022-0721-255 | Twin Towers Correctional Facility | Visiting | Visiting | Inmate Langdon alleged his visits have been denied the last 4 months. He believes custody personnel are lying to his family/friends. | Sustained in Part | 7/29/2022 |
| 5800-2022-0728-206 | Twin Towers Correctional Facility | Service Related - Procedural | Release Information / Sentence | Thigpen reports they were approved for release to a program, but were instead taken to the Metropolitan State Hospital. Thigpen reports they are now attempting to contact the program coordinator for an interview again as they have a new booking number. Please interview Thigpen and provide him with information about the program he was approved for. Thank you. | Sustained in Part | 8/1/2022 |
| 5800-2022-0728-207 | Twin Towers Correctional Facility | Service Related - Procedural | Release Information / Sentence | Robinson reports being held in jail for longer than they were supposed to be. Please provide Robinson with their release date. | Sustained in Part | 8/1/2022 |
| 5800-2022-0721-257 | Twin Towers Correctional Facility | Classification | Visiting | COMPLA NT ENTERED IN ERROR. | Sustained | 8/10/2022 |
| 5800-2022-0721-267 | Twin Towers Correctional Facility | Classification | Complaint Process | COMPLA NT ENTERED IN ERROR. | Sustained | 8/10/2022 |

EXHIBIT A

PAGE 50

46

| Reference Number | Facility | Grievance Type | Complaint Type | Complaint Detail | Disposition | Complete |
|---|---|---|---|---|---|---|
| | | | Provision 6.11-1 Log, 2022 Quarter 3 Rosas Facilities | | | |
| 5800-2022-0803-237 | Twin Towers Correctional Facility | Service Related - Procedural | Release Information / Sentence | Inmate Price would like to be considered for release. He feels he is being held against his will. | Sustained in Part | 8/10/2022 |
| 5800-2022-0803-238 | Twin Towers Correctional Facility | Service Related - Procedural | Release Information / Sentence | Inmate Holt would like to be considered for release, he believes he is being over detained and held against his will. | Sustained in Part | 8/10/2022 |
| 5100-2022-0727-217 | Twin Towers Correctional Facility | Property | Property - Other | Inmate states he was injured about five weeks ago and he has a broken jaw and was in the hospital. Inmate states he was housed in 131 A-pod when he was injured and when he was moved he did not get to take his property. Inmate is requesting to get his property. | Sustained in Part | 8/11/2022 |
| 5800-2022-0804-238 | Twin Towers Correctional Facility | Living conditions | Living Conditions | Inmate Tidwell reports he is currently being housed in 161E and the cells are extremely dirty and unclean. Third-party on behalf of Tidwell reports there are feces in the cells that were left by the previous occupant and that deputies refuse to clean the cells or provide cleaning supplies. | Sustained in Part | 8/12/2022 |
| 5800-2022-0812-210 | Twin Towers Correctional Facility | Service Related - Procedural | Living Conditions | Underwood reports that on 8/5/2022 they did not receive their dairy and gluten free meal, which they normally receive. They report that there was a flood in Twin Towers which resulted in all incarcerated people being fed a meal of burritos, milk, and cookies, none of which Underwood can eat. They report that they asked a unnamed deputy to provide them with the proper meal but the deputy refused, saying that they would have to eat the meal provided. Please investigate this report of deputy misconduct and provide Underwood with the proper meal at all times. | Sustained in Part | 8/15/2022 |
| 5800-2022-0812-212 | Twin Towers Correctional Facility | Service Related - Procedural | Justice Delays (Pro Per, Law Library, Etc.) | Thigpenn reports he is waiting to be picked up by ODR for a transfer, but he has not been picked up yet. Please provide Thigpenn with information regarding his transfer to a program. Thank you. | Sustained in Part | 8/15/2022 |
| 5800-2022-0606-001 | Twin Towers Correctional Facility | Sexual abuse/Harassment by inmate | Miscellaneous | Inmate Young was evaluated my Mental Health Clinician ▮▮▮▮ and classified for High Observation Housing. While Inmate Young was waiting in the Tower Two Clinic for housing evalability, He contacted Sergeant ▮▮▮ and informed him that on 06/05/22, at approximately 1700 hours he was touched in his groin area by another inmate. Inmate Young stated he did not consent to being touched and believed the incident occurred due to other inmates finding out about his sexual orientation. Inmate Young stated the incident occurred inside A-Pod in Module 272. CCTV footage was reviewed from 1645 hours 1800 hours. No evidence of the incident was seen during those times. All PREA notifications were made. | Sustained | 8/18/2022 |
| 5800-2022-0713-303 | Twin Towers Correctional Facility | Sexual abuse/Harassment by inmate | Miscellaneous | I/M Pena alleged sexual misconduct upon him to deputy personnel upon arrival from court today. After investigating and speaking with /M Pena, it was determined he was not sexually assaulted or harassed by inmates in 262 A-Pod. I/M Pena was recorded and he denied all allegations. | Not Sustained | 8/18/2022 |
| 5800-2022-0818-205 | Twin Towers Correctional Facility | Service Related - Procedural | Complaint Process | Inmate Hermosa reports that her grievances are being ignored. | Not Sustained | 8/24/2022 |
| 5800-2022-0818-209 | Twin Towers Correctional Facility | Service Related - Procedural | Release Information / Sentence | Inmate Hadden reports discrepancies with their release date. Hadden reports that they are supposed to be released soon, and will have time served as of August I 0th, but still have not received any information regarding release. | Not Sustained | 8/24/2022 |
| 5800-2022-0825-202 | Twin Towers Correctional Facility | Classification | ADA | Perkins reports that they need to be classified as K6G and that the failure to classify them appropriately is putting them in danger in their current housing. They report being assaulted and injured by other incarcerated people consistently since March 2022, including one incident that resulted in them having a fractured nose. They fear for their life in their current housing placement and request immediate transfer to a K6G housing placement as they believe it is imperative for their safety. Perkins submitted a similar grievance in December 2021, asking for K6G classification and was denied. Given that nearly seven months have passed since the December interview and Perkins reports incidents of violence in the months since on the basis of their perceived sexual orientation and/or gender identity please interview Perkins again to detennine whether K6G classification and housing is needed. | Sustained | 8/26/2022 |

