PETER J. ELIASBERG (SB# 189110)
peliasberg@aclusocal.org
MELISSA CAMACHO (SB# 264024)
mcamacho@acluscal.org
**ACLU FOUNDATION OF
SOUTHERN CALIFORNIA**
1313 W. 8th Street
Los Angeles, CA 90017
Phone:  (213) 977-9500
Fax:  (213) 977-5299

CORENE KENDRICK (SB# 226642)
ckendrick@aclu.org
MARISOL DOMINGUEZ-RUIZ
(SB# 345416)
mdominguez-ruiz@aclu.org
**ACLU NATIONAL PRISON
PROJECT**
39 Drumm St.
San Francisco, CA 94111
Phone: (202) 393-4930
Fax: (202) 393-4931

NICOLAS MORGAN (SB# 166441)
nicolasmorgan@paulhastings.com
STEPHEN TURANCHIK
(SB# 248548)
sturanchik@paulhastings.com
**PAUL HASTINGS LLP**
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone:  (213) 683-6000
Fax:  (213) 627-0705
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,

Plaintiffs,

vs.

Robert Luna, Sheriff of Los Angeles County, in his official capacity,

Defendant.

Case No. CV 12-00428 DDP (MRW)

**DECLARATION OF MARISOL DOMINGUEZ-RUIZ**

**FILED UNDER SEAL**

I, Marisol Dominguez-Ruiz, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would competently do so as follows:

2. I am a Justice Catalyst Fellow at the ACLU National Prison Project (ACLU NPP) and am admitted to practice law in the State of California and before this court. I am one of the lawyers who represent the plaintiff class in this action.

3. I have reviewed Defendants' Provision 6.11 self-assessment for the 3rd quarter of 2022. According to provision 6.11, "failing to provide an inmate with a grievance form when requested, failing to respond appropriately to a grievance, destroying or concealing grievances, attempting to intimidate an inmate from filing a grievance, and retaliating against an inmate who has filed a grievance" may result in discipline. Dkt 133-2 at 7. The "universe" of documents are the grievances against staff that could violate Provision 6.11 if founded. Camacho Dec. ¶ 5, Ex. A at 1-2.

4. The following analysis was done by counting the number of grievances from each facility. This is the number of grievances per housing unit:

    a. **6** grievances stemming from the Inmate Reception Center ("IRC"),

    b. **558** grievances stemming from Men's Central Jail ("MCJ"), and

    c. **45** grievances stemming from Twin Towers Correctional Facility ("TTCF").

    d. Total amount of grievances (6 + 558 + 45): **609**.

5. Next, I reviewed each grievance and identified mentions of retaliation, retaliation for filing grievances, use of force, intimidation, threats or harassment by deputies, and use of strip and cavity search as a form of humiliation (collectively, "culture of retaliation and/or use of force grievances"). I excluded grievances that mentioned lack of grievances but no use of force or retaliation allegations from this count (e.g. "Per Inmate Canister, there are not "any grievance forms available" in their housing unit (CJ 2500-B-row)"). *Id*. at 27. The following is a breakdown by facility:

    a. IRC: **1**

    b. MCJ: **116**

c. TTCF: **4**

d. Total culture of retaliation and/or use of force grievances (1 + 116 + 4): **121**

6. Based on numbers from paragraphs 5 and 6, about 20% of grievances are related to culture and/or use of force. I have selected a few grievances to depict how detained people feel about LASD culture and retaliation inside the jails:

a. Reference # 5100-2021-1222-205: "Inmate states on 9/7/2021 he was forced out of his cell by several LASD staff with rifles.. Inmate states he was stripped completely naked in from of several male and female staff and ordered to cough and squat. Inmate states he was then walked naked through the jail to the xray machine and thrown inside a holding tank." *Id*., Ex. A at 15.

b. Reference # 5100-2022-0502-365: "Inmate states today told him he does not like him or his kind. Also pushed him against the wall and told him Fuck me and my kind and soon just wait I was going to get it. Inmate states he does not know if that is a treat or not but he is afraid." *Id*. at 16.

c. Reference # 5100-2022-0721-250: "Inmate states deputy with force pulled his arm and popped his shoulder almost out when he was asking peacefully asking to speak with a sergeant. Inmate states deputy and other deputies laughing at him as he sat asking for a sergeant. Inmate states deputy forcefully grabbed his arm again twisting his arm and wrist and forced handcuffs on him." *Id*. at 20.

d. Reference # 5100-2021-0714-385: "Inmate states he was sexually and physically assaulted by Deputy in retaliation for writing him up." *Id*. at 20.

e. Reference # 5100-2022-0706-262: "Inmate Arriaga reports deputies retaliated against himself and ~35 others by writing them up for insubordination when they did not volunteer to pass out meals." *Id*. at 21.

f. Reference # 5100-2022-0128-288: "Inmate states Deputy and other deputies searched his cell and took him to the hole. Inmate states all his hygiene and

3

property was missing. Inmate states he was disrespected and he believes it is in retaliation for being part of the September 7th lawsuit." *Id*. at 22.

g. Reference # 5100-2022-0804-258: "Inmate Montgomery reports that they are being retaliated against for filing grievances about conditions and a use of force incident. Montgomery reports that they were moved to a medical unit but do not have any medical needs and believe it's purely a form of retaliation." *Id*. at 28.

h. Reference # 5100-2021-1119-207: "Inmate states Deputy threatened to beat his ass along with 2 other deputies who pulled out their tasers when he told them he was in danger. Inmate states the cameras will prove this and he feels threatened by the staff that wrote him up." *Id*. at 31.

i. Reference # 5100-2022-0127-274: "Telfair reports that unnamed deputies are threatening him and holding his meals in retaliation for a prior report of deputy harassment [LA24883]." *Id*. at 39.

j. Reference # 5800-2022-0825-210: "Raitt reports he was assaulted by four deputies and beat on camera on or around 6/8/2022. Raitt reports he informed the deputies he has a heart condition but deputies continued to beat him. Please investigate this instance of deputy misconduct and excessive use of force. Thank you." *Id*. at 48.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 12, 2023, in Pasadena, California.

Marisol Dominguez-Ruiz