PETER J. ELIASBERG (SB# 189110)
peliasberg@aclusocal.org
MELISSA CAMACHO (SB# 264024)
mcamacho@acluscal.org
**ACLU FOUNDATION OF
SOUTHERN CALIFORNIA**
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500
Fax: (213) 977-5299

NICOLAS MORGAN (SB# 166441)
nicolasmorgan@paulhastings.com
STEPHEN TURANCHIK
(SB# 248548)
sturanchik@paulhastings.com
**PAUL HASTINGS LLP**
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone: (213) 683-6000
Fax: (213) 627-0705

CORENE KENDRICK (SB# 226642)
ckendrick@aclu.org
MARISOL DOMINGUEZ-RUIZ
(SB# 345416)
mdominguez-ruiz@aclu.org
**ACLU NATIONAL PRISON
PROJECT**
39 Drumm St.
San Francisco, CA 94111
Phone: (202) 393-4930
Fax: (202) 393-4931

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN
GOODWIN, on behalf of themselves
and of those similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> Robert Luna, Sheriff of Los Angeles County, in his official capacity, <br><br> Defendant. | CASE NO. CV 12-00428 DDP (MRW) <br><br> **PROOF OF SERVICE** <br><br> Assigned to Hon. Dean D. Pregerson <br><br> Hearing: June 26, 2023 |

## PROOF OF SERVICE

I am employed in the City of Los Angeles and County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address is 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, California 90071-2228.

On June 1, 2023, I served the foregoing document(s) described as:

**CD OF SEALED EXHIBITS A-D TO DECLARATION OF PETER ELIASBERG (DOCKET NO. 255-4)**

**CD OF EXHIBITS C & D TO DECLARATION OF ERIN DAVID BIGLER, PH.D (DOCKET NO. 253-2)**

on the interested parties as follows:

Robert Dugdale, Esq.
  *rdugdale@kbkfirm.com*
KENDALL BRILL & KELLY LLP
10100 Santa Monica Blvd., Suite 1725
Los Angeles, CA 90067
Telephone: (310) 272-7904/7919
*Attorney for Defendant*
*SHERIFF ROBERT LUNA*

Dylan Ford
Senior Deputy County Counsel
  *dford@counsel.lacounty.gov*
OFFICE OF COUNTY COUNSEL
500 West Temple St, Floor 6
Los Angeles, California 90012
Telephone: (213) 893-5939
*Attorney for Defendant*
*Robert Luna, Sheriff of Los Angeles County*

☒    **VIA U.S. MAIL:**

I deposited such sealed envelope(s) with postage thereon fully prepaid, in the United States mail at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on June 1, 2023, at Los Angeles, California.

_____
Francine Sheldon

PROOF OF SERVICE

LEGAL_US_W # 116614982.1