PETER J. ELIASBERG
(SB# 189110)
peliasberg@aclusocal.org
MELISSA CAMACHO-CHEUNG
(SB# 264024)
mcamacho@acluscal.org
**ACLU FOUNDATION OF
SOUTHERN CALIFORNIA**
1313 W. 8th Street
Los Angeles, CA 90017
Phone:  (213) 977-9500
Fax:  (213) 977-5299

CORENE KENDRICK
(SB# 226642)
ckendrick@aclu.org
MARISOL DOMINGUEZ-RUIZ
(SB# 345416)
mdominguez-ruiz@aclu.org
**ACLU NATIONAL PRISON PROJECT**
39 Drumm St.
San Francisco, CA 94111
Phone: (202) 393-4930
 Fax: (202) 393-4931

NICOLAS MORGAN
(SB# 166441)
nicolasmorgan@paulhastings.com
STEPHEN TURANCHIK
(SB# 248548)
stephenturanchik@paulhastings.com
**PAUL HASTINGS LLP**
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone:  (213) 683-6000
Fax:  (213) 627-0705

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN GOODWIN,
on behalf of themselves and of those similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ROBERT LUNA, Sheriff of Los Angeles County, in his official capacity, <br><br> Defendant. | **CASE NO. CV 12-00428 DDP (MRW)** <br><br> **PROOF OF SERVICE** <br><br> Assigned to Hon. Dean D. Pregerson <br><br> Hearing:  June 26, 2023 |

Case No. 2:23-cv-03226-SPG-BFM                                   PROOF OF SERVICE

## PROOF OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 515 South Flower Street, #2500, Los Angeles, CA 90071.

On June 13, 2023, I served the foregoing documents described as:

**REPLY TO DEFENDANT'S OPENING BRIEF ADDRESSING DEFENDANT'S PROPOSED COMPLIANCE PLAN – UNDER SEAL**

**SUPPLMENTAL DECLARATION OF MATTHEW THOMAS, MD – UNDER SEAL**

**SUPPLEMENTAL DECLARATION OF STEPHEN SINCLAIR – UNDER SEAL**

**DECLARATION OF MELISSA CAMACHO – UNDER SEAL**

**DECLARATION OF MARISOL DOMINGUEZ-RUIZ – UNDER SEAL**

on the interested parties in PDF format to the respective email address(es) listed below:

| | |
|---|---|
| Robert Dugdale, Esq. | Dylan Ford |
| *rdugdale@kbkfirm.com* | *dford@counsel.lacounty.gov* |
| KENDALL BRILL & KELLY LLP | Senior Deputy County Counsel |
| 10100 Santa Monica Blvd., Suite 1725 | OFFICE OF COUNTY COUNSEL |
| Los Angeles, CA 90067 | 500 West Temple St, Floor 6 |
| Telephone: (310) 272-7904/7919 | Los Angeles, California 90012 |
| | Telephone: (213) 893-5939 |
| *Attorney for Defendant* | *Attorney for Defendant* |
| *SHERIFF ROBERT LUNA* | *Robert Luna, Sheriff of Los Angeles County* |

I did not receive an electronic message indicating any errors in transmission.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on June 13, 2023, at Los Angeles, California.

Irma Gamino

LEGAL_US_W # 116731350.1

Case No. 2:23-cv-03226-SPG-BFM                    PROOF OF SERVICE