UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-00428 DDP (MRWx) | Date | June 26, 2023 |
|---|---|---|---|
| Title | Alex Rosas, et al. v. Leroy Baca, et al. | | |

Present: The Honorable **DEAN D. PREGERSON, UNITED STATES DISTRICT JUDGE**

| Vanessa Figueroa | Marea Woolrich |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant and Receiver: |
|---|---|
| Peter J. Eliasberg, Corene Kendrick (Via Zoom), Marisol J. Dominguez-Ruiz, Melissa L. Camacho-Cheung | Robert E. Dugdale, Dylan Ford, Daniel Barlava |

**Proceedings:** STATUS CONFERENCE; MOTION TO MODIFY COURT-APPROVED IMPLEMENTATION PLAN [252]

Also Present, Via Zoom:  Nicholas E. Mitchell, Kathy Kenny and Robert Houston, Monitors

Court and counsel confer as stated on the record.

The Status Conference and Motion to Modify Court-Approved Implementation Plan [252] is hereby continued to August 28, 2023 at 10:00 a.m.

|  | 1 : 50 |
|---|---|
|  | Initials of Preparer vdr |