KATIE TOWNSEND (SBN 254321)
ktownsend@rcfp.org
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, D.C. 20005
Telephone: 202.795.9300
Facsimile: 202.795.9310

JEFF GLASSER (SBN 252596)
jeff.glasser@latimes.com
LOS ANGELES TIMES COMMUNICATIONS LLC
2300 E. Imperial Highway
El Segundo, CA 90245
Telephone: 213-237-7077

*Counsel for Non-Party Intervenor*
LOS ANGELES TIMES COMMUNICATIONS LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALEX ROSAS *and* JONATHAN GOODWIN, *on behalf of themselves and those similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT LUNA, *in his official capacity as Sheriff of Los Angeles County*,<br><br>Defendant. | Case No. 12-cv-00428 DDP (MRW)<br><br>**NOTICE OF MOTION AND MOTION OF NON-PARTY LOS ANGELES TIMES COMMUNICATIONS LLC TO INTERVENE AND UNSEAL**<br><br>[Memorandum of Points and Authorities and [Proposed] Order Filed Concurrently Herewith]<br><br>Date: September 11, 2023<br>Time: 10:00AM<br>Judge: Hon. Dean D. Pregerson |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on September 11, 2023, or as soon as this matter may be heard before the Honorable Dean D. Pregerson, United States District Court Judge of the United States District Court for the Central District of California, Western Division, non-party Los Angeles Times Communications LLC (the "*Los Angeles Times*"), will and hereby does move to intervene in the above-captioned action for the limited purpose of seeking an order unsealing the use-of-force packets and videos filed with the Court as exhibits in support of Plaintiffs' Motion to Modify Implementation Plan, as well as the redacted portions of Plaintiffs' Memorandum of Points and Authorities ("Memorandum") and supporting declarations that reference those exhibits (together, the "Use-of-Force Materials").  *See* ECF No. 253 (redacted copies of the Memorandum and supporting declarations); ECF No. 255 (sealed copies of the Memorandum and supporting declarations); ECF No. 256 (notice of lodging of sealed exhibits).  The *Los Angeles Times* will and hereby does respectfully move the Court for an order granting its motion to intervene and directing the Clerk of the Court to unseal the Use-of-Force Materials.

This Motion is made on the grounds that:

(1)  Like other members of the press and public, the *Los Angeles Times* is entitled to intervene in the above-captioned action for the limited purpose of asserting its common law right to inspect judicial records filed with the Court in this matter;

(2)  The common law right of public access attaches to the Use-of-Force Materials, which were filed with the Court in connection with a dispositive motion, and said right cannot be overcome by mere reliance on a stipulated protective order. The parties can rebut that "strong" presumption of access only by demonstrating "compelling reasons . . . that outweigh the general history of access and the public policies favoring disclosure," *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006) (citations omitted), a showing that cannot be made here in light of the powerful public interest in understanding allegations of official misconduct.

(3)  Even if sealing and redaction of the Use-of-Force Materials could be justified on a showing of good cause, *see* Fed. R. Civ. P. 26, that standard cannot be satisfied here either.  The parties cannot make a particularized showing in support of continued sealing or redaction of the Use-of-Force Materials, which document possible official misconduct in which the public has a powerful interest.

This Notice of Motion and Motion are based on the concurrently filed Memorandum of Points and Authorities, all pleadings, records, and files in the above-captioned case, all matters of which the Court shall take judicial notice, and on such argument as may be presented by counsel at any hearing on this Motion.

This Motion is made following conferences of counsel, pursuant to L.R. 7-3, on July 24, 2023.  Plaintiffs do not oppose this motion; Defendant opposes this motion.

1 | Dated: August 7, 2023

s/ *Katie Townsend*
Katie Townsend
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS

*Counsel for Non-Party Intervenor*
LOS ANGELES TIMES
COMMUNICATIONS LLC