UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALEX ROSAS *and* JONATHAN GOODWIN, *on behalf of themselves and those similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT LUNA, *in his official capacity as Sheriff of Los Angeles County*,<br><br>Defendant. | Case No. 12-cv-00428 DDP (MRW)<br><br>**[PROPOSED] ORDER GRANTING MOTION OF NON-PARTY LOS ANGELES TIMES COMMUNICATIONS LLC TO INTERVENE AND UNSEAL** |

The Court, having considered the Motion of Non-Party Los Angeles Times Communications LLC (the "*Los Angeles Times*") to Intervene and Unseal (the "Motion"), the documents filed in support thereof and any opposition thereto, and the arguments of counsel, hereby **ORDERS** as follows:

The Motion is **GRANTED**.

The request of the *Los Angeles Times* to intervene for the purpose of seeking an order unsealing the use-of-force packets and videos filed as exhibits in support of Plaintiffs' Motion to Modify Implementation Plan, as well as the redacted portions of Plaintiffs' Memorandum of Points and Authorities ("Memorandum") and supporting declarations that reference those exhibits (together, the "Use-of-Force Materials"), is **GRANTED**.

The *Los Angeles Times*' request to unseal the Use-of-Force Materials is **GRANTED**.

1  The Clerk of the Court is hereby directed to unseal and make available on the
2  public docket the unredacted copies of Plaintiffs' Memorandum, the supporting
3  declarations, and the supporting exhibits docketed at ECF No. 255, as well as the
4  sealed exhibits whose lodging with the Court is noted at ECF No. 256.

6  **IT IS SO ORDERED.**

8  Dated: _____     _____
9                                 U.S. District Judge Hon. Dean D. Pregerson