# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS, et al. <br><br> Plaintiff(s), <br><br> v. <br><br> LEROY BACA, et al. <br><br> Defendant(s). | CASE NUMBER: <br><br> 2:12–cv–00428–DDP–MRW <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed: ___8/14/2023___

Document No.: ___269___

Title of Document: ___NOTICE AND MOTION OF NONPARTY MEDIA ORGANIZATION WITNESSLA TO INTERVENE AND UNSEAL COURT RECORDS___

**ERROR(S) WITH DOCUMENT:**

Proposed document was not submitted or was not submitted as a separate attachment.

Other:

**Note:**   **In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

By: _/s/ Sharon Hall–Brown_
 _Sharon_Hall–brown@cacd.uscourts.gov_
  Deputy Clerk

Dated:_ August 15, 2023 _

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS