**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| ALEX ROSAS; ET AL.,<br><br>PLAINTIFF(S)<br>v.<br><br>LEROY BACA; ET AL.,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:12cv00428-DDP(MRWx)<br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |
|---|---|

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 8/14/2023 | 269 | Notice of Motion of NonParty Media Organization |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☐ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☑ Other:

The above-referenced motion is accepted as filed and noticed.  This matter has been calendared for hearing on September 11, 2023, at 10:00 A.M.

Counsel shall send a lodged Proposed Order to chambers at: DDP_Chambers@cacd.uscourts.gov to correct the Notice of Filer of Deficiencies [270] issued on August 15, 2023.

Dated: _____8/17/2023_____          By: _____
                                         U.S. District Judge / U.S. Magistrate Judge

G-112B  (08/22)          ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT