| | |
|---|---|
| PETER J. ELIASBERG (SB# 189110) peliasberg@aclusocal.org MELISSA CAMACHO (SB# 264024) mcamacho@acluscal.org ACLU FOUNDATION OF SOUTHERN CALIFORNIA 1313 W. 8th Street Los Angeles, CA 90017 Phone: (213) 977-9500 Fax: (213) 977-5299 | CORENE KENDRICK (SB# 226642) ckendrick@aclu.org MARISOL DOMINGUEZ-RUIZ (SB# 345416) mdominguez-ruiz@aclu.org ACLU NATIONAL PRISON PROJECT 39 Drumm St. San Francisco, CA 94111 Phone: (202) 393-4930 Fax: (202) 393-4931 |

NICOLAS MORGAN
(SB# 166441)
nicolasmorgan@paulhastings.com
STEPHEN TURANCHIK
(SB# 248548)
sturanchik@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone: (213) 683-6000
Fax: (213) 627-0705

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN GOODWIN,
on behalf of themselves and of those similarly situated

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ROBERT LUNA, Sheriff of Los Angeles County, in his official capacity, <br><br> Defendant. | CASE NO. CV 12-00428 DDP (MRW) <br><br> **STIPULATION TO CONTINUE STATUS CONFERENCE** <br><br> Honorable Dean D. Pregerson <br><br> Current Date:    8/28/23 <br><br> Requested Date: 9/11/23 |

## STIPULATION

On June 26, 2023, the Court held a status conference and heard argument on Plaintiffs' Motion to Modify the Court-Approved Implementation Plan. After considering the arguments by the Parties and comments by the court-appointed Monitors, the Court directed the parties to resume negotiations on issues presented by the Motion and set a status conference for August 28, 2023 at 10:00 a.m.

Since that time, counsel for the parties have met three times along with the Court-appointed Monitors, on July 28, August 4, and August 21. They have discussed, among other things, the possibility of revisions to the Los Angeles Sheriff's Department policy on head strikes and its most recent policy on use of the WRAP restraint device. In addition, they plan to meet again on August 28 if the Court grants the stipulation to continue the status conference currently set for that day.

However, long-planned summer vacations for some of the parties' counsel, the difficulties of scheduling meetings with numerous lawyers for the parties and the three Monitors, plus the difficulties of negotiating about issues on which the parties had previously reached impasse, have resulted in the parties making limited progress towards reaching agreement on the remaining issues in dispute. Accordingly, the parties believe they may make more progress and will have more to report to the Court if the status conference is continued until September 11, 2023, a date on which the Court already has scheduled another hearing on this matter – the motion to intervene and unseal by various news organizations.

\ \ \

\ \ \

\ \ \

\ \ \

Therefore, the parties hereby stipulate to continue the status conference scheduled for August 28, 2023 at 10:00 a.m., to September 11, 2023 at 10:00 a.m., or as soon thereafter as the Court is available.

Respectfully submitted,

DATED: August 23, 2023

        ACLU FOUNDATION OF
        SOUTHERN CALIFORNIA

        By: /s/ Peter Eliasberg
        PETER ELIASBERG[1]

        Attorneys for Plaintiffs
        ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated

        OFFICE OF THE COUNTY COUNSEL

        By: /s/ DYLAN FORD
        DYLAN FORD
        DEPUTY COUNTY COUNSEL

        Attorneys for Defendant
        SHERIFF ROBERT LUNA

---

[1] The filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.