**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT LUNA, Sheriff of Los Angeles County, in his official capacity,<br><br>Defendant. | CASE NO. CV12-428 DDP (MRWx)<br><br>**ORDER GRANTING STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>Honorable Dean D. Pregerson |

ORDER GRANTING STIPULATION

The Court hereby ORDERS that the Stipulation to Continue the Status Conference is GRANTED. The Status Conference and Motion To Modify Court-Approved Implementation Plan [252] set for August 28, 2023 at 10:00 a.m. is continued until September 11, 2023 at 10:00 a.m.

Dated: August 24, 2023

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE