UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:12cv000428-DDP( MRWx) | Date | September 11, 2023 |
|---|---|---|---|
| Title | *ALEX ROSAS; ET AL. v. LEROY BACA; ET AL.* | | |

Present: The Honorable   DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| Kevin Reddick | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:

Peter Eliasberg
Marisol Dominguez-Ruiz
Melissa Camacho-Cheung

Attorneys Present for Defendants:

Robert Dugdale
Dylan Ford
Robert Bailey

Attorneys Present for Movants:

Court-Appointed Monitors

Robert Houston (by Zoom)
Nicolas Mitchell (by Zoom)

**Proceedings:**   FURTHER STATUS CONFERENCE

MOTION TO MODIFY COURT-APPROVED IMPLEMENTATION PLAN [252]

MOTION OF NON-PARTY LOS ANGELES TIMES COMMUNICATIONS, LLC TO INTERVENE AND UNSEAL [268]

MOTION OF NON-PARTY MEDIA ORGANIZATION WITNESSLA TO INTERVENE AND UNSEAL COURT RECORD [269]

The court hears oral argument and confers with counsel for Defendants, Plaintiffs, and Proposed Intervenors as stated on the record re: Proposed Intervenors' Motions to Intervene and Unseal. Separate Orders re: the Motions to Intervene and Motions to Unseal shall issue.

The court and counsel for Plaintiffs and Defendants confer as stated on the record re: Plaintiffs' Motion to Modify Implementation Plan. A further status conference is set for Monday, October 30 at 10:00 a.m.

|  | 1 | : | 15 |
|---|---|---|---|
| Initials of Preparer |  | kr | |