OFFICE OF COUNTY COUNSEL
Dawyn Harrison (173855)
County Counsel
  dharrison@counsel.lacounty.gov
Dylan Ford (228699)
Deputy County Counsel
  dford@counsel.lacounty.gov
Robert C. Bailey (249813)
Deputy County Counsel
  rbailey@counsel.lacounty.gov
500 West Temple St., Floor 6
Los Angeles, California 90012
Telephone: 213.974.1811
Facsimile: 213,687.8822

KENDALL BRILL & KELLY LLP
Robert E. Dugdale (167258)
  rdugdale@kbkfirm.com
Daniel Barlava (334910)
  dbarlava@kbkfirm.com
10100 Santa Monica Boulevard, Suite 1725
Los Angeles, CA 90067
Telephone: 310.556.2700
Facsimile: 310.556.2705

Counsel for Defendant Robert Luna,
Sheriff of Los Angeles County, in his Official Capacity

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and those similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ROBERT LUNA, Sheriff of Los Angeles County, in his official capacity,<br><br>　　　　Defendant. | Case No. 12-cv-00428 DDP (MRW)<br><br>**NOTICE OF UNDER SEAL FILING PURSUANT TO THE COURT'S ORDER, DATED SEPTEMBER 12, 2023**<br><br>Honorable Dean D. Pregerson |

NOTICE OF UNDER SEAL FILING

Pursuant to this Court's order, dated September 12, 2023 (the "Order"), Defendant Robert Luna, Sheriff of Los Angeles County, acting in his official capacity, is lodging, under seal, a set of the six videos that are the subject of the Order, along with a contextual statement to accompany the redacted videos, as requested in the Court's Order. Each of the videos has been pixelated, cropped, or edited to the minimum extent necessary to address privacy and security concerns the Court articulated during the hearing on this matter held on September 11, 2023 (the "Edited Videos").

1. Exhibit 1 is a video of a use of force incident, that occurred on March 21, 2022, and that was filed under seal as Exhibit A to the Declaration of Peter Eliasberg, dated May 31, 2023;

2. Exhibit 2 is a video of a use of force incident, that occurred on October 24, 2019, and that was filed under seal as Exhibit B to the Declaration of Peter Eliasberg, dated May 31, 2023;

3. Exhibit 3 is a video of a use of force incident, that occurred on September 12, 2020, and that was filed under seal as Exhibit C to the Declaration of Peter Eliasberg, dated May 31, 2023;

4. Exhibit 4 is a video of a use of force incident, that occurred on February 19, 2020, and that was filed under seal as Exhibit D to the Declaration of Peter Eliasberg, dated May 31, 2023;

5. Exhibit 5 is a video of a use of force incident, that occurred on July 4, 2022, and that was filed under seal as Exhibit A to the Declaration of Stephen Sinclair, dated June 12, 2023; and

6. Exhibit 6 is a video of a use of force incident, that occurred on March 5, 2022, and that was filed under seal as Exhibit 3 to the Declaration of Matthew Thomas, dated June 12, 2023.

7. Exhibit 7 is Defendant's contextual statement to accompany the Edited Videos.

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

1
NOTICE OF UNDER SEAL FILING

Exhibit 5 has not been edited by the Defendant because, as discussed at the hearing held on September 11, 2023, this video has previously been published by the Los Angeles Times. Furthermore, the version of the video that Plaintiffs lodged previously already had been partially pixelated in a manner that conforms to this Court's directive.

Each of the Edited Videos has been edited to redact the faces of inmates and deputies captured in these videos. Counsel for the intervenors have informed counsel for Defendant that they object to redacting the faces of deputies who appear in these videos. However, that position is inconsistent with the comments made by the Court at the hearing held on September 11, 2023, as the Court recognized that the release of the unedited versions of the videos could implicate privacy and security concerns for both deputies and people in custody, including concerns that deputies could be subject to "doxing" and online harassment if their identities in the videos is revealed.

DATED: October 3, 2023        KENDALL BRILL & KELLY LLP

By:      /s/ Robert E. Dugdale
Robert E. Dugdale
Attorneys for Robert Luna, Sheriff of Los Angeles County, in his Official Capacity