PETER J. ELIASBERG
(SB# 189110)
peliasberg@aclusocal.org
MELISSA CAMACHO
(SB# 264024)
mcamacho@acluscal.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone:  (213) 977-9500
Fax:  (213) 977-5299

CORENE KENDRICK
(SB# 226642)
ckendrick@aclu.org
MARISOL DOMINGUEZ-RUIZ
(SB# 345416)
mdominguez-ruiz@aclu.org
ACLU NATIONAL PRISON
PROJECT
39 Drumm St.
San Francisco, CA 94111
Phone: (202) 393-4930
 Fax: (202) 393-4931

NICOLAS MORGAN
(SB# 166441)
nicolasmorgan@paulhastings.com
STEPHEN TURANCHIK
(SB# 248548)
sturanchik@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone:  (213) 683-6000
Fax:  (213) 627-0705

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN GOODWIN,
on behalf of themselves and of those similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT LUNA, Sheriff of Los Angeles County, in his official capacity,<br><br>Defendant. | CASE NO. CV 12-00428 DDP (MRW)<br><br>**NOTICE OF LODGING OF STATEMENT OF PLAINTIFFS IN RESPONSE TO COURT ORDER [DKT. 279] ABOUT VIDEOTAPES PREVIOUSLY FILED UNDER SEAL AND AMENDED DECLARATION OF ERIN DAVID BIGLER, PH.D**<br><br>Honorable Dean D. Pregerson |

Pursuant to L.R. 11-5.1, Plaintiffs will lodge with this Court a Statement of Plaintiffs in Response to Court Order [Dkt. 279] about Videotapes Previously Filed Under Seal and Amended Declaration of Erin Bigler, Ph.D. to replace a previously filed version [Dkt. 255-2].

Plaintiffs respectfully request the Court to view Statement of Plaintiffs in Response to Court Order [Dkt. 279] About Videotapes Previously Filed Under Seal and Amended Declaration of Erin Bigler, Ph.D. and enter it as part of the case record for Plaintiffs in this case.

Respectfully submitted,

Dated: October 3, 2023

ACLU FOUNDATION OF
SOUTHERN CALIFORNIA

 /s/ Peter Eliasberg
PETER ELIASBERG
Counsel for Plaintiffs