PETER J. ELIASBERG
(SB# 189110)
peliasberg@aclusocal.org
MELISSA CAMACHO
(SB# 264024)
mcamacho@acluscal.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500
Fax: (213) 977-5299

CORENE KENDRICK
(SB# 226642)
ckendrick@aclu.org
MARISOL DOMINGUEZ-RUIZ
(SB# 345416)
mdominguez-ruiz@aclu.org
ACLU NATIONAL PRISON PROJECT
39 Drumm St.
San Francisco, CA 94111
Phone: (202) 393-4930
Fax: (202) 393-4931

NICOLAS MORGAN
(SB# 166441)
nicolasmorgan@paulhastings.com
STEPHEN TURANCHIK
(SB# 248548)
sturanchik@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone: (213) 683-6000
Fax: (213) 627-0705

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN
GOODWIN, on behalf of themselves
and of those similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Robert Luna, Sheriff of Los Angeles County, in his official capacity,<br><br>Defendant. | CASE NO. CV 12-00428 DDP (MRW)<br><br>**STATEMENT OF PLAINTIFFS IN RESPONSE TO COURT ORDER [DKT. 279] ABOUT VIDEOTAPES PREVIOUSLY FILED UNDER SEAL**<br><br>Assigned to Hon. Dean D. Pregerson |

Plaintiffs respectfully submit this statement in response to the Court's direction on page 12 of its September 12, 2023 order, Dkt. Number 279.

Plaintiffs believe that the discussion in Plaintiffs' filings on June 1, 2023 and June 13, 2023 provide the appropriate commentary for viewers of the Videos submitted under seal with their Motion to Modify the Implementation Plan. Specifically, the opening and reply memoranda of points and authorities[1] and the Declaration of Erin Bigler, Ph.D.,[2] and Shamsher Samra, M.D.,[3] and the Declarations of Stephen Sinclair[4] and Matthew Thomas[5] submitted with both Plaintiffs' opening and reply brief discuss those videos and provide commentary on the incidents depicted in the videos.

Both Witness LA and the Los Angeles Times have moved to unseal both the videos and the versions of the memoranda and declarations that were filed under seal. The Court's September 12, 2023 order focuses on the videos and does not specifically address whether it is ordering the unsealing of those unredacted under seal filings. However, Plaintiffs believe that none of those filings implicates the "privacy and security concerns" that the Court mentioned in the oral argument on the motions and in its September 12, 2023 order (Dkt. 279 at page 11) because they do not contain the names of any people who are or were incarcerated in the Los Angeles County jails, any bystanders, or LASD personnel.

///

---

[1] Dkt. Number 255 and 262.

[2] Plaintiffs are contemporaneously lodging an amended Declaration of Erin Bigler, Ph.D. because the under seal version they previously filed contained the names of some people incarcerated in the jails. The Amended Declaration removes those names.

[3] Dkt. Number 255-5.

[4] Dkt. Number 255-1 and 262-2.

[5] Dkt. Number 255-6 and 262-1.

///

DATED: October 3, 2023

Peter J. Eliasberg
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA

By: /s/ Peter J. Eliasberg
Peter J. Eliasberg
Attorneys for Plaintiffs Alex Rosas and Jonathan Goodwin, on behalf of themselves and of those similarly situated

3

Case No. CV 12-00428 DDP (MRW)
STATEMENT OF PLAINTIFFS IN RESPONSE TO COURT ORDER [DKT. 279] ABOUT VIDEOTAPES PREVIOUSLY FILED UNDER SEAL