PETER J. ELIASBERG
(SB# 189110)
peliasberg@aclusocal.org
MELISSA CAMACHO
(SB# 264024)
mcamacho@acluscal.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500
Fax:  (213) 977-5299

NICOLAS MORGAN
(SB# 166441)
nicolasmorgan@paulhastings.com
STEPHEN TURANCHIK
(SB# 248548)
sturanchik@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone:  (213) 683-6000
Fax:  (213) 627-0705

CORENE KENDRICK
(SB# 226642)
ckendrick@aclu.org
MARISOL DOMINGUEZ-RUIZ
(SB# 345416)
mdominguez-ruiz@aclu.org
ACLU NATIONAL PRISON PROJECT
39 Drumm St.
San Francisco, CA 94111
Phone: (202) 393-4930
Fax: (202) 393-4931

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN
GOODWIN, on behalf of themselves
and of those similarly situated

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Robert Luna, Sheriff of Los Angeles County, in his official capacity,<br><br>Defendant. | CASE NO. CV 12-00428 DDP (MRW)<br><br>**AMENDED DECLARATION OF ERIN DAVID BIGLER, Ph.D**<br><br>Assigned to Hon. Dean D. Pregerson<br><br>Hearing Date:  June 26, 2023<br>Hearing Time: 10:00 a.m. |

# DECLARATION OF ERIN DAVID BIGLER, Ph.D

I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

## I.     Scope of Work

1.     Plaintiffs' counsel have asked me to provide my expert medical opinion on the type of injuries that occur as a consequence of head/facial trauma or any forceful impact trauma anywhere to the head and how that trauma damages the brain, especially in reference to individuals who are incarcerated, where attempts to subdue the individual results in punches or other type force impacts to the head and face, including face/head impacts with hard surfaces and the ground.

## II.    Compensation

2.     I am billing $375 per hour for my work preparing this declaration.

## III.   Materials Provided

3.     Plaintiffs' counsel have provided me with the following materials:

Use of Force Reports and Videos for the following individuals

- MCJ-04485
- TTCF-00620
- MCJ-00856
- MCJ-04390
- MCJ-02673
- IRC-01256
- MCJ-02673
- MCJ-00690
- MCJ-00999
- IRC-01264
- IRC-1692
- IRC-00030

- TTCF-00226

- IRC-00132

- UOF Package Summaries – May 2023

- They have also provided me with materials about the make-up of the LA County jail population, including the percentage who have serious mental illness, and materials about the prevalence of post-traumatic stress disorder in incarcerated populations and the incidence of medical disease including hypertension and obesity in incarcerated populations. A list of these materials is attached as Exhibit B.

**IV.    Qualifications**

4.      In regard to my qualifications to render opinions concerning this topic, I have a nearly 50-year academic, research, and clinical career studying the incidence, epidemiology, mechanisms of injury along with the physical, neurocognitive and neurobehavioral effects of TBI. In 1974, I completed a Ph.D. in Psychology from Brigham young University and immediately began a National Institutes of Health Post-Doctoral fellow in neuropsychology and neurophysiology. On completing the post-doctoral fellowship in 1977, I accepted a position as Assistant Professor at the University of Texas at Austin, where I was in charge of developing the clinical neuropsychology subspecialty program. I directed that program and moved through the academic ranks to full professor by the late 1980's. Simultaneous, with my University of Texas position and responsibilities, I was recruited by what was then termed the Texas Department of Mental Health and Mental Retardation to develop a neuropsychological assessment lab and clinical service to those hospitalized or being treated within Texas State programs. I directed that from 1977 to 1990, and that program continues to this day.   In 1990, I was recruited back to BYU to replicate what I had done at the University of Texas. While a professor at BYU I received the highest faculty award, the Maeser Award, for my teaching, scholarship, publications and research funding along with receiving an endowed chair. Currently, I am

Professor Emeritus of Psychology and Neuroscience at Brigham Young University, where I developed the Brain Imaging and Behavior Laboratory, along with the Magnetic Resonance Imaging Research Facility, of which I was the Director of both until I retired in 2018.  I am also Adjunct Professor of Psychiatry and Neurology (clinical study and treatment of disorders of the brain, spinal cord and column as well as peripheral nerves) at the University of Utah. With my retirement to Northern California, I have also joined the faculty at the University of California, Davis School of Medicine-Sacramento Campus as a Volunteer Professor of Neurology. I am a past President of the International Neuropsychological Society as well as the National Academy of Neuropsychology.  My  curriculum vita is attached as Exhibit A.  I have authored or co-authored more than 200 peer-reviewed publications specific to traumatic brain injury. I have also authored and/or edited three different textbooks on traumatic brain injury.  Most germane to the topic of discussion with regard to head trauma to those incarcerated is the recent textbook I wrote with my co-author Jeff Victoroff, M.D. published by Cambridge University Press in 2019 titled "Concussion and Traumatic Encephalopathy".

## V.    Brief Summary of Opinions

5.    The brain is encased within the bone-hardened skull, which is rigid. The brain is created by billions of neural cells, all of which require  a constant blood supply. The consistency of brain tissue has often been referred to as "jello-like," with a high level of water and blood content. As to the softness and pliability of the brain, other food analogies like butter that has softened or the consistency of soft-boiled egg, also apply to understand how soft and pliable the brain is. Being a "soft" organ, with force impact or any kind of rapid acceleration movement the brain moves at a different rate than that of the skull, impacting against the inner surface of the skull as well as stretching and deforming in all different ways.  It is the stretching, twisting and pulling actions within brain tissue that breaks brain cells, ruptures blood vessels and damages the brain, as well as the brain banging against the inner surface of the skull, causing

bruising.  Traumatic brain Injury (TBI) occurs because of the movement of very delicate brain tissue that stretches neural fibers and blood vessels beyond their tolerance limit. It needs be emphasized that occurrence of TBI means the brain has been damaged. It is important to understand that all aspects of so-called emotional or mental health are really brain health issues. There is no emotion, either expressed or experienced that is not first mediated by the brain. As such, sustaining a TBI sets the stage for changes in how that individual not only experiences emotions but expresses them. Having sustained a TBI increases the likelihood of developing new or novel onset neuropsychiatric disorders as well as more rapid cognitive and physical decline with aging.

6.      The "signature abnormality" from the Iraq and Afghanistan wars was mild TBI and PTSD. The heightened rate of suicide in those returning from deployment who experienced mild TBI and/or PTSD has been well established, that these conditions go hand-in-hand. I believe most are aware of what is now referred to as 'Chronic Traumatic Encephalopathy' or CTE because of its prevalence in combatant sports, like American college and professional football. The basis of CTE is repetitive head trauma that does not even need to meet the clinical criteria for sustaining a concussion/mild TBI. CTE may occur from repeat, subconcussive blows to the face/head. Taken together having sustained a mild TBI from facial and/or head trauma associated with prisoner control, increases the risk for that inmate to experience a host of cognitive, physical and emotional problems described in this declaration and figures, charts and diagrams. These increased neurological and neuropsychiatric sequelae from experiencing a concussion/mild traumatic brain injury include clinical disorders of depression and anxiety, earlier onset dementia including added risks for Alzheimer's and Parkinson's Disease. A complete and thorough discussion of these issues is contained in the textbook titled "Concussion and Traumatic Encephalopathy," of which I am a co-author.

7.    Damage from boxing, fisticuffs and being "walloped aside the head" have been medically known to produce brain damage since the classic paper by Martland, H.S. in 1928 with article titled: "Punch Drunk" (Journal of the American Medical Association 91 (15): 1103–1107. doi:10.1001/jama.1928.02700150029009). Because of the financial influences of sport for decades, the known pathology of contact and combatant sports has been suppressed, so that the lay public does not fully understand brain concussion/TBI, which are synonymous terms. The public often has a "Hollywood"  or cartoon perception  of getting "bonked" on the head – John Wayne Style or from Wylie Coyote – and merely bouncing back with no untoward effect. That is simply not true -- blows to the head/face have the potential to directly damage the brain, even subconcussive blows. Repeated blows to the brain damage with even greater regularity and the damage can be cumulative.

## VI.    Opinions

### A.    A Scientific Explanation of the Effects of Blows to the Head on the Brain and Nervous System

8.    First, it should be noted that concussion and TBI are synonymous terms. Concussion is often the term used to describe the mildest end of the TBI spectrum but nonetheless qualifies as a TBI. Concussion damages the brain and circumstances that increase the likelihood of concussion should be avoided in every way possible. Without understanding the fundamental neurobiology and neuropathology of TBI, any response by me on this topic would be incomplete. So, this report begins with a very fundamental neuroanatomical and neurobiological explanation of how a traumatic, blunt-force punch to the head, or a ground level fall damages the brain.

9.    To best understand what occurs at the macro level of trauma, imposed by hitting or other blunt- force trauma to the head from fisticuffs, is captured in illustrations from the seminal article from the American Medical Association by Lampert, P.W. and Hardman, J.M.  published in the *Journal of the American Medical Association* published back in 1984 titled "Morphological changes in brains of

Case No. CV 12-00428 DDP (MRW)

boxers" [May 25;251(20):2676-9]. I have screen grabbed several of the images from that article because they demonstrate a variety of different points on how the brain is injured from blunt-force, punch impact. What is clearly demonstrated in this set of illustrations is the impact to the face results in movement of the brain, but a different grade and type of movement of blood vessels and brain tissue, referred to as parenchyma, because brain substance (parenchyma) is a very soft, delicate organ while the skull is very hard and rigid. It is the motion and twisting action brought on by trauma, especially high-velocity impact from a full, powerful clinched-fist punch to the head, including the face that damages delicate brain tissue as well as disrupts/damages brain vasculature and neural connectivity. When viewing a blow to the head, one should always remember that there is a brain encased within that skull, so it is not just the obvious outward trauma to the face/head. That energy with a blow to the face/head gets translated to the intracranial contents where the surface of the brain is bathed in cerebrospinal fluid (CSF) as well as internally within the brain (i.e. ventricular system). Hundreds of miles of delicate axon elements connecting all areas of the brain as well as the microvasculature, also move, stretch and deform with the motion of the head   Fluid dynamics of CSF in conjunction with the jello-like consistency of the brain in conjunction with an enormous vascular network means that anytime you see head motion, there will be concomitant motion of the brain, blood vessels and CSF. When that motion exceeds physical, tissue and biomechanical tolerance limits, as explained in this document, that stretching/twisting action damages the brain, all of this potentially occurring by a punch to the face/head.



Fig 1.—Acute brain damage induced by the following. A, Rotational (angular) acceleration causing rotational movement of brain resulting in subdural hematoma by tears of stretched veins and diffuse axonal injury by damage to long fiber tracts in white matter, corpus callosum, and brain stem. B, Linear acceleration of head causing gliding contusions in parasagittal regions of cerebral cortex, ischemic lesions in cerebellum, and axonal damage in brain stem. C, Injury to carotid and compression of carotid sinus cause generalized ischemia of brain. D, Impact deceleration of head by falls against ropes or mat causes contrecoup lesions of orbital surface of frontal lobes and tips of temporal lobes as well as gliding contusions.

**Figure 1.**

10.     In Figure 1, these drawings show various schematics of how a blow to the head from a punch sets the brain in motion. I have retained the original caption at the bottom of the illustrations which describes some of the pathological changes in each slide. The brain is comprised of 100 billion neurons and two to three times that in glial cells. The brain carries a hundred trillion neural computations, in the form of electrochemical reactions every second, which allows cognition and behavior to emerge from our brain. We know what can happen to the physical-electrical connections if we drop our laptop or our cell phone. The functioning brain is more complicated and delicate than any computer chip.

11.     A schematic of a neuron is depicted below from the book titled "Neuropsychological Assessment" (2012, Oxford University Press), of which I am a co-author.  It is the traumatic injury to the neuron that forms the basis of TBI. To understand how a blow to the head from blunt force trauma in the form of a punch can damage the brain, as well as a ground-level fall, it is absolutely essential to understand the neural make-up of the brain and that begins with the neuron, depicted in the drawing in Figure 2. The neuron is measured in microns, a millionth of a meter, where the cell body is a few microns in diameter and the axon even less. As shown in the schematic below, there is a separate neural cell that coats the axon with myelin, a fatty substance that facilitates neural communication. There are hundreds of miles of vasculature in the human brain as all 300+ billion neural cells have to be nourished by nutrient- and oxygen-laden blood within vessels. As depicted in Figure 1, not only is there direct distortion and deformation of brain parenchyma, but also the vasculature. In the top illustration, movement of the brain inside the cranium may result in small, punctate hemorrhages within brain referred to as petechial hemorrhages as well as disruption of brain surface vasculature resulting in subdural and epidural hemorrhages that can be life threatening. In fact, these types of hemorrhages are the ones that are most frequently associated with major disability and death in the professional boxer or MMA fighter [Miele, V.J. et al. Subdural

hematomas in boxing: the spectrum of consequences. Neurosurg Focus 21 (4):E10, 2006; Miele, V.J. & Bailes, J.E. Objectifying when to halt a boxing match: A video analysis of fatalities. Neurosurgery 60:307–316, 2007. DOI: 10.1227/01.NEU.0000249247.48299.5B]. These types of pathological changes in the brain can occur from a single punch to the head.

12.    The second illustration from the top, in Figure 1 depicts what is referred to as the coup (strike point) and contrecoup brain injury, directly opposite the where impact occurs. This is because of the motion of the brain causing tissue strains that exceed tolerance limits of neural cells and blood vessels, so there is a focal pathology at the strike point and then, linearly opposite another focal point of pathology with all of the neural connectiveness between those two points affected.  The third illustration down shows another major source of head trauma being direct impact to neck vasculature which, in turn compromises blood flow to the brain, which can be the source of ischemia (lack of blood flow to the brain) and traumatic stroke, including death. The last, bottom illustration depicts the secondary damage that occurs in association with a ground-level fall, with the head striking the hard surface ground. It should be noted that if a head strike induces an immediate loss of consciousness, the concussed individual has no defensive, positional reflexes to minimize the fall. The fall often produces a second level TBI. This further damages the brain because it adds to additional stretching and twisting actions of neural cells and blood vessels further disrupting neural communication between the brain cells and incapacitating their ability to function normally.

13.    All of these traumatically induced, pathological changes in one way or another affect the integrity and functionality of the neuron. Returning to Figure 2, the schematic drawing of a prototypical neuron extracted from an illustration in *Neuropsychological Assessment*. This illustration outlines the major anatomical characteristic of the neuron, especially the distinction of what contributes to white versus gray matter differences. How "white matter" damage in TBI occurs is critical

in understanding why blows to the head with the clinched fist, or even a hard slap, can be so damaging to the brain. Again, "white matter" is synonymous with the myelinate covering of axons in the brain – the "telephone" cables that perform communication in the brain. TBI can be considered a disorder of brain connectivity ( Hayes JP, Bigler ED & Verfaellie M. Traumatic Brain Injury as a Disorder of Brain Connectivity. J Int Neuropsychol Soc. 2016 Feb;22(2):120-37. doi: 10.1017/S1355617715000740). In other words, TBI in a simplistic way is a disruption of the brain's telephone communication cables.



**Figure 2.**

14.    With some of this fundamental background covered by the above statements, to best understand how the effects of a blow to the head can damage the brain it is important for you to view this video clip which is attached to the concurrently filed Notice of Lodging as Exhibit C. This is from a study at Stanford University where college football players had sensors that could detect biomechanical changes from blows to the head. Granted, these are athletes and wear helmets, but it

illustrated how a blow to the head induces brain deformation. This type brain deformation can be extrapolated to any type of impact trauma to the head regardless of whether helmeted or not. There is similar, if not identical, biomechanical research in boxers and MMA fighters fitted with helmets and/or just mouthguard sensors that show identical findings. Most of the research has been with American-style football players, but this research has also extended to soccer and rugby players, as well as all contact sports. In fact, a recent study by Parr et al. captures the problem in its title "Soccer heading immediately alters brain function and brain-muscle communication (Frontiers of Human Neuroscience. 2023; 17: 1145700. 10.3389/fnhum.2023.1145700). Even heading a soccer ball has the potential to injure the brain.  Regardless of the sport, the brain movement and resulting pathology, whether wearing a helmet or not results in identical brain pathology as if being hit by a punch (refer back to Figure 1).  The examples used in this declaration have been selected because they generalize to all types of TBI, including the TBI that can result from a punch to the head of an inmate by a deputy, like the ones I viewed in the use of force packages I reviewed.   Note how the traumatic blow induces shear/strain/deformation action throughout the brain, especially its impact on white matter integrity and brain connectivity.

15.    Figure 3 is also adapted from the *Neuropsychological Assessment* textbook and uses a magnetic resonance imaging (MRI) technique, diffusion tensor imaging (DTI), to show the major white matter tracts in the brain. The colors represent the orientation of the tracts in this lateral view. Green are side-to-side projecting tracts, blue vertically oriented white matter pathways and warm, orange-red reflecting side-to-side or laterally projecting white matter pathways. The actual lines that are visualized in a DTI image are referred to as "streamlines," where just one streamline is created by tens of thousands of axons (refer back to Figures 2). The reader in viewing this DTI should reflect back on the video of the football player and how all of these pathways become distorted and deformed with blunt force trauma. With

individual axons only being a few microns in diameter, any stretch/strain/deformation beyond about 15% of its length has the potential to damage axon integrity and/or disrupt synaptic integrity. This is shown in Figure 4 from Bigler (1990. Traumatic Brain Injury: Mechanisms of Damage, Assessment, Intervention and Outcome. Austin,TX:Pro-Ed).



**Figure 3. Side view of Diffusion Tensor Imaging (DTI) showing the major white matter pathways of the brain. [Attached to the concurrently filed Notice of Lodging as Exhibit D is a PowerPoint slide to show this in 3-D motion (just bring your mouse to the side arrow display and click on it, to put it in motion. Just remember there are 100 billion neurons making up the projections in Figure 3). Visualization of these pathways being crushed and/or stretched is what causes the brain damage from face/head strikes.**

16. What is important about Figure 4 is that at the molecular/histological/cellular level there are multiple ways in which the neuron

and/or axon element can be damaged with blunt force trauma. The image in Figure 3 permits inferences about white matter (axon) microstructure, and this type of neuroimaging technology shows that boxing/MMA fighting leads to brain damage and white matter pathology, the streamlines shown in Figure 3 lose their connective integrity, even in the individual that outwardly may appear "normal," but in whom there is a history of combatant competition [Shin, W. et al. Diffusion measures indicate fight exposure-related damage to cerebral white matter in boxers and mixed martial arts fighters. AJNR Am J Neuroradiol. 2014 Feb;35(2):285-90. doi: 10.3174/ajnr.A3676; Wilde, E. et al. Chronic Effects of Boxing: Diffusion Tensor Imaging and Cognitive Findings. J Neurotrauma. 2016 Apr 1;33(7):672-80. doi: 10.1089/neu.2015.4035]. Cell death may occur either from axon pathology (white matter) or direct damage to the cell body (gray matter). Also, there are a multitude of inflammatory reactions that can occur in the injured neuron, which further disrupt neural function. From an MRI standpoint, when pathology reaches a certain threshold, brain wasting occurs, referred to as cerebral atrophy which can be detected by quantitative MRI methods [Bernick, C. et al. Repeated head trauma is associated with smaller thalamic volumes and slower processing speed: the Professional Fighters' Brain Health Study. Br J Sports Med. 2015 Aug;49(15):1007-11. doi: 10.1136/bjsports-2014-093877; Harris et al. The shrinking brain: Cerebral atrophy following traumatic brain injury. Ann Biomed Eng. 2019; 47(9): 1941–1959]. However, especially at the mild TBI/concussion level, much of the cellular pathology is not visible in a routine scan image during the acute phase, unless advanced neuroimaging methods are applied. Post-mortem studies of boxer and other impact-type sports clearly shows the pathology to the brain from head hits that may have not even resulted in a clinical diagnosis of TBI/concussion.

Case No. CV 12-00428 DDP (MRW)

DECLARATION OF ERIN DAVID BIGLER



**Figure 4. How stretching, twisting neurons beyond their tolerance renders the neuron damaged or completely nonfunctional.**

17.    With this neuroanatomic and pathobiological information as reviewed above, the next illustration shown below in Figure 5, from my publication titled "Anterior and middle cranial fossa in traumatic brain injury: Relevant neuroanatomy and neuropathology in the study of neuropsychological outcome [Neuropsychology. 2007 Sep;21(5):515-31. doi: 10.1037/0894-4105.21.5.515], illustrates why problems with emotional control, memory and/or executive function are so common from blunt-force facial trauma that results in concussion/mild TBI. In this view is a sagittal post-mortem cut through the skull and brain shown on the right, with a posterior view that visualizes an actual human skull.  Again, the reader should first review the movement of the brain in response to a facial blow from a fist as shown in Figure 1. Next, recall the information in the video clip from the concussed football player showing how the brain deforms and distorts in response to trauma, understanding from Figures 3 and 4 that this deformation injures white matter, gray matter, brain connectivity and synaptic functioning. What is so important in this illustration is the proximity of the critical

brain areas, including the inferior frontal and anterior aspect of the temporal lobe that regulate all aspects of cognition and behavior. In this illustration, you can see the orbital area in a cross section through the eye, but just behind that orbital area is the sphenoid bone that jets between the inferior frontal and temporal lobe. Note just in back of where the end of the eye socket occurs is the amygdala and hippocampus as well as basal ganglia. These areas are critical for emotional control and regulation as well as multi-faceted aspects of cognition. It is the injury and damage to these areas that sets the stage for neuropsychiatric sequela.



**Figure 5. OFC: Orbitofrontal Cortex, SW: Sphenoid wing of the sphenoid bone, TP: temporal pole, H: hippocampus, A: Amygdala, P-BG: Putamen/Basal Ganglia**

18.     In the document that you provide is the case of [readacted] (MCI-04485), where he is medically evaluated to have sustained orbital bone and nasal fractures from blunt-force trauma to the head; given this trauma he likely sustained a TBI. In reference to the illustration above in Figure 5, you can distinctly see the eyeball, *in situ*, located within the orbital region of the skull. Just behind the orbital socket is the sphenoid bone, with its sphenoid wing that juts into the skull cavity, between the

inferior frontal and the superior, anterior aspect of the temporal lobe. In viewing Figure 5, the skull on the left and the sagittal post-mortem slice through the orbit on the right, it becomes obvious the  proximity of the amygdala, hippocampus and basal ganglia in orbital fracture would all be impacted. In fact, in NFL studies of football players concussed, movement in this region was up to a centimeter of distortion (see Victoroff and Bigler, 2019). In other words, critical brain areas for emotional control and regulation as well as cognition are in the plane of injury with facial trauma, including reaching a TBI threshold whenever there is an orbital fracture [Afrooz, P.N. et al. Pediatric facial fractures: Occurrence of concussion and relation to fracture patterns. J Craniofac Surg. 2012 Sep;23(5):1270-3. doi: 10.1097/SCS.0b013e31824e6447 Fares, M.Y. et al. Craniofacial and traumatic brain injuries in mixed martial arts. Phys Sportsmed. 2021 Nov;49(4):420-428. doi: 10.1080/00913847.2020.1847623; Pham, T.T. National Analysis of Risk Factors for Nasal Fractures and Associated Injuries in Trauma. Craniomaxillofac Trauma Reconstr. 2019 Sep;12(3):221-227. doi: 10.1055/s-0039-1677724]. It is also important that this type of trauma also damages the brain at a subconcussive level as well [Harris et al. The shrinking brain. Ann Biomed Eng. 2019 Sep;47(9):1941-1959. doi: 10.1007/s10439-018-02148-2; Zidan, M. et al. Deep Grey Matter Volume is Reduced in Amateur Boxers as Compared to Healthy Age-matched Controls. Clin Neuroradiol. 2022 Dec 16. doi: 10.1007/s00062-022-01233-3].

19.   The National Institutes of Health have established criteria for what constitutes a TBI [see Menon, D.K. et al. Position statement: definition of traumatic brain injury. Arch Phys Med Rehabil. 2010 Nov;91(11):1637-40. doi: 10.1016/j.apmr.2010.05.017], with the following: "TBI is defined as an alteration in brain function, or other evidence of brain pathology, caused by an external force." Clinically, the criteria for diagnosing a mild TBI were established in 1993 by the American Congress of Rehabilitation Medicine, summarized in the screen grab below:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19

## Definition of mild traumatic brain injury

*Developed by the Mild Traumatic Brain Injury Committee of the Head Injury Interdisciplinary Special Interest Group of the American Congress of Rehabilitation Medicine*

**About ACRM**

The American Congress of Rehabilitation Medicine (ACRM) offers this information product as a service to rehabilitation professionals.

ACRM promotes multidisciplinary leadership and practice innovation for efficacious rehabilitation management of chronic disease and disability across the life span.

We aim to enhance the lives of persons living with disabilities through a multidisciplinary approach to rehabilitation, and to promote rehabilitation research and its application in clinical practice.

ACRM welcomes participation by clinicians, physicians, service managers, administrators, educators, researchers, students and consumers. Members are established and emerging leaders in physical medicine and rehabilitation. Members enjoy state-of-the-science continuing education, networking, subscription to the *Archives of Physical Medicine and Rehabilitation*, plus access to professional and consumer resources.

Learn more and join at www.ACRM.org

*J Head Trauma Rehabil* 1993;8(3):86-87
© 1993 Aspen Publishers, Inc.
Reproduced and distributed via www.ACRM.org with permission from Wolters Kluwer Health. All other rights reserved.

**Definition**

A patient with mild traumatic brain injury is a person who has had a traumatically induced physiological disruption of brain function, as manifested by at least one of the following:

1.  any period of loss of consciousness;

2.  any loss of memory for events immediately before or after the accident;

3.  any alteration in mental state at the time of the accident (eg, feeling dazed, disoriented, or confused); and

4.  focal neurological deficit(s) that may or may not be transient;

but where the severity of the injury does not exceed the following:

*   loss of consciousness of approximately 30 minutes or less;

*   after 30 minutes, an initial Glasgow Coma Scale (GCS) of 13–15; and

*   posttraumatic amnesia (PTA) not greater than 24 hours.

**Comments**

This definition includes:

1.  the head being struck,

2.  the head striking an object, and

3.  the brain undergoing an acceleration/deceleration movement (ie, whiplash) without direct external trauma to the head.

It excludes stroke anoxia, tumor, encephalitis, etc. Computed tomography, magnetic resonance imaging, electroencephalogram, or routine neurological evaluations may be normal. Due to the lack of medical emergency, or the realities of certain medical systems, some patients may not have the above factors medically documented in the acute stage. In such cases, it is appropriate to consider symptomatology that, when linked to a traumatic head injury, can suggest the existence of a mild traumatic brain injury.

20.     Given these criteria, what this means is that if an inmate is involved in any situation that results in blunt force trauma to the head, if there are just one of the factors listed by the ACRM mild TBI criteria, then that individual will have met criteria for having sustained a concussion. Also, often in mild TBI the symptoms/problems are not necessarily recognized immediately after the head trauma, and therefore the diagnostic criteria require reconstruction by clinical history of the head trauma and effects, as outlined in the ACRM criteria, not shown above but in their document.

28

21.     I have viewed all of the take-down videos, which consistently show face/head strikes by officers before or as part of the take-down, but also when the inmate is on the cement floor. Understanding that the officers are attempting to initiate a take-down  or achieve more compliance from the inmate, but the head strikes by the officers are forceful, sufficient to cause a concussive blow.  It is clear from viewing these that the face/head punches from the officers are powerful and with the potential to injure the brain.  From what is discussed above in the [redacted] (MCI-04485) case, it is more likely than not that such head trauma sufficient to produce orbitofrontal likely damages his brain, even if at a subconcussive level. However, if ACRM criteria are met in the context of orbitofrontal trauma, then the case of [redacted] (MCI-04485) would be one meeting TBI diagnostic criteria. The same opinions can be rendered about the other video clippings of head trauma sustained in forceable take downs of other inmates in the videos. In the [redacted] force incident I reviewed (MCJ-02673) while there were no facial fractures associated with his take-down, he did experience a loose tooth and cut over the eye, with multiple head strikes, which from the appearance in viewing the video and report, were of sufficient magnitude to produce at least subconcussive blows to the brain, if not outright meeting criteria for mild TBI.  Overall, it is my expert opinion that any incident in which a person is punched in the head multiple times, as I observed in a number of the force incidents I reviewed, presents a significant risk of brain damage even when no single blow is forceful enough to be concussive.  That is the case because of the cumulative effects repeated blows.

22.      Also, I note that officers are also falling down, striking the cement ground and other structures in the prison as well as sustaining finger and hand injuries,

**B. How the Damage to the Brain Manifests Itself**

23.     Brain damage manifests itself in many different ways. Effects of TBI are typically considered to fall within an acute, sub-acute or chronic time period with changes in either physical, emotional or cognitive functioning. The chart below from

1  the National Institutes of Health sponsored concussion. Mild TBI research program

2  by Polinder (2018, A multidimensional approach to post-concussion symptoms in



20  mild       traumatic       brain       injury.       Frontiers       in       Neurology.

21  https://doi.org/10.3389/fneur.2018.01113) lists the types of symptoms problems

22  experienced by those who sustain a mild TBI, where some symptoms/problems

23  become permanent. The symptoms/problems/impairments in the chart below form the

24  basis of what is referred to as the post-concussional syndrome in an individual who

25  sustains a TBI. As evident in reviewing this chart, experiencing any on of these

26  symptoms could be debilitating, but most individuals who develop chronic problems

27  from a mild TBI actually experience more than one of the symptoms listed above.

C. <u>The Increased Risks of Blows to the Head in the Jails</u>

  i. <u>Physical Qualities of Jails</u>

24. There are physical characteristics of jails, i.e., almost no soft surfaces, which create high risk that a person falling after being hit in the head will hit their head against hard surfaces. This increases the likelihood for acquiring a mild traumatic brain injury, or even more severe head injury as described in the Lampert and Hardman JAMA article on boxing mentioned with Figure 1. As indicated in the above discussion about athletes, even a helmet is not protective against sustaining a TBI. Being struck in the face/head sufficient to induce a concussion, often means the concussed individual no longer possesses any defensive reflexes when they fall. In all of the videos I reviewed, secondary injuries were potentially occurring with head strikes to the floor or other hard permanently-fixed objects in the jail, as the inmate is being taken down.

  ii. <u>Population with High Levels of Mental Illness</u>

25. To understand this section, it is important to once again state that emotional or "mental" health and well-being is a subset of brain health. Many of the Diagnostic and Statistical Manual of Mental Disorders (Fifth Edition) (DSM-5) conditions occur because of brain/neurotransmitter pathologies especially within the frontal and temporal lobes as well as limbic system (refer back to Figure 5). Accordingly, if these regions are already experiencing some neurofunctional impairments to begin with, then the brain injury is occurring in brain areas not optimally functioning, which increases vulnerability for injury. Furthermore, when brain injury occurs to frontal and/or temporal lobes as well as regions of the limbic system, post-injury there will be diminished emotional regulation and coping because of the brain damage. Accordingly, it is well-established that the presence of any major DSM-5 diagnosis represents a vulnerability factor for experiencing a TBI and/or having a worse outcome from a blow to the head or the impact of the head against a hard surface when falling. The reason is clear; all emotions and their regulation come from the

DECLARATION OF ERIN DAVID BIGLER

brain. "Mental Health" is actually a misnomer; everything is about "Brain Health," where emotional health is a subset. With the high incidence of brain health issues in those incarcerated, as a population they are at higher risk for sustaining brain injury and damage to blows to the head.

26.     You have provided me with some articles on the relationship of mental health issues in those incarcerated. There is an even more extensive literature on this topic than what is touched on in the articles provided. In addition to what you have provided me with, I list a few of the contemporary articles on this topic. I refer you to the National Library of Medicine (pubmed.gov) which has an excellent scientific and medical search engine for peer-reviewed literature on the topic.  If you put into the search queue the following topics: mental or emotional health, incarceration you will see that there are approximately 2,500 articles; brain, incarceration, 285 citations; learning disability/dyslexia/illiteracy, incarceration, there are approximately 50 publications. Currently, there are 40 references to studies showing that incarcerated individuals are at increased risk for TBI prior to incarceration. One of the most important issues that research of those incarcerated with a higher prevalence of TBI prior to incarnation also relates also to recidivism [Lattimore, P.K. et al. The Association of Traumatic Brain Injury, post-traumatic stress disorder, and criminal recidivism. Health Justice. 2022 Feb 17;10(1):7. doi: 10.1186/s40352-022-00169-7; Parrott, D.R. & Trexler, L.E. Traumatic Brain Injury in Indiana's Correctional System: Prevalence and Recidivism. J Correct Health Care. 2022 Oct;28(5):308-314. doi: 10.1089/jchc.21.01.0003; Schneider et al. The prevalence, characteristics, and psychiatric correlates of traumatic brain injury in incarcerated individuals: an examination in two independent samples. Brain Inj. 2021 Dec 6;35(14):1690-1701. doi: 10.1080/02699052.2021.2013534]. Having sustained a TBI results in a lifetime increased risk of neuropsychiatric disorder (Victoroff & Bigler, 2019), earlier onset dementia later in life [Graham, A. et al. Mild Traumatic Brain Injuries and Future Risk of Developing Alzheimer's Disease: Systematic Review and Meta-Analysis. J

DECLARATION OF ERIN DAVID BIGLER

Alzheimers Dis . 2022;87(3):969-979. doi: 10.3233/JAD-220069] as well as increased impulsivity that underlies potential criminal behavior [Williams, W. et al. Traumatic Brain Injury: A potential cause of violent crime? Lancet Psychiatry. 2018 Oct;5(10):836-844. doi: 10.1016/S2215-0366(18)30062-2]. Just from these statements, and solid scientific basis supporting them, prospectively any form of blunt force trauma to the head should be avoided. This is a critical point for "brain health."

27.     One aspect of DSM-5 conditions is their over representation in the prison population, especially high levels of post-traumatic stress disorder or PTSD.  PTSD exists at much higher rates in those incarcerated exceeding what occurs in a non-incarcerated population (Belet et al. Post-traumtic stress disorder in prison [Encephale 2020 Dec;46(6):493-499. doi: 10.1016/j.encep.2020.04.017; Baranyi et al. Prevalence of posttraumatic stress in prisoners. Epidemiol Rev. 2018 Jun 1;40(1):134-145. doi: 10.1093/epirev/mxx015. ].  – Having PTSD in a prison population sets the stage for head blows on someone with PTSD to not only exacerbate the PTSD, but if the impact trauma reaches the level of a mild traumatic brain injury, brain injury is more likely to occur in those with a history of PTSD and likewise, the co-occurrence of PTSD in conjunction with traumatic forces sufficient to induce TBI, lowers the threshold for TBI to occur. Those who sustain a TBI in the presence of PTSD have worse outcome. Programs should always attempt to mitigate against and minimize all circumstances that raise the risk of TBI.

28.     You provided me an article titled, "Posttraumatic Stress Disorder (PTSD) in Prisoners" by Terry A. Kupers, M.D.. I totally agree with what Dr. Kupers outlines in that publication, which was published in 2005. Dr. Kupers has published several studies and reviews on mental health issues and PTSD in prison populations. Importantly, Dr. Kupers states "Prevention of severe trauma and adequate mental health treatment for prisoners who suffer from PTSD are extremely important aspects of correctional services," but then discusses at length short-coming and limitations of any treatment or recognition of these problems currently in correctional facilities.

Since Dr. Kupers' seminal chapter on the topic, there are more than 500 peer-reviewed articles on the topic, which, in my opinion make it established fact. To better understand the neurobiology of PTSD and its high frequency in those incarcerated, below is an illustration from Bremner, J.D. [Traumatic stress: effects on the brain. Dialogues Clin Neurosci. 2006;8(4):445-61. doi: 10.31887/DCNS.2006.8.4/jbremner] on the neurobiology and neuropathology associated with post-traumatic stress disorder (PTSD). The lay public, when they hear the PTSD term, often think of it characterized as simply an "emotional" disorder, but it is truly a brain disorder manifested by changes in core brain areas that regulate emotional functioning. As you can see in the diagrammatic outline by Bremner, the amygdala and hippocampus play a key role and likewise, the pituitary hypothalamic region, which is another area extremely susceptible to the effects of blunt force trauma. Accordingly, there is a huge and distinct overlap between brain regions that are both affected by TBI and PTSD.

29.     What emerged from the major NIH and Department of Defense funding into mild TBI/concussion and PTSD is that they often go hand-in-hand, can co-exist and in fact, being under stress may make the brain more vulnerable to sustaining a TBI. But, also, as clearly outlined in the Bremner illustration, is that if frontotemporal lobe dysregulation of cognition and emotion occurs from the TBI, where the individual who develops PTSD within the background of having also sustained a TBI, will be in the position to be the least resilient in their ability to cope and recover from TBI and PTSD.

Case No. CV 12-00428 DDP (MRW)

DECLARATION OF ERIN DAVID BIGLER



Lasting effects of trauma on the brain, showing long-term dysregulation of norepinephrine and cortisol systems, and vulnerable areas of hippocampus, amygdala, and medial prefrontal cortex that are affected by trauma. GC, glucocorticoid; CRF, corticotropin-releasing factor; ACTH, adrenocorticotropin hormone; NE, norepinephrine; HR, heart rate; BP, blood pressure; DA, dopamine; BZ, benzodiazapine; GC, glucocorticoid

Abstracts of these articles are available at pubmed.gov from the United States National Library of Medicine webpage.

30.    The high rate of DSM-V diagnosable disorders in those incarcerated, as well as those who are homeless, who have a high rate of being arrested and incarcerated, represents another important variable in regard to sustaining any kind of blunt force trauma to the head while incarcerated. Having a pre-existing condition, such as a diagnosable DSM-V disorder and/or a prior history of concussion, those become vulnerability factors.  Vulnerability factors mean that that individual is more likely to sustain a traumatic brain injury with less force because the brain is already susceptible to the effects of injury. This is all discussed in Victoroff and Bigler (2019).

iii.    Population with High Levels of Medical Illness

31.     Medical illnesses, especially including hypertension and diabetes, are medical vulnerabilities creating circumstances where individuals with those conditions, if head trauma occurs are more likely to sustain a TBI and experience an adverse outcome. In addition, incarcerated individuals who have poor diet, especially with excess cholesterol and fat, come from childhoods with adverse childhood experiences (ACE), are overweight,  as well as other environmental factors, places them at higher risk for effects of blows to the head and face that result in concussion.  Data compiled by the United States Department of Justice's Bureau of Justice Statistics shows that "[p]risoners and jail inmates were more likely that the general population to report every having a chronic condition or an infectious disease."   L. Maruschak and M Berzofsky, , *Special Report; Medical Problems of State and Federal Prisoners and Jail Inmates, 2011-12* p. 2 (US Dept. of Justice, Bureau of Justice Statistics 2016). "Chronic conditions include cancer, high blood pressure, stroke-related problems, diabetes, heart-related problems, kidney-related problems, arthritis, asthma, and cirrhosis of the liver."  *Id.* at p. 1. There is a concept in neuropsychology referred to as brain reserve (See Bigler, E.D. & Stern, Y. Traumatic brain injury and reserve. Handb Clin Neurol. 2015;128:691-710. doi: 10.1016/B978-0-444-63521-1.00043-1) which is quite straightforward and logical. – The healthy brain is free from any deleterious health and/or psychosocial factors.  The healthier a brain is the more resilient that brain will be if, and when, an injury may occur. In other words, more reserve allows more resilient adaptation to injury which translates into better outcome in the presence of TBI. If "reserve" is depleted because of pre-injury chronic medical conditions, those individuals are more likely for brain injury and problem mental health to occur in the presence of TBI.  Accordingly, the sum total of all adverse health and social-emotional and physical impairments one may have at the time of sustaining a TBI, they increase the likelihood of injury and diminish resiliency once injured.  In other words, people suffering from chronic conditions like hypertension and diabetes are more likely

1  than those who do not have these chronic conditions to suffer TBI when they are

2  struck in the head with a closed fist and/or hit their head on a hard surface resulting

3  from a fall caused by a punch to the head.

4      32.    It is also important to keep the rate of traumatic brain injury to a minimum

5  because even a mild traumatic brain injury would be associated with an increased risk

6  for lifetime neuropsychiatric disorder and also may hasten the onset of dementia later

7  in life. The reason for this is that traumatic brain injury is an adverse circumstance for

8  optimal aging.

9      33.    It should also be noted that while the incidence of death from sustaining a

10  punch is relatively low, it is well-documented in boxing and mixed martial arts that

11  traumatic injuries can result in brain bleeds and abnormal brain swelling those results

12  in death. With any blow to the head, there is the potential that resulting trauma could

13  lead to death.

14      I am happy to elaborate on any point discussed above, should there be a need.

15      I declare under penalty of perjury that the foregoing it true and correct.

16

17                                                                    5-26-2023

18                          Erin David Bigler, Ph.D.

19  Erin D. Bigler, Ph.D.

20  Professor Emeritus of Psychology and Neuroscience,

21      Brigham Young University

22  Utah License #116117-2501

23  California License #27509

24  Texas License #21600

25  Hawaii License #PSY1019

26

27  EDB:srw

28

# EXHIBIT A

## Curriculum Vitae

April 2022

# VITA

| | |
|---|---|
| NAME: | **Erin D. Bigler, Ph.D.** |
| OFFICE ADDRESS: | PO Box 1968 |
| | Provo, Utah 84603-1968 |
| | Phone : (801) 368-9865 Primary line |
| | Phone: (801) 374-8536 Secondary line |
| | Fax:     (801) 374-1072 |
| | E-mail: erin_bigler@byu.edu |
| DATE OF BIRTH: | July 9, 1949 |
| MARITAL STATUS: | Married |
| | Two Children / Two Grandchildren |

## EDUCATION:

| | |
|---|---|
| Diploma | Vista High School |
| | Vista, California |
| | June 1967 |
| B.S. | Psychology |
| | Brigham Young University |
| | May 1971 |
| Ph.D. | Experimental-Physiological Psychology |
| | Brigham Young University |
| | December 1974 |
| Post-Doctorate | National Institute of Health |
| | Post-Doctoral Fellow in Neurophysiology-Neuropsychology |
| | Barrow Neurological Institute |
| | St. Joseph's Hospital and Medical Center |
| | Phoenix, Arizona |
| | January 1975 to June 1977 |
| Major Areas of Training and Expertise | Neuropsychology-Neurophysiology |
| | Neuropsychological Diagnostics and Consultation |
| | Neuroimaging |

## EXPERIENCE:

| | |
|---|---|
| 2018-Present | Volunteer Clinical Professor, Neurology |
| | UC Davis Health |
| | Sacramento, California |

**EXHIBIT A**
**PAGE 29**

| | |
|---|---|
| 2018-Present | Adjunct Professor, Department of Neurology and Psychiatry<br>University of Utah<br>Salt Lake City, Utah |
| 2018-March 2021 | Federal Drug Administration Independent Contractor/External Advisor in Clinical Neuropsychology<br>U.S. Food and Drug Administration<br>Silver Spring, Maryland |
| 2003-2018 | Susa Young Gates Professor of Psychology and Neuroscience<br>Brigham Young University<br>Provo, Utah |
| 2006-2010 | Visiting Scholar<br>Department of Psychiatry<br>University of California at San Diego<br>San Diego, California |
| 2006-2013 | Faculty<br>The Brain Institute of Utah<br>University of Utah<br>Salt Lake City, Utah |
| 2000-2017 | Adjunct Professor of Psychiatry<br>Department of Psychiatry<br>University of Utah<br>Salt Lake City, Utah |
| 2000-2006 | Adjunct Professor of Radiology<br>Department of Radiology<br>University of Utah<br>Salt Lake City, Utah |
| 1996- 2002 | Department Chair<br>Psychology Department<br>Brigham Young University<br>Provo, Utah |
| 1990-2018 | Professor of Psychology and Neuroscience<br>Department of Psychology<br>Brigham Young University<br>Provo, Utah |
| 1991-2003 | Steven V. and Georgia A. White<br>Professor of Psychology<br>Brigham Young University |
| 1989-1990 | Adjunct Professor of Psychology<br>Department of Psychology<br>University of Texas at Austin<br>Austin, Texas |

| | |
|---|---|
| 1978-1990 | Private Practice/Full Partner<br>Austin Neurological Clinic & EEG Laboratory<br>Austin, Texas |
| 1989-1990 | Adjunct Professor of Psychiatry<br>Department of Psychiatry<br>University of Texas Health Science Center at San Antonio<br>San Antonio, Texas |
| 1982-1989 | Adjunct Associate Professor of Psychology<br>Department of Psychology<br>University of Texas at Austin<br>Austin, Texas |
| 1986-1989 | Adjunct Associate Professor of Psychiatry<br>Department of Psychiatry<br>University of Texas Health Science Center at San Antonio<br><br>Director of Neuropsychology Service at Austin State Hospital<br>Austin, Texas |
| 1978-1982 | Adjunct Assistant Professor of Psychology<br>Department of Psychology<br>University of Texas at Austin<br>Austin, Texas |
| 1977-1978 | Chief Psychologist-Program Director<br>Adolescent Unit<br>Austin State Hospital<br>Austin, Texas |
| 1975-1977 | Research Associate and NIH Post-Doctoral Fellow<br>Division of Neurobiology<br>Barrow Neurological Institute<br>St. Joseph's Hospital and Medical Center<br>Phoenix, Arizona |
| 1975-1977 | Consulting Psychologist, Outreach Services<br>Diagnostic and Evaluation Center<br>Mesa, Arizona |
| 1976-1977 | Visiting Instructor<br>Department of Psychology<br>Glendale College<br>Glendale, Arizona |
| 1972-1974 | Student Instructor and Research Assistant<br>Department of Psychology<br>Brigham Young University<br>Provo, Utah |

**PSYCHOLOGY LICENSURE:**

> State of Utah, License 116117-2501 (1990 – Present)
> State of California, License 27509 (2015 - Present)
> State of Texas, License 21600 (1977 – Present)
> State of Arizona, License 453 (1975 – 2013, retired)
> State of Hawaii, License PSY 1019 (2008 – Present)
> National Register of Health Service Providers in Psychology, Certificate 20639

**BOARD CERTIFICATION:**

> Diplomate, American Board of Professional Psychology
> (Clinical Neuropsychology), Awarded 1985, Diploma 3722

**NEUROPSYCHOLOGICAL TESTS AUTHORED:**

Reynolds, C.R. & **Bigler, E.D.** (2001). Test de memoria y aprendizaje. Adaptación española: (Edurne Goikoetxea). Madrid, Spain: Publicaciones de Psicología Aplicada, (TEA Ediciones).

Reynolds, C.R. & **Bigler, E.D.** (2001). Clinical assessment scales for the elderly (CASE). Florida: Psychological Assessment Resources (PAR).

Reynolds, C.R. & **Bigler, E.D.** (1994). Test of memory and learning. Austin, Texas: PRO-ED.

Stanton, H.C., Smith, E.C., Reynolds, C.R. & **Bigler, E.D.** (1994). Test of memory and learning: Computer scoring program (IBM Version 1.0). Austin, Texas: PRO-ED.

**BOOKS:**

**Bigler, E.D.** (1996). Neuroimaging I. Basic science. New York: Plenum Press.

**Bigler, E.D.** (1996). Neuroimaging II. Clinical applications. New York: Plenum Press.

**Bigler, E.D.** (1990). Traumatic brain injury: Mechanisms of damage, assessment, intervention, & outcome. Austin, Texas: PRO-ED.

**Bigler, E.D.** (1988). Diagnostic clinical neuropsychology, (2nd edition). Austin, Texas: University of Texas Press.

**Bigler, E.D.** (1984). Diagnostic clinical neuropsychology. Austin, Texas: University of Texas Press.

**Bigler, E.D.,** Clark, E. & Farmer, J.E. (1997). Childhood traumatic brain injury: Diagnosis, assessment and intervention. Austin, Texas: Pro-ED.

**Bigler, E.D.** & Clement, P. (1997). Diagnostic clinical neuropsychology, (3rd edition). Austin, Texas: University of Texas Press.

**Bigler, E.D.,** Yeo, R. & Turkheimer, E. (1989). Neuropsychological function and brain imaging. New York: Plenum Press.

| Hedges, D., | Farrer, T.J., **Bigler, E.D.**, & Hopkins, R.O. (2019). <u>The Brain at Risk: Associations between Disease and Cognition</u>, Springer Publishing. |
|---|---|
| Victoroff, J. | & **Bigler, E.D.** (2018, in press).  <u>Concussion and Traumatic Encephalopathy</u>. Cambridge University Press. |
| Jantz, P.B., | Davies, S.C. & **Bigler, E.D.** (2014). <u>Working with Traumatic Brain Injury in Schools: Transition, Assessment, and Intervention (School-Based Practice in Action)</u>. New York, New York: Routledge. |
| Lezak, M.D., | Howieson, D.B., **Bigler, E.D.** & Tranel, D. (2012). <u>Neuropsychological Assessment</u>. USA: Oxford University Press. |
| Naugle, R., | Cullum, C.M. & **Bigler, E.D.** (1998). <u>Introduction to Clinical Neuropsychology</u>. Austin, Texas: PRO-ED. |
| Nussbaum, N.L. | & **Bigler, E.D.** (1990). <u>Identification and treatment of ADD: Child guidance mental health series</u>. Austin, Texas: PRO-ED. |

## <u>BOOK CHAPTERS:</u>

| **Bigler, E.D.** | (2021). Neuropathology of mild traumatic brain injury: Relationship to structural neuroimaging findings. In S.M. Slobounov and W.J. Sebastianelli (Eds.) <u>Concussions in Athletics: From Brain to Behavior</u>. (Part III) Physiology of Concussion and Subconcussive Injuries: <u>Neuropathology of mild traumatic brain injury: Relationship to structural neuroimaging findings</u>. Springer Press. ISBN-13: 978-3030755638; ISBN-10: 3030755630. |
|---|---|
| **Bigler, E.D.** | (2019). Neuropsychology in the outcome of severe traumatic brain injury. In C.M. Pearson, E. Ecklund-Johnson & S.D. Gale (Eds.) <u>Neurosurgical neuropsychology: The practical application of neuropsychology in the neurosurgical practice</u>. (p. 255-278). Elsevier Academic Press. <u>https://doi.org/10.1016/B978-0-12-809961-2.0013.8</u> |
| **Bigler, E.D.**, | (2016). Neuroanatomy and Neuroimaging. (pp. 28-52) In <u>The Essential Brain Injury Guide</u>. (494 pp.) Brain Injury Association of America. USA. |
| **Bigler, E.D.**, | (2015). Neuropathology of Mild Traumatic Brain Injury: Correlation to Neurocognitive and Neurobehavioral Findings. (pp. 433-50) In <u>Brain Neurotrauma: Molecular, Neuropsychological, and Rehabilitation Aspects</u>. (697 pp.) CRC Press. Boca Raton, FL. |
| **Bigler, E.D.**, | (2013). Overview of Traumatic Brain Injury (pp. 3-32). In <u>Management of Adults with Traumatic Brain Injury</u> (587 pp.). American Psychiatric Publishing. Washington D.C. |
| **Bigler, E.D.**, | (2012). Structural Neuroimaging (pp. 189-207). In Koffler et al. (Eds.) <u>Neuropsychology: Science and Practice, I</u> (320 pp.). Oxford University Press. N.Y. |
| **Bigler, E.D.**, | (2012). Theoretical Approaches to Understanding Social Function in Childhood Brain Insults (pp. 207-30). In Vicki Anderson & Miriam H. Beauchamp (Eds) |

<u>Developmental Social Neuroscience and Childhood Brain Insult: Theory and Practice</u> (398 pp.). Guilford Press. N.Y.

**Bigler, E.D.,**     (2012). Understanding Mild Traumatic Brain Injury: Neuropathology and Neuroimaging. In Jennifer J. Vasterling, Richard A. Bryant, & Terence M. Keane (Eds) <u>PTSD and Mild Traumatic Brain Injury</u> (308 pp.). Guilford Press. N.Y.

**Bigler, E.D.,**     (2011). Structural Imaging (pp. 73-90). In J.M. Silver, T.W. McAllister and S.C. Yudofsky, (Eds) <u>Textbook of Traumatic Brain Injury</u> (686 pp). Washington, DC: American Psychiatric Publishing, Inc.

**Bigler, E.D.,**     (2009). Traumatic Brain Injury (pp. 233-56). In M.F. Weiner & A.M. Lipton (Eds) <u>Textbook of Alzheimer Disease and Other Dementias</u> (557 pp.). Washington, D.C.: American Psychiatric Publishing, Inc.

**Bigler, E.D.,**     (2009). Neuroimaging (pp. 441-74). In R.G. Frank, M. Rosenthal, & B. Caplan (Eds) <u>Handbook of Rehabilitation Psychology – 2nd Edition</u> (504 pp.). Washington D.C.: American Psychological Association.

**Bigler, E.D.,**     (2008). Anoxic Brain Injury:  Daubert Challenge, Fixed versus Flexible Battery (pp. 149-69). In Robert L. Heilbronner (Ed) <u>Neuropsychology in the Courtroom: Expert Analysis of Reports and Testimony</u> (273 pp). New York: The Guilford Press.

**Bigler, E.D.,**     (2007). Cognitive Disorders.  In M.S. Williams, Belnap, D., & Livingston, J.P. <u>Matters of the Mind: Latter-day Saint Helps for Mental Health</u> (448 pp.).  Salt Lake City: Deseret Book.

**Bigler, E.D.,**     (2007). Neuroimaging and Its Role in Developing Interventions.  In S.J. Hunter & J. Donders (Eds) (pp.415-443) <u>Pediatric Neuropsychological Intervention</u> (508 pp.). New York: Cambridge University Press.

**Bigler, E.D.**     (2007). Brain Imaging and Function. In S. Ayers, A. Baum, C. Mc Manus, S. Newman, K. Wallston, J. Weinand & R. West (Eds)(pp.239-241). <u>Cambridge Handbook of Psychology, Health and Medicine (2nd Edition) (968 pp.).</u> Cambridge, U.K.:  Cambridge University Press.

**Bigler, E.D.**     (2007). Head Injury. In S. Ayers, A. Baum, C. Mc Manus, S. Newman, K. Wallston, J. Weinand & R. West (Eds)(pp.720-724). <u>Cambridge Handbook of Psychology, Health and Medicine (2nd Edition) (968 pp.)</u>. Cambridge, U.K.: Cambridge University Press.

**Bigler, E.D.**     (2007). Traumatic brain injury and cognitive reserve (pp. 85-116). In Y. Stern (Ed). <u>Cognitive Reserve Theory and Applications (344 pp.)</u> New York: Taylor and Francis Group.

**Bigler, E.D.**     (2006). Mild Traumatic Brain Injury (mTBI):  Causality Considerations from a Neuroimaging and Neuropathology Perspective (pp.302-334). In Young, G., Kane, A., & Nicholson, K. (Eds.) <u>Psychological Knowledge in Court:  PTSD, Pain, and TBI (pp.391)</u>. New York: Springer Science+Business Media, Inc.

**Bigler, E.D.**       (2006). Neuroimaging correlates in functional outcome (pp.201-224). In Zasler, N.D., Katz, D.I., and Zafonte, R.D. (Eds.), <u>Brain Injury Medicine:  Principles and Practice (pp.1275)</u>. New York: Demos Medical Publishing, Inc.

**Bigler, E.D.**       (2005). Structural imaging. (pp. 79-105).  In J.M. Silver, T.W. McAllister and S.C. Yudofsky, (Eds) <u>Textbook of Traumatic Brain Injury, 2nd Edition (pp.771)</u> Washington, D.C.: American Psychiatric Publishing, Inc.

**Bigler, E.D.**       (2004). Neuroimaging and the ROCF. In Knight, J.A. and Kaplan, E. (Eds.). <u>The Handbook of Rey-Osterrieth Complex Figure Usage: Clinical and Research Applications</u>. (Ch. 10; pp.323-334) Lutz, Fl: Psychological Assessment Resources Inc. (P.A.R.).

**Bigler, E.D.**       (2003). Neuroimaging in forensic neuropsychology. In Horton, A.M. Jr., and Hartlage, L.C. (Eds.). <u>Handbook of Forensic Neuropsychology</u> (pp.195-213). New York, NY: Springer Publishing Co.

**Bigler, E. D.**       (2002). Neuroimaging and neuropsychologic studies in reading disabilities. In  I. Arcolini & G. Zardini (Eds.), <u>I disturbi di apprendimento della lettura e della scrittura</u> (pp. 36-64`). Milano, Italy: FrancoAngeli.

**Bigler, E.D.,**       (2002). Neuroimaging and the ROCF. In, Rey-Osterrieth Handbook.  Edited by Jeffery Knight and Edith Kaplan. (Chapter 10, pp.67-78) Lutz, Fl: Psychological Assessment Resources, Inc. (PAR).

**Bigler, E.D.**       (2001). Structural and functional neuroimaging of traumatic brain injury.  In J.T. McDeavitt (Ed.), <u>Physical Medicine and Rehabilitation: State of the Art Reviews, 15</u>(2) (pp. 349-361). Philadelphia: Hanley & Belfus, Inc.

**Bigler, E.D.**       (2000). Neuroimaging and rehabilitation outcome. In R.G. Frank & T.R. Elliott (Eds.), <u>Handbook of Rehabilitation Psychology</u>, Washington, D.C.: American Psychological Association.

**Bigler, E.D.**       (1999).  Neuroimaging in mild TBI.  In N.R. Varney & R.J. Roberts (Eds.), <u>The Evaluation and Treatment of Mild Traumatic Brain Injury</u>.  Mahwah, New Jersey: Lawrence Erlbaum Associates.

**Bigler, E.D.**       (1999).  Neuroimaging in mild traumatic brain injury.  In M.J. Raymond, T.L. Bennet, L.C. Hartlage & C.M. Cullum (Eds.), <u>Mild Traumatic Brain Injury.  A Clinician's Guide (pp. 11-29)</u>.   Austin, Texas: Pro-ED.

**Bigler, E.D.**       (1997). Brain injury and behavioral outcome in traumatic brain injury.  In **Bigler, E.D.**, Clark, E., & Farmer, J.E. (Eds.), Childhood <u>traumatic brain injury: Diagnosis, assessment, and intervention</u>.  Austin, Texas: Pro-ED.

**Bigler, E.D.**       (1997). Neuroimaging in aging and dementia.  In P.D. Nussbaum (Ed.), Handbook <u>of Neuropsychology and Aging</u> (pp. 409-421).   New York:  Plenum Press.

**Bigler, E.D.**       (1996). Introduction.  In E.D. Bigler, (Ed.), <u>Neuroimaging I: Basic science</u>, and <u>Neuroimaging II: Clinical applications.</u>   New York and London: Plenum Press.

**Bigler, E.D.**        (1996). Bridging the gap between psychology and neurology: Future trends in pediatric neuropsychology.  In Batchelor, E.S. & Dean R.S. (Eds.), <u>Pediatric neuropsychology</u> (pp. 27-54).   Boston: Allyn & Bacon.

**Bigler, E.D.**        (1996). Neuroimaging and traumatic brain injury.  In E.D. Bigler (Ed.), Neuroimaging <u>II: Clinical applications</u>. N.Y.:  Plenum Press.

**Bigler, E.D.**        (1995). Advances in brain imaging with children and adolescents.  In Tramontana, M.G. & S.R. Hooper (Eds.), <u>Advances in child neuropsychology</u>. New York: Springer-Verlag.

**Bigler, E.D.**        (1995). The neurobiology and neuropsychology of adult learning disorders.  In Patton, J.R. & Polloway, E.A. (Eds.), <u>Learning disabilities: The challenge of adulthood</u> (pp. 205-233).  Austin, Texas: PRO-ED.

**Bigler, E.D.**        (1994). Neuroimaging in neuropsychology.  In R.E. Kelly (Ed.), <u>Functional neuroimaging</u>. (ch.7, pp.121-137)  Armonk, New York:  Futura Publishing Company, Inc.

**Bigler, E.D.**        (1994). Brain structure and cognitive function.  In C.R. Reynolds (Ed.), <u>Cognitive assessment: A multidisciplinary perspective.</u> New York: Plenum Press.

**Bigler, E.D.**        (1994). Neuroimaging and neuropsychological assessment.  In C.R. Reynolds (Ed.), <u>Cognitive assessment: A multidisciplinary perspective</u>. New York: Plenum Press.

**Bigler, E.D.**        (1992). Neuroimaging and neuropsychological assessment. In C.R. Reynolds (Ed.), <u>Cognitive assessment</u>. New York: Plenum Press.

**Bigler, E.D.**        (1992). Utilization of brain imaging techniques in neuropsychology. In D. Tucker (Ed.), <u>Physical medicine and rehabilitation: State of the art reviews</u>. Philadelphia: Hanley & Belfus.

**Bigler, E.D.**        (1990). Conclusion/Synthesis to traumatic brain injury. In E.D. Bigler (Ed.), <u>Traumatic brain injury: Mechanisms of damage, assessment, intervention and outcome</u>. Austin, Texas: PRO-ED.

**Bigler, E.D.**        (1990). Introduction to traumatic brain injury. In E.D. Bigler (Ed.), <u>Traumatic brain injury: Mechanisms of damage, assessment, intervention and outcome</u>. Austin, Texas: PRO-ED.

**Bigler, E.D.**        (1990). Neuropathology of traumatic brain injury. In E.D. Bigler (Ed.), <u>Traumatic brain injury: Mechanisms of damage, assessment, intervention and outcome</u>. Austin, Texas: PRO-ED.

**Bigler, E.D.**        (1990). Preface to traumatic brain injury. In E.D. Bigler (Ed.), <u>Traumatic brain injury: Mechanisms of damage, assessment, intervention and outcome</u>. Austin, Texas: PRO-ED.

**Bigler, E.D.**        (1989). Radiologic techniques in neuropsychological assessment. In C.R. Reynolds & E. Fletcher-Janzen (Eds.), <u>Child neuropsychology: Techniques of assessment and treatment</u> (pp. 247-264). New York: Plenum Press.

**Bigler, E.D.**          (1989). Remediating nonverbal problems associated with learning disabilities. In P.I. Myers & D.D. Hammill (Eds.), <u>Learning disabilities</u>. Austin, Texas: PRO-ED.

**Bigler, E.D.**          (1988). Neuropsychological and CT identification in dementia. In H.A. Whitaker (Ed.), <u>Neuropsychological studies of non-focal brain damage: Dementia and trauma</u> (pp. 61-85). New York: Springer-Verlag.

**Bigler, E.D.**          (1988). The role of neuropsychological assessment in relation to other types of assessment with children. In M.G. Tramontana & S.F. Hooper (Eds.), <u>Assessment issues in child neuropsychology</u> (pp. 67-91). New York: Plenum Press.

**Bigler, E.D.**          (1987). Assessment of cortical function. In L.C. Hartlage, M.J. Asken, & J.L. Horsby (Eds.), <u>Essentials of neuropsychological assessment</u> (pp. 46-70). New York: Springer.

**Bigler, E.D.**          (1987). CAT scan. In C.R. Reynolds & L. Mann (Eds.), <u>Encyclopedia of Special Education</u> (Vol. 1, pp. 279-280). New York: John Wiley & Sons Publishers.

**Bigler, E.D.**          (1987). Dendrites. In C.R. Reynolds & L. Mann (Eds.), <u>Encyclopedia of special education</u> (Vol. 1, pp. 471-473). New York: John Wiley & Sons Publishers.

**Bigler, E.D.**          (1987). Glial cells. In C.R. Reynolds & L. Mann (Eds.), <u>Encyclopedia of special education</u> (Vol. 2, pp. 724-725). New York: John Wiley & Sons Publishers.

**Bigler, E.D.**          (1987). Nuclear magnetic resonance (NMR) or magnetic resonance imaging (MRI). In C.R. Reynolds & L. Mann (Eds.), <u>Encyclopedia of special education</u> (Vol. 2, pp. 1110-1111). New York: John Wiley & Sons Publishers.

**Bigler, E.D.**          (1987). Putamen. In C.R. Reynolds & L. Mann (Eds.), <u>Encyclopedia of special education</u> (Vol. 3, p. 1288). New York: John Wiley & Sons Publishers.

**Bigler, E.D.**          (1987). Substantia nigra. In C.R. Reynolds & L. Mann (Eds.), <u>Encyclopedia of special education</u> (Vol. 3, p. 1515). New York: John Wiley & Sons Publishers.

**Bigler, E.D.**          (1987). X-ray scanning techniques. In C.R. Reynolds & L. Mann (Eds.), <u>Encyclopedia of special education</u> (Vol. 3, p. 1685). John Wiley & Sons Publishers.

**Bigler, E.D.**          (1986). Forensic neuropsychology. In D. Wedding, A.M. Horton, & J. Webster (Eds.), <u>The Neuropsychology Handbook</u> (pp. 526-547). New York: Springer.

**Bigler, E.D.**          (1982). Clinical assessment of cognitive deficit in traumatic and degenerative disorders: Brain scan and neuropsychologic findings. In R.N. Malathesa & L. Hartlage (Eds.), <u>Neuropsychology and Cognition</u> (Vol. 2, pp. 165-182). The Hague: Martinus Nijhoff Publishers.

**Bigler, E.D.**          (1980). Child and adolescent neuropsychology. In J.E. Gilliam (Ed.), <u>Emotional Disturbance</u> (pp. 63-82). Austin, Texas: University of Texas.

**Bigler, E.D.,**     & Petrie, J. (2011). Anencephaly. In B. Caplan, J. DeLuca, J.S. Kreutzer (Eds.), Encyclopedia of Clinical Neuropsychology (Neuroanatomy), New York: Springer Science + Business Media.

**Bigler, E.D.,**     & Petrie, J. (2011). Megalencephaly. In B. Caplan, J. DeLuca, J.S. Kreutzer (Eds.), Encyclopedia of Clinical Neuropsychology (Neuroanatomy), New York: Springer Science + Business Media.

**Bigler, E.D.,**     & Petrie, J. (2011). Microcephaly. In B. Caplan, J. DeLuca, J.S. Kreutzer (Eds.), Encyclopedia of Clinical Neuropsychology (Neuroanatomy), New York: Springer Science + Business Media.

**Bigler, E.D.,**     & Petrie, J. (2011). Minimal Brain Dysfunction . In B. Caplan, J. DeLuca, J.S. Kreutzer (Eds.), Encyclopedia of Clinical Neuropsychology (Neuroanatomy), New York: Springer Science + Business Media.

**Bigler, E.D.,**     & Orrison, Jr., W. W. (2004). Neuroimaging in sports-related brain injury. In Lovell, M.R., Echemendia, R.J., Barth, J.T. and Collins, M.W. (Eds.), <u>Traumatic Brain Injury in Sports: An International and Neuropsychological Perspective.</u> (pp.71-93). Lisse, The Netherlands: Swets & Zeitlinger Publishers.

**Bigler, E.D.**     & Adams, W.V. (2001).  Clinical neuropsychological assessment of child and adolescent memory with the Wide Range Assessment of Memory and Learning, the Test of Memory and Learning, and the California Verbal Learning Test–Children's Version.  In A. Kaufman & N. Kaufman (Eds.), <u>Specific Learning Disabilities and Difficulties in Children and Adolescents: Psychological Assessment and Evaluation</u>. (pp. 387-429). Cambridge, UK:  Cambridge University Press.

**Bigler, E.D.,**     Nielsen, D., Wilde, E., Bartholomew, J., Brooks, M. & Bradford, L.W. (1999). Neuroimaging and genetic disorders.   In S. Goldstein & C.R. Reynolds (Eds.), <u>Handbook of Neurodevelopmental and Genetic Disorders in Children</u> (pp. 61-83).  New York: Guilford Press.

**Bigler, E.D.,**     Clark, E., & Farmer, J.E. (1997). Traumatic brain injury: 1990's update.  In **Bigler, E.D.**, Clark, E., & Farmer, J.E. (Eds.), <u>Childhood Traumatic Brain Injury: Diagnosis, Assessment, and Intervention</u>.  Austin, Texas: PRO-ED.

**Bigler, E.D.,**     Lowry, C.M., & Porter, S.S. (1997). Neuroimaging in clinical neuropsychology. In Horton A.M. Jr., Wedding, D., & Webster, J.  (Eds.) <u>The Neuropsychological Handbook</u> (Vol. 2, 2nd ed.).  New York, NY: Springer Publishing Co.

**Bigler, E.D.,**     Nilsson, D.E., Burr, R.B., & Boyer, R.S. (1997). Neuroimaging in pediatric neuropsychology. In Reynolds, C.R. & Fletcher-Janzen, E.  (Eds.), <u>Handbook of Clinical Child Neuropsychology</u>.  New York and London: Plenum Press.

**Bigler, E.D.,**     Nussbaum, N.L., & Foley, H.A.  (1997). Child neuropsychology in the private medical practice.  In Reynolds, C.R. & Fletcher-Janzen, E.  (Eds.), <u>Handbook of Clinical Child Neuropsychology</u>.  New York and London: Plenum Press.

**Bigler, E.D.,**     Blatter, D.D. & Ryser, D. (1996).  Neuroimaging and traumatic brain injury.  In J. Ponsford, P. Snow & V. Anderson (Eds.), <u>International Perspective in Traumatic Brain Injury</u> (pp. 84-89). Bowen Hills: Australian Academic Press.

**Bigler, E.D.,**  Porter, S.S., & Lowry, C.M. (1996). Neuroimaging: Interface with clinical neuropsychology. In M.E. Maruish & J.A. Moses (Eds.), <u>Clinical Neuropsychology: Theoretical Foundations for Practitioners</u>. New York: Lawrence Erlbaum Associates.

**Bigler, E.D.,**  Lowe, J., & Yeo, R. (1989). Structural anomalies and neuropsychological function. In E.D. Bigler, et al. (Eds.), <u>Neuropsychological Functions and Brain Imaging</u>. New York: Plenum Press.

**Bigler, E.D.,**  & Nussbaum, N.L. (1989). The child neuropsychology in the private medical practice. In C.R. Reynolds & E. Fletcher-Janzen (Eds.), <u>Handbook of Child Clinical Neuropsychology</u> (pp. 557-572). New York: Plenum Press.

**Bigler, E.D.,**  Yeo, R., & Turkheimer, E. (1989). Neuropsychological function and brain imaging: Introduction and overview. In E.D. Bigler, et al. (Eds.), <u>Neuropsychological functions and brain imaging</u>. New York: Plenum Press.

**Bigler, E.D.,**  Yeo, R., & Turkheimer, E. (1988). Neuropsychological function and brain imaging: Synthesis and future directions. In E.D. Bigler, et al. (Eds.), <u>Neuropsychological Functions and Brain Imaging</u>. New York: Plenum Press.

Farrer, T.J.,  **Bigler, E.D.** (2015). Structural Neuroimaging in Geropsychology. (pp. 1-8) In Pachana, Nancy A (Editor). <u>Encyclopedia of Geropsychology</u>. Singapore: Springer Singapore.

Yeates, K.O.,  **Bigler, E.D.,** Dennis, M., Gerhardt, C.A., Rubin, K.H., Stancin, T., Taylor, H.G., & Vannatta, K. (2012). Theoretical approaches to understanding social function in childhood brain insults: Toward the integration of social neuroscience and developmental psychology (Chapter 10, pp. 207-230). In Anderson, V. and Beauchamp, M. (Eds.), <u>Developmental social neuroscience and childhood brain insult: Implications for theory and practice (398 pp)</u>. New York: Guilford Press.

Hopkins, R.O.,  & **Bigler, E.D.,** (2008). Hypoxic and anoxic conditions of the CNS (Chapter 27, pp. 522-535). In Morgan, J.E. and Ricker, J.H., (Eds.), <u>Textbook of Clinical Neuropsychology (1027 pp.)</u>. New York: Taylor & Francis Group.

Kurth, S.,  & **Bigler, E.D.,** (2008). Structural neuroimaging in clinical neuropsychology. (Chapter 40 – pp. 783-839). In Morgan, J.E. and Ricker, J.H., (Editors), <u>Textbook of Clinical Neuropsychology (1027pp.)</u>. Lisse, The Netherlands: Swets & Zeitlinger Publishers.

Wolkowitz, O.M.,  Lupien, S.J., **Bigler, E.D.,** Reus. V.L. (2008). Steroid encephalopathy: Steroid psychosis and dementia (pp. 323-362). In G.P. Sechi (Ed) <u>Drug Related Encephalopathy's (508 pp)</u>. New York: Nova Science Publishers, Inc.

Lainhart, J.E.,  Lazar, M., Alexander, A., & **Bigler, E.D.** (2005). The brain during life in Autism: Advances in neuroimaging research (pp. 57-107). In Casanova, M.F. (ed.). <u>Recent Developments in Autism Research.</u> Hauppauge, New York: NOVA Science Publishers, Inc.

Provencal, S.,      & **Bigler, E.D.** (2005). Behavioral neuroimaging:  What is it and what does it tell us?  (pp. 327-361).  In D'Amato, R. C., Fletcher-Janzen, E., & Reynolds, C.R. (Eds.). The Handbook of School Neuropsychology. Hoboken, New Jersey: John Wiley & Sons, Inc.

Provencal, S.,      & **Bigler, E.D.** (2005). Neuroimaging and genetic disorders in adults. (pp.58-88). In Reynolds, C.R. and Goldstein, S. (Eds.), Handbook of Neurodevelopmental and Genetic Disorders in Adults. New York, New York: Guilford Publications, Inc.

Miller, M.J.,      **Bigler, E.D.,** & Adams, W.V. (2003).  Comprehensive assessment of child and adolescent memory:  The Wide Range Assessment of Memory and Learning, the Test of Memory and Learning, and the California Verbal learning Test – Children's Version. In Reynolds, G., & Kamphaus, R. (Eds.) Handbook of Psychological and Educational Assessment of Children 2nd Edition, Volume 1: Intelligence, Aptitude and Achievement. (Ch. 12, pp. 275-304). New York: Guilford Press, Inc.

Miller, M.J.,      Petrie, J., **Bigler, E.D.,** & Adams, W.V. (2003). Neuropsychological assessment of child and adolescent memory:  The Wide Range Assessment of Memory and Learning, the Test of Memory and Learning, and the California Verbal learning Test – Children's Version. In Hersen, M., Goldstein, G., and Beers, S.R. (Eds.) The Comprehensive Handbook of Psychological Assessment, Volume I: Intellectual and Neuropsychological Assessment. (ch. 15, pp. 237-261). Hoboken, New Jersey:  John Wiley & Sons, Inc.

Hopkins, R.O.      & **Bigler, E.D.** (2001).  Pulmonary disorders. In R. Tarter et al. (Eds.), Medical Neuropsychology (2nd ed.) (pp.25-50). New York: Plenum Publishers.

Weight, D.G.      & **Bigler, E.D.** (1998).  Neuroimaging in psychiatry.  In D.A. Tomb (Guest Ed.), The Psychiatric Clinics of North America.  Diagnostic Dilemmas, Part II. Philadelphia, London, Toronto, Montreal, Sydney & Tokyo: W.B. Saunders Company.

Nussbaum, N.L.      & **Bigler, E.D.** (1997).  Halstead-Reitan neuropsychological test batteries for children.  In Reynolds, C.R. & Fletcher-Janzen, E. Handbook of Clinical Child Neuropsychology.  New York and London: Plenum Press.

Reynolds, C.R.      & **Bigler, E.D.** (1997). Clinical neuropsychological assessment of child and adolescent memory with the test of memory and learning.  In C.R. Reynolds, & E. Fletcher-Janzen (Eds.), Handbook of clinical child neuropsychology.  New York and London: Plenum Press.

Blatter, D.D.,      **Bigler, E.D.**, Johnson, C.S., Anderson, C., Gale, S.D. (1996).  A normative database from magnetic resonance imaging.  In E.D. Bigler, Neuroimaging I: Basic Science.  New York and London: Plenum Press.

Ryser, D.K.,      **Bigler, E.D.** & Blatter, D. (1996).  Clinical and neuroimaging predictors of post TBI outcome.  In J. Ponsford, P. Snow & V. Anderson (Eds.), International Perspectives in Traumatic Brain Injury (pp. 79-83).  Bowen Hills QLD: Australian Academic Press.

Steed, M.            & **Bigler, E.D.** (1996).  Appendix MRI brain atlas.  In E.D. Bigler (Ed.), <u>Neuroimaging I:  Basic Science</u>.  New York and London: Plenum Press.

Lilliquist, M.W.     & **Bigler, E.D.** (1992). Neurological and neuropsychological consequences of drug abuse. In L. Hartlage, D. Templer, & W.G. Cannon (Eds.), <u>Preventable Brain Damage: Brain Vulnerability and Brain Health</u>. New York: Springer.

Willerman, L.,       Schultz, R., Rutledge, J.N., & **Bigler, E.D.** (1992). Brain structure and cognitive function. In C.R. Reynolds (Ed.), <u>Cognitive Assessment</u>. New York: Plenum Press.

Naugle, R.I.         & **Bigler, E.D.** (1989). Brain imaging and neuropsychological identification in dementia of the Alzheimer's type. In E.D. Bigler, et al. (Eds.), <u>Neuropsychological function and brain imaging</u>. New York: Plenum Press.

Nussbaum, N.L.       & **Bigler, E.D.** (1989). Halstead-Reitan neuropsychological test batteries for children. In C.R. Reynolds & E. Fletcher (Eds.), <u>Handbook of Child Clinical Neuropsychology</u> (pp. 181-191). New York: Plenum Press.

## <u>PUBLICATIONS</u>:

**Bigler, E.D.,**     Allder S. <u>Improved neuropathological identification of traumatic brain injury through quantitative neuroimaging and neural network analyses: Some practical approaches for the neurorehabilitation clinician</u>. *NeuroRehabilitation*. 2021;49(2):235-253. doi: 10.3233/NRE-218023. PMID: 34397432.

**Bigler, E.D.**     (2021). Canary in the midline? Earliest marker of brain injury in repetitive sports related concussion (SRC). <u>Neurology</u>. 2021 Aug 25:10.1212/WNL.0000000000012589. doi: 10.1212/WNL.00000000000012589. Online ahead of print. PMID: 34433677. No abstract available.

**Bigler, E.D.**     (2021). Charting brain development in graphs, diagrams, and figures from childhood adolescence, to early adulthood: Neuroimaging implications for neuropsychology. <u>Journal of Pediatric Neuropsychology</u>. 2021. Vol. 7, pp. 27-54. https://doi.org/10.1007/s40817-021-00099-6

**Bigler, E.D.**     (2021). Volumetric MRI findings in mild traumatic brain injury (mTBI) and neuropsychological outcome. <u>Neuropsychol Rev.</u> 2021 Mar 3. DOI: 10.1007/s11065-020-09474-0. Online ahead of print. PMID: 33656702. Review.

**Bigler, E.D.**     (2018). Structural neuroimaging in sport-related concussion. <u>Int J Psychophysiol</u>. Oct; 132 (Pt A): 105-123. doi: 10.1016/j.ijpsycho.2017.09.006. Epub 2017 Sep 13. PMID: 28916167

**Bigler, E.D.**     (2017). Structural neuroimaging in neuropsychology: History and contemporary applications. <u>Neuropsychology</u>. 2017 Nov; 31(8):934-953. doi: 10.1037/neu0000418. PMID: 29376671

**Bigler, E.D.**     (2017). Auditory attention in autism spectrum disorder: An exploration of volumetric magnetic resonance imaging findings.**<u>J Clin Exp Neuropsychol.</u>** *2017 Oct 26:1-16. doi: 10.1080/13803395.2017.1373746*

| | |
|---|---|
| **Bigler, E.D.** | (2017). Age- and sex-related effects in children with mild traumatic brain injury on diffusion magnetic resonance imaging properties: A comparison of voxelwise and tractography methods. **J Neurosci Res.** *2017 Oct 6. doi: 10.1002/jnr.24142* |
| **Bigler, E.D.** | Structural neuroimaging in sport-related concussion. Int J Psychophysiol. *2017 Sep 12. pii: S0167-8760(17)30528-7. doi: 10.1016/j.ijpsycho.2017.09.006.* |
| **Bigler, E.D.** | (2017).Rejection Sensitivity as a Moderator of Psychosocial Outcomes Following Pediatric Traumatic Brain Injury. *J Int Neuropsychol Soc. 2017 Jul;23(6):451-459. doi: 10.1017/S1355617717000352.. PMID: 28511727* |
| **Bigler, E.D.** | (2017).Role of advanced neuroimaging, fluid biomarkers and genetic testing in the assessment of sport-related concussion: a systematic review.*Br J Sports Med. 2017 Jun;51(12):919-929. doi: 10.1136/bjsports-2016-097447. PMID: 28455364* |
| **Bigler, E.D.** | (2017).What is the physiological time to recovery after concussion? A systematic review.*Br J Sports Med. 2017 Jun;51(12):935-940. doi: 10.1136/bjsports-2016-097464.* |
| **Bigler, E.D.** | (2017).Profiles of Executive Function Across Children with Distinct Brain Disorders: Traumatic Brain Injury, Stroke, and Brain Tumor. *J Int Neuropsychol Soc. 2017 May 15:1-10. doi: 10.1017/S1355617717000364. PMID: 28502261* |
| **Bigler, E.D**. | (2017).Mild traumatic brain injury in soldiers returning from combat. *Neurology. 2017 Apr 18;88(16):1490-1492. doi: 10.1212/WNL.0000000000003852.* |
| **Bigler, E.D**. | (2017).Susceptibility Weighted Imaging and White Matter Abnormality Findings in Service Members With Persistent Cognitive Symptoms Following Mild Traumatic Brain Injury.*Mil Med. 2017 Mar;182(3):e1651-e1658. doi: 10.7205/MILMED-D-16-00132.* |
| **Bigler, E.D.** | (2017). Relationship between brain stem volume and aggression in children diagnosed with autism spectrum disorder. *Research in Autism Spectrum Disorders. February 2017.(44-51).doi.* https://doi.org/10.1016/j.rasd.2016.12.001 |
| **Bigler, E.D.** | (2016). Default mode network, connectivity, traumatic brain injury and post-traumatic amnesia. *Brain. 2016 Dec;139(Pt 12):3054-3057. PMID: 27913404* |
| **Bigler, E.D.** | (2016). Systems Biology, Neuroimaging, Neuropsychology, Neuroconnectivity and Traumatic Brain Injury. *Frontiers in Systems Neuroscience. 2016 Aug 9;10:55. doi: 10.3389/fnsys.2016.00055. PMID: 27555810* |
| **Bigler, E.D.** | (2015). Neuroimaging as a biomarker in symptom validity and performance validity testing. *Brain Imaging and behavior, 2015 Sep; 9(3):421-44. doi: 10.1007/s11682-015-9409-1.* |
| **Bigler, E.D.** | (2015). Structural Image Analysis of the Brain in Neuropsychology Using Magnetic Resonance Imaging (MRI) Techniques. *Neuropsychology Review. 2015 Sep; 25(3):224-49.  doi: 10.1007/s11065-015-9290-0. Epub 2015 Aug 18.* |
| **Bigler, E.D.** | (2014). Magnetic resonance imaging in the evaluation of cognitive function. *Pediatric Blood & Cancer, Oct;61(10):1724-8.* |

**Bigler, E.D.**        (2014). Effort, symptom validity testing, performance validity testing and traumatic brain injury. *Brain Injury, Sep; 12:1-16. 2014;28(13-14):1623-38. doi: 10.3109/02699052.2014.947627. Epub 2014 Sep 12.*

**Bigler, E.D.**        (2014). Comment: importance of cognitive reserve in traumatic brain injury. *Neurology, May 6;82(18):1641.*

**Bigler, E.D.**        (2013). Neuroimaging Biomarkers in Mild Traumatic Brain Injury (mTBI). *Neuropsychology Review, Sep;23(3):169-209.*

**Bigler, E.D.**        (2013). Traumatic brain injury, neuroimaging, and neurodegeneration. *Frontiers in Human Neuroscience, Aug 6;7:395.*

**Bigler, E.D.**        (2013). Neuroinflammation and the dynamic lesion in traumatic brain injury. *Brain: a journal of neurology, Jan;136(Pt 1):9-11.*

**Bigler, E.D.**        (2012). Response to Larrabee. *Journal of the International Neuropsychological Society, Jul 18(4):640-2.*

**Bigler, E.D.**        (2012). Symptom validity testing, effort, and neuropsychological assessment. *Journal of the International Neuropsychological Society, Jul;18(4):632-40.*

**Bigler, E.D.**        (2012). Mild traumatic brain injury: The elusive timing of "recovery". *Neuroscience Letters, Feb 10;509(1):1-4.*

**Bigler, E.D.**        (2011). Effort – What is it, How Should it be Measured? *Journal of International Neuropsychological Society, 17, 751-2.*

**Bigler, E.D.**        (2010). Neuropsychology's future. Psychological critiques.

**Bigler, E.D.**        (2010). Neuroimaging in mild traumatic brain injury. *Psychological Injury and Law, 3:36-49.*

**Bigler, E.D.**        (2009). Hans-Lukas Teuber and 'The riddle of frontal lobe function in man' as published in *The Frontal Granular Cortex and Behavior* (1964). Historical Feature, commentary by Erin D. Bigler. *Neuropsychology Review, 19(1):9-24.*

**Bigler, E.D.**        (2009). Letters to the Editor. *Journal of Head Trauma Rehabilitation, 24(5):414-8.*

**Bigler, E.D.**        (2009). Letters to the Editor. Response to Ruff's (2009) "Best practice guidelines for forensic neuropsychological examinations of patients with traumatic brain injury". *Journal of Head Trauma and Rehabilitation, 24(5):1-7.*

**Bigler, E.D.**        (2008). Response to Russell's (2007) and Hom's (2008) commentary on "A motion to exclude and the 'fixed' versus 'flexible' battery in 'forensic' neuropsychology. *Archives of Clinical Neuropsychology, 23(7-8):755-61.*

**Bigler, E.D.**        (2008) Neuropsychology and clinical neuroscience of persistent post-concussive syndrome. *Journal of the International Neuropsychological Society, Jan;14(1):1-22.*

**Bigler, E.D.**          (2007). Anterior and middle cranial fossa in traumatic brain injury (TBI): Relevant neuroanatomy and neuropathology in the study of neuropsychological outcome. *Neuropsychology, Sep;21(5):515-31.*

**Bigler, E.D.**          (2007). A motion to exclude and the 'fixed' versus 'flexible' battery in 'forensic' neuropsychology: Challenges to the practice of clinical neuropsychology. *Archives of Clinical Neuropsychology, Jan;22(1):45-51. [Epub 2006 Dec 27].*

**Bigler, E.D.**          (2007) Neuropsychology and clinical neuroscience of persistent post-concussive syndrome. *Journal of International Neuropsychological Society, Jan 14(1):1-22.*

**Bigler, E.D.**          (2006). Letter to the Editor:  Can author bias be determined in forensic neuropsychology research published in Archives of Clinical Neuropsychology? *Archives of Clinical Neuropsychology, Aug;21(5):503-8. [Epub 2006 Jul 17].*

**Bigler, E.D.**          (2006) An Open Letter to the Editors of Brain Injury Professional. *Brain Injury Professional, 3(4):8-9.*

**Bigler, E.D.**          (2004). Neuropsychological results and neuropathological findings at autopsy in a case of mild traumatic brain injury. *Journal of the International Neuropsychological Society, Sep;10(5):794-806.*

**Bigler, E.D.**          (2003). Neurobiology and neuropathology underlie the neuropsychological deficits associated with traumatic brain injury. *Archives of Clinical Neuropsychology, Aug;18(6):595-621; discussion 623-7.*

**Bigler, E.D.**          (2001). Frontal lobe pathology and antisocial personality disorder. *Archives of General Psychiatry, Jun;58(6):609-11.*

**Bigler, E.D.**          (2001). Premorbid brain volume and dementia.  *Archives of Neurology, May;58(5):831-3.*

**Bigler, E.D.**          (2001). Neuropsychological testing defines the neurobehavioral significance of neuroimaging-identified abnormalities.  *Archives of Clinical Neuropsychology, Apr;16(3):227-36*

**Bigler, E.D.**          (2001). Quantitative magnetic resonance imaging in traumatic brain injury. *Journal of Head Trauma Rehabilitation, Apr;16(2):117-34.*

**Bigler, E.D.**          (2001). Distinguished Neuropsychologist Award Lecture 1999. The lesion(s) in traumatic brain injury: Implications for clinical neuropsychology.  *Archives of Clinical Neuropsychology, Feb;16(2):95-131.*

**Bigler, E.D.**          (2001). Neuropsychological testing defines the neurobehavioral significance of neuroimaging-identified abnormalities. *Archives of Clinical Neuropsychology, 2001 Apr;16(3):227-36.*

**Bigler, E.D.**          (2001). Structural and Functional Neuroimaging of Traumatic Brain Injury. *Physical Medicine and Rehabilitation, 15(2):349-61.*

**Bigler, E.D.**          (1999). Neuroimaging in pediatric traumatic head injury: Diagnostic considerations and relationships to neurobehavioral outcome. *Journal of Head Trauma Rehabilitation, Aug;14(4):406-23.*

| | |
|---|---|
| **Bigler, E.D.** | (1998). Brain anomaly and plasticity: Hydrocephalus.  *In F. J. Vattano, T.C. Bennett & M. Butler (Eds.), The Brain: Teaching Modules (2nd Edition). From The Annenberg/CPB Multimedia Collection. NY, NY: Worth Publishers. (Videotape).* |
| **Bigler, E.D.** | (1998). Living with amnesia: the hippocampus and memory.  *In F. J. Vattano, T.C. Bennett & M. Butler (Eds.), The Brain: Teaching Modules (2nd Edition). From The Annenberg/CPB Multimedia Collection. NY, NY: Worth Publishers. (Videotape).* |
| **Bigler, E.D.** | (1998). Neuroimaging: Revealing the brain.  *Recovery, 9(3):17-21.* |
| **Bigler, E.D.** | (1998). Magnetic resonance imaging of the brain:  Relationship between structure and function.  *Medical and Pediatric Oncology, Suppl 1:17-24.* |
| **Bigler, E.D.** | (1996). Brain imaging and behavioral outcome in traumatic brain injury.  *Journal of Learning Disabilities, Sep;29(5):515-30.* |
| **Bigler, E.D.** | (1995). Brain morphology and intelligence.  *Developmental Neuropsychology, 11(4):377-403.* |
| **Bigler, E.D.** | (1995). Design fluency in dementia of Alzheimer's type, multi-infarct dementia and dementia associated with alcoholism.  *Applied Neuropsychology, Feb;2(1):7-14.* |
| **Bigler, E.D.** | (1992). Neurobiology and neuropsychology of adult learning disorders. *Journal of Learning Disabilities, 25:488-506.* |
| **Bigler, E.D.** | (1992). Three-dimensional image analysis of trauma induced degenerative changes: An aid to neuropsychological assessment. *Archives of Clinical Neuropsychology, Oct;7(5):449-56.* |
| **Bigler, E.D.** | (1991). Neuropsychological assessment, neuroimaging, and clinical neuropsychology: A synthesis. *Archives of Clinical Neuropsychology, 6(3):113-32.* |
| **Bigler, E.D.** | (1991). Theophylline neurotoxicity resulting in diffuse brain damage. *Developmental Medicine and Child Neurology, Feb;33(2):179-81.* |
| **Bigler, E.D.** | (1990). Neuropsychology and malingering: Comment on Faust, Hart, and Guilmette (1988). *Journal of Consulting and Clinical Psychology, Apr;58(2):244-7.* |
| **Bigler, E.D.** | (1989). On the neuropsychology of suicide. *Journal of Learning Disabilities, Mar;22:180-5.* |
| **Bigler, E.D.** | (1989). Behavioral and cognitive changes in traumatic brain injury: A spouse's perspective. *Brain Injury, Jan-Mar;3(1):73-8.* |
| **Bigler, E.D.** | (1988). Acquired cerebral trauma: Attention, memory and language disorders. *Journal of Learning Disabilities, Jun-Jul;21(6):325-6.* |

**Bigler, E.D.**      (1988). Acquired cerebral trauma: Epilogue. *Journal of Learning Disabilities, Oct;21(8):476-85.*

**Bigler, E.D.**      (1988). Frontal lobe damage and neuropsychological assessment. *Archives of Clinical Neuropsychology, 3(3):279-97.*

**Bigler, E.D.**      (1988). Good outcome associated with cerebral reconstitution in hydrocephalus. *Journal of Child Neurology, Oct;3(4):297-8.*

**Bigler, E.D.**      (1988). The neuropsychology of hydrocephalus. *Archives of Clinical Neuropsychology, 3(1):81-100.*

**Bigler, E.D.**      (1987). Acquired cerebral trauma: Behavioral, neuropsychiatric, psycho-educational assessment and cognitive retraining issues. *Journal of Learning Disabilities, Dec;20(10):579-80.*

**Bigler, E.D.**      (1987). Acquired cerebral trauma: Epidemiology, neuropsychological assessment, and academic/educational deficits. *Journal of Learning Disabilities, Nov;20(9):516-7.*

**Bigler, E.D.**      (1987). Acquired cerebral trauma: Introduction to a special series. *Journal of Learning Disabilities, 20:454-6.*

**Bigler, E.D.**      (1987). The clinical significance of cerebral atrophy in dementia. *Archives of Clinical Neuropsychology, 2(2):177-90.*

**Bigler, E.D.**      (1987). The clinical significance of cerebral atrophy in traumatic brain injury`. *Archives of Clinical Neuropsychology, 2(3):293-304.*

**Bigler, E.D.**      (1987). The clinical significance of cortical atrophy and ventricular enlargement in schizophrenia. *Archives of Clinical Neuropsychology, 2(4):385-92.*

**Bigler, E.D.**      (1987). Grand Rounds. *Archives of Clinical Neuropsychology, 2(2):175-6.*

**Bigler, E.D.**      (1987). Neuropathology of acquired cerebral atrophy in traumatic brain injury. *Archives of Clinical Neuropsychology, 2:293-304.*

**Bigler, E.D.**      (1987). Neuropathology of acquired cerebral trauma. *Journal of Learning Disabilities, Oct;20(8):458-73.*

**Bigler, E.D.**      (1983). Workshops in neuropsychological assessment. *Professional Psychology, 14:155.*

**Bigler, E.D.**      (1980). Forensic neuropsychology: A case example. *Texas Psychologist, 32:7-9.*

**Bigler, E.D.**      (1980). Neuropsychological assessment and brain scan results: A case study approach. *Clinical Neuropsychology, 2:13-24.*

**Bigler, E.D.**      (1979). Neuropsychological evaluation of adolescent patients hospitalized with chronic inhalant abuse. *Clinical Neuropsychology, 1:8-12.*

**Bigler, E.D.**      (1979). Visually evoked potentials: Neuropharmacologic interactions. *Gesellschaft fur Pharmakologie and Toxikologie der DDR, 20:12.*

**Bigler, E.D.**        (1978). Limitations of neuropsychological interpretations based on Bender-Gestalt and WAIS results. *Texas Psychologist, 30:5-8.*

**Bigler, E.D.**        (1977). Bicuculline potentiation of the photically evoked after-discharges. *Proceedings of the Western Pharmacology Society, 20:191-4.*

**Bigler, E.D.**        (1977). Comparison of effects of bicuculline, strychnine and picrotoxin with pentylenetetrazol on photically evoked after-discharges. *Epilepsia, Dec;18(4):465-70.*

**Bigler, E.D.**        (1977). Neurophysiology, neuropharmacology and behavioral relations of visual system evoked after-discharges: A review. *Biobehavioral Review, 1:95-112.*

**Bigler, E.D.**        (1976). Diazepam modification of evoked and spontaneous lateral geniculate activity. *Electroencephalography and Clinical Neurophysiology, Oct;41(4):428-33.*

**Bigler, E.D.**        (1976). Childhood and adolescent inhalant abuse: Where's the behavioral research? *Behavioral Disorders, 2:250-1.*

**Bigler, E.D.**        (1975). Lateral geniculate multiple-unit activity related to Metrazol potentiated after-discharges. *Electroencephalography and Clinical Neurophysiology, Nov;39(5):491-7.*

**Bigler, E.D.,**      Skiles, M., Wade, B.S.C., Abildskov, T.J., Tustison, N.J., Scheibal, R.S., Newsome, M.R., Mayer, A.R., Stone, J.R., Taylor, B.A., Tate, D.F., Walker, W.C., Levin, H.S., Wilde, E.A. FreeSurfer 5.3 versus 6.0: Are volumes comparable?  A chronic effects of neurotrauma consortium study. *Brain Imaging Behavior. 2020 Oct; 14(5): 1318-1327. Doi: 10.1007/s11682-018-9994-x.* PMID: 30511116

**Bigler, E.D.,**      Abildskov, T.J. Eggleston, B., Taylor, B.A., Tate, D.F., Petrie, J.A., Newsome, M.R., Scheibel, R.S., Levin, H., Walker, W.C., Goodrich-Hunsaker, N., Tustison, N.J., Stone, J.R., Mayer, A.R., Duncan, T.D., York, G.E., Wilde, E.A. Structural neuroimaging in mild traumatic brain injury: A chronic effects of neurotrauma consortium study. *Int J Methods Psychiatr Res. 2019 Sep;28(3):e1781. Doi: 10.1002/mpr.1781. epub 2019 May 23.* PMID: 31608535

**Bigler, E.D.,**      Finuf, C., Abildskov, T.J., Goodrich-Hunsaker, N.J., Petrie, J.A., Wood, D.M., Hesselink, J.R., Wilde, E.A., Max, J.E. Corrigendum to "Cortical thickness in pediatric mild traumatic brain injury including sports-related concussion". *Int J Psychophysiol. 2019 May;139:74. Doi: 10.1016/j.ijpsycho.2019.03.003 Epub 2019 Mar 20.* PMID: 30902475

**Bigler, E.D.,**      Deibert, E. (2018). Concussion serum biomarkers: A quest for the Holy Grail? Neurology. *2018 Dec 4; 91(23): 1035- 1037. Doi: 10.1212/WNL.0000000000006609. Epub 2018 Nov 7.* PMID: 30404784.

**Bigler, E.D.,**      Finuf, C., Abildskov, T.J., Goodrich-Hunsaker, N.J., Petrie, J.A., Wood, D.M., Hesselink, J.R., Wilde, E.A., Max, J.E.  (2018). Cortical Thickness in Pediatric Mild Traumatic Brain Injury including Sports-Related Concussion. *Int J*

*Psychophysiol. 2018 Oct; 132 (Pt A): 99-104. doi: 10.1016/j.ijpsycho.2018.07.474, Epub 2018 July 21. PMID: 30040986.*

**Bigler, E.D.**   & Tsao, J.W. (2017). <u>Mild traumatic brain injury in soldiers returning from combat</u>. *Neurology. 2017 Apr 18;88(16): 1490-1492. Doi: 10.1212/WNL.0000000000003852. Epub 2017 Mar 17.* PMID: 28314863

**Bigler, E.D.,**   Zielinski, B.A., Goodrich-Hunsaker, N., Black, G.M., Huff, B.S., Christiansen, Z., Wood, D.M., Abildskov, T.J., Dennis, M., Taylor, H.G., Rubin, K., Vannatta, K., Gerhardt, C.A., Stancin, T., & Yeates, K.O. (2016) <u>The Relation of Focal Lesions to Cortical Thickness in Pediatric Traumatic Brain Injury</u>. *Journal of Child Neurology. 2016 Oct;31(11):1302-11. doi: 10.1177/0883073816654143. Epub 2016 Jun 24.* PMID: 27342577

**Bigler, E.D.,**   Abildskov, T.J., Goodrich-Hunsaker, N.J., Black, G., Christensen, Z.P., Huff, T., Wood, D.M., Hesselink, J.R., Wilde, E.A., & Max, J.E. (2016). <u>Structural Neuroimaging Findings in Mild Traumatic Brain Injury</u>. *Sports Medicine and Arthroscopy Review. 2016 Sep;24(3):e42-52. doi: 10.1097/JSA.0000000000000119.* PMID: 27482782

**Bigler, E.D.**   (2015). Structural Neuroimaging in Forensic Settings. UMKC Law Review. Winter 2015, Vol. 84, Issue 2, pp 301-330. 30 p.

**Bigler, E.D.**   Jantz, P. B., Farrer, T. J., Abildskov, T. J., Dennis, M., Gerhardt, C. A., Rubin, K. H., Stancin, T., Taylor, H. G., Vannatta, K., & Yeates, K. O. (2015). <u>Day of injury CT and late MRI findings: Cognitive outcome in a pediatric sample with complicated mild traumatic brain injury</u>. *Brain Injury, 2015;29(9):1062-70.* doi: 10.3109/02699052.2015.1011234. Epub 2015 Jul 17. PMID: 26186038

**Bigler, E.D.**   & Stern, Y. (2015). <u>Traumatic brain injury and reserve</u>. *Handbook of clinical neurology, 128:691-710.* PMID: 25701915

**Bigler, E.D.**   & Deibert, E. (2014). <u>Lesion analysis in mild traumatic brain injury: Old school goes high tech</u>. *Neurology, Sept 30; 83(14):1226-7.* PMID: 25171929

**Bigler, E.D.,**   Yeates, K.O., Dennis, M., Gerhardt, C.A., Rubin, K.H., Stancin, T., Gerry, T.H., & Vannatta, K. (2013). <u>Neuroimaging and social behavior in children after traumatic brain injury: Findings from the Social Outcomes of Brain Injury in Kids (SOBIK) study</u>. *NeuroRehabilitation, 32(4):707-20.* PMID: 23867398

**Bigler, E.D.,**   Abildskov TJ, Petrie J, Farrer TJ, Dennis M, Simic N, Taylor HG, Rubin KH, Vannatta K, Gerhardt CA, Stancin T, & Owen Yeates K. (2013). <u>Heterogeneity of brain lesions in pediatric traumatic brain injury</u>. *Neuropsychology, Jul 27(4):438-51.* PMID: 23876117

**Bigler, E.D.,**   Deibert, E., & Filley, M. (2013). <u>When is a concussion no longer a concussion</u>? *Neurology, Jul 2 81(1):14-5.* PMID: 23709592

**Bigler, E.D.,**   Farrer, T.J., Pertab, J.L., James, K., Petrie, J.A., & Hedges, D.W. (2013). <u>Reaffirmed limitations of meta-analytic methods in the study of mild traumatic brain injury: a response to Rohling et al</u>. *Clinical Neuropsychology, 27(2):176-214.* PMID: 23356775

**Bigler, E.D.,**      & Maxwell, W.L. (2012). Neuropathology of mild traumatic brain injury: Relationship to neuroimaging findings. *Brain Imaging Behavior, Jun 6(2):108-36.* PMID: 22434552

**Bigler, E.D.,**      & Karlawish, J. (2012). Expanding the understanding of disability in persons with traumatic brain injury. *Neurology, May 8, 78(19):1454-5.* PMID: 22496193

**Bigler, E.D.,**      & Maxwell, W.L. (2011). Neuroimaging and neuropathology of TBI. *NeuroRehabilitation, 28(2):63-74.* PMID: 21447905

**Bigler, E.D.,**      & Wilde, E.A. (2010). Quantitative neuroimaging and the prediction of rehabilitation outcome following traumatic brain injury. *Frontiers in Human Neuroscience, 4:228.* PMID: 30069427

**Bigler, E.D.,**      & Bazarian, J.J. (2010). Diffusion tensor imaging: A biomarker for mild traumatic brain injury? *Neurology, Feb 23: 74(8):626-7.* PMID: 20107137

**Bigler, E.D.,**      & Wilde, E.A. (2010). Quantitative neuroimaging and the prediction of rehabilitation outcome following traumatic brain injury. *Frontiers in Human Neuroscience, Dec 23: 4:228.* PMID: 21289873

**Bigler, E.D.,**      Abildskov, T.J., Wilde, E.A., McCauley, S.R., Li, X., Merkley, T.L., Fearing, M.A., Newsome, M.R., Scheibel, R.S., Hunter, J.V., Chu, Z., & Levin, H.S. (2010). Diffuse damage in pediatric traumatic brain injury: A comparison of automated versus operator-controlled quantification methods. *NeuroImage, Apr 15;50(3): 1017-26.* PMID: 20060915

**Bigler, E.D.,**      McCauley, S.R., Wu, T.C., Yallampalli, R., Shah, S., Macleod, M., Chu, Z., Hunter, J.V., Clifton, G.L., Levin, H.S., & Wilde, E.A. (2010). The temporal stem in traumatic brain injury: preliminary findings. *Brain Imaging Behavior, Dec; 4(3-4):270-82.* PMID: 20835782

**Bigler, E.D.,**      Abildskov, T.A., Petrie, J.A., Johnson, M., Lange, Chipman, J., Lu, J., McMahon, W., & Lainhart, J.E. (2010).  Volumetric and voxel-based morphometry findings in autism subjects with and without macrocephaly. *Developmental Neuropsychology, 35 (3), 278-95.* PMID: 20446133

**Bigler, E.D.,**      Green, R.R., Farrer, T.J., Roper, J.C. & Millward, J.B., (2009). The rigor of research design and "forensic" publications in neuropsychological research. *Psychological Injury and Law, 2:43-52.*

**Bigler, E.D.,**      & Brooks, M. (2009). Traumatic brain injury and forensic neuropsychology. *Journal of Head Trauma Rehabilitation, Mar-Apr; 24(2):76-87. Review.* PMID: 19333063

**Bigler, E.D.,**      Mortensen, S., Neeley, E.S., Ozonoff, S., Krasny, L., Johnson, M., Lu, J., Provencal, S.L., McMahon, W., & Lainhart, J.E**.** (2007). Superior temporal gyrus, language function, and autism. *Developmental Psychology, 31(2):217-38.* PMID: 17488217

**Bigler, E.D.,**   Ryser, D. K., Gandhi, P., Kimball, J., & Wilde, E.A., (2006) Day-of-injury computerized tomography, rehabilitation status, and development of cerebral atrophy in traumatic brain injury. *American Journal of Physical Medicine and Rehabilitation, Oct;85(10):793-806.* PMID: 16998426

**Bigler, E.D.,**   Neeley, E.S., Miller, M.J., Tate, D.F., Rice, S.A., Cleavinger, H., Wolfson, L., Tschanz, J., & Welsh-Bohmer, K., (2004). Cerebral volume loss, cognitive deficit and neuropsychological performance: Comparative measures of brain atrophy: I. Dementia. *Journal of the International Neuropsychological Society, May;10:442-52.* PMID: 15147601

**Bigler, E.D.,**   Lowry, C. M., Kerr, B., Tate, D. F., Hessel, C. D., Earl, H. D., Miller, M.J., Rice, S. A., Smith, K. H., Tschanz, J. T., Welsh-Bohmer, K., Plassman, B., & Victoroff, J., (2003). Role of white matter lesions, cerebral atrophy, and APOE on cognition in older persons with and without dementia: The Cache County, Utah, study of memory and aging. *Neuropsychology, Jul;17(3):339-52.* PMID: 12959500

**Bigler, E.D.,**   Tate, D.F., Neeley, E.S., Wolfson, L.J., Miller, M.J., Rice, S.A., Cleavinger, H., Anderson, C., Coon, H., Ozonoff, S., Johnson, M., Dinh, E., Lu, J., Mc Mahon, W., & Lainhart, J.E. (2003). Temporal lobe, autism, and macrocephaly. *American Journal of Neuroradiology, Nov-Dec;24(10):2066-76.* PMID: 14625235

**Bigler, E.D.,**   Kerr, B., Victoroff, J., Tate, D.F., & Breitner, J.C. (2002). White matter lesions, quantitative magnetic resonance imaging, and dementia. *Alzheimer Disease and Associated Disorders, Jul-Sep;16(3):161-70.* PMID: 12218647

**Bigler, E.D.**   Anderson, C.V., & Blatter, D.D. (2002). Temporal lobe morphology in normal aging and traumatic brain injury. *American Journal of Neuroradiology, Feb;23(2):255-66.* PMID: 11847051

**Bigler, E.D.,**   Tate, D.F., Miller, M.J., Rice, S.A., Hessel, C.D., Earl, H.D., Tschanz, J.T., Plassman, B., & Welsh-Bohmer, K.A. (2002). Dementia, asymmetry of temporal lobe structures, and apolipoprotein E genotype: Relationships to cerebral atrophy and neuropsychological impairment. *Journal of the International Neuropsychological Society, Nov;8(7):925-33.* PMID: 12405544

**Bigler, E.D.**   & Tate, D.F. (2001).  Brain volume, intracranial volume and dementia. *Investigative Radiology, Sep;36(9):539-46.* PMID: 11547042

**Bigler, E.D.**   Lowry, S.M., Anderson, C.V., Johnson, S.C., Terry, J. & Steed, M. (2000). Dementia, quantitative neuroimaging, and apolipoprotein E genotype. *American Journal of Neuroradiology, Nov-Dec;21(10):1857-68.*

**Bigler, E.D.**   Johnson, S.C. & Blatter, D.D. (1999). Head trauma and intellectual status: Relation to quantitative magnetic resonance imaging findings. *Applied Neuropsychology, 6(4):217-25.* PMID: 10635436

**Bigler, E.D.**   Lajiness-O'Neill, R. & Howes, N.L. (1998).  Technology in the assessment of learning disability. *Journal of Learning Disabilities, Jan-Feb;31(1):67-82.* PMID: 9455178

**Bigler, E.D.,**       Blatter, D.D., Anderson, C.V., Johnson, S.C., Gale, S.D., Hopkins, R.O., & Burnett, B. (1997). Hippocampal Volume in Normal Aging and Traumatic Brain Injury. *AJNR. American Journal of Neuroradiology, Jan;18(1):11-23.* PMID: 9010515

**Bigler, E.D.**       & Dodrill, C.B. (1997). Assessment of neuropsychological testing. *Neurology, Oct;49(4):1180-2; author reply 1183-5.*

**Bigler, E.D.,**       Blatter, D.D., Johnson, S.C., Anderson, C.V., Russo, A.A., Gale, S.D., Ryser, D.K., Macnamara, S.E., & Bailey, B.J. (1996). Traumatic brain injury, alcohol and quantitative neuroimaging: preliminary findings. *Brain Injury, Mar;10(3):197-206.* PMID: 8777391

**Bigler, E.D.,**       Johnson, S.C., Anderson, C.V., Blatter, D.D., Gale, S.D., Russo, A.A., Ryser D.K., Macnamara, S.E., Bailey, B.J., Hopkins, R.O., & Abildskov, T.J. (1996). Traumatic brain injury and memory: The role of hippocampal atrophy. *Neuropsychology, 10:333-42.*

**Bigler, E.D.,**       Clark, E., & Farmer, J. (1996). Traumatic Brain Injury:  1990s Update-Introduction to the Special Series. *Journal of Learning Disabilities, Sep;29(5):512-3.* PMID: 8870521

**Bigler, E.D.,**       & Snyder, J.L. (1995). Neuropsychological outcome and quantitative neuroimaging in mild head injury. *Archives of Clinical Neuropsychology, Mar;10(2):159-74.* PMID: 14589737

**Bigler, E.D.,**       Johnson, S.C., Jackson, C., & Blatter, D.D. (1995).  Aging, brain size, and IQ. *Intelligence, 21(1):109-19.*

**Bigler, E.D.,**       Burr, R., Gale, S., Norman, M., Kurth, S., Blatter, D., & Abildskov, T. (1994). Day of injury CT scan as an index to pre-injury brain morphology. *Brain Injury, Apr;8(3):231-8.* PMID: 8004081

**Bigler, E.D.,**       Kurth, S., Blatter, D., & Abildskov, T.J. (1993). Day-of-injury CT as an index to pre-injury brain morphology: Degree of post-injury degenerative changes identified by CT and MR neuroimaging. *Brain Injury, Mar-Apr;7(2):125-34.* PMID: 8453411

**Bigler, E.D.,**       Kurth, S., Blatter, D., & Abildskov, T.J. (1992). Degenerative changes in traumatic brain injury: Post-injury magnetic resonance identified ventricular expansion compared to pre-injury levels. *Brain Research Bulletin, Apr;28(4):651-3.* PMID: 1617451

**Bigler, E.D.,**       Nelson, J.E., & Schmidt, R.D. (1989). Identification of mamillary body atrophy in Korsakoff's syndrome using magnetic resonance imaging. *The Journal of Neuropsychiatry and Clinical Neurosciences, Summer;1(3):341-2.* PMID: 2521081

**Bigler, E.D.,**       Nelson, J.E., & Schmidt, R.D. (1989). Mamillary body atrophy identified by magnetic resonance imaging in alcoholic amnestic (Korsakoff's) syndrome: Neuropsychological correlates. *Neuropsychiatry, Neuropsychology and Behavioral Neurology, 2:189-201.* PMID: 2521081

**Bigler, E.D.,**       Rosa, L., Schultz, F., Hall, S., & Harris, J. (1989). Rey-Auditory verbal learning and Rey-Osterrieth complex figure design test for performance in Alzheimer's Disease and closed head injury. *Journal of Clinical Psychology, Mar;45(2):277-80.* PMID: 2723084

**Bigler, E.D.,**       Schultz, F., Hall, S., Rosa, L., & Harns, J. (1989). Performance on the Raven Colored Progressive Matrices in patients with closed head injury and dementia of the Alzheimer's type: Clinical considerations. *Archives of Clinical Neuropsychology, 4:111-2.*

**Bigler, E.D.**       & Alfano, M. (1988). Anoxic encephalopathy: Neuroradiological and neuropsychological findings. *Archives of Clinical Neuropsychology, 3(4):383-96.* PMID: 14591429

**Bigler, E.D.,**       Rosenstein, L.D., Roman, M., & Nussbaum, N.L. (1988). The clinical significance of congenital agenesis of the corpus callosum. *Archives of Clinical Neuropsychology, 3(2):189-200.* PMID: 14591270

**Bigler, E.D.,**       Schultz, R., Grant, M., Knight, G., Lucas, J., Roman, M., Hall, S., & Sullivan, M. (1988). Design fluency in dementia of the Alzheimer's type. *Neuropsychology, 2:127-33.*

**Bigler, E.D.**       & Naugle, R.I. (1985).  Case studies in cerebral plasticity.  *The International Journal of Clinical Neuropsychology, 8:12-23.*

**Bigler, E.D.,**       Hubler, D.W., Cullum, C.M., & Turkheimer, E. (1985). Intellectual and memory impairment in dementia: Computerized axial tomography volume correlations. *Journal of Nervous and Mental Disease, Jun;173(6):347-52.* PMID: 3873516

**Bigler, E.D.**       & Naugle, R.I. (1985). Case studies in cerebral plasticity. *Clinical Neuropsychology, 7:12-23.*

**Bigler, E.D.,**       Cullum, M.C., Paver, S., Turkheimer, E., & Yeo, R. (1984). Neuropsychological and computerized tomographic correlates in post traumatic head injury. *The International Journal of Clinical Neuropsychology, 6:83.*

**Bigler, E.D.,**       Hubler, D.W., Cullum, C.M., Turkheimer, E., & Yeo, R. (1984). Neuropsychological performance and volumetric CT scan measures in degenerative diseases. *The International Journal of Clinical Neuropsychology, 6:77.*

**Bigler, E.D.,**       Hubler, D.W., Turkheimer, E., Cullum, C.M., Paver, S., & Yeo, R. (1984). Volumetric CAT measures and neuropsychological performance in Alzheimer's disease. *International Journal of Neuroscience, 24:291-4.*

**Bigler, E.D.,**       Paver, S., Cullum, C.M., Turkheimer, E., Hubler, D.W., & Yeo, R. (1984). Ventricular enlargement, cortical atrophy and neuropsychological performance following head injury. *International Journal of Neuroscience, 24:295-8.*

**Bigler, E.D.,**       Bennet, J., & Newton, J.S. (1983). The hyperlexic syndrome: A case study. *Clinical Neuropsychology, 5:95-6.*

**Bigler, E.D.**    & Ehrfurth, J.W. (1981). The continued inappropriate singular use of the Bender Visual Motor Gestalt Test. *Professional Psychology, 12(5):562-9.*

**Bigler, E.D.**    & Steinman, D.R. (1981). Neuropsychology and computerized axial tomography: Further comments. *Professional Psychology, 12:195-7.*

**Bigler, E.D.**    & Tucker, D.M. (1981). Comparison of verbal IQ, tactual performance, seashore rhythm, and finger oscillation tests in the blind and brain damaged. *Journal of Clinical Psychology, Oct;37(4):849-51.* PMID: 7309877

**Bigler, E.D.,**    Steinman, D.R., & Newton, J.S. (1981). Clinical assessment of cognitive deficit in neurologic disorder, I: Effects of age and degenerative disease. *Clinical Neuropsychology, 3:5-13.*

**Bigler, E.D.,**    Steinman, D.R., & Newton, J.S. (1981). Clinical assessment of cognitive deficit in neurologic disorder, II: Cerebral trauma. *Clinical Neuropsychology, 3:13-18.*

**Bigler, E.D.**    & Ehrfurth, J.W. (1980). Critical limitations of the Bender-Gestalt test in clinical neuropsychology: Response to lacks. *Clinical Neuropsychology, 2:88-90.*

**Bigler, E.D.**    & Tucker, D.M. (1979). The Quality Extinction Test: Results with psychiatric patients. *Clinical Neuropsychology, 1(4):8-12.*

**Bigler, E.D.,**    Tucker, D.M., & Piran, N. (1979). Neuropsychological differentiation in a psychiatric late adolescent-young adult population: Preliminary report. *Clinical Neuropsychology, 1:9-14.*

**Bigler, E.D.,**    Shearer, D.E., Dustman, R.E., & Fleming, D.E. (1978). Differential effects of convulsants on visually evoked responses in the albino rat. *Pharmacology, Biochemistry, and Behavior, Jun;8(6):727-33.*

**Bigler, E.D.**    & Fleming, D.E. (1977). Food-deprivation induced arousal: Evidence against "behavioral inhibition" in electrocortical hypersynchrony. *Psychological Reports, Apr;40(2):527-31.*

**Bigler, E.D.,**    Fleming, D.E., & Shearer, D.E. (1977). Comparison of ethanol consumption by methods of schedule-induced polydipsia and water deprivation. *Psychological Record, 3:577-80.*

**Bigler, E.D.**    & Eidelberg, E. (1976). Diazepam suppression of evoked after-discharges in rat lateral geniculate nucleus and visual cortex. *Proceedings of the Western Pharmacology Society, 19:435-8.*

**Bigler, E.D.**    & Eidelberg, E. (1976). Nigrostriatal effects of morphine in two mouse strains. *Life Sciences, Nov 1;19(9):1399-406.*

**Bigler, E.D.**    & Eidelberg, E. (1976). Principal cells in lateral geniculate: Effects of Metrazol on capacity to after-discharge. *Brain Research Bulletin, Sep-Oct;1(5):485-7.*

**Bigler, E.D.**    & Fleming, D.E. (1976). Effects of shock induced arousal on the elicitation and waveform elaboration of photically evoked after-discharges. *Physiological Psychology, 4:86-90.*

**Bigler, E.D.**      & Fleming, D.E. (1976). Frequency of intermittent photic stimulation: Effect on photic after-discharges, photic driving and behavioral activity. *Bulletin of the Psychonomic Society, 8:596-7.*

**Bigler, E.D.**      & Fleming, D.E. (1976). Pharmacological suppression of photically evoked after-discharges in rats: Incremental dose, hippocampal EEG and behavioral activity correlates. *Psychopharmacologia, 46(1):73-82.*

**Bigler, E.D.,**      Fleming, D.E., & Shearer, D.E. (1976). Metrazol potentiated after-discharges: Dose-response relationships and effects of selective lesions. *Pharmacology, Biochemistry, and Behavior, Oct;5(4):423-9.*

**Bigler, E.D.,**      Fleming, D.E., & Shearer, D.E. (1976). Stabilization of photically evoked after-discharge activity: Control procedures and effects of classical trace conditioning. *Behavioral Biology, Apr;16(4):425-37.*

**Bigler, E.D.**      & Fleming, D.E. (1974). Habituation and occurrence of photically evoked after-discharges in the albino rat. *Bulletin of the Psychonomic Society, 4(4A):275-7.*

**Bigler, E.D.,**      Fleming, D.E., & Shearer, D.E. (1974). Pharmacological modulation of photically evoked after-discharge patterns in hooded Long-Evans rats. *Bulletin of the Psychonomic Society, 4:179-81.*

**Bigler, E.D.,**      Fleming, D.E., & Shearer, D.E. (1974). Schedule-induced polydipsia and neocortic lesions in the rat. *Psychological Reports, Oct;35(2):935-41.*

Farrer, T.J.,      **Bigler, E.D.,** et al. Clinical ratings of white matter hyperintensities, hippocampal ratings, and neuropsychological functioning from the Cache County Memory Study. *Journal of Aging Research and Lifestyle.* 2022; 11:9-13. Published online March 21, 2022. http://dx.doi.org/10.14283/jarlife2022.2.

Max, J.E.,      Judd, N., **Bigler, E.D.,** Wilde, E.A., et al. Three -month psychiatric outcome of pediatric mild traumatic brain injury: A controlled study. *J Neurotrauma.* 2021 Oct 29. Doi: 10.1089/neu.2021.0324. Online ahead of print. PMID: 34714155.

Pedrotty, M.,      Wong, T.S., Wilde, E.A., **Bigler, E.D.,** Laatsch, L.K. Application of neuropsychology and imaging to brian injury and use of the integrative cognitive rehabilitation psychotherapy model. *NeuroRehabilitation.* 2021;49(2):307-327. doi: 10.3233/NRE-218028. PMID: 34420990.

Peterson, M.,      Prigge, B., Bigler, E.D. et al. Evidence for normal extra-axial cerebrospinal fluid volume in autistic males from middle childhood to adulthood. *Neuroimage.* 2021 Oct 15:240:118387. doi: 10.1016/j.neuroimage.2021.118387. PMID: 34260891.

Prigge, M.B.D.,      Lange, N., **Bigler, E.D.,** et al. A 16-year study of longitudinal volumetric brain development in males with autism. *Neuroimage.* 2021 Aug 1;236:118067. Doi: 10.1016/j.neuroimage.2021.118067. ==*Ranked as second best publication in the Journal for 2021 of almost 1,000 articles.*==

Prigge, M.B.D.,      **Bigler, E.D.** et al. Longitudinal stability of intellectual functioning in autism spectrum disorder: From age 3 through mid-adulthood. *J Autism Dev Disord.*

2021 Oct 22. Doi: 10.1007/s10803-021-05227-x. Online ahead of print. PMID: 34677753

Max, J.E.,

Troyer, E.A., Arif, H., Vaida, F., Wilde, E.A., **Bigler, E.D.** et al. <u>Traumatic brain injury in children and adolescents: Psychiatric disorders 24 years later</u>. *J Neuropsychiatry Clin Neurosci.* 2021 Sep 20:appineuropsych20050104. Doi: 10.1176/appi.neuropsych.20050104. Online ahead of print. PMID: 34538075.

Chadwick, L.,

Roth, E., Minich, N.M., Taylor, H.G., **Bigler, E.D.** et al. <u>Cognitive outcomes in children with mild traumatic brain injury: An examination using the National Institutes of Health Toolbox Cognition Battery</u>. *J Neurotrauma.* 2021 Sept 15;38(18):2590-2599. doi: 10.1089/neu.2020.7513. Epub 2021 Jun 18. PMID: 33906429.

O'Brien, H.,

Minich, N.M., Langevin, L.M., Taylor, H.G., **Bigler, E.D.** et al. <u>Normative and psychometric characteristics of the health and behavior inventory among children with mild orthopedic injury presenting to the emergency department: Implications for assessing postconcussive symptoms using the child sport concussion assessment tool 5th Edition (Child SCAT5)</u>. *Clin J Sport Med.* 2021 Sept 1;31(5)e221-e228. doi: 10.1097-JSM.000000000000943. PMID: 33973883

Prigge, M.B.D.,

Lange, N., Bigler, E.D., et al. <u>A 16-year study of longitudinal volumetric brain development in males with autism</u>. *Neuroimage.* 2021 Aug 1:236:118067. Doi: 10.1016/j.neuroimage.2021.118067. PMID: 33878377

Dennis, E.L.,

Caeyenberghs, K., Hoskinson, K.R., Merkley, T.L., Suskauer, S.J., Asarnow, R.F., Babikian, T. Bartnik-Olson, B., Bickart, K., **Bigler, E.D.** et al. <u>White matter disruption in pediatric traumatic brain injury: Results from ENIGMA pediatric moderate to severe traumatic brain injury</u>. *Neurology.* 2021 May 28;97(3):e298-309. Doi: 10.1212/WNL.0000000000012222. Online ahead of print. PMID: 34050006.

McMinnis, C.,

Garcia, M.J., Widjaja, E., Frndova, H., Van Huyse, J., Guerguerian, A., Oyefiade, A., Laughlin, S., Raybaud, C., Miller, E., Tay, K., **Bigler, E.D.**, et al. <u>Magnetic resonance imaging findings are associated with long-term global neurological function or death following traumatic brain injury in critically ill children</u>. *Journal of Neurotrauma.* 2021 Mar 31. doi: 10.1089/neu.2020.7514. PMID: 33787327

Arif, H.,

Troyer, E.A., Paulsen, J.S., Vaida, F., Wilde, E.A., **Bigler, E.D.**, et al. <u>Long-term psychiatric outcomes in adults with history of pediatric traumatic brain injury</u>. *Journal of Neurotrauma. 2021 Jun 1;38(11):1515-1525. DOI: 10.1089/neu.2020.7238.* PMID: 33765846.

Yeates, T.M.,

Taylor, H.G., **Bigler, E.D.,** et al. <u>Sex differences in the outcomes of mild traumatic brain injury in children presenting to the emergency department</u>. *Journal of Neurotrauma. 2021 Apr 5. DOI: 10.1089/neu.2020.7470.* Online ahead of print. PMID: 33678004.

Ferrazzano, P.,

Yeske, B., Mumford, J., Kirk, G., **Bigler, E.D.**, et al. <u>Brain magnetic resonance imaging volumetric measures of functional outcome after severe traumatic brain injury in adolescents</u>. *Journal of Neurotrauma. 2021 Feb 24. DOI: 10.1089/neu.2019.6918.* PMID: 33487126.

Tate, D.F.,   Dennis, E.L., Adams, J.T., Adamson, M.M., Belanger, H.G., **Bigler, E.D.**, et al. Coordinating global multi-site studies of military-relevant traumatic brain injury: Opportunities, challenges, and harmonization guidelines. *Brain Imaging Behav. 2021 Apr; 15(2):585-613. DOI: 10.1007/s11682-020-00423-2.*. PMID: 33409819

Esopenko, C.,   Meyer, J., Wilde, E.A., Marshall, A.D., Tate, D.F., Lin, A.P., Koerte, I.K., Werner, K.B., Dennis, E.L., Ware, A.L., de Souza, N.L., Menefee, D.S., Dams-O'Connor, K., Stein, D.J., **Bigler, E.D.**, et al. A global collaboration to study intimate partner violence-related head trauma: The ENIGMA consortium IPV working group. *Brain Imaging Behav. 2021 Apr;15(2):475-503. DOI: 10.1007/s11682-020-00417-0.* PMID: 33405096.

Ryan, N.P.,   Anderson, V.A., **Bigler, E.D.**, Dennis, M., Taylor, H.G., Rubin, K.H., Vannatta, K., Gerhardt, C.A., Stancin, T., Beauchamp, M.H., Hearps, S., Catroppa, C., Yeates, K.O. Delineating the nature and correlates of social dysfunction after childhood traumatic brain injury using common data elements: Evidence from an international multi-cohort study. *J Neurotrauma. 2021 Jan 15:38(2):252-260. Doi: 10.1089/neu.2020.7057.* PMID: 32883163

Wilde, E.A.,   Merkley, T.L., Lindsey, H.M., **Bigler, E.D.**, Hunter, J.V., Ewing-Cobbs, L., Aitken, M.E., MacLeod, M.C., Hanten, G., Chu, Z.D., Abildskov, T.J., Noble-Haeusslein, L.J., Levin, H.S. Developmental alterations in cortical organization and socialization in adolescents who sustained a traumatic brain injury in early childhood. *J Neurotrauma. 2021 Jan 1:38(1):133-143. Doi: 10.1089-neu.2019.6698.* PMID: 32503385

Frodsham, K.M.,   Fair, J.E., Frost, R.B., Hopkins, R.O., **Bigler, E.D.**, Majercik, S., Bledsoe, J., Ryser, D., MacDonald, J., Barrett, R., Horn, S.D., Pisani, D., Stevens, M., Larson, M.J. Day-of-injury computed tomography and longitudinal rehabilitation outcomes: A comparison of the Marshall and Rotterdam computed tomography scoring methods. *Am J Phys Med Rehabil. 2020 Sep;99(9):821-829. Doi: 10.1097-PHM.0000000000001422.* PMID: 32195734

Olsen, A.,   Babikian, T., **Bigler, E.D.**, Caeyenberghs, K., Conde, V., Dams-O'Connor, K., Dobryakova, E., Genova, H., Grafman, J., Haberg, A.K., Heggland, I., Hellstrom, T., Hodges, C.B., Irimia, A., Jha, R.M., Johnson, P.K., Koliatsos, V.E., Levin, H., Li, L.M., Lindsey, H.M., Livny, A., Lovstad, M., Medaglia, J., Menon, D.K., Modello, S., Monti, M.M., Newcombe, V.F.J., Petroni, A., Ponsford, J., Sharp, D., Spitz, G., Westlye, L.T., Thompson, P.M., Dennis, E.L., Tate, D.F., Wilde, E.A., Hillary, F.G. Toward a global and reproducible science for brain imaging in neurotrauma: The ENIGMA adult moderate/severe traumatic brain injury working group. *Brain Imaging Behav. 2021 Apr;15(2):526-554. Doi: 10.1007/s11682-020-00313-7.* PMID: 32797398

Dennis, E.L.,   Caeyenberghs, K., Asarnow, R.F., Babikian, T., Bartnik-Olson, B., **Bigler, E.D.**, Figaji, A., Giza, C.C., Goodrich-Hunsaker, N.J., Hodges, C.B., Hoskinson, K.R., Konigs, M., Levin, H.S., Lindsey, H.M., Livny, A., Max, J.E., Merkley, T.L., Newsome, M.R., Olsen, A., Ryan, N.P., Spuiell, M.S., Suskauer, S.J., Thomopoulos, S.I., Ware, A.L., Watson, C.G., Wheeler, A.L., Yeates, K.O., Zielinski, B.A., Thompson, P.M., Tate, D.F., Wilde, E.A. Challenges and opportunities for neuroimaging in young patients with traumatic brain injury: A coordinated effort towards advancing discovery from the ENIGMA pediatric

moderate/severe TBI group. *Brain Imaging Behav. 2021 Apr;15(2):555-575. Doi: 10.1007-s11682-020-00363-x.* PMID: 32734437

Koerte, I.K.,

Esopenko, C., Hinds, S.R. 2nd, Shenton, M.E., Bonke, E.M., Bazarian, J.J., Bickart, K.C., **Bigler, E.D.**, Bouix, S., Buckley, T.A., Choe, M.C., Echlin, P.S., Gill, J., Giza, C.C., Hayes, J., Hodges, C.B., Irimia, A., Johnson, P.K., Kenney, K., Levin, H.S., Lin, A.P., Lindsey, H.M., Lipton, M.L., Max, J.E., Mayer, A.R., Meier, T.B., Merchant-Borna, K., Merkley, T.L., Mills, B.D., Newsome, M.R., Porfido, T., Stephens, J.A., Tartaglia, M.C., Ware, A.L., Zafonte, R.D., Zeineh, M.M., Thompson, P.M., Tate, D.F., Dennis, E.L., Wilde, E.A., Baron, D. The ENIGMA sports injury working group: an international collaboration to further our understanding of sport-related brain injury. *Brain Imaging Behav. 2020 Jul 27. Doi: 10.1007/s11682-020-00370-y.* PMID: 32720179

Ware, A.L.,

Goodrich-Hunsaker, N.J., Lebel, C., Shukla, A., Wilde, E.A., Abildskov, T.J., **Bigler, E.D.**, Cohen, D.M., Mihalov, L.K., Bacevice, A., Bangert, B.A., Taylor, H.G., Yeates, K.O. Post-acute cortical thickness in children with mild traumatic brain injury versus orthopedic injury. *J Neurotrauma. 2020 Sep 1;37(17):1892-1901. Doi: 10.1089/neu.2019.6850. Epub 2020 May 11.* PMID: 32178577

Wright, K.L.,

Hopkins, R.O., Robertson, F.E., **Bigler, E.D.**, Taylor, H.G., Rubin, K.H., Vannatta, K., Stancin, T., Yeates, K.O. Assessment of white matter integrity after pediatric traumatic brain injury. *J Neurotrauma. 2020 Oct 15;37(20):2188-2197. Doi: 10.1089/neu.2019.6691. Epub 2020 May 15.* PMID: 32253971

Li, W.,

Chang, C., Liang, S., **Bigler, E.D.** Radiographic and neurobehavioral profile of sports-related concussion associated with scholastic wrestling: a case report. *Neurocase. 2020 Jun;26(3):147-155. Doi: 10.1080/13554794.2020.1764977. Epub 2020 May 15.* PMID: 32412324

Huang, M.X.,

Robb, Swan A., Angeles, Quinto A., Huang, J.W., De-la-Garza, B.G., Huang, C.W., Hesselink, J.R., **Bigler, E.D.**, Wilde, E.A., Max, J.E. Resting-state magnetoencephalography Source Imaging Pilot Study in Children with Mild Traumatic Brain Injury. *J Neurotrauma. 2020 Apr 1;37(7):994-1001. Doi: 10.1089/neu.2019.6417. Epub 2019 Dec 31.* PMID: 31724480

Ware, A.L.,

Shukla, A., Goodrich-Hunsaker, N.J., Lebel, C., Wilde, E.A., Abildskov, T.J., **Bigler, E.D.**, Cohen, D.M., Mihalov, L.K., Bacevice, A., Bangert, B.A., Taylor, H.G., Yeates, K.O. Post-acute white matter microstructure predicts post-acute and chronic post-concussive symptom severity following mild traumatic brain injury in children. *Neuroimage Clin. 202;25:102106. Doi: 10.1016/j.nicl.2019.102106. Epub 2019 Dec 13.* PMID: 31896466

Mayer, A.R.,

Cohen, D.M., Wertz, C.J., Dodd, A.B., Shoemaker, J., Pluto, C., Zumberge, N.A., Park, G., Bangert, B.A., Linc, C., Minich, N.M., Bacevice, A.M., **Bigler, E.D.**, Campbell, R.A., Hanlon, F.M., Meier, T.B., Oglesbee, S.J., Phillips, J.P., Pottenger, A., Shaff, N.A., Taylor, H.G., Yeo, R.A., Arbogast, K.B., Leddy, J.J., Master, C.L., Mannix, R., Zemek, R.L., Yeates, K.O. Radiologic common data elements rates in pediatric mild traumatic brain injury. *Neurology. 2020 Jan 21; 94(3):e241-e253. Doi: 10.1212/WNL.0000000000008488.Epub 2019 Oct 23.* PMID: 31645467

Hoskinson, K.R.,   **Bigler, E.D.,** Abildskov, T.J., Dennis, M., Taylor, H.G,. Rubin, K., Gerhardt, C.A., Vannatta, K. Stancin, T., Yeates, K.O. <u>The mentalizing network and theory of mind mediate adjustment after childhood traumatic brain injury.</u> *Soc Cogn Affect Neurosci. 2019 Dec 30;14(12):1285-1295. Doi: 10.1093/scan/nsaa006.* PMID: 31993655

Tsui-Caldwell, Y.H.W.,   Farrer, T.J., McDonnell, Z., Christensen, Z., Finuf, C. **Bigler, E.D.,** Tschanz, J.T., Norton, M.C., Welsh-Bommer, K.A. <u>MRI clinical ratings and cognitive function in a cross-sectional population study of dementia: The Cache County memory study.</u> *J Prev Alzheimers Dis. 2019;6(2): 100-107. Doi: 10.14283/jpad.2019.1.* PMID: 30756116

Deighton, S.,   Durish, C.L., Taylor, H.G., Rubin, K., Dennis, M., **Bigler, E.D.,** Vannatta, K., Gerhardt, C.A., Stancin, T., Yeates, K.O. <u>Theory of mind and parental nurturance as predictors of peer relationships after childhood traumatic brain injury: A test of moderated mediation.</u> *J Int Neuropsychol Soc. 2019 Oct;25(9):931-940. Doi: 10.1017/S135561771900064X. Epub 2019 Jul 18.* PMID: 31317863

Green, R.R.,   **Bigler, E.D.,** Froehlich, A., Prigge, M.B.D., Zielinski, B.A., Travers, B.G., Anderson, J.S., Alexander, A., Lange, N., Lainhart, J.E. (2019). <u>Beery VMI and Brain Volumetric Relations in Autism Spectrum Disorder.</u> *J. Pediatr Neuropsychol. 2019 Sep;5(3): 77-84. Doi: 10.1007/s40817-019-00069-z. Epub 2019 Aug 16.* PMID: 32953403

King, J.B.,   Prigge, M.B.D., King, C.K., Morgan, J., Weathersby, F., Fox, J.C., Dean, D.C. 3rd, Freeman, A., Villaruz, J.A.M., Kane, K.L., **Bigler, E.D.,** Alexander, A.L., Lange, N., Zielinski, B., Lainhart, J.E., Anderson, J.S. (2019). <u>Generalizability and reproducibility of functional connectivity in autism.</u> *Mol Autism. 2019 June 24; 10:27. Doi: 10.1186/s13329-019-0273-5. eCollection 2019.* PMID: 31285817.

Clark, A.L.,   Merritt, V.C., **Bigler, E.D.,** Bangen, K.J., Werhane, M., Sorg, S.F., Bondi, N.W., Schiehser, D.M., Delano-Wood, L. <u>Blast-exposed veterans with mild traumatic brain injury show greater frontal cortical thinning and poorer executive functioning.</u> *Front Neurol. 2018 Nov 9;9:873. Doi: 10.3389/fneur.2018.00873.* PMID: 30473678

King, J.B.,   Prigge, M.B.D., King, C.K., Morgan, J., Dean, D.C. 3rd, Freeman, A., Villaruz, J.A.M., Kane, K.L., **Bigler, E.D.,** Alexander, A.L., Lange, N., Zielinski, B.A., Lainhart, J.E., Anderson, J.S. <u>Evaluation of differences in temporal synchrony between brain regions in individuals with autism and typical development.</u> *JAMA Netw Open. 2018 Nov 2;1(7): e184777. Doi: 10.1001/jamanetworkopen.2018.4777.* PMID: 30646371

Newsome, M.R.,   Wilde, E.A., **Bigler, E.D.,** Liu, Q., Mayer, A.R., Taylor, B.A., Steinberg, J.L., Tate, D.F., Abildskov, T.J., Scheibel, R.S., Walker, W.C. & Levin, H.S. (2018). <u>Functional brain connectivity and cortical thickness in relation to chronic pain in post-911 veterans and service members with mTBI.</u> *Brain Inj. 2018;32(10):1236-1244. doi: 10.1080/02699052.2018.1494853. Epub 2018 Jul 26.* PMID: 30047797

Dennis, E.L.,   Wilde, E.A., Newsome, M.R., Scheibel, R.S., Troyanskaya, M., Velez, C., Wade, B.S.C., Drennon, A.M., York, G.E., **Bigler, E.D.,** Abildskov, T.J., Taylor, B.A.,

Jaramillo, C.A., Eapen, B., Belanger, H., Gupta, V., Morey, R., Haswell, C., Levin, H.S., Hinds, S.R., 2nd, Walker, W.C., Thompson, P.M., Tate, D.F. Enigma military brain injury: A coordinated meta-analysis  of diffusion MRI from multiple cohorts. *Proc IEEE Int Symp Biomed Imaging. 2018 Apr; 2018-1386-1389. doi: 10.1109/ISBI.2018.8363830. Epub 2018 May 24. PMID: 30034577*

Ross, H.,   Ochs, A.L., Tate, D.F, Tokac, U., Seabaugh, J., Abildskov, T.J., **Bigler, E.D.** High correlations between MRI brain volume measurements based on NeuroQuant and FreeSurfer. *Psychiatry Res Neuroimaging. 2018 May 30. Pii: S0925-4927(17)30361-X. doi: 10.1016/j.pscychresns.2018.05.007.* PMID: 29880256

Prigge, M.B.D.,   **Bigler, E.D.,** Travers, B.G., Froehlich, A., Abildskov, T., Anderson, J.S., Alexander, A.L., Lange, N., Lainhart, J.E., Zielinski, B.A.  Social responsiveness (SRS) in relation to longitudinal cortical thickness changes in autism spectrum disorder. *J. Autism Dev Disord. 2018 Oct; 48(10):3319-3329. doi: 10.1007/s10803-018-3566-1.* PMID: 29728946

Kenzie, E.S.,   Parks, E.L., **Bigler, E.D.,** Wright, D.W., Lim, M.M., Chestnutt, J.C., Hawryluk, G.W.J., Gordon, W., Wakeland, W.  The dynamics of concussion: Mapping pathophysiology, persistence, and recovery with causal-loop diagramming. *Front Neurol. 2018 Apr 4; 9-203. doi: 10.10.3389/fneur.2018.00203.eCollections 2018.* PMID: 29670568

Tate, D.F.,   Wade, B.S.C., Velez, C.S., Drennon, A.M., Bolzenius, J.D., Cooper, D.B., Kennedy, J.E., Reid, M.W., Bowles, A.O., Thompson, P.M., Gutman, B.A., Lewis, J.D., Ritter, J.L., York, G.E., **Bigler, E.D.**  Subcortical shape and neuropsychological function among U.S. service members with mild traumatic brain injury. *Brain Imaging Behav. 2018 Mar 21. doi: 10.1007/s11682-018-9854-8.* PMID: 29564659

McMillan, T.,   **Bigler, E.D.,** Teasdale, G., Ponsford, J., Murray, G.D.  Outcome assessment after traumatic brain injury. *Lancet Neurol. 2018 Apr; 17(4):299. doi: 10.1016/S1474-442(18)30041-3. Epub 2018 Mar 13.* PMID: 29553377

Bolzenius, J.D.,   Wade, B.S.C., Velez, C.S., Drennon, A.M., Cooper, D.B., Kennedy, J.E., Reid, M.W., Bowles, A.O., Thompson, P.M., Gutman, B., Lewis, J.D., Ritter, J.L., York, G.E., **Bigler, ED.,** & Tate, D.F. Relationships between subcortical shape measures and subjective symptom reporting in US service members with mild traumatic brain injury. *J Head Trauma Rehabil. 2018 Mar/Apr; 33(2):113-122. doi: 10.1097/HTR.0000000000000379.* PMID: 29517591

Bolzenius, J.D.,   Velez, C.S., Lewis, J.D., **Bigler, E.D.,** Wade, B.S.C., Cooper, D.B., Kennedy, J.E., Reid, M.W., Ritter, J.L., York, G.E., & Tate, D.F.  Diffusion imaging findings in U.S. service members with mild traumatic brain injury and post traumatic stress disorder.  *J Head Trauma Rehabil. 2018 Jan 30.doi: 10.1097/HTR.0000000000000378.* PMID: 29385017.

Clark, A.L.,   Sorg, S.F., Holiday, K., **Bigler, E.D.** Bangen, K.J., Evangelista, N.D., Bondi, M.W., Schiehser, D.M., Delano-Wood, L. Fatigue is associated with global and regional thalamic morphometry in veterans with a history of mild traumatic brain

*injury. J Head Trauma Rehabil. 2018 Jan 30. doi: 10.1097/HTR.0000000000000377.* PMID: 29385016

McLaughlin, K.,   Travers, B.G., Dadalko, O.I., Dean, D.C. 3rd, Tromp, D., Adluru, N., Detische, D., Freeman, A., Prigge, M.D., Froehlich, A., Duffield, T.C., Zielinski, B.A., **Bigler, E.D.,** Lange, N. Anderson, J.S. Alexander, A.L., Lainhart, J.E. Longitudinal development of thalamic and internal capsule microstructure in autism spectrum disorder. *Autism Res. 2018 Mar; 11(3):450-462. doi: 10.1002/aur.1909.* PMID: 29251836

Brown, G.G.,   Anderson, V., **Bigler, E.D.,** Chan, A.S., Fama, R., Grabowski, T.J., Zakzanis, K.K. Celebrating the 125th Anniversary of the American Psychological Association: A quarter century of neuropsychology. *Neuropsychology. 2017 Nov; 31(8):843-845. Doi: 10.1037/neu0000450.* PMID: 29376666

Lalani, S.J.,   Duffield, T.C., Trontel, H.G., **Bigler, E.D.,** Abildskov, T.J., Froehlich, A., Prigge, M.B.D., Travers, B.G., Anderson, J.S., Zielinski, B.A., Alexander, A., Lange, N., Lainhart, J.E. Auditory attention in autism spectrum disorder: An exploration of volumetric magnetic resonance imaging findings. *J. Clin Exp Neuropsychol. 2018 Jun; 40(5):502-517. doi: 10.1080/13803395.2017.1373746. Epub: 2017 Oct 26.* PMID: 29072106

Goodrich-Hunsaker, N.J., Abildskov, T.J., Black, G., **Bigler, E.D.,** Cohen, D.M., Mihalov, L.K., Bangert, B.A., Taylor, H.G., Yeates, K.O. Age- and sex-related effects in children with mild traumatic brain injury on diffusion magnetic resonance imaging properties: A comparison of voxelwise and tractography methods. *J Neurosci Res. 2018 Apr; 96(4):626-641. doi: 10.1002/jnr.24142. Epub 2017 Oct 6.* PMID: 28984377

Kenzie, E.S.,   Parks, E.L., **Bigler, E.D.,** Lim, M.M., Chestnut, J.C., Wakeland, W. Concussion As a Multi-Scale Complex System: An Interdisciplinary Synthesis of Current Knowledge. *Front Neurol. 2017 Sep 28;8:513. doi: 10.3389/fneur.2017.00513. eCollection 2017.* PMID: 29033888

Kamins, J.,   **Bigler, E.D.,** Covassin, T., Henry, L., Kemp, S., Leddy, J.J., Mayer, A., McCrea, M., Prins, M., Schneider, K.J., Valovich, McLeod, T.C., Zemek, R., Giza, C.C. What is the physiological time to recover after concussion? A systematic review. *Br J Sports Med. 2017 Jun; 51(12):935-940. Doi: 10.1136/bjsports-2016-097464. Epub 2017 Apr 28. Review.* PMID: 28455363

Zasler, N.D.,   **Bigler, E.D.** (2017).Medicolegal Issues in Traumatic Brain Injury. *Phys Med Rehabil Clin N Am. 2017 May;28(2):379-391. doi:10.1016/j.pmr.2016.12.012.* PMID: 28390520

Lundwall, R.A.,   Stephenson, K.G., Neeley-Tass, E.S., Cox, J.C., South, M., **Bigler, E.D.,** Anderberg, E., Prigge, M.D., Hansen, B.D., Lainhart, J.E., Kellems, R.O., Petrie, J.A., Gabrielsen, T.P. (2017). Relationship between brain stem volume and aggression in children diagnosed with autism spectrum disorder.Res Autism Spectr Disord. *2017 Feb;34:44-51. doi: 10.1016/j.rasd.2016.12.001.Epub 2016 Dec 9.* PMID: 28966659

Dean, D.C. 3rd,   Lange, N., Travers, B.G., Prigge, M.B., Matsunami, N., Kellett, K.A., Freeman, A., Kane, K.L., Adluru, N., Tromp, D.P., Destiche, D.J., Samsin, D., Zielinski,

B.A., Fletcher, P.T., Anderson, J.S., Froehlich, A.L., Leppert, M.F., **Bigler, E.D.**, Lainhart, J.E., Alexander, A.L. (2017).Multivariate characterization of white matter heterogeneity in autism spectrum disorder.*Neuroimage Clin. 2017 Jan 6;14:54-66. doi: 10.1016/j.nicl.2017.01.002*. PMID: 28138427

Lundwall, R. A.,   Stephenson, K. G., Neely-Tass, E. S., Cox, J. C., South, M., **Bigler, E. D.**, Anderberg, E., Prigge, M. D., Hansen, B. D., Lainhart, J. E., Kellems, R. O., Petrie, J., & Gabrielsen, T. P. (2017). Relationship between brain stem volume and aggression in children diagnosed with autism spectrum disorder. *Research in Autism Spectrum Disorders.* http://dx.doi.org/10.1016/j.rasd.2016.12.001. PMID: 28966659

Stone, J.R.,   Wilde, E.A., Taylor, B.A., Tate, D.F., Levin, H., **Bigler, E.D.,**  Scheibel, R.S., Newsome, M.R., Mayer, A.R., Abildskov, T., Black, G.M., Lennon, M.J., York, G.E., Agarwal, R., DeVillasante, J., Ritter, J.L., Walker, P.B., Ahlers, S.T., & Tustison, N.J. (2016) Supervised learning technique for the automated identification of white matter hyperintensities in traumatic brain injury. *Brain Injury. 2016;30(12):1458-1468.* PMID: 27834541

Majercik, S.,   Bledose, J., Ryser, D., Hopkins, R.O., Fair, J.E., Frost, R.B., MacDonald, J., Barrett, R., Horn, S., Pisani, D., **Bigler, E.D.,** Gardner, S., Stevens, M., & Larson, M.J. (2016) Volumetric analysis of day of injury computed tomography is associated with rehabilitation outcomes after traumatic brain injury. *The Journal of Trauma and Acute Care Surgery. 2017 Jan;82(1):80-92. Doi: 10.1097/TA.000000000001263.* PMID: 27805992

Tate, D.F.,   Wade, B.S., Velez, C.S., Drennon, A.M., Bolzenius, J., Gutman, B.A., Thompson, P.M., Lewis, J.D., Wilde, E.A., **Bigler, E.D.**, Shenton, M.E., Ritter, J.L., & York, G.E. (2016). Volumetric and shape analyses of subcortical structures in United States service members with mild traumatic brain injury. *Journal of Neurology. 2016 Oct;263(10):2065-79. doi: 10.1007/s00415-016-8236-7. Epub 2016 Jul 19.* PMID: 27435967

Dean,D.C. 3rd,   Travers, B.G., Adluru, N., Tromp do, P.M., Destiche, d.J., Samsin, d., Prigge, M.B., Zielinski, B.A., Fletcher, P.T., Anderson, J.S., Froehlich, A.L., **Bigler, E.D.**, Lange, N., Lainhart, J.E., & Alexander, A.L. (2016). Investigating the Microstructural Correlation of White Matter in Autism Spectrum Disorder. *Brain Connectivity. 2016 Jun;6(5):415-33. doi: 10.1089/brain.2015.0385. Epub 2016 May 5.*PMID: 27021440

Shultz, E.L.,   Hoskinson, K.R., Keim, M.C., Dennis, M., Taylor, H.G., **Bigler, E.D.**, Rubin, K.H., Vannatta, K., Gerhardt, C.A., Stancin, T., & Yeates, K.O. (2016). Adaptive functioning following pediatric traumatic brain injury: Relationship to executive function and processing speed. *Neuropsychology. 2016 Oct;30(7):830-40. doi: 10.1037/neu0000288.* PMID: 27182708

Travers, B.G.,   **Bigler, E.D.**, Duffield, T.C., Prigge, M.D., Froehlich, A.L., Lange, N., Alexander, A.L., & Lainhart, J.E. (2016). Longitudinal development of manual motor ability in autism spectrum disorder from childhood to mid-adulthood relates to adaptive daily living skills. *Developmental Science. 2016 Apr 7. doi: 10.1111/desc.12401.* PMID 27061223

Green, R.R.,        **Bigler, E.D.**, Froehlich, A., Prigge, M.B., Travers, B.G., Cariello, A.N., Anderson, J.S., Zielinski, B.A., Alexander, A., Lange, N., & Lainhart, J.E. (2016). Beery VMI performance in autism spectrum disorder. *Child Neuropsychology. 2016;22(7):795-817. doi: 10.1080/09297049.2015.1056131. Epub 2015 Aug 21. PMID: 26292997*

Wilde, E.A.        **Bigler, E.D.**, Huff, T. J., Wang, H., Black, G., Christensen, Z., Goodrich-Hunsaker, N., Petrie, J., Abildskov, T. J., Taylor, B., Stone, J. R., Tustison, N., Newsome, M. R., Levin, H. S., Chu, Z. D., York, G., & Tate, D. F. (2016). Quantitative structural neuroimaging of mild TBI in the Chronic Effects of Neurotrauma Consortium (CENC): volumetric data within and across scanners. *Brain Injury, 2016 June 13; 30(12):1442-1451. Epub 2016 Nov 11.* PMID: 27834540

Furst, A.J.,        & **Bigler, E.D.** (2016). Amyloid plaques in TBI: Incidental finding or precursor for what is to come? *Neurology. 2016 Mar 1;86(9):798-9. doi: 10.1212/WNL.0000000000002426. Epub 2016 Feb 3.* PMID: 26843567

Hayes, J.P.,        **Bigler, E.D.**, & Verfaellie, M. (2016). Traumatic Brain Injury as a Disorder of Brain Connectivity. *Journal of the International Neuropsychological Society. 2016 Feb;22(2):120-37. doi: 10.1017/S1355617715000740.* PMID: 26888612

Root, A.E.,        Wimsatt, M., Rubin, K., **Bigler, E.D.**, Dennis, M., Gerhardt, C.A., Stancin, T., Taylor, K.G, Vannatta, K., & Yeates, K.O. (2016). Children with Traumatic Brain Injury: Associations Between Parenting and Social Adjustment. *Journal of Applied Developmental Psychology. 2016 Jan-Feb; 42:1-7. Doi: 10.1016/j.appdev.2015.10.002.* PMID: 26726276

Moran, L. M.,        **Bigler, E. D.**, Dennis, M., Gerhardt, G. A., Rubin, K. H., Stancin, T., Taylor, H. G., Vannatta, K. A., & Yeates, K. O. (2015). Social problem-solving and social adjustment in paediatric traumatic brain injury. *Brain Injury. 2015 Dec;29(13-14):1682-90. doi: 10.3109/02699052.2015.1075140.* PMID: 26378419

Max, J.E.,        Lopez, A., Wilde, E.A., **Bigler, E.D.**, Schachar, R.J., Saunders, A., Ewing-Cobbs, L., Chapman, S.B., Yang, T.T., & Levin, H.S. (2015). Anxiety disorders in children and adolescents in the second six months after traumatic brain injury. *Journal of Pediatric Rehabilitation Medicine, 2015 Dec 1; 8(4):345-55.*PMID: 26684074

Koerte, I.K,        Lin, A.P., Willems, A., Muehlmann, M., Hufschmidt, J., Coleman, M.J., Green, I., Tate, D., Wilde, E., Pasternak, O., Bouix, S., Rathi, Y., **Bigler, E.D.**, Stern, R.A., & Shenton, M.E. (2015). A review of neuroimaging findings in repetitive brain trauma. *Brain Pathology, 2015 May;25(3):318-49. doi: 10.1111/bpa.12249.* PMID: 25904047

Heverly-Fitt, S.,        Rubin, K. H., Dennis, M., Taylor, H. G., Stancin, T., Gerhardt, C. A., Vannatta, K., **Bigler, E. D.**, & Yeates, K. O. (2015). Investigating a proposed model of social competence in children with traumatic brain injury. *Journal of Pediatric Psychology. 2015 Sep 15. pii: jsv085. [Epub ahead of print]. Doi: 10.1093/jpepsy/jsv085.* PMID: 26374864

Clark, A.L.,        Sorg, S.F., Schiehser, D.M., **Bigler, E.D.**, Bondi, M.W., Luc, N., Kim, R., Jacobson, M.W., Jak, A.J., & Delano-Wood, L. (2015, in press). White matter

associations with Performance Validity Testing in Veterans with Mild Traumatic Brain Injury (mTBI): The Utility of Biomarkers in Complicated Assessment. *Journal of Head Trauma Rehabilitation. 2015 Sep 10.* [Epub ahead of print]. PMID: 26360002

Delano-Wood, L.,   Bangen, K.J., Sorg, S.F., Clark, A.L., Schiehser, D.M., Luc, N., Bondi, M.W., Werhane, M., Kim, R.T., & **Bigler, E.D.**, (2015). Brainstem white matter integrity is related to loss of consciousness and postconcussive symptomatology in veterans with chronic mild to moderate traumatic brain injury. *Brain Imaging and Behavior. 2015 Sep; 9(3):500-512.* PMID: 26248618

Travers, B.G.,   **Bigler, E.D.**, Tromp do, P.M., Adluru, N., Destiche, D., Samsin, D., Froehlich, A., Prigge, M.D., Duffield, T.C., Lange, N., Alexander, A.L., & Lainhart, J.E. (2015) Brainstem White Matter Predicts Individual Differences in Manual Motor Difficulties and Symptom Severity in Autism. *Journal of autism and developmental disorders. 2015 Sep;45(9):3030-40. doi: 10.1007/s10803-015-2467-9.* PMID: 26001365

Sullivan, E.V.,   & **Bigler, E.D.**, (2015) Neuroimaging's Role in Neuropsychology: Introduction to the Special Issue of Neuropsychology Review on Neuroimaging in Neuropsychology. *Neuropsychology Review. 2015 Sep;25(3):221-3.* doi: 10.1007/s11065-015-9296-7. Epub 2015 Aug 15. PMID: 26275433

Max, J.E.,   Wilde, E.A., **Bigler, E.D.**, Hanten, G., Dennis, M., Schachar, R.J., Sauders, A.E., Ewing-Cobbs, L., Chapman, S.B., Thompson, W.K., Yang, T.T., & Levin, H.S. (2015) Personality Change Due to Traumatic Brain Injury in Children and Adolescents: Neurocognitive Correlates. *The Journal of Neuropsychiatry and clinical neurosciences, 2015 Jul 17:appineuropsych15030073. [Epub ahead of print]* PMID: 26185905

Jantz, P.B.,   **Bigler, E.D.**, Froehlich, A.L., Prigge, M.B., Cariello, A.N., Travers, B.G., Anderson, J., Zielinski, B.A., Alexander, A.L., Lange, N., & Lainhart, J.E. (2015) Wide Range Achievement Test in Autism Spectrum Disorder: Test-Retest Stability. *Psychological reports. 2015 Jun;116(3):674-84. doi: 10.2466/03.15.PR0.116k24w8. Epub 2015 Apr 14.* PMID: 25871566

Max, J.E.,   Friedman, K., Wilde, E.A., **Bigler, E.D.**, Hanten, G., Schachar, R.J., Saunders, A.E., Dennis, M., Ewing-Cobbs, L., Chapman, S.B., Yang, T.T., & Levin, H.S. (2015). Psychiatric disorders in children and adolescents 24 months after mild traumatic brain injury. *The Journal of neuropsychiatry and clinical neurosciences. 2015 Spring;27(2):112-20. doi: 10.1176/appi.neuropsych.13080190.* PMID: 25923850

Wolfe, K.R.,   **Bigler, E. D.**, Dennis, M., Gerhardt, C., Rubin, K., Taylor, H.G., Vannatta, K., & Yeates, K.O. (2015). Self-awareness of peer-rated social attributes in children with traumatic brain injury. *Journal of Pediatric Psychology*, Apr;40(3):272-84. PMID: 25080604

Travers, B.G.,   Tromp do, P.M., Adluru, N., Lange, N., Destiche, D., Ennis, C., Nielsen, J.A., Froechlich, A.L., Prigge, M.B., Fletcher, P.T., Anderson, J.S., Zielinski, B.A.,

**Bigler, E.D.**, Lainhart, J.E., & Alexander, A.L. (2015). Atypical development of white matter microstructure of the corpus callosum in males with autism: A longitudinal investigation. *Molecular Autism, Mar 11;6:15.* PMID: 25774283

Ochs, A.L.,     Ross, D.E., Zannoni, M.D., Abildskov, T.J., & **Bigler, E.D.** (2015). Comparison of automated brain volume measures obtained with Neuroquant® and FreeSurfer. *J Neuroimaging, Feb 26; doi: 10.1111/jon.12229.* PMID: 25727700

Lange, N.,     Travers, B.G., **Bigler, E.D.**, Prigge, M.B., Froechlich, A.L., Nielsen, J.A., Cariello, A.N., Zielinski, B.A., Anderson, J.S., Fletcher, P.T., Alexander, A.A., & Lainhart, J.E. (2015). Longitudinal volumetric brain changes in autism spectrum disorder ages 6-35 years. *Autism Research: official journal of the International Society for Autism Research, Feb;8(1):82-93. doi: 10.1002/aur.1427. Epub 2014 Nov 7.* PMID: 25381736

Trontel, H.G.,     Duffield, T.C., **Bigler, E.D.**, Abildskov, T.J., Froechlich, A., Prigge, M.B., Travers, B.G., Anderson, J.S., Zielinski, B.A., Alexander, A.L., Lange, N., & Lainhart, J.E. (2015). Mesial temporal lobe and memory function in autism spectrum disorder: An exploration of volumetric findings. *Journal of clinical and experimental neuropsychology;37(2):178-92.* PMID: 25749302

Dennis, M.     Spiegler, B.J., Simic, N., Sinopoli, K.J., Wilkinson, A., Yeates, K.O., Taylor, H.G., **Bigler, E.D.**, & Fletcher, J.M. (2014). Functional plasticity in childhood brain disorders: When, what, how, and whom to assess. *Neuropsychology Review, Dec;24(4):389-408.* PMID: 24821533

Chuang, Y.F.,     Breitner, J.C., Chiu, Y.L., Khachaturian, A., Hayden, K., Corcoran, C., Tschanz, J., Norton, M., Munger, R., Welsh-Bohmer, K., Zandi, P.P., & **Cache County Investigators** (2014). Use of diuretics is associated with reduced risk of Alzheimer's disease: the Cache County Study. *Neurobiology of Aging, Nov;35(11):2429-35.* PMID: 24910391

Heverly-Fitt, S.     Wimsatt, M.A., Menzer, M.M., Rubin, K.H., Dennis, M., Taylor, H.G., Stancin, T., Gerhardt, C.A., Vannatta, K., **Bigler, E.D.**, & Yeates, K.O. (2014). Friendship quality and psychosocial outcomes among children with traumatic brain injury. *Journal of the International Neuropsychological Society, Aug;20(7):684-93.* PMID: 24840021

Jantz, P.B.     & **Bigler, E.D.** (2014).  Neuroimaging and the school-based assessment of traumatic brain injury.  *NeuroRehabilitation; 34(3):479-92.* PMID: 24473251

Lipton, M.L.     & **Bigler, E.D.** (2014). Clarifying the Robust Foundation for and appropriate use of DTI in mTBI patients. *AJOB (American Journal of Bioethics) Neuroscience, 5(2):41-3.* PMID: 25386384

Mathias, J.L.,     Harman-Smith, Y., Bowden, S.C., Rosenfeld, J.V., & **Bigler, E.D.** (2014) Contribution of Psychological Trauma to Outcomes after Traumatic Brain Injury: Assaults versus Sporting Injuries. *Journal of Neurotrauma, Apr 1;31(7):658-69.* PMID: 24228916

Nielsen, J.A.,     Zielinski, B.A., Fletcher, P.T., Alexander, A.L., Lange, N., **Bigler, E.D.**, Lainhart, J.E., & Anderson, J.S. (2014). Abnormal lateralization of functional

connectivity between language and default mode regions in autism. *Molecular Autism, Feb 6; 5(1):8.* PMID: 24502324

Robinson, K.E.    Fountain-Zaragoza, S., Dennis, M., Taylor, H.G., **Bigler, E.D.**, Rubin, K., Vannatta, K., Gerhardt, C.A., Stancin, T., & Yeates, K.O. (2014). Executive Functions and Theory of Mind as Predictors of Social Adjustment in Childhood Traumatic Brain Injury. *Journal of Neurotrauma, Nov 15;31(22):1835-42.* PMID: 25003478

Slobounov, S.,    Bazarian, J., **Bigler, E.D.**, Cantu, R., Hallett, M., Harbaugh, r., Hovda, D., Mayer, A.R., Nuwer, M.R., Kou, Z., Lazzarino, G., Papa, L., & Vagnozzi, R. (2014). Sports-related concussion: ongoing debate. *British Journal of Sports Medicine, Jan; 48(2):75-6.* PMID: 23501836

Travers, B.G.,    **Bigler, E.D.**, Tromp, D.P., Adluru, N., Froehlich, A.L., Ennis, C., Lange, N., Nielsen, J.A., Prigge, M.B., Alexander, A.L., & Lainhart, J.E. (2014) Longitudinal processing speed impairments in males with autism and the effects of white matter microstructure. *Neuropsychologia, Jan 53:137-145.* PMID: 24269298

Wolfe, K.R.    **Bigler, E.D.**, Dennis, M., Gerhardt, C.A., Rubin, K., Taylor, H.G., Vannatta, K., & Yeates, K.O. (2014). Self-awareness of peer-rated social attributes in children with traumatic brain injuryhttp://www.ncbi.nlm.nih.gov/pubmed/25080604. *Journal of Pediatric Psychology, Apr;40(3):272-84.* PMID: 25080604

Yeates, K.O.,    **Bigler, E.D.**, Abildskov, T., Dennis, M., Gerhardt, C.A., Vannatta, K., Rubin, K.H., Stancin, T., & Taylor, H.G. (2014). Social Competence in Pediatric Traumatic Brain Injury: From Brain to Behavior. *Clinical Psychological Science, 2(1):97-107.*

Zielinski, B.A.    Prigge, M.B., Nielsen, J.A., Froechlich, A.L., Abildskov, T.J., Anderson, J.S., Fletcher, P.T., Zygmunt, K.M., Travers, B.G., Lange, N., Alexander, A.L., **Bigler, E.D.**, & Lainhart, J.E. (2014). Longitudinal changes in cortical thickness in autism and typical development. *Brain: A Journal of Neurology, Jun;137(Pt 6):1799-812.* PMID: 24755274

Clawson, A.,    Clayson, P.E., South, M., **Bigler, E.D.**, & Larson, M.J. (2013). An electrophysiological investigation of interhemispheric transfer time in children and adolescents with high-functioning autism spectrum disorders. *Journal of Autism and Developmental Disorders, Feb;45(2):363-75.* PMID: 23888358

Dennis, M.,    Spiegler, B.J., Juranek, J.J., **Bigler, E.D.**, Snead, O.C., & Fletcher, J.M. (2013) Age, plasticity, and homeostasis in childhood brain disorders. *Neuroscience & Biobehavioral Reviews, Dec;37(10 Pt 2):2760-73).* PMID: 24096190

Dennis, M.,    Simic, N., **Bigler, E.D.**, Abildskov, T., Agostino, A., Taylor, H.G., Rubin, K., Vannatta, K., Gerhardt, C.A., Stancin, T., & Yeates, K.O. (2013) Cognitive, affective, and conative theory of mind (ToM) in children with traumatic brain injury. *Developmental Cognitive Neuroscience, Jul; 5:25-39.* PMID: 23291312

Dennis, M.,    Simic, N., Agostino, A., Taylor, H.G., **Bigler, E.D.**, Rubin, K., Vannatta, K., Gerhardt, C.A., Stancin, T., & Yeates, K.O. (2013). Irony and empathy in

children with traumatic brain injury. *Journal of the International Neuropsychological Society, Mar; 19(3):338-48.* PMID: 23331976

Dennis, M.,

Agostino, A., Taylor, H.G., **Bigler, E.D.,** Rubin, K., Vannatta, K., Gerhardt, C.A., Stancin, T., & Yeates, K.O. (2013). Emotional expression and socially modulated emotive communication in children with traumatic brain injury. *Journal of the International Neuropsychological Society, Jan 19(1):34-43.* PMID: 23158960

Duffield, T.C.,

Trontel, H.G., **Bigler, E.D.,** Froehlich, A., Prigge, M.B., Travers, B., Green, R.R., Cariello, A.N., Cooperrider, J., Nielsen, J., Alexander, A., Anderson, J., Fletcher, P.T., Lange, N., Zielinski, B., & Lainhart, J. (2013) Neuropsychological investigation of motor impairments in autism. *Journal of Clinical and Experimental Neuropsychology, Oct; 35(8):867-881.* PMID: 23985036

Harman-Smith, Y.E.,

Mathias, J.L., Bowden, S.C., Rosenfeld, J.V., & **Bigler, E.D.** (2013) Wechsler Adult Intelligence Scale-Third Edition profiles and their relationship to self-reported outcome following traumatic brain injury. *Journal of Clinical and Experimental Neuropsychology, Oct; 35(8):785-798.* PMID: 23947758

Kourtidou, P.,

McCauley, S.R., **Bigler, E.D.,** Traipe, E., Wu, T.C., Chu, Z.D., Hunter, J.V., Li, X., Levin, H.S., & Wilde, E.A. (2013). Centrum Semiovale and Corpus Callosum Integrity in Relation to Information Processing Speed in Patients With Severe Traumatic Brain Injury. *Journal of Head Trauma Rehabilitation, Nov-Dec;28(6):433-41.* PMID: 22832369

Mathias, J.L.,

Dennington, V., Bowden, S.C., & **Bigler, E.D.** (2013) Community versus orthopaedic controls in traumatic brain injury research: how comparable are they? *Brain Injury, 27(7-8):887-95.* PMID: 23758520

Max, J.E.

Pardo, D., Hanten, G., Schachar, R.J., Saunders, A.E., Ewing-Cobbs, L., Chapman, S.B., Dennis, M., Wilde, E.A., **Bigler, E.D.,** Thompson, W.K., Yang, T.T., & Levin, H.S. (2013). Psychiatric disorders in children and adolescents six-to-twelve months after mild traumatic brain injury. *Journal of Neuropsychiatry and Clinical Neurosciences, Fall 25(4):272-82.* PMID: 24247854

Max, J.E.

Schachar, R.J., Landis, J., **Bigler, E.D.,** Wilde, E.A., Saunders, A.E., Ewing-Cobbs, L., Chapman, S.B., Dennis, M., Hanten, G., & Levin, H.S. (2013). Psychiatric disorders in children and adolescents in the first six months after mild traumatic brain injury. *Journal of Neuropsychiatry and Clinical Neurosciences, Jul 1 25(3):187-97.* PMID: 24026712

Merkley, T.L.,

Larson, M.J., **Bigler, E.D.,** Good, D.A., & Perlstein, W.M. (2013). Structural and Functional Changes of the Cingulate Gyrus following Traumatic Brain Injury: Relation to Attention and Executive Skills. *Journal of the International Neuropsychological Society, Sep 19(8):899-910.* PMID: 23845701

Nielsen, J.A.,

Zielinski, B.A., Fletcher, P.T., Alexander, A.L., Lange, N., **Bigler, E.D.,** Lainhart, J.E., & Anderson, J.S. (2013). Multisite functional connectivity MRI classification of autism: ABIDE results. *Frontiers in Human Neuroscience, Sep 25; 7:599.* PMID: 24093016

| Prigge, M.D., | Lange, N., **Bigler, E.D.,** Merkley, T.L., Neeley, E.S., Abildskov, T.J., Froehlich, A.L., Nielsen, J.A., Cooperrider, J.R., Cariello, A.N., Ravichandran, C., Alexander, A.L., & Lainhart, J.E. (2013). Corpus Callosum Area in Children and Adults with Autism. *Research in Autism Spectrum Disorders, 7(2):221-234.* PMID: 23130086 |
|---|---|

| Prigge, M.D., | **Bigler, E.D.,** Fletcher, P.T., Zielinski, B.A., Ravichandran, C., Anderson, J., Froehlich, A., Abildskov, T., Papadopolous, E., Maasberg, K., Nielsen, J.A., Alexander, A.L., Lange, N., & Lainhart, J. (2013). Longitudinal Heschl's gyrus growth during childhood and adolescence in typical development and autism. *Autism Research, Apr; 6(2):78-90.* PMID: 23436773 |

| Spitz, G., | **Bigler, E.D.,** Abildskov, T., Maller, J.J., O'Sullivan, R., & Ponsford, J.L. (2013) Regional cortical volume and cognitive functioning following traumatic brain injury. *Brain and Cognition, Oct; 8, 3(1):34-44.* PMID: 23872098 |

| Trontel, H.G. | Duffield, T.C., **Bigler, E.D.,** Froechlich, A., Prigge, M.B., Nielsen, J.A., Cooperrider, J.R., Cariello, A.N., Travers, B.G., Anderson, J.S., Zielinski, B.A., Alexander, A., Lange, N., & Lainhart, J.E. (2013). Fusiform Correlates of Facial Memory in Autism. *Behavioral Sciences, 3(3): 348-71.* PMID: 24761228 |

| Wilde, E.A., | Merkley TL, **Bigler E.D.,** Max JE, Schmidt AT, Ayoub KW, McCauley SR, Hunter JV, Hanten G, Li X, Chu ZD, & Levin HS. (2013). Longitudinal changes in cortical thickness in children after traumatic brain injury and their relation to behavioral regulation and emotional control. *International Journal of Developmental Neuroscience, May 30(3):267-76.* PMID: 22266409 |

| Yallampalli R., | Wilde, E.A., **Bigler, E.D.,** McCauley, S.R., Hanten, G., Troyanskaya, M., Hunter, J.V., Chu, Z., Li, X., & Levin, H.S. (2013). Acute White Matter Differences in the Fornix Following Mild Traumatic Brain Injury Using Diffusion Tensor Imaging. *Journal of Neuroimaging, Apr;23(2):224-7.* PMID: 21988147 |

| Yeates, K.O., | Gerhardt, C.A., **Bigler, E.D.,** Abildskov, T., Dennis, M., Rubin, K.H., Stancin, T., Taylor, H.G., & Vannatta, K. (2013) Peer relationships of children with traumatic brain injury. *Journal of the International Neuropsychological Society, May;19(5):518-27.* PMID: 23340166 |

| Cho, Y., | Seong, J.K., Jeong, Y., Shin, S.Y., & **Alzheimer's Disease Neuroimaging Initiative**\*\* (2012). Individual subject classification for Alzheimer's disease based on incremental learning using a spatial frequency representation of cortical thickness data. *NeuroImage, Feb 1; 59(3):2217-30.* PMID: 22008371 |

| Dennis, M., | Simic, N., Gerry, Taylor H., **Bigler, E.D.,** Rubin, K., Vannatta, K., Gerhardt, C.A., Stancin, T., Roncadin, C., & Yeates, K.O. (2012). Theory of mind in children with traumatic brain injury. *Journal of the International Neuropsychological Society, Sep; 18(5):908-16.* PMID: 22846440 |

| Eskildsen, S.F., | Coupe, P., Fonov, V., Manjon, J.V., Leung, K.K., Guizard, N., Wassef, S.N., Ostergaard, L.R., Collins, D.L., & **Alzheimer's Disease Neuroimaging Initiative**\*\* (2012). BEaST: brain extraction based on nonlocal segmentation technique. *NeuroImage, Feb 1; 59(3):2362-73.* PMID: 21945694 |

Froehlich A.L.,     Anderson JS, **Bigler ED**, Miller JS, Lange NT, Dubray MB, Cooperrider JR, Cariello A, Nielsen JA, & Lainhart JE. (2012). Intact Prototype Formation but Impaired Generalization in Autism. *Research in Autism Spectrum Disorders, 6(2):921-930.* PMID: 22291857

Hopkins, R.O.,     & **Bigler, E.D.** (2012). Neuroimaging of anoxic injury: implications for neurorehabilitation. *NeuroRehabilitation, 31(3):319-29.* PMID: 23093458

Max, J.E.     Wilde, E.A., **Bigler, E.D.,** Thompson, W.K., MacLeod, M., Vasquez, A.C., Merkley, T.L., Hunter, J.V., Chu, Z.D., Yallampalli, R., Hotz, G., Chapman, S.B., Yang, T.T., & Levin, H.S. (2012) Neuroimaging correlates of novel psychiatric disorders after pediatric traumatic brain injury. *Journal of the American Academy of Child and Adolescent Psychiatry, Nov 51(11):1208-17.* PMID: 23101746

Max, J.E.     Wilde, E.A., **Bigler, E.D.**, MacLeod, M., Vasquez, A.C., Schmidt, A.T., Chapman, S.B., Hotz, G., Yang, T.T., & Levin, H.S. (2012). Psychiatric disorders after pediatric traumatic brain injury: a prospective, longitudinal, controlled study. *The Journal of Neuropsychiatry and Clinical Neurosciences, Fall 24(4):427-36.* PMID: 23224448

Max, J.E.     Keatley, E., Wilde, E.A., **Bigler, E.D.,** Schachar, R.J., Saunders, A.E., Ewing-Cobbs, L., Chapman, S.B., Dennis, M., Yang, T.T., & Levin, H.S. (2012). Depression in children and adolescents in the first 6 months after traumatic brain injury. *International Journal of Developmental Neuroscience, 17 May 30(3):239-45.* PMID: 22197971

Norton, M.C.,     Dew, J., Smith, H., Fauth, E., Piercy, K.W., Breitner, J.C., Tschanz, J., Wengreen, H., Welsh-Bohmer, K., & **Cache County Investigators\*** (2012). Lifestyle behavior pattern is associated with different levels of risk for incident dementia and Alzheimer's disease: the Cache County Study. *Journal of the American Geriatrics Society, Mar; 60(3):405-12.* PMID: 22316091

Shah, S.,     Yallampalli, R., Merkley, T., McCauley, S.R., **Bigler, E.D.,** MacLeod, M., Chu, Z., Xiaoqi, L., Troyanskaya, M., Hunter, J.V., Levin, H.S., Clifton, G.L., & Wilde, E.A. (2012). Diffusion tensor imaging and volumetric analysis of the ventral striatum in adults with traumatic brain injury. *Brain Injury, 26(3):201-10.* PMID: 22372408

Shen, K.K.,     Fripp, J., Meriaudeau, F., Chetelat, G., Salvado, O., Bourgeat, P., & **Alzheimer's Disease Neuroimaging Initiative\*\*** (2012). Detecting global and local hippocampal shape changes in Alzheimer's disease using statistical shape models. *NeuroImage, Feb 1; 59(3):2155-66.* PMID: 22037419

Skoog, I.,     Olesen, P.J., Blennow, K., Palmertz, B., Johnson, S.C., & **Bigler, E.D.** (2012). Head size may modify the impact of white matter lesions on dementia. *Neurobiological Aging, Jul; 33(7):1186-93.* PMID: 21420196

Tate, D.F.,     Shenton ME, & **Bigler ED**., (2012). Introduction to the brain imaging and behavior special issue on neuroimaging findings in mild traumatic brain injury. *Brain Imaging Behavior, Jun 6(2):103-7.* PMID: 22706729

Travers, B.G.,      Adluru N, Ennis C, Tromp DP, Destiche D, Doran S, **Bigler ED**, Lange N, Lainhart JE, & Alexander AL. (2012). Diffusion Tensor Imaging in Autism Spectrum Disorder: A Review. *Autism Research, Oct;5(5):289-313.* PMID: 22786754

Wilde, E.A.      Hunter, J.V., & **Bigler, E.D.** (2012). Pediatric traumatic brain injury: neuroimaging and neurorehabilitation outcome. *NeuroRehabilitation, 31(3):245-60.* PMID: 23093453

Wilde, E.A.      Hunter, J.V., & **Bigler, E.D.** (2012). Neuroimaging in neurorehabilitation. *NeuroRehabilitation, 31(3):223-6.* PMID: 23093451

Wilde, E.A.,      Ayoub K.W., **Bigler E.D.,** Chu ZD, Hunter JV, Wu TC, McCauley SR, & Levin HS. (2012). Diffusion tensor imaging in moderate-to-severe pediatric traumatic brain injury: changes within an 18 month post-injury interval. *Brain Imaging Behavior, Sept;6(3):404-16.* PMID: 22399284

Wilde, E.A.,      McCauley SR, Barnes A, Wu TC, Chu Z, Hunter JV, & **Bigler ED.** (2012). Serial measurement of memory and diffusion tensor imaging changes within the first week following uncomplicated mild traumatic brain injury. *Brain Imaging Behavior, Jun 6(2):319-28.* PMID: 22684768

Wilde, E.A.      Hunter, J.V., & **Bigler, E.D.** (2012). A primer of neuroimaging analysis in neurorehabilitation outcome research. *NeuroRehabilitation, 31(3):227-42.* PMID: 23093452

Zielinski, B.A.,      Anderson, J.S., Froehlich, A.L., Prigge, M.B., Nielsen, J.A., Cooperrider, J.R., Cariello, A.N., Fletcher, P.T., Alexander, A.L., Lange, N., **Bigler, E.D.,** & Lainhart, J.E. (2012). scMRI reveals large-scale brain network abnormalities in autism. *PLoS One, 7(11):e49172.* PMID: 23185305

Anderson, J.S.,      Druzgal, T.J., Froehlich, A., DuBray, M.B., Lange, N., Alexander, A.L., Abildskov, T., Nielson, J.A., Cariello, A.N., Cooperrider, J.R., **Bigler, E.D.,** & Lainhart, J.E. (2011). Decreased interhemispheric functional connectivity in autism. *Cerebral Cortex, May; 21(5); 1134-46.* PMID: 20943668

Anderson, J.S.,      Nielson, J.A., Froehlich, A.L., Dubray, M.B., Druzgal, T.J., Cariello, A.N., Cooperrider, J.R., Zielinski, B.A., Ravichandran, C., Fletcher, P.T., Alexander, A.L., **Bigler, E.D.,** Lange, N., & Lainhart, J.E. (2011). Functional connectivity magnetic resonance imaging classification of autism. *Brain, Oct. 17. Dec;134(Pt 12):3742-54.* PMID: 22006979

Christidi, F.,      **Bigler, E.D.,** McCauley, S.R., Schnelle, K.P., Merkley, T.L., Mors, M.B., Li, X., Macleod, M., Chu, Z., Hunter, J.V., Levin, H.S., Clifton, G.L., & Wilde, E.A. (2011). Diffusion tensor imaging of the perforant pathway zone and its relation to memory function in patients with severe traumatic brain injury. *Journal of Neurotrauma, May; 28(5):711-25.* PMID: 21381986

Di Paola, M.,      Moscatelli, A., **Bigler, E.D.,** Caltagirone, C., & Carlesimo, G.A. (2011). White matter changes in patients with hypoxic amnesia. *Neurocase, Feb; 17(1):46-56.* PMID: 20981620

Kauwe, J.S.,    Cruchaga, C., Karch, C.M., Sadler, B., Lee, M., Mayo, K., Latu, W., Su'a, M., Fagan, A.M., Holtzman, D.M., Morris, J.C., **Alzheimer's Disease Neuroimaging Initiative**\*\*, & Goate, A.M. (2011). Fine mapping of genetic variants in BIN1, CLU, CR1 and PICALM for association with cerebrospinal fluid biomarkers for Alzheimer's disease. *PLoS One, Feb 9; 6(2):e15918.* PMID: 21347408

Lajiness-O'Neill, R,    Erdodi, L., & **Bigler, E.D.,** (2011). Demographic and Injury-Related Moderators of Memory and Achievement Outcome in Pediatric TBI. *Applied Neuropsychology, Oct; 18(4):298-308.* PMID: 22074069

Max, J.E.,    Keatley, E., Wilde, E.A., **Bigler, E.D.,** Levin, H.S., Schachar, R.J., Saunders, A., Ewing-Cobbs, L., Chapman, S.B., Dennis, M., & Yang, T.T. (2011). Anxiety disorders in children and adolescents in the first six months after traumatic brain injury. *Journal of Neuropsychiatry and Clinical Neuroscience, 23(1):29-39.* PMID: 21304136

McCauley, S.R.,    Wilde, E.A., **Bigler, E.D.,** Chu, Z., Yallampalli, R., Oni, M.B., Wu, T.C., Ramos, M.A., Pedroza, C., Vasquez, A.C., Hunter, J.V., & Levin, H.S. (2011). Diffusion tensor imaging of incentive effects in prospective memory after pediatric traumatic brain injury. *Journal of Neurotrauma, Apr; 28(4): 503-16.* PMID: 21250917

McEvoy, L.K.,    Holland, D., Hagler, D.J. Jr., Fennema-Notestine, C., Brewer, J.B., Dale, A.M., & **Alzheimer's Disease Neuroimaging Initiative**\*\* (2011). Mild cognitive impairment: baseline and longitudinal structural MR imaging measures improve predictive prognosis. *Radiology, Jun; 259(3):834-43.* PMID: 21471273

Olesen, P.J.,    Guo, X., Gustafson, D., Borjesson-Hanson, A., Sacuiu, S., Eckerstrom, C., **Bigler, E.D.,** & Skoog, I. (2011) A population-based study on the influence of brain atrophy on 20-year survival after age 85. *Neurology, 76(10): 879-86.* PMID: 21383324

Pannek, K,    Mathias, J.L., **Bigler, E.D.,** Brown, G., Taylor, J.D., & Rose, S.E. (2011). The average pathlength map: a diffusion MRI tractography-derived index for studying brain pathology. *NeuroImage, Mar 1; 55(1): 133-41.* PMID: 21147236

Southwick, J.S.,    **Bigler, E.D.,** Froehlich, A., Dubray, M.B., Alexander, A.L., Lange, N., & Lainhart, J.E. (2011). Memory functioning in children and adolescents with autism. *Neuropsychology, Nov, 25 (6): 702-10.* PMID: 21843004

Tate, D.F.,    Neeley, E.S., Norton, M.C., Tschanz, J.T., Miller, M.J., Wolfson, L., Hulette, C., Leslie, C., Welsh-Bohmer, K.A., Plassman, B., & **Bigler, E.D.** (2011). Intracranial volume and dementia: some evidence in support of the cerebral reserve hypothesis. *Brain Research, Apr 18; 1385: 151-62.* PMID: 2117323

Tate, D.F.,    Khedraki, R., Neeley, E.S., Ryser, D.K., & **Bigler, E.D.** (2011). Cerebral volume loss, cognitive deficit, and neuropsychological performance: comparative measures of brain atrophy: II. Traumatic brain injury. *Journal of International Neuropsychological Society, Mar 17(2):308-16.* PMID: 21352625

Tate, D.F.,    Sampat, M., Harezlak, J., Fiecas, M., Hogan, J., Dewey, J., McCaffrey, D., Branson, D., Russell, T., Conley, J., Taylor, M., Schifitto, G., Zhong, J., Daar,

E.S., Alger, J., Brown, M., Singer, E., Campbell, T., McMahon, D., Tso, Y., Matesan, J., Letendre, S., Paulose, S., Gaugh, M., Tripoli, C., Yiannoutsos, C., **Bigler E.D.,** Cohen, R.A., Guttmann, C.R., Navia, B., & HIV Neuroimaging Consortium (2011). Regional areas and widths of the midsagittal corpus callosum among HIV-infected patients on stable antiretroviral therapies. *Journal of Neurovirology, Aug; 17(4):368-79.* PMID: 21556960

Tosun, D.,        Schuff, N., Mathis, C.A., Jagust, W., Weiner, M.W., & **Alzheimer's Disease Neuroimaging Initiative**\*\* (2011). Spatial patterns of brain amyloid-beta burden and atrophy rate associations in mild cognitive impairment. *Brain, Apr; 134(Pt 4):1077-88.* PMID: 21429865

Vos, P.E.,        & **Bigler, E.D.** (2011). White matter in traumatic brain injury: Dis- or disconnection? *Neurology, Aug 30; 77(9): 810-1.* PMID: 21813789

Wilde, E.A.,      Newsome, M.R., **Bigler, E.D.,** Pertab, J., Merkley, T.L., Hanten, G., Scheibel, R.S., Li, X., Chu, Z., Yallampalli, R., Hunter, J.V., & Levin, H.S. (2011). Brain imaging correlates of verbal working memory in children following traumatic brain injury. *International Journal of Psychophysiology, Oct. 8, 2 (1), 86-96.* PMID: 21565227

Willis, P.F.,     & **Bigler, E.D.** (2011). Are effort measures sensitive to cognitive impairment? *Military Medicine, Dec 176(12):1426-31.* PMID: 22338360

Anderson, J.S.,   Lange, N., Froehlich, A., DuBray. M.B., Druzgal, T.J., Froimowitz, M.P. Alexander, A.L., **Bigler, E.D.,** & Lainhart, J.E. (2010). Decreased left posterior insular activity during auditory language in autism. *American Journal of Neuroradiology, Jan; 31(1).131-139.* PMID: 19749222

Chu, Z.,          Wilde, E.A., Hunter, J.V., McCauley, S.R., **Bigler, E.D.,** Troyanskaya, M., Yallampalli, R., Chia, J.M., & Levin, H.S. (2010). Voxel-based analysis of diffusion tensor imaging in mild traumatic brain injury in adolescents. *American Journal of Neuroradiology, Feb; 31(2):340-6.* PMID: 19959772

Fletcher, P.T.,   Whitaker, R.T., Tao, R., Dubray, M.B., Froehlich, A., Ravichandran, C., Alexander, A.L. **Bigler, E.D.,** Langue, N., & Lainhart, J.E. (2010). Microstructural connectivity of the arcuate fasciculus in adolescents with high-functioning autism. *NeuroImage, Jul 1; 51(3):1117-25.* PMID: 20132894

Lajiness-O'Neill, R,   Erdodi, L., & **Bigler, E.D.** (2010). Memory and learning in pediatric traumatic brain injury: a review and examination of moderators of outcome. *Applied Neuropsychology, Apr; 17 (2): 83-92.* PMID: 20467947

Lange, N.,        Dubray, M.B., Lee, J.E., Froimowitz, M.P., Froehlich, A., Adluru, N., Wright, B., Ravichandran, C., Fletcher, P.T., **Bigler, E.D.,** Alexander, A.L., & Lainhart, J.E. (2010). Atypical diffusion tensor hemispheric asymmetry in autism. *Autism Research, Dec; 3(6):350-8.* PMID: 21182212

Lange, N.,        Froimowitz, M.P., **Bigler, E.D.,** Lainhart, J.E., & Brain Development Cooperative Group (2010). Associations between IQ, total and regional brain volumes, and demography in a large normative sample of healthy children and adolescents. *Developmental Neuropsychology, May; 35(3):295-317.* PMID: 20446134

Larsen, J.D.,        Allen, M.D., **Bigler, E.D.,** Goodrich-Hunsaker, N.J., & Hopkins, R.O. (2010). Different patterns of cerebral activation in genuine and malingered cognitive effort during performance on the Word Memory Test. *Brain Injury, Feb 24(2):89-99.* PMID: 20085446

McCauley, S.R.,      Wilde, E.A., Merkley, T.L., Schnelle, K.P., **Bigler, E.D.,** Hunter, J.V., Chu, Z., Vasquez, A.C., & Levin, H.S. (2010). Patterns of cortical thinning in relation to event-based prospective memory performance three months after moderate to severe traumatic brain injury in children. *Developmental Neuropsychology, May; 35(3):318-32.* PMID: 20446135

Olesen, P.J.,        Guo, X., Gustafson, D., Borjesson-Hanson, A., Sacuiu, S., Eckerstrom, C., **Bigler, E.D.**, Palmertz, B., & Skoog, I. (2010). A population-based study on the influence of brain atrophy on 20-year survival after age 85. *Neurology. 2011 Mar 8;76(10):879-86. Doi: 10.1212/WNO,0b013e31820fe26.* PMID: 21383324

Oni, M.B.,           Wilde, E.A., **Bigler, E.D.,** Wu, T., Yallampalli, Y., McCauley, S.R., Chu, Z., Hunter, J.V., Vasquez, A.C., & Levin, H.S. (2010). Diffusion tensor imaging analysis of frontal lobes in pediatric traumatic brain injury. *Journal of Child Neurology, Aug; 25(8):976-84.* PMID: 20332386

Pannek K,            Mathias, J.L., **Bigler, E.D.,** Brown, G., Taylor, J.D., & Rose, S. (2010). An automated strategy for the delineation and parcellation of commissural pathways suitable for clinical populations utilising high angular resolution diffusion imaging tractography. *NeuroImage, Apr 15;50(3):1044-53.* PMID: 20079446

Wilde, E.A.,         Ramos, M.A., Yallampalli, R., **Bigler, E.D.,** McCauley, S.R., Chu, Z., Wu, T.C., Hanten, G., Scheibel, R.S., Li, X., Vasquez, A.C., Hunter, J.V., & Levin, H.S. (2010). Diffusion tensor imaging of the cingulum bundle in children after traumatic brain injury. *Developmental Neuropsychology, May; 35(3):333-51.* PMID: 20446136

Wu, T.C.,            Wilde, E.A., **Bigler, E.D.,** Li, X., Merkley, T.L., Yallampalli, R., McCauley, S.R., Schnelle, K.P., Vasquez, A.C., Chu, Z., Hanten, G., Hunter, J.V., & Levin, H.S. (2010). Longitudinal changes in the corpus callosum following pediatric traumatic brain injury. *Developmental Neuroscience, 32(5-6):362-73.* PMID: 20948181

Wu, T.C.,            Wilde, E.A., **Bigler, E.D.**, Yallampalli, R., McCauley, S.R., Troyanskaya, M., Chu, Z., Li, X., Hanten, G., Hunter, J.V., & Levin, H.S. (2010). Evaluating the relation between memory functioning and cingulum bundles in acute mild traumatic brain injury using diffusion tensor imaging**.** *Journal of Neurotrauma, Feb; 27(2):303-7.* PMID: 19877826

Adluru, N.,          Hinrichs, C., Chung, M.K., Lee, J.E., Singh, V., **Bigler, E.D.,** Lange, N., Lainhart, J.E., & Alexander, A.L. (2009). Classification in DTI using shapes of white matter tracts. *Conference Proceedings of the IEEE Engineering in Medicine and Biology Society, 1:2719-22.* PMID: 19964040

Adluru N.,           Hinrichs, C., Chung, M.K., Lee, J.E., Singh, V., **Bigler, E.D.**, Lange, N., Lainhart, J.E., Alexander, A.L.Nonparametric association analysis of exchangeable clustered competing risks data. *Biometrics.* 2009 Jun;65(2):385-

*93. doi: 10.1111/j.1541-0420.2008.01072.x. Epub 2008 May 11.* PMID: 18549422

Ghosh, A.,     Wilde, E.A., Hunter, J.V., **Bigler, E.D.,** Chu, Z., Li, X., Vasquez, A.C., Menefee, D., Yallampalli, R., & Levin, H.S. (2009). The relation between Glasgow Coma Scale score and later cerebral atrophy in paediatric traumatic brain injury. *Brain Injury, Mar;23(3):228-33.* PMID: 19205959

Hayden, K.M.,     Zandi, P.P., West, N.A., Tschanz, J.T., Norton, M.C., Corcoran, C., Breitner, J.C., Welsh-Bohmer, K.A., & **Cache County Investigators\*.** (2009). Effects of family history and apolipoprotein E epsilon4 status on cognitive decline in the absence of Alzheimer dementia: the Cache County Study. *Archives of Neurology, Nov;66(11):1378-83.* PMID: 19901170

Jacobson, M.W.,     Delis, D.C, Peavy, G.M., Wetter, S.R., **Bigler, E.D.,** Abildskov, T.J., Bondi, M.W., & Salmon, D.P. (2009). The emergence of cognitive discrepancies in preclinical Alzheimer's disease: A six-year case study. *Neurocase, Aug;15(4):278-93.* PMID: 19382039

Lajiness-O'Neill, R.,     Erdodi, L., & **Bigler, E.D.,** (2010). Memory and learning in pediatric traumatic brain injury:  a review and examination of moderators of outcome. *Applied Neuropsychology, 2010 Apr;17(2):83-92. doi: 10.1080/09084281003708837.* PMID: 20467947

Lange, N.,     DuBray, M.B., Alexander, A.L., Lee, J.E., Wright, B., Froehlich, A., Froimowitz, M.P., Ravichandran, C., Chipman, J., **Bigler, E.D.,** & Lainart, J.E. (2009). Assymetry of white matter microstructure and volume in autism. PMID: 21182212

Lee, J.E.,     Chung, M.K., Lazar, M., DuBray, M., Kim, J., **Bigler, E.D.,** Lainhart, J.E., & Alexander, A.L. (2009). A study of diffusion tensor imaging by tissue-specific, smoothing-compensated voxel-based analysis. *NeuroImage, Feb;44(3):870-83. [Epub 2008 Oct 11].* PMID: 18976713

Pertab, J.,     James, K.M., & **Bigler, E.D.** (2009).  Limitations of mild traumatic brain injury meta-analyses. *Brain Injury, Jun; 23(6):498-508.* PMID: 19484623

Welsh-Bohmer, K.A.,     Ostbye, T., Sanders, L., Pieper, C.F., Hayden, K.M., Tschanz, J.T., & Norton, M.C., for the Cache Country[sic] Study Group (2009).  Neuropsychological performance in advanced age:  Influences of demographic factors and apolipoprotein E:  Findings from the **Cache County Memory Study**. *The Clinical Neuropsychologist, Jan;23(1):77-99. [Epub 2008 Jun 10].* PMID: 18609337

Wilde, E.A.,     McCauley, S.R., Chu, Z., Hunter, J.V., **Bigler, E.D.,** Yallampalli, R., Wang. Z.J., Hanten, G., Li, X., Ramos, M.A., Sabir, S.H., Vasquez, A.C., Menefee, D., & Levin, H.S. (2009) Diffusion tensor imaging of hemispheric asymmetries in the developing brain. *Journal of Clinical & Experimental Neuropsychology. Feb;31(2):205-18. [Epub 2008 Dec 3].* PMID: 19052951

Cleavinger, H. B.,     **Bigler, E. D.,** Johnson, J.L., Lu, J., & Lainhart, J. E. (2008). Quantitative magnetic resonance image analysis of the cerebellum in macrocephalic and normocephalic

children and adults with autism. *Journal of the International Neuropsychological Society, May;14(3):401-13.* PMID: 18419839

Fearing, M.A.,   **Bigler, E.D.,** Wilde, E.A., Johnson, J.L., Hunter, J.V., Xiaoqui, Li., Hanten, G., & Levin, H.S. (2008). Morphometric MRI findings in the thalamus and brainstem in children after moderate to severe traumatic brain injury. *Journal of Child Neurology, Jul;23(7):729-37.* PMID: 18658073

Hallam, B.J.,   Brown, W.S., Ross C., Buckwalter, J.G., **Bigler, E.D.,** Tschanz, J.T., Norton, M.C., Welsh-Bohmer, K.A., & Breitner, J.C.S. (2008) Regional atrophy of the corpus callosum in dementia. *The Journal of the International Neuropsychological Society, May;14(3):414-23.* PMID: 18419840

Kilian, S.,   Brown, W.S., Hallam, B.J., McMahon, W., Johnson, M., **Bigler, E.D.,** & Lainhart, J.E., (2008) Regional callosal morphology in autism and macrocephaly. *Developmental Neuropsychology, 33(1):74-99.* PMID: 18443971

Lee, J.E.   Hsu, D., Hsu, M., Alexander, A., DuBray, M., Froehlich, A., Lu, J., **Bigler, E.D.,** & Lainhart, J.E. (2008). Structural underconnectivity in autism: A neural network method for diffusion tensor tractography. *Neurology, 70 (11):Suppl 1, A2.* PMID:

Merkley, T.K.,   **Bigler, E.D.,** Wilde, E. A., McCauley, S.R., Hunter, J.V., & Levin, H.S. (2008). Diffuse changes in cortical thickness in pediatric moderate-to-severe traumatic brain injury. *Journal of Neurotrauma, Nov;25(11):1343-5.* PMID: 19061377

Norton, M.C.,   Singh, A., Skoog, I., Corcoran, C., Tschanz, J.T., Zandi, P.P., Breitner, J.C., Welsh-Bohmer, K.A., Steffens, D.C., & **Cache County Investigators\*.** (2008). Church attendance and new episodes of major depression in a community study of older adults: The Cache County Study. *The Journals of Gerontology. Series B, Psychological Sciences and Social Sciences, 63(3):129-137.* PMID: 18559677

Steinberg, M.,   Shao, H., Zandi, P., Lyketsos, C.G., Welsh-Bohmer, K.A., Norton, M.C., Breitner, J.C., Steffens, D.C., Tschanz, J.T., & **Cache County Investigators\*** (2008). Point and 5-year period prevalence of neuropsychiatric symptoms in dementia: The Cache County Study. *International Journal of Geriatric Psychiatry, 23(2):170-7.* PMID: 23782089

Statler, K.D.,   Swank, S., Abildskov, R., **Bigler, E.D.**, & White, H.S. (2008). Traumatic brain injury during development reduces minimal clonic seizure thresholds at maturity. *Epilepsy Research, Aug;80(2-3),163-70.* PMID: 18490145

Wilde, E.A.,   McCauley, S.R., Hunter, J.V., **Bigler, E.D.,** Chu, Z., Wang, Z.I., Hanten, G.R., Troyanskaya, M., Yallampalli, R., Li, X., Chia, J., & Levin, H.S. (2008). Diffusion tensor imaging of acute mild traumatic brain injury in adolescents. *Neurology, Mar;70(12):948-55.* PMID: 18347317

Lee, J.E.,   **Bigler, E.D.,** Alexander, A.L., Lazar, M., Dubray, M.B., Chung, M.K., Johnson, M., Morgan, J., Miller, J.N., McMahon, W.M., Lu, J., Jeong E.K., & Lainhart, J.E. (2007). Diffusion tensor imaging of white matter in the superior temporal gyrus and temporal stem in autism. *Neuroscience Letters, 2007 Sep 7;424(2):127-32. Epub 2007 Aug 6.* PMID: 17714869

Alexander, A.L.,      Lee, J.E., Lazar, M., Boudos, R.M., Dubray, M.B., Oakes, T.R., Miller, J.N., Lu, J., Jeong, E-K., McMahon, W.M., **Bigler, E.D.,** & Lainhart, J.E. (2007) Diffusion tensor imaging of the corpus callosum in Autism. *NeuroImage, Jan 1;34(1):61-73. [Epub 2006 Oct 4].* PMID: 17023185

Allen, M.D.,      **Bigler ED,** Larsen J, Goodrich-Hunsaker NJ, & Hopkins RO. (2007). Functional neuroimaging evidence for high cognitive effort on the Word Memory Test in the absence of external incentives. *Brain Injury, Dec;21(13-14):1425-8.* PMID: 18066945

Fearing, M.A.,      **Bigler, E.D.,** Norton, M., Tschanz, J., Hulette, C., Leslie, C., Welsh-Bohmer, K., & the Cache County Investigators*. (2007). Autopsy-confirmed Alzheimer's disease versus clinically-diagnosed Alzheimer's disease in the Cache County Study on Memory and Aging: A comparison of quantitative MRI and neuropsychological findings. *Journal of Clinical and Experimental Neuropsychology, Jul;29(5):553-60.* PMID: 17564920

Hedges, D.W.,      Thatcher, G.W., Bennett, P. J., Sood, S., Paulson, D., Creem-Regehr, S., Brown, B.L., Allen, S., Johnson, J., Froelich·B., & **Bigler, E.D.** (2007). Brain integrity and cerebral atrophy in Vietnam combat veterans with and without posttraumatic stress disorder. *Neurocase, Oct;13(5):402-10.* PMID: 18781439

Heilbronner, R.L.,      Taylor, G.T., Lamberty, G., Schmidt, M., Wills, K.E., Artiola y Fortuny, L., **Bigler, E.D.,** Boone, K.B., Kaplan, R.F., & Pliskin, N.H. (2007). American Academy of Clinical Neuropsychology (AACN) Practice Guidelines for Neuropsychological Assessment and Consultation. *The Clinical Neuropsychologist,* 2007 Mar;21(2):209-31. PMID: 17455014

Hobbs, K.,      Kennedy, A., Dubray, M., **Bigler, E.D.,** Petersen, B., McMahon, W., & Lainhart, J.E. (2007). A retrospective fetal ultrasound study of brain size in autism. *Biological Psychiatry, Nov;62(9):1048-55.* PMID: 17555719

Lee, J.E.,      **Bigler, E.D.,** Alexander, A.L., Lazar, M., DuBray, M.B., Chung, M.K., Johnson, M., Morgan, J., Miller, J.N., McMahon, W.M., Lu, J., Jeong, E-K, & Lainhart, J.E. (2007). Diffusion tensor imaging of white matter in the superior temporal gyrus and temporal stem in autism. *Neuroscience Letters, Sep 7;424(2):127-32. [Epub 2007 Aug 6].* PMID: 17714869

Lewine, J.D.,      Davis, J.T., **Bigler, E.D.,** Hartshorne, M., Thoma, R., Hill, D., Funke, M., Sloan, J.H., Hall, S., & Orrison, W.E. (2007). Objective documentation of traumatic brain injury subsequent to mild head trauma: Multimodal brain imaging with MEG, SPECT, and MRI. *The Journal of Head Trauma Rehabilitation, May-Jun;22(3):141-55.* PMID: 17510590

Mathias, J.L.,      Bowden, S.C., & **Bigler, E.D.** (2007). Is performance on the Wechsler Test of Adult Reading affected by traumatic brain injury? *British Journal of Clinical Psychology, Nov;46(Pt 4):457-66.* PMID: 17535531

Neeley, E.S.,      **Bigler, E.D.,** Krasny, L., Ozanoff, S., McMahon, W., & Lainhart, J.E. (2007). Quantitative temporal lobe differences: Autism distinguished from controls using

Classification and Regression Tree Analysis. *Brain & Development, Aug;29(7)389-99.* PMID: 17204387

| | |
|---|---|
| Spanos, G.K., | Wilde, E.A., **Bigler, E.D.,** Cleavinger, H.B., Fearing, M.A., Levin, H.S., Li, X., & Hunter, J.V. (2007). Cerebellar atrophy after moderate-to-severe pediatric traumatic brain injury. *American Journal of Neuroradiology. Mar;28(3):537-42.* PMID: 17353332 |
| Tate, D. F., | **Bigler, E.D.,** McMahon, W., & Lainhart, J. (2007)   The relative contributions of brain, cerebrospinal fluid-filled structures and non-neural tissue volumes to occipital-frontal head circumference in subjects with autism. *Neuropediatrics, Feb;38(1):18-24.* PMID: 17607599 |
| Wilde, E.A. | **Bigler, E.D.,** Hunter, J. V., Fearing, M.A., Scheibel, R.S., Newsome, M.R., Johnson, J.L., Bachevalier, j., Li, X., & Levin, H.S. (2007).   Hippocampus, amygdala, and basal ganglia morphometrics in children after moderate-to-severe traumatic brain injury. *Developmental Medicine and Child Neurology, Apr;49(4):294-9.* PMID: 17376141 |
| Wolkowitz, O.M., | Lupien, S.J., & **Bigler, E.D.** (2007).   The "Steroid Dementia Syndrome": a possible model of human glucocorticoid neurotoxicity. *Neurocase, Jun;13(3):189-200.* PMID: 17786779 |
| Yeates, K.O., | **Bigler, E.D.,** Dennis, M., Gerhardt, C.A., Rubin, K.H., Stancin, T., Taylor, H.G., & Vannatta, K. (2007). Social outcomes in childhood brain disorder:  A heuristic integration of social neuroscience and developmental psychology. *Psychological Bulletin, May;133(3):535-56.* PMID: 17469991 |
| Hopkins, R.O., | Beck, C.J., Burnett, D.L., Weaver, L.K., Victoroff, J., & **Bigler, E.D.** (2006). Prevalence of white matter hyperintensities in a young healthy population. *Journal of Neuroimaging, Jul;16(3):243-51.* PMID: 16808826 |
| Lainhart, J.E., | **Bigler, E.D.,** Bocian, M., Coon, H., Dinh, E., Dawson, G., Deutsch, C.K., Dunn, M., Estes, A., Tager-Flusberg, H., Folstein, S., Hepburn, S., Hyman, S., McMahon, W., Minshew, N., Munson, J., Osan, K., Ozonoff, S., Rodier, P., Rogers, S., Sigman, M., Spence, M.A., Stodgell, C.J., & Volkmar, F. (2006). Head circumference and height in autism: A study by the Collaborative Program of Excellence in Autism. *American Journal of the American Genetics, Nov 1;140(21):2257-74.* PMID: 17022081 |
| Norton, M.C., | Skoog, I., Franklin, L.M., Corcoran, C., Tschanz, J.T., Zandi, P.P., Breitner, J.C., Welsh-Bohmer, K,A., Steffens, D.C., & **Cache County Investigators\*.** (2006). Gender differences in the association between religious involvement and depression: The Cache County (Utah) Study. *The Journals of Gerontology. Series B, Psychological Sciences and Social Sciences, 2006 May;61(3):P129-36.* PMID: 16670181 |
| Norton, M.C., | Skoog, I., Toone, L., Corcoran, C., Tschanz, J.T., Lisota, R.D., Hart, A.D., Zandi, P.P., Breitner, J.C., Welsh-Bohmer, K,A., Steffens, D.C., & **Cache County Investigators\*.** (2006). Three-year incidence of first-onset depressive syndrome in a population sample of older adults: the Cache County Study. *American Journal of Geriatric Psychiatry, 2006 Mar;14(3):237-45.* PMID: 16505128 |

| Wilde, E.A., | **Bigler, E.D.,** Haider, J.M., Chu, Z., Levin, H.S., Li, X., & Hunter, J.V. (2006). Vulnerability of the anterior commissure in moderate to severe pediatric traumatic brain injury. *Journal of Child Neurology, Sep;21(9):769-76.* PMID: 16970884 |
|---|---|

Tschanz, J.T.,  Treiber, K., Norton, M.C., Welsh-Bohmer, K.A., Toone, L., Zandi, P.P., Szekely, C.A., Lyketsos, C., Breitner, J.C., **Cache County Study Group.**A population study of Alzheimer's disease: findings from the Cache County Study on Memory, Health, and Aging. *Care Manag J. 2005 Summer;6(2):107-14.* PMID: 16544872

Lyketsos,C.G.,  Toone, L., Tschanz, J., Corcoran, C., Norton, M., Zandi, P., Munger, R., Breitner, J.C., Welsh-Bohmer, K., **Cache County Study Group.**A population-based study of the association between coronary artery bypass graft surgery(CABG) and cognitive decline: the Cache County study. *Int J Geriatr Psychiatry. 2006 Jun;21(6):509-18.* PMID: 16645936

Wilde, E.A.,  **Bigler, E.D.,** Pedroza, C., & Ryser, D.K. (2006). Post-traumatic amnesia predicts long-term cerebral atrophy in traumatic brain injury. *Brain Injury, Jun;20(7):695-9.* PMID: 16809201

Wilde, E.A.,  Chu, Z., & **Bigler, E.D.** (2006).  Diffusion tensor imaging in the corpus callosum in children after moderate to severe traumatic brain injury. *Journal of Neurotrauma, Oct;23(10):1412-26.* PMID: 17020479

Hopkins, R.O.,  Tate, D.F., & **Bigler, E.D.** (2005).  Anoxia versus traumatic brain injury: Amount of tissue loss, not etiology, alters cognitive and emotional function. *Neuropsychology, Mar;19(2):233-42.* PMID: 15769207

Lajiness-O'Neill, R.,  Beaulieu, I., Titus, J.B., Asamoah, A., **Bigler, E.D.,** Bawle, E.V., & Pollack, R. (2005).  Memory and learning in children with 22q11.2 Deletion Syndrome: Evidence for ventral and dorsal stream disruption? *Child Neuropsychology, Feb;11(1):55-71.* PMID: 15823983

Lyketsos, C.G.,  Toone, L., Tschanz, J., Rabins, P.V., Steinberg, M., Onyike, C.U., Corcoran, C., Norton, M., Zandi, P., Breitner, J.C., Welsh-Bohmer, K., Anthony, J., Ostbye, T., **Bigler, E.D.,** Pieper, C., Burke, J., Plassman, B., Green, R.C., Steffens, D.C., Klein, L., Leslie, C., Townsend, J.J., Wyse, B.W., Munger, R., Williams, M., & Cache County Study Group*. (2005). Population-based study of medical comorbidity in early dementia and "cognitive impairment, no dementia (CIND)": Association with functional and cognitive impairment: The Cache County Study. *American Journal of Geriatric Psychiatry, 13:656-6.* PMID: 16085781

Porter, C.  Lawson, J., & **Bigler, E.D.** (2005). Neurobehavioral sequelae of child sexual abuse. *Child Neuropsychology, Apr;11(2), 1-18.* PMID: 16036445

Rice, S.A.,  **Bigler, E.D.,** Cleavinger, H.B., Tate, D.F., Sayer, J., McMahon, W., Ozonoff, S., Lu, J., & Lainhart, J.E. (2005).  Macrocephaly, corpus callosum morphology, and autism. *Journal of Child Neurology, Jan;20(1):34-41.* PMID: 15791921

Ryser, D.K.,  Egger, M.J., Horn, S., Handrahan, D., Gandhi, P., & **Bigler, E.D.** (2005). Measuring medical complexity during inpatient rehabilitation following traumatic brain injury. *Archives of Physical Medicine & Rehabilitation, Jun;86(6):1108-17.* PMID: 15954048

Wilde, E.A.,  Hunter, J.V., Newsome, M.R., Scheibel, R.S., **Bigler, E.D.**, Johnson, J.L., Fearing, M.A., Cleavinger, H.B., Li, X., Swank, P.R., Pedroza, C., Roberson, G.S., Bachevalier, J., & Levin, H.S.. (2005). Frontal and temporal morphometric findings on MRI in children after moderate to severe traumatic brain injury. *Journal of Neurotrauma, Mar;22(3):333-44.* PMID: 15785229

Zandi, P.P.,  Sparks, D.L., Khachaturian, A.S., Tschanz, J., Norton, M., Steinberg, M., Welsh-Bohmer, K.A., Breitner, J.C., **Cache County Study investigators**.Do statins reduce risk of incident dementia and Alzheimer disease? The Cache County Study. *Arch Gen Psychiatry.* 2005 Feb;62(2):217-24. PMID: 15699299

Bastian, L.A.,  West, N.A., Corcoran, C., Munger, R.G., **Cache County Study on Memory, Health, and Aging**.Number of children and the risk of obesity in older women. *Prev Med.* 2005 Jan;40(1):99-104.  PMID: 15530586

Bergeson, A.G.,  Lundin, R., Parkinson, R.B., Tate, D.F., Victoroff, J., Hopkins, R.O., & **Bigler, E.D.** (2004).  Clinical rating of cortical atrophy and cognitive correlates following traumatic brain injury. *The Clinical Neuropsychologist, Dec;18(4):509-20.* PMID: 15841954

Khachaturian, A.S.,  Corcoran, C.D., Mayer, L.S., Zandi, P.P., Breitner, J.C., **Cache Country Study Investigators**. Apolipoprotein E epsilon4 count affects age at onset of Alzheimer disease, but not lifetime susceptibility: The Cache County Study.Arch Gen Psychiatry. 2004 May;61(5):518-24. PMID: 15123497

Cato, M.,  Delis, D., Abildskov, T.J., & **Bigler, E.D.** (2004). Assessing the elusive cognitive deficits associated with ventromedial prefrontal damage:  A case study of a modern-day Phineas Gage. *Journal of the International Neuropsychological Society, 10:453-65.* PMID: 15147602

Tschanz, J.T.,  Corcoran, C., Skoog, I., Khachaturian, A.S., Herrick, J., Hayden, K.M.,Welsh-Bohmer, K.A., Calvert, T., Norton, M.C., Zandi, P., Breitner, J.C., **Cache County Study Group**.Dementia: The leading predictor of death in a defined elderly population: the Cache County Study. *Neurology.* 2004 Apr 3;62(7): 1156-62. PMID: 15079016

Mathias, J. L.,  Beall, J. A., & **Bigler, E. D.** (2004).  Neuropsychological and information processing deficits following mild traumatic brain injury. *Journal of the International Neuropsychological Society, Mar;10(2):286-97.* PMID: 15012849

Mathias, J.L.,  **Bigler, E.D.**, Jones, N.R., Bowden, S.C., Barrett-Woodbridge, M., Brown, G. C., & Taylor, D.J. (2004). Neuropsychological and information processing performance and its relationship to white matter changes following moderate and severe traumatic brain injury: A preliminary study. *Applied Neuropsychology, 11(3):135-52.* PMID: 15590348

Wilde, E.A.,  **Bigler, E.D.**, Gandhi, P.V., Lowry, C.M., Ryser, D.K., Blatter, D.D., & Brooks, J. (2004).  Alcohol abuse and traumatic brain injury:  Quantitative magnetic

resonance imaging and neuropsychological outcome. *Journal of Neurotrauma, Feb;21(2):137-47.* PMID: 15000755

Wolkowitz, O.M.,     Lupien, S.J., **Bigler, E.D.**, Levin, R.B., & Canick, J. (2004). The "steroid dementia syndrome": an unrecognized complication of glucocorticoid treatment. *Annals of the New York Academy of Sciences, 1032:191-4.* PMID: 15677408

Zandi, P.P.,     Anthony, J.C., Khachaturian, A.S., Stone, S.V., Gustafson, D., Tschanz, J.T., Norton, M.C., Welsh-Bohmer, K.A., Breitner, J.C.; **Cache County Study Group.**Reduced risk of Alzheimer disease in users of antioxidant vitamin supple ments: the Cache County Study. Arch Neurol. *2004 Jan;61(1):82-8.* PMID: 14732624

Steinberg, M.,     Tschanz, J.T., Corcoran, C., Steffens, D.C., Norton, M.C., Lyketsos, C.G., Breitner, J.C., **Cache County Study Group.**The persistence of neuropsychiatric symptoms in dementia: the Cache County Study. *Int J Geriatr Psychiatry. 2004 Jan;19(1):19-26.* PMID: 14716695

Hedges, D.W.,     Allen, S., Tate, D.F., Thatcher, G.W., Miller, M.J., Rice, S.A., Cleavinger, H.B., Sood, S., & **Bigler, E.D.** (2003). Reduced hippocampal volume in alcohol and substance naïve Vietnam combat veterans with posttraumatic stress disorder. *Cognitive & Behavioral Neurology, Dec;16(4):219-24.* PMID: 14665821

Hayden, K.M.,     Khachaturian, A.S., Tschanz, J.T., Corcoran, C., Nortond, M., Breitner, J.C., **Cache County Study Group.**Characteristics of a two-stage screen for incident dementia. *J Clin Epidemiol. 2003 Nov;56(11):1038-45.* PMID: 14614994

Brinton, R.D.,     Nilsen, J., **Cache County Study Group.** Effects of estrogen plus progestin on risk of dementia. *JAMA. 2003 Oct 1;290(13):1706; author reply 1707-8.* PMID: 14519699

Cauley, J.A.,     Robbins. J., Chen, Z., Cummings, S.R., Jackson, R.D., LaCroix, A.Z., LeBoff, M., Lewis, C.E., McGowan, J., Neuner, J., Pettinger, M., Stefanick, M,L., Wactawski-Wende, J., Watts, N.B., **Women's Health Initiative Investigators.**Effects of estrogen plus progestin on risk of fracture and bone mineral density: the Women's Health Initiative randomized trial. *JAMA. 2003 Oct 1;290(13):1729-38.* PMID: 14519707

Steinberg,M.,     Sheppard, J.M., Tschanz, J.T., Norton, M.C., Steffens, D.C., Breitner, J.C., Lyketsos, C.G., **Cache County Study Group.** The incidence of mental and behavioral disturbances in dementia: the cache county study. *J Neuropsychiatry Clin Neurosci. 2003 Summer;15(3):340-5.* PMID: 12928510

Howes, N.L.,     **Bigler, E.D.**, Burlingame, G.M., & Lawson, J.S. (2003). Memory performance of children with dyslexia: A comparative analysis of theoretical perspectives. *Journal of Learning Disabilities, May;36 (3):230-46.* PMID: 15515644

Steffens, D.C.,     Norton, M.C., Hart, A.D., Skoog, I., Corcoran, C., Breitner, J.C., **Cache County Study Group.**Apolipoprotein E genotype and major depression in a community of older adults. The Cache County Study. *Psychol Med.. 2003 Apr;33(3):541-7.* PMID: 12701674

Kesler, S.R.,          Adams, H.F., Blasey, C.M., & **Bigler, E.D.** (2003). Premorbid intellectual functioning, education, and brain size in traumatic brain injury: An investigation of the cognitive reserve hypothesis. *Applied Neuropsychology, 10(3):153-62.* PMID: 12890641

Hughes, S.K.,          Nilsson, D.E., Boyer, R.S., Bolte, R.G., Hoffman, R.O., Lewine, J.D., & **Bigler, E.D.** (2002). Neurodevelopmental outcome for extended cold water drowning: A longitudinal case study. *Journal of the International Neuropsychological Society, May;8(4):588-95.* PMID: 12030312

Lu, L.,          & **Bigler, E.D.** (2002). Normative data on Trail Making test for neurologically normal, Chinese-speaking adults. *Applied Neuropsychology, 9(4):219-25.* PMID: 12665458

Parkinson, R.B.,          Hopkins, R.O., Cleavinger, H.B., Weaver, L.K., Victoroff, J., Foley, J.F., & **Bigler, E.D.** (2002). White matter hyperintensities and neuropsychological outcome following carbon monoxide poisoning. *Neurology, May 28;58(10):1525-32.* PMID: 12034791

Porter, S.S.,          Hopkins, R.O., Weaver, L.K., **Bigler, E.D.**, & Blatter, D.D. (2002). Corpus callosum atrophy and neuropsychological outcome following carbon monoxide poisoning. *Archives of Clinical Neuropsychology, Feb;17(2):195-204.* PMID: 14589748

Yount, R.,          Raschke, K.A., Biru, M., Tate, D.F., Miller, M. J., Abildskov, T., Gandhi P., Ryser, D., Hopkins, R.O. & **Bigler, E.D.** (2002). Traumatic brain injury and atrophy of the cingulate gyrus. *The Journal of Neuropsychiatry and Clinical Neurosciences, Fall;14(4):416-23.* PMID: 12426409

Hopkins, R.O.,          & **Bigler, E.D.**, (2001). Pulmonary Disorders. In R. Tarter et al. (Eds.), Medical Neuropsychology (2nd ed.) p. 25-50.

Hurley, R.A.,          Hopkins, R.O., **Bigler, E.D.**, & Taber, K.H. (2001). Applications of functional imaging to carbon monoxide poisoning. *Journal of Neuropsychiatry and Clinical Neuroscience, Spring;13(2):157-60.* PMID: 11449022

Kesler, S.R.,          Hopkins, R.O., Weaver, L.K., Blatter, D.D., Edge-Booth, H., & **Bigler, E.D.** (2001). Verbal memory deficits associated with fornix atrophy in carbon monoxide poisoning. *Journal of the International Neuropsychological Society, Jul;7(5):640-6.* PMID: 11459115

Kesler, S.R.,          Adams, H.F., **Bigler, E.D.** (2000). SPECT, MR and quantitative MR Imaging: Correlates with neuropsychological and psychological outcome in traumatic brain injury. *Brain Injury, Oct;14(10):851-7.* PMID: 11076132

Lu, L.,          & **Bigler, E.D.** (2000). Performance on original and a Chinese version of Trail Making Test Part B: A normative bilingual sample. *Applied Neuropsychology, 7(4):243-6.* PMID: 11296687

Tate, D.F.,          & **Bigler, E.D.** (2000). Fornix and hippocampal atrophy in traumatic brain injury. *Learning and Memory, Nov-Dec;7(6):442-6.* PMID: 11112803

Barker, L.H.,  **Bigler, E.D.**, Johnson, S.C., Anderson, C.V., Russo, A.A., Boineau, B. & Blatter, D.D. (1999).  Polysubstance abuse and traumatic brain injury: Quantitative magnetic resonance imaging and neuropsychological outcome in older adolescents and young adults.  *Journal of the International Neuropsychological Society, Nov;5(7):593-608.* PMID: 10645702

Gale, S.D.,  Hopkins, R.O., Weaver, L.K., **Bigler, E.D.**, Booth, E.J., & Blatter, D.D. (1999).  MRI, Quantitative MRI, SPECT, and neuropsychological findings following carbon monoxide poisoning.  *Brain Injury, Apr;13(4):229-43.* PMID: 10230524

Hopkins, R.O.,  Weaver, L.K., Pope, D., Orme, J.F. Jr., **Bigler, E.D.**, & Larson-Lohr, V.  (1999).  Neuropsychological sequelae and impaired health status in survivors of severe acute respiratory distress syndrome.  *American Journal of Respiratory Critical Care Medicine, Jul;160(1):50-6.* PMID: 10390379

Howes, N.L,  **Bigler, E.D.**, Lawson, J.S. & Burlingame, G.M. (1999).  Reading disability subtypes and the Test of Memory and Learning.  *Archives of Clinical Neuropsychology, Apr;14(3):317-39.* PMID: 14590599

Reynolds, C.R.  Hopkins, R.O. & **Bigler, E.D.** (1999).  Continuing decline of memory skills with significant recovery of intellectual function following severe carbon monoxide exposure: Clinical, psychometric, and neuroimaging findings.  *Archives of Clinical Neuropsychology, Feb;14(2):235-49.* PMID: 14590605

Yeates, K.O.,  Luria, J., Bartkowski, H., Rusin, J., Martin, L., **Bigler, E.D.**, Johnson, S.C. & Anderson, C.  (1999). Post-concussive symptoms in children with mild closed-head injuries.  *Journal of Head Trauma Rehabilitation, 1999 Aug;14(4):337-50.* PMID: 10407207

Hopkins, R.O.,  Larson-Lohr, V., Weaver, L.K., & **Bigler, E.D.** (1998). Neuropsychological impairments following Hantavirus pulmonary syndrome.  *Journal of the International Neuropsychological Society, Mar;4(2):190-6.* PMID: 9529829

Kozora, E.,  West, S.G., Kotzin, B.L., Julian, L., Porter, S. & **Bigler, E.D.**  (1998). MRI abnormalities and cognitive deficits in Systemic Lupus Erythematosus patients without Overt Central Nervous System Disease.  *Arthritis & Rheumatism, 41(1):41-7.* PMID: 9433868

Weight, D.G.  & **Bigler, E.D.** (1998). Neuroimaging in psychiatry.  *Psychiatric Clinics of North America, Dec;21(4):725-59.* PMID: 9890119

Blatter, D.D.,  **Bigler, E.D.**, Gale, S.D., Johnson, S.C., Anderson, C.V., Burnett, B.M., Ryser, D., Macnamara, S.E., & Bailey, B.J.  (1997). MR-based brain and cerebrospinal fluid measurement after traumatic brain injury: Correlation with neuropsychological outcome.  *American Journal of Neuroradiology, Jan;18(1):1-10.* PMID: 9010514

Bowen, J. M.,  Clark, E., **Bigler, E.D.**, Gardner, M., Nilsson, D., Gooch, J., & Pompa, J. (1997).  Childhood traumatic brain injury: Neuropsychological status at the time of hospital discharge. *Developmental Medicine and Child Neurology, Jan;39(1):17-25.* PMID: 9003725

Hopkins, R.O.,    Abildskov, T.J., **Bigler, E.D.**, & Weaver, L.K.  (1997). Three dimensional image reconstruction of neuroanatomical structures: Methods for isolation of the cortex, ventricular system, hippocampus, and fornix. *Neuropsychology Review, Jun;7(2):87-104.* PMID: 9253771

Plassman, B.L.,    Welsh, K.A., **Bigler, E.D.**, Johnson, S.C., Anderson, C.V., Helms, M.J., Saunders, A.M., & Breitner, J.C.S.  (1997). Apolipoprotein E epsilon 4 allele and hippocampal volume in twins with normal cognition. *Neurology, Apr;48(4):985-9.* PMID: 9109888

Primus, E.A.,    **Bigler, E.D.**, Anderson, C.V., Johnson, S.C., Mueller, R.M. & Blatter, D. (1997). Corpus striatum and traumatic brain injury. *Brain Injury, Aug;11(8), 577-86.* PMID: 9251866

Anderson, C.V.,    Woods, D.M., **Bigler, E.D.**, & Blatter, D.D. (1996).  Lesion volume, injury severity, and thalamic integrity following head injury. *Journal of Neurotrauma, Feb; 13(2), 59-65.* PMID: 9094376

Johnson, S.C.,    Pinkston, J.B., **Bigler, E.D.** & Blatter, D.D. (1996).  Corpus callosum morphology in normal controls and traumatic brain injury.  Sex differences, mechanisms of injury, and neuropsychological correlates. *Neuropsychology, 10, 408-15.*

Reynolds, C.R.,    & **Bigler, E.D.** (1996).  Factor structure, factor indexes, and other useful statistics for interpretation of the Test of Memory and Learning (TOMAL). *Archives of Clinical Neuropsychology, 11, 29-43.*  doi:10.1093/arclin/11.1.29

Anderson, C.V.    & **Bigler, E.D.** (1995).  Ventricular dilation, cortical atrophy, and neuropsychological outcome following traumatic brain injury. *Journal of Neuropsychiatry and Clinical Neurosciences, Winter;7(1), 42-8.* PMID: 7711490

Anderson, C.V.,    **Bigler, E.D.**, & Blatter, D.D. (1995).  Frontal lobe lesions, diffuse damage, and neuropsychological functioning in traumatic brain-injured patients. *Journal of Clinical and Experimental Neuropsychology, Dec;17(6), 900-8.* PMID: 8847395

Blatter, D.D.,    **Bigler, E.D.**, Gale, S.D., Johnson, S.C., Anderson, C., Burnett, B.M., Parker, N., Kurth, S. & Horn, S. (1995).  Quantitative volumetric analysis of brain MR: Normative database spanning 5 decades of life. *American Journal of Neuroradiology, Feb;16(2), 241-51.* PMID: 7726068

Gale, S.D.,    Johnson, S.J., **Bigler, E.D.** & Blatter, D.  (1995). Trauma induced temporal horn dilation: Neuropsychologic correlates. *Journal of the International Neuropsychological Society, 1 (4), 369-70.*

Gale, S.D.,    Johnson, S.C., **Bigler, E.D.** & Blatter, D. (1995).  Nonspecific white matter degeneration following traumatic brain injury. *Journal of the International Neuropsychological Society, Jan;1(1):17-28.* PMID: 9375205

Gale, S.D.,    Johnson, S.C., **Bigler, E.D.** & Blatter, D. (1995).  Trauma-induced degenerative changes in brain injury: A morphometric analysis of three patients with pre-injury and post-injury MR scans. *Journal of Neurotrauma, Apr;12(2), 151-8.* PMID: 7629861

Hopkins, R.O.,   Gale, S.D., Johnson, S.C., Anderson, C.V., **Bigler, E.D.**, Blatter, D.D. & Weaver, L.K. (1995). Severe anoxia with and without concomitant brain atrophy and neuropsychological impairments. *Journal of the International Neuropsychological Society, Sep;1(5), 501-9.* PMID: 9375235

Johnstone, B.,   Frank, R.G., Belar, C., Belk, S., Bieliauskas, L.A., **Bigler, E.D.**, Caplan, B., Elliott, T.R., Glueckauf, R.L., Kaplan, R.M., Kreutzer, J.S., Mateer, C.A., Patterson, D., Puente, A.E., Richards, J.S., Rosenthal, M., Sherer, M., Shewchuk, R., Sigel, L.J., & Sweet, J.J. (1995). Psychology in health care: Future directions. *Professional Psychology: Research and Practice, 26(4), 341-65.*

Wood, D.G.,   & **Bigler, E.D.** (1995). Diencephalic changes in traumatic brain injury: Relationship to sensory perceptual function. *Brain Research Bulletin, 38(6), 545-9.* PMID: 8590076

Anderson, C.V.   & **Bigler, E.D.** (1994). The role of caudate nucleus and corpus callosum atrophy in trauma-induced anterior horn dilation. *Brain Injury, Aug-Sep;8(6), 565-9.* PMID: 7987292

Gale, S.D.,   Johnson, S.C., **Bigler, E.D.** & Blatter, D.D. (1994). Traumatic brain injury and temporal horn enlargement correlates with tests of intelligence and memory. *Neuropsychiatry, Neuropsychology, and Behavioral Neurology, 7(3), 160-5.*

Johnson, S.C.,   **Bigler, E.D.**, Burr, R.B., & Blatter, D.D. (1994). White matter atrophy, ventricular dilation, and intellectual functioning following traumatic brain injury. *Neuropsychology, 8, 307-15.*

Johnson, S.C.,   Farnsworth, T., Pinkston, J.B., **Bigler, E.D.**, & Blatter, D. (1994). Corpus callosum surface area across the human adult life span: Effect of age and gender. *Brain Research Bulletin, 35(4), 373-7.* PMID: 7850489

Kurth, S.M.,   **Bigler, E.D.** & Blatter, D.D. (1994). Neuropsychological outcome and quantitative image analysis of acute hemorrhage in traumatic brain injury: preliminary findings. *Brain Injury, Aug-Sep;8(6), 489-500.* PMID: 7527266

Gale, S.D.,   Burr, R.B., **Bigler, E.D.**, & Blatter, D. (1993). Fornix degeneration and memory in traumatic brain injury. *Brain Research Bulletin, 32(4), 345-9.* PMID: 8221124

Heaton, T.B.   & **Bigler, E.D.** (1993). Neuroimaging techniques in neuropsychological research. *Bulletin of the National Academy of Neuropsychology, 9, 14-7.*

Massman, P.J.   & **Bigler, E.D.** (1993). A quantitative review of the diagnostic utility of the WAIS-R field profile. *Archives of Clinical Neuropsychology, Oct;8(5), 417-28.* PMID: 14589711

Turkheimer, E.,   Farace, E., Yeo, R.A., & **Bigler, E.D.** (1993). Quantitative analysis of gender differences in the effects of lateralized lesions on verbal and performance IQ. *Intelligence, 17, 461-74.*

Macnamara, S.E.,   **Bigler, E.D.**, Blatter, D., Pompa, J., Ryser, D., & Kurth, S. (1992). Magnetic resonance identified ventricular dilation in traumatic brain injury: Comparison of pre- and post-injury scan results. *Archives of Clinical Neuropsychology, 7(3), 275-284.* PMID: 14591261

Norman, M.A.,          & **Bigler, E.D.** (1992). Grand Rounds: Neuropsychological assessment and neuroimaging in traumatic brain injury. *Bulletin of The National Academy of Neuropsychology, 9, 11-16.*

Willerman, L.,         Schultz, R., Rutledge, J.N., & **Bigler, E.D.** (1992). Hemisphere size asymmetry predicts relative verbal and non-verbal intelligence differently in the sexes: An MRI study of structure-function relations. *Intelligence, 16, 315-328.*

Cullum, C.M.,          & **Bigler, E.D.** (1991). Short- and long-term psychological status following cerebrovascular accidents: Short-form MMPI findings. *Journal of Nervous and Mental Disease, May;179(5), 274-8.* PMID: 2022955

Lucas, J.A.           Telch, M.J., & **Bigler, E.D.** (1991). Memory functioning in panic disorder: A neuropsychological perspective. *Journal of Anxiety Disorders, 5, 1-20.*

Willerman, L.,         Schultz, R., Rutledge, J.N., & **Bigler, E.D.** (1991). In vivo brain size and intelligence. *Intelligence, 15, 223-228.  Reviewed in Science, 254, 1584, 1991.*

Grant, M.L.,           Ilai, D., Nussbaum, N.L., & **Bigler, E.D.** (1990). The relationship between continuous performance tasks and neuropsychological tests in children with attention-deficit hyperactivity disorder. *Perceptual and Motor Skills, Apr;70(2), 435-445.* PMID: 2342842

Naugle, R.I.,          Cullum, C.M. & **Bigler, E.D.** (1990). Evaluation of intellectual and memory function among dementia patients who were intellectually superior.  *The Clinical Neuropsychologist, 4, 355-374.* PMID: 2303554

Nussbaum, N.L.,        Grant, M.L., Roman, M.J., Poole, J.H., & **Bigler, E.D.** (1990). Attention deficit disorder and the mediating effect of age on academic and behavioral variables. *Journal of Developmental and Behavioral Pediatrics, Feb;11(1), 22-26.*

Turkheimer, E.,        Yeo, R.A., & **Bigler, E.D.** (1990). Basic relations among lesion laterality, lesion volume and neuropsychological performance. *Neuropsychologia, 28(10), 1011-9.* PMID: 2267053

Turkheimer, E.,        Yeo, R.A., Jones, C.L., & **Bigler, E.D.** (1990). Quantitative assessment of covariation between neuropsychological function and location of naturally occurring lesions in humans. *Journal of Clinical and Experimental Neuropsychology, Aug;12(4), 549-65.* PMID: 2211977

Yeo, R.A.,             Turkheimer, E., & **Bigler, E.D.** (1990). Neuropsychological methods of localizing brain dysfunctions: Clinical versus empirical approaches. *Neuropsychiatry, Neuropsychology, and Behavioral Neurology, 3, 290-303.*

Hall, S.,              **Bigler, E.D.**, & Rutledge, J.N. (1989). Depression preceding choreiform movements in Huntington's Disease: A case study. *Archives of Clinical Neuropsychology, 4(1), 79-92.* PMID: 14589556

Lucas, J.A.           Rosenstein, L.D., & **Bigler, E.D.** (1989). Handeness and language among the mentally retarded: implications for the model of pathological left-handedness and gender differences in hemispheric specialization. *Neuropsychologia, 27(5), 713-23.* PMID: 2739893

Tucker, D.M.,   & **Bigler, E.D.** (1989). Clinical assessment of tactile extinction: Traditional double simultaneous stimulation versus quality extinction test. *Archives of Clinical Neuropsychology, 4(3), 283-96.* PMID: 14589611

Cullum, C.M.,   & **Bigler, E.D.** (1988). Short-form MMPI findings in patients with predominately lateralized cerebral dysfunction: Neuropsychological and CT-derived parameters. *Journal of Nervous and Mental Diseases, Jun;176(6), 332-42.* PMID: 3373196

Massman, P.J.,   Nussbaum, N.L., & **Bigler, E.D.** (1988). The mediating effect of age on the relationship between Child Behavior Checklist hyperactivity scores and neuropsychological test performance. *Journal of Abnormal Child Psychology, Feb;16(1), 89-95.* PMID: 3361033

Nussbaum, N.L.,   **Bigler, E.D.**, Ingram, J.W., Rosa, L., & Massman, P. (1988). Anterior/Posterior functional cerebral asymmetry and personality/behavioral characteristics in children. *Archives of Clinical Neurology, 3, 127-135.*

Nussbaum, N.L.,   **Bigler, E.D.**, Koch, W.R., Ingram, J.W., Rosa, L., & Massman, P. (1988). Personality/behavioral characteristics in children: differential effects of putative anterior versus posterior cerebral asymmetry. *Archives of Clinical Neuropsychology, 3(2):127-35.* PMID: 14591265

Raz, N.,   Raz, S., & **Bigler, E.D.** (1988). Ventriculomegaly in schizophrenia: the role of control groups and the perils of dichotomous thinking (a reply to Smith and Iacono). *Psychiatry Research, Nov;26(2), 245-8.* PMID: 3237918

Raz, S.,   Raz, N., & **Bigler, E.D.** (1988). Ventriculomegaly in schizophrenia: Is the choice of controls important? *Psychiatry Research, Apr;24(1), 71-7.* PMID: 3293096

Craft, S.,   Willerman, L., & **Bigler, E.D.** (1987). Callosal dysfunction in schizophrenia and schizoaffective disorder. *Journal of Abnormal Psychology, Aug;96(3), 205-13.* PMID: 3680758

Morris, J.M.,   & **Bigler, E.D.** (1987). Hemispheric functioning and the K-ABC: Results in neurologically impaired children. *Developmental Neuropsychology, 3, 67-69.*

Naugle, R.I.,   **Bigler, E.D.**, Cullum, C.M., & Massman, P.J. (1987). Handedness and dementia. *Perceptual and Motor Skills, 65(1), 207-10.* PMID: 3684456

Raz, N.,   Raz, S., Yeo, R.A., Turkheimer, E.N., **Bigler, E.D.**, & Cullum, C.M. (1987). Relationship between cognitive and morphological asymmetry in dementia of the Alzheimer's type: A CT scan study. *International Journal of Neuroscience, Aug;35(3-4), 225-32.* PMID: 3654079

Raz, S.,   Raz, N., Weinberger, D.R., Boronow, J., Pickar, D., **Bigler, E.D.**, & Turkheimer, E. (1987). Morphological brain abnormalities in schizophrenia determined by computerized tomography: A problem of measurement? *Psychiatry Research, Oct;22(2), 91-8.* PMID: 3685224

Rosenstein, L.D.,   & **Bigler, E.D.** (1987). No relationship between handedness and sexual preference. *Psychological Reports, Jun;60(3 Pt 1), 704-6.* PMID: 3615716

Sands, D.,          McCary, R.C., **Bigler, E.D.**, Becker, H.A., & Walker, P.R. (1987).
                    Understanding ECT. *Journal of Psychosocial Nursing, Aug;25(8), 27-30.* PMID:
                    3309272

Yeo, R.A.,          Turkheimer, E., Raz, N., & **Bigler, E.D.** (1987). Volumetric asymmetries of the
                    human brain: Intellectual correlates. *Brain and Cognition, Jan;6(1), 15-23.*
                    PMID: 3814409

Cullum, C.M.,       & **Bigler, E.D.** (1986). Ventricle size, cortical atrophy and the relationship with
                    neuropsychological status in closed head injury: A quantitative analysis. *Journal
                    of Clinical and Experimental Neuropsychology, Aug;8(4), 437-52.* PMID:
                    3745416

Massman, P.J.,      **Bigler, E.D.**, Cullum, C.M., & Naugle, R.I. (1986). The relationship between
                    cortical atrophy and ventricular volume in Alzheimer's disease and closed head
                    injury. *International Journal of Neuroscience, Aug;30(1-2), 87-99.* PMID:
                    3488979

Naugle, R.I.,       Cullum, C.M., **Bigler, E.D.**, & Massman, P. (1986). Neuropsychological
                    characteristics and atrophic brain changes in senile and presenile dementia.
                    *Archives of Clinical Neuropsychology, 1(3), 219-30.* PMID: 14591150

Nussbaum, N.L.,     & **Bigler, E.D.** (1986).  Neuropsychological & behavioral profiles of empirically
                    derived subgroups of learning disabled children. *International Journal of Clinical
                    Neuropsychology, 8 (2), 82-89.*

Nussbaum, N.L.,     **Bigler, E.D.**, & Kich, W. (1986). Neuropsychologically derived subgroups of
                    learning disabled children: Personality/behavioral dimensions. *Journal of
                    Research and Development in Education, 19, 57-67.*

Pugh, M.,           & **Bigler, E.D.** (1986). Schizophrenia and prior history of "MBD":
                    Neuropsychological findings. *The International Journal of Clinical
                    Neuropsychology, 8, 22-26.*

Steinman, D.R.,     & **Bigler, E.D.** (1986). Neuropsychological sequelae of ruptured anterior
                    communicating artery aneurysm. *International Journal of Clinical
                    Neuropsychology, 8, 135-140.*

Cullum, C.M.,       & **Bigler, E.D.** (1985). Late effects of hematoma on brain morphology and
                    memory in closed head injury. *International Journal of Neuroscience, Dec;28(3-
                    4), 279-83.* PMID: 4093263

Naugle, R.I.,       Cullum, C.M., **Bigler, E.D.**, & Massman, P.J. (1985). Neuropsychological and
                    computerized axial tomography volume characteristics of empirically derived
                    dementia subgroups. *Journal of Nervous and Mental Disease, Oct;173(10), 596-
                    604.* PMID: 3875687

Skenazy, J.A.,      & **Bigler, E.D.** (1985).  Psychological adjustment and neuropsychological
                    performance in diabetic patients.  *Journal of Clinical Psychology, May;41 (3),
                    391-396.* PMID: 3998163

Cullum, C.M.,   Steinman, D.R., & **Bigler, E.D.** (1984). Relationship between fluid and crystallized cognitive function using Category Test and WAIS test scores. *The International Journal of Clinical Neuropsychology, 6, 172-174.*

Skenazy, J.A.,   & **Bigler, E.D.** (1984). Neuropsychological findings in Diabetes Mellitus. *Journal of Clinical Psychology, Jan;40 (1), 246-58.* PMID: 6746938

Turkheimer, E.,   Cullum, C.M., Hubler, D., Paver, S., Yeo, R.A., & **Bigler, E.D.** (1984). Quantifying cortical atrophy. *Journal of Neurology, Neurosurgery, & Psychiatry, Dec;47(12), 1314-8.* PMID: 6512551

Yeo, R.A.,   Turkheimer, E., & **Bigler, E.D.** (1984). The influence of sex and age on unilateral cerebral lesion sequelae. *International Journal of Neuroscience, 24, 299-301.*

Turkheimer, E.,   Yeo, R.A., & **Bigler, E.D.** (1983). Digital planimetry in APLSF. *Behavior Research Methods & Instrumentation, 15 (4), 471-473.*

Miller, V.S.,   & **Bigler, E.D.** (1982). Neuropsychological aspects of tuberous sclerosis. *Clinical Neuropsychology, 4 (1), 26-34.*

Piran, N.,   & **Bigler, E.D.** (1982). A neuropsychological contribution to the theory of schizophrenia. *Technical Report, Hogg Foundation, 83.*

Ehrfurth, J.W.,   Phelan, C., & **Bigler, E.D.** (1981). The utility of a short, modified WAIS with a neurological patient population. *Clinical Neuropsychology, 3, 42-43.*

Standage, C.P.,   Fleming, D.E., & **Bigler, E.D.** (1981). Thalamocortical coupling and component properties of visually evoked after-discharges. *Brain Research Bulletin, Jul;7(1), 89-92.* PMID: 7272790

Tucker, D.M.,   **Bigler, E.D.**, & Chelune, G.J. (1981). Reliability of the Halstead-Reitan Battery in individuals displaying acutely psychotic behavior. *Journal of Behavioral Assessment, 3 (4), 311-319.*

Shearer, D.E.,   Fleming, D.E., & **Bigler, E.D.** (1976). The photically evoked after-discharge: A model for the study of drugs useful in the treatment of petit mal epilepsy. *Epilepsia, Dec;17(4), 429-35.* PMID: 826395

Fleming, D.E.,   & **Bigler, E.D.** (1974). Relationship between photically evoked after-discharge occurrence and hippocampal EEG rhythms in restrained and unrestrained albino rats. *Physiology and Behavior, Dec;13(6), 757-61.* PMID: 4445281

Shearer, D.E.,   Fleming, D.E., **Bigler, E.D.**, & Wilson, C.E. (1974). Suppression of photically evoked after-discharge bursting following administration of anticonvulsants in waking rats. *Pharmacology, Biochemistry and Behavior, Nov-Dec;2(6), 839-42.* PMID: 4618614

**\*Cache County Investigators:** Collaborators (36):  Anthony, J., **Bigler, E.D.,** Brookmeyer, R., Burke, J., Carlson, M., Christopher, E., Gagliardi, J., Green, R., Hart, A., Hayden, K., Hulette, C., Klein, L. Leslie, C., Lyketsos, C., Miech, R.A., Morris, J., Munger, R., Onyike, C., Ostbye, T., Petersen, R., Pfister, R., Pieper, C., Piercy, K.,

Plassman, B., Rabins, P., Raj, P., Sanders, L., Steinberg, M., Toohill, M., Toone, L., Townsend, J.J., Wengreen H., West, N., Williams, M., Wyse, B.W.

**\*\*Alzheimer's Disease Neuroimaging Initiative:** Collaborators (1136); info at www.adni-info.org/

**PUBLISHED BOOK REVIEWS**:

**Bigler, E.D.,**     (2010). Clinical neuropsychology's future.  [Review of Jagaroo, V. <u>Neuroinformatics for neuropsychology</u>. New York: Springer Science & Business Media, 124 pp.].

**Bigler, E.D.,**     (2000). [Review of Yeates, K.O., Ris, M.D., & Taylor, G.E. (Eds.), <u>Pediatric Neuropsychology:  Research Theory, and Practice (Science and Practice of Neuropsychology</u>). Guilford Publications: New York, 485 pp.].

**Bigler, E.D.**     (1997). A practical neuropsychology primer. [Review of R.E. Cytowic's <u>The neurological side of neuropsychology</u>, Cambridge, MA: MIT Press, 1996]. *Contemporary Psychology Journal of Review, 8, 529.*

**Bigler, E.D.**     (1997). Neuroimaging from two different angles. [Review of A. Kertesz <u>Localization and neuroimaging in neuropsychology</u>.  New York: Academic Press, 1994 and review of R. Thatcher, M. Hallett, T. Zeffiro, E. R. John, and M. Heurta. <u>Functional neuroimaging: Technical foundations</u>.  New York: Academic Press, 1994.] *Journal of International Neuropsychological Society, 3, 201-202.*

**Bigler, E.D.**     (1996). [Review of L. Cermak.  <u>Neuropsychology explorations of memory and cognition:  Essays in honor of Nelson Butters</u>.  New York: Plenum Press, 1994.] *Archives of Clinical Neuropsychology, 11 (4), 355-356.*

**Bigler, E.D.**     (1993). Brain and behavior. [Review of A. Ardila and F. Ostrosky-Solis <u>Brain organization of language and cognitive processes</u>, New York: Plenum Press, 1989.] *Contemporary Psychology, 38 (4), 356-357.*

**Bigler, E.D.**     (1992). Suicide intervention in the schools. [Review of S. Poland. <u>Suicide intervention in the schools</u>. New York: Guilford Press.] *Journal of Psychoeducational Assessment, 3, 302-304.*

**Bigler, E.D.**     (1992). Premorbid factors are critical in brain injury research. [Review of J. Schulkin (Ed.) <u>Preoperative events: Their effects on behavior following brain damage</u>. New York: Lawrence Erlbaum, 1989.] *Contemporary Psychology, 37, 370-371.*

**Bigler, E.D.**     (1991). Neurobiology of higher cognitive function. [Review of A.B. Scheibel & A.F. Wechsler (Eds.), <u>Neurobiology of higher cognitive function</u>. New York: Guilford Press, 1990.] *Bulletin of The National Academy of Neuropsychology, 8, 14-15.*

**Bigler, E.D.**     [Review of <u>Neurobehavioral recovery from head injury</u>. H.S. Levin, J. Grafman, & H.M. Eisenberg (Eds.), New York: Oxford University Press, 1989.] *Archives of Clinical Neuropsychology, 4, 93-99.*

**Bigler, E.D.**     (1989). Brain organization of language and cognitive processes.  [Review of A. Ardilg & F. Ostrosky-Solix (Eds., <u>Brain organization of language and cognitive processes</u>. New York: Plenum Press.]

**Bigler, E.D.**     (1984). The loss of a mind. [Review of R. Mayeux & W.G. Rosen (Eds.), <u>Advances in neurology: The dementias</u>. New York: Raven Press, 1982.] *Contemporary Psychology, 29, 420-421.*

Bigler, E. D.     61
**EXHIBIT A**
**PAGE 89**

**Bigler, E.D.**          (1984). The silent epidemic: Cerebral trauma. [Review of M. Rosenthal, E.R. Griffith, M.R. Bond, & J.D. Miller (1983). Rehabilitation of the head injured adult. Philadelphia: F.A. Davis.] *Contemporary Psychology, 29, 643-644.*

**Bigler, E.D.**          (1982). [Review of M.L. Albert, H. Goodglass, N.A. Helm, A.B. Rubens, & M.P. Alexander (Eds.), Clinical aspects of dysphasia. New York: Springer-Verlag, 1981.] *Clinical Neuropsychology, 4, 94.*

**Bigler, E.D.**          (1981). Functional disorders of memory. [Review of J.F. Kihlstrom & F.J. Evans (Eds.) Functional disorders of memory. Lawrence Erlbaum Associates, Hillside, NJ, 1979.] *Clinical Neuropsychology, 3, 39-40.*

Russo, A.A.,          & **Bigler, E.D.** (1996). [Review of D.C. Delis, J.H. Kramer, E. Kaplan, & B.A. Ober, The California Verbal Learning Test--Children's version (CVLT-C). San Antonio, TX: The Psychological Corporation, 1994 and T. Boll, Children's Category Test (CCT). San Antonio, TX: The Psychological Corporation, 1993.] *Archives of Clinical Neuropsychology, 11(2), 171-173.*


**PUBLISHED ABSTRACTS/POSTERS:**

**Bigler, E.D.,**          (2006, December) Traumatic Brain Injury Model [Report]. *The Utah Addiction Center Report, 2(2), p.5.*

**Bigler, E.D.,**          (2005, June 16-18). Fine structural MRI analysis in traumatic brain injury: Relationship to neuropsychological outcome [Abstract]. *The Clinical Neuropsychologist, 19(2), 146. Abstract and Poster presented at the 2005 Annual Meeting of the American Academy of Clinical Neuropsychology (AACN) Scientific Program at the Minneapolis Marriott  Center in Minneapolis, MN.*

**Bigler, E.D.,**          (2005, May 5-8). Neuroimaging and neurocognitive outcome in traumatic brain injury – status report 2005 [Abstract]. *Brain Injury, Abstracts of the 6th World Congress on Brain Injury, Melbourne, 19 (Suppl.1) p.28.*

**Bigler, E.D.,**          (2004, February 4-7). Volumetric analysis of the basal ganglia in autism with macrocephaly [Abstract]. *Symposium at the 32nd Annual Meeting of the International Neuropsychological Society in Baltimore, Maryland.*

**Bigler, E.D.,**          (2004, February 4-7). Morphology of the Corpus Callosum in Autism and Macrocephaly [Abstract]. *Symposium at the 32nd Annual Meeting of the International Neuropsychological Society in Baltimore, Maryland, USA February 4-7, 2004.*

**Bigler, E.D.,**          (2004, February 4-7). Neuropsychological assessment in less common medical disorders [Abstract]. *Symposium at the 32nd Annual Meeting of the International Neuropsychological Society in Baltimore, Maryland, USA February 4-7, 2004.*

**Bigler, E.D.,**          (2003, July 16-20). Neuropsychological findings in a case of autopsy confirmed neuropathology in mild traumatic brain injury. [Abstract]. *Journal of the*

*International Neuropsychological Society, 9 (4), p. 541.  Poster presented at the twenty-sixth annual mid-year international Neuropsychological Society, July 16-20, 2003, Berlin, Germany.*

**Bigler, E.D.,**    (2003). Traumatic brain injury, normal aging, and dementia: Hippocampal atrophy as the putative basis for a relationship [Abstract]. *Journal of the International Neuropsychological Society, 9 (4), p. 565.  Poster presented at the twenty-sixth annual mid-year international Neuropsychological Society, July 16-20, 2003, Berlin, Germany.*

**Bigler, E.D.,**    (2003). Functional brain imaging after acquired brain injury (ABI) [Abstract]. *Brain Injury, 17 (Supplement 1), p.16.*

**Bigler, E.D.**    (2001). 3-D and quantitative neuroimaging and neuropsychological outcome in traumatic brain injury [Abstract]. *Journal of the International Neuropsychological Society, 7 (2), 259.*

**Bigler, E.D.**    (1998). Quantitative neuroimaging in neuropsychology [Abstract].  *The Clinical Neuropsychologist, 12 (2), 284.*

**Bigler, E.D.**    (1997).  Neuroimaging correlates of APOE 04 [Abstract].  *Journal of the International Neuropsychological Society, 3 (1), 138.*

**Bigler, E.D.**    (1994). Day-of-injury CT as an index to pre-injury brain morphology [Abstract]. *Journal of Neurotrauma, 11, (2), 219.*

**Bigler, E.D.**    & Snyder, J.L. (1993). Pre- and Post-injury neuroimaging: Comparison with neuropsychological outcome in mild head injury [Abstract]. *Archives of Clinical Neuropsychology, 8, 214.*

**Bigler, E.D.**    & Naugle, R.I. (1985). Neuropsychological consequences of chloride deficiency during infancy [Abstract]. *International Journal of Neuropsychology, 7, 68.*

**Bigler, E.D.,**    Black, G., Abildskov, T., Dennis, M., Gerhardt, C., Rubin, K., Stancin, T., Vannatta, K., Taylor, G., Yeates, K. (November 5, 2015). Relation of Cortical Volume to Intellectual Function in Pediatric Traumatic Brain Injury [Poster]. *National Academy of Neuropsychology (NAN) Conference, Austin, Texas, USA.*

**Bigler, E.D.,**    Black, G., Abildskov, T., Wilde, E., Max, J. (November 5, 2015). The Relation of Cortical Thickness to Post-Concussive Symptoms in Mild Traumatic Brain Injury or Orthopedic Injury in a Pediatric Sample [Poster]. *National Academy of Neuropsychology (NAN) Conference, Austin, Texas, USA.*

**Bigler, E.D.,**    Abildskov, T.J., Wilde, E.A., Hunter, J.V., Scheibel, R., Newsome, M.R., Hanten, G.R., Li, X., Levin, H.S., (2007).  How diffuse is brain damage in moderate-to-severe pediatric traumatic brain injury? [Abstract].  *Developmental Rehabilitation, 10(4), 271-310(P35).*

**Bigler, E.D.,**    Provencal, S., Mortensen, S., Fearing M.A., McMahon, W., & Lainhart, J.E. (2005 February 2-5). Relationship between superior temporal gyrus and IQ in autism. [Poster]. *33rd Annual Meeting of International Neuropsychological Society, Adam's Mark Hotel, St. Louis, MI, USA, p.16.*

**Bigler, E.D.,**   McMahon, W., Lainhart, J.E. (2004).  Regional brain morphometry in autism [Abstract]. *Proceedings of CPEA/STAART Annual Meeting, May 17-20, 2004. Bethesda, MD.*

**Bigler, E.D.,**   Neeley, E.S., Ozonoff, S., Coon, H., McMahon, W, Lainhart, J.E. (2004). Superior temporal gyrus and autism [Abstract]. *Brain Impairment, 5, 105-106.*

**Bigler, E.D.,**   Provencal, S.L., McMahon, W., Lainhart, J.E. (2004).  White and gray matter differences in autism using voxel-based morphometry [Abstract]. *Proceedings of International meeting for Autism Research. May 7-8, 2004; Sacramento, California.  IMFAR Abstracts P1.1.13 and P2.3.9.*

**Bigler, E.D.,**   Ryser, D.K., Gandhi, P., Kimball, J., Wilde, E.A. (2004).  Day-of-injury computerized tomography, rehabilitation status, and long-term outcome as they relate to magnetic resonance imaging findings after traumatic brain injury [Abstract]. *Brain Impairment, 5, 122-123.*

**Bigler, E.D.,**   Blatter, D.D., Johnson, S.C., & Pinkston, J.B. (1997).  Effects of handedness and gender of the surface area of the human corpus callosum: A preliminary study using magnetic resonance imaging [Abstract]. *Archives of Clinical Neuropsychology, 12(4), 386.*

**Bigler, E.D.,**   Lowry, C.M., Anderson, C.V., Johnson, S.C., Plassman, B.L., Tschantz, T., Welsh-Bohmer, K.A., Saunders, A.M., & Breitner, J.C.S. (1997).  A population-based study of APOE, Alzheimer's disease and quantitative magnetic resonance imaging [Abstract]. *Journal of the International Neuropsychological Society. 3 (3), 214.*

**Bigler, E.D.,**   Johnson, S.C., Anderson, C.V., Gale, S.D., & Blatter, D.D. (1996).  Brain morphology and neuropsychological relationships:  Time post injury [Abstract]. *Journal of the International Neuropsychological Society, 2(1), 16.*

**Bigler, E.D.,**   Burr, R.B., Abildskov, T.J., Norman, M.A., Gale, S.D., Kurth, S.M., & Blatter, D. (1993). Quantitative day of injury CT scan analysis in traumatic brain injury: A method for a within subjects design to estimate pre-injury brain morphology [Abstract]. *Journal of Clinical and Experimental Neuropsychology, 15, 71.*

**Bigler, E.D.,**   Snyder, J.L., & Abildskov, T.J. (1992). PC-based three dimensional neuroimaging of MRI in cerebral trauma: An aid to neuropsychological assessment [Abstract]. *Journal of Clinical and Experimental Neuropsychology, 14, 78.*

**Bigler, E.D.,**   Rosa, L., Schultz, F., Hall, S., & Harris, J. (1989). Rey-Auditory verbal learning and Rey-Osterrieth complex figure design test for performance in Alzheimer's disease and closed head injury. [Abstract]. *Clinical Digest Series, 1990.*

**Bigler, E.D.,**   Paver, S., Cullum, C.M., Turkheimer, E., Hubler, D., & Yeo, R. (1984). Ventricular enlargement, cortical atrophy, and neuropsychological performance following head injury. [Abstract]. *INS Bulletin, October, 1983, p. 36.*

**Bigler, E.D.,**   Hubler, D., Turkheimer, E.A., Cullum, C.M., Paver, S., & Yeo, R. (1983). Volumetric CT Measures and Neuropsychological Performance in Alzheimer's Disease. [Abstract]. *INS Bulletin, October 1983, pp. 40-41.*

Tsui-Caldwell, Y.,     Christensen, Z., Oleson D., Leete, R., Gonzales, J., Skiles, M., Smith, A., Schmidt, M., Neves, W., **Bigler, E.D.**, (November 5, 2015). Schelten et al. Ratings for Mesial Temporal Lobe Atrophy in the Social Outcomes of Brain Injury in Kids [Poster]. *National Academy of Neuropsychology (NAN) Conference, Austin, Texas, USA.*

Dean, D.C.,     Travers, B.G., **Bigler, E.D.**, Prigge, M.D., Froehlich, A., Lange, N., Alexander, A., Lainhart, J.E. (May13-16, 2015). Microstructural Covariance of White Matter in Autism Spectrum Disorder [Poster]. *Proceedings of the International Meeting for Autism Research (IMFAR), Grand America Hotel, Salt Lake City, Utah, USA.*

Prigge, M.D.,     Lange, N., **Bigler, E.D.**, Zygmunt, K., Travers, B.G., Abildskov, T., Froehlich, A., Fletcher, P.T., Alexander, A., Zielinski, B.A., Lainhart, J.E. (May 13-16, 2015). Longitudinal Cortical Thickness Development in Relation to Changes in SRS Scores over Time in Autism [Poster]. *Proceedings of the International Meeting for Autism Research (IMFAR), Grand America Hotel, Salt Lake City, Utah, USA.*

Tass, S.N.,     Stephenson, K., Prigge, M.D., Lundwall, R., Cox, J.C., South, M., Maisel, M.E., Kellems, R., Hansen, B.D., **Bigler, E.D.**, Gabrielsen, T.P. (May 13-16, 2015). Brain Volumes Associated with High Levels of Aggression in ASD [Poster]. *Proceedings of the International Meeting for Autism Research (IMFAR), Grand America Hotel, Salt Lake City, Utah, USA.*

Travers, B.G.,     **Bigler, E.D.**, Prigge, M.D., Froehlich, A., Lange, N., Alexander, A., Lainhart, J.E. (May 13-16, 2015). Longitudinal Development of Manual Motor Performance in Autism Spectrum Disorder from Childhood to Mid-Adulthood and Predictions of Adaptive Daily Living Skills [Published Abstract]. *Proceedings of the International Meeting for Autism Research (IMFAR), Grand America Hotel, Salt Lake City, Utah, USA.*

Zielinski, B.A.,     Prigge, M.D., Lainhart, J.E., Alexander, A., **Bigler, E.D.**, Lange, N., Gerig, G. (May 13-16, 2015). Abnormalities in Large-Scale Brain Network Architecture in Autism [Published Abstract]. *Proceedings of the International Meeting for Autism Research (IMFAR), Grand America Hotel, Salt Lake City, Utah, USA.*

Alexander, A.L.,     Lee, J.E., Chung, M., DuBray, M., Froelich, A., Fletcher, P.T., **Bigler, E.D.**, Lange, N., Lainhart, J.E. (May 7-9, 2009). Relationships between diffusion tensor imaging and the social responsiveness scale [Abstract]. *Proceedings of the International Meeting for Autism Research (IMFAR), Chicago, Illinois, USA.*

McCauley, S.,     Wilde, E., Merkley, T., Schnelle, K., **Bigler, E.D.**, Vasquez, A., Hunter, J., Chu, Z., Chapman, S., Levin, H. (2009). Neural Correlates of Event-Based Prospective Memory in Children 3 Months After Moderate to Severe Traumatic Brain Injury: A Volumetric Study. [Published Abstract]. *The Journal of Head Trauma Rehabilitation, 24:5.*

McCauley, S.,     Merkley, T., Wilde, E., Schnelle, K., **Bigler, E.D.**, Vasquez, A., Hunter, J., Chu, Z., Chapman, S., Levin, H. (2009). Patterns of Cortical Thinning in Relation to Event-Based Prospective Memory Performance of Children with Traumatic Brain Injury. [Abstract]. *The Journal of Head Trauma Rehabilitation, 24:5.*

Merkley, T.L.,        Wilde, E.A., **Bigler, E.D.**, Li, X., Hunter, J.V., Hanten, G., Levin, H.S. (2009). Cortical thinning with age progression for traumatically brain injured and typically developing children [Abstract]. *Journal of the International Neuropsychological Society, 15(SS1), 192.*

Nielsen, J.,          Lange, N., Alexander, A., Lee, J.E., Dubray, M., Froehlich, A., **Bigler, E.D.** & Lainhart, J.E. (2009).  Subtypes of autism based on corpus callosum microstructure:  A diffusion tensor imaging and neuropsychological study [Abstract]. *Journal of the Neuropsychological Society, 15 (SS1); 169.*

Ngo, C.T.,            Wilde, E.A., Li, X., **Bigler, E.D.**, Yedururi, S., Hanten, G., Hunter, J.V., Chu, Z., Vasquez, A.C., and Levin, H.S. (2009). Amygdala volumes facilitate emotion identification in children with TBI during recovery [Abstract]. *Journal of the International Neuropsychological Society, 15(SS1), 192.*

Oni, M.B.,            Wilde, E.A., Yallampalli, R., Wu, T.C., Chu, Z., Li, X., Hunter, J.V., **Bigler, E.D.,** Vasquez, A.C., and Levin, H.S. (2009). Diffusion tensor imaging analysis of the frontal lobes in pediatric traumatic brain injury [Abstract]. *Journal of the International Neuropsychological Society, 15(SS1), 153.*

Wu, T.,               Wilde, E.A., Yallampalli, R., **Bigler, E.D.,** Chu, Z., Li, X., Hunter, J.V., Vasquez, A.C., and Levin, H.S. (2009). Longitudinal changes of the corpus callosum pathways subsequent to traumatic brain injury [Abstract]. *Journal of the International Neuropsychological Society, 15(SS1), 194.*

Wu, T.,               Wilde, E., Yallampalli, R., **Bigler, E.D.,** McCauley, S., Troyanskaya, M., Chu, Z., Li, Xiaoqi, Merkley, T., Hunter, J., Levin, H. (2009).  Changes in the Cingulate in Acute Mild TBI Detectable with Diffusion Tensor Imaging and Their Relation to Memory Function. [Published Abstract]. *The Journal of Head Trauma Rehabilitation, 24:5.*

Yallampalli, R.,      Wilde, E.A., Merkley, T.L., **Bigler, E.D.,** Chu, Z., Hanten, G., Troyanskaya, M., Hunter, J.V., Li, X., and Levin, H.S. (2009). Relation of amygdala volume and processing of visually-based emotional stimuli using the face-emotion recognition task in pediatric traumatic brain injury. [Abstract]. *Journal of the International Neuropsychological Society, 15(SS1), 148.*

Yallampalli, R.,      Wilde, E.A., Merkley, T.L., **Bigler, E.D.,** Chu, Z., Hanten, G., Troyanskaya, M., Hunter, J.V., Li, X., and Levin, H.S. (2009). Effects of pediatric traumatic brain injury on short term memory processing and hippocampal volume. [Abstract]. *Journal of the International Neuropsychological Society, 15(SS1), 148.*

Alexander, A.L.,      Lee, J.E. Ardekani, B, Chung, M., **Bigler, E.D.**, Lainhart, J.E., (May 15 – 17, 2008). Evaluation of DTI image analysis using nonlinear spatial normalization and tissue-specific, smoothing-compensated voxel based analysis application in autism. [Abstract]. *Proceedings of the International Meeting for Autism Research (IMFAR), London, England.*

Lee, J.N.,            Lainhart, J.E., **Bigler, E.D.**, Dubray, M., Froelich, A., Lange, N., Fletcher, T., Chung, M.K., Alexander, A.L. (2008). White Matter is Diffusely Affected in Autism [Abstract].

Lee, J.N.,        Hsu, D., Alexander, A.L., Lazar, M., **Bigler, E. D.,** Lainhart, J.E. (May 3-9, 2008).  A study of underconnectivity in autism using DTI: W-Matrix Tractography. [Abstract] *Presented at the International Society for Magnetic Resonance in Medicine (ISMRM) 16th Scientific Meeting and Exhibition in Toronto, Ontario, Canada.*

Lee, J.N.,        Hsu, D., Hsu, M., Alexander, A., DuBray, M., Froehlich, A., Lu, J.K., **Bigler, E.D.,** Lainhart, J.E.  (April 12-16, 2008). Structural underconnectivity in autism: A neural network method for diffusion tensor tractography. [Abstract]. *Presented at 2008 Annual American Academy of Neurology (AAN), Chicago, Illinois.*

Allen M.D.,       **Bigler E.D.,** Larsen J., Goodrich-Hunsaker N.J., Hopkins R.O. (November 9, 2007). Functional magnetic resonance imaging (fMRI) evidence for high cognitive effort on the Word Memory Test in the absence of external incentives. [Abstract]. *Developmental Neurorehabilitation, 10(4), 2007, 271 - 310.*

Allen, M.D.,      **Bigler, E.D.,** Larsen, J., Goodrich-Hunsaker, & Hopkins, R.O. (2007). Functional magnetic resonance imaging (fMRI) evidence for high cognitive effort on the Word Memory Test in the absence of external incentives [Abstract]. *Developmental Neurorehabilitation, 10(4): 296-297.*

Cleavinger, H.B., **Bigler, E.D.,** Wilde, E.A., Hunter, J.V., Li, X., Levin, H. S. (2007).  Traumatic brain injury, atrophy of the entorhinal cortex and neuropsychological outcome in children [Abstract].  *Archives of Clinical Neuropsychology, 22(7), 898.*

Cramond, A.,      Woon, F.M., Wu, C., Cannon, P.C., **Bigler, E.D.**, Cleavinger, H.B., Johnson, J.L., Lainhart, J.E. (2007). Intellectual function and thalamic volume in autism [Abstract]. *Archives of Clinical Neuropsychology 22(7), 828.*

Hanten, G.,      Wilde, E.A., Yallampalli, R., Chu, A., Ramons, M.A., **Bigler, E.D.,** Menefee, D., Vasquez, Li, X., Hunter, J.V., Levin, H.S. (2007).  The relation between white matter disruption measured by diffusion tensor imaging and decision-making following childhood TBI [Abstract]. *Developmental Neurorehabilitation, 10(4), 271-310(P61).*

James, K.,       Pertab, J., **Bigler, E.D.** (2007).  Questionable generalizability for mild traumatic brain injury meta-analysis [Abstract]. *Archives of Clinical Neuropsychology, 22(7), 835.*

Lee, J.N.,       Alexander, A.L., Lazar, M., **Bigler, E.D.,** Lainhart, J.E. (May 3-9, 2007). Evaluation of voxel-based analysis methods for DTI studies [Abstract]. *Abstract presented at the International Society for Magnetic Resonance in Medicine (ISMRM) 16th Scientific Meeting and Exhibition in Toronto, Ontario, Canada.*

Wolkowitz, O.,    Lupien, S., **Bigler, E.D.** (2007).  The "Post-Steroid Dementia Syndrome":  An unrecognized complication of glucocorticoid treatment [Abstract]. *Annals of the New York Academy of Sciences.*

Woon, F.M.,      Cramond, A.C., Wu, C., Cannon, P.C., **Bigler, E.D.,** Cleavinger, H.B., Johnson, J.L., Lainhart, J.E. (2007). Intelligence scores and amygdala volume in individuals with autism. [Abstract]. *Archives of Clinical Neuropsychology, 22(7), 805.*

Wu, C.,                 Cramond, S., Woon, F.M., Cannon, P.C., **Bigler, E.D.,** Cleavinger, H.B.,
                        Johnson, J.L., Lainhart, J.E. (2007). Fusiform gyral volume, intellectual ability
                        and autism. [Abstract]. *Archives of Clinical Neuropsychology, 22(7), 804-805.*

Alexander, A.L.,        Lee, J.E., Lazar, M., Boudos, R., DuBray, M., Oakes, T.R., Miller, J.N., Lu, J.,
                        Jeong, E-K., McMahon, W.M., **Bigler, E.D.,** Lainhart, J.E. (2006). A diffuse
                        tensor study of the corpus callosum in autism. [Poster]. *12ᵗʰ Annual Meeting of
                        the Organization for Human Brain Mapping, Florence, Italy, June 11- 15, 2006.*

Alexander, A.L.         Lee, J.E., Lazar, M., Boudos, R., DuBray, M., Lu, J., Jeong, E.K., **Bigler, E.D.,**
                        Lainhart, J.E. (2006) Diffusion Tensor Study of Corpus Callosum in Autism
                        [Abstract]. *Human Brain Mapping, January 6, 2006.*

Beck, C.J.              Hopkins, R.O., Weaver, L.K., & **Bigler, E.D.** (February 1-4, 2006). <u>Prevalence
                        of white matter hyperintensities in a healthy normal population.</u> [Poster]. *34ᵗʰ
                        Annual Meeting of the International Neuropsychological Society, Boston
                        Marriott Copley Place Hotel, Boston, MA, USA.*

Elison, J. T.,          **Bigler, E.D.,** Miller, J., Lu, J., McMahon, W.M., Lainhart, J.E. (July 1-3 2006).
                        A case-control 3.0 Tesla MRI morphometric analysis of autism with and without
                        attention-deficit/hyperactivity disorder [Poster]. *5ᵗʰ International Meeting for
                        Autism Research (IMFAR) Montreal, Canada.*

Fearing, M.A.           Hopkins, R.O., & **Bigler, E.D.** (February 1-4, 2006). Variability in basal ganglia
                        lesions following anoxic brain injury. [Poster]. *34ᵗʰ Annual Meeting of the
                        International Neuropsychological Society, Boston Marriott Copley Place,
                        Boston, MA, USA.*

Fearing, M.,            Hopkins, R.O., Weaver, L.K., & **Bigler, E.D.,** (February 1-4, 2006).
                        Neuropsychological and Neuroimaging Outcomes Following Group Carbon
                        Monoxide Poisoning. [Abstract]. *34ᵗʰ Annual Meeting of the International
                        Neuropsychological Society, Boston Marriott Copley Place, Boston, MA, USA.*

Fearing, M.A.           **Bigler, E.D.,** Wilde, E.A., Hunter, J.V., & Levin, H.S. (February 1-4, 2006).
                        Morphometric findings in the thalamus and brainstem in children after moderate
                        to severe traumatic brain injury. [Poster]. *34ᵗʰ Annual Meeting of the
                        International Neuropsychological Society, Boston Marriott Copley Place,
                        Boston, MA, USA.*

Lazar, M.               Baxter, B., Alexander, A.L., Oakes, T., Lu, J., McMahon, W., **Bigler, E.D.,**
                        Lainhart, J., (2006). A Diffusion Tensor Imaging Study of the Thalamus in
                        Autism [Abstract]. *Human Brain Mapping; January 8 2006.*

Levin, H.S.             Moeller, G., Wilde, E., Sullivan, E.V., **Bigler, E.D.,** Ranjeva, J.P., Mori, S., &
                        Grant, E. (2006, February 1-4). Diffusion tensor imaging: Application to
                        neuropsychological research. [Poster]. *34ᵗʰ Annual Meeting of the International
                        Neuropsychological Society, Boston Marriott Copley Place Hotel, Boston, MA,
                        USA, February 1-4, 2006.*

Mathias, J.L.,          Bowden, S.C., **Bigler, E.D.,** (2006) <u>Is performance on the Wechsler Test of
                        Adult Reading affected by traumatic brain injury?</u> [Abstract]. *Proceedings of the
                        International Neuropsychological Society (INS)/ German Neuropsychological*

*Society (GNP) and the Swiss Neuropsychological Association (SVNP) Meeting July 26 -30, 2006, p.100.*

Fearing, M.

Hopkins, R.O., Weaver, L.K., & **Bigler, E.D.** (February 2-5, 2005). Basal ganglia lesions following carbon monoxide (CO) Poisoning. [Poster]. *33rd Annual Meeting of the International Neuropsychological Society, Adam's Mark Hotel, St. Louis, Missouri, USA, p.183.*

Hopkins, R.O.,

Tate, D.F., & **Bigler, E.D.** (2005).  Hippocampal volume following carbon monoxide poisoning:  Predictors and neuropsychological correlates [Abstract]. *International Neuropsychological Society, Division of the Neuropsychology of the British Psychological Society, British Neuropsychological Society, Joint Mid-Year Meeting, Dublin, Ireland, Program & Abstract Book, p.18.*

Miller, M.,

**Bigler, E.D.,** Neeley, S.L., Provencal, S., McMahon, W., & Lainhart, J.E. (2005, February 2-5,).  Frontal lobe development in autism relative to head size. [Poster] *Proceedings of the 33rd Annual Meeting of the International Neuropsychological Society, St. Lois, MI, 2005, p.111.*

Provencal, S.,

Fearing, M.A., Johnson, J.L., Mortensen, S., Heidelberger, C., **Bigler, E.D.,** McMahon, W., & Lainhart, J.E. (February 2-5, 2005).  Basal ganglia morphometry in autism with and without Attention Deficit/Hyperactivity Disorder [Poster]. *Proceedings of the 33rd Annual Meeting of the International Neuropsychological Society, Adam's Mark Hotel, St. Lois, MI, Program & Abstracts, USA, p.111.*

Yeates, K. O.,

Taylor, G., Dennis, M., Vannatta, K., Gerhardt, C., Rubin, K., **Bigler, E.D.**, (2005) Social outcomes in pediatric traumatic brain injury: Toward an integrative, multi-level model [Abstract]. *Brain Injury, Abstracts of the 6th World Congress on Brain Injury, Melbourne, 5-8 May, 19 (Suppl.1) p.21.*

Alexander, A.L.,

Lazar, M., **Bigler, E.D.**, Jeong, E.K., Coon, H., McMahon, W., Lainhart, J.E. (2004).  Diffusion tensor imaging of white matter in autism [Abstract]. *Proceedings of CPEA/STAART Annual Meeting, May 17-20, 2004.  Bethesda, MD.*

Fearing, M. A.,

Larson, M.L., Hopkins, R.O., & **Bigler, E.D.** (2004, February 4-7).  Generalized vs. focal atrophy in dementia:  Their relationship to neuropsychological function [Abstract]. *32nd Annual Meeting of International Neuropsychological Society, Journal of the International Neuropsychological Society, Programs & Abstracts, 16.*

Jackson, J.,

Hopkins, R.O., Gale, S.D., & **Bigler, E.D.** (2004).  Neuropsychological assessment in less common medical disorders [Abstract]. *Journal of the International Neuropsychological Society, INS 32nd Annual Meeting Program & Abstracts, 98.*

Lainhart, J.E.,

**Bigler, E.D.**, Coon, H., McMahon, W. (2004).  Head and brain growth in autism: advances and implications for neuroimaging research [Abstract]. *Proceedings of CPEA/STAART Annual Meeting, May 17-20, 2004.  Bethesda, MD.*

Lainhart, J.E.,

Dinh, E., Coon, H., **Bigler, E.D.**, McMahon, W. (2004).  Head circumference in autism spectrum disorders: A CPEA network study [Abstract].  *Proceedings of*

*International meeting for Autism Research. May 7-8, 2004; Sacramento, California.  IMFAR Abstracts S1.5.2.*

Lee, J.N.,   **Bigler, E.D.,** Provencal, S.L., McMahon, W., Lainhart, J.E. (2004).  Autism severity correlated with reduced brain activation during a face processing task [Abstract].  *Proceedings of International meeting for Autism Research. May 7-8, 2004; Sacramento, California.  IMFAR Abstracts P1.2.3.*

Provencal, S.   & **Bigler, E.D.** (February 4-7, 2004). The Delis-Kaplan executive function system (D-KEFS) compared to traditional tests of executive dysfunction in patients with frontal lesions. *International Neuropsychological Society 32nd Annual Conference, Baltimore, Maryland. Journal of the International Neuropsychological Society, Program & Abstracts, p. 113.*

Sanders, A.D.,   Neeley, E.S., & **Bigler, E.D.** (2004).  Memory performance in autism [Abstract]. *Brain Impairment, 5,112-113.*

Sayer, J.,   Fearing, M.A., **Bigler, E.D.,** McMahon, W.M., & Lainhart, J.E. (2004). Volumetric analysis of the basal ganglia in autism with macrocephaly [Abstract]. *International Neuropsychological Society 32nd Annual Conference, February 4-7, 2004, Baltimore, Maryland. Journal of the International Neuropsychological Society, Volume 10 (Supplement S1), Program & Abstracts, 133-134.*

Bergeson, A.G.,   Lundin, R., Parkinson, R. B., Tate, D.F., Victoroff, J., Hopkins, R.O., **Bigler, E.D.** (spring 2003). Clinical rating of cortical atrophy and cognitive correlates following traumatic brain injury [Abstract]. *Journal of Neuropsychiatry and Clinical Neuroscience 15(2), 276-277.  Poster presented at the 14th Annual meeting of the American Neuropsychiatric Association, Honolulu, Hawaii, February 1-4, 2003.*

Cato, M.,   Delis, D., Abildskov, T., & **Bigler, E.D.** (2003). Assessing the elusive cognitive deficits associated with orbitofrontal cortex damage:  Case study of a modern-day Phineas Gage [Abstract]. *Journal of the International Neuropsychological Society, 9(2), 183.*

Cleavinger, H.,   Sayer, J., Rice, S.A., McMahon, W., Lainhart, J., **Bigler, E.D.** (2003). Volumetric analysis of the mesencephalon and metencephalon in autism with macrocephaly [Abstract]. *Journal of the International Neuropsychological Society, 9 (4), p. 549. Poster presented at the Twenty-Sixth Annual Mid-year International Neuropsychological Society, July 16-20, 2003, Berlin, Germany.*

Fearing, M.A.,   **Bigler, E.D.,** Garrett, K.D., Tschanz, J., Welsh-Bohmer, K.A. (spring 2003). Relationship between cerebral atrophy and informant-based ratings of dementia participants in the Cache County study* [Abstract]. *Journal of Neuropsychiatry and Clinical Neuroscience, 15(2), 269.*

Fearing, M.,   Hannan, C.R., White, J., Mortensen, J., Rice, S., Tate, D., and **Bigler, E.D.** (2003, Feb. 5-8).  Dementia, cerebral atrophy, and neuropsychological performance:  Relationship to APOE-ε 4 [Abstract]. *Journal of the International Neuropsychological Society, 9 (2), 317.*

Hopkins, R.O.,  Tate, D., **Bigler, E.D.** (spring 2003). Acquired brain injury: amount of tissue loss, not etiology, alters cognitive and emotional function [Abstract]. *Journal of Neuropsychiatry and Clinical Neuroscience, 15(2), 261-262.*

Hopkins, R.O.,  McCourt, A., Cleavinger, H., Parkinson, R.B., Victoroff, J., **Bigler, E.D.** (2003). White matter hyperintensities and neuropsychological outcome following traumatic brain injury [Abstract]. *Journal of the International Neuropsychological Society, 9(2), 234. Paper presented at the 31st Annual International Neuropsychological Society Conference, Feb 5-8, 2003, in Honolulu, Hawaii.*

Mathias, J.L.,  **Bigler, E.D.,** Jones, N.R., Barrett-Woodbridge, M.P., Brown, G.C., Taylor, D.J. (2003). Information processing speed and its relationship to quantitative neuroimaging following moderate and severe traumatic brain injury. [Abstract]. *Brain Injury, 17, supplement 1, p.136. Presented in the international TBI meeting, Stockholm.*

Mortensen, J.,  Hannan, C.R., White, J., Fearing, M., Tate, D., **Bigler, E.D.** (2003, February). The Boston Naming Test, Dementia, and Temporal Lobe Pathology. [Abstract]. *Journal of the International Neuropsychological Society, 9(2), 306. Poster presented at the 31st Annual International Neuropsychological Society Conference, Feb 5-8, 2003, in Honolulu, Hawaii.*

Parish, R.V.,  Carpenter, B.N., **Bigler, E.D.,** (2003). Posttraumatic stress, mild traumatic brain injury, and memory function. [Abstract]. *Archives of Clinical Neuropsychology, 18, 687.*

Rice, S.A.,  **Bigler, E.D.,** Lainhart, J., McMahon, W. (2003). Corpus callosal differences in autism. [Abstract]. *Journal of the International Neuropsychological Society, 9(4), 551. Poster presented at the Twenty-Sixth Annual Mid-year International Neuropsychological Society, July 16-20, 2003, Berlin, Germany.*

Rice, S.A,  **Bigler, E.D.,** Lainhart, J., McMahon, W., Coon, H., Ozonoff, S. (2003, February 5-8). Corpus callosum morphology in autism. [Abstract]. *Journal of the International Neuropsychological Society, 9(2), 270.*

Ross, C.,  Hallam, B., Buckwalter, J.G., **Bigler, E.D.** (2003, Feb 5-8). Regional callosal changes in three forms of dementia. [Abstract]. *Journal of the International Neuropsychological Society, 9(2), 317. Poster presented at the 31st Annual International Neuropsychological Society Conference, Feb 5-8, 2003, in Honolulu, Hawaii.*

Skoog, I.,  **Bigler, E.D.,** (2003, August 17-22). The Gothenburg Longitudinal Study on Aging: Early life risk factors for dementia. [Abstract]. *Eleventh International Congress: International Psychogeriatric Association, Chicago, Illinois.*

White, J.,  Mortensen, J., Hannan, C. R., Fearing, M., Tate, D., and **Bigler, E.D.** (Feb 5-8, 2003).Performance on the logical memory measure and temporal lobe atrophy [Abstract]. *Journal of the International Neuropsychological Society, 9(2), 317.*

Hallam, B.J.,  Brown, W.S., Buckwalter, J.G., Ross, C., & **Bigler, E.D.** (2002). Functional Channels of the Corpus Callosum: Evidence from Alzheimer's Disease Patients [Abstract]. *Journal of the International Neuropsychological Society, 8(2), 266.*

Mathias, J.L.        **Bigler, E.D.**, Jones, N.R., Brown, G.C., & Taylor, D.J. (2002). Information processing deficits and their relationship to neuroimaging following moderate and severe traumatic brain injury. [Abstract]. *Journal of Neurotrauma, 19(10), 1293.*

Mortensen J.,        White J., Hannan C.R., Fearing M., Tate D., **Bigler, E.D.** (2002, October). The Benton Visual Retention Test, dementia, and temporal lobe pathology. *Poster accepted for presentation at the 22nd Annual Conference of the National Academy of Neuropsychology, Miami, FL.*

Gandhi, P.V.,        **Bigler, E.D.**, Wilde, E., Ryser, D.K, & Johnson, S. (2001). Quantitative lesion analysis, FIM, and neuropsychology test performance in TBI [Abstract].  *Journal of the International Neuropsychological Society, 7(2), 180.*

Hedges, D.,        Tate, D.F., Miller, M.J., Cleavinger, H.B., Rice, S.A., Thatcher, W., Allen, S., Sood, S., **Bigler, E.D.** (2001).Brain morphology in non-substance-abusing male Vietnam veterans with Posttraumatic Stress Disorder [Abstract].  *Archives of Clinical Neuropsychology, 16 (2001), 796-797.*

Hopkins, R.O.,        Weaver, L.K., Hessel, C., Tate, D., **Bigler, E.D.**, & Blatter, D.  (2001). Hippocampal atrophy following carbon monoxide poisoning:  Gender differences [Abstract].  *Journal of the International Neuropsychological Society, 7(2), 232.*

Parkinson, R.B.,        Hopkins, R.O., Cleavinger, H.B., Weaver, L.K., Victoroff, J., **Bigler, E.D.** (2001).  White matter hyperintensities in carbon-monoxide-poisoned subjects. [Abstract].  *Archives of Clinical Neuropsychology, 16, 731-732.*

Parish, R.V.,        Tate, D.F., & **Bigler, E.D.** (2001).  Estimation of intelligence with the Wechsler Abbreviated Scale of Intelligence (WASI) in an adult neuropsychological patient population:  are the two- and four-subtest forms of the WASI equivalent? [Abstract].  *Archives of Clinical Neuropsychology, 16 (8), 836.*

Ruger, J.,        Hopkins, R., Weaver, L., Johnson, S., Tate, D., **Bigler, E.D.**, & Blatter, D. (2001).  MR-based temporal horn enlargement following carbon monoxide poisoning [Abstract].  *Journal of the International Neuropsychological Society, 7 (2), 190.*

Gale, S.,        Hopkins, R., Weaver, L., Walker, J., **Bigler, E.D.**, & Cloward, T.  (2000). Hippocampal atrophy following sleep apnea and carbon monoxide poisoning: Similarities and differences [Abstract].  *Journal of the International Neuropsychological Society, 6 (2), 154.*

Hopkins, R.O.,        Gale, S.D., Pope, D., Weaver, L.K., & **Bigler, E.D.**  (2000). Ventricular enlargement in patients with acute respiratory distress syndrome [Abstract]. *Journal of the International Neuropsychological Society, 6(2), 229.*

Hopkins, R.O.,        Weaver, L.K. & **Bigler, E.D.**  (2000). Longitudinal outcome following carbon monoxide poisoning: Psychological changes [Abstract]. *Journal of the International Neuropsychological Society, 6(4), 393.*

Tate, D.F.,        Gilbert-Tate, J.J., & **Bigler, E.D.**  (2000). Neurologic tests and their predictive value among children in India: Correlations between motor skills, VMI, and

TONI-2 Scores [Abstract]. *Journal of the International Neuropsychological Society, 6(2), 133.*

Earl, H.D.,    Olsen, J., & **Bigler, E.D.** (1999). Neuropsychological and anatomical correlates of ∈4 in Alzheimer's disease [Abstract]. *Archives of Clinical Neuropsychology, 14(8), 619-620.*

Gandhi, P.V.,   Wilde, E., **Bigler, E.D.**, Ryser, D.K., & Blatter, D.D. (1999). QMRI correlates with neuropsychological indicators of general impairment in TBI patients [Abstract]. *Archives of Clinical Neuropsychology, 14(8), 773.*

Kesler, S.R.,   Hopkins, R.O., Weaver, L.K., **Bigler, E.D.**, Blatter, D.D., & Edge-Booth, H. (1999). Fornix and mammillary body atrophy and verbal memory deficit in carbon monoxide (CO) poisoned humans [Abstract]. *Archives of Clinical Neuropsychology, 14(8), 660-661.*

Porter, S.,   Hopkins, R.O., Weaver, L.K., **Bigler, E.D.**, & Blatter, D.D. (1999). White matter atrophy and neuropsychological outcome following carbon monoxide exposure [Abstract]. *Archives of Clinical Neuropsychology, 14 (8), 659-660.*

Tate, D.F.,   **Bigler, E.D.**, & Wolfson, L.J. (1999). Fornix area and hippocampal volume in traumatic brain injury: Relationships to memory function [Abstract]. *Archives of Clinical Neuropsychology, 14(8), 776-777.*

Yeates, K.O.,   Luria, J., Bartkowski, H., Rusin, J., Martin, L., **Bigler, E.D.**, Johnson, S.C. & Anderson, C. (1999). Postconcussive symptoms in children with mild closed-head injuries. *The Journal of Head Trauma Rehabilitation, Aug;14(4)337-50.*

Foley, H.A.,   Kesler, S. & **Bigler, E.D.** (1998). The relationship of SPECT and MRI to neuropsychological outcome, intelligence quotients, and traumatic brain injury [Abstract]. *Archives of Clinical Neuropsychology, 13 (1), 132.*

Hopkins, R.O.,   Weaver, L.K., Gale, S.D. & **Bigler, E.D.** (1998). Neuropsychological outcome, brain perfusion defects and quantitative magnetic brain resonance imaging following carbon monoxide (CO) poisoning [Abstract]. *Undersea and Hyperbaric Medicine, 25, 47-48.*

Hopkins, R.O.,   **Bigler, E.D.**, Weaver, L., Gale, S., & Brooth, E. (1998). Neuropsychological outcome and brain perfusion defects following carbon monoxide poisoning [Abstract]. *The Clinical Neuropsychologist, 12 (2), 284.*

Kesler, S.R.,   Foley, H.A. & **Bigler, E.D.** (1998). Relationships between brain abnormalities and cognitive-neurobehavioral symptoms in traumatic brain injury (TBI) using single photon mission computed tomography (SPECT), clinical (MRI) and quantitative (QMR) magnetic resonance [Abstract]. *Journal of the International Neuropsychological Society, 4(1), 8.*

Norman, M.A.,   Delis, D.C., Salmon, D. & **Bigler, E.D.** (1998). Differential rates of cognitive decline in subgroups of Alzheimer's patients [Abstract]. *Journal of the International Neuropsychological Society, 4 (1), 31.*

Orme, S.F.,   Clark, E., **Bigler, E.D.**, Pompa, J., Kircher, J.C., & Gardner, M.K. [1998]. Agreement of ratings and behavioral measures of attention and concentration (Abstract). *The Clinical Neuropsychologist, 12 (2), 277.*

Tate, D.F.,     Gilbert-Tate, J.J. & **Bigler, E.D.** (1998).  Berry's Test of Visual-motor integration and the Test of Nonverbal Intelligence: A comparison among school children in India [Abstract].  *Journal of the International Neuropsychological Society, 4(1), 58.*

Wilde, E.A.,     Bartholomew, J., **Bigler, E.D.**, Nielsen, D., Brooks, M.,  Lowry, C., Foley, H.A., Ryser, D., & Blatter, D.  (1998). PTA and QMRI outcome in TBI patients with positive blood alcohol levels at time of injury [Abstract].  *Journal of the International Neuropsychological Society, 4 (1), 9.*

Yeates, K.O.,     Luria, J., Bartkowski, H., Rusin, J., Martin, L., **Bigler, E.D.**, Johnson, S.C. & Anderson, C.  (1998).  Postconcussive symptoms in children with mild closed-head injuries [Abstract].  *Journal of the International Neuropsychological Society, 4(1), 63.*

Barker, L.H.,     **Bigler, E.D.**, Blatter, D.D., Boineau, B., & Johnson, S.  (1997).  Polysubstance abuse and traumatic brain injury: A quantitative study of magnetic resonance imaging and neuropsychological assessment [Abstract].  *Archives of Clinical Neuropsychology, 12 (4), 284-285.*

Barker, L.H.,     **Bigler, E.D.**, Gale, S.D., Russo, A.A., & Stenroos, J.F.  (1997).  Affective disturbance following traumatic brain injury: Severity of injury and the symptom-checklist-90-R [Abstract].  *Archives of Clinical Neuropsychology, 12(4), 399.*

Gale, S.D.,     Hopkins, R.O., Weaver, L.K., **Bigler, E.D.**, Booth, E.J., & Blatter, D.D. (1997). Brain Perfusion Defects Following Carbon Monoxide Poisoning: Relationship to MRI, Quantitative MRI, and Neuropsychological Findings [Abstract].  *Archives of Clinical Neuropsychology, 12 (4), 321.*

Hopkins, R.O.,     Weaver, L.K. & **Bigler, E.D.**  (1997). Psychological/Emotional changes following carbon monoxide poisoning [Abstract].  *Undersea & Hyperbaric Medicine, 24 (20).*

Johnson, S.C.,     Anderson, C.V., **Bigler, E.D.** & Blatter, D.D. (1997).  Logical memory *versus* verbal paired associate learning and hippocampal volume in a sample of male closed head injury patients [Abstract].  *Journal of the International Neuropsychological Society, 3 (1), 54.*

Pinkston, J.B.,     Johnson, S.C., **Bigler E.D.,** & Blatter D.D. (1997).  Effects of handedness and gender on the surface area of the human corpus callosum: A preliminary study using magnetic resonance imaging [Abstract].  *Archives of Clinical Neuropsychology, 12 (4), 386.*

Plassman, B.L.,     Welsh, K.A., **Bigler, E.D.**, Johnson, S.C., Anderson, C.V., Simons, M.E., Helms, M.J., & Breitner, J.C.S.  (1997). Similarity in brain volumes of aging monozygotic twins [Abstract].  *JINS, 3(1), 68-69.*

Porter, S.S.,     Kozora, E., & **Bigler, E.D.** (1997).  Corpus callosum and cognitive performance in patients with systemic Lupus Erythematosis [Abstract]. *Archives of Clinical Neuropsychology. 12 (4), 388.*

Primus, E.A.,        **Bigler, E.D.**, Anderson, C.V., Johnson, S.C., & Mueller, R.M.  (1997). Subcortical dementia symptoms and corpus striatum degeneration following traumatic brain injury (TBI): a quantitative analysis of magnetic resonance imaging (MRI) and neuropsychological assessment [Abstract]. *JINS, 3(1), p.3.*

Russo, A.A.,        **Bigler, E.D.**, Gale, S.D., Barker, L.H., & Stenroos, J.F. (1997).  Affective disturbance following traumatic brain injury: Severity of injury and the symptom-checklist-90-R [Abstract].  *Archives of Clinical Neuropsychology.  12 (4), 399.*

Tate, D.F.,         Tate, J.J., Johnson, S., & **Bigler, E.D.** (1997).  Ethnic and socioeconomic differences on the developmental test of visual-motor integration:  A study of South Indian school children [Abstract].  *Journal of the International Neuropsychological Society, 3, 26.*

Grant, M.L.,        Nussbaum, N.L., & **Bigler, E.D.** (1996).  Electrophysiological components in children with ADD or ADHD [Abstract].  *Journal of the International Neuropsychological Society, 2(1), 58.*

Hopkins, R.O.,      Abildskov, T.J., **Bigler, E.D.**, Gale, S.D., Johnson, S.C., Anderson, C.V., Blatter, D.D., & Weaver, L.K.  (1996). Three-dimensional image analysis of hippocampal atrophy and neuropathological changes following anoxia and traumatic brain injury [Abstract]. *Journal of the International Neuropsychological Society, 2(1), 34.*

Hopkins, R.O.,      Weaver, L.K., Pope, D., Orme, J.F., **Bigler, E.D.**, Larson-Lohr, V. (1996).  One year quality of life (AOL) and neuropsychological outcome following adult respiratory distress syndrome (ARDS) [Abstract]. *Chest, 110, 58S.*

Hopkins, R.O.,      Weaver, L.K., Gale, S.D., Johnson, S.C., **Bigler, E.D.**, Blatter, D.D. & Abildskov, T.J. (1996).  Three dimensional and quantitative image analysis of neuropathological changes following carbon monoxide poisoning [Abstract]. *Undersea & Hyperbaric Medicine, 23, 9.*

Johnson, S.C.,      Pinkston, J.B., **Bigler, E.D.** & Blatter, D.D. (1996).  A regional analysis of the corpus callosum in TBI patients and normal controls: Neuropsychological correlates [Abstract].  *Archives of Clinical Neuropsychology, 11 (5), 404.*

Anderson, C.V.,     Wood, D.M. & **Bigler, E.D.** (1995).  Lesion localization and executive functioning in traumatic brain injured patients [Abstract].  *Archives of Clinical Neuropsychology, 10, 290.*

Barker, L.H.,       Mueller, R.M., Russo, A.A., Lajiness-O'Neill, R., Johnson, S., Anderson, C., Norman, M.A., Sephton, S., Primus, E., **Bigler, E.D.**, & Reynolds, C.R. (1995). The word selective reminding subtest of the Test of Memory and Learning (TOMAL): A concurrent and construct validity study using the Rey Auditory Verbal Learning Test (RAVLT) and the Wechsler Memory Scale-Revised (WMS-R) [Abstract].  *Archives of Clinical Neuropsychology, 10, 295-296.*

Connor, P.D.,       Gale, S.D., Johnson, S.C., Anderson, C.V., **Bigler, E.D.** & Blatter, D.D. (1995). Cingulate degeneration following traumatic brain injury: Quantitative neuroimaging, memory and executive functions [Abstract]. *Journal of the International Neuropsychological Society, 1 (2), 174.*

Gale, S.D.,   **Bigler, E.D.**, Johnson, S.C. & Blatter, D.D. (1995).  Global degeneration following traumatic brain injury:  Anatomic and neuropsychologic correlates [Abstract]. *Journal of the International Neuropsychological Society, 1 (2), 162.*

Gale, S.D.,   Johnson, S.C., **Bigler, E.D.** & Blatter, D.D. (1995).  Trauma induced cerebral peduncle degeneration:  Correlative relationships with tests of motor function [Abstract].  *Archives of Clinical Neuropsychology, 10(4), 328-329.*

Mueller, R.M.,   Russo, A.A., Barker, L.H., Lajiness-O'Neil, R., Johnson, S., Anderson, C., Norman, M.A., Sephton, S., Primus, E., **Bigler, E.D.**, & Reynolds, C.R. (1995). Memory testing and memory for sentences: Concurrent and construct validity of the Test of Memory and Learning (TOMAL) Utilizing the Wechsler Memory Scale-Revised (WMS-R) [Abstract].  *Archives of Clinical Neuropsychology, 10, 369-370.*

Plassman, B.L.,   Welsh, K.A., Abildskov, T., Johnson, S.C., Anderson, C.V., **Bigler, E.D.**, & Breitner, J.C. (1995).  Merging methods: MRI volumetric studies in twin pairs discordant for Alzheimer's Disease [Abstract].  *Archives of Clinical Neuropsychology, 10, 377.*

Porter, S.S.,   Anderson, C.V., & **Bigler, E.D.** (1995).  Changes in medial temporal lobe and neuropsychological outcome of thirty-five traumatically brain-injured patients [Abstract]. *Archives of Clinical Neuropsychology, 10, 377-378.*

Russo, A.A.,   Barker, L.H., Mueller, R.M., Lajiness-O'Neil, R., Johnson, S., Anderson, C., Norman, M.A., Sephton, S., Primus, E., **Bigler, E.D.** & Reynolds, C.R. (1995). Memory and digit span: Concurrent and construct validity of the Test of Memory and Learning (TOMAL) utilizing the Wechsler Memory Scale-Revised (WMS-R) [Abstract].  *Archives of Clinical Neuropsychology, 10, 386.*

Russo, A.A.,   Johnson, S.C., Ryser, D., MacNamara, S., Bailey, B., Icke, W., Blatter, D., Gale, S., Anderson, C. & **Bigler, E.D.** (1995).  Functional assessment following traumatic brain injury: Correlations of the DRS, FIM, and MRI [Abstract]. *Journal of the International Neuropsychological Society, 1, 121.*

Reynolds, C.R.,   & **Bigler, E.D.** (1995).  Standardized factor scores for use with the Test of Memory and Learning (TOMAL) [Abstract].  *Archives of Clinical Neuropsychology, 10, 382-383.*

Anderson, C.V.   & **Bigler, E.D.** (1994).  Ventricular dilation as a predictor of cognitive outcome [Abstract].  *Archives of Clinical Neuropsychology, 9, 106-107.*

Gale, S.D.,   Johnson, S., **Bigler, E.D.**, & Blatter D.D. (1994).  Degenerative changes secondary to traumatic brain injury:  A morphometric analysis of three patients with pre- and post-injury MR scans and neuropsychological outcome [Abstract]. *Archives of Clinical Neuropsychology, 9, 129.*

Johnson, S.C.,   **Bigler, E.D.**, & Burr R.B. (1994).  Magnetic resonance imaging predictors of cognitive outcome in traumatic brain injury [Abstract].  *Archives of Clinical Neuropsychology, 9 (2), 144.*

Norman, M.A.,    Lajiness-O'Neill, R.R., Nilsson, D.E., Walker, M.L., Boyer, R.S., Connor, P.D., & **Bigler, E.D.** (1994).  Quantitative neuroimaging in neuropsychological outcome in benign hydrocephalous [Abstract].  *Archives of Clinical Neuropsychology, 9, 168-169.*

Reynolds, C.R.,    & **Bigler, E.D.** (1994). Factor structure of the Test of Memory and Learning (TOMAL) [Abstract]. *Archives of Clinical Neuropsychology, 9, 176.*

Weight, D.G.,    & **Bigler, E.D.** (1994).  The discrepancy between clinical history, ventricle/brain ratios and neurobehavioral test findings: Two case studies [Abstract].  *Archives of Clinical Neuropsychology, 9, 200.*

Burr, R.,    Gale, S., Johnson, S., & **Bigler, E.D.**, (1993). Corpus Callosum morphology and neuropsychological function following traumatic brain injury [Abstract]. *Archives of Clinical Neuropsychology, 8, 217.*

Gale, S.D.,    Burr, R.B., **Bigler, E.D.**, & Blatter, D.D. (1993). Neuropsychological outcome and morphological changes in the fornix as a result of traumatic brain injury [Abstract]. *Journal of Clinical and Experimental Neuropsychology, 15, 104.*

Kurth, S.,    **Bigler, E.D.** & Blatter, D.D. (1993). The effects of petechial hemorrhages lesion volume and lesion location on clinical outcome in traumatic brain injury [Abstract]. *Journal of Clinical and Experimental Neuropsychology, 15(1), 104.*

Sephton, S.E.,    Bloch, G.J., Burlingame, G.M., Steffen, P.R., Johnson,   S.C., Tuttle, K.C. & **Bigler, E.D.** (1993).  A structured interview to define and measure chronic stress in humans [Abstract].  *Society for Neuroscience Abstracts, 19, p.170.*

Blatter, D.D.,    Kurth, S.M., **Bigler, E.D.**, Pompa, J., & Ryser, D.K. (1992, August). MRI and CT in traumatic brain injury (TBI): Correlations with quantitative measures of cognitive outcomes [Abstract].  *Proceedings of the 11th Annual Scientific Meeting, 1992, Abstract No. 738, p.71.*

Gale, S.D.,    Norman, M.A., & **Bigler, E.D.** (1992). A comparison of performance on the Raven Coloured Progressive Matrices in patients with closed head injury (CHI) and dementia of the Alzheimer's type [Abstract]. *Archives of Clinical Neuropsychology, 7, 327-328.*

Grant, M.L.,    McNelly, M., Stavinoha, P.L., Nussbaum, N.L., & **Bigler, E.D.** (1992). A comparison of response behaviors on a continuous performance task in children with attention-deficit disorder with and without hyperactivity [Abstract]. *Journal of Clinical and Experimental Neuropsychology, 14, 109-110.*

Macnamara, S.E.,    **Bigler, E.D.**, Blatter, D., Pompa, J., Ryser, D., & Kurth, S. (1992). Structural MRI changes in traumatic brain injury: Comparison of pre- and post-injury scan results [Abstract]. *Archives of Clinical Neuropsychology, 7, 346.*

Massman, P.J.,    & **Bigler, E.D.** (1992). A critical appraisal of the formulation and validity of the WAIS-R "cholinergic deficit" profile [Abstract]. *Archives of Clinical Neuropsychology, 7, 348-349.*

Norman, M.A.,    Gale, S.D., & **Bigler, E.D.** (1992). A comparison of performance on the raven coloured progressive matrices in patients with closed head injury (CHI), left

cerebrovascular accidents (LCVA), and right cerebrovascular accidents (RCVA) [Abstract]. *Archives of Clinical Neuropsychology, 7, 352.*

Roman, M.J.,     Grant, M.L., & **Bigler, E.D.** (1992). Performance of boys with attention-deficit hyperactivity disorder and learning disabilities on the core and diagnostic subtests of the differential abilities scales [Abstract]. *Journal of Clinical and Experimental Psychology, 14, 108.*

Schultz, R.,     Willerman, L., Rutledge, J.N., & **Bigler, E.D.** (1992). The relationship between intelligence, gray-white matter image contrast, and brain size: An MRI study of healthy college students [Abstract]. *Journal of Clinical and Experimental Neuropsychology, 14, 32.*

Turkheimer, E.,     Farace, E., Yeo, R.A., & **Bigler, E.D.** (1992). A closer look at gender differences in verbal and performance IQ following unilateral lesions [Abstract]. *Journal of Clinical and Experimental Neuropsychology, 14, 88.*

Lucas, J.A.     **Bigler, E.D.** & Telch, M.J. (1991). Memory functioning in panic disorder [Abstract]. *Journal of Clinical and Experimental Neuropsychology, 13, 31.*

Massman, P.J.,     & **Bigler, E.D.** (1991). Neuropsychological differentiation of depression pseudodementia from Alzheimer's disease [Abstract]. *Archives of Clinical Neuropsychology, 6, 205-206.*

Yeo, R.A.,     & **Bigler, E.D.** (1991). Callosal morphology in closed head injury patients [Abstract]. *Journal of Clinical and Experimental Neuropsychology, 13, 63.*

Grant, M.L.,     Ilai, D., Nussbaum, N.L., & **Bigler, E.D.** (1990). The concurrent validity of continuous performance and traditional neuropsychological measures in attention deficit hyperactivity disorder and learning disabilities [Abstract]. *Journal of Clinical and Experimental Neuropsychology, 12, 101.*

Lucas, J.A.     **Bigler, E.D.**, & Telch, M.J. (1990). Neuropsychological memory functioning in patients with panic disorder [Abstract]. *Journal of Clinical and Experimental Neuropsychology, 12, 50.*

Roman, M.J.,     Nussbaum, N.L., Grant, M.L., & **Bigler, E.D.** (1990). A comparison of neuropsychological test performance in boys and girls with attention-deficit hyperactivity disorder [Abstract]. *Journal of Clinical and Experimental Neuropsychology, 12, 101-102.*

Schultz, R.,     Willerman, L., Rutledge, J.N., & **Bigler, E.D.** (1989). MRI contrast and intelligence [Abstract]. *Archives of Clinical Neuropsychology, 5, 12.*

Cullum, C.M.,     & **Bigler, E.D.** (1988). Psychological adjustment following stroke: The effects of time and lesion size [Abstract]. *Journal of Clinical and Experimental Neuropsychology, 10, 31.*

Nussbaum, N.L.,     Roman, M., Grant, M., & **Bigler, E.D.** (1988). ADD and the mediating effect of age on academic and behavioral variables [Abstract]. *Journal of Clinical and Experimental Neuropsychology, 10, 29.*

| | |
|---|---|
| Roman, M.J., | Nussbaum, N.L., & **Bigler, E.D.** (1988). Neuropsychological findings in a case of occipital encephalocele [Abstract]. *Journal of Clinical and Experimental Neuropsychology, 10, 44*. |
| Cullum, C.M., | & **Bigler, E.D.** (1987). Lateralized cerebral dysfunction and the MMPI revisited [Abstract]. *Journal of Clinical and Experimental Neuropsychology, 9, 61*. |
| Naugle, R.I., | Cullum, C.M., **Bigler, E.D.**, & Massman, P. (1985). Senile and presenile dementia: Neuropsychological and CT brain morphology characteristics [Abstract]. *Journal of Clinical and Experimental Neuropsychology, 7, 616*. |
| Nussbaum, N.L., | & **Bigler, E.D.** (1985). Neuropsychological and Personality/Behavioral profiles in learning disabled children derived from cluster analysis [Abstract]. *International Journal of Clinical Neuropsychology, 7, 67-68*. |
| Raz, S., | Raz, N., **Bigler, E.D.**, & Turkheimer, E.T. (1985). Volumetric assessment of CT abnormalities in schizophrenia [Abstract]. *Journal of Clinical and Experimental Neuropsychology, 7, 630*. |
| Cullum, C.M., | & **Bigler, E.D.** (1984). The effects of prior hematoma on brain morphology and neuropsychological functioning following closed head injury [Abstract]. *The INS Bulletin, 1, 1-12*. |
| Morris, J.M., | & **Bigler, E.D.** (1984). An investigation of the Kaufman Assessment Battery for Children (K-ABC) with neurologically impaired children [Abstract]. *The INS Bulletin.  November, 1984, 27-28*. |
| Steinman, D.R., | & **Bigler, E.D.** (1984). Neuropsychological sequelae of ruptured anterior communicating artery aneurysm [Abstract]. *The International Journal of Clinical Neuropsychology, 6, 83*. |
| Yeo, R.A., | Turkheimer, E., & **Bigler E.D.** (1984). The influence of sex and age on unilateral cerebral lesion sequelae. [Abstract]. *INS Bulletin, October, 1983, p. 40*. |
| Yeo, R.A., | Turkheimer, E., Raz, N., & **Bigler, E.D.** (1984). Volumetric parameters of the normal human brain: Intellectual correlates [Abstract]. *The INS Bulletin, November, 1984, 45*. |
| Yeo, R.A., | Turkheimer, E., & **Bigler, E.D.** (1983). Computer analysis of lesion volume: Reliability, utility and neuropsychological applications [Abstract]. *Clinical Neuropsychology, 1, 45*. |
| Piran, N., | **Bigler, E.D.**, & Cohen, D. (1982). Motoric laterality and eye dominance suggest a unique pattern of cerebral organization in schizophrenia. *Archives of General Psychiatry, 39(9), 1006-10. Digest of Neurology and Psychiatry, December 1982, 460*. |
| Schnelle, K., | Wilde, E., Troyanskaya, M., Merkley, T., Scheibel, R., Newsome, M., **Bigler, E.D.,** Chu, Z., Li, Xiaoqi, Levin, H. [Published Abstract]. MR Volumetry in Blast-Injury Traumatic Brain Injury. *The Journal of Head Trauma Rehabilitation, 24:5*. |

**<u>ACADEMIC COURSES TAUGHT</u>:**

> Psychobiology/Behavioral Neurobiology
> Human Neuropsychology
> Clinical Neuropsychology
> Seminar in Clinical Neuropsychology
> Experimental Psychology: Research Design
> Neuropsychology Case Conference
> Neuroimaging Analysis in Psychological Science

**PAPERS, SPECIAL LECTURES, ABSTRACT & POSTER PRESENTATIONS, TRAINING
SEMINARS, VIDEO SERIES & STUDY GUIDES:**

| | |
|---|---|
| **Bigler, E.D.** | (2021, April 22). Virtual Presentation: "Structural and Functioning Neuroimaging Applications of Network Neuroscience for Pediatric Neuropsychology," 7th Annual American Academy of Pediatric Neuropsychology Conference. |
| **Bigler, E.D.** | (2021, April 1). Virtual Presentation: "Moderate/Severe TBI," University of California at Davis Didactic. |
| **Bigler, E.D.** | (2021, March 25). Virtual Presentation: "Presenting Case Studies," VA Martinez Neuropsychology Seminar. |
| **Bigler, E.D.** | (2021, February 25). Virtual Presentation: "Question and Answer Session with Students," VA Martinez Neuropsychology Seminar. |
| **Bigler, E.D.** | (2021, February 4). Virtual Presentation: "Mild Traumatic Brain Injury," University of California at Davis Didactic. |
| **Bigler, E.D.** | (2020, December 17). Virtual Presentation: "TBI, Neuroimaging and Neuropsychological Assessment," VA Northern California Health Care System. |
| **Bigler, E.D.** | (2020, September 22). Virtual Panelist: "Pediatric Neurocritical Care Meeting," University of Wisconsin. |
| **Bigler, E.D.** | (2019, August 6). "Neuropsychological Outcome in Traumatic Brain Injury: Relation of Clinical Neuroimaging Ratings," Neurological Surgery Grand Rounds Presentation, UC Davis, Sacramento, California. |
| **Bigler, E.D.** | (2019, June 27). Presentation to the VA Northern California Health Care System, Martinez, California. |
| **Bigler, E.D.** | (2019, March 15). "Clinical Application of Multi-Modality Neuroimaging in the Assessment of Traumatic Brain Injury Outcome," NABIS, Houston, Texas. |
| **Bigler, E.D.** | (2019, February 13). "Malingering," University of New Mexico School of Medicine Virtual Presentation. |
| **Bigler, E.D.** | (2018, October 31). "Quantitative Neuroimaging and Neuropsychological Outcome in Mild Traumatic Brain Injury," University of Utah, Salt Lake City, Utah. |
| **Bigler, E.D.** | (2018, October 18). "Integrating Neuroimaging in Practice," National Academy of Neuropsychology, New Orleans, Louisiana. |
| **Bigler, E.D.** | (2018, October 9). "Quantitative Neuroimaging and Neuropsychological Outcome in Mild Traumatic Brain Injury," University of California at Davis Rounds, Davis, California. |
| **Bigler, E.D.** | (2018, August 23). "Utilization of Advanced Neuroimaging in 21st Century Neuropsychology," Key Note Address, 13th Nordic Meeting in Neuropsychology, Stockholm, Sweden. |

**Bigler, E.D.**      (2018, June 12). "Longitudinal Neuroimaging of Brain Injuries: Evidence of Structural Changes in Concussions," 4th Federal Interagency Conference on TBI, Washington, DC.

**Bigler, E.D.**      (2018, April 26). "Incorporating Neuroimaging Technology into Clinical Psychology and Neuropsychology," California Psychological Association, San Diego, California.

**Bigler, E.D.**      (2018, March 16). "Clinical Application of Multi-Modality Neuroimaging in the Assessment of Traumatic Brain Injury Outcome," The 31st Annual Conference on Legal Issues in Brain Injury, Houston, Texas.

**Bigler, E.D.**      (2018, March 4). "Brain Networks, Neuroimaging and Neuropsychology: Clinical Applications," West Coast Neuropsychology Conference, San Diego, California.

**Bigler, E.D.**      (2017, December 14). "Advanced Neuroimaging Methods and Brain-Behavior Correlates applied to Death Penalty Cases," Death Penalty Conference, Phoenix, Arizona.

**Bigler, E.D.**      (2017, November 3). "Brain Damage and Its Treatment," Judicial Seminar on Emerging Issues in Neuroscience, Tucson, Arizona.

**Bigler, E.D.**      (2017, October 11). "The Interface of Advanced Neuroimaging with Neuropsychological Testing and Outcome from Traumatic Brain Injury" IMC Neuroscience Grand Rounds, Intermountain Medical Center, Salt Lake City, Utah.

**Bigler, E.D.**      (2017, August 11). "Structural Neuroimaging update for CENC" 4th Annual Meeting Virginia Commonwealth University, Richmond, Virginia.

**Bigler, E.D.**      (2017, July 12). "The Role of Advanced Neuroimaging Techniques in Understanding Neuropsychological Test Findings," 12th Annual School Neuropsychology Summer Institute, Grapevine, Texas.

**Bigler, E.D.**      (2017, May 1). "The interface of advanced neuroimaging with neuropsychology," Department of Psychology, University of Missouri, St. Louis Campus.

**Bigler, E.D.**      (2017, April 23). "Traumatic Brain Imaging: Whom, How and When - Controversies in TBI," 25th Annual ISMRM Meeting & Exhibition, Honolulu, Hawaii.

**Bigler, E.D.**      (2017, March 31). "Clinical Application of Advanced Multi-Modality Neuroimaging in the Assessment of Traumatic Brain Injury Outcome" - Part I and Part II; NABIS Conference, New Orleans, LA

**Bigler, E.D.**      (2017, March 30). "Neuroimaging of TBI"; IBIA Conference, New Orleans, LA

**Bigler, E.D.**      (2017, March 29). Chair, "A Picture is Worth a Thousand Words (When There is a Common Language): Overcoming Obstacles in TBI Neuroimaging Research"; IBIA Conference, New Orleans, LA

**Bigler, E.D.**          (2017, February 2). "The Neuropsychologist in the Public Domain: Kids, Academia, and the Law," INS Student Liaison Committee Workshop; International Neuropsychological Society Conference, New Orleans, Louisiana.

**Bigler, E.D.**          (2017, February 2). "Historical Perspectives in the Study of Neurotrauma: Progress and Pitfalls over 40 years of Research," International Neuropsychological Society Conference, New Orleans, Louisiana.

**Bigler, E.D.**          (2017, February 2). Interviewee: "INS Oral History of Neuropsychology," International Neuropsychological Society Conference, New Orleans, Louisiana.

**Bigler, E.D.**          (2016, November 4) "Practical Neuroimaging Guidelines for Understanding Traumatic Brain Injury Outcome." Invited Presenter. Presentation at McMaster Univresity Annual Neurosciences Residents' Research Day in Hamilton, Ontario, Canada.

**Bigler, E.D.**          (2016, October 21) "21st Century Neuroimaging Applications in the Practice of Clinical Neuropsychology." Invited Presenter. Presentation at the National Academy of Neuropsychology Conference in Seattle, Washington.

**Bigler, E.D.**          (2016, October 2) "The passion brain." Invited Presenter. Presentation at the TEDx conference in Jackson Hole, Wyoming

**Bigler, E.D.**          (2016, September 12) Brain health, aging and Alzheimer's Disease: Perspective from neuroimaging and neuropsychology. Invited Presenter. Presentation at the University of Montana in Missoula, Montana.

**Bigler, E.D.**          (2016, September 12) Neuroimaging methods in the study of neural connectivity in brain health and disease. Invited Presenter. Presentation at the University of Montana in Missoula, Montana.

**Bigler, E.D.**          (2016, July 7) Behavioral Neuroimaging Technology: What It Does and What It Can't, Part I and Part II. Invited Presenter. Presentation at the Mind and Criminal Defense Conference in Plano, Texas.

**Bigler, E.D.**          (2016, May 31) A Systems Biology Approach to Neuroimaging and Neuropsychological Outcome in Traumatic Brain Injury. Invited Presenter. Presentation to Neurology Rounds, at the University of Calgary, Cumming School of Medicine in Calgary, Canada.

**Bigler, E.D.**          (2016, May 30). What Quantitative Neuroimaging Tells Us About the Brain in Autism. Invited Presenter at the 2nd Annual Owerko Lecture in Neurodevelopment and Child Mental Health at the University of Calgary, Cumming School of Medicine in Calgary, Canada.

**Bigler, E.D.**          (2016, May 20). A Systems Biology and Neural Network Perspective of TBI and Neurodevelopmental Disorders. Invited Presenter at Eastern Michigan University in Ypsilanti, Michigan.

**Bigler, E.D.**          (2016, May 19). Advanced Neuroimaging Methods and Their Clinical Application. Invited Presenter at the Regent Beth Fitzssimmons Lecture at Eastern Michigan University in Ypsilanti, Michigan.

| | |
|---|---|
| **Bigler, E.D.** | (2016, May 5). <u>Advanced Neuroimaging Methods and their Clinical Applications</u>. Invited Presenter at Virginia Commonwealth University at the Medical College of Virginia in Williamsburg, Virginia. |
| **Bigler, E.D.** | (2016, May 5). <u>Better Understanding of Mild TBI: A Systems Biology and Neural Network Perspective via Neuroimaging</u>. Invited presenter at the Mitch Rosenthal Memorial Lecture and Award, Virginia Commonwealth University at the Medical College of Virginia in Williamsburg, Virginia. |
| **Bigler, E.D.** | (2016, April 16). <u>Integrating neuroimaging techniques into your clinical practice</u>. California Psychological Association Conference in Irvine, California. |
| **Bigler, E.D.** | (2016, April 10). <u>Neuroimaging, brain connectivity and neuropsychology: Predictors of resiliency in pediatric brain injury and neurodevelopmental disorders</u>. Invited presenter at the 23rd Butters-Kaplan West Coast Neuropsychology Conference in San Diego, California. |
| **Bigler, E.D.,** | (2016, March 9). <u>Contemporary Neuroimaging Methods that Inform Neuropsychological Diagnostics</u>. Invited Presenter, Utah State Hospital, Provo, Utah. |
| **Bigler, E.D.,** | (2016, February 26). <u>Advance Neuroimaging Methods in Traumatic Brain Injury</u>. Invited Speaker, Utah Association for Justice Brain Injury Conference, Salt Lake City, Utah. |
| **Bigler, E.D.,** | (2016, February 26). <u>Objectivity of neuroimaging in understanding TBI</u>. Invited Speaker, Utah Association for Justice Brain Injury Conference, Salt Lake City, Utah. |
| **Bigler, E.D.,** | (2016, February 6). <u>Cognitive Rehabilitation and Neuroimaging in Clinical Populations</u>. Symposium Discussant, International Neuropsychological Society Conference, Boston, Massachusetts. |
| **Bigler, E.D.,** | (2016, February 5). <u>Clinical application of individualized quantitative neuroimaging for neuropsychology – precision medicine meets neurocognitive assessment</u>. Paper presented at Session 7 "Imaging and Neuropsychology" of the International Neuropsychological Society Annual Conference, Boston, Massachusetts. |
| **Bigler, E.D.,** | (2015, November 12). <u>Recent brain injury research findings and the implications for people with a brain injury, family caregivers, and professionals in the field</u>. Invited Presenter, Brain Injury Alliance "Lunch and Learn' program, Salt Lake City, Utah. |
| **Bigler, E.D.,** | (2015, November 5). <u>The relation of cortical thickness to post-concussive symptoms in mild TBI or orthopedic injury in a pediatric sample</u>. Invited Presenter, National Academy of Neuropsychology (NAN) Conference, Austin, Texas. |
| **Bigler, E.D.** | (2015, August 27). <u>Imaging or Imaginery in TBI – The Possibilities and Limitations of Current Structural Imaging in TBI</u>. Invited Presenter, The 2nd Turku Traumatic Brain Injury Symposium in Turku, Finland. |

| | |
|---|---|
| **Bigler, E.D.** | (2015, August 28).  <u>Between unconsciousness and recovery – imaging correlates of cognitive deficits.</u>  Invited Presenter, The 2nd Turku Traumatic Brain Injury Symposium in Turku, Finland. |
| **Bigler, E.D.** | (2015, May 1).  <u>Using Advanced Neuroimaging Techniques to Predict Functional Outcome in TBI.</u>  Invited Presenter, Menninger Clinic/Department of Psychiatry in Houston, Texas. |
| **Bigler, E.D.** | (2015, April 23).  <u>Integrating Neuroimaging in the Practice of Clinical Psychology and Neuropsychology: Contemporary Methods of Analysis.</u>  Invited Presenter, California Psychological Association in San Diego, California. |
| **Bigler, E.D.** | (2015, April 16).  <u>Malingering.</u> Invited Lecturer, Scottsdale, Arizona. |
| **Bigler, E.D.** | (2015, April 11).  <u>Networks, Connectivity, and Neuropsychology.</u>  Distinguished Lecturer, Rocky Mountain Psychology Association Conference in Boise, Idaho. |
| **Bigler, E.D.** | (2015, March 14). <u>Neuroimaging Networks.</u> Invited presenter at the 10th Annual Brain Injury Rehabilitation Conference in San Diego, California. |
| **Bigler, E.D.** | (2015, March 4). <u>Neuroimaging Update in Mental Health.</u> Invited presenter at Utah State Hospital in Provo, Utah. |
| **Bigler, E.D.** | (2015, March 4). <u>Wada (Intracarotid Amobarbital) Procedure: Clinical Applications.</u> Invited presenter for the NAN DistanCE Live Webinar. |
| **Bigler, E.D.** | (2015, February 6). <u>Networks, Neural Connectivity and Neuropsychology.</u> Presidential Address given at The International Neuropsychological Society Conference in Denver, Colorado. |
| **Bigler, E.D.** | (2015, February 5). <u>Using neuroimaging and connectivity modeling to understand network plasticity after brain injury: Advancing theory and methods.</u> Symposium Participant for the International Neuropsychological Society in Denver, Colorado. |
| **Bigler, E.D.** | (2015, January 17). <u>Understanding the Latest Developments in Neuroimaging of Sports Concussion.</u> Lecturer at the 3rd Annual Research on the Concussion Spectrum of Disorders Symposium in Toronto, Canada. |
| **Bigler, E.D.** | (2014, November 8). <u>Neuroimaging: Latest Advances in Assessment of TBI.</u> Presenter in both the basic and advance course sessions at the Braintree Neurorehab Conference in Boston, Massachusetts. |
| **Bigler, E.D.** | (2014, November 1). <u>Advances in Neuroradiology.</u>  Presenter at the Scripps Neuro-Restorative Care Conference in San Diego, California. |
| **Bigler, E.D.** | (2014, October 23). <u>Imaging Brain Damage.</u> Presenter in the Bristol Neurotraining Course Lecture via web. |
| **Bigler, E.D.** | (2014, October 2). <u>Networks, Connectivity and Neuropsychology: Latest in Understanding TBI.</u> Invited Presenter at the Children's Specialized Hospital in Newark, New Jersey. |

| | |
|---|---|
| **Bigler, E.D.** | (2014, August 11). Invited Panel Member advising the Institutes of Medicine on the use of symptom validity testing for Social Security Administration Disability Determination in Washington, D.C. |
| **Bigler, E.D.** | (2014, July 9). Neuropsychology, Networks & Connectivity. Presidential Address in the International Neuropsychological Society mid-year meeting in Jerusalem, Israel. |
| **Bigler, E.D.** | (2014, June 26). Current Controversies in Neuropsychology: The nature of the "I" in mTBI. Invited Presenter in the AACN Meetings in New York, New York. |
| **Bigler, E.D.** | (2014, June 25). Overview of Symptom Validity Testing and Performance Validity Testing in the Context of Psychological Testing. Invited Participant of the SVT On-line Workshop. |
| **Bigler, E.D.** | (2014, May 19). Clinical applications of DTI in Traumatic Brain Injury. Invited Presenter in the American Society of Neuroradiology's Special Session on TBI in Montreal, Canada. |
| **Bigler, E.D.** | (2014, May 16). Neuroimaging correlates of functioning outcome. Invited Presenter at the Brain Injury Rehab Conference in San Diego, California. |
| **Bigler, E.D.** | (2014, April 26). The Future of Neuroimaging in Sports Neuropsychology. Invited Keynote Speaker for the Sports Neuropsychology Society Conference in Dallas, Texas. |
| **Bigler, E.D.** | (2014, April 16). Neuroimaging for Neuropsychologists. Presenter, online NAN DistanCE Webinar. |
| **Bigler, E.D.** | (2014, March 26). Neuroimaging and Traumatic Brain Injury. Guest Lecturer, Utah State Hospital, Provo, Utah. |
| **Bigler, E.D.** | (2014, March 23). Child Neuropsychology and Neuroimaging of Developmental Neural Networks. Invited speaker for 22nd Annual Butters-Kaplan West Coast Neuropsychology Conference, Sponsored by University of California, San Diego School of Medicine, San Diego, California. |
| **Bigler, E.D.** | (2014, March 21). Neuroimaging of TBI: How focal lesions disrupt brain networks. Keynote Speaker for the Tenth World Conference in Brain Injury, International Brain Injury Association, San Francisco, California. |
| **Bigler, E.D.** | (2014, March 20). Advances in Neuroimaging. Invited speaker for North American Brain Injury Society's 27th Annual Conference on Legal Issues in Brain Injury, San Francisco, California. |
| **Bigler, E.D.** | (2014, March 6). Presenter for Utah Valley Stroke and Brain Injury Support Group, Provo, Utah. |
| **Bigler, E.D.** | & Bauer, R. (2014, February 12). Function and Anatomy of the Temporal Lobe Memory System. Presenter, Student Workshop, International Neuropsychological Society, Seattle, Washington. |

| | |
|---|---|
| **Bigler, E.D.** | (2014, February 21). <u>Traumatic Brain Injury, Neuroimaging and Neurocognitivity</u>. Presenter for Utah Attorney's Brain Injury Conference, Sponsored by Utah Association for Justice and the Brain Injury Alliance of Utah, Law and Justice Center, Salt Lake City, Utah. |
| **Bigler, E.D.** | (2013, November 8). <u>Neuroimaging of Network Damage in Traumatic Brain Injury</u>. Invited Presenter for Annual Neuroscience of Brain Injury Conference, Long Beach Memorial Medical Center and Brain Injury Association of California, Napa, California. |
| **Bigler, E.D.** | (2013, October 24). <u>Autism and neurodevelopmental disorders.</u> Invited Distance Lecturer, University of Bristol, Bristol, England. |
| **Bigler, E.D.** | (2013, October 23). <u>Neuropsychology and neuroimaging findings in the relation of concussion, mild traumatic brain injury, aging and dementia</u>. Invited Lecturer, Carl Zimet Lectureship: Division of Clinical Psychology, Psychiatry Grand Rounds, University of Colorado School of Medicine, Denver, Colorado. |
| **Bigler, E.D.** | (2013, October 3). <u>Neuroimaging of TBI</u>. Invited Lecturer, Traumatic Brain Injury Seminar Series, McCausland Center for Brain Imaging, University of South Carolina. Columbia, South Carolina. |
| **Bigler, E.D.** | (2013, September 13). <u>Traumatic Brain Injury - Neuropathology, memory and outcome</u>. International Neuropsychological Society Sponsored Symposium. Federation of the European Societies of Neuropsychology, Free University Berlin, Berlin, Germany. |
| **Bigler, E.D.** | (2013, September 4). <u>Latest in the Neuroimaging and Neuropsychology of Autism</u>. Speaker, Kids on the Move, Orem, Utah. |
| **Bigler, E.D.** | (2013, August 3). <u>Neuropsychological Assessment, Neuroimaging, Neural Pathways and Networks: Cognitive and Brain.</u> Presenter. American Psychological Association meetings, Honolulu, Hawaii. |
| **Bigler, E.D.** | (2013, August 3). <u>Speed Mentoring: Building research careers in geropsychology and neuropsychology</u>. Mentor. Divisions 20 and 40, American Psychological Association, Honolulu, Hawaii |
| **Bigler, E.D.** | (2013, June 14). <u>Neuroimaging of Traumatic Brain Injury: Neuropathological Correlates of Neurobehavioral Outcome</u>. Speaker. Wayne State University, Detroit, MI |
| **Bigler, E.D.** | (2013, May 24). <u>Mechanisms of degeneration in moderate-severe TBI.</u> Presenter. Symposium 9: Traumatic brain injury as a neurodegenerative disorder? 7th Annual Canadian Neuroscience Meeting 2013, Toronto, Canada |
| **Bigler, E.D.** | (2013, May 15). <u>Through a Scanner Darkly: Functional Neuroimaging as Evidence of Mental Status</u>. Speaker, 2013 Appellate Court Conference, Salt Lake City, UT |
| **Bigler, E.D.** | (2013, March 28). <u>Role of neuroimaging in neuropsychology.</u> Presenter, Utah State Hospital, Provo, Utah. |

**Bigler, E.D.**          (2013, March 23). <u>Correlates of neuroimaging and neuropsychology in traumatic brain injury</u>. Presenter, Scripps 8th Annual Brain Injury Rehabilitation Conference, San Diego, California.

**Bigler, E.D.**          (2013, March 7). <u>Neuroimaging and rehabilitation outcome.</u> Presenter via videoteleconferencing to International Conference on Recent Advances in Neurorehabilitation 2013; Conference, Valencia, Spain.

**Bigler, E.D.**          (2013, March 1). <u>Neuroimaging, networks and pediatric traumatic brain injury: Identifying the elusive lesion.</u> Presenter, Neurosciences & Mental Health Program Symposium, The Hospital for Sick Children; Toronto, Canada.

**Bigler, E.D.**          (2013, February 7). <u>Brain and Cognitive Reserve in Traumatic Brain Injury</u>. Presenter, International Neuropsychological Society Conference, Waikoloa, Hawaii.

**Bigler, E.D.**          (2013, February 7). <u>How to image the social brain in pediatric traumatic brain injury.</u> Presenter, International Neuropsychological Society Conference, Waikoloa, Hawaii.

**Bigler, E.D.**          (2012, December 6). <u>TBI for families.</u> Speaker, Utah Valley Traumatic Brain Injury and Stroke Support Group, Provo, Utah.

**Bigler, E.D.**          (2012, November 28). Participant: Scientific Advisory Board Member, San Diego, California.

**Bigler, E.D.**          (2012, November 4). <u>How to fulfill the TBI education requirement in the medical school curriculum</u>. Speaker, Association of American Medical Colleges," San Francisco, California

**Bigler, E.D.**          (2012, October 27). <u>Neuropsychology 2012.</u> Speaker, Houston Neuropsychological Society, Houston, Texas

**Bigler, E.D.**          (2012, October 11). <u>Neuropathology of mild traumatic brain injury: Relationship to neuroimaging findings.</u> Speaker, Controversy in Concussion: From Brain to Behavior Conference, Penn State, College Station, Pennsylvania

**Bigler, E.D.,**          (2012, July 26). Participant: USMA/USAMRMC-TATRC Sponsored Research Workshop on Mild/Moderate Brain Injury, West Point, New York.

**Bigler, E.D.,**          (2012, June 21). Participant: Scientific Advisory Board, San Diego, California.

**Bigler, E.D.,**          (2012, June 9). Speaker: 12th International Conference on Long-Term Complications of Treatment of Children and Adolescents for Cancer, Williamsburg, Virginia.

**Bigler, E.D.,**          (2012, May 4). <u>Neuroimaging analysis and behavioral outcomes in neurological disease, aging and traumatic brain injury.</u> Speaker. Core Health Presentation, Austin, Texas.

**Bigler, E.D.,**          (2012, April 26). <u>Mild TBI: What is it? What can be done? What can imaging bring to the table?</u> Speaker. ASNR Conference, New York, New York.

**Bigler, E.D.,**       (2012, April 20). Speaker: Utah Valley University Annual Autism Conference, Orem, Utah.

**Bigler, E.D.,**       (2012, April 13).  State of the Art Developments in Brain Imaging that Objectively Demonstrate Brain Injury: The Future is Now. Invited Speaker, UAJ/BIAU Brain Injury Conference Program. Utah Law and Justice Center

**Bigler, E.D.,**       (2012, March 28). The Role of Functional Neuroimaging in Clinical Neuropsychology. Invited Speaker Utah State Hospital, Provo, Utah.

**Bigler, E.D.,**       (2012, March 22-25). Neuroimaging the Brain's Connectivity in Childhood Neuropsychiatric Disorders. Speaker. 21st Annual Butters-Kaplan West Coast Neuropsychology Conference, San Diego, California

**Bigler, E.D.,**       (2012, Feb 16). Applied Memory and Hippocampal Functioning: Effects of Age and Disease. Attendee, International Neuropsychological Society Conference, Montreal, Canada

**Bigler, E.D.,**       (2012, Feb 9). Participant, Scientific Advisory Board Member San Diego, California

**Bigler, E.D.,**       (2011, Nov 8). Visual Rehabilitation. Invited Speaker. 15th Annual Yale Glaucoma Symposium. Orange, CT

**Bigler, E.D.,**       (2011, Oct 17). Neuroimaging, neural connectivity, and clinical neuropsychology. Speaker. Fuller Research Colloquium, Pasadena, California

**Bigler, E.D.,**       (2011, Oct 5). Autism: Neuroscience update. Speaker, Kids on the Move, Orem, Utah

**Bigler, E.D.,**       (2011, Aug 17). Neuropsychological consultation and assessment: Diagnostic clinical neuropsychology, rehabilitation and treatment outcome. Speaker. Utah Case Managers Association, Salt Lake City, Utah

**Bigler, E.D.,**       (2011, July 9).  Neuroimaging, Neural Connectivity, and Neuropsychology. Invited Speaker. Sponsored by Neurological Foundation of NZ. INS/ASSBI 4th Pacific Rim Conference. Mid-Year Meeting of the International Neuropsychological Society 34th Annual Conference for the Australian Society for the Study of Brain Impairment. Australia.

**Bigler, E.D.,**       (2011, June 29). Television Appearance, Insights with Jon DuPre, Brain Injury and Healing. Brigham Young University Broadcasting, Provo, Utah

**Bigler, E.D.,**       (2011, May 6). Practical and Emerging Techniques for Imaging Sport-Induced Concussion. Invited Speaker. Sports Concussion Institute 5th Annual National Summit on Sports Concussion and Other Athletic Injuries. Los Angeles, CA.

**Bigler, E.D.,**       (2011, April 29). Speaker: Clinical Neuropsychology, Neuroimaging and Brain Connectivity. Colorado Neuropsychological Society, Denver, Colorado

**Bigler, E.D.,**       (2011, April 7). Speaker: Brain Injury Group, Provo, Utah

**Bigler, E.D.,**      (2011, March 9). Speaker, Grand Rounds Presentation, Utah State Hospital, Provo, Utah

**Bigler, E.D.,**      (2011, March 3). When Brain Injury Strikes a Professional. Invited Panel Member. Brain Injury Conference. Radisson Hotel Downtown, Salt Lake City, Utah.

**Bigler, E.D.,**      (2010, June 10).  Key Note Address: Putting the Brain Back into Mild TBI – Current Science and Future Directions.  Invited Speaker, Sunnybrook Health Sciences Centre: Advances in the Management of Early Traumatic Brain Injury Conference, Toronto, Canada.

**Bigler, E.D.,**      (2010, April 29). Advances in Neuroimaging. Invited speaker, Brain Injury Litigation Series, Las Vegas, Nevada.

**Bigler, E.D.,**      (2010, March 12). Windows to the Brain: Updates in TBI neuroimaging. Chairperson for plenary session.  International Brain Injury Association, Washington, D.C.

**Bigler, E.D.,**      (2010, March 11).  Mild TBI: Current science and future directions.  Invited speaker with James Kelly, M.D.  International Brain Injury Association, Washington, D.C.

**Bigler, E.D.,**      (2010, March 4).  Traumatic brain injury update. Invited speaker, Utah Association for Justice Conference, Radisson Hotel, Salt Lake City, Utah.

**Bigler, E.D.,**      (2010, March 3).  Functional neuroimaging in clinical neuropsychology. Invited speaker, Utah State Hospital, Provo, Utah.

**Bigler, E.D.,**      (2010, February 18-19). Distinguished Visiting Professor (DVP) of Psychology. Invited Speaker to the Department of Psychology at Wilford Hall Medical Center, Lackland Air Force Base, San Antonio, Texas.

**Bigler, E.D.**      (2010, February 5).  The profile of memory impairment in autism [poster session]. Presented at the Annual Conference of the International Neuropsychological Society, Acapulco, Mexico.

**Bigler, E.D.**      (2010, February 5).  Prominent recency effect in a list-learning task in autism [poster session].  Presented at the Annual Conference of the International Neuropsychological Society, Acapulco, Mexico.

**Bigler, E.D.**      (2010, February 4). Inconsistent recall on a verbal selective reminding task in autism [paper presentation].  Annual Conference of the International Neuropsychological Society, Acapulco, Mexico.

**Bigler, E.D.**      (2010, February 4).  Stability of brain volume from mid-childhood through adolescence and early adulthood in autism. [Paper presentation].  Annual Conference of the International Neuropsychological Society, Acapulco, Mexico.

**Bigler, E.D.**      (2010, February 4).  Cognitive reserve in pediatric traumatic brain injury. Symposium #4: The cognitive reserve hypothesis: Clinical expression of neurologic diseases across the lifespan. Presented at the annual conference of the International Neuropsychological Society, Acapulco, Mexico.

**Bigler, E.D.,**     (2010, February 3).  <u>Admissibility and appropriate use of symptom validity science in forensic consulting</u> (with Paul Kaufmann and Glenn Larrabee). Invited speaker, Annual Conference of the International Neuropsychological Society, Acapulco, Mexico.

**Bigler, E.D.,**     (2010, February 3).  <u>Neurologic sequelae of medical illness: Neuroimaging predictors of cognitive outcomes</u> (with Max Gunther).  Invited symposiast, Annual Conference of the International Neuropsychological Society, Acapulco, Mexico.

**Bigler, E.D.,**     (2009, December 8).  <u>Neuroimaging: State-of-the-art neuroimaging of traumatic brain injury from acute injury to chronic abnormalities.</u>  Invited speaker. Department of Veteran Affairs National VHA/DOH Conference: Sensory Impairment Issues in Traumatic Brain Injury, Chicago, Illinois.

**Bigler, E.D.,**     (2009, October 16).  <u>Neuroimaging methods that define structural and functional pathology in traumatic brain injury</u>.  Invited speaker, 22nd Annual Conference on Legal Issues in Brain Injury, Austin, Texas.

**Bigler, E.D.,**     (2009, October 16).  <u>The limits of forensic neuropsychology: Legal and clinical perspectives.</u>  Invited speaker, 22nd Annual Conference on Legal Issues in Brain Injury, Austin, Texas.

**Bigler, E.D.,**     (2009, October 8).  <u>Neuroimaging Investigations of the Mind and Behavior</u>. Graduate CS Department Colloquium Series, Brigham Young University, Provo, Utah.

**Bigler, E.D.**     (2009, September 24-25).  <u>Neuroimaging Advances and Clinical Neuropsychology.</u>  Invited speaker, Walter Reed Institute for Post-Graduate Study in Neuropsychology – Fall 2009 Conference, Walter Reed Hospital, Washington, D.C.

**Bigler, E.D.,**     (2009, August 14).  <u>Persistent Post-Concussion Syndrome.</u>  Keynote Speaker, MTBI 2009 Conference, First International multidisciplinary conference on Mild Traumatic Brain Injury, Fairmont Hotel Vancouver, Vancouver, British Columbia, Canada.

**Bigler, E.D.,**     (2009, July 26).  <u>Neuroimaging Today in Traumatic Brain Damage Cases</u>. Invited speaker, American Association for Justice, San Francisco, California.

**Bigler, E.D.,**     (2009, June 19).  <u>Mock Depositions and Cross Examinations of Experienced Neuropsychological Experts.</u> Invited Speaker, American Academy of Clinical Neuropsychologists (AACN), San Diego, California.

**Bigler, E.D.,**     (2009, June 3).  Participant, External Advisory Board (EAB) for the Department of Defense Post-Traumatic Stress Disorder and Traumatic Brain Injury Clinical Consortium (INTRuST), San Diego, California.

**Bigler, E.D.,**     (2009, May 6). Neuroscience Grand Rounds. Department of Neuroscience, University of Portland, Portland, Oregon, USA.

**Bigler, E.D.,**     (2009, April 9). <u>Contemporary Neuropsychological and Neuroimaging of Acquired Brain Injury</u>. Invited Featured Presenter for the Brain Injury Association of Utah and the Utah Association for Justice, 25th Annual Conference, Salt Lake City, Utah, USA.

**Bigler, E.D.,**     (2009, April 8).  Mitch Rosenthal Webinar:  Model Systems TBI, May issue, *Archives of Physical Medicine and Rehabilitation*.  Mitch Rosenthal Lecture Series of the Academy of Certified Brain Injury Specialists (ACBIS). A special issue of the *Journal of Head Trauma Rehabilitation*.  Continuing Education Webinar for the Mitch Rosenthal Memorial Lecture Series.

**Bigler, E.D.,**     (2009, April 6). <u>Advances in Neuroimaging</u>.  Keynote Speaker, 25th Annual Statewide Conference – Brain Storm!, Brain Injury Association of Texas (BIATX), 25th Annual Statewide Conference, AT&T Executive Education and Conference Center, Austin, Texas.

**Bigler, E.D.,**     (2009, April 6). <u>Brain Imaging and Traumatic Brain Injury (TBI).</u>  Keynote Speaker, Austin Neuropsychological Society Quarterly Conference, Austin State Hospital, Austin, Texas.

**Bigler, E.D.,**     (2009, April 4). <u>How to Use Contemporary Neuroimaging Findings to Guide Neuropsychological Therapies in Child Clinical Populations</u>. Faculty speaker: 19th Annual Nelson Butters' West Coast Neuropsychology Conference: Advances in the Neuropsychological Assessment and Treatment of School-Aged Children with Cognitive Disorders, San Diego Hilton Resort, California.

**Bigler, E.D.,**     (2009, March 26). <u>The Enchanted Loom:  MRI, The Developing Brain and Autism</u>.  Invited lecturer, 16th Annual Martin B. Hickman Outstanding Scholar Lecture, College of Family, Home and Social Sciences, Brigham Young University, Provo, Utah, USA.

**Bigler, E.D.,**     (2009, March 4). <u>The Importance of Neuroimaging in Understanding Mental Health</u>.  Invited Speaker, Utah State Hospital, Provo, Utah, USA.

**Bigler, E.D.,**     (2009, January 16) Grand Rounds Lecture, New Mexico State University, Las Cruces, New Mexico.

**Bigler, E.D.,**     (2008, November 14) <u>Grand Rounds Lecture:  TBI: Neuroimaging Predictors of Cognitive and Rehabilitation Outcome.</u>  Invited lecture, the Rush Presbyterian Hospital, Rush University, Chicago, Illinois.

**Bigler, E.D.,**     (2008, November 14) <u>A Practical Guide to Neuroimaging Methods for Rehabilitation Prognosis in Traumatic Brain Injury.</u>  Invited lecturer for resident students, the Rush Presbyterian Hospital, Rush University, Chicago, Illinois.

**Bigler, E.D.,**     (2008, November 1) <u>Using Neuroimaging to Guide and Direct Therapies and Predict Outcome from TBI.</u>  Invited speaker/presenter, Braintree Rehabilitation, Boston, Massachusetts.

**Bigler, E.D.,**     (2008, November 1) <u>Advanced Neuroimaging Techniques in the Detection of Traumatic Brain Injury.</u>  Invited speaker/presenter, Braintree Rehabilitation, Boston, Massachusetts.

**Bigler, E.D.,**     (2008, October 30) <u>The Role of Structural MRI in the Assessment of TBI</u>. Invited speaker:  The Advanced Imaging Modalities Related to TBI, at the Cleveland Clinic Annual Neuroimaging in Traumatic Brain Injury Conference, Intercontinental Hotel & Bank of America Conference Center, Cleveland, Ohio.

**Bigler, E.D.,**     (2008, October) <u>The Conversation Series:  Traumatic Brain Injury Companion Series: Traumatic Brain Injury:  Interviews With Experts</u>.  Invited presenter for ". . . a series of videotaped discussions on topics of professional importance by leaders in the field . . . starters for training seminars, or to meet continuing professional development (CPD) requirements for the Nationally Certified School Psychology (NCSP) credential." Published by the Publications Committee of Division 16 Division of School Psychology, of the American Psychological Association (APA).

**Bigler, E.D.,**     (2008, October 2) <u>Traumatic Brain Injury: From Concussion to Severe Injury</u>. Invited speaker, The Utah Valley Regional Medical Center, Emergency Medicine/Critical Care Symposia.

**Bigler, E.D.,**     (2008, October 2) <u>Neuroimaging and Cognitive and Neurobehavioral Assessment</u>.  Invited speaker, The Utah Valley Regional Medical Center, Emergency Medicine/Critical Care Symposia and Outcome.

**Bigler, E.D.,**     (2008, September 11-12) <u>Advanced Neuroimaging Techniques in Detecting the Sequelae of Traumatic Brain Injury</u>.  Sole, invited speaker/presenter, for Traumatic Brain Injury Litigation Group, Las Vegas, Nevada.

**Bigler, E.D.,**     (2008, July 21) <u>Cognitive and Behavioral Sequelae Found in Traumatic Brain Injury</u>. Invited speaker, Wasatch Mental Health, Provo, Utah.

**Bigler, E.D.,**     (2008, June 12-13) <u>Neuroimaging in Traumatic Brain Injury:  A Better Understanding of Cognitive and Behavioral Effects</u>. Invited speaker, Tripler Medical Facility, Honolulu, Hawaii.

**Bigler, E.D.,**     (2008, June 2) Grand Rounds (Rehab): "<u>Cognitive and Behavioral Effects in Brain Injury</u>," Rehabilitation Hospital of the Pacific, Honolulu, Hawaii.

**Bigler, E.D.,**     (2008, June 2) <u>Cognitive and Behavioral Effects in Brain Injury</u>. Invited speaker, Queens Medical Center, Honolulu, Hawaii.

**Bigler, E.D.,**     (2008, April 17). <u>Neuroimaging in Understanding Disabilities</u>.  Invited lecture for the Utah Chapter of the Association on Higher Education and Disability (Utah AHEAD) Conference, Salt Lake City Community College, Salt Lake City, Utah.

**Bigler, E.D.,**     (2008, April 4-5). <u>Neuropsychological Assessment in the Next Decade:  The Integration of Structural and Functional Neuroimaging</u>. Invited presenter for the 18th Annual Nelson Butter's West Coast Neuropsychology Conference – Innovations in Assessment, held at the University of California at San Diego. Hilton San Diego Resort, San Diego, CA.

**Bigler, E.D.,**     (2008, March 20) <u>Symptom-Validity Testing:  Its Proper Role in Neuropsychological Assessment</u>.  Invited presenter for the 2008 Brain Injury

Conference of The Brain Association of Utah and the Utah Association for Justice.  The Radisson Hotel, Salt Lake City, Utah.

**Bigler, E.D.,**      (2008, March 20) <u>A Panel of Doctors Answer Questions on Pediatric Brain Injury</u>.  Invited panel member for the 2008 Brain Injury Conference of The Brain Association of Utah and the Utah Association for Justice. The Radisson Hotel, Salt Lake City, Utah.

**Bigler, E.D.,**      (2008, March 20) <u>State of the Art Developments in Brain Imaging that Objectively Demonstrate Brain Injury:  The Future is Now</u>.  Invited presenter for the 2008 Brain Injury Conference of The Brain Association of Utah and the Utah Association for Justice.  The Radisson Hotel, Salt Lake City, Utah.

**Bigler, E.D.,**      (2008, February) <u>Neuroimaging in Neurobehavioral Research</u>. Invited speaker for the Journal Club, HIV Neurobehavioral Research Center, HNRC, University of California, San Diego, California.

**Bigler, E.D.,**      (2008, January 30) Traumatic Brain Injury:  <u>The Role of Quantitative Neuroimaging in Identifying Structural Abnormalities for Neuropsychological Outcomes Studies</u>.  Invited presentation given for the Neuroimaging at Utah Symposium at The Brain Institute at the University of Utah, Utah.

**Bigler, E.D.,**      (2007, December 4) <u>State-of-the-Art Neuroimaging of Traumatic Brain Injury from Acute Injury to Chronic Abnormalities</u>. Invited presenter for Visual Consequences of Acquired Brain Injury Conference presented by the Department of Veterans Affairs Employee Education system and Department of Defense and Rehabilitation Strategic Healthcare Group, Course#.08.ST.PT.VCOTBICONF.A, Crowne Plaza San Antonio, Riverwalk, San Antonio, Texas.

**Bigler, E.D.,**      (2007, November 17) <u>Useful Clinical Ratings of CT and MRI in the Clinical Practice of Neuropsychology.</u>  Invited Speaker, 27th Annual Conference of the National Academy of Neuropsychology, Westin Kierland Resort & Spa in Scottsdale, Arizona, USA.

**Bigler, E.D.,**      (2007, November 8) <u>Neuroimaging in Pediatric TBI</u>.  Discussant. New Frontiers in Pediatric Traumatic Brain Injury International Conference held at the Westin San Diego at Emerald Plaza, San Diego, California, USA.

**Bigler, E.D.,**      (2007, June 2) <u>Update on Neuroimaging and Clinical Neuropsychology in Children and Adults</u>. Conference Speaker (CE provider) for 16th Annual conference on Neuropsychology of the Northern California Neuropsychology Forum held at School of Nursing Auditorium, University of California San Francisco (UCSF), San Francisco, California, USA.

**Bigler, E.D,**      (2007, April 30) <u>Neuroimaging and the Practice of Clinical Neuropsychology.</u> Invited speaker for the Houston Neuropsychology Society, Westheimer Medical Center, Manvel, Texas, USA.

**Bigler, E.D.**      (2007, March 22) Neuroanatomy <u>for Health Care Professionals: BYOL (Bring Your own Laptop)</u>. Invited pre-conference workshop, 17th annual Nelson Butters' West Coast Conference: Advances in the Neuropsychological Assessment and Treatment of School-Aged Children with Cognitive Deficits., University of California at San Diego (UCSD). San Diego, CA, USA.

| | |
|---|---|
| **Bigler, E.D** | (2007, March 8) <u>The Aging Brain: Implications for TBI Victims</u>. Featured Presentation. The 2007 Brain Injury Conference of The Brain Injury Association of Utah and The Utah Trial Lawyers Association, Salt Palace Convention Center, Salt Lake City, Utah, USA. |
| **Bigler, E.D** | (2007, March 8) <u>Proving Brain Injury Objectively: Major Conceptual and Technological Advances.</u> Featured Presentation. The 2007 Brain Injury Conference of The Brain Injury Association of Utah and The Utah Trial Lawyers Association, Salt Palace Convention Center, Salt Lake City, Utah, USA. |
| **Bigler, E.D.** | (2007, March) <u>Distinguished Visiting Professor (DVP) of Psychology</u>. Invited Speaker to the Department of Psychology at Wilford Hall Medical Center, Lackland Air Force Base, San Antonio, Texas 78236, USA. |
| **Bigler, E.D.** | (2007, January 11) Neuroimaging <u>and Biomedical Engineering.</u> Invited Presentation given to BYU Biomedical Engineering Club, Clyde Building, Brigham Young University, Provo, Utah, USA. |
| **Bigler, E.D.,** | (2006, October 19) <u>Neuroimaging & Neurocognitive Outcome in TBI: A Lifespan Perspective</u>. Keynote Speaker: 17th Annual Family & Professionals Conference, The Brain Injury Association of Utah (BIAU). Davis Conference Center, Layton, Utah, USA. |
| **Bigler, E.D.,** | (2006, October 17) Neuroimaging <u>and Cognitive Neuroscience: Contemporary Methods for Studying Brain-Behavior Relationships.</u> Invited speaker: Seminar for the Department of Statistics, Brigham Young University. Provo, Utah, USA. |
| **Bigler, E.D.,** | (2006, October 6) <u>Neuroimaging and Neurocognitive Outcome in Mild Traumatic Brain Injury (TBI) – Status Update 2006.</u> Invited Speaker: California Pacific Medical Center 5th Annual Brain Injury Conference for Health Care Professionals: Mild Traumatic Brain Injury: Theory assessment & Practice. Cathedral Hill Hotel, San Francisco, California. |
| **Bigler, E.D.,** | (2006, September 29) Cognitive <u>Neuroscience & Neuroimaging Findings in Pediatric Acquired Brain Injury & Developmental Disorders</u>. Invited Keynote presentation: 2006 Health and Wellness Forum: Developmental Disabilities: Innovations in diagnosis, Treatment & Service Delivery (September 27-29, 2006). Catamaran Resort Hotel, San Diego, California. |
| **Bigler, E.D.,** | (2006, September 14) <u>Recent Advances in Neuroimaging.</u> Invited Speaker. North American Brain Injury Society (NABIS) 2006 Brain Injury Conference of the Americas (September 14-16, 2006). Eden Rock Hotel, Miami Beach, Miami, Florida. |
| **Bigler, E. D.,** | (2006, September 1) <u>Neuroimaging and Neurocognitive Outcome in Traumatic Brain Injury.</u> Invited Speaker: California Brain Injury Association Conference (CALBIA) (September, 1- 3, 2006). State of the Art Medical and Rehabilitative Care in Brain Injury: Clinical and Legal Implications. Silverado Resort, Napa, California. |

**Bigler, E.D.,**   (2006, July 26- 30) <u>Emerging Neuroimaging Techniques in TBI: Relationships to Neuropsychological Outcome</u>. Invited Speaker: International Neuropsychological Society Continuing Education Program: From Plasticity to Rehabilitation, INS/SVNP/GNP Meeting, University of Zurich, Mid-Year Meeting. Zurich, Switzerland.

**Bigler, E.D.,**   (2006, May 22) <u>Clinical Neuropsychology in the Era of cognitive Neuroscience and Neuroimaging</u>. Grand Rounds: University of Alabama at Birmingham, School of Medicine and Department of Psychiatry & Behavioral Neurobiology. Birmingham, Alabama.

**Bigler, E.D.,**   (2006, April 29 – May 5) <u>Morphometric and Spectroscopic Imaging in Autism</u>. Invited Speaker: Neuroradiology Education and Research (NER) Foundation Symposium 2006: Neuroimaging: State of the Art and Beyond and American Society of Neuroradiology (ASNR) 44th Annual Meeting. In session: The Brain – Basis of Autism: Recent Neurobiological and Neuroimaging Research (Moderators: Gary L. Hedlund, D.O.; Santiago, Medino, M.D.). San Diego Convention Center, San Diego, California.

**Bigler, E.D.,**   (2006, March 23-26) <u>Integrity of the Medial Temporal Lobes in Childhood Disorders</u>. Invited Speaker: Nelson Butter's Annual Conference for Advances in Pediatric Neuropsychology: From Toddlers Through School-Aged Children. Wyndham San Diego at Emerald Plaza, San Diego, California.

**Bigler, E.D.,**   (2006, March 9) <u>21st Century Technology that Demonstrates Brain Injury.</u> Invited Speaker: 2006 Utah Lawyer's Association & Brain Injury Association of Utah (UTLA/BIAU): 2006 Attorney's Brain Injury Conference Program. Little American Hotel, Salt Lake City, Utah.

**Bigler, E.D.,**   (2006, March 3) <u>Advances in Neuroimaging and Traumatic Brain Injury.</u> Keynote Speaker: Leonard Diller Lecture, 8th Annual Conference of the American Board of Rehabilitation Psychology, Inc. (ABRP) and the American Psychological Association (APA) Division of Rehabilitation Psychology (Div 22). J.A. Nugget Hotel, Reno, Nevada.

**Bigler, E.D.,**   (2005, October 13-16) <u>Diffusion Tensor Imaging of TBI</u>. Invited Presenter: the Conemaugh International Symposium: Group II – Acute Care; International Brain Injury Association. International symposium held in conjunction with the Conemaugh Health System, the John P Murtha Neuroscience and Pain Institute, and the National Brain Injury Research, treatment and Training foundation, in association with the Brain Injury Association of America: Finding a "Cure" for Brain Injury, Improving Quality of Life. Holiday Inn Downtown, Johnstown, Pennsylvania. This symposium was the basis of a Report to Congress of the United States of America: A Call for Action. Conemaugh International Symposium: Toward Successful Recovery from Traumatic Brain Injury: Improving Outcomes – submitted April 6, 2006.

**Bigler, E.D.,**   (2005, September 30) <u>Clinical Neuroscience: Neuroimaging and Mental Health</u>. Invited speaker at the Association of Mormon Counselors and Psychotherapists (AMCAP) Fall Convention 2005; Perspectives in Mental Health: 30 Years of AMCAP, Joseph Smith Memorial Building, Salt Lake City, Utah.

**Bigler, E.D.,**      (2005, September 29). <u>Neuroimaging and Neurocognitive Outcome in Traumatic Brain Injury,</u> Invited Speaker, Brain Injury Association of Michigan 25th Annual Conference "Our Mission Continues", Radisson Hotel, Lansing, Michigan.

**Bigler, E.D.,**      (2005, September 22) <u>Structural and 3D Neuroimaging.</u> Invited Speaker, (Plenary III) 2005 North American Brain Injury Society (NABIS) Conference Brain Injury: New Science, Best Practices and Future Innovations. Ritz Carlton Resort, Jacksonville, Amelia Island, Florida.

**Bigler, E.D.,**      (2005, August 18-21). <u>MRI & the future of the relevance of neuropsychology.</u> Invited Address, 2005 American Psychological Association (APA) Division 40 Convention. Renaissance Hotel, Washington, D.C.

**Bigler, E.D.,**      (2005, June 16-18). <u>Fine Structural MRI Analysis in Traumatic Brain Injury: Relationship to Neuropsychological Outcome</u>  Abstract presented at the 2005 American Academy of Clinical Neuropsychology (AACN) Scientific Program, Workshops & Second Annual Meeting, Minneapolis Marriot Center. Minneapolis, Minnesota.

**Bigler, E.D.,**      (2005, May 23-24). Invited Reviewer of Department of Clinical and Health Psychology, College of Public Health and Health Professions, University of Florida. Gainesville, Florida.

**Bigler, E.D.,**      (2005, May 6). <u>Neuroimaging and Neurocognitive Outcome in Traumatic Brain Injury – Status Report 2005.</u> International Invited Speaker: 6th World Congress on Brain Injury, Presented by the International Brain Injury Association (IBIA). Melbourne, Australia.

**Bigler, E.D.,**      (2005, May 3). <u>High Resolution 3T Imaging of the Fine Structure of the Ventral Striatum and Limbic System:  Relationship to Neuropsychological Outcome Following TBI.</u> Invited Speaker: Australian Psychological Society (APS) College of Clinical Neuropsychologists, Victorian Section & St Vincent's Hospital, Neuropsychology Unit, Education Seminar. Melbourne, Australia.

**Bigler, E.D.,**      (2005, April 22). <u>Traumatic Brain Injury and Postconcussion Syndrome.</u> Invited Presentation: 2005 American Bar Association/American Psychological Association (ABA/APA) National Institute on "Psychological and Neuropsychological Evidence in Personal Injury and Medical Malpractice Cases", ABA Center for Continuing Legal Education. Chicago, Illinois, USA.

**Bigler, E.D.,**      (2005, April 22). <u>Carbon Monoxide Poisoning.</u> Invited Presentation: 2005 American Bar Association/American Psychological Association (ABA/APA) National Institute on "Psychological and Neuropsychological Evidence in Personal Injury and Medical Malpractice Cases", ABA Center for Continuing Legal Education. Chicago, Illinois, USA.

**Bigler, E.D.,**      (2005, April 20). <u>Neuroimaging, Cognitive Neuroscience and Clinical Neuropsychology:  Practice Challenges of the 21st Century.</u> Invited Speaker: Rosalind Franklin Colloquium, Rosalind Franklin University School of Medicine-formerly Finch School of Health Sciences/The Chicago Medical School. Chicago, Illinois, USA.

**Bigler, E.D.,**   (2005, April 2).  Frontotemporal Pathology:  Neuropsychological and Neuroimaging Findings Across Disorders. Invited Presentation: 15th Annual Nelson Butter's West Coast Neuropsychology Conference "Advances in Neuropsychological Assessment in the Differentiation of Neurobehavioral Syndromes." In conjunction with University of California, San Diego, School of Medicine, Department of Psychiatry. Wyndham San Diego Hotel, Emerald Plaza, San Diego California, USA.

**Bigler, E.D.,**   (2005, March 30). The Neuropsychology TBI and Anoxia. Presentation for Wasatch Mental Healthcare Providers. Provo, Utah.

**Bigler, E.D.,**   (2005, March 3).  Premature Aging. Presentation given at 2005 Conference on Brain Injury, Presented by Brain Injury Association of Utah and the Utah Trial Lawyers Association. Red Lion Hotel, Salt Lake City, Utah.

**Bigler, E.D.,**   (2005, March 3).  Breakthroughs in 21st Century Neuroscience. Presentation given at 2005 Conference on Brain Injury, presented by Brain Injury Association of Utah and the Utah Trial Lawyers Association. Red Lion Hotel, Salt Lake City, Utah.

**Bigler, E.D.,**   (2005, February 25) Neuroimaging as a Research Tool in Cognitive Neuroscience, Visiting Professor, Class Lecture, Florida Atlantic University, Davie, FL.

**Bigler, E.D.**   (2005, February 24) Cognitive Neuroscience and Human Behavior, Keynote Lecture: Broward Psychology Fair, Florida Atlantic University. Davie, FL.

**Bigler, E.D.,**   (2005, February 19).  Neuropsychology and Neuroimaging in Criminal Defense or Underdeveloped Brains and Damaged Brains and Why Does it Matter? Presentation, CACJ/CPDA Capital Case Defense Seminar. Monterey Conference Center, Monterey, CA.

**Bigler, E.D.,**   Rex Jung (2005 February 2-5) Biological Mechanisms Underlying General Intelligence ("g"). International Neuropsychological Society 33rd Annual Meeting, Discussant.  Adam's Mark Hotel, St. Louis, MI.

**Bigler, E.D.,**   (2005, January 27). Neuropsychology Seminar for Southern Utah University, Invited Speaker:  General University Assembly, Cedar City, Utah.

**Bigler, E.D.,**   (2005, January 27). Brain, Behavior and Mental Health.  Guest Lecturer for Southern Utah University's (SUU) Convocation Lecture Series.  Cedar City, Utah.

**Bigler, E.D.,**   (2004, December 9).  Advances in Neuroimaging and Implications for Treatment and Prognosis.  Invited Speaker for Brain Injury Association of America (BIAA) Winter Symposium "Rehabilitation of Traumatic Brain Injury: The State of the Art". Hotel Washington, Washington, D.C.

**Bigler, E.D.**   (2004, November 4-5).  Neuropsychology.  Invited Speaker for Texas Association of Defense Council "2004 TADC Contemporary Issues In Personal Injury Litigation Seminar."  Westin City Center, Dallas, Texas, USA.

**Bigler, E.D.**   (2004, October 5). <u>Neuroimaging in Neuropsychology, Psychiatry Grand Rounds,</u> Dartmouth Medical School. Hannover, New Hampshire.

**Bigler, E.D.**   (2004, October 7). <u>New Techniques in Imaging in Neuropsychology: Psychiatry Grand Rounds,</u> Brown Medical School, Providence, Rhode Island.

**Bigler, E.D.**   (2004, September 20). <u>Neuroimaging, Creative Methods of Visualizing Brain Injury.</u> New Scientific Methods. Invited Presentation: The 17th Annual Conference on Medical & Legal Issues in Brain Injury, The North American Brain Injury Society and the International Brain Injury Association (NABIS/IBIA) Medical Legal Conference> Ritz Carlton, Bachelor Gulch, Beaver Creek, Colorado.

**Bigler, E.D.**   (2004, July 13). <u>Anoxic Brain injury: Neuroimaging and Neuropsychological Assessment.</u>  Special Seminar at the Hampstead Rehabilitation Centre, Northfield, Australia.

**Bigler, E.D.**   (2004, July 12).  <u>Traumatic brain injury: Neuroimaging and neuropsychological assessment.</u>  Special Seminar at the University of Adelaide, Australia.

**Bigler, E.D.**   (2004, May 21).  <u>Neuroimaging and neuropsychology of cognitive and emotional disorders.</u>  Presentation at 'The Neuropsychology of Emotion' Utah Psychological Association seminar, University of Utah Museum of Fine Arts, Salt Lake City, Utah.

**Bigler, E.D.,**   (2004, May 13). <u>Grand Rounds-Neuropsychology:</u> Invited Speaker for Charles Matthews Neuropsychology Lab Annual Lecture, Madison, Wisconsin.

**Bigler, E.D.**   (2004, March 25-28).  <u>The Interface of Neuroimaging with Neuropsychological Assessment in Autism and Other Neurodevelopmental Disorders.</u>  Invited Presentation: 14th annual Nelson Butters' West Coast Neuropsychology Conference.  Hilton San Diego Del Mar, Del Mar, California.

**Bigler, E.D.**   (2004, March 12). <u>Justifying Brain Imaging in Clinical Practice.</u> Invited presentation: The Brain Imaging in Clinical Practice-2004 conference. Ellen Eccles Conference Center, Utah State University, Logan, Utah.

**Bigler, E.D.,**   (2003, October 23-24).  <u>Adverse Effects of Substance Abuse on Brain Injury Outcome.</u>  Invited presentation: 10th Annual Conference Program & Errata On Behavior, Clinical Neuroscience, Substance Abuse and Culture. Radisson Hotel, Los Angeles, California.

**Bigler, E.D.,**   (2003, September 18-20) Structural <u>and 3D Neuroimaging.</u> Invited presentation: Chairs:  R. D. Vogt, M.D., B. H. Stern, JD; G. O'Shanick, M.D., 16th Annual Conference on Medical & Legal Issues in Brain Injury, The North American Brain Injury Society (NABIS), The Brain Association of America, and the International Brain Injury Association. Ritz-Carlton Resort, Amelia Island, Florida.

**Bigler, E.D.,**   (2003, September 8-12). <u>Invited speaker</u>: The Co-Occuring Disorders Institute Conference on the Effects of Traumatic Brain Injury. Palmer, Alaska.

**Bigler, E.D.,**  (2003, July 10-15).  Invited Speaker: Sixth IBRO World Congress of
Neuroscience.  Prague, Czech Republic.

**Bigler, E.D.,**  (2003, May 25). Functional Brain Imaging After Acquired Brain Injury (ABI).
Invited Presentation: Parallel Session – Functional Imaging and Plasticity after
ABI: Chairs: M. Hallet, USA & B. Johansson, Sweden. International Brain Injury
Association, 5th World Congress on Brain Injury. Stockholm, Sweden.

**Bigler, E.D.,**  (2003, March 27). Breaking Developments in the Treatment and Trial of Brain
Injury Cases. Invited speaker at Utah Lawyers' Association, Annual meeting.
Red Lion Hotel, Salt Lake City, Utah.

**Bigler, E.D.,**  (2003, March 20-23).  Neuroimaging and Neuropsychological Correlates of
Neurodevelopmental Disorders.  UCSD School of Medicine, Department of
Psychiatry, La Jolla, California, 13th Annual Nelson Butter's West Coast
Neuropsychology Conference (CE accredited for APA, MCEP, AMA, BRN, and
MFCC/LCSW). Doubletree Hotel, San Diego, California.

**Bigler, E.D.,**  (2003, February 2-4). Neurodevelopmental and Neuroimaging Predictors of
Neuropsychiatric Outcome in Child Traumatic Brain Injury.  American
Neuropsychiatric Association 14th Annual Meeting. Honolulu, Hawaii.

**Bigler, E.D.,**  (2003, January 15). Keynote Speaker, University Forum, BYU-Idaho University,
Rexburg, Idaho.

**Bigler, E.D.,**  (2002, December 6).  Psychiatry Grand Rounds—Invited Lecture.  University of
Texas Southwestern Medical Center, Dallas, Texas.

**Bigler, E.D.,**  (2002, October 25).  Keynote Speaker.  Society for Neuroscience: Intermountain
Chapter Fall Meeting. Thanksgiving Point, Lehi, Utah.

**Bigler, E.D.,**  (2002, October 24-25). Negative Effects of Substance Abuse on Brain Injury
Outcome. Invited Presentation: The Ninth Annual Conference on Behavior,
Clinical Neuroscience, Substance Abuse and Culture. The Radisson Hotel Los
Angeles International Airport, Los Angeles, CA.

**Bigler, E.D.,**  (2002, August 22-25) Relationship of Neuroimaging and APOE Genotype to
Neuropsychologic Performance. Invited Symposium Presentation: Genetics,
Imaging, and Neuropsychological Contributions to the Prediction of Dementia.
Chair: Bondi, M. & Haaland, K. Division 40 APA Annual Convention.
McCormick Place, Chicago, IL.

**Bigler, E.D.,**  (2002, April 25-28).  Forensic Neuropsychology with Adults:  Assessment and
Interpretation.  University of California, San Diego (UCSD) Department of
Psychiatry's "Nelson Butters' West Coast Neuropsychology Conference".  Hyatt
Hotel, La Jolla, California.

**Bigler, E.D.,**  (2002, March 9).  Structural, Functional, and Three-Dimensional Neuroimaging
In Evaluating Traumatic Brain Injury:  Relationships with Neuropsychological
Outcome. Pacific Northwest Neuropsychological Society, 15th Annual
Conference. University of Washington Faculty Center: Seattle, Washington.

| | |
|---|---|
| **Bigler, E.D.** | (2002, February 1).  <u>Structural and Developmental Neuroimaging Findings in Autism.</u> (Session III)  Annual Meeting, Psychiatric Research Society. Park City, Utah. |
| **Bigler, E.D.** | (2002, January 18) <u>Contemporary Neuroimaging in Assessment of Brain Injury.</u> Keynote Speaker, Hilltop Treatment Program--Building Dedication and Presentation.  Dripping Springs, Texas |
| **Bigler, E.D.** | (2001, October 4-6).  <u>Contemporary Neuroimaging Methods in the Evaluation of Traumatic Brain Injury,</u> (Keynote Address). 19th Annual Conference, Brain Injury Association of Colorado.  Vail, Colorado. |
| **Bigler, E.D.** | (2001, May 23).  <u>Forensics and Neuroimaging</u>.  35th Semi-annual Forensic Symposium; Neurobiology in the Courtroom:  A New Frontier.  Institute of Law, Psychiatry and Public Policy, University of Virginia, Richmond, Virginia. |
| **Bigler, E.D.** | (2001, April 30-May 2).  <u>Volumetric MRI Studies of Autism.</u>  Collaborative Programs of Excellence in Autism (CPEA) Annual Meeting, Yale University, New Haven, Connecticut. |
| **Bigler, E.D.** | (2000). <u>Neuropsychology and neuroimaging.</u> Distinguished Visiting Professors to Wilford Hall Medical Center.  San Antonio, Texas. |
| **Bigler, E.D.** | (2000, October 19-20). <u>Brain volumetric changes in substance abuse and traumatic brain injury.</u>  7th Annual Conference on Behavior, Clinical Neuroscience, Substance Abuse, and Culture. Los Angeles, California. |
| **Bigler, E.D.** | (2000, October 12-15). <u>Neuroimaging or neuropsychologists.</u> Frontiers in Brain-Behaviour Research and Clinical Practice:  Neuropsychology's Challenge for the 21st Century. Kirkton Park Hunter Valley NSW. |
| **Bigler, E.D.** | (2000, September 14-16). <u>Neuro-imaging:  Creative methods for visualizing brain injury.</u>  Brain Injury Association 14th Annual Conference for Attorneys. Palm Beach, Florida. |
| **Bigler, E.D.** | (2000, August 25-26). <u>Neuroimaging:  Rehabilitation Outcome in TBI.</u> Brain Injury Association of Texas 18th Annual Conference. Austin, Texas. |
| **Bigler, E.D.** | (2000, July 29-Aug 1). <u>Neuroimaging of TBI:  Correlates with Neuropsychological Outcome.</u> Brain Injury Association 19th Annual Symposium. Chicago, Illinois. |
| **Bigler, E.D.** | (2000, June 9).  <u>Neuroimaging and Neuropsychology of Traumatic Brain Injury.</u> Annual Brain Injury Symposium.  Ohio Brain Injury Association. Ohio State University, Columbus, Ohio. |
| **Bigler, E.D.** | (2000, May 15).  <u>Imaging Studies and Their Impact on Cognitive Function.</u> Hydrocephalus Conference.  Phoenix, Arizona. |
| **Bigler, E.D.** | (2000, March 22-24).  <u>Neuroimaging and neurophysiological studies in reading disabilities.</u> Rapallo, Italy. |

**Bigler, E.D.**      (1999, November 23).  <u>The Brain, Mind and Behavior: Clinical Neuroscience in the New Millennium</u>.  Distinguished Faculty Forum. Brigham Young University, Provo, UT.

**Bigler, E.D.**      (1999, November 19).  <u>Functional Brain Injury–Impact and Treatment</u>.  Mild Brain Injury: The Issues and Controversies.  The Rehabilitation Institute, Kansas City, MO.

**Bigler, E.D.**      (1999, November 12).  <u>The Lesions in Traumatic Brain Injury: Implications for the Practice of neuropsychology</u>.  Distinguished Neuropsychologist Award for Career Contributions.  National Academy of Neuropsychology, San Antonio, TX.

**Bigler, E.D.**      (1999, November 4-5).  <u>Neuroimaging of Traumatic Brain Injury: Relationship to Substance Abuse</u>.  Sixth Annual Conference on Behavior, Clinical Neuroscience, Substance Abuse and Culture.  Crown Plaza Hotel, Los Angeles, CA.

**Bigler, E.D.**      (1999, September 17-19).  <u>Three Dimensional Neuroimaging of the Brain: Relationship to Cognition and Behavior</u>.  NeuroHealth for the New Millennium. The Key to Independence.  An interactive conference focusing on brain injury, presented by Bancroft NeuroHealth.  Wyndham Franklin Plaza, Philadelphia, PA.

**Bigler, E.D.**      (1999, September 16-18).  <u>NeuroImaging–Creative Methods for Visualizing Brain Injury</u>.  Winning Brain Injury Cases: Legal and Medical Issues.  13th Annual Conference for Attorneys.  Arizona Biltmore Resort and Spa, Phoenix, AZ.

**Bigler, E.D.**      (1999, June, 23-26).  <u>Neuropsychology and Neuroimaging: Quantitative and 3-D Analysis</u>, Continuing Education Program.  The International Neuropsychological Society and the South African Clinical Neuropsychology Association 22nd International Conference, "Neuropsychology: Toward the Millennium". Holiday Inn, Durban, South Africa.

**Bigler, E.D.**      (1999, June, 11).  <u>Neuropsychology Aspects of the Mild to Severe Brain Injury</u>. Idaho Trial Lawyers Association Annual Meeting Seminar.  Elkhorn Resort, Sun Valley, Idaho.

**Bigler, E.D.**      (1999, May 22).  <u>Visualizing the Brain: Health and Disorders</u>.  The Third Annual Claremont Conference on Applied Developmental Psychology: Issues in Development and the Neurosciences.  Claremont Graduate University, Claremont, California.

**Bigler, E.D.**      (1999, August).  <u>Interview with Experts:  Traumatic Brain Injury</u>.  APA Division 16 1998 Conversation Series videotape presentation. Toronto, Canada.

**Bigler, E.D.**      (1998, September 23-24).  <u>Neuro-Imaging and Clinical Outcomes in Childhood Traumatic Brain Injury.</u>  Critical Issues in Child & Adolescent Mental Health: Mood Disorders, Learning Disabilities, & Substance Abuse.  Jointly sponsored by The Center for Pediatric Continuing Education and The Children's Mental Health Institute (CMHI).  DoubleTree Hotel, Salt Lake City, Utah.

**Bigler, E.D.**      (1998, September 18).  General Session: <u>Traumatic Brain Injury Update</u>.  IHC Rehabilitation Services Conference.  Salt Lake City, Utah.

| | |
|---|---|
| **Bigler, E.D.** | (July, 1998) <u>Quantitative Neuroimaging and Neuropsychological Outcome in Dementia, Traumatic Brain Injury, and Anoxia.</u> Invited Symposium; Annual Meeting of the International Neurological Society (INS). Hotel Atrium Hyatt, Budapest, Hungary. |
| **Bigler, E.D.** | (1998, June 4-7).  <u>Imaging and Brain Function</u>.  The 22nd Annual Williamsburg Conference.  Cognitive, Neuromedical and Behavioral Aspects of Brain Injury. Williamsburg, Virginia. |
| **Bigler, E.D.** | (1998, June 4-7).  <u>Brain Imaging, Quantitative Analysis, and Outcomes.</u>  The 22nd Annual Williamsburg Conference.  Cognitive, Neuromedical and Behavioral Aspects of Brain Injury.  Williamsburg, Virginia. |
| **Bigler, E.D.** | (1998, May 14 & 15).  <u>Neuroimaging and Neuropsychological Outcome.</u>  Walter Reed Army Medical Center Neuropsychology Service Department of Psychology.  Walter Reed Army Medical Center, Washington D.C. |
| **Bigler, E.D.** | (1998, April 25).  <u>What is dementia?</u>  Neurology Section of the Texas Medical Association '98.  Austin, Texas. |
| **Bigler, E.D.** | (1998, April 25).  <u>Alzheimer's disease: Epidemiology/collaborative study</u>. Neurology Section of the Texas Medical Association '98.  Austin, Texas. |
| **Bigler, E.D.** | (1997, November 10).  <u>The interface of diagnostic neuroimaging with neuropsychological assessment: The role of quantitative MRI</u>.  Seventeenth Annual National Academy of Neuropsychology Conference.  The Riviera Hotel and Casino, Las Vegas, Nevada. |
| **Bigler, E.D.** | (1997, October 26).  <u>Neuroimaging: Quantitative analysis</u>.  Braintree Hospital Rehabilitation Network in conjunction with HEALTHSOUTH Neurorehabilitation Conference.  Royal Sonesta Hotel, Cambridge, Massachusetts. |
| **Bigler, E.D.** | (1997, October 26).  <u>Neuroimaging and outcome</u>.  Braintree Hospital Rehabilitation Network in conjunction with HEALTHSOUTH Neurorehabilitation Conference.  Royal Sonesta Hotel, Cambridge, Massachusetts. |
| **Bigler, E.D.** | (1997, October 17).  <u>Substance abuse and traumatic brain injury: Neuroimaging</u>. Fifth Annual Conference on Behavior, Neurobiology, Substance Abuse, and Culture.  Los Angeles, California. |
| **Bigler, E.D.** | (1997, October).  <u>Brain Injury without the loss of consciousness: Fact or Fiction?</u> Park City, UT. |
| **Bigler, E.D.** | (1997, September 18).  <u>Clinical Correlations and Neurobehavioral Profiles and Recovery</u>.  Shepherd Center Acquired Brain Injury Conference.  Atlanta, Georgia. |
| **Bigler, E.D.** | (1997, September 18).  <u>Forensic Neuropsychology: The Role of Neuroimaging</u>. Shepherd Center Acquired Brain Injury Conference. Atlanta, Georgia. |

| | |
|---|---|
| **Bigler, E.D.** | (1997, May).  <u>Brain Imaging</u>.  Brain Damage Institute.  Seattle, Washington. |
| **Bigler, E.D.** | (1997, May).  <u>Brain Imaging in Traumatic Brain Injury</u>.  An Educator's Guide for Children with Acquired Brain Injury:  Creating a Collaborative Community of Care.  Buffalo, NY. |
| **Bigler, E.D.** | (1997, May).  <u>Neuroimaging and Neuropsychological Correlates of Language Disorders</u>.  Utah Speech and Hearing Association.  Salt Lake City, UT. |
| **Bigler, E.D.** | (1997, April).  <u>Test of Memory and Learning (TOMAL) in Evaluating Child and Adolescent Memory</u>.  Nelson Butter's West Coast Neuropsychology Conference.  San Diego, CA. |
| **Bigler, E.D.** | (1996, November 16).  <u>Chair, Neuropathology of TBI</u>.  Annual Conference of the International Association for the Study of Traumatic Brain Injury, Melbourne, Australia |
| **Bigler, E.D.** | (1996, November 16).  <u>Chair</u>: Paper Session 5, Neuroimaging, Evoked Potentials and Outcome.  Annual Conference of the International Association for the Study of Traumatic Brain Injury, Melbourne, Australia. |
| **Bigler, E.D.** | (1996, October 31).  <u>Neuroimaging and Neuropsychological Assessment Update</u>.  16th Annual Meeting, National Academy of Neuropsychology, Inc., New Orleans, LA. |
| **Bigler, E.D.** | (1996, October 19).  <u>Neuroimaging and Neuropsychological Assessment</u>.  Annual Fall Symposium, Philadelphia Neuropsychology Society.  Philadelphia, PA. |
| **Bigler, E.D.** | (1996, October 18).  <u>Neuroimaging, Neuropsychology and Dementia</u>.  Grand Rounds lecture, Allegheny University of the Health Sciences, Department of Neurology.  Philadelphia, PA. |
| **Bigler, E.D.** | (1996, October 13).  <u>Meet the Expert:  Erin D. Bigler, Ph.D.</u>  Invited address, American Academy of Physical Medicine and Rehabilitation.  Chicago, IL. |
| **Bigler, E.D.** | (1996, October 13).  <u>TBI Expert Testimony:  Neuromedical and Neuropsychological Caveats</u>.  Invited address, American Academy of Physical Medicine and Rehabilitation.  Chicago, IL. |
| **Bigler, E.D.** | (1996, October 12).  <u>Neuroimaging in TBI: Clinical Correlations with Neurobehavioral Profiles and Recovery</u>.  Invited address, American Academy of Physical Medicine and Rehabilitation.  Chicago, IL. |
| **Bigler, E.D.** | (1996, September 20).  <u>Neuropsychology and Neuroimaging</u>.  Invited lecture, UND School of Medicine.  Fargo, ND. |
| **Bigler, E.D.** | (1996, August 12).  <u>Quantitative Neuroimaging Findings, Traumatic Brain Injury, and Substance Abuse</u>.  Symposium: Neurobehavioral and Neuropsychological Assessment of Drug Abuse, American Psychological Association Convention. |

| | |
|---|---|
| **Bigler, E.D.** | (1996, June).  <u>Magnetic Resonance Imaging of the Brain:  Relationship Between Structure and Functions</u>.  Invited lecture, 4th International Conference on Long-Term Complications of Treatment of Children and Adolescents for Cancer. |
| **Bigler, E.D.** | (1995). <u>Kronheim Lecture</u>.  Invited lecture, Undersea and Hyperbaric Medical Society's Annual Scientific Symposium. |
| **Bigler, E.D.** | (1995, November).  <u>Current Status of Neuroimaging and Neuropsychological Assessment</u>.  Invited lecture, National Academy of Neuropsychology.  San Francisco, CA. |
| **Bigler, E.D.** | (1995, November).  <u>Neuropsychological Assessment, Neuroimaging and Learning Disabilities</u>.  Learning Disabilities Association of Utah Conference. |
| **Bigler, E.D.** | (1995, August).  <u>New Directions in Brain Injury Diagnosis Using Imaging Technology</u>.  Texas Head Injury Association, 14th Annual State Conference. |
| **Bigler, E.D.** | (1995, August).  <u>Long-Term Outcomes</u>.  Texas Head Injury Association, 14th Annual State Conference. |
| **Bigler, E.D.** | (1994, January).  <u>Damage to Executive Function</u>.  The Mild Brain Injury Case, The Utah Head Injury Association, Salt Lake City, UT. |
| **Bigler, E.D.** | (1993, October).  National Academy of Neuropsychology. |
| **Bigler, E.D.** | (1993, August).  Chair, Symposium:  Biological revolution-neuroimaging and neuropsychology.  American Psychological Association, Toronto, Canada. |
| **Bigler, E.D.** | (1993, August).  <u>Quantitative magnetic resonance imaging and neuropsychological assessment</u>.  Paper presented at the annual conference of the American Psychological Association, Toronto, Canada. |
| **Bigler, E.D.** | (1993, May).  <u>Neuropsychological assessment and neuroimaging:  A synthesis</u>.  Psychology Grand Rands presented at the University of Missouri. |
| **Bigler, E.D.** | (1992, November). Learning disabilities in children and evaluation and behavior management of ADHD. Lectures presented at <u>The Child's Brain Conference</u>. Austin, TX. |
| **Bigler, E.D.** | (1992, October).  National Academy of Neuropsychology, Pittsburgh, PA. |
| **Bigler, E.D.** | (1992, September). Neuropsychological function and brain imaging invited address given at the annual <u>Brain Function and Learning Conference</u> at the University of North Texas, Denton, TX. |
| **Bigler, E.D.** | (1992, May). <u>Neuropsychology of Parkinson's disease</u>. Lecture presented at the Parkinson's Support Group, VA Medical Center, Salt Lake City, UT. |
| **Bigler, E.D.** | (1992, May). <u>Traumatic brain injury</u>. Invited lecture presented at the Seventh Annual Conference of the Missouri Head Injury Advisory Council, Missouri Division of Special Education, Jefferson City, MO. |
| **Bigler, E.D.** | (1992, March). <u>Neuroimaging and Neuropsychology</u>. Presidential Address, National Academy of Neuropsychology, November 1, 1990.  Presented again at |

Neurology/Psychiatry Grand Rounds, University of Texas at San Antonio, February 14, 1991; at the 1991 National Academy of Neuropsychology, Dallas, Texas, November 1, 1991; at The University of Utah Seminar Series, November 18, 1991; and at Rancho Los Amigos Medical Center, University of Southern California, March 11-13, 1992.

**Bigler, E.D.**     (1991, November). <u>Neuroimaging and Electrophysical Techniques</u>. Invited address presented at the Mild to Moderate Head Injury Conference sponsored by the Utah Head Injury Association and Utah State Bar. (1992, November). New dimensions in neuropsychology: strengths and limitations of neuropsychological assessment.

**Bigler, E.D.**     (1991, October). <u>Neuroimaging and Neuropsychological Assessment</u>. Invited keynote at invitational conference, "Cognitive assessment: An interdisciplinary dialogue" sponsored by Dean Jane Stallings' Enhancing Excellence in Education Fund—Chair:  Ernie Goetz, Department of Educational Psychology, Texas A&M University, presented at College of Education, Texas A&M University, College Station, TX.

**Bigler, E.D.**     (1991, August). <u>Neuroimaging and Neuropsychological Assessment in Traumatic Brain Injury in School-aged Children</u>. Invited address presented at The Utah State Office of Education Conference on "Serving students with traumatic brain injury in our schools." Salt Lake City, UT.

**Bigler, E.D.**     (1991, July). <u>The Divine Brain</u>. Brigham Young University Forum address, Provo, UT.

**Bigler, E.D.**     (1989, March). <u>Memory Disorders: Neuropsychological and Anatomical Correlates</u>. Grand Rounds Lecture. University of Texas Health Science Center in San Antonio, Dept. of Psychiatry.

**Bigler, E.D.**     (1988, November). <u>Applications of Brain Imaging Techniques to Clinical Neuropsychology</u>. Invited address/Workshop. National Academy of Neuropsychologists, Orlando, FL.

**Bigler, E.D.**     (1988, October). <u>Current Status of Brain Imaging and Clinical Neuropsychology</u>. Guest lecturer/Invited address at the Eighth Julie McGee Lamberth Conference, Baylor College of Medicine.

**Bigler, E.D.**     (1988, September). <u>Alzheimer's Assessment</u>. Texas Department of Mental Health and Mental Retardation - Nursing Education Tele series.

**Bigler, E.D.**     (1988, September). Visiting Professor, Texas A&M University, Department of Psychiatry. Neuropsychology update Lecture, Scott & White Hospital, Temple, TX.

**Bigler, E.D.**     (1987, April). <u>Neuropsychology of Depression</u>. Fourth Annual update in Psychiatry sponsored by the Department of Psychiatry, University of Texas Health Science Center at San Antonio, November 22, 1986. Colloquium Lecture, Brigham Young University, April 2, 1987.

**Bigler, E.D.**     (1987, March). <u>Neuropsychology of Dementia</u>. Invited lecture series, Edmonton Hospital and University of Alberta, Alberta, Canada.

| | |
|---|---|
| **Bigler, E.D.** | (1986, December). <u>Neuropsychology of Cerebral Trauma</u>. Invited address/Workshop, Florida State Psychological Association Conference, Fort Lauderdale, FL. |
| **Bigler, E.D.** | (1985, October). <u>Brain Imaging: Relationship to Clinical Neuropsychological Assessment</u>. Invited address at the National Academy of Neuropsychologists, Philadelphia, PA. |
| **Bigler, E.D.** | (1983, November). <u>Neuropsychological Diagnosis of Learning Disabilities</u>. Invited address at the 19th Annual Conference of the Texas Association of Children with Learning Disability, Waco, TX. |
| **Bigler, E.D.** | (1983, October). <u>Neuropsychology and Computerized Tomography</u>. Invited address at The National Academy of Neuropsychologists, Houston, TX. |
| **Bigler, E.D.** | (1983, May). <u>Neuropsychology Update</u>. Invited address at the Barrow Neurological Institute of St. Joseph's Hospital & Medical Center, Phoenix, AZ. |
| **Bigler, E.D.** | (1983, May). <u>Neuropsychology Workshop</u>. Brigham Young University, Provo, UT. |
| **Bigler, E.D.** | (1982). <u>Neuroanatomy and Neuropathology</u>. Invited address at The National Academy of Neuropsychologists Annual Meeting, Atlanta, GA. |
| **Bigler, E.D.** | (1981). <u>Assessment in Clinical Neuropsychology</u>. Invited address and workshop presented at the annual meeting of the National Association of School Psychologists, Houston, TX. |
| **Bigler, E.D.** | (1981). <u>Clinical Neuropsychology</u>. Training seminar presented to Psychology Doctoral Interns, Austin State Hospital, 1977, 1978, 1979, 1980, and 1981. |
| **Bigler, E.D.** | (1981). <u>Neuropsychological Evaluation of the Learning Disabled Child</u>. Workshop presented to Region XIII Educational district, Austin, TX, Summer 1979, and Spring 1981. |
| **Bigler, E.D.** | (1980, November). <u>Current Developments in Neuropsychology of Learning Disabilities</u>. Paper presented as part of symposium on Learning Disability at the annual Texas Psychological Association Meetings, Austin, TX. |
| **Bigler, E.D.** | (1980, September). <u>Clinical Assessment of Cognitive Deficit in Traumatic and Degenerative Disorders: Brain Scan and Neuropsychologic Findings</u>. Paper read at the NATO conference on Neuropsychology and Cognition, Medical College of Georgia, Augusta, GA. |
| **Bigler, E.D.** | (1979, November). <u>Visually Evoked Potentials: Neuropharmacologic Interactions</u>. Invited address read at the 20th annual meeting of the German Democratic Republic Society for Pharmacology and Toxicology, Leipzig, East Germany. |
| **Bigler, E.D.** | (1977). <u>Bicuculline Potentiation of Photically Evoked After-discharges</u>. Paper read at the Western Pharmacology Society, Victoria, British Columbia, Canada. |

| | |
|---|---|
| **Bigler, E.D.** | (1977). Chairman, Section on Neuropharmacology, Western Pharmacology Society, Victoria, British Columbia, Canada. |
| **Bigler, E.D.** | (1977). Clinical Neuropsychology. Seminar presented at the Psychologist's meeting of the Texas Department of Mental Health and Mental Retardation, Houston, TX. |
| **Bigler, E.D.** | (1976). A Reinterpretation of Lateral Geniculate Function in the Rat. Paper read at the Rocky Mountain Psychological Association, Phoenix, AZ. |
| **Bigler, E.D.** | (1975). Lateral Geniculate Multiple Unit Activity during Metrazol Potentiated Photically Evoked After-discharges in Rats. Paper read at the Society for Neurosciences (Arizona Chapter), Scottsdale, AZ. |
| **Bigler, E.D.** | (1972). Personalized System of Instruction (PSI): Two Perspectives. Paper read at the Rocky Mountain Psychological Association, Albuquerque, NM. |
| **Bigler, E.D.** | (1971). Errorless Auditory Discrimination in the Pigeon. Paper read at the Rocky Mountain Psychological Association, Denver, CO. |
| **Bigler, E.D.,** | & Abildskov, T.J. (2015, August 16). Lecture on Quantitative Image Analysis. Invited Presentation at the Annual Meeting of the Chronic Effects of Neurotrauma Consortium (CENC), Embassy Suites in Fort Lauderdale, Florida. |
| **Bigler, E. D.,** | Abildskov, T. J., Farrer, T. J., Finuf, C. S., Dennis, M., Taylor, H. G., Rubin, K. H., Gerhardt, C. A., Stancin, T., Vannatta, K., & Yeates, K. O. (2013, February). Voxel-based morphometry of gray and white matter correlates of WASI IQ and WISC-III Processing Speed Index in pediatric traumatic brain injury and orthopedic injury. Poster presented at the annual meeting of the International Neuropsychological Society, Waikiloa, HI. |
| **Bigler, E.D.,** | Adams, K.M., Stephen, B., Petrauskas, V.M. Gregg, N. (February 7-10, 2007). Testing Neuropsychological Models Across Patient Populations: The Advantages of Examining Measurement Equivalence. Symposium Discussant:  35th Annual Meeting of the International Neuropsychological Society, Hilton Portland & Executive Tower, Portland, Oregon. |
| **Bigler, E.D.,** | & Robinson, D.N. (1998, September 29). Mind and Brain.  Psychology 390R Forum.  Brigham Young University, Provo, UT. |
| **Bigler, E.D.,** | Alexander, A.L., Lainhart, J., & Lazar, M. (February 1-4, 2006) Diffusion tensor, structural and volumetric MRI analyses in autism. [Poster]. 34th Annual Meeting of the International Neuropsychological Society, Boston Marriott Copley Place Hotel, Boston, MA, USA, February 1-4, 2006. |
| **Bigler, E.D.,** | Neeley, E.S., Ozonoff, S., Coon, H., McMahon, W., Lainhart, J.E. (2004, July 7-10).  "Superior temporal gyrus and autism".  Australian Society for the Study of Brain Impairment (ASSBI) & International Neuropsychological Society (INS) Annual meeting 2004.  Brisbane, Australia |
| **Bigler, E.D.,** | Ryser, D.K., Gandhi, P., Kimball, J., Wilde, E.A. (2004, July 7-10).  Day-of-Injury computerized tomography, rehabilitation status, and long-term outcome as they relate to magnetic resonance imaging findings after traumatic brain injury. |

Australian Society for the Study of Brain Impairment (ASSBI) & International Neuropsychological Society (INS) Annual meeting 2004.  Brisbane, Australia.

**Bigler, E.D.,**   Sanders, A.D., Neeley, E.S. (2004, July 7-10).  Memory performance in Autism. Australian Society for the Study of Brain Impairment (ASSBI) & International Neuropsychological Society (INS) Annual meeting 2004.  Brisbane, Australia.

**Bigler, E.D.,**   Lai, E.C., Meyer, C. & Winston, J.L. (1998, April 25).  Panel discussion/Questions and answers.  Neurology Section of the Texas Medical Association's Tex Med '98.  Austin, Texas.

**Bigler, E.D.,**   Lowry, C.M., Anderson, C.V., Johnson, S.C., Plassman, B., Brietner, J.C.S., Tschantz, J., Welsh-Bohmer, K.A., & Saunders, A.M. (1997, August).  Quantitative Neuroimaging and Dementia.  Chicago, IL.

**Bigler, E.D.**   et al. (1997, June).  Dementia and aging: A population based study of APOE, Alzheimer's disease and quantitative magnetic resonance imaging.  International Neuropsychological Society.  Bergen, Norway.

**Bigler, E.D.,**   Alexander, A.L., Lainhart, J., Lazar, M. (2006, February 1-6).  Diffuse Tensor, Structural and Volumetric MRI Analyses in Autism.  [Abstract] International Neuropsychological Society, 34th Annual Meeting Program & Abstracts, p.201. Presented at the 34th Annual meeting of the International Neuropsychological Society, Boston Marriott Copley Place Hotel, Boston, Massachusetts, USA.

**Bigler, E.D.,**   Blatter, D.D., & Ryser, D. (1996, November 16).  Clinical and neuroimaging predictors of neurobehavioral outcome following traumatic brain injury.  Paper presented at International Perspectives in Traumatic Brain Injury, Melbourne, Australia

**Bigler, E.D.,**   Hubler, D., Turkheimer, E.A., Cullum, C.M., Paver, S., & Yeo, R. (1984). Volumetric CT Measures and Neuropsychological Performance in Alzheimer's Disease.  Paper presented at the XII Annual Meeting of the International Neuropsychological Society (INS), Houston, TX.

**Bigler, E.D.,**   Paver, S., Cullum, C.M., Turkheimer, E., Hubler, D., & Yeo, R. (1984). Ventricular Enlargement, Cortical Atrophy, and Neuropsychological Performance Following Head Injury.  Paper presented at the XII Annual Meeting of the International Neuropsychological Society (INS), Houston, TX.

**Bigler, E.D.**   & Eidelberg, E. (1976).  Diazepam Suppression of Evoked After-discharges in Rat Lateral Geniculate Nucleus and Visual Cortex.  Paper read at the Western Pharmacology Society Meetings, San Francisco, CA.

**Bigler, E.D.,**   Millett, R.L. & Fleming, D.E. (1973).  Dorsal Hippocampal Lesions and Unimpaired or Facilitated Conditioned Emotional Response Suppression in the Rat.  Paper read at the Western Psychological Association, Anaheim, CA.

**Bigler, E.D.,**   Abildskov, T.A., Wilde, E.A., Hunter, J.V., Scheibel, R., Newsome, M.R., Hanten, G.R., Li, X., Levin, H.S., (November 8-10, 2007).  How diffuse is brain damage in moderate-to-severe paediatric traumatic brain injury? [Abstract presentation] University of California, San Diego: New Frontiers in Pediatric

Brain Injury Conference, November 8- 10, Westin San Diego at Emerald Plaza, San Diego, California.

Huff, T.,     Abildskov, T., Wilde, E., **Bigler, E.D.** (2016, February 5). <u>MRI Tissue-Based Intensity Standardization for multi-site neuropsychological outcome studies: Problems and potential solutions.</u> Poster presented in Poster Session 7: Imaging (Structural) at the International Neuropsychological Society Annual Conference, Boston, Massachusetts

Adluru, N.,     Hinrichs, C., Chung, M.K., Lee, J.E., Singh, V., **Bigler, E.D.,** Lange, E.D., Lainhart, J.E., Alexander, A.L. (September 4, 2009). <u>Classification in DTI using shapes of white matter tracts.</u> [Poster/Paper presentation]. 31st Annual International IEEE EMBS Conference, Hilton Minneapolis, Minnesota, USA.

Agostino, A.,     Yeates, K.O., Taylor, G.H., **Bigler, E.D**., Rubin, K.H., Vannatta, K., Gerhardt, C.A., Stancin, T., & Dennis, M. (2001, July). <u>Understanding emotional expression and emotive communication in children with traumatic brain injury.</u> Poster presented at the 2nd Annual Symposium on Brain Injury in Children, SickKids Centre for Brain and Behaviour, Toronto.

Allen M.D.,     **Bigler E.D.,** Larsen J., Goodrich-Hunsaker N.J., Hopkins R.O. (November 9, 2007). <u>Functional magnetic resonance imaging (fMRI) evidence for high cognitive effort on the Word Memory Test in the absence of external incentives.</u> [Abstract presentation] University of California, San Diego: New Frontiers in Pediatric Brain Injury Conference, November 8- 10, Westin San Diego at Emerald Plaza, San Diego, California.

Anderson, C.     & **Bigler, E.D.** (1993, October). <u>Ventricular dilation, cortical atrophy in neuropsychological outcome following traumatic brain injury.</u> Intermountain Neuroscience Chapter Meeting of the Society for Neuroscience, University of Utah, UT.

Anderson, J.S.,     Druzgal, T.J., Froelich, A., Lange, N., DuBray, M., **Bigler, E.D.,** Lainhart, J.E., Reduced resting state sensorimotor interhemispheric connectivity in autism [Abstract]. Presented at Human Brain Mapping satellite conference, 2009.

Baca, L.     & **Bigler, E.D.** (1996, January). <u>Violent Assault Resulting in Head Injuries.</u> Domestic Violence: Health Care's Role & Responsibility. Salt Lake City, UT.

Bartholomew, J.,     Wilde, E.A., Hessel, C.D., Gandhi, P.V., **Bigler, E.D.,** Lowry, C., Ryser, D.K., & Blatter, D.D. (1998, August 14-18). Poster Session: Neuropsychology of Head Injury, Medical Disorders, and Psychiatric Disorders. <u>QMRI of Corpus Callosum in TBI Males: Alcohol Use and Time Postinjury.</u> 106th Annual Convention of the American Psychological Association. Moscone Center, San Francisco, California, USA.

Blatter, D.D.,     **Bigler, E.D.**, Ryser, D.K., Gale, S.D., Johnson, S.C., Anderson, C.V., Burnett, B.M., McNamara, S., & Bailey, B. (1994, May). <u>Correlation of The Functional Outcome Measure (FIM) with Quantitative and Semi-quantitative Analysis of MRI Following Traumatic Brain Injury (TBI).</u> American Society of Neuroradiology.

Blatter, D.D.,   Kurth, S.M., **Bigler, E.D.**, Pompa, J., & Ryser, D.K. (1992, August). MRI and CT in traumatic brain injury (TBI): Correlations with quantitative measures of cognitive outcomes. Presented at the meeting of the American Society of Neuroradiology, St. Louis, MO, June, 1992. Presented at the meeting of the Society of Magnetic Resonance in Medicine, Berlin, Germany, August, 1992.

Brickman, A.,   Sullivan, E.D., Jefferson, A., Wilde, E.A., Butters, M., **Bigler, E.D.,** (2007, February) Not all that matters is gray: The importance of white matter in neuropsychology.  Symposium presentation (E.D. Bigler: Discussant) at 35th Annual Meeting of the International Neuropsychological Society, Portland, Oregon, February 7-10, 2007.

Cato, M.,   Delis, D., Abildskov, T., & **Bigler, E.D.** (2003). Assessing the elusive cognitive deficits associated with orbitofrontal cortex damage:  Case study of a modern-day Phineas Gage [Poster Presentation]. 31st Annual International Neuropsychological Society Conference, Feb 5-8, 2003, Honolulu, Hawaii.

Ciccia, A.,   Taylor, H.G., Rubin, K.H., Dennis, M. **Bigler, E.**, Gerhardt, C., Vannatta, K. & Yeates, K.  (2012, November). Discourse patterns after traumatic brain injury in school-age children. Paper presented at the annual meeting of the American Speech-Language-Hearing Association, Atlanta.

Cleavinger, H.B.,   **Bigler, E.D.,** Wilde, E.A., Hunter, J.V., Li, X., Levin, H. S. (November 15, 2007). Traumatic brain injury, atrophy of the entorhinal cortex and neuropsychological outcome in children [Poster Presentation]. 27th Annual Meeting of the National Academy of Neuropsychology, Scottsdale, AZ.

Cramond, A.,   Woon, F.M., Wu, C., Cannon, P.C., **Bigler, E.D.**, Cleavinger, H.B., Johnson, J.L., Lainhart, J.E. (November15, 2007).  Intellectual function and thalamic volume in autism.  Poster Presentation: 27th Annual Meeting of the National Academy of Neuropsychology, Scottsdale, AZ.

Cullum, C.M.,   & **Bigler, E.D.** (1987, February). Cerebral Lateralization and The MMPI. Paper presented at The International Neuropsychological Society Meetings, Washington D.C.

Delis, D.C.,   & **Bigler, E.D.** (2004, March 25-28).  Orbital prefrontal damage: comparison of adult and pediatric cognitive profiles.  Invited Presentation: 14th annual Nelson Butters' West Coast Neuropsychology Conference.  Hilton San Diego Del Mar, Del Mar, California.

Dubray, M.,   Alexander, A., Lee, J.E., Lazar, M.,  Lu, J., Miller, J., McMahon, W., **Bigler, E.D.**, Lainhart, J.E. (2007, May) White matter organization and asymmetry of the superior temporal gyrus and temporal stem in autism. Invited abstract and poster presentation at 6th International Meeting for Autism Research (IMFAR 2007), University of California at Davis, USA.

Farrer, T. J.,   Jivani, S., **Bigler, E. D.**, Dennis, M., Taylor, H. G., Rubin, K., Vannatta, K., Gerhardt, C., Stancin, T., & Yeates, K. O. (2015, February). Chronic MRI findings, ventromedial prefrontal cortex (vmPFC) volume, and behavioral functioning in a pediatric sample with complicated mild traumatic brain injury. Poster presented at the annual meeting of the International Neuropsychological Society, Denver.

Farrer, T. J.,  Jantz, P. B., **Bigler, E. D.**, Dennis, M., Taylor, H. G., Rubin, K., Vannatta, K., Gerhardt, C., Stancin, T., & Yeates, K. O. (2014, February). Corpus callosum pathology and processing speed in pediatric traumatic brain injury. Poster presented at the annual meeting of the International Neuropsychological Society, Seattle, Washington.

Fearing, M.A.   **Bigler, E.D.,** Norton, M.C., Tschanz, J.T. Hulette, C.M., Leslie, C., Welsh-Bohmer, K.A. (February 7 – 10, 2007). Confirmed Alzheimer's Disease versus Clinically-Diagnosed Alzheimer's Disease in the Cache County Study on Memory Health and Aging: A Comparison of Quantitative MRI and Neuropsychological Findings. Abstract Presentation: 35th Annual Meeting of the International Neuropsychological Society, Hilton Portland & Executive Tower, Portland, Oregon.

Fearing, M.A.   **Bigler, E.D.,** Norton, M.C., Tschanz, J.T. Hulette, C.M., Leslie, C., Welsh-Bohmer, K.A. (February 7 - 10, 2007). Neuroimaging Correlates of the IQCODE in Autopsy-Confirmed Alzheimer's Disease versus Clinically-Diagnosed Alzheimer's Disease: The Cache County Study on Memory Health and Aging. Abstract Presentation: 35th Annual Meeting of the International Neuropsychological Society, Hilton & Executive tower, Portland, Oregon.

Fearing, M.,   Hannan, C.R., White, J., Mortensen, J., Rice, S., Tate, D., and **Bigler, E.D.** (February 5 – 8, 2003). Dementia, cerebral atrophy, and neuropsychological performance: Relationship to APOE-є 4. Poster presented at the 31st Annual International Neuropsychological Society Conference, Feb 5-8, 2003, in Honolulu, Hawaii.

Fleming, D.E.,   & **Bigler, E.D.** (1975). Electroencephalographic Correlates of Sidman Avoidance Responding. Paper read at the Rocky Mountain Psychological Association, Salt Lake City, UT.

Greer, K.M.,   Cobia, D., Snyder, A., Jarvis, S., Junge, C., Reading, M., Squires, C., **Bigler, E.D.** et al. (February 4, 2021). Examination of executive functioning in frontostriatial circuitry in pediatric TBI: A SOBIK Study. Poster Session at the International Neuropsychological Society Annual Conference.

Guo, S.,   Marbil, M.G., Ware, A.L., Craig, W., Zemek, R., Beauchamp, M., Doan, Q., Taylor, H.G., Cohen, D.M., Mihalov, L.K., **Bigler, E.D.** et al. (February 4, 2021). Intellectual functioning is not impaired following pediatric mild traumatic brain injury. Virtual Poster Session at International Neuropsychological Society Conference.

Hannan, C.R.,   Fearing M., White J., Mortensen J., Tate D.F, **Bigler, E.D.** (October, 2002). The Mini-Mental State Examination, Temporal Lobe Morphology and Alzheimer's Disease. Poster accepted for presentation at the 22nd Annual Conference of the National Academy of Neuropsychology, Miami, FL.

Hanten, G.,   Wilde, E.A., Yallampalli, R., Chu, A., Ramons, M.A., **Bigler, E.D.**, Menefee, D., Vasquez, Li, X., Hunter, J.V., Levin, H.S. (November 7, 2007). The relation between white matter disruption measured by diffusion tensor imaging and decision-making following childhood TBI. Abstract Presentation: University of California, San Diego, New Frontiers in Pediatric Traumatic Brain Injury

International Conference, Westin San Diego at Emerald Plaza, San Diego, California

Heverly-Fitt, S.,       Rubin, K., Ellison, K., Taylor, H. G., Stancin, T., Gerhardt, C., Vannatta, K., **Bigler, E.,** & Yeates, K. O. (2015, March). <u>Examining the relations between social initiations and self-perceptions of social behaviors in children with a TBI.</u> Poster presented as the Biennial Meeting of the Society for Research in Child Development, Philadelphia.

Heverly-Fitt, S.,       Rubin, K., **Bigler, E.,** Dennis, M., Taylor, H. G., Vannatta, K., Gerhardt, C., Stancin, T., & Yeates, K. O. (2014, February). <u>Investigating a proposed model of social competence in children with traumatic brain injuries.</u> Poster presented at the annual meeting of the International Neuropsychological Society, Seattle.

Hopkins, R.O.,       McCourt, A., Cleavinger, H., Parkinson, R.B., Victoroff, J., **Bigler, E.D.** (2003, February 5-8).  White matter hyperintensities and neuropsychological outcome following traumatic brain injury. Poster presented at the International Neuropsychological Society Thirty-First Annual Meeting, February 5-8, 2003, Sheraton Waikiki: Honolulu, Hawaii.

Hopkins, R.O.,       Gale, S.D., Pope, D., Weaver, L.K. & **Bigler, E.D.**  (2000, February). <u>Ventricular Enlargement in Patients with Acute Respiratory Distress Syndrome</u>. International Neuropsychological Society Twenty-Eighth Annual Meeting. Adam's Mark Hotel, Denver, Colorado.

Hopkins, R.O.,       Weaver, L.K., Gale, S.D. & **Bigler, E.D.** (1998, May).  <u>Neuropsychological Outcome, Brain Perfusion Defects and Quantitative Magnetic Brain Resonance Imaging Following Carbon Monoxide (CO) Poisoning</u>.  Undersea and Hyperbaric Medical Society Annual Scientific Meeting, Salt Lake City, UT.

Hopkins, R.O.,       Weaver, L.K., Gale, S.D., Johnson, S.C., **Bigler, E.D.,** Blatter, D.D., Abildskov, T.J.  (1996). Three <u>Dimensional and Quantitative Image Analysis of Neuropathological Changes Following Carbon Monoxide Poisoning</u>.  1996 Undersea and Hyperbaric Medical Society Annual Scientific Meeting, Salt Lake City, UT.

Hopkins, R.O.,       Weaver, L.K., Gale, S.D., Johnson, S.C., **Bigler, E.D.,** Blatter, D.D., Abildskov, T.J.  (1996).  <u>Three Dimensional and Quantitative Image Analysis of Neuropathological Changes Following Carbon Monoxide Poisoning</u>.  1996 Undersea and Hyperbaric Medical Society Annual Scientific Meeting, Salt Lake City, UT.

James, K.,       Pertab, J., **Bigler, E.D** (November 6, 2007). Questionable generalizability for mild traumatic brain injury meta-analysis.  Poster Presentation: 27th Annual Meeting of the National Academy of Neuropsychology, Scottsdale, AZ

Kesler, S.R.,       Foley, H.A. & **Bigler, E.D.** (1998).  Relationships Between Brain Abnormalities and Cognitive-Neurobehavioral Symptoms in Traumatic Brain Injury (TBI) Using Single Photon Emission Computed Tomography (SPECT), Clinical (MRI) and Quantitative (QMR) Magnetic Resonance.  Twenty-Sixth Annual International Neuropsychological Society Conference, Honolulu, HI.

Kim, J.,            Alexander, A.L., Lainhart, J., McMahon, W., Johnson, M., Lu, J., Jeong, E.K., Lazar, M., **Bigler, E.D.** (June 12 -15, 2005) White matter abnormalities in autistic brain: Diffusion tensor MRI in adolescents and young adults. Abstract Presentation given at Human Brain Mapping Convention, Toronto, Ontario, Canada.

Laatsch, L.K.,     Varney, N.R., Wu, J.C., Hopkins, R.O., & **Bigler, E.D.** (1998, August 14-18). Symposium: Functional Brain Imaging in Neuropsychology and Rehabilitation. 106th Annual Convention of the American Psychological Association. Moscone Center, San Francisco, CA.

Lainhart, J.E.     **Bigler, E.D.,** & Alexander, A. (2004, February 11-14). Neuroimaging in autism: advanced applications and ongoing challenges. Abstract presented at the Psychiatric Research Society, Park City, UT.

Lainhart, J.,      Johnson, M., Coon, H., McMahon, B., **Bigler, E.D.** & Tate, D. (2001, February 14-17). Megalocephaly in autism: A quantitative magnetic resonance imaging study. Paper presented at Psychiatric Research Society, Park City, UT.

Lee, J.N.,         Alexander, A.L., Lazar, M., **Bigler, E.D.,** Lainhart, J.E. (2008, May) Evaluation of voxel-based analysis methods for DTI studies. Abstract presented at the International Society for Magnetic Resonance in Medicine (ISMRM) 16th Scientific Meeting and Exhibition, Toronto, Ontario, Canada.

Lu, L.,            **Bigler, E.D.** (December, 2000). Performance of Chinese stroke survivors on Chinese version of Trails B. Poster session presented at the annual meeting of the National Academy of Neuropsychology, Orlando, Florida.

Marbil, MG.,       Ware, A.L., Minich, N.M., Hershey, A.D., Orr, S.L., Defta, D.M., Taylor, H.G., **Bigler, E.D.**, et al. (February 3, 2021) Posttraumatic headache after pediatric mild traumatic brain injury: Incidence and classification rates, International Neuropsychological Society, Virtual Paper Presentation.

Merkley, T.,       **Bigler, E.D.** (2009, February 12). Cortical thinning with age progression for traumatically brain injured and typically developing children. [Poster presentation]. Annual Conference of the International Neuropsychological Society, Atlanta Marriott Marquis, Atlanta, Georgia.

Miller, M.J.,      Tate, D.F., Cleavinger, H.B., Rice, S.A., **Bigler, E.D.,** & Victoroff, J. (August 24, 2001). Exploratory Analyses of Neuroimaging, APOE, and Neuropsychological Performance of Dementia [Abstract]. The Clinical Neuropsychologist. Science poster presented at the Annual Meeting Science Program, Division of Clinical Neuropsychology (40) of the American Psychological Association, San Francisco, CA.

Moran, L. M.,      **Bigler, E.**, Dennis, M., Gerhardt, C., Rubin, K., Stancin T., Taylor, H. G., & Vannatta, K. L.., & Yeates, K. O. (2012, February). Relationship between social information processing and perceived social competence in pediatric traumatic brain injury. Paper presented at the annual meeting of the International Neuropsychological Society, Montreal.

Mortensen, J.,     Hannan, C.R., White, J., Fearing M., Tate, D., **Bigler, E.D.** (2003, February 5-8). <u>The Boston Naming Test, dementia, and temporal lobe pathology</u>.  Poster presented at the International Neuropsychological Society Thirty-First Annual Meeting, February 5-8, 2003, Sheraton Waikiki: Honolulu, Hawaii.

Nielson, J.,     **Bigler, E.D.** (2009, February 12).  Subtypes of autism based on corpus callosum microstructure:  A diffusion tensor imaging and neuropsychological study. [Poster presentation]. Annual Conference of the International Neuropsychological Society, Atlanta Marriott Marquis, Atlanta, Georgia.

Orme, S.,     Clark, E., **Bigler, E.D.**, Pompa, J., & Kircher, J.  (1998, August 14-18). Session: <u>Neuropsychological Assessment, Methodological Consideration in Pediatric Traumatic Brain Injury Research.</u>  106th Annual Convention of the American Psychological Association.  Moscone Center, San Francisco, CA.

Piran, N.,     & **Bigler, E.D.** (1981). <u>A Neuropsychological Investigation of the Theory of Schizophrenia</u>. Paper read at the American Psychological Association Meetings, Los Angeles, CA.

Porter, S.,     Anderson, C.V. & **Bigler, E.D.** (1993, October).  <u>A serial study of hippocampal atrophy in neuropsychological outcome of 35 traumatically brain injured patients.</u> Intermountain Neuroscience Chapter Meeting of the Society for Neuroscience, University of Utah, UT.

Ramos, M.A.,     Yallampalli, R., **Bigler, E.D.,** Chu, Z., Hunter, J., Menefee, D., McCauley, S., Levin, H., Wilde, E. (2007, March 29-April 1).  <u>A diffusion tensor imaging study of the cingulate gyrus following traumatic brain injury.</u> Poster presented at the 2007 Biennial Meeting of the Society for Research in Child Development (SRCD), The Sheraton Hotel, Boston, Massachusetts.

Reichman, M.V.,     **Bigler, E.D.**, & Blatter, D.D. (1994, October).  Biomechanics of Cerebral Concussions and Radiographic Considerations.  Medicine in the Intermountain West:  Update 1994, LDS Hospital, Salt Lake City, UT.

Reynolds, C.R.,     **Bigler, E.D.** (1994).  Factor structure, factor indexes, and other useful statistics for interpretation of the Test of Memory and learning (TOMAL). Paper presented at the 1994 annual meeting of the National Academy of Neuropsychology, November, Orlando, Florida.

Rice, S.A,     **Bigler, E.D.**, Lainhart, J., McMahon, W., Coon, H., Ozonoff, S. (2003, February 5-8).  Corpus callosum morphology in autism. Poster presented at the 31st Annual International Neuropsychological Society Conference, Feb 5-8, 2003, in Honolulu, Hawaii.

Rice, S.A.,     **Bigler, E.D.**, Lainhart, J. Tate, D.F., McMahon, W., Coon, H., & Ozonoff, S. (2002, July24-27).  Corpus Callosal Differences in Macrocephalic Autism and Relationship to IQ.  Abstract presented at the International Neuropsychological Society Twenty-Fourth Mid-Year Meeting, July 24-27, 2002, Stockholm City Conference Center: Stockholm, Sweden.

Robinson, K. E.,     **Bigler, E. D.**, Dennis, M., Taylor, H. G., Rubin, K., Vannatta, K., Gerhardt, C., Stancin, T., & Yeates, K. O. (2015, February). <u>Executive function and theory of mind as predictors of social adjustment in childhood TBI: Regional brain injury</u>

as a moderator. Paper presented at the annual meeting of the International
Neuropsychological Society, Denver.

Robinson, K. E.,   Fountain-Zaragoza, S., Dennis, M., Simic, N., Agostino, A., Taylor, H. G.,
**Bigler, E.**, Rubin, K., Vannatta, K., Gerhardt, C. A., Stancin, T., & Yeates, K. O.
(2013, April).  Cognitive and social-cognitive predictors of social outcome in
childhood traumatic brain injury. Poster presented at the National Conference on
Child Health Psychology, New Orleans, LA.

Ross, C.,   Hallam, B., Buckwalter, J.G., **Bigler, E.D.**, Brown, W.S. (2003, February 5-8).
Regional callosal changes in three forms of dementia.  Poster presented at the
International Neuropsychological Society Thirty-First Annual Meeting, February
5-8, 2003, Sheraton Waikiki: Honolulu, Hawaii.

Ryser, D.K.,   Egger, M.J., Horn, S., Handrahan, D., Gandhi, P., & **Bigler, E.D.** (November,
2002).  Predicting changes and length of stay for inpatient rehabilitation after
traumatic brain injury. Poster presented at the Annual Meeting of the Academy
of Physical Medicine and Rehabilitation in Orlando, Fl. Poster 11, Archives of
Physical Medicine and Rehabilitation, 83, p.1647-1648.

Ryser, D.K.,   Johnson, S.C.., Blatter, D.D., Russo, A.A., Barker, L.H., Primus, E., **Bigler, E.D.**
(1994, September 25).  Quantitative Analysis of Magnetic Resonance Imaging
post TBI: Correlation with the Functional Independence Measure (FIM) on
admission and discharge from Rehabilitation.  International Association for the
study of Traumatic Brain Injury, St. Louis, MO.

Ryser, D.K.,   & **Bigler, E.D.** (1994, January).  Usefulness of Subjective and Semi-Quantitative
Analysis of CT & MR Neuroimaging for Predicting TBI Outcome.  Sheldon
Berrol, M.D. Brain Injury Symposium, Salt Lake City, UT.

Shultz, E. L.,   Robinson, K. E., Dennis, M., Taylor, H. G., **Bigler, E. D.**, Rubin, K., Vannatta,
K., Gerhardt, C. A., Stancin, T., & Yeates, K. O. (2015, April). The impact of
cognitive factors on the relationship between pediatric traumatic brain injury and
adaptive functioning outcomes. Poster presented at the annual conference of the
Society of Pediatric Psychology, San Diego, CA.

Skoog, I.   **Bigler, E.D.,** (August 18, 2003). The Gothenberg Longitudinal Study on Aging.
Early life risk factors for dementia. [Abstract Presentation]. 11th Congress of the
International Psychogeriatric Association (IPA), Chicago, IL.

Sweet, J.J,   Millis, S.R., Connor, D.J., Hasker, P.D., & **Bigler, E.D.**  (1998, August 14-18).
Symposium: Detection of Feigned Cognitive Impairments–Current Issues and
Future Approaches.  106th Annual Convention of the American Psychological
Association. Moscone Center, San Francisco, California.

Tate, D.F.,   Miller, M.J., Rice, S.A., Cleavinger, H.B., & **Bigler, E.D.** (August 24, 2001).
Clinical Significance of Hippocampal Asymmetry in Alzheimer's Disease
[Abstract].  The Clinical Neuropsychologist.  Science poster presented at the
Annual Meeting Scientific Program, Division of Clinical Neuropsychology (40)
of the American Psychological Association, San Francisco, CA.

Tate, D.F.,   Gilbert-Tate, J.J., & **Bigler, E.D.** (February 1998).  Berry's Test of Visual-Motor
Integration and the Test of Nonverbal Intelligence: A Comparison Among School

Children in India.  Twenty-sixth Annual International Neuropsychological Society Conference, Honolulu, Hawaii.

Taylor, H. G.,     **Bigler, E.**, Dennis, M., Gerhardt, C., Rubin, K., Stancin T., Vannatta, K., & Yeates, K. O. (2012, February). Friendships, acceptance, and social characteristics among children with traumatic brain injury. Symposium paper presented at the annual meeting of the International Neuropsychological Society, Montreal.

Turkheimer, E.     Farace, E., Yeo, R.A., & **Bigler, E.D.** (February 1992). A closer look at gender differences in verbal and performance IQ following unilateral lesions [Abstract]. Journal of Clinical and Experimental Neuropsychology. Poster presented at the annual meeting of the International Neuropsychological Society, San Diego, California.

Weaver, L.K.,     Deru, K., Fearing, M.A., Hopkins, R.O., Foley, J.F., Orrison, W.W., **Bigler, E.D.** (June, 2005) Carbon Monoxide (CO) Poisoning in 12 Young, College-Educated Skiers.  Abstract presented at the Annual Undersea and Hyperbaric Society Meeting, Orlando, Florida.

White, J.,     Mortensen, J., Hannan, C. R., Fearing, M., Tate, D., and **Bigler, E.D.** (Feb 5-8, 2003).Performance on the Logical Memory Measure and Temporal Lobe Atrophy. Poster presented at the 31st Annual International Neuropsychological Society Conference, Feb 5-8, 2003, in Honolulu, Hawaii.

White J.,     Mortensen J., Hannan C.R., Fearing M., Tate D., **Bigler, E.D.** (October, 2002) The Controlled Oral Word Association Measure and Animal Fluency Test and Temporal Lobe Atrophy. Poster accepted for presentation at the 22nd Annual Conference of the National Academy of Neuropsychology, Miami, Florida.

Wilde, E.A.,     **Bigler, E.D.**, (September 27-29, 2007) "Relation of a Composite Fractional Anisotropy Score Using Diffusion Tensor Imaging Tractography to Outcome in Traumatic Brain Injury" Abstract presentation given at NABIS 5th Annual Brain Injury Conference, Westin Riverwalk Hotel, San Antonio, Texas.

Wilde, E.S.,     **Bigler, E.D.**, (September 27-29, 2007). "Glasgow Coma Score Predicts Long-term Cerebral Atrophy in Pediatric Traumatic Brain Injury." Abstract given as an oral presentation at North American Brain Injury Society (NABIS) 5th Annual Brain Injury Conference, Westin Riverwalk Hotel, San Antonio, Texas.

Wilde, E.A.,     Hunter, J.V., Chu, Z., **Bigler, E.D.,** Fearing, M.A., Hanten, G., Li, X., Newsome, M., Scheibel, R., & Levin, H.S., (February 1- 4, 2006) "Diffusion Tensor Imaging in Relation to Cognitive Control in Children Following Moderate to Severe Traumatic Brain Injury".[Abstract] International Neuropsychological Society, 34th Annual Meeting Program & Abstracts, p.201.  Presented at the 34th Annual meeting of the International Neuropsychological Society, Boston Marriott Copley Place Hotel, Boston, Massachusetts, USA.

Wilde, E.A.,    Bartholomew, J., Lowry, C., Ryser, D.K., **Bigler, E.D.**, Gandhi, P.V., Hessel, C.D., Brooks, M., Nielsen, D., & Blatter, D.D. (1998, August 14-18). OMRI Correlates With Acute Cognitive and Functional Measures in TBI. Paper Session: Neuroimaging and Cognition in Traumatic Brain Injury. 106th Annual Convention of the American Psychological Association. Moscone Center, San Francisco, California.

Wilde, E.A.,    Bartholomew, J., **Bigler, E.D.**, Meyer, K.J., Ryser, D.K., Blatter, D.D., Lowry, C., Brooks, M.P., & Nielsen, D.L. (1997, August). QMRI and FIM Outcome in Substance-Abusing TBI patients. Chicago, Illinois.

Wolkowitz, O.M.,    Lupien, S.J., **Bigler, E.D.** (September 8, 2003) The "Post-Steroid Dementia Syndrome": An Unrecognized Complication of Glucocorticoid Treatment. Poster and Abstract Presentation to be given at the 34th annual congress meeting of The International Society of Psychoneuroendochrinology (ISPNE), Rockefeller University, New York, NY.

Woon, F.M.,    Cramond, A.C., Wu, C., Cannon, P.C., **Bigler, E.D.**, Cleavinger, H.B., Johnson, J.L., Lainhart, J.E. (November 6, 2007). Intelligence scores and amygdala volume in individuals with Autism. [Poster Presentation]. 27th Annual Meeting of the National Academy of Neuropsychology, Scottsdale, AZ.

Wu, C.    **Bigler, E.D.**, Halsey, S., Yallampalli, R., Chu, Z., Li, X, Hunter, J.V., Vasquez, A.C., Levin, H.S., Wilde, E.A. (2010, February). Alterations of the cerebral peduncle following severe traumatic brain injury [Poster Presentation]. Annual Conference of the International Neuropsychological Society, Acapulco, Mexico.

Wu, C.,    **Bigler, E.D.**, (2009, February). Longitudinal changes of the corpus callosum pathways subsequent to traumatic brain injury [Poster presentation]. Annual Conference of the International Neuropsychological Society, Atlanta Marriott Marquis, Atlanta, Georgia.

Wu, C.,    Cramond, S., Woon, F.M., Cannon, P.C., **Bigler, E.D.**, Cleavinger, H.B., Johnson, J.L., Lainhart, J.E. (November 6, 2007). Fusiform gyral volume, intellectual ability and autism [Poster Presentation]. 27th Annual meeting of the National Academy of Neuropsychology, Scottsdale, AZ.

Yallampalli. R.,    Wilde, E.A., **Bigler, E.D.** (September 27-29, 2007). The Relation of Temporal Diffusion Tensor Imaging (DTI) to the Behavior Assessment System for Children (BASC-2) in Traumatic Brain Injury." Poster presentation given at NABIS 5th Annual Brain Injury Conference, Westin Riverwalk Hotel, San Antonio, Texas.

Yeates, K. O.    **Bigler, E.**, Dennis, M., Gerhardt, C., Rubin, K., Stancin T., Taylor, H. G., & Vannatta, K. (2012, February). A heuristic model for the study of social outcomes in childhood traumatic brain injury. Symposium paper presented at the annual meeting of the International Neuropsychological Society, Montreal.

Yeo, R.A.,    Turkheimer, E., & **Bigler E.D.** (1984). The Influence of Sex and Age on Unilateral Cerebral Lesion Sequelae. Paper presented at the XII annual meeting of the International Neuropsychological Society (INS), Houston, Texas.

**PROFESSIONAL AND HONORARY SOCIETIES:**

American Psychological Association
Society for Neuroscience
New York Academy of Sciences
National Academy of Neuropsychologists
Sigma Xi, the Research Society of North America
International Brain Injury Association
International Neuropsychological Society
American Academy of Neurology

**AWARDS AND SCHOLARSHIPS:**

"Friends of KIDS" Lifetime Achievement Award (2017). 12th Annual School Neuropsychology Summer Institute, Grapevine, Texas.

Mitch Rosenthal Memorial Award (2016). Williamsburg, VA. May 5, 2016.

Henry Stonnington Award (2015). Award presented by Brain Injury for 1st Place Winner for best review paper in 2014.

President of the International Neuropsychological Society, 2014.

Hickman Outstanding Scholar Award: (2009). Award presented by Brigham Young University's College of Family Home and Social Sciences to the outstanding scholar of the year. Award received March 26, 2009 at the 16th Annual Martin B. Hickman Outstanding Scholar Lecture: "The Enchanted Loom: MRI, The Developing Brain and Autism."

Morita Distinguished Fellow (2008). Presented by the Rehabilitation Hospital of the Pacific, May 21, 2008. "Awarded to international experts in the field of medical rehabilitation and seeks to provide the highest levels of clinical education and training in furthering rehabilitation expertise, primarily for health care providers in REHAB Hospital and in Hawaii."

Award for Scientific Research (2006). North American Brain Injury Society (NABIS), September 15.

Donnette Rachelle White Memorial Award (2006). Brain Injury Association of Utah, October 19, 2006. "for outstanding, dedicated service, and exemplary leadership to the Brain Injury Association of Utah."

Board of Governors, International Brain Injury Association, 2004 – 2006.

Anna Veneri Scientific Award (2003). 5th World Congress, International Brain Injury Association, May 23-26, 2003. Award given for the best scientific poster presentation. Presented in City Hall, Stockholm, Sweden. Awarded for the study entitled: "Information processing speed and its relationship to quantitative neuroimaging following moderate and severe traumatic brain injury [Abstract]." by Mathias, J.L., **Bigler, E.D.,** Jones, N.R., Barrett-Woodbridge, M.P., Brown, G.C., Taylor, D.J. Brain Injury, 17, p.136.

President, Intermountain Chapter of Neuroscience, 2002 – 2004.

Treasurer, International Neuropsychological Society, 2001 – 2008.

Karl G. Maeser Distinguished Faculty Lecturer, Brigham Young University, 1999.

Distinguished Clinical Neuropsychologist Award for Career Contributions, National Academy of Neuropsychology, 1999.

Teacher of the Year Award, Department of Psychology, Brigham Young University, 1991-1992.

President, National Academy of Neuropsychologists, 1989-1990.

Outstanding Texas Neuropsychologist: Texas Psychological Association, Healthcare Rehabilitation Center, 1989.

Outstanding Service Award: Texas Association for Education and Rehabilitation of the Blind and Visually Impaired, 1985.

Hogg Foundation Grant (A Neuropsychological contribution to the theory of schizophrenia), 1980-1981.

Dissertation of the Year Award, Department of Psychology, Brigham Young University, 1974-1975.

**EDITORSHIPS, BOARD POSITIONS, ETC.:**

President of the International Neuropsychological Society, 2014

Chair, APA Division 40 Executive Committee, 2006 – 2009

Editorial Board, Neuropsychology, the APA Journal, 2006 – present

Assoc. Editor, Brain Imaging and Behavior Journal, 2006 – present

Treasurer, International Neuropsychological Society, 2001 – 2008

Editor, Texas Psychologist, 1978 – 1980

Associate Editor, Journal of the International Neuropsychological Society, 1990 – 2005

Associate Editor: Archives of Clinical Neuropsychology, 1987 – 1998

Consulting Editor, Journal of Clinical and Experimental Neuropsychology, 2000 – Present

Consulting Editor, International Journal of Clinical Neuropsychology, 1978 – 1990

Consulting Editor, Critical Issues in Neuropsychology, Plenum Press, New York, 1984 – 1999

Consulting Editor, Archives of Clinical Neuropsychology, 1986 – 1987

Consulting Editor, Journal of Learning Disabilities, 1986 – 2005

Editorial Board, Neuropsychology Review, 1988 – Present

Consulting Editor, Psychological Assessment, 1990 – 2000

Consulting Editor: Journal of Consulting and Clinical Psychology, 1990 – 1993

Consulting Editor, Neuropsychology, 1993 – Present

Editorial Board, Journal of Psychopathology and Behavioral Assessment, 1998 – Present

Subcommittee Member, (2007). American Academy of Clinical Neuropsychology (AACN) Practice
       Guidelines for Neuropsychological Assessment and Consultation, The Clinical
       Neuropsychologist, 21(2), 209-231.

Expert Reviewer (2006). Neuroplasticity and brain imaging research: Implications for rehabilitation,
       Archives of Physical Medicine and Rehabilitation, 87(12), Suppl. 2, S1-S93. (This issue
       sponsored by American Congress of Rehabilitation Medicine.)

## GRANTS:

**R01 HD042974 (Tony Simon, Ph.D.)**                     **10/15/14 – 5/14/15**
NIH/NICHHD                                      ($16,269)
"Visuospatial Cognitive Deficit in Del22q11.2 Syndrome"
The goals of this grant are to identify dysfunctions I the interaction of spatial and temporal processing and
measure the resolution of spatiotemporal attentional selection and identify neural substrates of
spatiotemporal dysfunction and of hyptergranularity.
Role:  Co-investigator

**1R01HD76885-01 (Keith O. Yeates, Ph.D.)**               **8/23/13 – 5/31/18**
NICHHD                    (Yr. 1: $22,180/yr; Yrs. 2-5: $66,276/yr)
"Predicting Outcomes in Pediatric Mild Traumatic Brain Injury"
The overall goal of the proposed project is to influence clinical care and extend scientific knowledge of
mild TBI in children and adolescents by examining the utility of diagnostic methods commonly used in
clinical settings in the prediction of persistent PCS and functional impairments.
Role:  Co-investigator

**W81XWH-13-20095DoD (David Cifu, M.D.)**           **10/01/13 – 09/30/18**
Virginia Commonwealth University        (Yrs. 1-2: $77,679/yr; Yrs. 3-5: $174,000/yr)
"Chronic Effects of Neurotrauma Consortium (CENC)"
The Consortium will be focused on basic and preclinical studies to determine the anatomic, molecular,
and physiological mechanisms issues with a heavy emphasis on clinical studies to address the
comorbidities issues of mild traumatic brain injury (mTBI) sustained by warriors.
Role:  Co-investigator

**1R01HD068432-01A1 (Jeffrey E. Max, MBBC)**        **09/01/11 – 06/30/16**
DHHS/NIH/Eunice Kennedy Shriver NICHHD          ($85,585/yr)
"A Psychiatric and Imaging Study of Pediatric Mild Traumatic Brain Injury"
Max, Hesselink, Thompson, Wilde, Bigler
The major goals of this study are to examine the natural history, prediction, and consequences of new-
onset psychiatric disorder after mTBI.
Role:  Co-investigator

**Past Research Support**

**R01NS21889 (Harvey Levin, Ph.D.)**                **02/15/10 – 01/31/14**
NINDS/NIH               (Yrs. 1-2: $8,324; Yr 3: $8.574; Yr 4: $8.831)
"Neurobehavioral Outcome of Head Injury in Children"
Levin, Wilde, Bigler

The major goals of this project are studying changes in cognitive control, motivation, and social cognition in relation to brain regional volumes.
Role:  Co-investigator

**1R01MH080826 (Bigler, Erin D.)**                                    **08/01/07 – 07/31/12**
DHHS/NIH/NIMH                                                        ($23,010/yr)
"Neuroimaging Analysis of Atypical Neurodevelopment in Autism"
Lainhart, Bigler, Alexander, Lange
The major goal of this longitudinal project is to understand and to identify atypical neurodevelopmental subtypes of autism without associated mental retardation.
Role:  Co-investigator

**1R01HD048946-01A2 (Bigler, Erin D.)**                              **06/01/06 – 05/31/12**
DHHS/PHS                                                             ($80,315/yr)
"Neuroimaging Analysis of Pediatric Traumatic Brain Injury"
Yeates, Bigler, Taylor
The major goal is to do an integrative, multi-level study of the social outcomes of childhood traumatic brain injury.
Role:  Co-investigator 15% (1.8 CM)

# EXHIBIT B

Materials Reviewed

**Exhibit B, Declaration of Erin David Bigler, Ph.D.**

Vera Institute of Justice, *Care First L.A.: Tracking Jail Decarceration*

https://www.vera.org/care-first-la-tracking-jail-decarceration.

Los Angeles Sheriff's Mental Health Count, May 9, 2023, https://lasd.org/wp-content/uploads/2023/05/Transparency_Custody_LASD_Mental_Health_Count_050923.pdf

K.R. Quandt and A Jones, *Research Roundup: Incarceration Can Cause Lasting Damage to Mental Health*, (May 13, 2021),

https://www.prisonpolicy.org/blog/2021/05/13/mentalhealthimpacts/

Chapter, T.A. Kupers, M.D., M.S.P, *Posttraumatic Stress Disorder (PTSD) in Prisoners,* published in Managing Special Populations in Jails and Prisons, *ed. Stan Stojkovic,* (Kingston, NJ: Civic Research Institute, 2005).

The Association Between Trauma Experienced During Incarceration

Healthy People 2030, U.S. Dep't of Health and Human Services, Office of Disease Prevention and Health Promotion, *Social Determinants of Health Literature Summaries: Incarceration*, https://health.gov/healthypeople/priority-areas/social-determinants-health/literature-summaries/incarceration#:~:text=Studies%20have%20shown%20that%20when,%2C%20hepatitis%20C%2C%20and%20HIV.

Laura M. Maruschak, BJS Statistician, Marcus Berzofsky, Dr.P.H. &Jennifer Unangst, U.S. Dep't of Just., Bureau of Justice Statistics, *Medical Problems of State and Federal Prisoners and Jail Inmates*, 2011-2012 (rev. Oct. 4, 2016), https://bjs.ojp.gov/content/pub/pdf/mpsfpji1112.pdf.

1

# EXHIBIT C

Video Clip

Filed with Notice of Lodging

# EXHIBIT D

PowerPoint Slide With Embedded Video

Filed With Notice of Lodging

1

## PROOF OF SERVICE

2

   I am employed in the City of Orange and County of Orange, State of California. I am over the age of 18, and not a party to the within action.  My business address is 765 The City Drive, Suite 360, Orange, CA 92868.

3

4

   On October 3, 2023, I served the foregoing document(s) described as:

5

6

• **AMENDED DECLARATION OF ERIN DAVID BIGLER, PH.D**

7

   on the interested parties as follows:

8

| | |
|---|---|
| Robert Dugdale, Esq. | Dylan Ford |
| *rdugdale@kbkfirm.com* | Senior Deputy County Counsel |
| KENDALL BRILL & KELLY LLP | *dford@counsel.lacounty.gov* |
| 10100 Santa Monica Blvd., Suite 1725 | OFFICE OF COUNTY COUNSEL |
| Los Angeles, CA 90067 | 500 West Temple St, Floor 6 |
| Telephone: (310) 272-7904/7919 | Los Angeles, California 90012 |
| *Attorney for Defendant* | Telephone: (213) 893-5939 |
| *SHERIFF ROBERT LUNA* | *Attorney for Defendant* |
| | *Robert Luna, Sheriff of Los Angeles* |
| | *County* |

9

10

11

12

13

14

15

☒     **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the above documents with the Clerk of Court by using the CM/ECF system on October 3, 2023. Participants in the case who are registered CM/ECF users were served by the CM/ECF system.

16

17

18

19

   I did not receive an electronic message indicating any errors in transmission. I declare under penalty of perjury under the laws of the United States that the above is true and correct.

20

21

22

23

   Executed on October 3, 2023, at Buena Park, California.

24

25

/s/ Michelle O. Castaneda

26

Michelle O. Castaneda

27

28