# EXHIBIT 1

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**          CSS# 19-1406
**CUSTODY DIVISION MANUAL REVISION**          VER. 37

## EXECUTIVE SUMMARY

**This revision of the Los Angeles County Sheriff's Department's Custody Division Manual (CDM) adds section 7-03/050.00, "WRAP Restraint" to the CDM.**

**This proposal was requested by Lieutenant Daniel W. Martin, Custody Training and Standards Bureau, to update procedures for the use of the WRAP restraint device in custody facilities.**

**Staff Assignment:  Captain Erick S. Kim, Custody Support Services Bureau, at (213) 893-5977 or Sergeant Jacquelynn Marentes, Custody Support Services Bureau, at (213) 893-5966.**

**This proposal is presented in legislative format.   Proposed additions, amendments, and/or revisions are <mark>highlighted</mark>, and deletions are indicated by ~~strikeout~~.**

### 7-03/050.00 WRAP RESTRAINT

The WRAP restraint device manufactured by Safe Restraints, Inc., is a Department-approved security restraint device authorized for use within Custody Services Division. The WRAP restraint device consists of a locking shoulder harness, leg restraint, and a three (3) inch wide ankle strap. The WRAP restraint is not a medically ordered restraint device, but rather a security restraint device as noted in Title 15, section 1058, "Use of Restraint Devices." The WRAP restraint allows for the ability to both walk an inmate, as well as provide extremity exercise while maintaining the safety, security, and control of the inmate."

Only trained personnel shall be authorized to perform, assist, or directly supervise the placement or removal of the WRAP restraint. The respective facility's training unit shall maintain a record of custody personnel trained in the use of the WRAP restraint. The WRAP restraint shall never be used as punishment, harassment, or for the purpose of knowingly causing harm to an inmate.

<mark>When the WRAP restraint will be used in a planned use of force, medical and mental health personnel shall be present to determine if the WRAP restraint use is contraindicated unless their presence is impractical or unsafe as described in Custody Division Manual (CDM) section 7-01/040.00, "Planned Use of Force."</mark>

~~In the instance it is determined the WRAP restraint will be used in a planned use of force as delineated in Custody Division Manual (CDM) section 7-01/040.00, "Planned Use of Force," healthcare staff shall be requested to determine if placement in the WRAP restraint is contraindicated.~~

**EXHIBIT 1**
**PAGE 7**

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**　　　　**CSS# 19-1406**
**CUSTODY DIVISION MANUAL REVISION**　　　　　　　　**VER. 37**

Personnel shall consider less restrictive methods of restraining the inmate (e.g., the use of the WRAP CART and/or hobble restraint). The WRAP restraint shall only be used when it is apparent less restrictive alternatives will be ineffective at controlling the inmate.

**USE OF THE WRAP RESTRAINT**

The WRAP restraint may only be used on inmates who pose an immediate threat to themselves or others when the circumstances reasonably perceived by personnel at the time indicate the WRAP restraint application is necessary to control the inmate. An immediate threat is present when:

- an inmate is violent or is physically resisting; or
- an inmate has demonstrated, by words or actions, an intent to be violent or to physically resist, and reasonably appears presently capable of causing physical harm to themselves, custody staff, or others if the WRAP restraint is not applied.

Absent exigent circumstances, use of the WRAP restraint shall be authorized by the on-duty watch commander, placement in the WRAP restraint shall be video recorded, and a supervisor at the permanent rank of sergeant or above shall be present during the inmate's placement in the WRAP restraint.

When applying the WRAP restraint after a use of force, if circumstances permit, the inmate shall be placed in the recovery position while waiting for the WRAP restraint to arrive ~~to~~ at the scene. The WRAP restraint shall not be used if a neck or back injury is suspected.

When an inmate is placed in the WRAP restraint, and until the inmate is removed from the WRAP restraint, the inmate shall remain under in-person, direct visual observation at all times. The cinching straps of the shoulder harness shall never be tightened to the point it restricts the inmate's ability to breathe. All components of the WRAP restraint shall be physically checked to ensure they are properly secured and present no obvious signs of circulatory restrictions to the inmate's extremities. Personnel shall not apply pressure directly to the inmate's head or neck while applying the WRAP restraint. Additionally, personnel shall not use unreasonable pressure on the inmate's back or shoulders ~~to fasten the cinching straps~~ when applying the WRAP restraint. Every effort will be made to minimize the amount of time that the inmate is restrained.

The WRAP restraint shall not be used on inmates who are known to be pregnant.

Personnel shall not use a spit mask in conjunction with the WRAP restraint unless the inmate is actively spitting, verbally threatening to spit, or there are clear signs they intend to spit (i.e., the inmate is collecting saliva/mucus in their mouth or making sounds like they are gathering saliva/mucus), and all other conditions in the spit mask policy (CDM X-XX/XXX.XX) are met.

**EXHIBIT 1**
**PAGE 8**

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**　　　　　CSS# 19-1406
**CUSTODY DIVISION MANUAL REVISION**　　　　　　　　　　　　VER. 37

**Personnel shall immediately request medical aid if an inmate in a WRAP restraint complains of, or exhibits medical distress (e.g. respiratory distress, including gasping, snorting or gurgling sounds, complaint of chest pain, change in facial color, restricted blood circulation, complaints of extreme heat, sudden quiet or inactivity, loss of consciousness, vomiting, etc.) and remove the inmate from the WRAP restraint if a medical emergency appears to exist or medical staff so direct.**

If personnel identify that the inmate placed in the WRAP restraint has a need for mental health care, mental health staff shall be requested and personnel shall adhere to procedures delineated in Custody Division Manual (CDM) section 4-05/000.00, "Behavioral Observation and Mental Health Referral Reports."

