# EXHIBIT 2

# September - Use of Spit Masks



Los Angeles County Sheriff's Department

### INSTRUCTIONAL BULLETIN

Custody Training and Standards Bureau

**September 2023**

### USE OF SPIT MASKS

Some inmates may try to bite or spit on law enforcement personnel, even when they are handcuffed or restrained. This can expose staff to communicable diseases and infections. To prevent this, personnel may use spit masks as long as there is a reasonable belief the person poses a threat of transmitting bodily fluids or biting. The decision to use a spit mask should not be taken lightly, as improper use may cause injury or death, including asphyxiation, suffocation, or drowning in one's own fluids. This instructional bulletin provides information on how to use spit masks safely and effectively.

 

### Conditions and Limitations for Use

The Department has approved the use of the *TranZport Hood* by *Safariland* within Custody Operations.  The *TranZport Hood* is a temporary protective hood, for use on persons where there is a risk of exposure to infectious disease or bodily fluids. When used properly, the *TranZport Hood* can help to reduce the risk of the

CTSB Instructional Bulletins : September - Use of Spit Masks

---

wearer transmitting fluids (saliva, mucus, and blood) from the facial area, such as by spitting, sneezing, or coughing. However, improper use of the *TranZport Hood* can result in serious injury, including asphyxiation, suffocation, or drowning in one's own fluids.

Conditions for using the spit mask:

- Do not use on anyone that is vomiting, having difficulty breathing, or is bleeding profusely from the mouth or nose area.
- The wearer must be restrained and under control before using the mask.
- Personnel should make an attempt to remove any jewelry and eyewear from the wearer before application (if safe).
- If the wearer experiences difficulty breathing, vomits or begins to bleed profusely after application of the mask, immediately remove it and summon medical assistance.
- If there is any difficulty applying due to head size, discontinue use.
- Avoid spraying the suspect with chemical agents while mask is applied.
- Circumstances permitting, attempt to video record the mask's application and record the inmate for the entire time he/she is wearing the spit mask.
- Circumstances permitting, request a supervisor before application.
- The wearer must be under constant close supervision and continuously monitored in person for signs of medical or mental distress.
- The wearer shall never be left unattended.

## Application



1. Open and remove the *TranZport Hood* spit mask.

2. Place the *TranZport Hood* spit mask over the head of the person with the mesh fabric positioned just below the          eyes to allow the person to see.



3. For the best fit, place the center elastic under the nose and

over the ears.

---

**EXHIBIT 2**
**PAGE 13**

CTSB Instructional Bulletins : September - Use of Spit Masks



4.  For better protection, the elastic may be placed above the nostrils.



5.  Carefully push the plastic secure-lock tab down toward the top of the head while holding the top of the mesh          fabric. This should take the slack out of the top and help secure the *TranZport Hood* spit mask in position. DO          NOT push so tightly as to be uncomfortable or impair the vision of the wearer.

Spit masks are one time use only and are considered biohazard. Biohazard items must be disposed of in approved receptacles.

**Personnel shall not use a spit mask as a form of retaliation or punishment.**

Should you have any questions, please contact the Custody Training and Standards Bureau at 323-526-5548.

**Revised: 10/16/2023**