Robert E. Dugdale (167258)
Kendall Brill & Kelly LLP
10100 Santa Monica Blvd, Suite 1725
Los Angeles, CA  90067

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and those similarly situated, <br> PLAINTIFF(S) <br> v. <br> ROBERT LUNA, Sheriff of Los Angeles County, in his official capacity <br> DEFENDANT(S). | CASE NUMBER: <br> 12-cv-00428 DDP (MRW) <br><br> **NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  ☐ Filed   ☑ Lodged:  (**List Documents**)

Exhibits to Notice of Under Seal Filing Pursuant to the Court's Order, Dated September 12, 2023 [DKT 282]:

1. Exhibit 1 - Video (Exhibit A to the Declaration of Peter Eliasberg, dated May 31, 2023)
2. Exhibit 3 - Video (Exhibit C to the Declaration of Peter Eliasberg, dated May 31, 2023)

**Reason:**
☑ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☑ Per Court order dated:   September 12, 2023
☑ Other:

Per the Court's October 24, 2023 ECF Text Notice [DKT 287].

October 30, 2023
Date

/s/ Robert E. Dugdale
Attorney Name
Robert Luna, Sheriff of Los Angeles County, in his official capacity
Party Represented

Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15) — NOTICE OF MANUAL FILING OR LODGING