UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 12-0428-DDP(MRWx) |
| Date | OCTOBER 30, 2023 |
| Title | Alex Rosas et al v. Leroy Baca et al |

Present: The Honorable **DEAN D. PREGERSON, UNITED STATES DISTRICT JUDGE**

| Yolanda Skipper | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Peter Eliasberg | Robert Dugdale |
| Melissa Camacho-Cheung | Dylan Ford |
| | Daniel Barlava |
| | Robert Bailey |

**Proceedings:   HEARING RE: STATUS CONFERENCE**

Observing by zoom: Kathy Kenny and Robert Houston. The case is called and counsel state their appearances. The status conference is held. Court and counsel confer re: outstanding disputes.

After hearing argument by counsel, the Court will set a further status conference for December 11, 2023 at 10:00 a.m.

cc: all parties                                                                                                :38

CV 90                                    CIVIL MINUTES - GENERAL                       Initials of Deputy Clerk ys