Robert E. Dugdale (167258)
Kendall Brill & Kelly LLP
10100 Santa Monica Blvd, Suite 1725
Los Angeles, CA  90067

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and those similarly situated,<br>PLAINTIFF(S)<br>v.<br>ROBERT LUNA, Sheriff of Los Angeles County, in his official capacity<br>DEFENDANT(S). | CASE NUMBER:<br>12-cv-00428 DDP (MRW)<br><br>**NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed  ☑ Lodged:  (**List Documents**)

Exhibits to Notice of Under Seal Filing Pursuant to the Court's Order, dated September 12, 2023 [DKT 282]:

1. Exhibit 1 - Video (Exhibit A to the Declaration of Peter Eliasberg, dated May 31, 2023)
2. Exhibit 2 -  Video (Exhibit B to the Declaration of Peter Eliasberg, dated May 31, 2023)
3. Exhibit 3  - Video  (Exhibit C to the Declaration of Peter Eliasberg, dated May 31, 2023)
4. Exhibit 4 - Video (Exhibit D to the Declaration of Peter Eliasberg, dated May 31, 2023)
5. Exhibit 5 - Video (Exhibit A to the Declaration of Stephen Sinclair, dated June 12, 2023)
6. Exhibit 6 - Video (Exhibit 3 to the Declaration of Matthew Thomas, dated June 12, 2023)

**Reason:**
☑ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☑ Per Court order dated:   September 12, 2023
☑ Other:
Corrected redacted exhibits per the court's October 24, 2023 ECF Text Notice [DKT 287].

November 7, 2023
Date

/s/ Robert E. Dugdale
Attorney Name
Robert Luna, Sheriff of Los Angeles County, in his official capacity
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*