# EXHIBIT 2

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**      **CSS #20-1887**
**CUSTODY DIVISION MANUAL**                                            **Ver. 37**


## EXECUTIVE SUMMARY

**This revision to the Los Angeles County Sheriff's Department's Custody Division Manual (CDM) revises section 7-01/030.00, "Prohibited Force."**

**This proposal was requested by Custody Services Division – Specialized Programs Commander Larry A. Alva, in order to maintain the consistency between this section, related Department force policies, Rosas settlement provisions, and Department of Justice settlement provisions.**

**Staff Assignment:  Captain Erick S. Kim, Custody Support Services Bureau, at (213) 893-5845, or Sergeant Jacquelynn Marentes, Custody Support Services Bureau, at (213) 893-5966.**

**This proposal is presented in legislative format. Proposed additions, amendments, and/or revisions are ==highlighted==, and deletions are indicated by ~~strikeout~~.**


**7-01/030.00 ~~Prohibited Force~~ ==Limitations on Force==**

~~The following uses of force are prohibited unless circumstances justify the use of deadly force:~~

- ~~Head strike(s) with an impact weapon~~
- ~~Deliberately or recklessly striking an individual's head against a hard, fixed object (e.g. concrete floor, wall, jail bars, etc.)~~
- ~~From a standing position, kicking an individual in the head with a shod foot while the individual is lying on the ground/floor~~
- ~~Kneeing an individual in the head, deliberately or recklessly causing their head to strike the ground, floor, or other hard, fixed object~~
- ~~Any choke holds~~

~~The following uses of force are prohibited absent life threatening or high risk/assaultive situations:~~

- ~~Any kicking above the knee~~
- ~~Carotid restraints~~
- ~~Head strikes~~


**(see following page for revision)**

**Exhibit 2**
**Page 10**

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
**CUSTODY DIVISION MANUAL**

**CSS #20-1887**
**Ver. 37**

Department members shall not use the types of force described in this policy in response to passive resistance, active resistance, or mere verbal threats from an inmate. Department members may not use any type of force as a means of punishment or retaliation.

The reasonableness inquiry with respect to force is an objective one. The focus of force evaluation shall be on whether the Department member's action were objectively reasonable in light of the facts and circumstances confronting and known to the Department member at the time of the incident. Department members shall reduce force immediately as resistance decreases, and immediately discontinue using force once a threat or resistance no longer exists.

Use of Force Terms Defined

- **Active Resistance:** Physical actions by the inmate who is not complying with verbal commands and is actively attempting to prevent control, but which do not constitute an assault (i.e., pulling away, pinning arms under the body, thrashing around, and/or body going rigid).

- **Imminent Danger:** It is ready to take place, impending, likely to happen, or at the point of happening.

- **Passive Resistance:** The inmate is uncooperative and may be argumentative but is not a threat to the Department member or others. The inmate is not responding to verbal commands and may refuse to move by standing still, sitting down, laying down, going limp, or grabbing onto an object.

- **Serious Injury:** A serious impairment of physical condition, including, but not limited to, the following: loss of consciousness; concussion; bone fracture; protracted loss or impairment of function of any bodily member or organ; a wound requiring extensive suturing; and serious disfigurement.

Strikes or Punches to the Face, Head, or Neck, and Kicks

Strikes or punches to the face, head, or neck are prohibited unless (1) the inmate is physically assaultive, (2) there is an imminent danger of serious injury and/or death, and (3) other techniques would be ineffective.

~~Generally speaking, a~~Absent unusual circumstances, spitting and biting will not result in serious injury. Typically, Department members may not punch or strike an inmate's face, head, or neck for:

- Taking a fighting stance ~~or balling hands into fists~~
- Spitting

**Exhibit 2**
**Page 11**

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**  **CSS #20-1887**
**CUSTODY DIVISION MANUAL**  **Ver. 37**

- Biting if the inmate has stopped biting.

Department members are prohibited from kicking an inmate who is on the ground, or kicking a standing inmate anywhere above the knee, unless (1) the inmate is physically assaultive, (2) there is an imminent danger of serious injury and/or death, and (3) other techniques would be ineffective.

Other effective techniques beside strikes or punches to the face, head, or neck, and kicks might include strikes or punches to the body, take downs, command presence, advisements, warnings, verbal persuasion, commands, delaying tactics, tactical repositioning, using physical barriers, creating distance, use of OC spray, requesting the presence of a sergeant, and/or waiting for additional Department members and resources to arrive.

Department members may only kick an inmate who is not on the ground below the knee if the inmate is (1) physically assaultive and (2) the kick is necessary to create distance between the Department member and the assaultive inmate.

Use of Force Against Restrained Inmates

The following types of force on restrained inmates are prohibited unless (1) the inmate is physically assaultive or self-injurious, (2) presents an immediate threat of injury to themselves or others, and (3) other techniques to control the inmate would be ineffective:

- Strikes or punches (anywhere on the body)
- Use of the Taser
- Use of chemical agents

Other effective techniques to control the restrained inmate might include command presence, advisements, warnings, verbal persuasion, commands, delaying tactics, tactical repositioning, control holds, takedowns, using physical barriers, creating distance, requesting the presence of a sergeant, and/or waiting for additional Department members and resources to arrive.

If a physically assaultive inmate is restrained to a fixed object and presents an immediate threat of injury, Department members are to distance themselves from the assaultive conduct and request the presence of a sergeant rather than use the force options listed above, unless immediate intervention is required.

De-escalation

De-escalation is a core principle of sound tactical operations and Department members shall consider de-escalation to be part of tactical planning. The overall goal is to decrease the intensity of the situation by persuading an inmate to voluntarily comply, allow the Department member to use additional options other than force, or to mitigate the need to

**Exhibit 2**
**Page 12**

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
**CUSTODY DIVISION MANUAL**

CSS #20-1887
Ver. 37

use a greater amount of force to safely resolve the situation. Whenever safe to do so, Department members shall use de-escalation techniques. De-escalation may include creating distance or using physical barriers and calling for additional resources. Department members shall also avoid tactics and approaches that unnecessarily escalate situations and increase the likelihood of a need to use force or a greater degree of force.

<u>Deadly Force</u>

The following types of force may only be used if a Department member can reasonably articulate that the circumstances justify the use of deadly force as defined in Penal Code section 835a(c)(1):

- Intentional head or neck strikes with an impact weapon.
- Intentionally causing an inmate's head to impact against a hard fixed object (e.g., concrete floor, wall, jail bars, etc.)
- Intentionally kicking an individual in the head or neck from a standing position while the individual is lying on the ground/floor.
- Kneeing an individual in the head, causing their head to strike the ground, floor, or other hard, fixed object.
- Special weapons, electronic immobilization devices (TASERs), and chemical agents, including aerosol chemical agents used against an inmate known to be pregnant (refer to CDM section 7-02/010.00 Pregnant Inmates).

<u>Carotid Restraint Holds and Choke Holds</u>

Department members may not use carotid restraint holds or choke holds. Any use of a carotid restraint or choke hold will be investigated as Category 3 force with a mandatory Internal Affairs Bureau (IAB) rollout.

**Revised XX/XX/XXXX**
**11/02/2015 Rosas 2.5, 2.6, 17.1; DOJ 81**

**Exhibit 2**
**Page 13**