**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEX ROSAS, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>LEROY BACA, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:12–cv–00428–DDP–MRW<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  ___1/16/2024___

Document No.:  ___296___

Title of Document:  ___Notice of Change of Attorney Business and Contact Information G06.___

**ERROR(S) WITH DOCUMENT:**

Case number incomplete.

Other:

**Note:**   **In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: _January 17, 2024_          By: _/s/ Andrea Kannike  Andrea_Kannike@cacd.uscourts.gov_
                                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS