UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 12-0428-DDP(MRWx) |
| Date | MARCH 11, 2024 |
| Title | Alex Rosas et al v. Leroy Baca et al |

Present: The Honorable **DEAN D. PREGERSON, UNITED STATES DISTRICT JUDGE**

| Yolanda Skipper | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Peter Eliasberg | Robert Dugdale |
| Jacob Reisberg | Robert Bailey |
| Corene Kendrick, via zoom | |
| Marisol Dominguez-Ruiz | |
| Melissa Camacho-Cheung | |

**Proceedings:** Status Conference

The case is called and counsel state their appearances. Also present via zoom are Monitors: Kathy Kenny and Nicolas Mitchell. Court and counsel confer. Status conference held.

After hearing argument by counsel, parties shall file a stipulation by no later than April 1, 2024 and the Court will set a Further Status Conference for April 22, 2024 ast 10:00 a.m. as stated on the record.

cc: all parties                                                                                                                :32

CV-90                                    **CIVIL MINUTES - GENERAL**                         Initials of Deputy Clerk ys