OFFICE OF COUNTY COUNSEL
Dawyn Harrison (173855)
County Counsel
*dharrison@counsel.lacounty.gov*
Dylan Ford (228699)
Deputy County Counsel
*dford@counsel.lacounty.gov*
500 West Temple St., Floor 6
Los Angeles, California 90012
Telephone: 213.974.1811
Facsimile: 213,687.8822

KENDALL BRILL & KELLY LLP
Robert E. Dugdale (167258)
*rdugdale@kbkfirm.com*
Daniel Barlava (334910)
*dbarlava@kbkfirm.com*
10100 Santa Monica Boulevard, Suite 1725
Los Angeles, CA 90067
Telephone: 310.556.2700
Facsimile: 310.556.2705

*Counsel for Defendant*
Robert Luna, Sheriff of
Los Angeles County, in his Official Capacity

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT LUNA, Sheriff of Los Angeles County, in his official capacity, <br> Defendant. | Case No. 12-cv-00428 DDP (MRW) <br><br> **JOINT STIPULATION TO CONTINUE DEADLINE FOR COURT-ORDERED FILING RE STATUS [DKT. NO. 307]** <br><br> Judge: Hon. Dean D. Pregerson <br> Crtrm: 9C |

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

604400418

JOINT STIPULATION TO EXTEND TIME TO FILE STIPULATION RE STATUS

## STIPULATION

On March 13, 2024, the Court entered a Minute Order requiring the parties to file a stipulation explaining their areas of agreement with respect to Plaintiffs' Motion to Modify the Court-Approved Implementation Plan, by no later than April 1, 2024.  Dkt. No. 307.

The Department is actively considering several requests made by Plaintiffs on March 13, 2024 and March 26, 2024.  The parties believe they will make more progress and will have more to report to the Court if the deadline to file the court-ordered stipulation is continued by one week, to April 8, 2024. The parties believe a one-week continuance will still provide the Court with sufficient time to consider the stipulation in advance of the April 22, 2024 status conference.

Therefore, the parties respectfully request the Court continue the deadline to file the stipulation to April 8, 2024.

DATED:  April 1, 2024          KENDALL BRILL & KELLY LLP

By:  _____/s/ Robert E. Dugdale_____
Robert E. Dugdale[1]
*Attorneys for Defendants Robert Luna, Sheriff of Los Angeles County, in his Official Capacity*

DATED:  April 1, 2024          ACLU FOUNDATION OF SOUTHERN CALIFORNIA

By:  _____/s/ Peter Eliasberg_____
Peter Eliasberg
*Attorneys for Plaintiff Alex Rosas ad Jonathan Goodwin*

---

[1] The filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

604400418

JOINT STIPULATION TO EXTEND TIME TO FILE STIPULATION RE STATUS