OFFICE OF COUNTY COUNSEL
Dawyn Harrison (173855)
County Counsel
*dharrison@counsel.lacounty.gov*
Dylan Ford (228699)
Deputy County Counsel
*dford@counsel.lacounty.gov*
500 West Temple St., Floor 6
Los Angeles, California 90012
Telephone: 213.974.1811
Facsimile: 213,687.8822

KENDALL BRILL & KELLY LLP
Robert E. Dugdale (167258)
*rdugdale@kbkfirm.com*
Daniel Barlava (334910)
*dbarlava@kbkfirm.com*
10100 Santa Monica Boulevard, Suite 1725
Los Angeles, CA 90067
Telephone: 310.556.2700
Facsimile: 310.556.2705

*Counsel for Defendant*
Robert Luna, Sheriff of
Los Angeles County, in his Official Capacity

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and those similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>ROBERT LUNA, Sheriff of Los Angeles County, in his official capacity,<br>        Defendant. | Case No. 12-cv-00428 DDP (MRW)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE DEADLINE FOR COURT-ORDERED FILING RE STATUS [DKT. NO. 307]**<br><br>Judge: Hon. Dean D. Pregerson<br>Crtrm: 9C |

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE DEADLINE FOR COURT-ORDERED FILING RE STATUS [DKT. NO. 307]

# [PROPOSED] ORDER

The Court hereby **ORDERS** that the Stipulation to Continue the Deadline for Court-Ordered Filing Re Status is **GRANTED**. The deadline set for April 1, 2024 is continued until April 8, 2024.

DATED:  April ___, 2024

:

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES JUDGE

1
[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE DEADLINE FOR COURT-ORDERED FILING RE STATUS [DKT. NO. 307]