OFFICE OF COUNTY COUNSEL
Dawyn Harrison (173855)
County Counsel
*dharrison@counsel.lacounty.gov*
Dylan Ford (228699)
Deputy County Counsel
*dford@counsel.lacounty.gov*
500 West Temple St., Floor 6
Los Angeles, California 90012
Telephone: 213.974.1811
Facsimile: 213,687.8822

KENDALL BRILL & KELLY LLP
Robert E. Dugdale (167258)
*rdugdale@kbkfirm.com*
Daniel Barlava (334910)
*dbarlava@kbkfirm.com*
10100 Santa Monica Boulevard, Suite 1725
Los Angeles, CA 90067
Telephone: 310.556.2700
Facsimile: 310.556.2705

*Counsel for Defendant*
Robert Luna, Sheriff of
Los Angeles County, in his Official Capacity

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and those similarly situated, <br><br>      Plaintiffs, <br><br>     v. <br><br> ROBERT LUNA, Sheriff of Los Angeles County, in his official capacity, <br>      Defendant. | Case No. 2:12-cv-00428 DDP (MRWx) <br><br> **ORDER GRANTING STIPULATION TO CONTINUE DEADLINE FOR COURT-ORDERED FILING RE STATUS [DKT. NO. 307]** <br><br> Judge: Hon. Dean D. Pregerson <br> Crtrm: 9C |

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

## <u>ORDER</u>

The Court hereby **ORDERS** that the Stipulation to Continue the Deadline for Court-Ordered Filing Re Status is **GRANTED**. The deadline set for April 1, 2024 is continued until April 8, 2024.

DATED:  April 3, 2024

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES JUDGE

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE DEADLINE FOR COURT-ORDERED FILING RE STATUS [DKT. NO. 307]

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067