UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | **CV 12-0428-DDP(MRWx)** | Date | APRIL 22, 2024 |
|---|---|---|---|

| Title | Alex Rosas et al v. Leroy Baca et al |
|---|---|

Present: The Honorable   **DEAN D. PREGERSON, UNITED STATES DISTRICT JUDGE**

| Yolanda Skipper | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Peter Eliasberg | Robert Dugdale |
| Jacob Reisberg | Daniel Barlava |
| Melissa Camacho-Cheung | Robert Bailey |

**Proceedings:**   **FURTHER STATUS CONFERENCE**

Observing via zoom: Kathy Kenny, Robert Houston, Nicolas Mitchell.

The case is called and counsel state their appearances.  Court and counsel confer.

Further status conference is held.

After hearing argument by counsel, the parties shall prepare a proposed order with the deadlines for the Court to review as stated on the record.

cc: all parties                                                                                                    :26

| CV-90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk <u>ys</u> |
|---|---|---|