UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | **CV 12-0428-DDP(MRWx)** | Date | JUNE 10, 2024 |
|---|---|---|---|

| Title | Alex Rosas et al v. Leroy Baca et al |
|---|---|

Present: The Honorable    **DEAN D. PREGERSON, UNITED STATES DISTRICT JUDGE**

| Yolanda Skipper | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:

Peter Eliasberg

Jacob Reisberg

Marisol Dominguez-Ruiz

Melissa Camacho-Cheung

Attorneys Present for Defendants:

Robert Dugdale

Robert Bailey

**Proceedings:    FURTHER STATUS CONFERENCE**

Observing via zoom: Katthy Kenny, Robert Houston, Corene Kendrick.

The case is called and counsel state their appearances. Court and counsel confer. Further status conference is held.

After hearing argument by counsel, the parties shall meet and confer re the potential dates for a final hearing in which the Sheriff or someone with full settlement authority, shall be present in court or immediately available. Counsel shall prepare a stipulation and proposed order for the Court's review.

cc: all parties                                                                                                    :28

CV-90                    **CIVIL MINUTES - GENERAL**                    Initials of Deputy Clerk ys