PETER J. ELIASBERG (SB# 189110)
peliasberg@aclusocal.org
MELISSA CAMACHO (SB# 264024)
mcamacho@acluscal.org
**ACLU FOUNDATION OF
SOUTHERN CALIFORNIA**
1313 W. 8th Street
Los Angeles, CA 90017
Phone:  (213) 977-9500
Fax:  (213) 977-5299

CORENE KENDRICK (SB# 226642)
ckendrick@aclu.org
MARISOL DOMINGUEZ-RUIZ
(SB# 345416)
mdominguez-ruiz@aclu.org
**ACLU NATIONAL PRISON
PROJECT**
425 California St., Ste. 700
San Francisco, CA 94104
Phone: (202) 393-4930
Fax: (202) 393-4931

STEPHEN TURANCHIK
(SB# 248548)
stephenturanchik@paulhastings.com
SARAH GUINEE
(SB# 353544)
sarahguinee@paulhastings.com
**PAUL HASTINGS LLP**
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone:  (213) 683-6000
Fax:  (213) 627-0705
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> Robert Luna, Sheriff of Los Angeles County, in his official capacity, <br><br> Defendant. | Case No. CV 12-00428 DDP (MRW) <br><br> **JOINT STIPULATON TO SCHEDULE SETTLEMENT CONFERENCE [DKT. NO. 317]** <br><br><br> Date:  July 3, 2024 <br> Time: 10:00 a.m. <br> Judge: Hon. Dean D. Pregerson <br> Crtrm: Courtroom 9C |

Case No. CV 12-00428 DDP (MRW)

JOINT STIPULATION TO SCHEDULE SETTLEMENT CONFERENCE

## **STIPULATION**

On June 17, 2024, the Court entered a Minute Order requiring the parties to file a stipulation after they had met and conferred on potential dates for a final conference on the WRAP policy, if necessary. Dkt. No 317.

Plaintiffs' counsel, Defendants' counsel, and the Monitor Panel conferred on potential dates to be present in court to finalize settlement negotiations. All parties, including someone from the Sheriff's department with full settlement authority (or, to the extent the individual from the Department who is present does not have full authority to resolve a particular issue that may arise, will have telephone access to a Department member with such authority), agree to be present on July 3, 2024. This final settlement conference hearing is only necessary if the parties have not reached an agreement on the language of the policy governing the use of the WRAP during the course of regular negotiations.

Therefore, the parties respectfully request the Court to set a final settlement conference hearing to July 3, 2024 at 10am.

Case No. CV 12-00428 DDP (MRW)

JOINT STIPULATION TO SCHEDULE SETTLEMENT CONFERENCE

DATED: June 21. 2024

By: /s/ Peter J. Eliasberg

Peter J. Eliasberg
Melissa Camacho
**ACLU FOUNDATION OF SOUTHERN CALIFORNIA**

Corene T. Kendrick
Marisol Dominguez-Ruiz
**ACLU NATIONAL PRISON PROJECT**

Stephen Turanchik
Sarah Guinee
**PAUL HASTINGS LLP**

Attorneys for Plaintiffs Alex Rosas, *et al.*

DATED:  June 21, 2024

KENDALL BRILL & KELLY LLP

By:      /s/ *Robert E. Dugdale*

Robert E. Dugdale[1]

*Attorneys for Defendants Robert Luna, Sheriff of Los Angeles County, in his Official Capacity*

---

[1] The filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

3                                  Case No. CV 12-00428 DDP (MRW)

JOINT STIPULATION TO SCHEDULE SETTLEMENT CONFERENCE

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2024, I electronically transmitted the above document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to Counsel for Defendants who are registered CM/ECF users.

DATED:    June 24, 2024

/s/Peter J. Eliasberg
Peter J. Eliasberg
**ACLU FOUNDATION OF**
**SOUTHERN CALIFORNIA**

*Attorney for Plaintiffs*

4

Case No. CV 12-00428 DDP (MRW)