# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Robert Luna, Sheriff of Los Angeles County, in his official capacity,<br><br>Defendant. | Case No. CV 12-00428 DDP (MRW)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO SCHEDULE SETTLEMENT CONFERENCE [DKT. NO. 317]**<br><br><br>Date: July 3, 2024<br>Time: 10:00 a.m.<br>Judge: Hon. Dean D. Pregerson<br>Crtrm: Courtroom 9C |

1 **[PROPOSED] ORDER**

2     The Court hereby ORDERS that the Stipulation to Schedule the

3 Settlement Conference is GRANTED. The conference is set for July 3, 2024 at

4 10:00am.

5

6 DATED: June __, 2024

7

8

9

10                                HONORABLE DEAN D. PREGERSON

11                                UNITED STATES JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28