# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Robert Luna, Sheriff of Los Angeles County, in his official capacity,<br><br>Defendant. | Case No. CV 12-00428 DDP (MRWx)<br><br>**ORDER GRANTING STIPULATION TO SCHEDULE SETTLEMENT CONFERENCE [DKT. NO. 317]**<br><br>Date: July 3, 2024<br>Time: 10:00 a.m.<br>Judge: Hon. Dean D. Pregerson<br>Crtrm: Courtroom 9C |

## <u>ORDER</u>

The Court hereby ORDERS that the Stipulation to Schedule the Settlement Conference is GRANTED. The conference is set for July 3, 2024 at 10:00am.

DATED: June 24, 2024

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES JUDGE

Case No. CV 12-00428 DDP (MRW)

[PROPOSED] ORDER GRANTING STIPULATION TO SCHEDULE SETTLEMENT CONFERENCE [DKT. NO. 317]