PETER J. ELIASBERG (SB# 189110)
peliasberg@aclusocal.org
MELISSA CAMACHO (SB# 264024)
mcamacho@aclusocal.org
JACOB REISBERG (SB# 329310)
jreisberg@aclusocal.org
**ACLU FOUNDATION OF
SOUTHERN CALIFORNIA**
1313 W. 8th Street
Los Angeles, CA 90017
Phone:  (213) 977-9500
Fax:  (213) 977-5299

STEPHEN TURANCHIK
(SB# 248548)
stephenturanchik@paulhastings.com
SARAH GUINEE
(SB# 353544)
sarahguinee@paulhastings.com
**PAUL HASTINGS LLP**
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone:  (213) 683-6000
Fax:  (213) 627-0705
*Attorneys for Plaintiffs*

CORENE KENDRICK (SB# 226642)
ckendrick@aclu.org
MARISOL DOMINGUEZ-RUIZ
(SB# 345416)
mdominguez-ruiz@aclu.org
**ACLU NATIONAL PRISON
PROJECT**
425 California St., Ste. 700
San Francisco, CA 94104
Phone: (202) 393-4930
Fax: (202) 393-4931

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Robert Luna, Sheriff of Los Angeles County, in his official capacity,<br><br>Defendant. | Case No. CV 12-00428 DDP (MRW)<br><br>**STIPULATION RE: SUBMISSION OF LOS ANGELES SHERIFF'S DEPARTMENT POLICIES ADDRESSED AT THE JULY 3, 2024 SETTLEMENT CONFERENCE FOR THE COURT'S APPROVAL** |

Case No. CV 12-00428 DDP (MRW)

## STIPULATION

Plaintiffs, by and through their counsel of record, and Defendant, by and through his counsel of record, hereby stipulate as follows:

1.     For the past 12 months, Plaintiffs' counsel and Defendant's counsel have been negotiating revisions to two Los Angeles County Sheriff's Department ("Department") Custody Division Policies:  (1) a Limitations on Force Policy, that addresses, among other things, the circumstances when strikes or punches to an inmate's face, head, or neck are prohibited during a use of force (the "Limitations on Force Policy"); and (2) a WRAP Restraint Policy, which governs the use of the WRAP security restraint device by Department personnel inside the Los Angeles County Jail (the "WRAP Policy").  These discussions have taken place as part of an effort to align these policies with the requirements the Department must meet to reach compliance with a number of provisions of the Settlement Agreement Implementation Plan in this case, including Provisions 2.5, 2.6, 17.1, and 17.5, as well as Provision 81 of a Settlement Agreement entered into between the Department and the County of Los Angeles with the United States Department of Justice in the case styled, *United States of America v. County of Los Angeles, et al.*, Case No. 15-cv-5903-DDP-JEM.  These negotiations have featured the participation and input of the three monitors who have been appointed by the Court to monitor the Department's compliance in this case and assist the Department in reaching substantial compliance with the Implementation Plan's requirements.  In addition, the two labor unions that represent Department personnel who work in the Department's Custody Division—the Association for Los Angeles County Deputy Sheriffs ("ALADS") and the Los Angeles County Professional Peace Officers Association ("PPOA")—have been provided with an opportunity to provide comments on the Limitations on Force Policy and the WRAP Policy.

2.     On June 17, 2024, the Court entered an order requiring the parties to participate in a settlement conference with the Court to finalize the Limitations on

Force Policy and the WRAP Policy.

3.     On July 3, 2024, Plaintiffs' counsel and Defendant's counsel participated in a settlement conference with the Court to negotiate final versions of the Limitations on Force Policy and the WRAP policy.  Both Plaintiffs and Defendant were represented at this settlement conference with individuals who had authority to resolve issues concerning these policies, including Acting Assistant Sheriff Paula Tokar and Acting Chief Hugo Macias of the Department's Custody Division.

4.     Attached at Exhibit 1 is the final version of the Limitations on Force Policy agreed to by Plaintiffs and Defendant at the Settlement Conference. Attached at Exhibit 2 is the final version of the WRAP Policy agreed to by Plaintiffs and Defendant at the Settlement Conference.

5.     In light of the foregoing, and consistent with the Court's orders at the status conference held on June 17, 2024, and the Settlement Conference held on July 3, 2024, Plaintiffs and Defendant jointly request that the Court enter an order that (1) the policies attached at Exhibit 1 and Exhibit 2 are final and subject to no further revision absent agreement by the parties, leave from the Court, or until the Department achieves substantial compliance with the provisions of the Settlement Agreement Implementation Plan in this case impacted by these policies for 18 months (*see* Rosas Settlement Agreement Paragraph VIII); and (2) the

//

//

//

//

//

//

//

//

Case No. CV 12-00428 DDP (MRW)

STIPULATION RE: SUBMISSION OF LOS ANGELES SHERIFF'S DEPARTMENT POLICIES ADDRESSED AT THE JULY 3, 2024 SETTLEMENT CONFERENCE FOR THE COURT'S APPROVAL

Department implements these polices as soon as it can carry out the process to do so.

IT IS SO STIPULATED.

DATED: July 5, 2024          By:  */s/ Peter J. Eliasberg*

Peter J. Eliasberg
Melissa Camacho
Jacob Reisberg
**ACLU FOUNDATION OF SOUTHERN CALIFORNIA**

Corene T. Kendrick
Marisol Dominguez-Ruiz
**ACLU NATIONAL PRISON PROJECT**

Stephen Turanchik
Sarah Guinee
**PAUL HASTINGS LLP**

Attorneys for Plaintiffs Alex Rosas, *et al.*

DATED:  July 5, 2024          KENDALL BRILL & KELLY LLP

By:  _____/s/ Robert E. Dugdale_____

Robert E. Dugdale[1]

*Attorneys for Defendants Robert Luna, Sheriff of Los Angeles County, in his Official Capacity*

---

[1] The filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

4          Case No. CV 12-00428 DDP (MRW)

# CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2024, I electronically transmitted the above document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to Counsel for Defendants who are registered CM/ECF users.

DATED:    July 8, 2024

        /s/ Corene T. Kendrick
Corene T. Kendrick
ACLU National Prison Project

*Attorney for Plaintiffs*

Case No. CV 12-00428 DDP (MRW)

STIPULATION RE: SUBMISSION OF LOS ANGELES SHERIFF'S DEPARTMENT POLICIES ADDRESSED AT THE JULY 3, 2024 SETTLEMENT CONFERENCE FOR THE COURT'S APPROVAL