# EXHIBIT 2

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**                    **CSS# 18-1406**
**CUSTODY DIVISION MANUAL REVISION**                              **VER. 41**

## EXECUTIVE SUMMARY

**This revision of the Los Angeles County Sheriff's Department's Custody Division Manual (CDM) adds section 7-03/050.00, "WRAP Restraint" to the CDM.**

**This proposal was requested by Lieutenant Daniel W. Martin, Custody Training and Standards Bureau, to update procedures for the use of the WRAP restraint device in custody facilities.**

**Staff Assignment:  Captain Geradette E. Montoya, Custody Support Services Bureau, at (213) 893-5845 or Sergeant Jacquelynn Marentes, Custody Support Services Bureau, at (213) 893-5966.**
**goo**
**This proposal is presented in legislative format.   Proposed additions, amendments, and/or revisions are** ==highlighted==**, and deletions are indicated by** ~~strikeout~~**.**

## 7-03/050.00 WRAP RESTRAINT

The WRAP restraint device (manufactured by Safe Restraints, Inc.) is a Department-approved security restraint device authorized for use within the Custody Services Division. The WRAP restraint device immobilizes the body and restricts the inmate's ability to kick. The WRAP restraint device restrains the inmate in an upright position and puts the inmate in a position for transport or movement.

The WRAP restraint device consists of a locking shoulder harness, a leg restraint portion with embedded padded rods, and a three-inch-wide ankle strap. The WRAP restraint is not a medically ordered restraint device, but rather a security restraint device as noted in Title 15, section 1058, "Use of Restraint Devices."

Only trained personnel shall be authorized to perform, assist, or directly supervise the placement or removal of the WRAP restraint. The respective facility's training unit shall maintain a record of custody personnel trained in the use of the WRAP restraint. The WRAP restraint shall never be used as punishment, harassment, or for the purpose of knowingly causing harm to an inmate.

When the WRAP restraint will be used during a planned use of force, medical and mental health personnel shall be present or, if impractical or unsafe, staged nearby when feasible, to determine whether it is safe to use the WRAP restraint based on the inmate's present physical or mental condition. See Custody Division Manual (CDM) section 7-01/040.00, "Planned Use of Force."

Personnel shall consider less restrictive methods of restraining the inmate (e.g., the use of the WRAP CART alone,and/or a hobble restraint). The WRAP restraint shall only be used when it is apparent that other techniques to control the inmate would be ineffective.

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**    **CSS# 18-1406**
**CUSTODY DIVISION MANUAL REVISION**       **VER. 41**

## USE OF THE WRAP RESTRAINT

The WRAP restraint device may only be used on inmates who pose an immediate threat to themselves or others when the circumstances reasonably perceived by personnel at the time indicate the WRAP restraint application is necessary to control the inmate. An immediate threat is present when:

- an inmate is violent or is physically resisting; or
- an inmate has demonstrated, by words or actions, an intent to be violent or to physically resist, and, based on the totality of the circumstances, reasonably appears presently capable of causing physical harm to themselves, custody staff, or others if the WRAP restraint is not applied.

Absent emergency circumstances, use of the WRAP restraint shall be verbally authorized by the on-duty watch commander, placement in the WRAP restraint shall be video recorded, and a supervisor at the permanent rank of sergeant or above shall be present during the inmate's placement in the WRAP restraint.

When preparing to use the WRAP restraint, if circumstances permit and it is reasonably safe and feasible to do so, while waiting for the WRAP restraint to arrive at the scene or to be fully deployed, the inmate should be placed on their side to minimize breathing problems and the risk of medical distress or positional asphyxia. The WRAP restraint shall not be used if a neck or back injury is reasonably suspected.

