# EXHIBIT 3

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Robert Luna, Sheriff of Los Angeles County, in his official capacity,<br><br>Defendant. | Case No. CV 12-00428 DDP (MRW)<br><br>**[PROPOSED] ORDER GRANTING PARTIES' STIPULATION RE: SUBMISSION OF LOS ANGELES SHERIFF'S DEPARTMENT POLICIES (Dkt. 322)** |

For the reasons set forth in the Stipulation between the Parties, ECF Dkt. 322, and in furtherance of the steps that the Los Angeles Sheriff's Department (the "Department") must take to achieve substantial compliance with the requirements it is obligated to meet in this case, the Court ORDERS the following:

1.    The Limitations on Force Policy attached at Exhibit 1 to Dkt. 322 has been approved by the Court. It is in its final form and is not subject to further revisions absent the agreement of the parties, leave from this Court, or until the Department achieves substantial compliance with the provisions of the Settlement Agreement Implementation Plan in this case impacted by this policy for 18 months (*see* Rosas Settlement Agreement Paragraph VIII).

2.    The WRAP Policy attached at Exhibit 2 to Dkt. 322 has been approved by the Court. It is in its final form and is not subject to further revisions absent the agreement of the parties, leave from this Court, or until the Department achieves substantial compliance with the provisions of the Settlement Agreement

Implementation Plan in this case impacted by this policy for 18 months (*see* Rosas Settlement Agreement Paragraph VIII).

3.     The Department is further ordered to implement the Limitations on Force Policy, as attached at Exhibit 1, and the WRAP Policy, as attached at Exhibit 2, as soon as it can carry out the process to do so.

IT IS SO ORDERED.

DATED: July __, 2024

HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE