**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

**RETURN**
**TO SENDER**
...individual no longer
at this address.





2:12 cv 00428
DDP



Case: 2:12cv00428  Doc: 325

Karen C Joynt
Joynt Law
225 South Lake Avenue  Suite 200
Pasadena, CA 91101

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<38265748@cacd.uscourts.gov>Subject:Activity in Case 2:12-cv-00428-DDP-MRW Alex Rosas et al v. Leroy Baca et al Order Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 7/11/2024 at 3:28 PM PDT and filed on 7/10/2024

|  |  |
|---|---|
| **Case Name:** | Alex Rosas et al v. Leroy Baca et al |
| **Case Number:** | 2:12-cv-00428-DDP-MRW |
| **Filer:** | |

**WARNING: CASE CLOSED on 04/21/2015**

**Document Number:** 325

**Docket Text:**
**ORDER GRANTING PARTIES STIPULATION RE: SUBMISSION OF LOS ANGELES SHERIFFS DEPARTMENT POLICIES (Dkt. 323) by Judge Dean D. Pregerson: The Court ORDERS the following: 1. The Limitations on Force Policy attached at Exhibit 1 to Dkt. 323 has been approved by the Court. It is in its final form and is not subject to further revisions absent the agreement of the parties, leave from this Court, or until the Department achieves substantial compliance with the provisions of the Settlement Agreement Implementation Plan in this case impacted by this policy for 18 months (see Rosas Settlement Agreement Paragraph VIII). 2. The WRAP Policy attached at Exhibit 2 to Dkt. 323 has been approved by the Court. It is in its final form and is not subject to further revisions absent the agreement of the parties, leave from this Court, or until the Department achieves substantial compliance with the provisions of the Settlement Agreement Implementation Plan in this case impacted by this policy for 18 months (see Rosas Settlement Agreement Paragraph VIII). IT IS SO ORDERED. See order for more information. (shb)**

**2:12-cv-00428-DDP-MRW Notice has been electronically mailed to:**
Daniel Barlava     dbarlava@kbkfirm.com
Melissa L Camacho-Cheung     mocastaneda@aclusocal.org, mcamacho@aclusocal.org
Justin W Clark     ebanuelos@lbaclaw.com, pbeach@lbaclaw.com, jclark@lbaclaw.com, courtemailsgl@lbaclaw.com, tcarson@lbaclaw.com
Paul B Beach     courtemails@lbaclaw.com, pbeach@lbaclaw.com, araymundo@lbaclaw.com, courtemailsgl@lbaclaw.com, jporcelli@lbaclaw.com