**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**



RETURN
TO SENDER
...individual no longer
at this address.

2:12CV00428DDP





RECEIVED
CLERK, U.S. DISTRICT COURT

JUL 22 2024

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

JUL 2 2 2024

CENTRAL DISTRICT OF CALIFORNIA
BY          asi          DEPUTY

NEOPOST
07/08/2024
US POSTAGE

Case: 2:12cv428  Doc: 322

Karen C Joynt
Joynt Law
225 South Lake Avenue  Suite 200
Pasadena, CA 91101

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<38230699@cacd.uscourts.gov>Subject:Activity in Case 2:12-cv-00428-DDP-MRW Alex Rosas et al v. Leroy Baca et al Settlement Conference Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 7/5/2024 at 10:03 AM PDT and filed on 7/5/2024

| | |
|---|---|
| **Case Name:** | Alex Rosas et al v. Leroy Baca et al |
| **Case Number:** | 2:12-cv-00428-DDP-MRW |
| **Filer:** | |

**WARNING: CASE CLOSED on 04/21/2015**

**Document Number:** 322

**Docket Text:**
**MINUTES OF Settlement Conference held before Judge Dean D. Pregerson: Settlement Conference held in chambers with Judge Dean D. Pregerson. Progress is made. Attorney for Plaintiffs: Peter Eliasberg, Corene Kendrick, Jacob Reisberg, Marisol Dominguez-Ruiz, Sarah Guinee, Melissaq Camacho, & Robrt Bailey. Attorney for Defendants: Robert Dugdale, Daniel Barlava, & Timothy Kral. Appointed Monitors: Nicholas Mitchell, Kathleen Kenney, & Robert Houston. Courtroom Deputy: Catherine Jeang. Court Reporter: Not Reported. (cj)THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY.**

**2:12-cv-00428-DDP-MRW Notice has been electronically mailed to:**
Daniel Barlava    dbarlava@kbkfirm.com
Melissa L Camacho-Cheung    mocastaneda@aclusocal.org, mcamacho@aclusocal.org
Justin W Clark    ebanuelos@lbaclaw.com, pbeach@lbaclaw.com, jclark@lbaclaw.com, courtemailsgl@lbaclaw.com, tcarson@lbaclaw.com
Paul B Beach    courtemails@lbaclaw.com, pbeach@lbaclaw.com, courtemailsgl@lbaclaw.com
Robert E Dugdale    rdugdale@kbkfirm.com, crossi@kbkfirm.com
KatieLynn Townsend    katielynn.townsend@gmail.com, ktownsend@rcfp.org
Corene Thaedra Kendrick    sam-weaver-0722@ecf.pacerpro.com, jessica-carns-7355@ecf.pacerpro.com, jcarns@aclu.org, ckendrick@aclu.org, sweaver@aclu.org
Sarah Passman Guinee    sarahguinee@paulhastings.com
Jeremy D Matz    ktw@birdmarella.com, jmatz@birdmarella.com, docket@birdmarella.com, ale@birdmarella.com