PETER J. ELIASBERG (SB# 189110)
peliasberg@aclu-sc.org
MELISSA L. CAMACHO
(SB# 264024)
mcamacho@aclusocal.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500
Fax: (213) 977-5299

CORENE T. KENDRICK (SB# 226642)
ckendrick@aclu.org
MARISOL DOMINGUEZ-RUIZ
(SB# 345416)
Mdominguez-ruiz@aclu.org
ACLU NATIONAL
PRISON PROJECT
39 Drumm St.
San Francisco, CA 94111
Phone: (202) 393-4930
Fax: (202) 393-4931

JENNIFER S. BALDOCCHI
(SB# 168945)
jenniferbaldocchi@paulhastings.com
LINDSEY C. JACKSON (SB# 313396)
lindseyjackson@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone: (213) 683-6000
Fax: (213) 627-0705

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN GOODWIN,
on behalf of themselves and of those similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALEX VILLANEUVA, Sheriff of Los Angeles County, in his official capacity,<br><br>Defendant. | CASE NO. CV 12-00428 DDP (MRW)<br><br>**STIPULATION ON ATTORNEYS' FEES FOR MONITORING**<br><br>Honorable Dean D. Pregerson<br>Ctrm:  9c |

STIPULATION ON ATTORNEYS' FEES FOR MONITORING

LEGAL_US_W # 91089832.3

Whereas, the Court enforceable settlement agreement ("the Agreement") in this matter provides that Defendants will pay attorney's fees to be capped at $30,000 per year to Counsel for the Plaintiff Class ("Class Counsel") for ongoing work to ensure compliance with "the Agreement," and,

Whereas Class Counsel have provided documentation to Defendant's Counsel demonstrating that the lodestar for their work in 2024, using the hourly rates provided for by the Prison Litigation Reform Act, far exceeds $30,000,

The parties hereby agree that Class Counsel is entitled to, and good cause exists for, the Court to approve this stipulation and order Defendants to pay Class Counsel $30,000 in attorneys' fees for 2024.

Respectfully submitted,

DATED: April 7, 2025

ACLU FOUNDATION OF
SOUTHERN CALIFORNIA

By: /s/ Peter Eliasberg
PETER ELIASBERG[1]

Attorney for Plaintiffs
ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated

OFFICE OF THE COUNTY COUNSEL

By: /s/ AMY LOELIGER
AMY LOELIGER

Attorney for Defendant
SHERIFF ROBERT LUNA

[1] The filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing

-1-

STIPULATION ON ATTORNEYS' FEES FOR MONITORING

LEGAL_US_W # 91089832.3