PETER J. ELIASBERG (SB# 189110)
peliasberg@aclu-sc.org
MELISSA CAMACHO (SB#264024)
mcamacho@aclusocal.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500
Fax: (213) 977-5299

CORENE KENDRICK
(SB# 226642)
ckendrick@aclu.org
MARISOL DOMINGUEZ-RUIZ
(SB# 345416)
mdominguez-ruiz@aclu.org
NATIONAL PRISON PROJECT OF
THE AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th St., NW
Washington, D.C. 20005
Phone: (202) 393-4930
Fax:  (202) 393-4931

JENNIFER S. BALDOCCHI
(SB# 168945)
jenniferbaldocchi@paulhastings.com
LINDSEY C. JACKSON (SB# 313396)
lindseyjackson@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone: (213) 683-6000
Fax: (213) 627-0705

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN GOODWIN,
on behalf of themselves and of those similarly situated

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT LUNA, Sheriff of Los Angeles County, in his official capacity,<br><br>Defendant. | CASE NO. CV12-00428 DDP (MRWx)<br><br>**ORDER GRANTING STIPULATION ON ATTORNEYS' FEES FOR MONITORING**<br><br><br>Honorable Dean D. Pregerson<br>Ctrm:  9C |

## ORDER GRANTING STIPULATION

The Court hereby grants the parties stipulation on attorneys' fees for Class Counsel for ongoing work to ensure compliance with the Court-enforceable

Settlement Agreement in this matter and **ORDERS** that Defendants pay Class Counsel $30,000 for their work in 2024.

Dated: April 16, 2025

The Honorable Dean D. Pregerson
United States District Judge

-1-