**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

957995026-1N    000 05/06/25

-R-T-S--

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER



RETURN
TO SENDER
...individual no longer
at this address.



CLERK    RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 1 2 2025
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY



2:R-CV-0428-ODP
FILED
CLERK, U.S. DISTRICT COURT
MAY 1 2 2025
CENTRAL DISTRICT OF CALIFORNIA
BY  DEN                DEPUTY

Case: 2:12cv0428  Doc: 330

Karen C Joynt
Joynt Law
225 South Lake Avenue  Suite 200
Pasadena, CA 91101

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 4/16/2025 at 12:23 PM PDT and filed on 4/16/2025

    **Case Name:**        Alex Rosas et al v. Leroy Baca et al

    **Case Number:**      2:12-cv-00428-DDP-MRW

    **Filer:**

    **WARNING: CASE CLOSED on 04/21/2015**

    **Document Number:**    330

**Docket Text:**
**ORDER GRANTING STIPULATION ON ATTORNEYS' FEES FOR MONITORING [329] by
Judge Dean D. Pregerson, The Court hereby grants the parties stipulation on attorneys' fees for
Class Counsel for ongoing work to ensure compliance with the Court-enforceable Settlement
Agreement in this matter and ORDERS that Defendants pay Class Counsel $30,000 for their
work in 2024. (es)**

**2:12-cv-00428-DDP-MRW Notice has been electronically mailed to:**
Daniel Barlava   dbarlava@kbkfirm.com
Justin W Clark   ebanuelos@lbaclaw.com, pbeach@lbaclaw.com, jclark@lbaclaw.com,
courtemailsgl@lbaclaw.com, tcarson@lbaclaw.com
Robert E. Dugdale   rdugdale@kbkfirm.com, docket@kbkfirm.com, crossi@kbkfirm.com
Paul B Beach   courtemails@lbaclaw.com, pbeach@lbaclaw.com, courtemailsgl@lbaclaw.com,
jporcelli@lbaclaw.com
KatieLynn Townsend   ktownsend@gibsondunn.com, katielynn.townsend@gmail.com
Melissa Camacho   mocastaneda@aclusocal.org, mcamacho@aclusocal.org
Corene Thaedra Kendrick   sam-weaver-0722@ecf.pacerpro.com,
jessica-carns-7355@ecf.pacerpro.com, jcarns@aclu.org, ckendrick@aclu.org, sweaver@aclu.org
Sarah Passman Guinee   sguinee@birdmarella.com
Jeremy D Matz   ktw@birdmarella.com, jmatz@birdmarella.com, docket@birdmarella.com,
ale@birdmarella.com
Elizabeth J Gibbons   egibbons@thegibbonsfirm.com
Stephen J Turanchik   stephenturanchik@paulhastings.com
Marisol Jochebed Dominguez-Ruiz   jcarns@aclu.org, mdominguez-ruiz@aclu.org,
sweaver@aclu.org
Jeffrey D Glasser   jeff.glasser@latimes.com
Peter J Eliasberg   peliasberg@aclusocal.org, mocastaneda@aclusocal.org, alujan@aclusocal.org
Dylan Ford   dford@counsel.lacounty.gov
Jacob R. Reisberg   jreisberg@aclusocal.org
Kimberley M Miller   kmiller@birdmarella.com
Susan E Seager   sseager1.clinic@law.uci.edu, susanseager1999@gmail.com
**2:12-cv-00428-DDP-MRW Notice has been delivered by First Class U. S. Mail or by other means
BY THE FILER to :**
Karen C Joynt