PETER J. ELIASBERG (SB# 189110)
peliasberg@aclu-sc.org
MELISSA L. CAMACHO
(SB# 264024)
mcamacho@aclusocal.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500
Fax: (213) 977-5299

CORENE T. KENDRICK (SB# 226642)
ckendrick@aclu.org
MARISOL DOMINGUEZ-RUIZ
(SB# 345416)
Mdominguez-ruiz@aclu.org
ACLU NATIONAL
PRISON PROJECT
39 Drumm St.
San Francisco, CA 94111
Phone: (202) 393-4930
Fax: (202) 393-4931

JENNIFER S. BALDOCCHI
(SB# 168945)
jenniferbaldocchi@paulhastings.com
LINDSEY C. JACKSON (SB# 313396)
lindseyjackson@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone: (213) 683-6000
Fax: (213) 627-0705

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN GOODWIN,
on behalf of themselves and of those similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN, on behalf of themselves and of those similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ALEX VILLANEUVA, Sheriff of Los Angeles County, in his official capacity, <br><br> Defendant. | CASE NO. 2:12-CV-00428-MWF <br><br> **STIPULATION OF EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S REQUEST FOR A RULING REGARDING THE PRODUCTION OF CONFIDENTIAL RECORDS SUBJECT TO NON-DISCLOSURE UNDER STATE LAW TO THE MONITORING PANEL [DKT 333]** <br><br> Honorable Michael W. Fitzgerald <br><br> Ctrm:  5A |

Whereas Defendant filed a Request for a Ruling Regarding the Production of Confidential Records Subject to Non-Disclosure under State Law to the Monitoring Panel ("Request for Ruling") (Dkt. No. 333) on June 2, 2025; and

Whereas Plaintiffs' counsel had previously represented to Defendant's counsel that they would file any response within 10 days of Defendant's filing the Request for Ruling; and

Whereas Plaintiffs' Counsel subsequently learned from the Panel of Court-Appointed Monitors ("the Panel") that they intend to file a document with the Court setting forth their position on the records they are seeking from Defendant but that they would not do so until June 9, 2025; and

Whereas Plaintiffs expect to refer to the Panel's filing in their response to the Defendant's Request for Ruling;

The Parties hereby STIPULATE that Plaintiffs shall have until June 23, 2025 to file their response to Defendant's Request for Ruling and the Panel's filing; and

The Parties further STIPULATE that Defendant shall have until July 7, 2025 to file its reply, if any, to the Panel's filing and Plaintiff's response; and

///

///

///

///

///

///

///

///

///

///

///

1

STIPULATION

The Parties further STIPULATE that the matter shall be heard on July 21, 2025 or as soon thereafter as the Court agrees to hear the matter.

Dated:  June 9, 2025

ACLU FOUNDATION OF
SOUTHERN CALIFORNIA

By ____/s/  Peter Eliasberg_____
PETER ELIASBERG
Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN
GOODWIN, on behalf of themselves and
of those similarly situated

Dated:  June 9, 2025

KENDALL BRILL & KELLY LLP

By ____/s/  Robert Dugdale____
Attorneys for Defendant
SHERIFF ROBERT LUNA

2

STIPULATION