PETER J. ELIASBERG (SB# 189110)
peliasberg@aclu-sc.org
MELISSA L. CAMACHO
(SB# 264024)
mcamacho@aclusocal.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500
Fax: (213) 977-5299

CORENE T. KENDRICK (SB# 226642)
ckendrick@aclu.org
MARISOL DOMINGUEZ-RUIZ
(SB# 345416)
Mdominguez-ruiz@aclu.org
ACLU NATIONAL
PRISON PROJECT
39 Drumm St.
San Francisco, CA 94111
Phone: (202) 393-4930
Fax: (202) 393-4931

JENNIFER S. BALDOCCHI
(SB# 168945)
jenniferbaldocchi@paulhastings.com
LINDSEY C. JACKSON (SB# 313396)
lindseyjackson@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone: (213) 683-6000
Fax: (213) 627-0705

Attorneys for Plaintiffs
ALEX ROSAS and JONATHAN GOODWIN,
on behalf of themselves and of those similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN, on behalf of themselves and of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALEX VILLANEUVA, Sheriff of Los Angeles County, in his official capacity,<br><br>Defendant. | CASE NO. 2:12-CV-00428-MWF<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S REQUEST FOR A RULING REGARDING THE PRODUCTION OF CONFIDENTIAL RECORDS SUBJECT TO NON-DISCLOSURE UNDER STATE LAW TO THE MONITORING PANEL [DKT 333]**<br><br>Honorable Michael W. Fitzgerald<br><br>Ctrm: 5A |

The Court **GRANTS** the parties' stipulation  to extend time for Plaintiffs to file a response to Defendant's Request for a Ruling Regarding the Production of Confidential Records Subject to Non-Disclosure under State Law to the Monitoring Panel (Dkt. No. 333) and **ORDERS** as follows:

Plaintiffs shall have until June 23, 2025 to file their response to Defendant's Request for Ruling and the Monitoring Panel's filing; and

Defendant shall have until July 7, 2025 to file its reply, if any, to the Monitor's Panel's filing and Plaintiff's response; and

The matter shall be heard on July 21, 2025 at 10:00 a.m.

Dated:  June ___, 2025          _____

                    Honorable Michael W. Fitzgerald

                    United States District Court Judge

[PROPOSED ORDER]