# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ROSAS, et al.,<br><br>               Plaintiffs,<br><br>    v.<br><br>ALEX VILLANUEVA, Sheriff of Los Angeles County,<br><br>               Defendant. | Case No. 12-428-MWF(MRWx)<br><br>ORDER GRANTING STIPULATION OF EXTENSION OF TIME TO RESPOND TO DEFENDANT'S REQUEST FOR A RULING REGARDING THE PRODUCTION OF CONFIDENTIAL RECORDS SUBJECT TO NON-DISCLOSURE UNDER STATE LAW TO THE MONITORING PANEL |

The Court has considered the parties' Stipulation of Extension of Time to Response to Defendant's Request for a Ruling (Docket No. 333) Regarding the Production of Confidential Records Subject to Non-Disclosure Under State Law to the Monitoring Panel.  (Docket No. 336).  For good cause shown, the Court **ORDERS**:

- Plaintiffs' response to Defendant's Request for Ruling and the Monitoring Panel's filing shall be filed no later than **June 23, 2025**.
- Defendant's reply, if any, to the Monitoring Panel's filing and Plaintiff's response shall be filed no later than **July 7, 2025**.
- The Request for Ruling will be heard on **July 21, 2025, at 10:00 a.m.**

**IT IS SO ORDERED.**

Dated:  June 9, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge

-1-