OFFICE OF COUNTY COUNSEL
Dawyn Harrison (173855)
County Counsel
*dharrison@counsel.lacounty.gov*
Amy Loeliger (235498)
Deputy County Counsel
*aloeliger@counsel.lacounty.gov*
500 West Temple St., Floor 6
Los Angeles, California 90012
Telephone: 213.974.1811
Facsimile: 213.687.8822

KENDALL BRILL & KELLY LLP
Robert E. Dugdale (167258)
*rdugdale@kbkfirm.com*
Daniel Barlava (334910)
*dbarlava@kbkfirm.com*
10100 Santa Monica Boulevard, Suite 2500
Los Angeles, CA 90067
Telephone: 310.556.2700
Facsimile: 310.556.2705

Counsel for Defendant
Robert Luna, Sheriff of
Los Angeles County, in his Official Capacity

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA,

## WESTERN DIVISION

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT LUNA, Sheriff of Los Angeles County, in his official capacity, <br> Defendant. | Case No. 12-cv-00428-MWF-MRWx <br><br> **STIPULATION TO CHANGE THE HEARING DATE FOR HEARING ON DEFENDANT'S REQUEST FOR A RULING REGARDING THE PRODUCTION OF CONFIDENTIAL RECORDS SUBJECT TO NON-DISCLOSURE UNDER STATE LAW TO THE MONITORING PANEL** <br><br> Current Hearing Date: 7/21/25 <br> Requested Hearing Date: 7/28/25 <br> Time: 10:00 a,m. <br><br> Judge: Hon. Michael W. Fitzgerald <br> Crtrm: 5A |

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 2500
Los Angeles, CA 90067

604456509.1

STIPULATION TO CHANGE HEARING DATE

## STIPULATION

Plaintiffs Alex Rosas and Jonathan Goodwin ("Plaintiffs"), by and through their counsel of record, and Defendant Los Angeles County Sheriff Robert Luna ("Defendant"), by and through his counsel of record, hereby stipulate as follows:

1.    On June 2, 2025, Defendant filed a Request for a Ruling Regarding the Production of Confidential Records Subject to Non-Disclosure under State Law to the Monitoring Panel ("Request for Ruling") (Dkt. No. 333).

2.    On June 8, 2025, counsel for Plaintiffs and Defendant filed a Stipulation agreeing to a briefing schedule governing the Request for Ruling and requested that a hearing on the Request for Ruling by set for July 21, 2025 (Dkt. No. 336). The following day, this Court entered an order consistent with the Parties' stipulation and set the hearing date for the Request for Ruling for July 21, 2025, at 10:00 a.m. (Dkt. No. 337).

3.    The Monitoring Panel has contacted counsel for the Defendant and informed them that (a) the members of the Monitoring Panel would like to be present for the Request for Ruling, as this is the first court appearance in this case since the reassignment of this case to this Court; (b) not all of the members of the Monitoring Panel are available on the currently-scheduled hearing date of July 21, 2025; and (c) the members of the Monitoring Panel are available the following week on July 28, 2025.

4.    Counsel for both Plaintiffs and Defendant are also available on July 28, 2025, and would like to accommodate this request by the Monitoring Panel.

5.    Therefore, the Parties respectfully request that the Court continue the

Kendall Brill
& Kelly LLP

10100 Santa Monica Blvd.
Suite 2500
Los Angeles, CA 90067

604456509.1

1

STIPULATION TO CHANGE HEARING DATE

hearing date on the Request for Ruling from July 21, 2025, at 10:00 a.m., to July 21, 2025, at 10:00 a.m.

IT IS SO STIPULATED.

Dated:  June 16, 2025               ACLU FOUNDATION OF
                                    SOUTHERN CALIFORNIA


                                    By ____/s/   Peter Eliasberg_____
                                       PETER ELIASBERG
                                       MELISSA L. CAMACHO
                                       Attorneys for Plaintiffs
                                       ALEX ROSAS and JONATHAN
                                       GOODWIN on behalf of themselves and of
                                       those similarly situated


Dated:  June 16, 2025               KENDALL BRILL & KELLY LLP



                                    By ____/s/  Robert Dugdale_____
                                       ROBERT E. DUGDALE
                                       Attorneys for Defendant
                                    LOS ANGELES COUNTY SHERIFF
                                       ROBERT LUNA


## ATTESTATIONS REGARDING SIGNATORIES

I, Robert E. Dugdale, hereby attest that Counsel for Plaintiffs concur in this filing's content and have authorized this filing.

Executed on June 16, 2025, in Los Angeles, California.


                        By:   /s/ Robert E. Dugdale_____
                              Robert E. Dugdale
                              KENDALL BRILL & KELLY

Kendall Brill
& Kelly LLP

10100 Santa Monica Blvd.
Suite 2500
Los Angeles, CA 90067

604456509.1                          2

STIPULATION TO CHANGE HEARING DATE