**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and those similarly situated,<br><br>     Plaintiffs,<br><br>     v.<br><br>ROBERT LUNA, Sheriff of Los Angeles County, in his official capacity,<br><br>     Defendant. | Case No. 12-cv-00428-MWF-MRWx<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CHANGE THE HEARING DATE FOR HEARING ON DEFENDANT'S REQUEST FOR A RULING REGARDING THE PRODUCTION OF CONFIDENTIAL RECORDS SUBJECT TO NON-DISCLOSURE UNDER STATE LAW TO THE MONITORING PANEL** |

Kendall Brill
& Kelly LLP

10100 Santa Monica Blvd.
Suite 2500
Los Angeles, CA 90067

604456509.1

[PROPOSED] ORDER

The Court has considered the Parties' Stipulation to Change the Hearing Date for the Hearing on Defendant's Request for a Ruling Regarding the Production of Confidential Records Subject to Non-Disclosure Under State Law to the Monitoring Panel (the "Request for Ruling").  For good cause shown, the Court **ORDERS:**

\*      The hearing on the Request for Ruling will be continued from **July 21, 2025, at 10:00 a.m.** to **July 28, 2025, at 10:00 a.m.**

**IT IS SO ORDERED.**

Dated:  June ___, 2025

_____
HON. MICHAEL W. FITZGERALD
United States District Judge

Kendall Brill
& Kelly LLP

10100 Santa Monica Blvd.
Suite 2500
Los Angeles, CA 90067

604456509.1

1

[PROPOSED] ORDER