# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and those similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ROBERT LUNA, Sheriff of Los Angeles County, in his official capacity,<br>　　　　Defendant. | Case No. 12-cv-00428-MWF(MRWx)<br><br>**ORDER GRANTING STIPULATION TO CHANGE THE HEARING DATE FOR HEARING ON DEFENDANT'S REQUEST FOR A RULING REGARDING THE PRODUCTION OF CONFIDENTIAL RECORDS SUBJECT TO NON-DISCLOSURE UNDER STATE LAW TO THE MONITORING PANEL** |

604456509.1

ORDER

The Court has considered the parties' Stipulation (Docket No. 338) to Change the Hearing Date for the Hearing on Defendant's Request for a Ruling Regarding the Production of Confidential Records Subject to Non-Disclosure Under State Law to the Monitoring Panel (the "Request for Ruling" (Docket No. 333)).  For good cause shown, the Court **ORDERS:**

\*    The hearing on the Request for Ruling is CONTINUED from **July 21, 2025,** to **July 28, 2025, at 10:00 a.m.**

**IT IS SO ORDERED.**

Dated:  June 17, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge

604456509.1

2
ORDER