**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**
————
**OFFICIAL BUSINESS**



RETURN
TO SENDER
...individual no longer
at this address.





FILED
CLERK, U.S. DISTRICT COURT

JUN 2 0 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

2:12-CV-428-MWF



RECEIVED
CLERK, U.S. DISTRICT COURT

JUN 2 0 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY



Case: 2:12cv428  Doc: 337

Karen C Joynt
Joynt Law
225 South Lake Avenue   Suite 200
Pasadena, CA 91101

free copy and 30 page limit do not apply.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 6/9/2025 at 8:24 PM PDT and filed on 6/9/2025

| | |
|---|---|
| **Case Name:** | Alex Rosas et al v. Leroy Baca et al |
| **Case Number:** | 2:12-cv-00428-MWF-MRW |
| **Filer:** | |

**WARNING: CASE CLOSED on 04/21/2015**

**Document Number:**    337

**Docket Text:**

**ORDER GRANTING STIPULATION OF EXTENSION OF TIME TO RESPOND TO DEFENDANT'S REQUEST FOR A RULING REGARDING THE PRODUCTION OF CONFIDENTIAL RECORDS SUBJECT TO NON-DISCLOSURE UNDER STATE LAW TO THE MONITORING PANEL [336] by Judge Michael W. Fitzgerald. Plaintiffs' response to Defendant's Request for Ruling and the Monitoring Panel's filing shall be filed no later than June 23, 2025. Defendant's reply, if any, shall be filed no later than July 7, 2025. The Request for Ruling will be heard on July 21, 2025, at 10:00 a.m. (iv)**

**2:12-cv-00428-MWF-MRW Notice has been electronically mailed to:**

Daniel Barlava    dbarlava@kbkfirm.com

Justin W Clark    ebanuelos@lbaclaw.com, pbeach@lbaclaw.com, jclark@lbaclaw.com, courtemailsgl@lbaclaw.com

Robert E. Dugdale    rdugdale@kbkfirm.com, docket@kbkfirm.com, crossi@kbkfirm.com

Paul B Beach    courtemails@lbaclaw.com, pbeach@lbaclaw.com, courtemailsgl@lbaclaw.com, jporcelli@lbaclaw.com

KatieLynn Townsend    ktownsend@gibsondunn.com, katielynn.townsend@gmail.com

Melissa Camacho    mocastaneda@aclusocal.org, mcamacho@aclusocal.org

Corene Thaedra Kendrick    sam-weaver-0722@ecf.pacerpro.com, jessica-carns-7355@ecf.pacerpro.com, jcarns@aclu.org, ckendrick@aclu.org, sweaver@aclu.org

Sarah Passman Guinee    sguinee@birdmarella.com

Jeremy D Matz    ktw@birdmarella.com, jmatz@birdmarella.com, docket@birdmarella.com, ale@birdmarella.com

Elizabeth J Gibbons    egibbons@thegibbonsfirm.com

Stephen J Turanchik    stephenturanchik@paulhastings.com

Marisol Jochebed Dominguez-Ruiz    jcarns@aclu.org, mdominguez-ruiz@aclu.org, sweaver@aclu.org

Jeffrey D Glasser    jeff.glasser@latimes.com

Peter J Eliasberg    peliasberg@aclusocal.org, mocastaneda@aclusocal.org, alujan@aclusocal.org

Dylan Ford    dford@counsel.lacounty.gov

Jacob R. Reisberg    jreisberg@aclusocal.org

Kimberley M Miller    kmiller@birdmarella.com