OFFICE OF COUNTY COUNSEL
Dawyn Harrison (173855)
County Counsel
*dharrison@counsel.lacounty.gov*
Amy Loeliger (235498)
Deputy County Counsel
*aloeliger@counsel.lacounty.gov*
Stephen T. Niwa (231990)
*sniwa@counsel.lacounty.gov*
500 West Temple St., Floor 6
Los Angeles, California 90012
Telephone: 213.974.1811
Facsimile: 213.687.8822

KENDALL BRILL & KELLY LLP
Robert E. Dugdale (167258)
*rdugdale@kbkfirm.com*
Daniel Barlava (334910)
*dbarlava@kbkfirm.com*
10100 Santa Monica Boulevard, Suite 2500
Los Angeles, CA 90067
Telephone: 310.556.2700
Facsimile: 310.556.2705

Counsel for Defendant
Robert Luna, Sheriff of
Los Angeles County, in his Official Capacity

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT LUNA, Sheriff of Los Angeles County, in his official capacity, <br><br> Defendant. | Case No. 12-cv-00428-MWF <br><br> **DECLARATION OF ROBERT E. DUGDALE FILED WITH REPLY BRIEF IN SUPPORT OF DEFENDANT'S REQUEST FOR A RULING REGARDING THE PRODUCTION OF CONFIDENTIAL RECORDS SUBJECT TO NON-DISCLOSURE UNDER STATE LAW TO THE MONITORING PANEL** <br><br> Judge: Hon. Michael W. Fitzgerald <br> Crtrm: 5A |

Kendall Brill
& Kelly LLP

10100 Santa Monica Blvd.
Suite 2500
Los Angeles, CA 90067

604462979.1

DECLARATION OF ROBERT E. DUGDALE FILED WITH REPLY BRIEF IN SUPPORT OF DEFENDANT'S
REQUEST FOR A RULING

## DECLARATION OF ROBERT E. DUGDALE

I, Robert E. Dugdale, declare as follows:

1.      I am an attorney at the law firm of Kendall Brill & Kelly LLP, counsel of record for Los Angeles County Sheriff Robert Luna in the above-captioned action.  I am a member in good standing of the State Bar of California and am admitted to practice before this Court.  Except where otherwise stated, I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.      I am familiar with the uses of force that are the subject of the confidential investigative files generated by the Los Angeles County Sheriff's Department's Internal Affairs Bureau (the "confidential IAB Files") that are the subject of the instant Request filed on behalf of the Los Angeles County Sheriff's Department.  As disclosed in pleadings related to this Request, the confidential IAB files cover three uses of force that took place in the Los Angeles County Jail (the "LACJ") that were investigated by the IAB.  One of these three uses of force was a use of force involving two deputies that took place on July 4, 2022 (the "7/4/22 Use of Force").

3.      As disclosed in a newspaper article published on June 3, 2023 in the Los Angeles Times, accessible at https://www.latimes.com/california/story/2023-06-03/video-shows-deputy-slam-handcuffed-inmate-into-concrete-wall-at-mens-central-jail, counsel for the Plaintiffs, the American Civil Liberties Union ("ACLU"), provided a video recording of the 7/4/22 Use of Force to the Los Angeles Times, which the Los Angeles Times subsequently posted on its website.[1]  A representative from the ACLU also provided commentary regarding this use of force that was quoted in this newspaper

---

[1]  To be clear, to my knowledge, the ACLU did not violate the Parties' Protective Order in this case by providing this video recording to the Los Angeles Times.  The Protective Order only covers materials provided to the ACLU in this case by the Los Angeles County Sheriff's Department, and it is my understanding that the ACLU did not come into possession of this video recording through that process.

Kendall Brill
& Kelly LLP

10100 Santa Monica Blvd.
Suite 2500
Los Angeles, CA 90067

604462979.1                                    2

DECLARATION OF ROBERT E. DUGDALE  FILED WITH REPLY BRIEF IN SUPPORT OF DEFENDANT'S REQUEST FOR A RULING

article.

4.    Another article was published in the Los Angeles Times on June 8, 2024 concerning the 7/4/22 Use of Force, a copy of which is accessible at https://www.latimes.com/california/story/2024-06-08/d-a-will-not-charge-deputy-caught-on-camera-slamming-inmates-head-into-concrete-wall.    In this article, a representative of the ACLU criticized a decision by the Los Angeles County District Attorney's Office declining to prosecute the two deputies involved in the 7/4/22 Use of Force.  Shortly after that article was published, that same representative of the ACLU shared a letter with me, dated June 11, 2024, in which the ACLU asked the United States Department of Justice and the United States Attorney's Office for the Central District of California to initiate a federal criminal investigation into the 7/4/22 Use of Force following the decision by the District Attorney's Office declining to criminally prosecute the deputies involved in that use of force.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 7th day of July 2025, in Los Angeles, California.

  /s/ Robert E. Dugdale
ROBERT E. DUGDALE

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 2500
Los Angeles, CA 90067

604462979.1                                 3

DECLARATION OF ROBERT E. DUGDALE  FILED WITH REPLY BRIEF IN SUPPORT OF DEFENDANT'S
REQUEST FOR A RULING