PETER J. ELIASBERG (SB# 189110)
peliasberg@aclusocal.org
MELISSA CAMACHO (SB# 264024)
mcamacho@aclusocal.org
JACOB REISBERG (SB# 329310)
jreisberg@aclusocal.org
**ACLU FOUNDATION OF
SOUTHERN CALIFORNIA**
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500
Fax: (213) 977-5299

JENNIFER S. BALDOCCHI
(SB# 168945)
jenniferbaldocchi@paulhastings.com
LINDSEY C. JACKSON (SB# 313396)
lindseyjackson@paulhastings.com
**PAUL HASTINGS LLP**
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone: (213) 683-6000
Fax: (213) 627-0705

CORENE KENDRICK (SB# 226642)
ckendrick@aclu.org
MARISOL DOMINGUEZ-RUIZ
(SB# 345416)
mdominguez-ruiz@aclu.org
**ACLU NATIONAL PRISON PROJECT**
425 California St., Ste. 700
San Francisco, CA 94104
Phone: (202) 393-4930
Fax: (202) 393-4931

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Robert Luna, Sheriff of Los Angeles County, in his official capacity,<br><br>Defendant. | Case No. 2:12-CV-00428-MWF-MRW<br><br>**STIPULATION RE: IMPLEMENTATION PLAN AND COMPLIANCE MEASURES AND PROPOSED ORDER** |

## STIPULATION

Plaintiffs, by and through their counsel of record, and Defendant, by and through his counsel of record, hereby stipulate and agree as follows:

Case No. 2:12-CV-00428-MWF-MRW

1.      On April 7, 2022, the Court-appointed Monitors filed a Tenth Report and Request for a Status Conference (Dkt. No. 205) in which the Monitors requested a status conference with the Court to discuss "the recent lack of progress on key issues" related to the LASD's efforts to achieve compliance with the implementation Plan developed by the Panel (*see* Dkt. No. 135). Key areas identified by the Panel included head strikes (Provision 2.6), force prevention (Provisions 2.2 and 2.7), the WRAP (a new restraint device for which there was no written provision), and lack of accountability. Dkt. No. 205.

2.      At a Status Conference on May 12, 2022, the Parties discussed the Implementation Plan and their views on how Defendants could achieve compliance with the Settlement Agreement. The Court directed the parties to develop and file a plan for the Los Angeles Sheriff's Department (LASD) to comply with certain key provisions in the Settlement Agreement. Dkt. No. 214; Dkt. No. 217.

3.      The Parties met and conferred over the course of the next year but could not agree to a compliance plan within the timeframe set by the Court. The Court ultimately ordered the parties to submit a joint compliance plan by May 31, 2023 or file cross-briefs explaining any unresolved issues. Dkt. No. 245.

4.      On May 31, 2023, Defendants filed an Opening Brief Addressing Proposed Compliance Plan (Dkt. No. 251), and Plaintiffs filed a Motion to Modify the Court-Approved Implementation Plan (Dkt. No. 252). After Parties filed additional briefs (Dkt. No. 258; Dkt. No. 262), the Court heard argument at a Status Conference on June 27, 2023, Dkt. No. 267. The Court directed Parties to continue negotiations on major points of disagreement, including policy, implementation, and compliance plan measures for the WRAP, head strikes, and accountability. *See* Dkt. No. 273.

5.      After continued negotiations between the Parties and status conferences on October 30, 2023 (Dkt. No. 290), December 11, 2023 (Dkt. No. 295), January 29, 2024 (Dkt. No. 300), April 22, 2024 (Dkt. No. 314), and June 10, 2024 (Dkt.

No. 317), the Court ordered the Parties to an in-chambers settlement conference on July 3, 2024 to finalize the WRAP and Limitations on Force policies (Dkt. No. 321).

6. On July 3, 2024, the Parties participated in a settlement conference with the Court and agreed to final versions of the policies. On July 7, 2024, the Court approved the final policies. The polices are "not subject to further revisions absent the agreement of the parties, leave from this Court, or until the Department achieves substantial compliance with the provisions of the Settlement Agreement Implementation Plan." Dkt. No. 325. The Department formally implemented the two policies on September 1, 2024. *See* Dkt. No. 328 (Panel's Fourteenth Report).

