# EXHIBIT 3

Based on the recommendation of the Panel and the agreement of the parties, the 19  substantive provisions of the Action Plan noted below will be moved to non-reporting status starting with the Seventeenth Reporting Period (January 1, 2025 – June 30, 2025).   The parties agree and understand that the Panel reserves the right to reinstate any of these provisions to a reporting status, without Court involvement, if the Department makes changes that are contrary to these provisions or if the Panel becomes aware the Department is no longer in compliance with any of the 19 provisions.  For example, if the Department decided Custody Operations should be headed by an Assistant Sheriff who also oversees Patrol, the Panel would seek to reinstate 1.1.  Similarly, if the Panel observes that Department members involved in uses of force were regularly participating in post-force inmate interviews, the Panel would seek to reinstate 12.3.

**Administrative Provisions**

1.1 – Assistant Sheriff

21.1 – Transfers to Custody

**Use of Force Policy Provisions**

2.1 – Custody Force Manual

8.2 – Combine Complaints of Retaliation Sections

17.2 – Combine Restraint of Pregnant Inmates Sections

20.2 – Reactive Force

**Training Provisions**

3.3 – Custody Training

4.8 – Mentally Ill inmates (new staff)

4.9 – Crisis Intervention (new staff)

**Force Reporting & Force Investigations Provisions, Packet Review**

5.2 – Level of Command Review by Force Category

12.3 – Suspect Interviews

**Reporting & Investigations Provisions, Department Reported**

11.1 – CFRT Involvement                                    1

**Grievance Provisions**

6.1 – Separate Grievance Forms

6.6 – Right to Appeal Form

**Restraint Provisions**

17.6 – Multi-Point Restraint Procedures

17.7 – Approval of Multi-Point Restraints

17.8 – Continued Use of Multi-Point Restraints

17.9 – Supervisor Approval of Multi-Point Restraints

17.10 – Involuntary Medication