PETER J. ELIASBERG (SB# 189110)
peliasberg@aclusocal.org
MELISSA CAMACHO (SB# 264024)
mcamacho@aclusocal.org
JACOB REISBERG (SB# 329310)
jreisberg@aclusocal.org
**ACLU FOUNDATION OF SOUTHERN CALIFORNIA**
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500
Fax: (213) 977-5299

CORENE KENDRICK (SB# 226642)
ckendrick@aclu.org
MARISOL DOMINGUEZ-RUIZ (SB# 345416)
mdominguez-ruiz@aclu.org
**ACLU NATIONAL PRISON PROJECT**
425 California St., Ste. 700
San Francisco, CA 94104
Phone: (202) 393-4930
Fax: (202) 393-4931

JENNIFER S. BALDOCCHI
(SB# 168945)
jenniferbaldocchi@paulhastings.com
LINDSEY C. JACKSON (SB# 313396)
lindseyjackson@paulhastings.com
**PAUL HASTINGS LLP**
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone: (213) 683-6000
Fax: (213) 627-0705

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Robert Luna, Sheriff of Los Angeles County, in his official capacity,<br><br>Defendant. | Case No. 2:12-CV-00428-MWF-MRW<br><br>**[PROPOSED] ORDER GRANTING PARTIES' STIPULATION RE: IMPLEMENTATION PLAN** |

For the reasons set forth in the Stipulation between the Parties, ECF Dkt. 348, and in furtherance of the steps that the Los Angeles Sheriff's Department (the "Department") must take to achieve substantial compliance with the requirements it

is obligated to meet in this case, the Court ORDERS the following:

1.    The Court approves the Implementation Plan attached at Exhibit 1 to Dkt. 348. It is in its final form and is not subject to further revisions absent the agreement of the parties, leave from this Court, or until the Department achieves substantial compliance with the provisions of the Settlement Agreement Implementation Plan for 18 months (*see* Rosas Settlement Agreement Paragraph VIII).

2.    The nineteen provisions listed in Exhibit 3 to Dkt. 348 have been moved to non-reporting status as of the seventeenth reporting period. The Panel has reserved and retains the right to reinstate any of these provisions to a reporting status, without Court involvement, if the Department makes changes that are contrary to these provisions or if the Panel becomes aware the Department is no longer in compliance with any of the 19 provisions.

3.    The parties must resume negotiations on accountability measures and appear before this Court for a status conference on February 23, 2026 or [_____]. At that time, the parties will submit a joint agreement resolving issues related to accountability or submit a briefing schedule for this Court to address any necessary outstanding issues.

IT IS SO ORDERED.

DATED:                    _____

HONORABLE MICHAEL W. FITZGERALD

[PROPOSED] ORDER GRANTING PARTIES' STIPULATION RE: IMPLEMENTATION PLAN