# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ALEX ROSAS and JONATHAN GOODWIN on behalf of themselves and of those similarly situated,

Plaintiffs,

v.

ROBERT LUNA, SHERIFF of Los Angeles County, in his official capacity,

Defendant.

Case No. CV 12-428-MWF(MRWx)

ORDER GRANTING STIPULATION RE: IMPLEMENTATION PLAN AND COMPLIANCE MEASURES

For the reasons set forth in the Stipulation Re: Implementation Plan and Compliance Measures between the parties (the "Stipulation" (Docket No. 348)), and in furtherance of the steps that the Los Angeles Sheriff's Department (the "Department") must take to achieve substantial compliance with the requirements it is obligated to meet in this case, the Court **ORDERS** the following:

1. The Court approves the Implementation Plan attached at Exhibit 1 to the Stipulation.  It is in its final form and is not subject to further revisions absent the agreement of the parties, leave from this Court, or until the Department achieves substantial compliance with the provisions of the Settlement Agreement Implementation Plan for 18 months (*see* Rosas Settlement Agreement, paragraph VIII).

-1-

2. The nineteen (19) provisions listed in Exhibit 3 to the Stipulation have been moved to non-reporting status as of the seventeenth reporting period. The Panel has reserved and retains the right to reinstate any of these provisions to a reporting status, without Court involvement, if the Department makes changes that are contrary to these provisions or if the Panel becomes aware that the Department is no longer in compliance with any of the 19 provisions.

3. The parties must resume negotiations on accountability measures and appear before this Court for a Status Conference on **February 23, 2026, at 11:00 a.m.** At that time, the parties will submit a joint agreement resolving issues related to accountability or submit a briefing schedule for this Court to address any necessary outstanding issues.

IT IS SO ORDERED.

Dated:  November 24, 2025

_____

MICHAEL W. FITZGERALD
United States District Judge

-2-