PETER J. ELIASBERG (SB# 189110)
peliasberg@aclusocal.org
MELISSA CAMACHO (SB# 264024)
mcamacho@aclusocal.org
**ACLU FOUNDATION OF
SOUTHERN CALIFORNIA**
PO Box 811370
Los Angeles, CA 90081
213-977-5228
Phone: (213) 977-9500
Fax: (213) 977-5299

CORENE KENDRICK (SB# 226642)
ckendrick@aclu.org
MARISOL DOMINGUEZ-RUIZ
(SB# 345416)
mdominguez-ruiz@aclu.org
**ACLU NATIONAL PRISON PROJECT**
425 California St., Ste. 700
San Francisco, CA 94104
Phone: (202) 393-4930
Fax: (202) 393-4931

JENNIFER S. BALDOCCHI
(SB# 168945)
jenniferbaldocchi@paulhastings.com
LINDSEY C. JACKSON (SB# 313396)
lindseyjackson@paulhastings.com
**PAUL HASTINGS LLP**
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone: (213) 683-6000
Fax: (213) 627-0705

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| Alex Rosas and Jonathan Goodwin on behalf of themselves and of those similarly situated, | Case No. 2:12-cv-00428-MWF-E |
|---|---|
| Plaintiffs, | **NOTICE OF LODGING OF SEALED EXHIBITS A-D TO DECLARATION OF PETER ELIASBERG** |
| vs. | |
| Robert Luna, Sheriff of Los Angeles County, in his official capacity, | Honorable Michael W. Fitzgerald |
| Defendant. | |

Case No. 2:12-CV-00428-MWF-E

NOTICE OF LODGING

Pursuant to L.R. 11-5.1, Plaintiffs will lodge with this Court a thumb drive containing Exhibits A-D to the Declaration of Peter Eliasberg. Exhibits A-D are videos of use of force incidents in the County jails and cannot be submitted in paper format. Pursuant to the Stipulated Protective Order in this case, Dkt. 193, these Exhibits will be lodged under seal.

Plaintiffs respectfully request the Court to view the Exhibits and enter them as part of the case record for Plaintiffs in this case.

DATED: March 5, 2026        By:   */s/ Peter J. Eliasberg*

Peter J. Eliasberg
Melissa Camacho
**ACLU FOUNDATION OF SOUTHERN CALIFORNIA**

Corene T. Kendrick
Marisol Dominguez-Ruiz
**ACLU NATIONAL PRISON PROJECT**

Jennifer S. Baldocchi
Lindsey C. Jackson
**PAUL HASTINGS LLP**

Attorneys for Plaintiffs Alex Rosas, *et al.*

2

Case No. 2:12-CV-00428-MWF-E

NOTICE OF LODGING