PETER J. ELIASBERG (SB# 189110)
peliasberg@aclusocal.org
MELISSA CAMACHO (SB# 264024)
mcamacho@aclusocal.org
**ACLU FOUNDATION OF
SOUTHERN CALIFORNIA**
PO Box 811370
Los Angeles, CA 90081
213-977-5228
Phone: (213) 977-9500
Fax: (213) 977-5299

CORENE KENDRICK (SB# 226642)
ckendrick@aclu.org
MARISOL DOMINGUEZ-RUIZ
(SB# 345416)
mdominguez-ruiz@aclu.org
**ACLU NATIONAL PRISON PROJECT**
425 California St., Ste. 700
San Francisco, CA 94104
Phone: (202) 393-4930
Fax: (202) 393-4931

JENNIFER S. BALDOCCHI
(SB# 168945)
jenniferbaldocchi@paulhastings.com
LINDSEY C. JACKSON (SB# 313396)
lindseyjackson@paulhastings.com
**PAUL HASTINGS LLP**
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone: (213) 683-6000
Fax: (213) 627-0705

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Alex Rosas and Jonathan Goodwin on behalf of themselves and of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Robert Luna, Sheriff of Los Angeles County, in his official capacity,<br><br>Defendant. | Case No. 2:12-cv-00428-MWF-E<br><br>**PROOF OF SERVICE**<br><br>Honorable Michael W. Fitzgerald |

Case No. 2:12-CV-00428-MWF-E

PROOF OF SERVICE

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is PO Box 811370, Los Angeles, CA 90081.

I served the foregoing document(s) described as:

**PLAINTIFFS' STATUS REPORT FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED MAY 11, 2018**

**DECLARATION OF PETER ELIASBERG WITH EXHIBITS E AND F**

**THUMB DRIVE OF SEALED EXHIBITS A-D TO DECLARATION OF PETER ELIASBERG**

On the interested parties listed below:

| | |
|---|---|
| *Attorney for Defendant* <br> *SHERIFF  ROBERT LUNA* | *Attorney for Defendant* <br> *Robert Luna, Sheriff of Los Angeles County* |
| KENDALL BRILL & KELLY LLP <br> Daniel Barlava <br> Robert E. Dugdale <br> 10100 Santa Monica Boulevard <br> Suite 1725 <br> Los Angeles, CA 90067 | LOS ANGELES COUTY COUNSEL OFFICE <br> Steven G Edwards <br> Dylan Ford <br> 500 West Temple Street 6th Floor <br> Los Angeles, CA 90012 |

**By Courier Mail Service.** I am readily familiar with this business' practice for collection and processing correspondence for mailing with Nationwide Legal Services. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business. I caused a copy of above-referenced document(s) to be placed in a sealed envelope or package addressed to the person(s) at the address(es) as set forth below, and following ordinary business practices

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 5, 2026, at Buena Park, California

Michelle Ochoa Castañeda

2

Case No. 2:12-CV-00428-MWF-E