EXHIBIT A
PAGE 51

47

| Reference Number | Facility | Grievance Type | Complaint Type | Complaint Detail | Disposition | Complete |
|---|---|---|---|---|---|---|
| | | | | **Provision 6.11-1 Log, 2022 Quarter 3 Rosas Facilities** | | |
| 5800-2022-0825-203 | Twin Towers Correctional Facility | Showers | ADA | Hermosa reports being denied access to showers regularly. She reports being constantly harassed while showering and needs a privacy curtain. Please provide Hermosa with a privacy curtain and access to the shower at least every other day. Thank you. | Sustained | 8/26/2022 |
| 5800-2022-0825-204 | Twin Towers Correctional Facility | Telephone | ADA | Hermosa reports that she is being denied access to the phone and that this phone call (7/18/22) was the first time she had access to the phone in over a month. The LASO custody manual states that "incarcerated people are given access to phones at least once every 24 hours." Please provide Hermosa daily access to the phone, and please investigate this incident of deputy negligence. Thank you. | Sustained | 8/26/2022 |
| 5800-2022-0825-215 | Twin Towers Correctional Facility | Service Related - Procedural | ADA | Third-party on behalf of Tidwell reports he is currently being housed in 161 E and the cells are extremely dirty and unclean. Third-party on behalf of Tidwell reports there are feces in the cells that were left by the previous occupant and that deputies refuse to clean the cells or provide cleaning supplies. Please investigate this report of deputy negligence and please clean the cells and provide ██████ and others with cleaning supplies. Thank you. | Sustained | 8/26/2022 |
| 5800-2022-0825-210 | Twin Towers Correctional Facility | A staff member | ADA | Raitt reports he was assaulted by four deputies and beat on camera on or around 6/8/2022. Raitt reports he informed the deputies he has a heart condition but deputies continued to beat him. Please investigate this instance of deputy misconduct and excessive use of force. Thank you. | Denied | 8/26/2022 |
| 5800-2022-0825-211 | Twin Towers Correctional Facility | A staff member | ADA | Eva Hermosa reports experiencing extensive harassment from multiple deputies and staff members at TTCF because of her gender identity. Hennosa reports that Deputies ██ ██████ ████████ and ████ have continuously harassed her in the last two months that she has been incarcerated. Hennosa reports that TTCF deputies deliberately place Hennosa in situations where she will be harassed by other individuals. On one occasion, Deputy ████ placed Hermosa in the shower with another individual to harass her while Deputy ████ stood outside the door, verbally harassing Hennosa as well. Hennosa also reports that she has been placed in a cell beside individuals that have a long history of harassing Hermosa. The individuals in the other cell ( cell 12) have "gassed" her twice, throwing milk, urine, and orange juice into her cell, and staff members refused to clean it up. Hermosa also reports extensive harassment, verbal abuse, and gender discrimination coming directly from deputies as well. Hermosa reports that on another occasion, Hermosa requested grievances fonns from Deputy ████████ and Deputy ████████ "flipped [her] otr' with her middle finger while Deputy █████ pulled ███████ away, Hermosa reports that this incident was caught on camera. Hennosa also reports that Deputy ██████ refused to sign her letter to the ACLU. Hermosa is not receiving any dayroom time, no yard time, no phone privileges, and more because she is a woman. Furthennore, TTCF staff refuse to use Hennosa's correct pronouns. Please investigate these reports of deputy harassment and misconduct on the basis of gender identity. Thank you. | Denied | 8/26/2022 |
| 5800-2022-0825-212 | Twin Towers Correctional Facility | A staff member | ADA | Mosely (John Doe) reports that they were attacked and beaten by LASO deputies on two occasions and that the incidents were caught on surveillance footage. Mosely reports that they have filed complaints about these issues in the past but have not received any response. Please investigate these incidents using the appropriate use of force protocols. Thank you. | Denied | 8/26/2022 |
| 5800-2022-0210-203 | Twin Towers Correctional Facility | A staff member | Complaint Against Staff | In two voicemails dated 01-25 and 01-26-2022, Bauhng (in TTCF, 271-F) complains that Officers ██████ (head officer) and ███████ have refused to give them meals and locked them in cell for no reason, and that Officer ████████ exposed Bauhng's photos to other incarcerated persons, laughed at them, and gave photos to another incarcerated person, including one of great sentimental value, a photo of Bauhng's father who just passed. Please investigate report of misconduct. Thank you. | Exoneration | 8/29/2022 |
| 5800-2022-0818-207 | Twin Towers Correctional Facility | Service Related - Procedural | Meals / Food | Inmate Hermosa reports that she is being denied her religious diet. On 08-11-2022 she was told that she was told by a deputy that she needed to "choose" between two diets, and then gave her meal to someone else. | Sustained in Part | 8/31/2022 |

EXHIBIT A

PAGE 52

48

| Reference Number | Facility | Grievance Type | Complaint Type | Complaint Detail | Disposition | Complete |
|---|---|---|---|---|---|---|
| | | | | **Provision 6.11-1 Log, 2022 Quarter 3 Rosas Facilities** | | |
| 5800-2022-0826-228 | Twin Towers Correctional Facility | Service Related - Procedural | Miscellaneous | Garcia Torres reports being held in TTCF 151 V pod, cell 5 for weeks without clothing or toothbrush to clean teeth. GarciaTorres states that when they request these items, staff walk past cell and ignore them. Please ensure that GarciaTorres is accommodated to take care of basic hygiene and clothing needs. Thank you. | Sustained in Part | 8/31/2022 |
| 5800-2022-0608-269 | Twin Towers Correctional Facility | Sexual abuse/Harassment by inmate | Miscellaneous | On the above date and time, a PREA (Prison Rape Elimination Act) allegation was made by Inmate Lavaud to Psychiatric Social Worker ▮▮▮▮ . Inmate Lavaud stated his cellmate in Module 171 C-Pod Cell #12, Inmate Miller, had been sexually harassing him by trying to have him engage in oral sex. Sergeant ▮▮▮▮ interviewed Inmate Lavaud on video in regards to his PREA allegation. Inmate Lavaud denied all involvement regarding the allegation stating he did not have any conversations with Inmate Miller and just wanted his own cell. I did not see any visible injuries to Inmate Lavaud, nor did he complain of any pain. Inmate Lavaud also denied having any sexual contact with Inmate Miller. Inmate Lavaud was moved to Module 171 D-Pod Cell #14 without further incident. | Sustained | 8/31/2022 |
| 5800-2022-0826-226 | Twin Towers Correctional Facility | Service Related - Procedural | Miscellaneous | Adrian reports having filed multiple grievances and requests that they have not received any notifications of dispositions for. Adrian makes note of many grievances he has filed for different issues that he has not received any notifications of disposition for. Please respond to all of Adrian's outstanding grievances as soon as possible. Thank you. | Sustained in Part | 9/1/2022 |
| 5800-2022-0502-275 | Twin Towers Correctional Facility | A staff member | Complaint Against Staff | Per Intake Specialist Unit (ISU) , there are numerous allegations of staff complaints, that do not meet their criteria.  Therefore, the TTCF grievance team will review and complete the staff complaints, including possible retaliation toward inmates for complaining about custody personnel.  The original grievance came from Inmate Houston, Mark #5988546, who alleged numerous staff complaints. | Unable to Make Determination | 9/13/2022 |
| 5800-2022-0908-210 | Twin Towers Correctional Facility | Service Related - Procedural | Miscellaneous | McCall reports that no one has answered their grievances in over a month, except for one that was answered, but nothing done about it. Please ensure that McCall's grievances are answered and investigated, and that appropriate responses and actions are taken. Thank you. | Sustained in Part | 9/25/2022 |
| 5800-2022-0919-3996 | Twin Towers Correctional Facility | Service Related - Procedural | Justice Delays (Pro Per, Law Library, Etc.) | Inmate Underwood reports that, because they are in a wheelchair, they have had to miss court two times because the elevators in the facility were not working. Underwood also reports that they have want to file a writ of habeas corpus, but have been denied access to the necessary paperwork and the law library despite being pro per. | Sustained in Part | 9/28/2022 |
| 5800-2022-0919-4010 | Twin Towers Correctional Facility | Living conditions | Living Conditions | Inmate Roitfarb reports the air conditioner in tower I, module 13 I, C pod is not working properly. Roitfarb reports the air conditioner is continuously turning off and on and that temperatures are exceedingly hot inside as fans only blow hot air. Roitfarb reports that deputies have requested work orders to fix the air conditioner, however it continues to not work. | Sustained in Part | 9/28/2022 |