**MONITORING INMATES SECURED IN THE WRAP RESTRAINT**

A medical assessment shall be conducted within one (1) hour from the time of placement in the WRAP restraint to determine if placement is contraindicated. Following a use of force, the inmate shall be taken for a documented medical assessment as indicated in CDM section 7-07/000.00, "Use of Force Review Procedures." The medical opinion as to whether the inmate shall remain in the WRAP restraint shall take precedence over custody personnel's evaluation. Any refusals for medical treatment shall be made by the inmate directly to medical personnel. Inmates cannot refuse a medical assessment of the WRAP restraint.

Upon the inmate's placement in the WRAP restraint, Department personnel shall initiate the WRAP Restraint Security Check Log (SH-J-480). If it is determined an inmate shall remain in the WRAP restraint longer than fifteen (15) minutes, safety checks shall be documented twice (2) every thirty (30) minutes, approximately fifteen (15) minutes apart, until the WRAP restraint is removed. Safety checks shall verify that the WRAP restraint is not causing injury or an obvious medical problem (e.g. respiratory distress, chest pain, restricted blood circulation, loss of consciousness, vomiting, etc.).

A sergeant shall also conduct a safety check which evaluates the application of the WRAP restraint and shall assess its continued use at a minimum of once (1) every thirty (30) minutes. During this check, the sergeant shall reassess whether or not each inmate needs to remain in the WRAP restraint.

The sergeant shall ensure each inmate has been offered or provided access to toilet facilities, drinking water, prescribed medication, and be allowed to exercise their extremities (when safe), which shall be documented in the WRAP Restraint Security Check Log (SH-J-480). If the inmate misses a regularly scheduled meal due to being placed in the WRAP restraint, a meal shall be provided to the inmate upon removal of the WRAP restraint.

The sergeant shall attempt to have the inmate removed from the WRAP restraint before one (1) hour. If it is determined the inmate cannot be safely removed from the WRAP restraint before one (1) hour, the reason for continued retention shall be documented in

**EXHIBIT 1**
**PAGE 9**

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**               **CSS# 19-1406**
**CUSTODY DIVISION MANUAL REVISION**                              **VER. 37**

the WRAP Restraint Security Check Log (SH-J-480). The sergeant shall have the inmate removed from the WRAP restraint within two (2) hours.

A supervisor at the rank of sergeant or above shall be present when the WRAP restraint is removed, absent exigent circumstances. The removal of the WRAP restraint should occur when the inmate can be safely confined within a housing location or an alternative location, or if the inmate is no longer deemed a threat. If necessary, the sergeant shall adhere to CDM section 7-01/040.00, "Planned Use of Force," upon determining the WRAP restraint can be removed, absent exigent circumstances.

**WRAP CART**

**Use of the WRAP CART for Short-Term Movement**

If personnel utilize the WRAP CART only for security reasons during short-term movement/escort when the inmate is affixed to the WRAP CART, the provisions in Title 15, section 1058 do not apply. Use of the WRAP CART for short-term movement shall not exceed one (1) hour. The following procedures will apply and conform to the policies of the CDM.

- The inmate shall remain in direct and unobstructed visual observation by the supervising sergeant and designated custody personnel.
- The inmate's safety and physical condition shall be monitored continuously by designated custody personnel throughout the movement/escort. Personnel shall remove the inmate from the WRAP CART if a medical emergency appears to exist.
- If during the placement of the inmate in the WRAP CART, the inmate struggles against the restraints, has any visible signs of injury, or complains of pain, they shall be medically evaluated immediately after being secured.
- The use of the WRAP CART for security reasons during short-term movement shall be documented in the WRAP Restraint Security Check Log (SH-J-480) and the Custody Automated Reporting and Tracking System (CARTS) along with the reason for placement, time of placement, and time of removal from the WRAP CART.

Procedures in this policy will not apply when the WRAP CART is used solely as a transportation device and the inmate is not affixed to any portion of the WRAP CART. Notification of the use of the WRAP CART shall be made to the sergeant upon placement. Inmates placed in the WRAP CART may be restrained by methods consistent with Department policy.

If the inmate remains affixed to the WRAP CART for more than one (1) hour, all procedures for the WRAP restraint shall be followed.

Pregnant inmates shall not be handcuffed to the rear during transportation in the WRAP CART.

**EXHIBIT 1**
**PAGE 10**

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**          **CSS# 19-1406**
**CUSTODY DIVISION MANUAL REVISION**                         **VER. 37**

**REPORTING USE OF THE WRAP RESTRAINT**

Absent any other factors, the un-resisted placement of an inmate in the WRAP restraint device does not constitute reportable force. However, if in the course of applying the WRAP restraint, the inmate resists personnel, it constitutes a use of reportable force and must be reported pursuant to CDM section 7-06/000.00, "Use of Force Reporting Procedures."

The WRAP Restraint Security Check Log (SH-J-480) shall be entered into CARTS by the supervising sergeant prior to the end of their shift.

**EXHIBIT 1**
**PAGE 11**