When an inmate is placed in the WRAP restraint, and until the inmate is removed from the WRAP restraint, the inmate shall remain under in-person, direct visual observation at all times by the supervising sergeant or custody personnel designated by the supervising sergeant. The cinching straps of the shoulder harness shall never be tightened to the point it restricts the inmate's ability to breathe. All components of the WRAP restraint shall be physically checked to ensure they are properly secured and present no obvious signs of circulatory restrictions to the inmate's extremities. Personnel shall not apply pressure directly to the inmate's head or neck while applying the WRAP restraint. Additionally, personnel shall not use unreasonable pressure on the inmate's back or shoulders when applying the WRAP restraint. Every effort will be made to minimize the amount of time that the inmate is restrained.

An inmate in the WRAP restraint (with the locking shoulder harness attached) may be moved by means of a shuffle step. To accomplish this when safe to do so, personnel may loosen the ankle strap to allow some leg movement below the knees and loosen the tether to the shoulder harness. Personnel can then assist the inmate into a standing position and allow the inmate to shuffle step to or from a vehicle or holding cell. If personnel use this method, they are to provide appropriate support to the inmate to prevent a fall and possible injury.

The WRAP restraint shall not be used on inmates who are known to be pregnant.

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**              CSS# 18-1406
**CUSTODY DIVISION MANUAL REVISION**                      VER. 41

Personnel shall not use a spit mask in conjunction with the WRAP restraint unless the inmate is actively spitting, verbally threatening to spit, or there are clear signs they intend to spit (i.e., the inmate is collecting saliva/mucus in their mouth or making sounds like they are gathering saliva/mucus), and all other conditions in the spit mask policy (CDM 7-04/010.00, "Spit Masks") are met.

**Personnel shall immediately request medical aid if an inmate in any portion of a WRAP restraint complains of, or exhibits medical distress (e.g. respiratory distress, including gasping, snorting or gurgling sounds, complaint of chest pain, change in facial color, restricted blood circulation, complaints of extreme heat, sudden quiet or inactivity, loss of consciousness, vomiting, etc.) and remove the inmate from the WRAP restraint if a medical emergency appears to exist or medical staff so direct because of the medical emergency.**

If personnel identify that the inmate placed in the WRAP restraint has a need for mental health care, mental health staff shall be requested and personnel shall adhere to procedures delineated in Custody Division Manual (CDM) section 4-05/000.00, "Behavioral Observation and Mental Health Referral Reports."

**MONITORING INMATES SECURED IN THE WRAP RESTRAINT**

Following application of the WRAP restraint, resisted or otherwise, a supervisor and the appropriate number of personnel who were not directly involved in the application shall take the inmate to a medical clinic for a documented medical assessment and/or treatment as soon as practicable. **Absent unusual circumstances when the medical needs of other patients take priority, inmates who arrive in the WRAP at the medical clinic will receive priority when it comes to receiving the medical assessment and/or treatment they require and that** medical assessment shall be conducted within one (1) hour from the time of placement in the WRAP restraint to determine if placement is safe based on the inmate's present physical or mental condition. A medical opinion based on the inmate's present physical or mental well-being as to whether the inmate shall remain in the WRAP restraint shall take precedence over custody personnel's evaluation. Any refusals for medical treatment shall be made by the inmate directly to medical personnel **and will be addressed by those medical personnel in a manner consistent with their medical judgment and CHS policy and practices concerning inmates who refuse medical care**.

Upon the inmate's placement in the WRAP restraint, Department personnel shall initiate the WRAP Restraint Security Check Log (SH-J-480). If it is determined an inmate shall remain in the WRAP restraint longer than fifteen (15) minutes, in addition to the in-person, direct visual observation required at all times, safety checks shall be documented twice (2) every thirty (30) minutes, approximately fifteen (15) minutes apart, until the WRAP restraint is removed. Safety checks shall verify that the WRAP restraint is not causing injury or an obvious medical problem (e.g. respiratory distress, chest pain, restricted blood circulation, loss of consciousness, vomiting, etc.). The ankle

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**            CSS# 18-1406
**CUSTODY DIVISION MANUAL REVISION**                        VER. 41

strap, leg restraint component, and locking shoulder harness are to be checked frequently for tightness and re-tightened or loosened as necessary until the WRAP restraint is removed.