7. The Parties resumed negotiations over changes to the Implementation Plan (Dkt. No. 135) and Compliance Measures. Some of those changes were necessary in light of the new Limitations on Force and WRAP policies. Other changes were part of the Parties' effort to negotiate an end to Plaintiffs' 2023 Motion to Modify the Court-Approved Implementation Plan. The Panel also proposed revisions to the Implementation Plan and Compliance Measures and provided input and feedback on all changes proposed by the Parties. As the Panel explained in its Fourteenth Report, filed November 22, 2024:

> The Parties have worked collaboratively on the Panel's proposed revisions to Provisions related to accountability. Specifically the Parties have agreed to revisions to Provision 13.1 (Documenting Dishonesty) and 15.7 (Individual Perception) and a new Compliance Measure for 1.3 (Accountability for Failing to Address Policy Violations). A new Provision related to the WRAP Restraint is currently under review by the Parties. The Parties plan to file a Stipulation by the year's end setting forth all the proposed revisions to the Revised Monitoring Plan and Compliance Measures. Included in the revisions will be the agreed upon list of 18 Provisions to move to non-reporting status.

Panel's Fourteenth Report 2, Dkt. No. 328.

8. The Parties, however, were unable to reach agreement by the end of 2024 and continued to engage in negotiations on most of the outstanding issues

throughout 2025. In this process, the Parties have engaged the Panel and met separately and together to hear the Panel's perspective on proposed changes.

9.    The Parties have now agreed to revisions to the Implementation Plan, marking the end of negotiations on Limitations on Force and WRAP and a partial resolution of negotiations about accountability. The revised Implementation Plan is attached as Exhibit 1 and reflects revisions to provisions 2.6, 13.1, 13.2, 15.7, and 17.1 and a new provision 17.11.

10.    The Panel has suggested, and the Parties have agreed, to changes to the Compliance Measures, which the Panel uses to monitor compliance with the provisions in the Implementation Plan. The revised Compliance Measures are attached as Exhibit 2 and reflect revisions to compliance measures for provisions 1.3, 13.1, 13.2, and 17.1-17.11. The revised Compliance Measures also reflect and incorporate all changes to the Implementation Plan provisions. As noted in the preamble, the Compliance Measures are not a part of the Settlement Agreement or Implementation Plan.

11.    The Panel has suggested, and the Parties have agreed, to move 19 substantive provisions to non-reporting status. The Panel reserves the right to reinstate any of these provisions to a reporting status, without Court involvement, if the Department makes changes that are contrary to these provisions or if the Panel becomes aware the Department is no longer in compliance with any of the 19 provisions. The list of 19 provisions moved to non-reporting status, as of the Seventeenth Reporting period, is attached as Exhibit 3.

12.    Once the Court signs the proposed order, Plaintiffs will withdraw the portions of their 2023 Motion to Revise the Court-Ordered Implementation Plan related to Limitations on Force (or head strikes) and the WRAP.

13.    Some of the changes to the Implementation Plan and Compliance Measures reflect progress on negotiations about the need for greater accountability, the final issue outstanding from Plaintiffs' Motion to Revise Court-Ordered

Implementation Plan. The Parties tabled negotiations on accountability in April 2024. Dkt. No. 312. Now that all other negotiations have reached an end, the Parties will resume negotiations on accountability. The Parties ask this Court to set a status conference in three months, at which time the Parties will submit a proposed agreement on the remaining issues or a proposed briefing schedule to present outstanding issues to this Court.

IT IS SO STIPULATED

DATED: Nov. 20. 2025                    By: */s/ Melissa Camacho*[1]
                                        Peter J. Eliasberg
                                        Melissa Camacho
                                        Jacob Resiberg
                                        **ACLU FOUNDATION OF SOUTHERN CALIFORNIA**

                                        Corene T. Kendrick
                                        Marisol Dominguez-Ruiz
                                        **ACLU NATIONAL PRISON PROJECT**

                                        Jennifer S. Baldocchi
                                        Lindsey C. Jackson
                                        **PAUL HASTINGS LLP**

                                        Attorneys for Plaintiffs Alex Rosas, *et al.*

DATED: November 20, 2025    KENDALL BRILL & KELLY LLP

                                        By:
                                        Robert E. Dugdale
                                        Attorneys for Defendant Robert Luna,
                                        Sheriff of Los Angeles County, in his
                                        Official Capacity

---

[1] The filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

STIPULATION RE: IMPLEMENTATION PLAN AND COMPLIANCE MEASURES AND PROPOSED ORDER

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 21, 2025, I electronically transmitted the above document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to Counsel for Defendants who are registered CM/ECF users.

DATED:    November 21, 2025    _/s/ Melissa Camacho_
Melissa Camacho
ACLU of Southern California

_Attorney for Plaintiffs_

6    Case No. 2:12-CV-00428-MWF-MRW

STIPULATION RE: IMPLEMENTATION PLAN AND COMPLIANCE MEASURES AND PROPOSED ORDER