*Data current as of 10/18/2022*
*Report created and Revised on 05/18/2023*
*Revised on 05/24/2023*

| Explanation of Duplicates |
|---|
| **During this Quarter, ACLU complaints were unable to be |

EXHIBIT A
PAGE 53

49

CONFIDENTIAL - PURSUANT TO COURT ORDER

# 6.11-2
# Grievances Against Staff

| Provision 6.11-2, 2022 Quarter 3 Rosas Facilities | | | | | | |
|---|---|---|---|---|---|---|
| Reference Number | Facility | Grievance Type | Complaint Type | Complaint Detail | Disposition | Approver Date |
| *** No Data to Report*** | | | | | | |

*Data current as of 10/18/2022*
*Report created and revised on 05/18/2023*
Revised on 05/24/2023

CONFIDENTIAL

PURSUANT TO COURT ORDER

EXHIBIT A
PAGE 55

51

# EXHIBIT B

## Custody Division Manual (CDM) 7-03/050.00 "WRAP restraint" version 33

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**          CSS# 19-1406
**CUSTODY DIVISION MANUAL REVISION**                  VER. 33

## EXECUTIVE SUMMARY

This revision of the Los Angeles County Sheriff's Department's Custody Division Manual (CDM) adds section 7-03/050.00, "WRAP Restraint" to the CDM.

This proposal was requested by Lieutenant Daniel W. Martin, Custody Training and Standards Bureau, to update procedures for the use of the WRAP restraint device in custody facilities.

Staff Assignment:  Captain Erick S. Kim, Custody Support Services Bureau, at (213) 893-5977 or Sergeant Jacquelynn Marentes, Custody Support Services Bureau, at (213) 893-5966.

This proposal is presented in legislative format.   Proposed additions, amendments, and/or revisions are ==highlighted==, and deletions are indicated by ~~strikeout~~.

## 7-03/050.00 WRAP RESTRAINT

The WRAP restraint device manufactured by Safe Restraints, Inc., is a Department-approved security restraint device authorized for use within Custody Services Division. The WRAP restraint device consists of a locking shoulder harness, leg restraint, and a three (3) inch wide ankle strap. The WRAP restraint is not a medically ordered restraint device, but rather a security restraint device as noted in Title 15, section 1058, "Use of Restraint Devices." The WRAP restraint allows for the ability to both walk an inmate, as well as provide extremity exercise while maintaining the safety, security, and control of the inmate."

Only trained personnel shall be authorized to perform, assist, or directly supervise the placement or removal of the WRAP restraint. The respective facility's training unit shall maintain a record of custody personnel trained in the use of the WRAP restraint. The WRAP restraint shall never be used as punishment, harassment, or for the purpose of knowingly causing harm to an inmate.

In the instance it is determined the WRAP restraint will be used in a planned use of force as delineated in Custody Division Manual (CDM) section 7-01/040.00, "Planned Use of Force," healthcare staff shall be requested to determine if placement in the WRAP restraint is contraindicated.

The WRAP restraint shall only be used when other less restrictive alternatives have failed, or it is apparent less restrictive alternatives will be ineffective at controlling the inmate.

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**          **CSS# 19-1406**
**CUSTODY DIVISION MANUAL REVISION**                          **VER. 33**

## USE OF THE WRAP RESTRAINT

The WRAP restraint may only be used on inmates who pose an immediate threat to themselves or others when the circumstances reasonably perceived by personnel at the time indicate the WRAP restraint application is necessary to control the inmate. An immediate threat is present when:

- an inmate is violent or is physically resisting; or
- an inmate has demonstrated, by words or actions, an intent to be violent or to physically resist, and reasonably appears presently capable of causing physical harm to themselves, custody staff, or others if the WRAP restraint is not applied.

Absent exigent circumstances, placement in the WRAP restraint shall be video recorded, use of the WRAP restraint shall be authorized by the on-duty watch commander, and a supervisor at the permanent rank of sergeant or above shall be present during the inmate's placement in the WRAP restraint.

When applying the WRAP restraint after a use and force, if circumstances permit, the inmate shall be placed in the recovery position while waiting for the WRAP restraint to arrive to the scene.

When an inmate is placed in the WRAP restraint, the inmate shall remain under direct visual observation at all times. The cinching straps of the shoulder harness shall never be tightened to the point it restricts the inmate's ability to breathe. All components of the WRAP restraint shall be physically checked to ensure they are properly secured and present no obvious signs of circulatory restrictions to the inmate's extremities. Additionally, personnel shall not use unreasonable pressure on the inmate's back and shoulders to fasten the cinching straps. Every effort will be made to minimize the amount of time that the inmate is restrained.

The WRAP restraint shall not be used on inmates who are known to be pregnant.

**Personnel shall immediately request medical aid if an inmate in a WRAP restraint complains of, or exhibits medical distress (e.g. respiratory distress, including gasping, snorting or gurgling sounds, complaint of chest pain, change in facial color, restricted blood circulation, complaints of extreme heat, sudden quiet or inactivity, loss of consciousness, vomiting, etc.) and remove the inmate from the WRAP restraint if a medical emergency appears to exist.** If personnel identify that the inmate placed in the WRAP restraint has a need for mental health care, mental health staff shall be requested and personnel shall adhere to procedures delineated in Custody Division Manual (CDM) section 4-05/000.00, "Behavioral Observation and Mental Health Referral Reports."

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**         **CSS# 19-1406**
**CUSTODY DIVISION MANUAL REVISION**         **VER. 33**

## MONITORING INMATES SECURED IN THE WRAP RESTRAINT

A medical assessment shall be conducted within one (1) hour from the time of placement in the WRAP restraint to determine if placement is contraindicated. Following a use of force, the inmate shall be taken for a documented medical assessment as indicated in CDM section 7-07/000.00, "Use of Force Review Procedures." The medical opinion as to whether the inmate shall remain in the WRAP restraint shall take precedence over custody personnel's evaluation. Any refusals for medical treatment shall be made by the inmate directly to medical personnel. Inmates cannot refuse a medical assessment of the WRAP restraint.

Upon the inmate's placement in the WRAP restraint, Department personnel shall initiate the WRAP Restraint Security Check Log (SH-J-480). If it is determined an inmate shall remain in the WRAP restraint longer than fifteen (15) minutes, safety checks shall be documented twice (2) every thirty (30) minutes, approximately fifteen (15) minutes apart, until the WRAP restraint is removed. Safety checks shall verify that the WRAP restraint is not causing injury or an obvious medical problem (e.g. respiratory distress, chest pain, restricted blood circulation, loss of consciousness, vomiting, etc.).