A sergeant shall also conduct a safety check that evaluates the application of the WRAP restraint and shall assess its continued use at a minimum of once (1) every thirty (30) minutes. During this check, the sergeant shall reassess whether or not the inmate needs to remain in the WRAP restraint.

The sergeant shall ensure each inmate has been offered or provided access to toilet facilities, drinking water, prescribed medication, and be allowed to exercise their extremities (when safe), which shall be documented in the WRAP Restraint Security Check Log (SH-J-480). If the inmate misses a regularly scheduled meal due to being placed in the WRAP restraint, a meal shall be provided to the inmate upon removal of the WRAP restraint.

The sergeant shall attempt to have the inmate removed from the WRAP restraint before one (1) hour. If it is determined the inmate cannot be safely removed from the WRAP restraint before one (1) hour, the reason for continued retention shall be documented in the WRAP Restraint Security Check Log (SH-J-480). The sergeant shall have the inmate removed from the WRAP restraint within two (2) hours.

A supervisor at the rank of sergeant or above shall be present when the WRAP restraint is removed, absent emergency circumstances. The removal of the WRAP restraint should occur when the inmate can be safely confined within a housing location or an alternative location, or if the inmate is no longer deemed a threat. If necessary, the sergeant shall adhere to CDM section 7-01/040.00, "Planned Use of Force," upon determining the WRAP restraint can be removed, absent emergency circumstances.

**USE OF WRAP CART ALONE – INMATE AFFIXED TO WRAP CART**

Title 15, section 1058 does not apply to the use of a WRAP CART alone for security reasons during short-term movement or escort.

The WRAP CART has connection points that personnel may use to affix an inmate to the WRAP CART itself using a set of handcuffs.

The following procedures apply when personnel affix an inmate to the WRAP CART, but are not using the WRAP restraint device:

- The inmate shall remain under in-person, direct visual observation at all times by the supervising sergeant or custody personnel designated by the supervising sergeant. The inmate's safety and physical condition shall be monitored continuously by designated custody personnel throughout the movement/escort.

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**  **CSS# 18-1406**
**CUSTODY DIVISION MANUAL REVISION**  **VER. 41**

Personnel shall remove the inmate from the WRAP CART if a medical emergency appears to exist.

- If during the placement or movement of the inmate in the WRAP CART, the inmate struggles against the restraints, has any visible signs of injury, or complains of pain, they shall be immediately taken for a documented medical assessment and/or treatment.
- The use of the WRAP CART for security reasons during short-term movement shall be documented in the WRAP Restraint Security Check Log (SH-J-480) and the Custody Automated Reporting and Tracking System (CARTS) along with the reason for placement, time of placement, and time of removal from the WRAP CART.
- Use of the WRAP CART for short-term movement when the inmate is affixed to the WRAP CART shall not exceed one (1) hour.

Notification of the use of the WRAP CART shall be made to the sergeant upon placement. Inmates placed in the WRAP CART may be restrained by other methods consistent with Department policy.

If the inmate remains affixed to the WRAP CART for more than one (1) hour, all procedures for the WRAP restraint shall be followed.

Pregnant inmates shall not be handcuffed to the rear during transportation in the WRAP CART.

These WRAP CART procedures do not apply when the WRAP CART is used solely as a transportation device and the inmate is not affixed to any portion of the WRAP CART.

**REPORTING USE OF THE WRAP RESTRAINT**

Absent any other factors, the un-resisted placement of an inmate in the WRAP restraint device does not constitute reportable force. However, if in the course of applying the WRAP restraint, the inmate resists personnel, it constitutes a reportable use of force and must be reported pursuant to CDM section 7-06/000.00, "Use of Force Reporting Procedures."

The WRAP Restraint Security Check Log (SH-J-480) shall be entered into CARTS by the supervising sergeant prior to the end of their shift.