A sergeant shall also conduct a safety check which evaluates the application of the WRAP restraint and shall assess its continued use at a minimum of once (1) every thirty (30) minutes. During this check, the sergeant shall reassess whether or not each inmate needs to remain in the WRAP restraint.

The sergeant shall ensure each inmate has been offered or provided access to toilet facilities, drinking water, prescribed medication, and be allowed to exercise their extremities (when safe), which shall be documented in the WRAP Restraint Security Check Log (SH-J-480). If the inmate misses a regularly scheduled meal due to being placed in the WRAP restraint, a meal shall be provided to the inmate upon removal of the WRAP restraint.

The sergeant shall attempt to have the inmate removed from the WRAP restraint before one (1) hour. If it is determined the inmate cannot be safely removed from the WRAP restraint before one (1) hour, the reason for continued retention shall be documented in the WRAP Restraint Security Check Log (SH-J-480). The sergeant shall have the inmate removed from the WRAP restraint within two (2) hours.

A supervisor at the rank of sergeant or above shall be present when the WRAP restraint is removed, absent exigent circumstances. The removal of the WRAP restraint should occur when the inmate can be safely confined within a housing location or an alternative location, or if the inmate is no longer deemed a threat. If necessary, the sergeant shall adhere to CDM section 7-01/040.00, "Planned Use of Force," upon determining the WRAP restraint can be removed, absent exigent circumstances

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**      **CSS# 19-1406**
**CUSTODY DIVISION MANUAL REVISION**      **VER. 33**

## WRAP CART

### Use of the WRAP CART for Short-Term Movement

If personnel utilize the WRAP CART only for security reasons during short-term movement/escort when the inmate is affixed to the WRAP CART, the provisions in Title 15, section 1058 do not apply. Use of the WRAP CART for short-term movement shall not exceed one (1) hour. The following procedures will apply and conform to the policies of the CDM.

- The inmate shall remain in direct and unobstructed visual observation by the supervising sergeant and designated custody personnel.
- The inmate's safety and physical condition shall be monitored continuously by designated custody personnel throughout the movement/escort. Personnel shall remove the inmate from the WRAP CART if a medical emergency appears to exist.
- If during the placement of the inmate in the WRAP CART, the inmate struggles against the restraints, has any visible signs of injury, or complains of pain, they shall be medically evaluated immediately after being secured.
- The use of the WRAP CART for security reasons during short-term movement shall be documented in the WRAP Restraint Security Check Log (SH-J-480) and the Custody Automated Reporting and Tracking System (CARTS) along with the reason for placement, time of placement, and time of removal from the WRAP CART.

Procedures in this policy will not apply when the WRAP CART is used solely as a transportation device and the inmate is not affixed to any portion of the WRAP CART. Notification of the use of the WRAP CART shall be made to the sergeant upon placement. Inmates placed in the WRAP CART may be restrained by methods consistent with Department policy.

If the inmate remains affixed to the WRAP CART for more than one (1) hour, all procedures for the WRAP restraint shall be followed.

Pregnant inmates shall not be handcuffed to the rear during transportation in the WRAP CART.

### REPORTING USE OF THE WRAP RESTRAINT

Absent any other factors, the un-resisted placement of an inmate in the WRAP restraint device does not constitute reportable force. However, if in the course of applying the WRAP restraint, the inmate resists personnel, it constitutes a use of reportable force and must be reported pursuant to CDM section 7-06/000.00, "Use of Force Reporting Procedures."

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**              **CSS# 19-1406**
**CUSTODY DIVISION MANUAL REVISION**                     **VER. 33**

The WRAP Restraint Security Check Log (SH-J-480) shall be entered into CARTS by the supervising sergeant prior to the end of their shift.

# EXHIBIT C

## Monitors' Proposed Changes to WRAP Policy

EXHIBIT C
PAGE 62

| | |
|---|---|
| **From:** | Melissa Camacho |
| **To:** | Robert Dugdale; dford████████████████ kkenney█████████████ bdhouston@c██████ Nicholas Mitchell |
| **Cc:** | Corene Kendrick; Peter Eliasberg; Jacob Reisberg; Marisol Dominguez-Ruiz; Ganapathi, Anuva; Stephen Turanchik |
| **Subject:** | Rosas: WRAP restraint - Monitors and Plaintiffs proposed changes |
| **Date:** | Tuesday, March 7, 2023 9:15:00 AM |
| **Attachments:** | WRAP RESTRAINT Monitors and Plaintiffs Proposed Changes 03.07.2023.docx |

Hello Bob D., Dylan, Kathy, Bob H., and Nick,

We have reviewed the monitors' proposed changes to the WRAP policy. They are a welcome move toward properly categorizing WRAP use as a Use of Force and provide necessary safeguards to protect the health and lives of class members.

While we continue to assert that medical expert evaluation of the WRAP is necessary to determine whether it can be safely used in a custody environment, we propose the following changes in addition to those recommended by the monitors. We also invite the monitors to respond to this email because most of the proposed changes are meant to clarify and amplify the monitors' position.

1. Because placement in the WRAP restraint constitutes a use of reportable force, we recommend adding the following to paragraph 3: "The WRAP restraint *constitutes a reportable use of force and as such* may only be used *as a last resort* on inmates who pose an immediate threat to themselves or others . . ." For the same reason, we recommend adding a third bullet: *"and no other means of restriction, including handcuffs and/or leg restraints, will be effective."*

2. We recommend first creating and then including a list of medical or mental health conditions that contraindicate WRAP use. This reinforces our request for a medical expert to evaluate WRAP. The list would likely include conditions like include asthma or other respiratory illness, musculo-skeletal injuries (e.g., cracked rib), obesity, agoraphobia, and certain heart conditions.

3. For WRAP application to be within policy, personnel must attempt force prevention. We recommend the following addition to the monitors' proposed changes to paragraph 4. "The use of the WRAP restraints shall only be used *when an inmate poses an immediate threat to themselves or others,* and when other less restrictive alternatives have failed, or it is apparent they will be ineffective at controlling the inmate. *Before the decision to approve WRAP application is made, the inmate must be placed into the recovery position as a force-prevention measure.*"

4. We see a contradiction in a change proposed in paragraph 5. Because WRAP application constitutes a use of force, it is impossible to be placed in a recovery position during WRAP application. But if WRAP application takes longer than a few minutes, WRAP application should pause, and the person placed in a recovery position.

5. We are not sure about the recommendation to place an individual in a recovery position after WRAP application but before placement in the cart. It seems like it would cause greater positional stress to be fully enclosed in the WRAP harness, with the chest clip to the legs, and laid on the side, than to be sitting in the CART. We welcome further conversation with the monitors on this point.

EXHIBIT C
PAGE 63

1

6. Paragraph 7 as written allows custody staff to make a medical determination. Plaintiffs suggest instead "Personnel shall immediately request medical aid . . ., *place the inmate in a recovery position until medical aid arrives,* and remove the inmate from the WRAP restraint, *if medical staff so direct.* If *medical* personnel identify that the inmate placed in the WRAP restraint has a need for mental health care . . . ." We also recommend adding "complaint of inability to breathe."

7. In paragraph 8, because medical staff have to determine whether WRAP use is contraindicated before initial application, this paragraph should instead detail how medical staff determine whether continued restraint is contraindicated. "A medical assessment shall be conducted . . . to determine if *continued restraint* is contraindicated."

8. We recommend that the presumptive time of release absent exceptional circumstances should be one hour, and the maximum time in the WRAP, two hours. Two hours is a very long time. Plaintiffs would need some assurance from a medical expert that WRAP use over two hours would not cause permanent psychological or physical damage to class members.

9. We do not see anything in the policy that allows personnel to cut off people's clothing as part of the WRAP application. Does that mean that cutting off clothing during WRAP application is no longer permitted?

We have added our changes to those proposed by the monitors. In the attached document, the monitors' proposed changes are in red, and plaintiffs' counsel's proposed changes are in blue. Bob, Kathy, and Nick, we would appreciate if you look over our recommendations to see if there any that you would like to adopt in addition to your own.

Best regards,
Melissa

**Melissa Camacho**
she/her/ella
Senior Staff Attorney
ACLU of Southern California
1313 W 8th Street, Suite 200
Los Angeles, CA 90017

MCamacho@aclusocal.org

EXHIBIT C
PAGE 64

2

**WRAP RESTRAINT**

**PURPOSE**

The purpose of this Custody Operations Directive is to update procedures for the use of the WRAP Restraint and WRAP CART in Custody Division facilities in accordance with Title 15 Regulations.

**ORDER**

The WRAP restraint device manufactured by Safe Restraints, Inc., is a Department approved security restraint device authorized for use within Custody Services Division. The WRAP restraint device consists of a locking shoulder harness, leg restraint, and a three (3) inch wide ankle strap. The WRAP allows for the ability to both walk an inmate as well as provide extremity exercises while maintaining the safety, security, and control of the inmate. The WRAP restraint is not a medically ordered restraint device, but rather a security restraint device as noted in Title 15, section 1058, "Use of Restraint Devices."

Only trained personnel shall be authorized to perform, assist, or directly supervise the placement or removal of the WRAP restraint. The respective facility's training unit shall maintain a record of custody personnel trained in the use of the WRAP restraint. The WRAP restraint shall never be used as punishment, harassment, or for the purpose of knowingly causing harm to an inmate.

The WRAP restraint constitutes a reportable use of force and as such may only be used as a last resort on inmates who pose an immediate threat to themselves or others when the circumstances reasonably perceived by personnel at the time indicate the WRAP restraint application is ~~reasonably~~ necessary to control the inmate.  An immediate threat is present when:

- an inmate is violent or is physically resisting; or
- an inmate has demonstrated, by words or actions, an intent to be violent or to physically resist, and reasonably appears presently capable of causing physical harm to themselves, custody staff, or others if the WRAP restraint is not applied; and
- no other means of restriction, including handcuffs and/or leg restraints, will be effective.

Absent exigent circumstances, use of the WRAP restraint shall be authorized by the on-duty watch commander, and a supervisor at the permanent rank of sergeant or above shall be present during the inmate's placement in the WRAP restraint. Prior to authorizing the use of the WRAP Restraint, the on-duty watch commander will check with medical and mental health staff to determine whether the inmate has any medical or mental health conditions that would contraindicate the use of the WRAP.  The use of the WRAP restraint shall only be used when an inmate poses an immediate threat to themselves or others, and other less restrictive alternatives have failed, or it is apparent they will be ineffective at controlling the inmate. Before the decision to approve WRAP application is made, the inmate must be placed into the recovery position as a force-prevention measure. The on-site supervisor will provide a written report with an explanation for using the WRAP and Cart.  Every application of the WRAP shall be captured on videotape.  Finally, spit masks should not ordinarily be used in conjunction with the WRAP restraint.  Spit masks can only be authorized by the on-duty watch commander and staff must specifically articulate the inmate's actions that warrant use of the spit mask.  If a spit mask is utilized, medical staff must conduct a medical assessment within fifteen minutes from the time of placement of the spit mask and every fifteen minutes thereafter.

EXHIBIT C        3
PAGE 65

When an inmate is placed in the WRAP restraint, the inmate shall remain under direct visual observation at all times. ~~The inmate must be placed in the recovery position before or during placement in the WRAP.~~ If WRAP application takes longer than three minutes, application must be stopped for the inmate to be placed in a recovery position. If any amount of weight is placed on an inmate back to apply the WRAP, the inmate must again be placed in the recovery position before placement in the Cart. The cinching straps of the shoulder harness shall never be tightened to the point it restricts the inmate's ability to breathe. Additionally, personnel shall not use unreasonable ~~body weight or~~ pressure on the inmate's back and shoulders to fasten the cinching straps. Every effort will be made to minimize the amount of time that the inmate is restrained.

The WRAP restraint shall not be used on inmates who are known to be pregnant.

**Personnel shall immediately request medical aid if an inmate in a WRAP restraint complains of, or exhibits medical distress (e.g., respiratory distress, including gasping, snorting, or gurgling sounds, complaint of chest pain, change in facial color, restricted blood circulation, complaints of extreme heat or inability to breathe, sudden quiet or inactivity, loss of consciousness, vomiting, etc.), place the inmate in a recovery position until medical aid arrives, and remove the inmate from the WRAP restraint if ~~a~~ medical ~~emergency appears to exist~~ staff so direct.** If medical personnel identify that the inmate placed in the WRAP restraint has a need for mental health care, mental health staff shall be requested and personnel shall adhere to procedures delineated in Custody Division Manual (CDM) section 4-05/000.00, "Behavioral Observation and Mental Health Referral Reports."

**MONITORING INMATES SECURED IN THE WRAP RESTRAINT**

A medical assessment shall be conducted within one (1) hour from the time of placement in the WRAP restraint to determine if ~~placement~~ continued restraint is contraindicated. Any refusals for medical treatment shall be made by the inmate directly to medical personnel. Inmates cannot refuse the medical assessment of the WRAP restraint. All components shall be physically checked to ensure they are properly secured and present no obvious signs of circulatory restrictions to the inmate's extremities. Following a use of force, the inmate shall be taken for a documented medical assessment as indicated in CDM section 7-07/000.00, "Use of Force Review Procedures." The medical opinion as to whether the inmate shall remain in the WRAP restraint shall take precedence over custody personnel's evaluation.

Upon the inmate's placement in the WRAP restraint, Department personnel shall initiate the WRAP Restraint Security Check Log (SH-J-480). If it is determined an inmate shall remain in the WRAP restraint longer than fifteen (15) minutes, safety checks shall be documented twice (2) every thirty (30) minutes, approximately fifteen (15) minutes apart, until the WRAP restraint is removed. Safety checks shall verify that the WRAP restraint is not causing injury or an obvious medical problem (e.g., respiratory distress, chest pain, restricted blood circulation, loss of consciousness, vomiting, etc.).

A sergeant shall also conduct a safety check which evaluates the application of the WRAP restraint and shall assess its continued use at a minimum of once (1) every thirty (30) minutes. During this check, the sergeant shall reassess whether or not each inmate needs to remain in the WRAP restraint.

EXHIBIT C
PAGE 66

4

The sergeant shall ~~attempt to~~ have the inmate removed from the WRAP Restraint before ~~two (2)~~ one (1) hour~~s~~ absent exceptional circumstances. If it is determined the inmate cannot be safely removed from the WRAP restraints before ~~two (2)~~ one (1) hour~~s~~, the watch commander shall be notified and respond to the location of the inmate(s) to evaluate the application of the WRAP restraint assess its continued use. If the watch commander determines that exceptional circumstances exist that require continued retention in the WRAP restraint, ~~the inmate will remain in the WRAP restraint,~~ the reason~~s~~ ~~for continued retention~~ shall be documented with specificity in the WRAP Restraint Security Check Log (SH-J-480). The watch commander shall ensure each inmate has been offered or provided access to toilet facilities, drinking water, prescribed medications, and be allowed to exercise their extremities (when safe), which shall be documented in the WRAP Security Check Log (SH-J-480). If an inmate is released from a portion of the WRAP restraint for any reason, e.g., to use the toilet, consumption of food or beverage, etc. without continuing disruptive aggressive behavior, the watch commander should release the inmate from the WRAP restraint. If an inmate is returned to the WRAP restraint after a non-disruptive break, the watch commander must document the reasons for this action. If an inmate misses a regularly scheduled meal due to being placed in the WRAP restraint, a meal shall be provided to the inmate upon removal of the WRAP restraint.

~~The sergeant shall attempt to have the inmate removed from the WRAP restraint before two (2) hours. If it is determined the inmate cannot be safely removed from the WRAP restraint before two (2) hours, the watch commander shall be notified and respond to the location of the inmate(s) to evaluate the application of the WRAP restraint and assess its continued use. If the watch commander determines the inmate will remain in the WRAP restraint, the reason for continued retention shall be documented in the WRAP Restraint Security Check Log (SH-J-480). The watch commander shall ensure each inmate has been offered or provided access to toilet facilities, drinking water, and be allowed to exercise their extremities (when safe), which shall be documented in the WRAP Restraint Security Check Log (SH-J-480). If the inmate misses a regularly scheduled meal due to being placed in the WRAP restraint, a meal shall be provided to the inmate upon removal of the WRAP restraint.~~

If an inmate remains in the WRAP restraint in excess of ~~three (3)~~ one and a half (1.5) hours, notification and consultation shall be made with the facility's unit commander. The reason for continued retention shall be documented in the WRAP Restraint Security Check Log (SH-J-480).

Inmates shall not remain in the WRAP restraint or WRAP CART beyond ~~four (4)~~ two (2) hours.

A supervisor at the rank of sergeant or above shall be present when the WRAP restraint is removed, absent exigent circumstances. The removal of the WRAP restraint should occur when the inmate can be safely confined within a housing location or an alternative location, or if the inmate is no longer deemed a threat. If necessary, the sergeant shall adhere to CDM section 7-01/040.00, "Planned Use of Force," upon determining the WRAP restraint can be removed, absent exigent circumstances.

## WRAP CART

### Use of the WRAP CART for Short-Term Movement

If personnel utilize the WRAP CART only for security reasons during short-term movement/escort when the inmate is affixed to the WRAP CART, the provisions in Title

EXHIBIT C

PAGE 67       5

15, section 1058 do not apply. Use of the WRAP CART for short-term movement shall not exceed one (1) hour. The following procedures will apply and conform to the policies of the CDM.

- The inmate shall remain in direct and unobstructed visual observation by the supervising sergeant and designated custody personnel.
- The inmate's safety and physical condition shall be monitored continuously by designated custody personnel throughout the movement/escort. Personnel shall remove the inmate from the WRAP CART if a medical emergency appears to exist.
- If during the placement of the inmate in the WRAP CART, the inmate struggles against the restraints, has any visible signs of injury, or complains of pain, they shall be medically evaluated immediately after being secured.
- The use of the WRAP CART for security reasons during short-term movement shall be documented in the WRAP Restraint Security Check Log (SH-J-480) along with the reason for placement, time of placement, and time of removal from the WRAP CART.

Procedures in this policy will not apply when the WRAP CART is used solely as a transportation device and the inmate is not affixed to any portion of the WRAP CART. Notification of the use of the WRAP CART shall be made to the sergeant upon placement. Inmates placed in the WRAP CART may be restrained by methods consistent with Department policy.

If the inmate remains affixed to the WRAP CART for more than one (1) hour, all procedures for the WRAP restraint shall continue to be followed.

Pregnant inmates shall not be handcuffed to the rear during transportation in the WRAP CART.

**REPORTING USE OF THE WRAP RESTRAINT**

Absent any other factors, the unresisted The placement of an inmate in the WRAP restraint device does not constitute reportable force. However, if in the course of applying theWRAP restraint, the inmate resists personnel, it constitutes a use of reportable force and must be reported pursuant to CDM section 7-06/000.00, "Use of Force Reporting Procedures." When only the inmate's legs/lower body is placed in the bottom portion of the WRAP, and walked from the location of the application, this is not reportable force as this level of restraint is similar to handcuffing.

As with all uses of force, the WRAP Restraint Security Check Log (SH-J-480) shall be entered into the Custody Automated Reporting and Tracking System (CARTS) by the supervising sergeant prior to the end of their shift.

Questions regarding this directive should be directed to Custody Support Services Bureau, Captain Erick S. Kim, at (213) 893-5102.

**Revised 09/22/22.**
**COD 04/25/22**

EXHIBIT C
PAGE 68

6

# EXHIBIT D

## WRAP Policy, Version 33 with Proposed Changes

7-03/050.00 WRAP RESTRAINT – Proposed changes in red 6.12.2023

The WRAP restraint device manufactured by Safe Restraints, Inc., is a Department- approved security restraint device authorized for use within Custody Services Division. The WRAP restraint device consists of a locking shoulder harness, leg restraint, and a three (3) inch wide ankle strap. The WRAP restraint is not a medically ordered restraint device, but rather a security restraint device as noted in Title 15, section 1058, "Use of Restraint Devices." The WRAP restraint allows for the ability to both walk an inmate, as well as provide extremity exercise while maintaining the safety, security, and control of the inmate."

Only trained personnel shall be authorized to perform, assist, or directly supervise the placement or removal of the WRAP restraint. The respective facility's training unit shall maintain a record of custody personnel trained in the use of the WRAP restraint. The WRAP restraint shall never be used as punishment, harassment, or for the purpose of knowingly causing harm to an inmate.

In the instance it is determined the WRAP restraint will be used in a planned use of force as delineated in Custody Division Manual (CDM) section 7-01/040.00, "Planned Use of Force," medical and mental healthcare staff- shall be requested to determine if placement in the WRAP restraint is contraindicated.

The WRAP restraint is an exceptional restraint device, to be used in exceptional circumstances. The WRAP restraint constitutes a reportable use of force and as such shall only be used as a last resort when other less restrictive alternatives have failed, or it is apparent less restrictive alternatives will be ineffective at controlling the inmate cannot be used without risk to the safety of the inmate or others.

USE OF THE WRAP RESTRAINT

The WRAP restraint may only be used on inmates who pose an immediate threat to themselves or others when the circumstances reasonably perceived by personnel at the time indicate the WRAP restraint application is necessary to control the inmate. An immediate threat is present when:

• an inmate is violent or is physically resisting; or
• an inmate has demonstrated, by words or actions, an intent to be violent or to physically resist, and reasonably appears presently capable of causing physical harm to themselves, custody staff, or others if the WRAP restraint is not applied.; and
• an inmate remains violent or is physically resisting while in traditional restraints

Absent exigent circumstances , placement in the WRAP restraint shall be video recorded, use of the WRAP restraint shall be authorized by the on-duty watch commander, and a supervisor at the permanent rank of sergeant or above shall be present during the inmate's placement in the WRAP restraint.

When applying the WRAP restraint after a use of force, custodial staff shall employ a 10-minute cooling off period, where the inmate is restrained with handcuffs or hobble strap if circumstances permit, the inmate shalland- be placed in the recovery position. If a spinal injury is suspected, the inmate should be maintained on their back with cervical spinal precautions maintained, and the WRAP should not be place. while waiting for the WRAP restraint to arrive to the scene.

EXHIBIT D
PAGE 70

1

During the cooling-off period, the on-duty watch commander shall consult with medical and mental healthcare staff to determine whether the inmate has any medical or mental health conditions that would contraindicate the use of WRAP. The on-duty watch commander shall determine whether the inmate poses an immediate threat requiring WRAP use based on the circumstances at the end of the cooling-off period, including the current level of risk and resistance posed by the restrained individual.

When an inmate is placed in the WRAP restraint, and until the inmate is removed from the WRAP restraint, the inmate shall remain under direct visual observation at all times. The cinching straps of the shoulder harness shall never be tightened to the point it restricts the inmate's ability to breathe. All components of the WRAP restraint shall be physically checked to ensure they are properly secured and present no obvious signs of circulatory restrictions to the inmate's extremities. Additionally, At all times during WRAP application, personnel shall not use unreasonable pressure on the inmate's back and shoulders that would cause respiratory discomfort or risk respiratory function. No pressure should be placed on the inmate's neck or head to fasten the cinching straps. Every effort will be made to minimize the amount of time that the inmate is restrained.

The WRAP restraint shall not be used on inmates who are known to be pregnant.

Spit masks should not ordinarily be used in conjunction with the WRAP restraint. Spit masks can only be authorized by the on-duty watch commander, and only if an inmate is actively spitting or attempting to spit on personnel. If a spit mask is placed during WRAP application because an inmate is actively spitting, the on-duty watch commander should be immediately notified. The on-duty watch commander shall determine the need for continued use of the spit mask within five minutes. If a spit mask is utilized, medical staff must conduct an assessment every 15 minutes, which shall include assessment of the inmate's oxygenation status with portable pulse oximetry.

Personnel shall immediately request medical aid if an inmate in a WRAP restraint complains of, or exhibits medical distress (e.g. respiratory distress, including gasping, snorting or gurgling sounds, complaint of chest pain, change in facial color, restricted blood circulation, complaints of extreme heat, sudden quiet or inactivity, loss of consciousness, vomiting, etc.) and remove the inmate from the WRAP restraint if a medical emergency appears to exist or medical staff so direct. If personnel identify that the inmate placed in the WRAP restraint has a need for mental health care, mental health staff shall be requested and personnel shall adhere to procedures delineated in Custody Division Manual (CDM) section 4-05/000.00, "Behavioral Observation and Mental Health Referral Reports."

MONITORING INMATES SECURED IN THE WRAP RESTRAINT

The inmate shall remain under direct visual observations at all times. A medical assessment shall be conducted within one (1) hour from the time of placement in the WRAP restraint to determine if placement is contraindicated. Following a use of force, the inmate shall be taken for a documented medical assessment as indicated in CDM section 7-07/000.00, "Use of Force Review Procedures." The medical opinion as to whether the inmate shall remain in the WRAP restraint shall take precedence over custody personnel's evaluation. Any refusals for medical treatment shall be made by the inmate directly to medical personnel . Inmates cannot refuse a medical assessment of the WRAP restraint. The medical assessment must include documentation of temperature, pulse, and pulse oximetry.

Upon the inmate's placement in the WRAP restraint, Department personnel shall initiate the WRAP Restraint Security Check Log (SH-J-480). If it is determined an inmate shall remain in the WRAP restraint

EXHIBIT D
PAGE 71

2

longer than fifteen (15) minutes, safety checks shall be documented twice (2) every thirty (30) minutes, approximately fifteen (15) minutes apart, until the WRAP restraint is removed. Safety checks shall verify that the WRAP restraint is not causing injury or an obvious medical problem (e.g. respiratory distress, chest pain, restricted blood circulation, loss of consciousness, vomiting, etc.).

A sergeant shall also conduct a safety check which evaluates the application of the WRAP restraint and shall assess its continued use at a minimum of once (1) every thirty
(30) minutes. During this check, the sergeant shall reassess whether or not each inmate needs to remain in the WRAP restraint.

The sergeant shall ensure each inmate has been offered or provided access to toilet facilities, drinking water, prescribed medication, and be allowed to exercise their extremities (when safe), which shall be documented in the WRAP Restraint Security Check Log (SH-J-480). If an inmate is released from a portion of the WRAP restraint for any reason, e.g., to use the toilet, consumption of food or beverage, etc. without continuing disruptive aggressive behavior, the sergeant must release the inmate from the WRAP restraint. If the inmate misses a regularly scheduled meal due to being placed in the WRAP restraint, a meal shall be provided to the inmate upon removal of the WRAP restraint.

The sergeant shall attempt to have the inmate removed from the WRAP restraint before one (1) hour. If the sergeant~~it is~~ determine~~s~~d the inmate cannot be safely removed from the WRAP restraint before one (1) hour, the watch commander shall be notified and respond to the location of the inmate to assess its continued use. If the watch commander determines that exceptional circumstances exist that require continued retention in the WRAP restraint, the reason~~s~~ for continued retention shall be documented in the WRAP Restraint Security Check Log (SH-J-480). The sergeant shall have the inmate removed from the WRAP restraint within two (2) hours.

A supervisor at the rank of sergeant or above shall be present when the WRAP restraint is removed, absent exigent circumstances. The removal of the WRAP restraint should occur when the inmate can be safely confined within a housing location or an alternative location, or if the inmate is no longer deemed a threat. If necessary, the sergeant shall adhere to CDM section 7-01/040.00, "Planned Use of Force," upon determining the WRAP restraint can be removed, absent exigent circumstances

WRAP CART

Use of the WRAP CART for Short-Term Movement

If personnel utilize the WRAP CART only for security reasons during short-term movement/escort when the inmate is affixed to the WRAP CART, the provisions in Title 15, section 1058 do not apply. Use of the WRAP CART for short-term movement shall not exceed one (1) hour. The following procedures will apply and conform to the policies of the CDM.

• The inmate shall remain in direct and unobstructed visual observation by the supervising sergeant and designated custody personnel.
• The inmate's safety and physical condition shall be monitored continuously by designated custody personnel throughout the movement/escort. Personnel shall remove the inmate from the WRAP CART if a medical emergency appears to exist.

EXHIBIT D
PAGE 72

3

•      If during the placement of the inmate in the WRAP CART, the inmate struggles against the restraints, has any visible signs of injury, or complains of pain, they shall be medically evaluated immediately after being secured.

•      The use of the WRAP CART for security reasons during short-term movement shall be documented in the WRAP Restraint Security Check Log (SH-J-480) and the Custody Automated Reporting and Tracking System (CARTS) along with the reason for placement, time of placement, and time of removal from the WRAP CART.

Procedures in this policy will not apply when the WRAP CART is used solely as a transportation device and the inmate is not affixed to any portion of the WRAP CART. Notification of the use of the WRAP CART shall be made to the sergeant upon placement. Inmates placed in the WRAP CART may be restrained by methods consistent with Department policy.

If the inmate remains affixed to the WRAP CART for more than one (1) hour, all procedures for the WRAP restraint shall be  followed.

Pregnant inmates shall not be handcuffed to  the rear during transportation in the WRAP CART.

REPORTING USE OF THE WRAP RESTRAINT

~~Absent any other factors, the un-resisted placement  of an inmate in the WRAP restraint device does not constitute reportable force. However, if in the course of applying the WRAP restraint, the inmate resists personnel, it~~Applying the WRAP restraint constitutes a use of reportable force and must be reported pursuant to CDM section 7-06/000.00, "Use of Force Reporting Procedures~~ ~~."

The  WRAP Restraint Security Check Log (SH-J-480) shall be entered into CARTS by the supervising sergeant prior to the end of their shift .

EXHIBIT D
PAGE 73

4

# EXHIBIT E

## Limitations on Force Policy CDM 7-01/030.00, Version 31

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**     **CSS #20-1887**
**CUSTODY DIVISION MANUAL**                     **Ver. 31**

## EXECUTIVE SUMMARY

**This revision to the Los Angeles County Sheriff's Department's Custody Division Manual (CDM) revises section 7-01/030.00, "Prohibited Force."**

**This proposal was requested by Custody Services Division – Specialized Programs Commander Larry A. Alva, in order to maintain the consistency between this section, related Department force policies, Rosas settlement provisions, and Department of Justice settlement provisions.**

**Staff Assignment:  Captain Erick S. Kim, Custody Support Services Bureau, at (213) 893-5845, or Sergeant Jacquelynn Marentes, Custody Support Services Bureau, at (213) 893-5966.**

**This proposal is presented in legislative format. Proposed additions, amendments, and/or revisions are ==highlighted==, and deletions are indicated by ~~strikeout~~.**

**7-01/030.00 ~~Prohibited Force~~ ==Limitations on Force==**

~~The following uses of force are prohibited unless circumstances justify the use of deadly force:~~

- ~~Head strike(s) with an impact weapon~~
- ~~Deliberately or recklessly striking an individual's head against a hard, fixed object (e.g. concrete floor, wall, jail bars, etc.)~~
- ~~From a standing position, kicking an individual in the head with a shod foot while the individual is lying on the ground/floor~~
- ~~Kneeing an individual in the head, deliberately or recklessly causing their head to strike the ground, floor, or other hard, fixed object~~
- ~~Any choke holds~~

~~The following uses of force are prohibited absent life threatening or high risk/assaultive situations:~~

- ~~Any kicking above the knee~~
- ~~Carotid restraints~~
- ~~Head strikes~~

**(see following page for revision)**

EXHIBIT E
PAGE 75

1

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**                    **CSS #20-1887**
**CUSTODY DIVISION MANUAL**                                                    **Ver. 31**

Department members shall not use the types of force described below in response to mere verbal threats from an inmate. Department members may only use these force options when they reasonably believe that an inmate is violent or has demonstrated by their physical action an intent to be violent and reasonably appears presently capable of causing serious physical injury. Department members shall use only that level of force necessary for the situation, reduce force immediately as resistance decreases, and immediately discontinue using force once a threat or resistance no longer exists.

Use of Personal Weapons (Head Strikes and Kicks)

The following types of force may only be used when (1) the inmate is assaultive, (2) there is an imminent danger of serious injury to personnel or others, and (3) there are no other reasonable means to avoid serious physical injury:

- Head strikes with personal weapons
- Kicking an inmate who is on the ground
- Kicking a standing inmate anywhere above the knee

Department members may only kick an inmate who is not on the ground below the knee if the inmate is (1) physically assaultive and (2) the kick is necessary to create distance between the Department member and the assaultive inmate.

Use of Force Against Restrained Inmates

The following types of force on restrained inmates may only be used when (1) an inmate is assaultive or self-injurious, (2) presents an immediate threat of injury to themselves, personnel, or others, and (3) there are no other more reasonable means to control the inmate:

- Use of personal weapons (anywhere on the body)
- Use of the Taser
- Use of chemical agents

If an assaultive inmate restrained to a fixed object presents an immediate threat of injury to personnel engaged with the inmate, force de-escalation principles require personnel to distance themselves from the assaultive conduct and request the presence of a sergeant rather than utilize the force options listed above, unless immediate intervention is required.

Deadly Force

The following types of force may only be used if a Department member can reasonably articulate that the circumstances justify the use of deadly force as defined in AB392 and PC 835a, Subsection (c)(1):

EXHIBIT E
PAGE 76

2

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**  
**CUSTODY DIVISION MANUAL**

**CSS #20-1887**  
**Ver. 31**

- Intentional head or neck strikes with an impact weapon
- Intentionally causing an inmate's head to impact against a hard fixed object (e.g., concrete floor, wall, jail bars, etc.)
- Intentionally kicking an individual in the head or neck from a standing position while the individual is lying on the ground/floor
- Kneeing an individual in the head, deliberately or recklessly causing their head to strike the ground, floor, or other hard, fixed object
- Special weapons, electronic immobilization devices (TASERs), and chemical agents, including aerosol chemical agents used against an inmate known to be pregnant (refer to CDM section 7-02/010.00 Pregnant Inmates)

Carotid Restraint Holds and Choke Holds

Department members may not use carotid restraint holds or choke holds. Any use of a carotid restraint or choke hold will be investigated as Category 3 force with a mandatory Internal Affairs Bureau (IAB) rollout.

**Revised XX/XX/XXXX**  
**11/02/2015 Rosas 2.5, 2.6, 17.1; DOJ 81**

EXHIBIT E  
PAGE 77

3